IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BEVERLY WOOTEN, as Surviving
Spouse of BARRY WOOTEN, and
BARRY WAYNE WOOTEN, as
Administrators of the ESTATE
OF BARRY WYATT WOOTEN, Deceased,
Plaintiffs,

CIVIL ACTION NO.:
vs. 5:23-cv-0000346

FORD MOTOR COMPANY and
ROBERT BOSCH, LLC,

Defendants.

VIDEO DEPOSITION OF BARRY WAYNE WOOTEN
July 22, 2024
10:16 a.m.
2500 Old Milton Parkway, Suite 200
Alpharetta, Georgia
Carolyn M. Carboni, RPR, RMR, CCR-B-878
Lionel Mileman, Videographer

Job No. CS6805146

APPEARANCES OF COUNSEL:

On behalf of the Plaintiffs:

ROBERT D. CHEELEY, ESQUIRE
GABRIELLE GRAVEL, ESQUIRE
Cheeley Law Group, LLC
2500 Old Milton Parkway, Suite 200
Alpharetta, Georgia 30009
770.814.7001
bob@cheeleylawgroup.com

and

NICHOLAS HEATH WOOTEN, ESQUIRE
SABINE WAKIM, ESQUIRE (via Zoom)
DC Law, PLLC
1012 West Anderson Lane
Austin, Texas 78757
512.900.4872
Nick@texasjustice.com

On behalf of the Defendant Ford Motor Company:

PAUL E. PETERSEN III, ESQUIRE
Watson Spence, LLP
Bank of America Plaza
600 Peachtree Street, Suite 2320
Atlanta, Georgia 30308
229.436.1545
ppetersen@watsonspence.com

APPEARANCES (Continued):

On behalf of the Defendant Ford Motor Company:

TIFFANY M. WARD, ESQUIRE (via Zoom)
McDonald Toole Wiggins, P.A.
111 North Magnolia Avenue, Suite 1200
Orlando, Florida 32801
407.246.1800
tward@mtwlegal.com

On behalf of the Defendant Robert Bosch, LLC:

BRENDAN H. WHITE, ESQUIRE
Womble Bond Dickinson (US) LLP
271 17th Street, Suite 2400
Atlanta, Georgia 30363
404.962.7519
brendan.white@wbd-us.com

INDEX TO EXHIBITS


| EXHIBIT | DESCRIPTION | PAGE |
| --- | --- | --- |
| For the Defendant Ford Motor Company: | | |
| Exhibit 1 | Complaint | 12 |
| Exhibit 2 | Plaintiffs' responses to Ford's first interrogatories | 32 |
| Exhibit 3 | Color photographs | 90 |
| Exhibit 4 | Color photographs | 113 |
| For the Defendant Robert Bosch: | | |
| Exhibit 1 | Plaintiffs' Initial Disclosures | 132 |
| Exhibit 2 | Color photographs | 137 |


\- - -

INDEX TO EXAMINATIONS


| EXAMINATION | PAGE |
| --- | --- |
| By Mr. Petersen | 6 |
| By Mr. White | 130 |
| By Mr. Petersen | 140 |


\- - -

(Pursuant to Article 10(B) of the Rules and Regulations of the Georgia Board of Court Reporting, a written disclosure statement was submitted by the court reporter to all counsel present at the proceeding.)

P R O C E E D I N G S

THE VIDEOGRAPHER: Good morning. We are on video record at 10:16 a.m. on Monday, July 22nd, 2024.

Please note the microphones are sensitive and may pick up whispering and private conversations. Please mute your phones at this time. Audio and video recording will continue to take place unless all parties agree to go off the record.

This is Media Unit 1 of the videorecorded deposition of Barry Wayne Wooten taken by counsel for defendant in the matter of Beverly Wooten, et al., versus Ford Motor Company and Robert Bosch, LLC, filed in the U.S. District Court, Middle District of Georgia, Macon Division. Location of this deposition is at Cheeley Law Group in Alpharetta, Georgia.

My name is Lionel Mileman representing Veritext. I'm the videographer. The court reporter is Carolyn Carboni from the firm Veritext.

Counsel and all present please introduce yourselves; after which the court reporter will swear in the witness.

MR. CHEELEY: Bob Cheeley and Nick Wooten

and Gabby Gravel on behalf of the plaintiffs.

MR. PETERSEN: Paul Petersen on behalf of Ford Motor Company.

MR. WHITE: And Brendan White on behalf of Robert Bosch, LLC.

THE REPORTER: And appearing on Zoom?

MS. WARD: Tiffany Ward on behalf of Ford Motor Company.

MS. WAKIM: Sabine Wakim on behalf of the Wootens.

BARRY WAYNE WOOTEN,

being first duly sworn, was examined and deposed as follows:

- - -

MR. PETERSEN: All right. Bob, have y'all discussed reading and signing or do you want to make that determination at the end?

MR. CHEELEY: We'll reserve and we will read and sign.

MR. PETERSEN: All right. Great.

EXAMINATION

BY MR. PETERSEN:

Q Mr. Wooten, my name is Paul Petersen. I introduced myself just a minute ago off the record, but I want to do that one more time and tell you

I'm here for Ford Motor Company today, and I want to thank you for being here.

I am sorry we are meeting under these circumstances, and I want to tell you that I am sorry for your loss.

A Thank you.

Q Have you ever given a deposition before?

A I have not.

Q Okay. So one of the things I'm going to ask you to do right off the bat is to speak up, please, because, as you see, we've got a videographer --

A We need to project all the way to the end of the table.

Q That's exactly right.

A I understand.

Q So we want to make sure the videographer can hear you and we want to make sure the court reporter can hear you.

A Yeah.

Q So this is being recorded both by video and our court reporter is typing everything everyone is saying.

So because of that, in addition to speaking up, you're going to need to do two things,

please. If we can please try and have one person speaking at all times, which means if you'll please let me get to the end of my question before you start to answer, I'll try and do the same thing with your answer before I ask my next question, okay?

A (Witness nods head.)

Q The second thing is right there, we do the -- we nod and we say uh-huh and shake our head and all that type of stuff in everyday normal conversation. But it's very hard for our court reporter to write down nods head or huh-uhs, so please give me verbal answers to -- verbal responses to all my questions.

A Understood.

Q And, again, it's normal in everyday conversation to kind of know where I'm going with the question or to shake your head, both those things. So if I remind you, "Hey, will you please let me get to the end of my sentence," or if I ask you "Was that a yes" or "Was that a no," I'm not trying to be rude. I'm just trying to make sure we get a good transcript, okay?

A Understood.

Q All right. If you need to take a break at

any time, we can do that. We can take as many or as few breaks as you'd like. I don't think we'll be here all day, but this is not an endurance contest, so if you need to take a phone call, get up and stretch your legs, that kind of stuff here, if you'll let me or your attorney know, okay?

A I understand.

Q The only thing about a break I'd ask is that if I've asked you a question and that question is still pending, if we could answer that one question before we then take a break, okay?

A Yes, sir.

Q All right. The last little piece of housekeeping that I actually think is the most important is, if you don't understand any of my questions or if I ask a bad or a confusing question, will you please tell me that you don't understand or ask me to rephrase?

A I will.

Q All right. Is it fair that if I ask you a question and you answer it, is it fair to assume that you heard it, understood it, and gave me a truthful answer?

A Yes.

Q Okay. I want to -- last couple of pieces

and then we'll get into asking you a few questions. I just want to make sure that when we use some terms that we're going to be using all day, that we're talking about the same thing.

When I say "the subject crash" or "the crash," is it fair that we're talking about a single vehicle accident that occurred on September 14th, 2021, with Mr. Barry Wyatt Wooten?

A Yes.

Q And "the F-150" or "the subject truck," that is the 2021 F-150 your father was driving at the time of the accident; is that okay?

A Yes.

Q All right. Let me ask you this -- well, let me back up and give you one disclaimer that goes throughout this whole deposition.

I don't want to know anything about any of the conversations or the substance of the conversations you've had with your attorneys. I know you know this because you have good attorneys, but that's covered by the attorney-client privilege. Have you heard that before?

A I have.

Q Okay. So -- and I knew you would. So when I ask you about -- you know, when I ask you

questions, I'm not asking for conversations you had with your attorneys or what you've learned from your attorneys. I'm asking for your personal knowledge, okay?

A I do understand that.

Q All right. Great. What did you do to prepare for today's deposition?

A Can you repeat that question?

Q Of course.

What did you do, if anything, to prepare for your deposition today?

A Yoga and prayer.

Q Anything else?

A That's all.

Q Did you review any documents?

A I have not.

Q Okay. Did you speak with anyone outside of your attorneys?

A I have not.

Q All right. Just like with those terms we talked about a minute ago, I want to make sure we're on the same page.

Do you understand that this case is primarily about what I'm going to be terming driver-assist technologies or driver-assistance

technologies?

A I do understand that.

Q Okay. And when I say "driver-assist technologies" or "ADAS," what does that mean to you?

A It's the technology that's installed into the vehicle that helps maintain the lanes, keep it between the lines, while the cruise control is on. Also applies to the BlueCruise function of the vehicle.

Q Okay. All right. And just -- I appreciate that. I think we're on the same page. So that I know, I'm going to show you on this screen right here what we're going to mark as Defendants' Exhibit Number 1.

MR. PETERSEN: Bob, it's plaintiffs' complaint.

MR. CHEELEY: It's what? The complaint?

MR. PETERSEN: Yeah, the recast complaint. I just didn't print it out. I would have handed you a copy, but...

(Defendants' Exhibit 1 marked.)

THE WITNESS: I've got to clean these glasses.

(Off-the-record discussion.)

THE VIDEOGRAPHER: Off the video record at 10:24 a.m.

(Off-the-record discussion.)

THE VIDEOGRAPHER: Back on the video record at 10:25 a.m.

BY MR. PETERSEN:

Q All right. Mr. Wooten, are you seeing on your screen recast complaint for damages and demand for jury trial filed in this case?

A I do, yes.

Q Okay. Great. So I am just going to go to the third paragraph because we were talking about ADAS systems. Have you seen this complaint before?

A I have.

Q Okay. And so you did a great job of explaining, but is it your understanding that these are the systems that we're discussing when we talk about ADAS?

A Absolutely.

Q Okay.

A Yes.

Q All right. So we may come back to that, but I just wanted to make sure we were all on the same page, so I wanted to make sure that you were seeing that.

All right. Mr. Wooten, will you please give us your full legal name for the record?
A It is Barry Wayne Wooten. Barry Wayne Wooten.
Q Have you ever gone by any other names legally?
A No.
Q Okay. What's your date of birth?
A It's 03/27/73, 1973.
Q And what's your current address?
A My current address is 8344 Highway 59, Foley, Alabama 36535.
Q And how long have you lived at 8644 Highway 95 [sic]?
A That particular address is five years, roughly.
Q Yeah. And today is not a -- you know, I don't need specific dates unless we specifically speak about them.
A I won't be able to provide that specifically, but yes.
Q Right, yeah. I don't need to know the day you moved in, that type of thing.
A Right, I understand.
Q So about five years, fair?

A Yeah, exactly.
Q All right. Where were you -- who lives with you at that address?
A Jennifer Warren.
Q Okay. And who is Jennifer Warren?
A She's my girlfriend of 22 years.
Q Where did you live before 8644 Highway 95?
A On a houseboat in Panama City Beach.
Q For about how long?
A Eight years.
Q Okay. Did you have a physical address for the houseboat?
A I do not remember it. It was at Bennett's Marina.
Q That's perfect. Good enough for me.
What's your cellphone number?
A (251)228-6162.
Q And who's your cellular service provider?
A Verizon.
Q All right. And how long have you had Verizon as your service provider?
A Roughly five years probably.
Q Have you always had that 6162 number with Verizon?
A Yes, yes.

Q Generally, when was the last time you lived at the same address with your father, Barry Wooten?
A 1981.
Q Have you moved back in with him since that time?
A No, no. Well, 1982, I want to say probably, yeah.
Now, we did stay all summer with him, you know, because of parents' divorce, I did spend the summers with him.
Q Okay. So let me ask you this, was 19 --
A So technically living in the summer with him.
Q After that 1981 or '82?
A After 19 -- yes.
Q And you're doing a great job, but if we can make sure that we're only having one person at a time. I know you know where I'm going with these questions. It's totally normal. But just a quick reminder.
So did your parents get divorced in 1981 or '82?
A Yes.
Q And is it after that that you lived with

your father during summers for some period of time?
A That is correct.
Q Okay. I think I understand.
Did you post anything online or on social media about this accident?
A I have not.
Q Did you send any emails about this accident to anyone other than your attorneys?
A Yes.
Q Okay. Who did you send emails to about this accident specifically?
A Family members.
Q Which family members?
A I do not remember. All of them.
Q Was it to alert them that the accident occurred or something else?
A It was to alert them that the accident had occurred and the potential causes.
Q What did you tell your family members were the potential causes?
A We were unclear.
Q Would you have sent those emails shortly after the accident?
A I do not remember.
Q Do you still have access to those emails?

A I'm sure.
Q Okay. I'd ask that you preserve those emails, please.
A Okay.
Q Are you a member of any groups or organizations in Foley, Alabama?
A I am not.
Q Okay. Are you a member of a church?
A I am not.
Q Are you currently married?
A I am not.
Q Have you ever been married?
A I have been.
Q How many times have you been married?
A Say that one more time.
Q Excuse me. How many times have you been married?
A Once.
Q Okay. What was the dates of that one marriage? And I don't need specifics. Years are just fine.
A Roughly '99 through '03. I mean, possibly.
Q And who were you married to?
A Kimberly Wooten.

Q And where -- let me ask you this: What county did you get divorced in?
A Forsyth.
Q And that was sometime around 2003?
A Roughly.
Q Where does Kimberly Wooten live now?
A I do not know the address.
Q Do you know the city or state?
A Cumming, Georgia.
Q Did you live in Cumming, Georgia, between 1999 and 2003?
A I did.
Q Okay. Do you have any children?
A One.
Q Okay. What is his or her name?
A Carly Wooten, W-o-o-t-e-n.
Q And what's Carly's age?
A 24.
Q Is Carly employed?
A We are not sure.
Q Okay. Do you know where Carly lives?
A I do not know her Pilgrim Mill address, but it's off Pilgrim Mill Road.
Q And where is Pilgrim Mill Road located?
A Cumming, Georgia.

Q Is Kimberly Carly's mother?
A Yes.
Q When was the last time you spoke to Carly, approximately?
A Yesterday.
Q Was it anything about this accident?
A Say that one more time.
Q Did you speak to Carly about this accident or your deposition?
A I informed her I would be doing a deposition today.
Q Anything other than that about the accident?
A That's all.
Q Do you know who Carly lives with off or on Pilgrim Mill Road?
A By herself.
Q So she doesn't live with her mother?
A No.
Q Do you have any relatives that live in Monroe County, Georgia?
A Beverly Wooten.
Q Okay. Is that your mother?
A Step.
Q Stepmother. Do you have any other

relatives that live in Monroe County, Georgia, that you know of?
A I can't think of any.
Q Okay. Do you have any relatives or friends that work for the Monroe County Fire Department?
A I do not.
Q Okay. How about any relatives or friends that work for the sheriff's office or police department in Monroe County, Georgia?
A No.
Q Did you attend high school?
A Say that one more time.
Q Yes, sir. Did you attend high school?
A I did.
Q Okay. Where?
A South Forsyth High.
Q Did you graduate?
A I did.
Q What year?
A 1991.
Q Did you go on to any other school or college after high school?
A DeKalb Tech.
Q And did you receive a degree or a diploma?

A No.
Q How much -- how much time did you spend at DeKalb County?
A Two years.
Q And what were you studying?
A Just pre-classes, nothing in general. They were just getting -- just classes to build up to, you know, finishing up trig and just doing classes. I never specialized in anything.
Q Okay.
A Yeah.
Q Were they core classes; is that fair?
A Yes, exactly, core classes.
Q Okay. But then you didn't pick, like, a major; is that right?
A No, no, no, no. Never went that far.
Q After DeKalb Tech, did you have any other formal education?
A Just, you know, small engines and brakes and strat certifications and then other certifications to -- for the automotive industry.
Q Yeah, let's talk about that. What certifications do you have in the automotive industry?
A Basically, I'm self-taught in most of

that. So no ASE certifications or anything like that. So as far as that goes, nothing, yeah.

Q Do you hold any actual certificates?

A I do not in the automotive industry. I misspoke on that, yeah.

Q No, I mean, it's -- I think we're colloquially speaking, so it makes total sense.

A Yeah, yeah.

Q How about this: Are you trained as an auto mechanic?

A I am not.

Q Okay. What type of training do you have in the automotive industry? Self-taught totally counts.

A 30 plus years in it, so...

Q And what have you done in the automotive industry for 30 plus years?

A Automotive sales and service.

Q Have you actually serviced vehicles yourself?

A I have.

Q Okay. What type of service have you done on vehicles?

A In-depth diagnostics and repair, transmission engine, body control, all of the

above, everything.
Q Okay. Where have you done that service work?
A At my facility.
Q Okay. I think that will help.
Have you been self-employed in the automotive industry for the 30 plus years?
A In the marine and automotive industry both.
Q Okay. What's your -- what's your shop in the automotive industry?
A You're going to have to get more specific.
Q Yeah. So you said you were self-employed, and you said you've done it in your business, right?
A (Witness nods head.)
Q What's your --
A Yes.
Q What's the name of your business?
A It is GC Leasing.
Q And how long have you owned or operated GC Leasing?
A Nine years.
Q How about before GC Leasing, did you have any other businesses in the automotive industry?

A I did. It was Moto Import Distributors.
Q Where is GC Leasing located?
A In Foley, Alabama.
Q Okay. What's the address?
A It's the same as the address that I just gave you prior. It's 8344 Highway 59, Foley, Alabama.
Q So is that both your residential and business address?
A That is correct.
Q How about Moto Import Distributors, how long did you own and operate it?
A Roughly about nine years.
Q Where was it located?
A Panama City Beach.
Q What was the address?
A I do not remember.
7513 Holly Circle. Boom.
Q How about before Moto Import Distributors, did you have another automotive business?
A It was Global Power Sports in Cumming, Georgia.
Q Is Global Power Sports still open?
A I sold it.
Q Okay. Who did you sell it to?

A RPM Motor Sports off Highway 369.
Q How about Moto Import Distributors, is it still operational?
A I closed it.
Q How long did you operate Global Power Sports in Cumming?
A That was from 1998 to 2004 roughly. You know, '96, '97 -- '97 to 2004.
Q So about eight years?
A Uh-huh.
Q Do you have any training or experience in vehicle design?
A No.
Q Do you have any experience or training in accident reconstruction?
A No.
Q All right. Let's talk about GC Leasing. What does that business do?
A Wholesale automotive.
Q Okay. Who are your main customers, generally? You can explain the type, I mean.
A Other dealerships and the public.
Q So did you sell directly to consumers as well?
A Retail.

Q Okay. And you sell to dealerships?
A Yes, sir.
Q What is it, used or new vehicles?
A Used.
Q And what's the average age of the vehicles you sell at GC Leasing?
A Seven years old.
Q Do you have some that are much newer than that?
A Some.
Q How many employees do you have?
A Just the two owners, myself and Jennifer, and then one part-time employee. We're small.
Q The part-time employee, what is his or her either job description or duties?
A Detail, and then we contract some outside mechanics.
Q Okay. So detail is cleaning; is that right?
A Correct.
Q And then you use independent contractors for mechanics?
A Some, and then I do whatever else needs to be done, the more complex items.
Q All right. Moto Import Distributors, what

type of operations did it entail?
A Primarily was wholesale motorcycles imported from China and then some automotive sales also, and RVs, campers, motor homes.
Q So you had motorcycles, passenger vehicles, and RVs?
A Correct. We also maintained an RV license at the time, which is separately held from the automotive license.
Q How many employees did you have at Import Moto -- or, excuse me, Moto Import?
A Just two.
Q Was that you and Jennifer?
A Uh-huh.
Q Did you use anybody for detail or contract any outside mechanics?
A I can't remember. There were several beach bums that helped us out.
Q Panama City, right?
A Oh, yeah, man, several.
Q Why did you close Moto Import Distributors?
A We moved our operation to Alabama.
Q To Foley?
A Uh-huh.

Q Is that a yes?
A That is a yes.
Q Thank you, sir.
And why did you decide to move your operations to Foley?
A I had family there.
Q Do you still have family in Foley, Alabama?
A They're dead, deceased.
Q And Global Power Sports in Cumming, what type of business does that operate?
A That was watercraft, motorcycle, ATV, marine, and automotive sales all mixed together. I had a dealership on 369.
Q Close enough to the lake to have some --
A Yeah, right by City Grove. I was the main man at the time.
Q And why did you move from Cumming to Panama City?
A Too cold.
Q Too cold?
A Yeah. Done with it. Grew up there. Change in latitude. In the winter, I meant.
Q All right. You mentioned earlier that you've maintained both an automotive sales license

and an RV license; is that correct?
A Yes, sir.
Q All right. What are the requirements for having that RV license?
A State training class, surety bond, commercial insurance, garage liability, the standard -- standard.
Q And have you had that RV license in Georgia, Florida, and Alabama?
A Also maintained that in Alabama also, yes.
Q So all three, Georgia, Florida, and Alabama?
A Not Georgia. I did not have RV in Georgia.
Q Just Florida and Alabama?
A Correct.
Q All right. What goes into having that automobile license you told us about?
A Licensed, state training class, surety bond, garage liability, insurance, and the correct facility that passes the state requirements.
Q Do you need both those licenses to sell vehicles and RVs, is that -- I'm just learning at this point.
A Yeah, yes.

Q Has your RV license in any state ever been suspended or revoked?
A Has not.
Q Okay. Has your automotive sales license in any state ever been suspended or revoked?
A Yes.
Q Okay. What state?
A Florida.
Q Do you still -- have you gotten your Florida automotive license back?
A I never requested it back. It was offered back to me, but I had already moved.
Q Who offered it -- the license back to you?
A The State of Florida.
Q Did they -- did the State of Florida reach out to you and say, "Do you want this license back?"
A They said that I was eligible.
Q Why was your Florida automotive sale license suspended or revoked?
A Because of a allegation.
Q Okay. What type of allegation?
A Because of a instrument cluster repair that had been made on several vehicles, and they needed to see the documentation that the customer

had signed, that they were exempt, which we provided. Those charges were dropped, and we essentially resolved that with the state.

Q Okay. What charges were those?

A Discrepancy of a -- I do not remember exactly.

THE WITNESS: Do you have that, any of that information, what the charge was exactly? I don't know.

MR. NICK WOOTEN: Essentially -- essentially an allegation of odometer doc problem, documentation of odometer.

BY MR. PETERSEN:

Q And I think that lines up -- and I meant to do this earlier. Let me show you what I'm going to mark as Defendants' Exhibit 1 --

THE REPORTER: I thought you marked Defendants' Exhibit 1 earlier.

MR. PETERSEN: 2, thank you, as Exhibit 2.

(Defendants' Exhibit 2 marked.)

BY MR. PETERSEN:

Q Will you turn with me to -- well, let me back up and ask you -- please take a minute to review this document. Have you seen these before?

A I have.

Q Okay. And these are your interrogatory responses. Do you understand what that means?
A I do.
Q Okay. Will you turn with me to page 4, starting on page 4 and then we'll go on to page 5.
A Okay.
Q So interrogatory number 6 at the bottom asks if either plaintiff has been a party to a criminal or civil lawsuit.
Do you see that?
A I do.
Q Okay. And then the response on the next page, the second sentence is, "In 2015, Mr. Wayne Wooten was involved with an odometer fraud case in Florida."
A Correct.
Q Okay. Is that what we're speaking about?
A That is.
Q Okay. And you said the charges were dropped. Is it your understanding that that's the same as the charges were adjudication withheld?
A That is correct.
Q Okay.
A The way that I will -- excuse me. The way I was informed from the DA and the attorney is that

if I was to be asked ever in a formal setting if I was ever convicted, I could legally answer no.
Q Okay. So were you arrested in this matter?
A Yes, I was.
Q Okay. But you were not ultimately convicted; is that right?
A I was not.
Q Was that -- can we confirm that was in 2015; does that sound right?
A Yes, that was, that was '15. How can you forget?
Q Do you know how many charges were brought against you?
A Can you be more clear?
Q So do you know how many charges the State of Florida brought against you in relation to this 2015 odometer fraud case in Florida?
A They alleged 19.
Q Okay. Were those for 19 different vehicles?
A They were.
Q And were the allegations that the odometers had been tampered with?
A That were the allegations.

Q Okay. And were these vehicles that Moto International sold?

A They were.

Q And I apologize. Moto Import, right?

A Yeah, yes.

Q Thank you. Was this -- were these allegations part of the reason that Moto Import closed?

A It is not.

Q Okay. How long after these allegations were adjudication withheld did you close Moto Import?

A Can you repeat that one more time?

Q Okay. So my initial question was, did closing Moto Import have anything to do with these charges, and you said no, right?

A Yes.

Q Okay. If you had GC Leasing for nine years, which would be around 2015, did you close Moto Import around 2015 as well?

A I did.

Q Okay. So how long after these charges were either brought or dismissed did you close Moto Import and move to Foley, Alabama?

A It all happened about the same time. But

I don't remember the exact dates.

Q Okay.

A We also had a Jeep rental business at the beach that we continued to run until 2017.

Q Did you run that from Foley?

A I did.

Q Okay. So you told me earlier that somebody needed to see some paperwork that the customers had purchased?

A Correct.

Q All right. Can you explain that to me a little further?

A It's just essentially when you're buying a contract on the car, there's a federal odometer disclosure to where when you sell the vehicle, it's either sold TMU, true miles unknown, or exempt.

And we had sold those vehicles exempt, which shows the customer signs off, they're over 10 years, you're not legally required to report the mileage anymore. And if you make any repairs, which is legal, to the vehicle's odometer, which most of those older cars back then needed, so we made those repairs, and we provided the paperwork, and the charges were dropped -- most of them.

We made an agreement with the state where

we paid $1,000 fine and we -- essentially, just the charges were adjudication withheld.

Q Were all 19 vehicles over 10 years old that you sold?

A I do not remember, but most were.

Q Okay. And you performed repairs to all 19 odometers; is that what I heard?

A You must understand that there were a couple of hundred cars, and out of those couple of hundred cars, 10 percent of them needed those repairs.

Q Okay. And I'm asking specifically about the 19 vehicles that related to the 19 charges.

A I understand.

Q Do you know if you effectuated repairs to all 19 of those odometers?

A The repairs were made to those vehicles, yeah. There were a couple of those vehicles that came from auction already repaired that had not been documented. And it just so happened I had to prove that we had bought them that way, so...

Q Okay. So you're saying some of the vehicle -- some of those 19 vehicles you made the repairs at Moto Import?

A Correct.

Q And some of the vehicles were repaired prior to your purchase?
A Correct, right.
Q Okay. Other than paying a $1,000 fine, did you have to do any type of community service or anything like that?
A We made an agreement for an 18-month probation, and then it was -- the record could be sealed.
Q Were you on probation for 18 months?
A I was.
Q Okay. Was your license suspended -- your Florida automobile sales license suspended?
A At that time?
Q Yes.
A Yes.
Q Anything other than the fine, probation, and having your automotive license in Florida suspended?
A Say that one more time. I couldn't hear you.
Q Yeah, I'm -- so I'm wondering about the disposition of the case.
A Got it.
Q So you've told me so far that you made an

agreement to pay $1,000, pay -- excuse me, pay $1,000, spend 18 months on probation, and you also had your Florida automobile sales license suspended, right?

A At that time.

Q Okay. Was there anything else that happened in agreement for those charges being adjudication withheld?

A We did pay restitution. There was some restitution payments.

Q How much approximately did you pay total in restitution?

A I want to say it was about $20,000.

Q And what was -- was that restitution paid to the purchasers of the vehicles?

A Yes.

Q Was that to make up for the difference in the vehicle price or value?

A It was a fabricated number that they came up with to make the case have legitimacy.

Q Who is the "they" in that sentence?

A Apparently the district attorney and the investigator.

Q Do you know how they arrived at that number?

A They fabricated the numbers.
Q But specifically, you're not sure?
A You have to take what the retail value of the car is with the mileage and then deduct what it would have had versus what it was sold with. And there's an algorithm for coming up with that. I'm not exactly sure how they came up with that.
Q Okay. Did you have a criminal attorney in that matter?
A I did.
Q What was his or her name?
A It was Ben Bolinger.
Q Was Mr. Bolinger located in Panama City?
A He is.
Q All right. Let's switch gears. I've been asking you about your history for a little while.
A Yeah, making me relive all that stuff.
Q You have to understand today is the only time I get to talk to you --
A Yeah, I know.
Q -- so I've got to ask all the questions. There's going to be, yes, a lot today that I need to ask you about.
A Okay.
Q Can you please give me your father's full

name for the record?
A It's Barry Wyatt Wooten.
Q Okay. Did he ever go by any other names legally?
A Not that I'm aware of.
Q Okay. What did he go by in everyday life?
A Barry.
Q What was -- and when I say "Mr. Wooten," can we agree we're talking about Barry Wyatt Wooten?
A (Witness nods head.)
Q What was Mr. Wooten's date of birth?
A It was 1953, February 1st, I think, Feb 1st -- February 31st. Jeez, my brain has gone blank.
I'll circle back to that in a second.
MR. NICK WOOTEN: January 31st, '53.
A January 31st. I got him and my mom's confused, they're so close together.
BY MR. PETERSEN:
Q What's your mom's birthday?
A My mom -- well, not close together. They just rhymed. Mom's is June 1st, 1952.
Q And Mr. Wooten was married to Beverly Wooten at the time --

A Right.
Q -- of his death, correct?
A Yes.
Q Okay. Do you know how long they were married, approximately?
A I do not. Yes, about 20 years.
Q Did Beverly Wooten -- well, let me -- let me back up.
Do you know Beverly Wooten's occupation or if she works?
A She worked with the Five Star dealership group, Five Star Automotive Group.
Q Do you know how many times your father was married?
A Four times.
Q I want to make sure that we are on the same page with those. So if you'll go back to your interrogatory responses, Defendants' Exhibit Number 2, it's number 5, so it would be on that same page 4.
A Okay.
Q Do you see where it says -- under number 5, where it says, "Response: Mr. Wooten was married to Ms. Sharon Joy Spivey"?
A Uh-huh.

Q Was that your mother?
A It was.
Q Okay.
A Is.
Q Do you know the reason for Mr. Wooten and your mother's divorce?
A I do not.
Q Did they have any other children other than you and Wendy A. Wooten?
A They did not.
Q Okay. Where -- what county were your parents divorced in?
A Forsyth.
Q And is your mother still alive?
A She is.
Q Great. Where does she live?
A She sold her farm in Commerce. She bought a big RV, and she travels.
Q Do you know where she is right now?
A She happens to be at one of the state parks at Lake Lanier this week.
Q Great. Okay. And then the next paragraph under response number 5 is, "In 1982, Mr. Wooten married Ms. Mona Kilgore."
Have you ever met Ms. Kilgore?

A I have.
Q Okay. Do you know why they divorced in 1985?
A I do not.
Q Okay.
A I think it's because he had met his third wife.
Q Okay. I'll ask you about that in just one second.
A Yes, sir.
Q Do you know in what county they divorced, Mr. Wooten and Ms. Kilgore?
A Possibly Mobile County, Alabama.
Q And it says that they had a son, Curtis Daniel Wooten, who passed in July of 2009. Do you see that?
A Uh-huh.
Q Do you know the reason for Mr. Curtis Wooten's passing?
A I do.
Q What was that?
A It was labeled as a overdose.
Q I'm sorry.
MR. NICK WOOTEN: You need to take a minute, Wayne?

MR. PETERSEN: Yeah, we are okay to take breaks if you need to. Okay. Yeah, let's take a few minutes.

THE VIDEOGRAPHER: Off the video record at 11:04 a.m.

(Recess from 11:04 to 11:14 a.m.)

THE VIDEOGRAPHER: Back on video record at 11:14 a.m.

BY MR. PETERSEN:

Q All right. Before we took a break, I was going to ask you about your father's third wife. To your understanding, is that Ms. Sharon Puryear?

A Yes, yes.

Q Okay. And have you ever met Ms. Puryear?

A I have.

Q Okay. Do you know when they were divorced?

A You know, I do not remember the exact year, but apparently here it says when it happened, but I don't remember.

Q So I may be missing when it happened. This response says, "In 1985, Mr. Wooten married Ms. Sharon Puryear and their marriage ended in divorce," but doesn't have a date. So that's what I was wondering.

Do you have a general idea if it was in the '90s or the 2000s?
A In the '90s.
Q Do you know where Ms. Puryear lives now?
A Mobile, Alabama.
Q And do you know why that marriage ended?
A I do not.
Q All right. We've talked about Mr. Wooten's children. We discussed you, Wendy, and Curtis. Did he have any other children?
A No.
Q Okay. Where does Wendy live now?
A Cumming, Georgia.
Q Does Wendy work?
A Schoolteacher in the Forsyth County school system.
Q Okay. Are Mr. Wooten's parents alive?
A Mother.
Q Okay. What's her name?
A Betty Wigington.
Q Do you know how old your Grandmother Wigington is?
A She's 93.
Q And where does she live?
A She lives off Rosebud Road in Stone

Mountain.

Q How did Mr. Wooten's father pass?

A His father passed in the hospital. I'm not -- I'm not exactly sure.

Q Okay. Do you know what hospital?

A I do not -- in Columbia, South Carolina. I do not know which one.

Q Do you know his approximate age when he passed?

A He was in his 50s.

Q Was it an accident or some type of medical condition?

A I believe it was a medical condition, I believe.

Q Okay. Do you have any idea if it was a heart attack or anything like that?

A I really don't know.

Q Okay. All right. Was your father a member of any social groups or organizations?

A He was a member of many car clubs and -- would you like to be -- are you referring to -- explain to me exactly what type of organizations you're talking about, governmental or just clubs or --

Q Well, let's talk about the car clubs for a

minute. What do you know about those?
A Just, you know, had, like, a Shelby Cobra that he liked to be, you know, amongst other people who owned those same type of cars, so...
Uh-oh.
Q All right. I think the sneeze is gone. I apologize for that.
Was he in any other type of social organizations, like, you know, rotary club or anything like that?
A No, he was not.
Q What year was the Shelby Cobra?
A He owned that 2017 to -- 2016 through 2020, roughly.
Q Oh, that's when he owned it?
A Yeah. And then, of course, he was a member of a couple of clubs involving that car, and that was it.
Q Was he a member of any church?
A Not that I was aware of. However, I lived 400 -- you know, 300 miles away, so...
Q Do you know if he was a member -- we talked about this a second ago. Do you know if he was a member of any governmental organizations or community --

A He was not. He wasn't.
Q What about community groups?
A He was a member of -- well, he gave to a lot of charities, but not necessarily a member of many community groups.
He did organize the Kevin Brown, you know, golf fundraiser, charity benefit, you know, things of that nature, but that's about it.
Q Do you know what other charities or causes he was involved with?
A You know, he donated constantly to leukemia and cancer foundation, things like that, but that was pretty much it.
Q And where was the Kevin Brown golf charity event generally located?
A It was in Macon.
Q Do you know if your father was a member of a gym or fitness facility?
A Say that one more time.
Q Yeah. Do you know if Mr. Wooten was a member of a gym or a fitness facility?
A No, he was not.
Q Do you know if he exercised at all?
A He had workout equipment at home.
Q Did you ever see him using it?

A I have.
Q What did he do for exercise?
A Treadmill, cutting the yard.
Q All right. Tell me a little bit about your relationship with Mr. Wooten.
A Beginning when?
Q Well, let's start -- how about this: How often did you see your father in person prior to the accident?
A Probably five times a year. You know, but vacations, you know, 10 days at a time, or at his home or he would come visit me. He would come down to Gulf Shores at least seven times -- six times a year, so...
Q And when he came down to Gulf Shores, what did you do together?
A We primarily liked to go to restaurants and boating, fishing.
Q Do you have a boat?
A Several.
Q Sorry?
A Several.
Q Okay. Did Mr. Wooten own a boat?
A He did.
Q Okay. Where did he primarily use the

boat?
A He used it on Lake Sinclair, and he brought it to Gulf Shores every time he came.
Q He'd tow it down?
A Every time. He didn't come without it.
Q So other than coming down to Gulf Shores, what type of events or activities would lead to you seeing your father the most?
A Can you say that again?
Q Yeah. So you said he'd come down a few times a year, right, and then you said you saw him five or six times a year.
A Uh-huh.
Q What type of events would you see him for those five or six times a year? You said vacation. Where did you vacation?
A Gulf Shores, Orange Beach.
Q Okay. How about, like, graduations, that type of stuff?
A Yeah.
Q Okay.
A My daughter's.
Q He came to your daughter's graduation?
A Yeah.
Q When was that?

A Nineteen -- 2019.
2018.
Q And would that have been from high school?
A Yeah.
Q Okay. How often would you talk to your father on the phone before his passing?
A Three times a week.
Q Was there anything in particular you'd talk about on a regular basis?
A Business.
Q Was that your business, his, both?
A Both.
Q Anything else a frequent topic of conversation?
A Cars, boats.
Q How about growing up, you said you spent summers with your father; is that right?
A Yes, sir.
Q Okay. Where was that? Where did he live?
A Pascagoula, Mobile, Biloxi. He worked in the automotive industry down there.
Q What did you do during those summers with your dad when you lived with him?
And, again, we can take as many breaks as you'd like.

A I would go to work with him and sweep the floor in the dealership. As a child, that's what I did. In the service center, we flipped through random books and stamped stuff that meant nothing, so that's what I did. And then we'd go out on, you know, go out on the boat, and that's what we always did. That's what we did.

So next. I'm good.

Q So earlier you were telling me, and I didn't catch it, so I want to ask for clarity, about how far was Foley from Forsyth, Georgia?

A Foley from Forsyth, Georgia, you know, it's a four-hour drive, depending on traffic.

Q Yeah. What family member, obviously, other than his wife, what family member lived the closest to your father back in September of 2021?

A My sister, obviously.

Q Wendy?

A Uh-huh.

Q In Cumming?

A Yes.

Q Did he have any other family other than Wendy and Beverly in Georgia?

A Oh, yeah, did -- rephrase that again -- or can you say that again?

Q Yeah. I'm trying to get a sense of where your father's family lived. I know you were in Foley. I know Wendy was in Cumming. How about other family members in Georgia?

A Well, they're scattered all over Georgia, so, I mean, all over. There's really no -- I mean, I couldn't possibly itemize, you know, all of our family members that are -- some were in, you know, like LaGrange. I don't know if you know where that's at. But, you know, we've got family in LaGrange, Valdosta and Cumming and Atlanta. And that's pretty much it for Georgia.

Q Well, let me back up and ask it more generally then so you don't have to itemize everybody.

How often would your father see his family?

A Well, at least once a year, he would schedule a family reunion.

Q Okay. Where was the last family reunion that he went to?

A Where was the last one he went to?

Q Uh-huh.

A Well, he would have them at his home.

Q Okay. So would he and Beverly host?

A They would.
Q Okay. And would that -- when was that last family reunion before the accident, just generally? I don't need the specific date.
A I would say he did one in the summer of 2020.
Q Okay. Sometime in the summer of 2020?
A He would do one every year. So the answer is, yes, 2020.
Q Were they always in the summer?
A I don't remember.
Q Okay. Did you go to that family reunion in 2020?
A 2020, I was working. I could not make it. But he came to see me that summer.
Q That summer?
A (Witness nods head.)
Q When was the last family reunion at your father's house that you went to?
A Probably 2018.
Q Can you tell me a little bit about that? I'm just trying to get a sense for what these were like.
A Just a cookout and just a few, you know, aunts and uncles and a cousin there, and that was

it.

Q Was it a day-long affair, a weekend, a week?

A Just a day.

Q Okay. Did Mr. Wooten go to high school?

A He did. He went to Tucker High.

Q Did he graduate?

A He -- I was born his senior year, so he -- let's see. He did not graduate high school. He did not.

Q Did your father ever get his GED?

A I do not know. I would assume so, but I'm speculating.

Q Yeah. And I know you've heard this through your attorneys because you've got good attorneys, and I saw it on a little -- look, I don't want you to guess about anything today. If you do, I appreciate you telling us, you know. I want to know what you know, but I don't want you to be guessing or us be guessing together, okay?

A Yes, sir.

Q All right. How about after high school, did your father have any other formal education?

A He went to various training schools for the products that they would sell at dealerships.

You know, whether it was, you know, weekend seminars or week-long training programs, he would do those type of things.

Q Do you know who put those seminars or trainings on?

A It would be like the manufacturer of tire equipment or alignment machines, things of that nature. He would get certified and get the training so that the dealerships could fall under the umbrella of those type of -- you know, so that there was somebody who was trained on that equipment.

But he went through various training programs. He also, you know, attended and taught many programs regarding Ford, so...

Q Do you know any specific certificates he received or you just know he attended these and --

A He attended just a multitude, but, you know, allegedly he was a -- at some of the dealerships, he's, you know, even won some Ford presidential awards for some of the dealerships that were top performers. I do know that.

Q Do you think you could find those Ford presidential awards?

A I would imagine they're in the house. I

would imagine. I haven't dug through his personal effects yet.

Q Was Mr. Wooten a certified mechanic?

A He was -- I do not believe he was ASE. I do not believe he was an ASE certified technician.

Q All right. And Mr. Wooten was employed by Five Star Automotive Group at the time of his passing, right?

A That's correct.

Q Do you know his official title?

A He was -- I want to say at the time he was head of service and director of parts and service and training for newly opened stores, so he was a trainer and director of parts and service.

Q Did Mr. Wooten ever actually work in the service departments servicing vehicles with Five Star Automotive?

A As a service writer, he did.

Q But not as a technician?

A Not as a technician.

Q Okay. And just so you can educate me on this, what's the difference between a service writer and a service technician, to your understanding?

A He just basically would bring the vehicles

in and build the tickets on them and align everything and orchestrate the service department so that they could do their job -- so the technicians could do their job.

Q So was he the customer-facing rep that would then pass the vehicle off to the mechanics and technicians?

A He did that when he was younger. At the age -- at his level that he was at, prior to him passing, he was more in the training stage and then overseeing. He wasn't necessarily hands-on with the face-to-face customers unless there was a problem.

Q All right. And thank you for that. I didn't specify a timing.

I was just wondering when you said -- when we were talking about when he did actually work in the service department, what his role was.

A Got it.

Q And that was his role, but in the past, not in 2021, right?

A That's correct. In 2021, he was not necessarily face-to-face and building service tickets. That wasn't what he did. And also over parts, too, which parts and service work hand in

hand, so...
Q Did Mr. Wooten have, like, one office location?
A He did in the past. More recently, he was working from home. And then remotely, he would travel from dealership to dealership. Like the new dealerships they just purchased in Indiana, he would find himself there staying in a hotel and working every day in the dealerships consulting and setting it up in the Five Star way.
Q Okay. How about when he was -- we're in a new world, right, since everybody kind of worked from home with COVID.
A Yeah.
Q So I don't mean working from home in the sense that you were talking about remotely. How about when he was at home, not stationed somewhere like Indiana opening a new store, okay?
A Uh-huh.
Q How about that, did he have an office location that he would go to or was he just on the road at different dealerships all the time?
A He was on the road at different dealerships all the time. There was not a primary office that he sat in and pulled his desk out

except for at his home. And even pre-COVID, he still had a home office.

Q Is it fair to say he basically worked from his truck a lot of the time?

A I can't answer that.

Q You just don't know?

A An automobile becomes your office when you're using it to travel from job to job, so you have to draw your own conclusion from that. I'm not sure.

Q Okay. But we talked about earlier he was traveling to different dealerships for work constantly?

A (Witness nods head.)

Q Okay. And was he using primarily his truck to do that?

A He used a Ford vehicle from dealership to dealership to travel from those -- to each of those locations.

Q Okay. So then I want to talk a little bit more about work, and just so it's not an open book test, I'll refer you back to those interrogatories directly in front of you.

A Yeah.

Q The first page.

A First page?
Q First page.
A Yeah.
Q It's going to be interrogatory number 1, asking about Mr. Wooten's employment history. And then the response, starting on page number 2, is what we just talked about, "Mr. Barry Wyatt Wooten worked for Five Star Automotive from October 5th, 2000, until the date of his death."
Does that sound correct, that he started in 2000?
A Roughly.
Q Okay.
A Yes.
Q Then two sentences from there, it says, "His monthly base salary was $6,900 a month."
Do you know anything about your father's income from Five Star Automotive?
A What type of answer are you looking for from me?
Q Obviously, a truthful one, please. I can rephrase if you'd like me to.
I just want to know if you know about your father's income. If you don't, that's totally fine. I don't want you to guess or speculate like

we talked about earlier.

MR. CHEELEY: If you know. Just tell him what you know.

A I have a copy of his pay stub that doesn't line up with these numbers.

BY MR. PETERSEN:

Q Okay. Do you know -- why do you say that? Why do you think it doesn't line up with this base salary of $6,900?

A So I didn't have my readers on. Okay. Base salary. Well, that explains why it doesn't line up because that's his base salary. Okay. No problem. I didn't see the word "base."

Q Okay. So tell me -- I can't get inside your head. It seems like something just clicked for you. Tell me what you know about your father's income or --

A Well, there was bonuses and commissions based off how the stores performed. So I now see the word "base." That makes sense.

Q Okay. I gotcha. Do you know how those bonuses were structured or incentives?

A I do not.

Q Okay. Do you know approximately how much your father was making per year?

A Only what he told me.
Q Okay. And what did he tell you?
A He said that he was making in excess of 350,000 a year.
Q Okay. Do you know how many hours a week he worked on average?
A I do not.
Q Okay. Did Mr. Wooten have a supervisor at work, anybody he reported to?
A Dick Pope.
Q Is that Pope like P-o-p-e?
A Uh-huh, correct, yes.
Q Do you know Mr. Pope's job title?
A Owner.
Q Okay. Have you ever met Mr. Pope?
A I have in the past.
Q Have you ever talked to him about work?
A No, no, sir.
Q Do you know where your father worked before Five Star Automotive?
A He owned a car dealership in Tucker called Car City Outlet.
Q What type of cars did he sell?
A Used.
Q All makes and models?

A All.
Q Did he stop operating Car City Outlet in 2000 when he started working for Five Star Automotive?
A I'm unsure. I'm unclear. I do not know.
Q Do you know approximate -- well, let me back up. I don't want to presuppose anything.
Did your father at one point stop operating Car City Outlet?
A Yes.
Q Okay. Approximately when was that, that he closed down or sold Car City Outlet?
A Early 2000s.
Q Okay. And I think you told me, I apologize, generally, where was that located?
A Say that again.
Q Yeah. I think you said he operated Car City Outlet in, but I missed it.
A Tucker, Georgia.
Q Thank you. I apologize.
A No, that's good.
Q Do you know why he -- did he close down or sell Car City Outlet?
A He took the job with Dick Pope and had a bunch of cars that were out on buyer/payer finance,

and he hired a collections person named Gary to still collect payments until all of the notes were settled.

Q And then closed out?

A And then the dealership dissolved.

Q Okay. Do you know why he moved from operating that dealership to working for Five Star Automotive?

A He enjoyed the new car business, and he made more money.

Q Other than selling used cars, had your father ever worked for any other manufacturer dealerships other than Ford Motor Company?

A Oh, yeah, yes, sir.

Q All right. Which ones?

A As far as the franchise dealers?

Q Yes, that's a good place to start.

A Nissan, Chevy, Toyota, CDJR, Chrysler/Dodge/Jeep/Ram, all the way back to when Chrysler was Eagle, and there was an Eagle franchise in there, so, you know, all the stuff.

Q Okay. Was that all under the Five Star Automotive umbrella?

A Yes.

Q Okay. Do you know what percentage of

dealerships were Ford dealerships as compared to the others that your father worked at?

A Probably 10 to 15 percent, roughly.

Q You told us your father was born in 1953, which would make him 68 at the time of this crash, right?

A That is correct.

Q Did he ever talk to you about his retirement plans?

A Yes.

Q Okay. What did he say?

A Well, he had consolidated everything out of his attic that summer and gave all the old pictures to my sister and myself, split it up.

And he was preparing to put his house up for sale, and he was buying a home in Bon Secour, Alabama, or Foley, Alabama. He had already been home shopping with Beverly.

And he was wanting to open up a small floorplan company to fund other small dealerships in Alabama, Georgia, Louisiana, Mississippi. He was going to essentially lend -- be a lender to other up and coming small dealers, so...

Q What was the timeline on which he was planning to do that?

A He had planned on -- he was still going to continue to work with Dick Pope part-time through his retirement. And then he wasn't ever really going to fully retire. He still wanted to work to stay active and involved.

So he -- while he was going to take retirement, he still was going to work part-time up to, he told me, about 20 hours a month, you know, into his 70s. So he wanted to continue still staying active, you know.

Q So I heard two different items there. I want to make sure we're talking about the same thing.

You said he was going to take retirement. Does that mean from -- he was going to at least full-time retire from Five Star Auto?

A Social security, I meant. He was going to receive his social security and then, I suppose -- I really don't know how he was going to financially structure that. I don't know.

Q When you said he was going to work 20 hours a month, approximately, was that for Five Star Auto or overall?

A Staying with Five Star part-time. I mean, he was still just going to do some small work for

them consulting.

Q Okay. Do you know the timeline for him moving to that 20 hours a week [sic]?

A I do know not when he -- I have no idea of how he was going to -- how his brain would plan that out. I don't know.

Q Okay. And that was in conjunction with a move closer to Foley, Alabama?

A That's correct.

Q All right. Do you know if your father had started looking at homes in and around the Foley, Alabama, area?

A Yes.

Q And then you said his plan was to open up a small floorplan company, is that how you described it?

A Amongst other things.

Q Can you just tell me, because I don't know, what a floorplan company is?

A A floorplan company, it's a lender that lends to other small dealerships. It puts their vehicles on a floorplan so that they don't have to come out of pocket for their inventory.

So if you have a dealership that needs 50 cars, and it takes a quarter million dollars to

do that, that's what he was wanting to do is be the lender for those. You know, start these dealerships off at $50,000 line of credit. So that was one of the things. That was one of his ideas.

Q Okay. Did he have any other ideas?

A Oh, yeah, yes.

Q Like what?

A I can't remember. I may circle --

Q Oh, please.

A I'll circle back to that.

Q Yeah. And if you think of anything that we talked about before and you want to bring it up, please just let me know.

A Okay.

Q We can come back to anything.

At the time of the crash, was your father financially able to retire?

A He told me that he was.

Q How about outside of work, were there things he wanted to do in retirement?

A He wanted to travel and see family members and spend as much time on his boat as he could.

Q Was Mr. Wooten ever a member of the military?

A He was not.

Q Okay. We've talked about boating. What were some of your other -- what were some of your father's other interests and hobbies?
A Well, obviously, automobiles was his main thing. And then, you know, he played music, and he was fairly involved in his music. And he -- honestly, along with boating comes fishing. And, you know, he was -- he loved anything outdoors. Really was pretty simple. He really enjoyed his cars, boats, and those type of things.
Q Did he play music in a band?
A Sometimes, yes.
Q What was the name of that band?
A It would just be friends that got together at some local bar in Macon and they would play. You can look it up on YouTube.
Q How would I find that on YouTube?
A I think it would be just simply Barry Wooten.
Q Okay. Other than the folks your dad played music with, what type of friends did he have?
A Other musicians and other people in the car business.
Q He had a cellphone, I assume?

A He did.
Q Do you know that cellphone number?
A It was (404)808-7550.
Q And do you know who the cellular service provider was?
A I think it was Verizon.
Q Had your father ever been a party to another -- to a lawsuit?
A He had been sued by State Farm once, but I'm not sure of the outcome. Something about a Chinese scooter. I'm not sure of the details.
Q Okay. Was it State Farm versus Barry Wooten?
A I don't know.
Q You said something to do with a Chinese scooter?
A Something to do with a charger on a Chinese scooter.
Q Did the scooter burn up? Did he get in an accident?
A From what I understand, the charger caught on fire.
Q Was it his scooter or somebody else's?
A Somebody else's. That's all I know. It was 20 plus years ago.

Q All right. Do you know where he was living when that lawsuit was filed?
A Tucker. I don't -- I think it was Tucker.
Q Had Mr. Wooten ever been arrested or convicted of a crime?
A No, not that I'm aware of.
Q Okay. Are you aware if Mr. Wooten had been in any prior automobile crashes?
A He had been involved in a couple of minor ones at an intersection. I'm not exactly sure on the dates on those, though, but there were a couple of fender-benders. 2018 possibly.
Q Okay. Do you know if your father was injured in that 2018 accident?
A Say that again.
Q Do you know if Mr. Wooten was injured in that approximately 2018 accident?
A Minor.
Q Minor injuries. What type of minor injuries?
A I think he had a -- I'm not really sure.
Q Do you know of any other accidents other than the 2018 accident?
A There was one other accident at a intersection. I can't remember the date on it. He

drove in Atlanta traffic a lot, and I'm not exactly sure.

Q Do you know if he was injured in that other accident?

A I don't believe he went to the hospital for it.

Q Okay. Did your father have a primary care physician?

A I'm not sure.

Q Okay. Do you know if he saw any type of doctors on a regular basis?

A I've read his medical report, and I only can speculate off what I've read. We didn't talk about which doctor he visited.

Q That's just not something you discussed with your father?

A (Witness shakes head.)

Q All right. When you said you read his medical report, where was that medical report from?

A I want to say it was from the -- at some point, it was from a deposition -- not a deposition, but from a subpoena, some -- I can't even remember. I've read it -- over the last three years, I've read a medical report somewhere amongst something that got -- I don't even remember

where I read it, but...
Q Did you read that medical report as a result of this lawsuit?
A Yes.
Q Okay. All right. Do your attorneys have that medical report, to your knowledge? If you don't know --
A I would assume so.
MR. NICK WOOTEN: It's -- I think it's from the records from the hospital after the crash.
MR. PETERSEN: That was going to be my next question, too.
THE WITNESS: Yeah.
BY MR. PETERSEN:
Q Okay. All right. So you've seen the hospital records after the accident?
A Yes.
Q All right. Have you seen any other medical records for your father?
A It seems to me, and I may be misremembering this, but it seems to me like there was -- when he was -- there were some records that may have been subpoenaed from his work possibly that had some medical records, like -- I really don't know, so I can't -- I don't know.

Q That's okay. That's all -- I gotcha.
Do you know if your father had health insurance?
A He did.
Q Okay. Do you know the company?
A I do not.
Q All right. Do you know your father's approximate height and weight at the time of the crash?
A He was about 5'11". Probably, I don't know, mid 200s probably. Maybe even more. I don't know.
Q To your knowledge, did your father have any health issues before the crash?
A No.
Q To your knowledge, he wasn't suffering from any medical conditions before the accident?
A No.
Q Do you have knowledge of how many times your father may have treated at an emergency room prior to the crash?
A Prior to the crash, emergency room? Maybe dehydration one time, you know, in the middle of the summer fishing in 104-degree temperature.
Q Do you have just an approximate year that

was?
A Probably 2018. Just dehydration.
Q That's the only ER visit you can recall?
A That's the only one.
Q Do you know any medication your father was taking in September of 2021 when the accident occurred?
A As far as I know, none.
Q So, to your knowledge, he wouldn't have taken any medication on the day of the crash?
A No.
Q Did your father wear glasses or contacts?
A He used to, but he had Lasix.
Q And, again, don't need specifics, do you have any idea of the year he got Lasix?
A I do not know the year.
Q Okay. Let me ask you this: Was it anytime close to September of 2021?
A No, years prior.
Q So you're not aware of any health conditions your father had been diagnosed with prior to the accident?
A No.
Q Is that a no?
A That is a no.

Q Sorry. I just wanted to make sure that Leo gets this.
A Yeah.
Q Did your -- did Mr. Wooten use tobacco products?
A He did not.
Q Okay. Did he drink alcohol?
A Only on occasion.
Q Okay. How often is occasion?
A Probably -- well, when he would come to Gulf Shores on the boat, that's what we did.
Q When you were out boating and fishing --
A Uh-huh.
Q -- how many beers or drinks would your father have?
A Four to five max.
Q Did your father use any illicit drugs before his death?
A No, absolutely not.
Q Did he ever undergo substance abuse treatment?
A Never.
Q All right. I want to switch gears and start talking about cars for a minute. Do you want to take a break since we've been going for a little

while?
A No.
Q Keep rolling?
A I'm good. Let's go.
Q Okay. What vehicles do you currently own?
A Say that again.
Q Yeah. What vehicles do you currently own personally, own or lease?
A Just a 2009 Audi Q7.
Q Okay. Do you own or lease any other vehicles right now?
A No.
Q Okay. Does that vehicle have any, what we talked about earlier, ADAS or DAT features?
A It does not.
Q Okay. What type of vehicle does your daughter Carly drive?
A She has a Subaru BRZ.
Q Do you know what year it is?
A '17.
Q Okay. Do you know if that 2017 Subaru has any ADAS features?
A It does not.
Q Who bought that 2000 Subaru?
A She did.

Q Sorry, I misspoke. 2017. Just so I'm not mistaken.
A She did.
Q Did she buy it new or used?
A Used.
Q Okay. Have you ever owned a Ford F-150?
A No.
Q Have you ever ridden in a Ford F-150?
A Yes.
Q Okay. Approximately when was the last time you rode in a Ford F-150?
A 2021.
Q Okay. Would that have been -- so our accident happened in September of 2021.
A That was not September -- prior to September of 2021. I rode in an F-150 the summer of 2021.
Q Okay. And when you said that was not in September of 2021, what were you referring to there?
A The last F-150 I rode in was my father's.
Q Okay. I understand now.
Was it the F-150 he was driving at the time of the crash?
A That's correct.

Q Have you driven an F-150 since the date of the crash?
A I have not.
Q Would you have any issues riding in an F-150 today?
A I would ride in an older F-150.
Q Can you tell me what you mean by "older"?
A Pre-ADAS.
Q And do you know what years that would be, generally?
A '15 and older.
Q And why would you not ride in a 2016 or newer F-150?
A I personally don't believe the technology is there yet because of the circumstances.
Q What technology are you speaking to?
A ADAS.
Q All of it or certain specific features?
A Lane keeping and cameras, radar, forward facing, rear cameras. You know, I just -- I don't -- I'm not -- I'm not fully confident in it yet.
Q Okay. And when you say "it," do you mean -- are you not confident in a 2016 F-150 or newer with the driver manually driving the F-150?

A I do not understand the phrasing of your question.

Q Yeah. Okay. So you said earlier specifically you have issues with 2016 F-150s and newer with lane keeping, forward-facing cameras, radar, that type of stuff, right?

A Right.

Q Okay. So is your issue with 2016 and newer F-150s those vehicles using that technology in order to steer and accelerate and brake the vehicle or is it different?

A That's not just a simple yes-or-no answer.

Q And if you'd like to give me more than a yes-or-no answer, you can.

A Right. Well, I just -- I personally would prefer just the older steering column and rack and pinion steering without electric assist. And that's just me personally now.

Q Okay. So is there mechanical differences from 2016 on that you think make a difference?

A Well, I'm aware that after seeing and servicing those vehicles, I'm aware that they have electronic assist on the rack and pinion.

And, I mean, I understand that -- I'd just prefer not to -- I would personally prefer to have

the older one, that's all.
Q Okay. So do you believe that any vehicles now that have ADAS are less safe than older vehicles that don't have those ADAS features?
A I don't know enough about it, really honestly, I do not know enough about it to speculate on that. I just don't know enough about it.
Q Okay. We may come back to that, but I appreciate you telling me that, you know, we all have our own understanding and --
A Right.
Q -- it only goes so far. So I don't want to push if that's, you know, where you --
A I just don't know enough about it to be able to give you the type of answer you're looking for.
Q And I'm not looking for any type of answers. I just want to know what you know.
A Got it.
Q All right. Before your father purchased the subject F-150, what did he drive?
A An F-150.
Q Okay. What was the year -- what was the year?

A I believe it was a -- I believe it was a 2019.

Q Okay. Do you know the trim level?

A I would say it was an XLT or a Lariat Platinum.

Q How many F-150s total has your father owned?

A Probably five.

Q Okay. Did he buy five F-150s in a row?

A Yeah, yes.

Q Approximately, going back to what year?

A '16 possibly.

Q So you think sometime around 2016 he had had five F-150s from then to 2021?

A Yes.

Q Okay. Do you know why your father bought F-150s over other vehicles?

A He liked them.

Q Do you know what he liked about them?

A He was a Ford guy.

Q Is it fair to assume, and tell me if I'm totally wrong here, is it fair to assume that he purchased those vehicles through Five Star Automotive Group?

A He did.

Q Okay. And you were telling me that -- and maybe I'm conflating two numbers, but you were telling me that 10 to 15 percent of the dealerships that Five Star Automotive had were Ford; is that right?

A Correct. You must understand, I'm speculating on that. I'm not -- I don't work for Five Star, so I only have limited information when it comes to that.

Q Yeah.

A That can be looked up. You can look that up.

Q Yeah. I'm not going to, in the future, say, "Well, Mr. Wooten said it was 15 percent" anyway.

A Sure.

Q Okay. I appreciate that. I'm learning along with everyone else.

A I see.

Q Did he -- I assume he would trade in his prior F-150 to buy his next F-150?

A Correct.

Q Do you know if any of the prior F-150s had lane-keeping aid that you were just talking about before the 2021 model?

A I do not know.
Q Okay. So do you have any knowledge of how the ADAS in your father's prior F-150s compared to his 2021 F-150?
A I do not. I don't know.
Q Okay. Had you ever driven your father's 2021 F-150?
A I did not drive -- I did not drive that truck, no.
Q Had you driven any of his prior F-150s?
A Yes.
Q Okay. I thought maybe the way you were thinking about it --
A Yeah, yeah.
Q Do you know if any of his prior F-150s had lane centering and cruise control?
A I would imagine they had cruise control because he traveled a lot, so yes.
Q What about adaptive cruise control, do you know the difference?
A I do know the difference, but I'm not sure if they're equipped. I do not know. I haven't seen the build sheet on those like I saw on his 2021.
Q Okay. What other vehicles did your father

own in September of 2021 other than the F-150?
A He had just taken delivery of a 2021 Corvette, new, redesigned, mid engine. And the Shelby Cobra, AC Cobra -- no, he had sold that. So he had just the Corvette and the F-150 and that was all. That's all he had.
Q The new, redesigned Corvette is the best one in years in my opinion. I really like it.
A Me, too.
Q Okay. Do you know if that Corvette had any driver assist technology on it?
A I don't know. I never drove it.
Q Did you ever ride in it?
A Huh-uh, no, I did not.
Q Did anyone other -- well, let me back up.
Was Mr. Wooten the primary driver of the subject 2021 F-150?
A He was.
Q Okay. Who else drove the truck on a semi-regular basis?
A No one that I'm aware of.
Q Do you know if Beverly drove it?
A Rare occasion maybe.
Q And do you know how many miles he put on his truck on average per day, per week, per month,

anything like that?
A He traveled a fair amount to Atlanta from Macon, so he put probably, I don't know, maybe 1,200 a month on it possibly.
Q Do you have any knowledge of the service or maintenance for the subject truck?
A No.
Q Was the 2021 F-150 involved in any prior accidents?
A It had not.
Q And you're doing great, but if could make sure to speak up just a little bit for the court reporter.
A Yes, yes, yes.
Q So are you aware of any issues at all with the subject F-150 prior to the crash?
A I am not aware of any issues that he had had with it prior to the crash.
Q Okay. Do you know if there were any modifications made to the vehicle after purchase?
A He did not have it long enough to modify or change anything on it.
Q It's my understanding, and I could be wrong, that he took delivery of this vehicle in June of 2021. Does that sound right?

A Possibly May.
Q Okay.
A June. It was -- I want to say it was the first of the summer, correct.
Q So then the vehicle -- so that would have been approximately four months before the accident?
A That's right.
THE WITNESS: The truck was built in May, is that right, Nick? I think it was a May build truck, so...
Okay.
MR. NICK WOOTEN: Work off your memory on that.
THE WITNESS: All right.
MR. NICK WOOTEN: But I don't disagree.
BY MR. PETERSEN:
Q You're doing great. Unfortunately, your attorneys can't help you.
A Yeah, yeah. I was trying to remember the build date on it, but I would say it was a May truck, job one.
Q While you were riding in the subject truck, did you ever experience any problems?
A No.
Q While you were riding in the truck, did

Mr. Wooten ever use adaptive cruise control?
A No.
Q While you were a passenger in the subject truck, did he ever use lane centering?
A No. We only used the truck from the boat ramp to the marina, which was less than three-quarters of a mile. So that's the only time that I've been in it.
Q Okay. And is that in Foley, Alabama?
A Gulf Shores, correct.
Q Excuse me. Thank you.
A Yeah.
Q Did your father use any after-market seatbelt accessories in any of his vehicles?
A From what I understand, there was a seatbelt extender in the buckle at the time of the accident, but that's all I know.
Q I want to make sure we're talking about the same thing.
(Defendants' Exhibit 3 marked.)
BY MR. PETERSEN:
Q So I'll show you Defendants' Exhibit Number 3. It's a few different photographs. If you'll take a look at those, and I'll have a few questions.

A Yeah, yes. I understand. I see it.
Q Is Defendants' Exhibit Number 3 photos of the device you were just speaking about?
A Yes.
Q Okay. Was this device plugged in to the vehicle when you rode in the -- when you rode in it in Gulf Shores, Alabama?
A I do not remember.
Q Have you ever seen anything like this in any other vehicles that your father drove?
A I have not.
Q Okay. Do you know where he bought this device?
A I do not.
Q Do you know what the purpose or use was?
A I would imagine so he can get it around his -- he had a large -- fairly large stomach, so it was probably to help make the seatbelt a little more comfortable.
Q Okay. So to provide length or comfort with the seatbelt?
A Yes, sir.
Q Do you know if he left this plugged in at all times?
A I do not know.

Q When did you first -- when do you first recall seeing this device?

MR. CHEELEY: Let me just state an objection to the form of the question on all the questions dealing with seatbelt extenders.

Go ahead.

A I believe the first time I saw this device was during this investigation.

BY MR. PETERSEN:

Q Okay. So after the accident?

A Correct.

Q Was it a few days after the accident, a few weeks, do you recall?

A A few months.

Q And where was the device when you first saw it?

A It seems to me like I saw it in a picture that was part of the evidence that came out from the initial pictures of the truck.

Q And who gathered that evidence or those pictures?

A Seems like my -- the initial pictures I saw were from my stepmother. Seems like it.

Q So she sent you some pictures?

A I believe so.

Q Do you know if there was a device in the passenger's seat, the same device in the passenger's seat buckle?
A I don't know. I don't remember.
Q Did Mr. Wooten always wear his seatbelt when operating a vehicle?
A He did.
Q Did he ever put the shoulder portion behind his back while he was operating the vehicle?
A Never.
Q Did Mr. Wooten ever sit on the lap portion of the belt?
A Never.
Q Did you ever discuss any of the ADAS or driver-assist technology in the 2021 vehicle with your father?
A He had mentioned that he found it interesting and intriguing.
Q This is sometime between June and September of 2021?
A That's correct.
Q All right. What did he find interesting and intriguing?
A Verbatim?
Q No. I'm just trying to get your

recollection of that conversation with your father.
A Well, he had sent me a text bragging about how he was impressed and intrigued by the technology.
Q Do you still have that text message?
A I do. I have that with me today.
Q I may ask you to send that to your attorneys later.
A Okay.
Q All right. What, to your recollection, impressed him about the technology?
A He was just impressed by the technological advances that the F-150 hybrid, the new, what they call a power boost, had, he just -- he found it intriguing, and he thought it was a very marketable item. He thought that general middle America would buy one. He thought they were -- he thought they were the cat's meow.
Q He thought this technology would be useful to the public; is that what I'm -- what you're saying?
A Absolutely.
Q Did you have any involvement in the purchase of this 2021 F-150?
A No.

Q Did anyone other than your father have input on the purchase of the vehicle?
A No, just him.
Q So I think earlier you said that this vehicle was either ordered or built in May; is that right?
A It seems like it was a May build truck.
Q Do you know if your father special-ordered this truck?
A I'm not sure if he special-ordered it or just kind of got on the list for some of the first ones rolling off post-COVID. So I don't -- I'm not sure if it was a special-ordered truck. I can't remember if he said that he had picked those options. I don't remember.
Q Do you know if there was a Ford dealership he spent more time at than others for work?
A It seems to me like he spent the most time in what he called the Atlanta store. So I'm not exactly sure which store that was.
Q Okay. And, again, I know you just said you're not exactly sure, so "I don't know" is a totally fine answer. I'm just trying to make sure I know exactly.
A I do not know.

Q Was that in the city of Atlanta or --
A It was -- yes.
Q Do you know why your father was looking to purchase a new vehicle in 2021?
A Seems to me like he -- he bought one every year, so -- and he wanted the new hybrid. That was one of the main reasons he wanted that truck.
Q This truck had a plug-in battery; is that right?
A Had a -- actually, it was a hybrid, so it was a -- it generated the power for the hybrid battery pack off the gas engine. I don't believe it was a plug-in hybrid, but I could be wrong.
Q So let me back up. I apologize. I got stuck on the hybrid. So he bought a new truck every year, and he wanted the hybrid.
Were there any other features he was looking for in an upgrade to an F-150?
A No.
Q You told me he used the vehicle for towing his boat, right?
A He did.
Q Okay. Did he tow anything else regularly, semi-regularly?
A No.

Q Other than towing and hybrid, do you know any of the other features that were important to him in a new truck?

A The acceleration and horsepower, he really liked how it would -- how it performed. He thought it was an impressive truck.

Q Do you know if price was a consideration?

A Price was not a consideration.

Q Do you know if your father considered buying any trucks or vehicles from any other manufacturer in 2021?

A He would not have considered that.

Q This is a little different because your dad's a Ford guy, he worked at dealerships, but I want to try and make sure I've got an understanding of what you know about his knowledge prior to purchasing.

So do you know what research he did prior to buying this vehicle?

A He was around the new product lines and had gone to multiple Ford meetings that were talking about the new introduction of the hybrid, so he wanted to own one. I mean, that's the extent of what he told me.

Q Okay.

A He was excited to take delivery of it.
Q I believe that this was a Platinum trim level F-150. Does that sound right?
A It was.
Q Okay. Do you know if he looked into any other trim levels?
A I do not know.
Q Do you know why he purchased the Platinum level?
A Just the options.
Q Did your father test drive a version of this vehicle before buying it?
A I do not know.
Q When Mr. Wooten purchased the 2021 F-150, did he receive an owner's manual?
A I do not know that.
Q Okay.
A While I do not know that, it was my understanding that it would have been on a thumb drive possibly, but I do not know.
Q With the new vehicle?
A I'm not sure. It was all so relatively new, I don't know.
Q Okay. How about this: Do you know if he ever read the owner's manual for the 2021 F-150?

A I couldn't possibly know that. I do not know, yeah.
Q Did he ever make any complaints to you about the owner's manual of the 2021 F-150?
A No, he did not.
Q Did your father have a -- let me back up.
Did your father use the MyKey feature?
A This is the first I've heard of MyKey feature.
Q Okay. So is it fair to say you don't know if he used it?
A Fair to say that I don't know.
Q Okay. Do you know if your father ever adjusted any settings or features on the vehicle?
A That, I do not know.
Q So you don't know if he used the information displayed in the middle to adjust any type of settings or features?
A Well, obviously, I know that he used the center display to operate the vehicle, but I don't know if he changed the settings and parameters.
Q Okay. Do you know anything about your father's use of the ADAS features we've been talking about today?
A I do not know that.

Q You don't know when he typically used, let's say, adaptive cruise control or lane centering?
A I don't know how often or -- the truck only had 5,000 miles on it, so I don't know. I have no idea. Like I said, I wasn't in the vehicle with him, so I don't -- I don't know how often he used it.
Q Right. When you rode with him in Gulf Shores, did you happen to notice if all those features were engaged or activated?
A I wouldn't have noticed. We only went three-quarters of a mile.
Q Okay. And so I want to ask these questions, but with the understanding I know earlier you said some of this you just don't know, which is totally fine.
Do you have an opinion how the driver-assist technologies in your father's 2021 F-150 compared to other make and model vehicles in the 2021 year?
A I couldn't possibly know that. The answer is no.
Q Okay. Do you have any personal opinions about the 2021 F-150's ADAS technologies?

A Given the current situation, I'm not sure I would run out and buy one.

Q And I know you said you don't trust that technology after about -- or those vehicles with that technology after about 2016; is that right?

A I was being very general.

Q Okay. Well, when you say you wouldn't run out and buy one, is that specifically a 2021 F-150?

A I'd rather have a 1969 F-150.

Q And why is that?

A Because it's a lot simpler.

Q Okay. Have you done any research on your own into the ADAS technologies in the 2021 F-150?

A Obviously, I looked into it to see how it operates.

Q Okay. What did you look into?

A How the forward-facing cameras speak to certain modules and how it communicates and is routed through and how it maintains the lane and uses active and adaptive steering. You know, read the owner's manual, I have.

Q Okay.

A Online that's published for the public to read.

Q So what sources, other than the owner's

manual, did you review when you were doing that research?

A NHTSA bulletins, documents, anything that I could find online and through speaking with other people in the automotive industry.

Q Okay. Who, and again, not your attorneys, who in the automotive industry did you speak to about this technology specifically?

A Just other friends of mine who are mechanics, technicians.

Q Did they point you to any other resources?

A No.

Q Did they have any opinions about the technology in the 2021 F-150s?

A No.

Q Do you have any criticisms or critiques of the owner's manual of the 2021 F-150 that applied to the vehicle your father was driving?

A I do not.

Q Did you do any research into any other similar ADAS technologies for other automakers?

A In the industry, we have to calibrate ADAS after making certain repairs. And the after-market world is just now coming up with, such as Autel, is just now coming up with the technology to be able

to recalibrate those systems. So, naturally, I've looked into it.

Q Have you done that work or that research on any Ford vehicles?

A I have looked into what type of diagnostics and computers would need -- would be needed to calibrate those systems.

Q Where did you look into that for Ford vehicles? And do you --

A Autel.com.

Q What about for other vehicles, have you looked at other manufactures, how to do that?

A Volkswagen Audi.

Q Okay. Have you had to do that for work?

A Not yet.

Q Have you actually worked on any -- recalibrating any of these vehicles' ADAS systems?

A I don't possess the technology.

Q Are there any pickup trucks after 2016 that you believe are reasonably safe?

A Sure.

Q Which ones?

A I believe all vehicles in general are safe. I just think sometimes they have a glitch, and I just can't -- I can't elaborate on that. I

mean, I drive new vehicles all the time. So you have to put your trust in the vehicle. You got to get behind the wheel and go down the road. That's what we do.

Q Earlier I tried to ask you about if there's a new vehicle with ADAS and you were physically steering the vehicle, do you believe that's any type of safety concern, and you mentioned they have torque on the, you know, lane keep and all that, right?

A Yes.

Q So is that a concern for all automakers after 2016 of yours?

A We're going to have to go back and redact the 2016 comment because that was just a rough guess. I'm -- that's being taken too literally, and I want to redact that.

Q Okay. And I get what you're saying. I mean it more in the spirit. I won't hold you to exactly 2016.

But is it fair to say that newer vehicles, you believe, the safety -- or excuse me, the ADAS technology poses more of a risk than older vehicles?

A I do not believe that.

Q Okay. Then tell me what you were trying to tell me earlier when you said vehicles after 2016.
A That's why I said I want to redact that. Essentially, I was just saying that the technology is still expanding, and I believe it could be improved moving forward. And as cars, newer cars, they get better and better every year, and the ADAS technology gets better every year.
Q Do you think that ADAS technology should be pulled off of newer vehicles?
A I do not believe that.
Q So -- and, again, I don't want to harp on 2016, so I'll move off that a little bit.
A Yeah, please do.
Q I asked you -- but the reason I brought that up is because I asked you earlier if you believed any vehicles after 2016 were reasonably safe. So I'm going to ask you just a little differently.
Do you believe that the -- do you believe that F-150s being currently made are reasonably safe?
A I do.
Q Do you believe the 2021 F-150 Platinum is

reasonably safe?
A My personal believe is that was the first year of that vehicle. There were a ton of software updates done. They were continually improving it. They had not -- I believe that there was a reason that BlueCruise wasn't released until 2022, the final version of it. So I believe that they were working on it through software updates. But I think the first -- my opinion is the first generation of that truck had some glitches that were not fully worked out.
Q Okay. And can you -- were those glitches that you're testifying to, were those all limited to software?
A Well, it wasn't necessarily just the software. You can go to NHTSA and look at all of the recalls. It's public information.
Q Okay. Do you still have those that you're referring to so I don't have to ask you about each one?
A Do I still have them? They're on NHTSA.
Q Yeah, of course. I know. But earlier you said you went and researched that information, right?
A A few years ago.

Q Okay. Just so I don't have to go through and say which ones did you look at, what did you see, would you be able to determine which recalls, NHTSA recalls, you looked at?
A Oh, sure.
Q Okay. And is there anything other than those NHTSA recalls you just referenced that you think were glitches that were still being worked on?
A Just what NHTSA had put on -- they pretty much addressed some of the most important ones right away. And then there were other -- there's other things that are service bulletins that aren't officially recalls, and there's other -- there's other problems that haven't been addressed yet. However, I'm not privy to that information. I don't know.
Q Is this crash the first and only safety issue you know about with the subject truck?
A I believe it was the first one.
Q All right. Again, we're going to kind of change gears away from general vehicles and talk about the actual crash. Do you want to take a few minute break?
A I'm good. Let's go.

MR. CHEELEY: Let's take a break.

THE VIDEOGRAPHER: Off video record at 12:39 p.m.

(Lunch from 12:39 to 1:33 p.m.)

THE VIDEOGRAPHER: Back on the video record at 1:33 p.m.

BY MR. PETERSEN:

Q All right. Mr. Wooten --

A Yes, sir.

Q -- before we took a break, as part of your testimony a while back, you were telling me about some of the various training and certifications your father had received.

Do you remember that?

A I do.

Q All right. Did your father have any Ford specific -- let me back up.

Did your father have any Ford training or receive any award -- I apologize. I think lunch might have gotten to me. Let me back up a second.

Did your father receive any Ford training for awards relating to the ADAS systems?

A I do not know.

Q Okay. Do you know if he had any training specific to ADAS systems?

A No.
Q Do you know if he had any training on other manufacturers' driver-assisted technologies?
A I do not know. That, I do not know.
Q How about as part of his work, would it be -- would he have knowledge of other manufacturers' driver-assist technologies other than Ford?
A Not that I'm aware of.
Q Did he have specific Ford knowledge of the driver-assist technologies due to his work?
A I don't know.
Q Okay. Do you think he looked into those before purchasing the vehicle?
A That, I don't know either.
Q You told me at some point your father had texted you excited about those technologies, right?
A After he had purchased it.
Q Right. So I was just trying to make sure we were located.
How about, do you know if he was excited about those technologies before he purchased the vehicle?
A As to not speculate on that, I would just say no, I do not know that.

Q Okay. Then earlier you told me with newer vehicles, you had some concerns about the steering with driver-assisted technologies; is that fair?

MR. CHEELEY: Just state an objection to the form of the question. We don't tender him as an expert.

BY MR. PETERSEN:

Q Do you recall testifying about that?

A I had mentioned that I was concerned about it, but that's only my opinion.

Q Right. And all I want to know today is just your personal opinion, what you personally know.

So is your concern regarding steering, does it concern the steering column in the electronic power steering or the ADAS technologies that utilize electronic power steering?

MR. CHEELEY: Object to the form.

A I don't know.

BY MR. PETERSEN:

Q Do you have any concerns with the electronic power steering in the Ford F-150?

MR. CHEELEY: Object to the form.

A No.

BY MR. PETERSEN:

Q All right. So then before we took that break, I told you we were going to switch gears and talk about the actual crash.

I think we're all on the same page, but for the record, I want to be clear, you did not see this crash happen, right?

A I did not.

Q Okay. You didn't see the events that immediately led up to the crash, correct?

A Correct.

Q Okay. And you didn't see the immediate aftermath of the crash; is that right?

A I did not, not the immediate aftermath.

Q Do you have any personal firsthand knowledge of how this crash happened?

MR. CHEELEY: Object to the form.

A No.

BY MR. PETERSEN:

Q And why I'm asking you that is, again, I don't want to know what your attorneys have told you, right? We talked about that.

Do you have any personal knowledge about how the accident happened?

A No, I do not.

Q You don't have any knowledge about your

father's actions inside the truck at the time of the accident or just prior to the crash?

A Only what I've seen from the EDR data.

Q Okay. Have you reviewed anything else other than the EDR data that would indicate what was going on at the time of the accident?

A I went to the scene.

Q Okay. When did you first go to the accident scene?

A Saturday after the accident. I'm not sure of the date, so that would have been the Saturday after the accident.

Q Within a week of the accident?

A Yeah.

Q Okay.

A Yes.

Q What did you do when you went to the scene?

A I picked up parts off the truck.

Q What else?

A I made note of how there appeared to be no braking and no steering.

Q Okay. Did you do that by taking a photograph or two?

A Video.

Q Video, okay.
(Defendants' Exhibit 4 marked.)
BY MR. PETERSEN:
Q I'm going to show you Exhibit 4. Do you recognize that photograph?
A I do.
Q All right. Did you take that photograph?
A I don't think I took this one.
Q Okay.
A Possibly. There was a lot of photographs taken. I took one similar.
Q Okay. How many photographs did you take? Was it more than one?
A I took an entire video, so multiple screenshots could be taken from that video.
Q And let's just talk about clicking photographs and then we'll talk about a video.
Did you take any photographs?
A I do not remember.
Q Okay. How long was the video that you recorded on the scene of the crash?
A There were two videos approximately two minutes a piece.
Q What did you do with those two videos?
A I sent them to my attorney.

Q Did you send them to anybody else?
A I don't remember.
Q Did you take any measurements on the scene?
A I paced it.
Q When you say you paced it, from where to where?
A From the time it left the pavement to the tree.
Q And is the truck in that sentence?
A Yes.
Q Did you drive your vehicle into the grass?
A The curb, the curb of the road. I pulled my vehicle off to the curb and then walked the scene.
Q But you never drove in the gore of the crash?
A I did not.
Q Did anybody go with you?
A My assistant.
Q Who's your assistant?
A Jennifer Warren.
Q Did Jennifer take any photos, videos, measurements, anything like that?
A She did not.

Q Did you drive the exit ramp?
A Sure. To go back to my father's house, yes, I got on the exit ramp.
Q Was that after having parked on the side of the road?
A Later that day, yes.
Q Okay. Let me just -- I think I understand, but I want to make sure I know what you're saying.
You parked, got out, looked around, got back in your car, and that's when you drove the exit; is that what you're saying?
A Drove back up to the next exit and made a U-turn to come all the way back south and then got off the Bolingbroke exit.
Q So you drove from the highway into the exit and through the exit all without parking; is that right?
A I pulled off the side of I-475, walked the scene, continued north, made a big U-turn, came south, and then got -- went back off the Bolingbroke exit to my father's house.
Q Okay. What vehicle were you in when you did that?
A The '09 Audi.

Q Is that the only time you've driven through this exit?
A Yes.
Q Do you know the speed limit in that exit lane?
A I do not.
Q Do you know how far back on the highway that lane becomes an exit lane?
A It appears to be an eighth of a mile.
Q After doing the U-turn, coming back down the highway, and while you were making the exit to go back to your father's house, did you use cruise control or were you --
A I did not. I don't believe. I wouldn't have. Unfamiliar area, I generally don't use it. It's a road I'm not that familiar with. So I don't get off that exit, that particular Bolingbroke exit often, so...
Q Okay. And you told me earlier the 2009 Audi doesn't have any of the driver-assist technologies that are on current vehicles; is that right?
A That's right, no.
Q Do you know what time Mr. Wooten went to sleep the night before the accident?

A I do not.
Q Do you know what time he woke up on the day of the crash?
A I do -- that, I don't know.
Q Do you have any knowledge of what your father did on the day of the crash prior to the crash?
A He was in a meeting with Dick Pope and a couple of the GMs for the dealerships in Macon. There was about five people in the meeting. And I believe he was at the Macon Ford store.
Q Do you know how often your --
A Warner Robins.
Q Do you know how often your father visited that Warner Robins dealership?
A Several times a week.
Q Do you know who was the last person your father talked to before the crash?
A I do not.
Q And is it your understanding Mr. Wooten was leaving the Warner Robins Ford dealership prior to the accident?
A Yes.
Q Was he going home?
A Yes.

Q Do you know the regular route he takes to go from that dealership to his house?
A I believe it was that exit.
Q Okay. Do you know if he typically used adaptive cruise control on his way home?
A That, I do not know.
Q Do you know if he typically used lane centering on his way home?
A I don't know. That, I do not know.
Q Do you know if Mr. Wooten ever used adaptive cruise control with lane centering on this particular exit ramp before?
A I would have no way of knowing, no.
Q Okay. What is your understanding of how the crash occurred?
A From looking at the EDR data, that he put his blinker on and went to get off the exit. And as far as that, that's all I know from just the data that I've looked over, and I'm no expert, so...
Q And I totally understand that. Don't want you to -- don't want to ask you to provide any expert opinions, that type of thing. Anything you're uncomfortable testifying to, please don't.
Do you know what happened after your

father -- do you know what happened during the subject crash after your father got into the exit lane?

A No.

Q Have you reviewed any documents that would explain the accident other than the EDR data?

MR. CHEELEY: Object to the form of the question. You can answer if you can.

A I don't know.

BY MR. PETERSEN:

Q During your work, do you typically review EDR reports?

A No.

Q Did you speak to any police or sheriff's deputies after the accident?

A I had to arrange for the tow bill to be paid which required me to contact the sheriff's department. I don't recall who I spoke with.

Q Okay. Any other discussions with law enforcement about the crash?

A Not that I recall.

Q Did you speak with anybody in the fire department about this crash?

A I have not.

Q Did you speak to any of the responding

EMTs?
A No.
Q How did you learn that there had been a crash?
A I received a phone call from Tommy Christianson [sic].
Q Who is Tommy Christianson?
A He was dad's right-hand man at the dealerships. He was training him to do his job.
Q Is it your understanding Mr. Christianson worked at several dealerships as well?
A That is correct.
Q Okay. What time did Mr. Christianson call you, approximately?
A I'm on Central time in lower Alabama, so it would be around 7:30 my time, 7:30 Central.
Q And what did you do when you found out there had been a crash?
A I dropped down to my knees and said a prayer and tried to manipulate reality.
Q What did Mr. Christianson tell you other than there's been an automobile crash?
A He said, "You need to get here right away. Things aren't looking good."
Q At that time -- if you know, at that time,

was your father still at the hospital?
A He was still -- at that time, he was critical, and they must have told him that he wasn't going to make it.
Q What did you do next?
A Well, being that he was still -- at that particular time in the conversation, I went back to my boat and started putting up Thanksgiving lights and tried to act as if it wasn't real, and was waiting on the next phone call to update me as to how he was doing. Not Thanksgiving lights. October, fall kind of decorations I was putting up, yeah.
Q Which boat was that? I ask because earlier you said you had a houseboat. Were you still living on the houseboat or is that different?
A I have a motor yacht in Gulf Shores.
Q Okay. Were you living on that boat at the time?
A I use it as temporary housing sometimes when I'm in town.
Q Okay. But you have a different residence as well?
A I do.
Q Okay. Is that on that Highway 58?

A It's in Astor, Florida.
Q Okay. I need to back up. I apologize.
Where were you when you got the call from Mr. Christianson?
A I was at the Dollar General in Gulf Shores.
Q And where were you living at the time of this accident?
A I was working in Foley, so I would have been living at the Foley address.
Q On Highway 58?
A I have two residences.
Q Okay. But earlier you only told me about the Highway 58 one. That's why I'm asking about this now.
A Highway 59.
Q Highway 59. Thank you.
What's the second address or residence?
A It's 25848 McPherson Lane, Astor, Florida.
Q And is that the motor yacht you were testifying about?
A No, that's a home.
Q Okay. All right. After you got the call, you went and put up lights on your boat.
Did you get another call anytime after

that?

A I did.

Q When was that?

A Around roughly 8:00 my time, Central.

Q And who was that call from?

A Tommy.

Q And what did Mr. Christianson say?

A Told me that he was dead, that he had passed.

Q When did you first go to Georgia after this accident?

A I came up for the -- the funeral was almost immediately on -- gosh, it was on a Friday, I want to say. Funeral was on a Friday. I came up -- I'm not sure of the dates honestly. I think it was three days later.

Q We don't need specific dates. Is it -- just so I know your testimony, is it fair to say that after getting the call that your father passed away, the first time you came to Georgia was for the funeral after the accident?

A Right. It all came together very quickly. Post-COVID, somehow, we were able to put it together, casket, the funeral, the whole 9 yards.

Q Were you involved with planning the

funeral?
A I was not. Plenty of other family.
Q Okay. Who primarily handled planning of the funeral?
A My stepmother, Beverly Wooten, and I believe Brenda Wooten, which would be my father's sister, and friends and family that lived in his neighborhood.
Q Do you have an approximation of how many people attended that funeral?
A No.
Q Were there pallbearers for the casket?
A No.
Q Prior to the crash, when was the last time that you spoke to Mr. Wooten?
A Prior to the crash, I don't remember, a day or two before.
Q Do you remember what was discussed?
A I do not.
Q Was that on the phone?
A Yes.
Q Do you recall the last time you saw Mr. Wooten in person before the crash?
A Let's see. He left in August, so -- let's see. He was down -- it was within a three-week

window last time I saw him.
Q It was when he visited you in August?
A Actually, I'm a little confused on my timelines, but it was midsummer of 2021.
Q Okay.
A I can find those exact dates out, but right this minute, I don't have them off the top of my head.
Q When you came up for the funeral, where did you stay?
A In a hotel close to the funeral.
Q How many days did you stay in town?
A I was there one night.
Q And then went back to Alabama?
A Correct.
Q Would it have been the day after the funeral that you went to the scene if that was a Saturday?
A Yeah, that was the next -- yes, sir, it was the next day.
Q Do you have an approximation of how much your father's medical bills are?
A I have no idea, no.
Q Do you personally have any opinions about who's at fault for this crash?

A I firmly believe that the truck had a malfunction. I firmly believe that.
Q When you say "a malfunction," can you explain that any further?
A I believe the truck didn't respond to my father's inputs.
Q Steering?
A And braking.
Q Steering and braking inputs?
A (Witness nods head.)
Q From the research and knowledge you have, do you have any idea why the truck would not have responded to your father's steering and braking inputs?
A I do not.
Q Earlier we looked at the complaint, and it had a list of different driver-assist technologies in the truck.
Do you remember that?
A I do.
Q Okay. That complaint alleges that those ADAS technologies in the subject F-150 were defective.
A Correct.
Q Do you rely on your lawyers for all that

information?
A Primarily the experts that have been looking into it.
Q Do you have any personal information about it on top of those experts or your attorneys?
A No.
Q Since you filed this lawsuit, has anybody told you not to drive or ride in a particular type of vehicle?
A No.
Q Okay. Since you filed this lawsuit, has anybody told you not to use a particular feature in any vehicles?
A No.
Q In that same complaint we looked at earlier, there are claims for failure to warn against Ford.
Are you aware of those claims?
A Say that one more time.
Q Yeah. And I can bring the complaint back up if you'd like to see it.
A Okay.
Q Would that be helpful?
A Sure.
Q Okay.

A I mean, is it what I have here in front of me?

Q No, sir. It's what I showed you on the computer a few minutes ago. Let me ask the question, and we can go over it if we need to.

There are allegations that Ford failed to warn Mr. Wooten about dangers with this truck. Are you aware of that?

A No.

Q Okay. Do you have any knowledge or opinions on any warnings or failure to warn about this truck?

A This is new to me --

Q Okay.

A -- unless I'm not understanding you properly. I don't know. I'm not exactly sure where you're headed with that.

Q I just want to get your knowledge about the allegations, some of these allegations, and one of the allegations is a failure on the part of Ford to warn about the subject truck.

A Oh, yeah. Well, I think it kind of speaks for itself.

Q Okay. And I think that's fair. So let me show you Exhibit 1 again. Can you see on page 35

where it says, "Count Five, Ford, failure to warn"?
A Let me see here. Yeah, I see that. Okay. Gotcha.
Q Let me make sure it's big enough.
Is it your testimony today that this complaint, as far as your personal knowledge and information, speaks for itself?
A I would say this Count Five speaks for itself.
Q Okay. And that's all I'm asking is if you have any -- if you did any particular research or have any particular personal knowledge about this claim for failure to warn.
A Anything outside of this complaint, I have no -- nothing to add or take away from that.
Q Have you received any payments related to your father's death?
A No.
Q Like from insurance policies?
A No.
Q Payments from other insurers?
A The insurance company that insured the truck, I was able to arrange a special circumstance where the truck was able to stay in a storage unit that it is and then be paid off. And then we did

basically a buyback from the insurance company where we were able to keep the truck for investigation and then get the little bit of the remainder of the loan paid off, which I think was 17,000.

Q Okay. Do you know what insurance company that was with?

A I can't -- Jennifer handled most of that for me, so I'm not really -- honestly, I don't remember who he was insured with.

MR. PETERSEN: Okay. All right. I may have some more questions for you, but I know other attorneys are going to. So I am going to right now thank you for your time, and I may come back with a few follow-ups in just a few minutes.

THE WITNESS: Okay.

MR. PETERSEN: Do we want to take a break for any reason?

THE WITNESS: Sure.

MR. PETERSEN: Is that a yes?

(Off-the-record discussion.)

EXAMINATION

BY MR. WHITE:

Q Mr. Wooten, I'm Brendan White representing Robert Bosch, LLC.

I just wanted to go over a couple of things before we start, just same with Ford's line of questioning about understanding about the meaning of "subject vehicle." I want to make sure we're talking about the 2021 Ford F-150 that your father owned.

Do you understand that when I say "subject vehicle"?

A Yes, yes.

Q And then the subject incident is the automobile crash involving that vehicle that your father was driving on September 14th.

A Yes.

Q Okay. And sorry, just lastly, I'll often just for shorthand refer to "Bosch," and I'm referring to Robert Bosch, LLC.

Do you understand that?

A Yes.

Q Why are you suing Bosch in this case?

A It's my understanding that just some of the modules were produced by Bosch and possibly some of the software may have been developed by Bosch. And that's the extent of what I know.

Q And how did you obtain that knowledge?

A Through my attorneys.

Q I've got an exhibit here for you.
MR. WHITE: We'll mark this as Bosch Exhibit 1.
(Defendant Bosch Exhibit 1 marked.)
BY MR. WHITE:
Q This is plaintiffs' initial disclosures that were filed in this case.
Have you seen this document before?
A I don't recall if I've seen this exact one. I've seen a bunch that look just like it, but I don't think -- I'm not sure if I've seen this exact document. I've seen a lot of them.
Q I guess I'm focused mainly on just page 2.
A Oh, okay. That would help. There we go. All right.
Q And then you'll see the table there, and there's a column and row for you specifically. Do you see that, "Plaintiff Barry "Wayne" Wooten"?
A I do.
Q Okay. And then you'll see to the right, it says, "Wayne has knowledge about the Ford F-150 features and ADAS system and related components."
A Uh-huh.
Q Is that an accurate statement?
A Well, it was -- it's accurate in the fact

that I had -- I was aware that the truck was equipped with it, yes.

Q Okay. So do you have any knowledge about any F-150 feature that was specifically developed or designed by Bosch?

A I knew that the -- some of the modules, specifically, the ECM, was developed by Bosch. I knew that much.

Q Okay. How did you know that?

A I looked through the parts diagram and looked to see who built all the modules.

Q So you said ECM, but then also some other module. Are there any other modules that Bosch --

A I don't remember.

Q Okay.

A That was three years ago -- or two years ago.

Q And then I just want to clarify that also where it says "and related components," do you know of any components that were designed or manufactured by Bosch other than ECM?

A If I remember right, I think Bosch built -- programmed some of the ADAS software, but it was fine-tuned by Ford, but that's all I know.

Q How do you know that?

A I don't remember. I can't remember where I found that.
Q Then I guess ECM, I assume is that -- do you mean engine control module?
A Sure, yes.
Q Have you also heard that referred to as a power train control module?
A PCM, yes, sir.
Q Is there a distinction between the two that you know of, the ECM versus the PCM?
A Generally, the PCM is power train which will control engine transmission function versus the ECM is primarily a standalone engine control module.
Q Do you know how the PCM in the subject vehicle works?
A I do not know how the PCM in that particular vehicle works, no.
Q Do you know how the PCM in the subject vehicle interacts with any ADAS systems in the vehicle?
A I do not know that.
Q I just want to go back to when you went to the scene of the crash, and that was the Saturday after the accident occurred; is that right?

A That's correct.
Q And what was your assessment at the scene again?
A Can you say that a little louder?
Q Yeah. What was your assessment at the scene again?
A I just noticed that there was no evidence of braking, which I thought was strange. It just raised a red flag.
Q Can you just describe what you mean by no evidence of braking?
A No black skid marks on the pavement. No chafing of the grass. The grass appeared to be rolled over rather than braked over. A monkey could see that.
Q So if I could just direct your attention to this document, this is Ford Exhibit 4.
MR. PETERSEN: I think that was Exhibit 4, yes.
BY MR. WHITE:
Q Do you have that in front of you again?
A I do.
Q It's this picture here (indicating).
A Uh-huh.
Q So is that -- when you say is that evident

from this picture, there was no braking?

A It just appears to be rolled over, the grass rolled down rather than chunked out of the earth. I mean, it appeared odd to me all the way up to the tree. It appeared to be trampled down rather than aggressively braked on.

Q And you said -- when you went to the scene, did anybody direct you to do that, to go to the scene?

A Everybody else -- no, nobody directed me.

Q So why exactly did you go to the scene?

A As a father would want to know what killed their child, a child wants to know what killed their parent. I wanted to know what happened.

Q Did you know the police were investigating the crash and taking pictures?

A Did I know that?

Q Yeah.

A I assumed that they were, like with any crash.

Q Yeah. Is there any reason why you thought that their information might not be accurate or what their assessment is or is it just more I just want to double-check and see for myself kind of...

A I assumed they had already taken pictures

that night and the next day of the scene.

Q Okay. Prior to the crash, had your father ever mentioned any issues with the vehicle not responding to brake or acceleration inputs?

A Never, no.

Q Do you know of any -- if he had any service on the car where any service provider indicated there might be issues with the --

A I found some service records through my -- as being co-administrator of the estate. And it seems like I pulled up something somewhere. I don't remember that he had had an oil change and alignment -- oil change and some service work performed at Five Star. I'm sure you can find that through their service department records at the Ford dealership or somewhere.

Q But to your knowledge right now, I mean, do you know if any service provider ever told your father there's an issue with the brake inputs or the accelerator inputs on the vehicle?

A Oh, no, no.

(Defendant Bosch Exhibit 2 marked.)

BY MR. WHITE:

Q One more set of exhibits here. I hand you Bosch Exhibit 2.

Have you -- have you seen these pictures before?
A It seems like it, yes.
Q These were produced by you and your counsel to Bosch. I just want to ask, do you know -- I guess this first picture, you'll see in the bottom right corner, it's Wooten 002176.
A I do see that, yeah.
Q Can you -- I assume, is this your father here, the gentleman in this photo?
A It is, yes.
Q Okay. And who else is in that photo?
A That would be my sister's youngest daughter -- or only daughter.
Q And do you have any idea who took this picture?
A I do not.
Q And do you know when this picture was taken?
A Apparently Christmas. There's an elf in the background.
Q Right. But I guess based on the -- I guess the picture of your niece, can you ballpark in terms of what year this would have been?
A It's fairly recently because she's not

much bigger than that now. So I would have to say that would be Christmas of 2020, just guessing.

Q Okay. Then if you could just turn, there's another picture, bottom right, Wooten 002177.

A Uh-huh. I see it.

Q Okay. So, again, I assume that the gentleman is your father. And then is the little girl the same little girl in the previous photo?

A That would be my niece.

Q Okay. And then who else is in that photo?

A That would be Beverly Wooten and my nephew.

Q And how old is he?

A Now he's 13.

Q And I'm sorry. What was his name again?

A Connor.

Q And I assume that's Wendy's son?

A It is.

Q And then do you know who took this photo?

A I do not know. I would assume my sister.

Q And then just the date, do you know -- have any idea when --

A I would say 2020.

Q And then the next photo, the 2178, I

assume, yeah, that's your father and your niece. It looks like it's from the same day.

A Yes.

Q Do you have any reason to believe it's not from the same day; that it's just a different --

A She's wearing the same shirt.

Q Right. And then this last one here, 002179.

A Uh-huh.

Q Is that the same, your niece, nephew Connor, and Beverly?

A I would imagine -- yes, that's Beverly Wooten. I would imagine that's 2020, Christmas of.

MR. WHITE: Yeah, I think that's all that I have. Paul, I don't know if you have anything else.

MR. PETERSEN: I do have a few follow-ups. It's going to be very brief.

FURTHER EXAMINATION

BY MR. PETERSEN:

Q Mr. Wooten, you were telling Brendan that after the accident -- or, excuse me, after the crash, you went to the scene, and no one directed you to do that; is that fair?

A That is fair.

Q Okay. Did you ever go see or investigate the subject truck after the crash?
A Absolutely not, no.
Q Have you seen the truck to this day?
A No, only in photos.
Q What about the parts that you picked up from the scene, what did you do with those?
A There was one broken mirror, and I put the mirror in my shop, which I still have today, a piece of glass off the mirror. And then the actual rearview mirror housing, I have that. I just kind of -- I don't know. I just picked it up. It was laying there.
Q And you took those to your shop in Alabama?
A Uh-huh, correct, yes.
Q Have you given any recorded statements about this crash?
A Just today.
Q All right. And then I asked you earlier about any arrests or convictions.
A Uh-huh.
Q I'm not sure if I asked, have you ever been a party to another civil lawsuit?
A As in being sued or suing someone?

Q Either. So this case that we're here for today is a civil suit as opposed to a criminal suit, right?
A Sure.
Q So other than the suit you're here for today, have you ever been a party to a civil lawsuit?
A I'm in the car business. I'm getting sued all the time.
Q Okay. So how many times have you been sued as a part of your car business?
A Three times.
Q Okay. Which businesses would that be?
A Well, those are previous businesses that are closed. In this current business, only once.
Q Okay. So when was the suit against your current business, approximately?
A 2021.
Q Okay. And which county was that lawsuit filed in?
A That was in Baldwin.
Q Okay. The prior business was Moto Import; is that right?
A Correct.
Q Okay. How many times was Moto Import

sued?
A Motor Import, once.
Q Okay. Did that have anything to do with the 19 odometers that were --
A No.
Q -- repaired?
A No.
Q What county was Moto Imports sued in?
A Fulton.
Q Just the one time?
A Fulton County, Georgia.
Q And do you recall --
A Sorry, Forsyth County. I butted in there but I -- yeah, it was Forsyth.
Q Okay. Is that the only lawsuit filed against Moto Import?
A Yes.
Q Okay. Do you have an approximate year?
A Right after the recession, that would have been probably 2009, something like that.
Q So is 2021 and 2009 the most recent lawsuits you've been involved in?
A These are approximate dates.
Q Of course, yeah. But we're talking about the same ones, right? Are those the last two civil

suits you've been involved in before this one?

A Correct.

MR. PETERSEN: Okay. All right. Well, I think that's all my questions. Again, thank you for your time.

THE WITNESS: No problem.

MR. CHEELEY: No questions.

THE VIDEOGRAPHER: This is the end of the deposition. Going off the video record at 2:23 p.m.

(Deposition concluded at 2:23 p.m.)

(Signature reserved.)

The following reporter and firm disclosures were presented by me at this proceeding for review by counsel:

REPORTER DISCLOSURES

The following representations and disclosures are made in compliance with Georgia Law, more specifically:

Article 10 (B) of the Rules and Regulations of the Board of Court Reporting (disclosure forms)

OCGA Section 9-11-28 (c) (disqualification of reporter for financial interest)

OCGA Sections 15-14-37 (a) and (b) (prohibitions against contracts except on a case-by-case basis).

- I am a certified court reporter in the State of Georgia.
- I am a subcontractor for Veritext.
- I have been assigned to make a complete and accurate record of these proceedings.
- I have no relationship of interest in the matter on which I am about to report which would disqualify me from making a verbatim record or maintaining my obligation of impartiality in compliance with the Code of Professional Ethics.
- I have no direct contract with any party in this action, and my compensation is determined solely by the terms of my subcontractor agreement.

FIRM DISCLOSURES

- Veritext was contacted to provide reporting services by the noticing or taking attorney in this matter.
- There is no agreement in place that is prohibited by OCGA 15-14-37 (a) and (b). Any case-specific discounts are automatically applied to all parties, at such time as any party receives a discount.
- Transcripts: The transcript of this proceeding as produced will be a true, correct, and complete record of the colloquies, questions, and answers as

submitted by the certified court reporter.

- Exhibits: No changes will be made to the exhibits as submitted by the reporter, attorneys, or witnesses.
- Password-Protected Access: Transcripts and exhibits relating to this proceeding will be uploaded to a password-protected repository, to which all ordering parties will have access.

CERTIFICATE

STATE OF GEORGIA:
COUNTY OF FULTON:

I hereby certify that the foregoing transcript was taken down, as stated in the caption, and the colloquies, questions and answers were reduced to typewriting under my direction; that the transcript is a true and correct record of the evidence given upon said proceeding.

I further certify that I am not a relative or employee or attorney of any party, nor am I financially interested in the outcome of this action.

I have no relationship of interest in this matter which would disqualify me from maintaining my obligation of impartiality in compliance with the Code of Professional Ethics.

I have no direct contract with any party in this action and my compensation is based solely on the terms of my subcontractor agreement.

Nothing in the arrangements made for this proceeding impacts my absolute commitment to serve all parties as an impartial officer of the court.

This the 30th day of July, 2024.

CAROLYN M. CARBONI, RPR, RMR, CCR-B-878

ERRATA FOR ASSIGNMENT #6805146

I, the undersigned, do hereby certify that I have read the transcript of my testimony, and that

___There are no changes noted.
___The following changes are noted:

Pursuant to Rule 30(7)(e) of the Federal Rules of Civil Procedure and/or OCGA 9-11-30(e), any changes in form or substance which you desire to make to your testimony shall be entered upon the deposition with a statement of the reasons given for making them. To assist you in making any such corrections, please use the form below. If additional pages are necessary, please furnish same and attach.

PAGE___LINE___CHANGE________________________________
____________________________________________________
PAGE___LINE___CHANGE________________________________
____________________________________________________
PAGE___LINE___CHANGE________________________________
____________________________________________________
PAGE___LINE___CHANGE________________________________
____________________________________________________
PAGE___LINE___CHANGE________________________________
____________________________________________________
PAGE___LINE___CHANGE________________________________
____________________________________________________

Job No. CS6805146

PAGE___LINE___CHANGE________________________________

____________________________________________________

PAGE___LINE___CHANGE________________________________

____________________________________________________

PAGE___LINE___CHANGE________________________________

____________________________________________________

PAGE___LINE___CHANGE________________________________

____________________________________________________

PAGE___LINE___CHANGE________________________________

____________________________________________________

PAGE___LINE___CHANGE________________________________

____________________________________________________

PAGE___LINE___CHANGE________________________________

____________________________________________________

PAGE___LINE___CHANGE________________________________

____________________________________________________

________________________________

DEPONENT'S SIGNATURE

Sworn to and subscribed before me this ____ day of ___________________, 2024.

_________________________

NOTARY PUBLIC

My Commission Expires: ____________

Job No. CS6805146

NICHOLAS HEATH WOOTEN, ESQUIRE
Nick@texasjustice.com

July 30, 2024

RE: Wooten, Beverly, Et Al. v. Ford Motor Company Et Al.

7/22/2024, Barry Wayne Wooten (#6805146)

The above-referenced transcript is available for review.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.

The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney. Copies should be sent to all counsel, and to Veritext at erratas-cs@veritext.com

Return completed errata within 30 days from receipt of testimony.

If the witness fails to do so within the time allotted, the transcript may be used as if signed.

Yours,

Veritext Legal Solutions

**0**

**0000346** 1:8
**002176** 138:7
**002177** 139:5
**002179** 140:8
**03** 18:22
**03/27/73** 14:9
**09** 115:25

**1**

**1** 4:4,10 5:11 12:15,22 32:16 32:18 62:4 128:25 132:3,4
**1,000** 37:1 38:4 39:1,2
**1,200** 88:4
**10** 4:21 36:19 37:3,10 50:11 67:3 85:3 145:7
**1012** 2:14
**104** 76:24
**10:16** 1:16 5:3
**10:24** 13:2
**10:25** 13:5
**111** 3:5
**113** 4:8
**11:04** 45:5,6
**11:14** 45:6,8
**12** 4:4
**1200** 3:5
**12:39** 108:3,4
**13** 139:15
**130** 4:16
**132** 4:10
**13614** 147:23
**137** 4:11
**140** 4:17
**14th** 10:8 131:12
**15** 34:11 67:3 81:11 85:3,14
**15-14-37** 145:9 145:23
**150** 10:10,11 80:6,8,11,16,21 80:23 81:1,5,6 81:13,24,25 83:22,23 85:21 85:21 86:4,7 87:1,5,17 88:8 88:16 94:13,24 96:18 98:3,14 98:25 99:4 100:20 101:8,9 101:13 102:17 105:25 110:22 126:22 131:5 132:21 133:4
**150's** 100:25
**150s** 82:4,9 84:6,9,14,17 85:23 86:3,10 86:15 102:14 105:22
**16** 84:12
**17** 79:20
**17,000** 130:5
**17th** 3:12
**18** 38:7,10 39:2
**19** 16:12,16 34:19,20 37:3 37:7,13,13,16 37:23 143:4
**1952** 41:23
**1953** 41:13 67:4
**1969** 101:9
**1973** 14:9
**1981** 16:4,15,22
**1982** 16:7 43:23
**1985** 44:3 45:22
**1991** 21:21
**1998** 26:7
**1999** 19:11
**1:33** 108:4,6
**1st** 41:13,14,23

**2**

**2** 4:5,11 32:19 32:19,20 42:19 62:6 132:13 137:22,25
**20** 42:6 68:8,21 69:3 72:25
**20,000** 39:13
**200** 1:17 2:6
**2000** 62:9,11 65:3 79:24
**2000s** 46:2 65:13
**2003** 19:4,11
**2004** 26:7,8
**2009** 44:15 79:9 116:19 143:20,21
**200s** 76:11
**2015** 33:13 34:10,18 35:19 35:20
**2016** 48:13 81:12,24 82:4 82:8,20 84:13 101:5 103:19 104:13,15,20 105:3,14,18
**2017** 36:4 48:13 79:21 80:1
**2018** 52:2 55:20 73:12,14 73:17,23 77:2
**2019** 52:1 84:2
**2020** 48:14 55:6,7,9,13,14 139:2,24 140:13
**2021** 10:8,11 53:16 59:21,22 77:6,18 80:12 80:14,16,17,19 84:14 85:25 86:4,7,24 87:1 87:2,17 88:8 88:25 93:15,20 94:24 96:4

97:11 98:14,25 99:4 100:19,21 100:25 101:8 101:13 102:14 102:17 105:25 125:4 131:5 142:18 143:21
**2022** 106:6
**2024** 1:15 5:4 147:20 149:20 150:3
**2178** 139:25
**22** 1:15 15:6
**228-6162** 15:17
**229.436.1545** 2:24
**22nd** 5:3
**2320** 2:22
**24** 19:18
**2400** 3:12
**2500** 1:17 2:6
**251** 15:17
**25848** 122:19
**271** 3:12
**2:23** 144:10,11

**3**

**3** 4:7 90:20,23 91:2
**30** 23:15,17 24:7 148:7 150:3,16
**300** 48:21
**30009** 2:7
**30308** 2:23
**30363** 3:13
**30th** 147:20
**31st** 41:14,17 41:18
**32** 4:6
**32801** 3:6
**35** 128:25
**350,000** 64:4
**36535** 14:12
**369** 26:1 29:14

**4**

**4** 4:8 33:4,5 42:20 113:2,4 135:17,18
**400** 48:21
**404** 72:3
**404.962.7519** 3:14
**407.246.1800** 3:7
**475** 115:19

**5**

**5** 33:5 42:19,23 43:23
**5'11** 76:10
**5,000** 100:5
**50** 69:25
**50,000** 70:3
**50s** 47:10
**512.900.4872** 2:16
**53** 41:17
**58** 121:25 122:11,14
**59** 14:11 25:6 122:16,17
**5:23** 1:8
**5th** 62:8

**6**

**6** 4:15 33:7
**6,900** 62:16 63:9
**600** 2:22
**6162** 15:23
**68** 67:5
**6805146** 148:1 150:5

**7**

**7** 148:7
**7/22/2024** 150:5
**70s** 68:9
**7513** 25:18
**770.814.7001** 2:8
**78757** 2:15
**7:30** 120:16,16

**8**

**808-7550** 72:3
**82** 16:15,23
**8344** 14:11 25:6
**8644** 14:13 15:7
**878** 1:19 147:24
**8:00** 123:4

**9**

**9** 123:24
**9-11-28** 145:8
**9-11-30** 148:7
**90** 4:7
**90s** 46:2,3
**93** 46:23
**95** 14:14 15:7
**96** 26:8
**97** 26:8,8
**99** 18:22

**a**

**a.m.** 1:16 5:3 13:2,5 45:5,6,8
**able** 14:20 70:17 83:16 102:25 107:3 123:23 129:23 129:24 130:2
**above** 24:1 150:6
**absolute** 147:17
**absolutely** 13:19 78:19 94:22 141:3
**abuse** 78:20
**ac** 87:4
**accelerate** 82:10
**acceleration** 97:4 137:4
**accelerator** 137:20

**access** 17:25 146:3,4
**accessories** 90:14
**accident** 10:7 10:12 17:5,8 17:11,15,17,23 20:6,8,13 26:15 47:11 50:9 55:3 72:20 73:14,17 73:23,24 74:4 75:16 76:17 77:6,22 80:14 89:6 90:17 92:10,12 111:23 112:2,6 112:9,10,12,13 116:25 117:22 119:6,15 122:8 123:11,21 134:25 140:22
**accidents** 73:22 88:9
**accuracy** 150:9
**accurate** 132:24,25 136:22 145:13
**acknowledg...** 150:12
**act** 121:9
**action** 1:7 145:17 147:9 147:14
**actions** 112:1
**activated** 100:11
**active** 68:5,10 101:20
**activities** 51:7
**actual** 23:3 107:23 111:3 141:10
**actually** 9:14 23:19 58:15 59:17 96:10 103:16 125:3
**adaptive** 86:19 90:1 100:2 101:20 118:5 118:11
**adas** 12:4 13:13 13:18 79:14,22 81:8,17 83:3,4 86:3 93:14 99:23 100:25 101:13 102:21 102:22 103:17 104:6,22 105:8 105:10 108:22 108:25 110:16 126:22 132:22 133:23 134:20
**add** 129:15
**addition** 7:24
**additional** 148:10
**address** 14:10 14:11,15 15:3 15:11 16:2 19:7,22 25:4,5 25:9,16 122:10 122:18
**addressed** 107:11,15
**adjudication** 33:21 35:11 37:2 39:8
**adjust** 99:17
**adjusted** 99:14
**administrator** 137:10
**administrators** 1:5
**advances** 94:13
**affair** 56:2
**aftermath** 111:12,13
**age** 19:17 27:5 47:8 59:9
**aggressively** 136:6
**ago** 6:24 11:21 48:23 72:25 106:25 128:4 133:16,17
**agree** 5:9 41:9
**agreement** 36:25 38:7 39:1,7 145:17 145:22 147:15
**ahead** 92:6
**aid** 85:24
**al** 5:14 150:4,4
**alabama** 14:12 18:6 25:3,7 28:23 29:8 30:9,10,12,15 35:24 44:13 46:5 67:17,17 67:21 69:8,12 90:9 91:7 120:15 125:14 141:15
**alcohol** 78:7
**alert** 17:15,17
**algorithm** 40:6
**align** 59:1
**alignment** 57:7 137:13
**alive** 43:14 46:17
**allegation** 31:21,22 32:11
**allegations** 34:23,25 35:7 35:10 128:6,19 128:19,20
**alleged** 34:19
**allegedly** 57:19
**alleges** 126:21
**allotted** 150:19
**alpharetta** 1:18 2:7 5:18
**america** 2:21 94:16
**amount** 88:2

**anderson** 2:14
**answer** 8:4,5 9:10,21,23 34:2 55:8 61:5 62:19 82:12,14 83:16 95:23 100:22 119:8
**answers** 8:13 83:19 145:25 147:5
**anybody** 28:15 64:9 114:1,19 119:22 127:7 127:12 136:8
**anymore** 36:20
**anytime** 77:18 122:25
**anyway** 85:15
**apologize** 35:4 48:7 65:15,20 96:14 108:19 122:2
**apparently** 39:22 45:19 138:20
**appearances** 2:1 3:1
**appeared** 112:21 135:13 136:4,5
**appearing** 6:6
**appears** 116:9 136:2
**applicable** 150:8
**applied** 102:17 145:23
**applies** 12:9
**appreciate** 12:12 56:18 83:10 85:17
**approximate** 47:8 65:6 76:8 76:25 143:18 143:23
**approximately** 20:4 39:11 42:5 63:24 65:11 68:22 73:17 80:10 84:11 89:6 113:22 120:14 142:17
**approximation** 124:9 125:21
**area** 69:12 116:15
**arrange** 119:16 129:23
**arrangements** 147:17
**arrested** 34:3 73:4
**arrests** 141:21
**arrived** 39:24
**article** 4:21 145:7
**ase** 23:1 58:4,5
**asked** 9:9 34:1 105:16,17 141:20,23
**asking** 10:1 11:1,3 37:12 40:16 62:5 111:19 122:14 129:10
**asks** 33:8
**assessment** 135:2,5 136:23
**assigned** 145:13
**assignment** 148:1
**assist** 11:25 12:3 82:17,23 87:11 93:15 100:19 109:7 109:11 116:20 126:17 148:9
**assistance** 11:25
**assistant** 114:20,21
**assisted** 109:3 110:3
**assume** 9:21 56:12 71:25 75:8 84:21,22 85:20 134:3 138:9 139:7,18 139:21 140:1
**assumed** 136:19,25
**astor** 122:1,19
**atlanta** 2:23 3:13 54:11 74:1 88:2 95:19 96:1
**attach** 148:11
**attached** 150:11
**attack** 47:16
**attend** 21:12,14
**attended** 57:14 57:17,18 124:10
**attention** 135:16
**attic** 67:13
**attorney** 9:6 10:21 33:25 39:22 40:8 113:25 145:21 147:8 150:13
**attorneys** 10:19 10:20 11:2,3 11:18 17:8 56:15,16 75:5 89:18 94:8 102:6 111:20 127:5 130:13 131:25 146:2
**atv** 29:12
**auction** 37:19
**audi** 79:9 103:13 115:25 116:20
**audio** 5:8

**august** 124:24 125:2
**aunts** 55:25
**austin** 2:15
**autel** 102:24
**autel.com.** 103:10
**auto** 23:10 68:16,23
**automakers** 102:21 104:12
**automatically** 145:23
**automobile** 30:18 38:13 39:3 61:7 73:8 120:22 131:11
**automobiles** 71:4
**automotive** 22:21,23 23:4 23:13,16,18 24:7,8,11,25 25:20 26:19 28:3,9 29:13 29:25 31:4,10 31:19 38:18 42:12 52:21 58:7,17 62:8 62:18 64:20 65:4 66:8,23 84:24 85:4 102:5,7
**available** 150:6
**avenue** 3:5
**average** 27:5 64:6 87:25
**award** 108:19
**awards** 57:21 57:24 108:22
**aware** 41:5 48:20 73:6,7 77:20 82:21,22 87:21 88:15,17 109:9 127:18 128:8 133:1

**b**

**b** 1:19 4:21 145:7,9,23 147:24
**back** 10:15 13:4,22 16:5 31:10,11,12,13 31:17 32:23 36:22 41:16 42:8,17 45:7 53:16 54:13 61:22 65:7 66:19 70:10,15 83:9 84:11 87:15 93:9 96:14 99:6 104:14 108:5 108:11,17,20 115:2,11,13,14 115:21 116:7 116:10,12 121:7 122:2 125:14 127:20 130:14 134:23
**background** 138:21
**bad** 9:16
**baldwin** 142:21
**ballpark** 138:23
**band** 71:11,13
**bank** 2:21
**bar** 71:15
**barry** 1:4,5,6 1:14 5:12 6:11 10:8 14:3,3 16:2 41:2,7,9 62:7 71:18 72:12 132:18 150:5
**base** 62:16 63:8 63:11,12,13,20
**based** 63:19 138:22 147:14
**basically** 22:25 58:25 61:3 130:1
**basis** 52:9 74:11 87:20 145:10
**bat** 7:10
**battery** 96:8,12
**beach** 15:8 25:15 28:18 36:4 51:17
**beers** 78:14
**beginning** 50:6
**behalf** 2:2,18 3:2,9 6:1,2,4,7 6:9
**believe** 47:13 47:14 58:4,5 74:5 81:14 83:2 84:1,1 92:7,25 96:12 98:2 103:20,23 104:7,22,25 105:6,12,21,21 105:25 106:2,5 106:7 107:20 116:14 117:11 118:3 124:6 126:1,2,5 140:4
**believed** 105:18
**belt** 93:12
**ben** 40:12
**benders** 73:12
**benefit** 49:7
**bennett's** 15:13
**best** 87:7
**better** 105:8,8 105:9
**betty** 46:20
**beverly** 1:4 5:13 20:22 41:24 42:7,9 53:23 54:25 67:18 87:22 124:5 139:12 140:11,12 150:4

**big** 43:18 115:20 129:4
**bigger** 139:1
**bill** 119:16
**bills** 125:22
**biloxi** 52:20
**birth** 14:8 41:12
**birthday** 41:21
**bit** 50:4 55:21 61:20 88:12 105:14 130:3
**black** 135:12
**blank** 41:15
**blinker** 118:17
**bluecruise** 12:9 106:6
**board** 4:22 145:7
**boat** 50:19,23 51:1 53:6 70:22 78:11 90:5 96:21 121:8,14,18 122:24
**boating** 50:18 71:1,7 78:12
**boats** 52:15 71:10
**bob** 2:9 5:25 6:15 12:16
**body** 23:25
**bolingbroke** 115:15,22 116:17
**bolinger** 40:12 40:13
**bon** 67:16
**bond** 3:11 30:5 30:20
**bonuses** 63:18 63:22
**book** 61:21
**books** 53:4
**boom** 25:18
**boost** 94:14
**born** 56:8 67:4
**bosch** 1:9 3:9 4:9 5:14 6:5 130:25 131:15 131:16,19,21 131:23 132:2,4 133:5,7,13,21 133:22 137:22 137:25 138:5
**bottom** 33:7 138:7 139:4
**bought** 37:21 43:17 79:24 84:16 91:12 96:5,15
**bragging** 94:2
**brain** 41:14 69:5
**brake** 82:10 137:4,19
**braked** 135:14 136:6
**brakes** 22:19
**braking** 112:22 126:8,9,13 135:8,11 136:1
**break** 8:25 9:8 9:11 45:10 78:25 107:24 108:1,10 111:2 130:17
**breaks** 9:2 45:2 52:24
**brenda** 124:6
**brendan** 3:10 6:4 130:24 140:21
**brendan.white** 3:15
**brief** 140:18
**bring** 58:25 70:12 127:20
**broken** 141:8
**brought** 34:13 34:17 35:23 51:3 105:16
**brown** 49:6,14
**brz** 79:18
**buckle** 90:16 93:3
**build** 22:7 59:1 86:23 89:9,20 95:7
**building** 59:23
**built** 89:8 95:5 133:11,23
**bulletins** 102:3 107:13
**bums** 28:18
**bunch** 65:25 132:10
**burn** 72:19
**business** 24:14 24:19 25:9,20 26:18 29:11 36:3 52:10,11 66:9 71:24 142:8,11,15,17 142:22
**businesses** 24:25 142:13 142:14
**butted** 143:13
**buy** 80:4 84:9 85:21 94:17 101:2,8
**buyback** 130:1
**buyer** 65:25
**buying** 36:13 67:16 97:10,19 98:12

**c**

**c** 5:1 145:8
**calibrate** 102:22 103:7
**call** 9:4 94:14 120:5,13 121:10 122:3 122:23,25 123:5,19
**called** 64:21 95:19

**cameras** 81:19 81:20 82:5 101:17
**campers** 28:4
**cancer** 49:12
**caption** 147:5
**car** 36:14 40:4 47:20,25 48:17 64:21,22 65:2 65:9,12,17,23 66:9 71:24 115:11 137:7 142:8,11
**carboni** 1:19 5:21 147:24
**care** 74:7
**carly** 19:16,19 19:21 20:3,8 20:15 79:17
**carly's** 19:17 20:1
**carolina** 47:6
**carolyn** 1:19 5:21 147:24
**cars** 36:22 37:9 37:10 48:4 52:15 64:23 65:25 66:11 69:25 71:10 78:24 105:7,7
**case** 11:23 13:9 33:14 34:18 38:23 39:20 131:19 132:7 142:1 145:10 145:10,23
**casket** 123:24 124:12
**cat's** 94:18
**catch** 53:10
**caught** 72:21
**causes** 17:18,20 49:9
**ccr** 1:19 147:24
**cdjr** 66:18
**cellphone** 15:16 71:25 72:2
**cellular** 15:18 72:4
**center** 53:3 99:20
**centering** 86:16 90:4 100:3 118:8,11
**central** 120:15 120:16 123:4
**certain** 81:18 101:18 102:23
**certificate** 147:1
**certificates** 23:3 57:16
**certifications** 22:20,21,23 23:1 108:12
**certified** 57:8 58:3,5 145:11 146:1
**certify** 147:4,8 148:2
**chafing** 135:13
**change** 29:23 88:22 107:22 137:12,13 148:13,15,17 148:19,21,23 149:1,3,5,7,9 149:11,13,15
**changed** 99:21
**changes** 146:1 148:4,5,7 150:10
**charge** 32:8
**charger** 72:17 72:21
**charges** 32:2,4 33:19,21 34:13 34:16 35:16,22 36:24 37:2,13 39:7
**charities** 49:4,9
**charity** 49:7,14
**check** 136:24
**cheeley** 2:3,5 5:17,25,25 6:18 12:18 63:2 92:3 108:1 110:4,18 110:23 111:16 119:7 144:7
**cheeleylawgr...** 2:9
**chevy** 66:18
**child** 53:2 136:13,13
**children** 19:13 43:8 46:9,10
**china** 28:3
**chinese** 72:11 72:15,18
**christianson** 120:6,7,10,13 120:21 122:4 123:7
**christmas** 138:20 139:2 140:13
**chrysler** 66:19 66:20
**chunked** 136:3
**church** 18:8 48:19
**circle** 25:18 41:16 70:8,10
**circumstance** 129:23
**circumstances** 7:4 81:15
**city** 15:8 19:8 25:15 28:19 29:16,19 40:13 64:22 65:2,9 65:12,18,23 96:1
**civil** 1:7 33:9 141:24 142:2,6 143:25 148:7

**claim** 129:13
**claims** 127:16 127:18
**clarify** 133:18
**clarity** 53:10
**class** 30:5,19
**classes** 22:6,7,9 22:12,13
**clean** 12:23
**cleaning** 27:18
**clear** 34:15 111:5
**clicked** 63:15
**clicking** 113:16
**client** 10:21
**close** 28:21 29:15 35:11,19 35:23 41:19,22 65:22 77:18 125:11
**closed** 26:4 35:8 65:12 66:4 142:15
**closer** 69:8
**closest** 53:16
**closing** 35:15
**club** 48:9
**clubs** 47:20,23 47:25 48:17
**cluster** 31:23
**cobra** 48:2,12 87:4,4
**code** 145:16 147:12
**cold** 29:20,21
**collect** 66:2
**collections** 66:1
**college** 21:23
**colloquially** 23:7
**colloquies** 145:25 147:5
**color** 4:7,8,11
**columbia** 47:6
**column** 82:16 110:15 132:17
**come** 13:22 50:12,12 51:5 51:10 69:23 70:15 78:10 83:9 115:14 130:14
**comes** 71:7 85:9
**comfort** 91:20
**comfortable** 91:19
**coming** 40:6 51:6 67:23 102:24,25 116:10
**comment** 104:15
**commerce** 43:17
**commercial** 30:6
**commission** 149:24
**commissions** 63:18
**commitment** 147:17
**communicates** 101:18
**community** 38:5 48:25 49:2,5
**company** 1:9 2:18 3:2 4:3 5:14 6:3,8 7:1 66:13 67:20 69:15,19,20 76:5 129:22 130:1,6 150:4
**compared** 67:1 86:3 100:20
**compensation** 145:17 147:14
**complaint** 4:4 12:17,18,19 13:8,13 126:16 126:21 127:15 127:20 129:6 129:14
**complaints** 99:3
**complete** 145:13,25
**completed** 150:16
**complex** 27:24
**compliance** 145:6,16 147:12
**components** 132:22 133:19 133:20
**computer** 128:4
**computers** 103:6
**concern** 104:8 104:12 110:14 110:15
**concerned** 110:9
**concerns** 110:2 110:21
**concluded** 144:11
**conclusion** 61:9
**condition** 47:12 47:13
**conditions** 76:17 77:21
**confident** 81:21 81:24
**confirm** 34:9
**conflating** 85:2
**confused** 41:19 125:3
**confusing** 9:16
**conjunction** 69:7
**connor** 139:17 140:11
**consideration** 97:7,8

**considered** 97:9,12
**consolidated** 67:12
**constantly** 49:11 61:13
**consulting** 60:9 69:1
**consumers** 26:23
**contact** 119:17
**contacted** 145:21
**contacts** 77:12
**contest** 9:4
**continually** 106:4
**continue** 5:8 68:2,9
**continued** 3:1 36:4 115:20
**contract** 27:16 28:15 36:14 145:16 147:14
**contractors** 27:21
**contracts** 145:10
**control** 12:8 23:25 86:16,17 86:19 90:1 100:2 116:13 118:5,11 134:4 134:7,12,13
**conversation** 8:11,17 52:14 94:1 121:7
**conversations** 5:7 10:18,19 11:1
**convicted** 34:2 34:7 73:5
**convictions** 141:21
**cookout** 55:24
**copies** 150:14
**copy** 12:21 63:4
**core** 22:12,13
**corner** 138:7
**correct** 17:2 25:10 27:20 28:7 30:1,16 30:20 33:16,22 36:10 37:25 38:3 42:2 58:9 59:22 62:10 64:12 67:7 69:9 80:25 85:6,22 89:4 90:10 92:11 93:21 111:9,10 120:12 125:15 126:24 135:1 141:16 142:24 144:2 145:25 147:6
**corrections** 148:10
**corvette** 87:3,5 87:7,10
**counsel** 2:1 4:24 5:12,22 138:5 145:3 150:14
**count** 129:1,8
**counts** 23:14
**county** 19:2 20:21 21:1,5 21:10 22:3 43:11 44:11,13 46:15 142:19 143:8,11,13 147:2
**couple** 9:25 37:9,9,18 48:17 73:9,11 117:9 131:1
**course** 11:9 48:16 106:22 143:24
**court** 1:1 4:22 4:24 5:15,20 5:23 7:18,22 8:11 88:12 145:7,11 146:1 147:18
**cousin** 55:25
**covered** 10:21
**covid** 60:13 61:1 95:12 123:23
**crash** 10:5,6 67:5 70:16 75:10 76:9,14 76:21,22 77:10 80:24 81:2 88:16,18 107:18,23 111:3,6,9,12,15 112:2 113:21 114:17 117:3,6 117:7,18 118:15 119:2 119:20,23 120:4,18,22 124:14,16,23 125:25 131:11 134:24 136:16 136:20 137:2 140:23 141:2 141:18
**crashes** 73:8
**credit** 70:3
**crime** 73:5
**criminal** 33:9 40:8 142:2
**critical** 121:3
**criticisms** 102:16
**critiques** 102:16
**cruise** 12:8 86:16,17,19 90:1 100:2 116:12 118:5 118:11
**cs** 150:15

**cs6805146** 1:25 148:25 149:25
**cumming** 19:9 19:10,25 25:21 26:6 29:10,18 46:13 53:20 54:3,11
**curb** 114:13,13 114:14
**current** 14:10 14:11 101:1 116:21 142:15 142:17
**currently** 18:10 79:5,7 105:22
**curtis** 44:14,18 46:10
**customer** 31:25 36:18 59:5
**customers** 26:20 36:9 59:12
**cutting** 50:3
**cv** 1:8

**d**

**d** 2:3 5:1
**da** 33:25
**dad** 52:23 71:20
**dad's** 97:14 120:8
**damages** 13:8
**dangers** 128:7
**daniel** 44:15
**dat** 79:14
**data** 112:3,5 118:16,19 119:6
**date** 14:8 41:12 45:24 55:4 62:9 73:25 81:1 89:20 112:11 139:22
**dates** 14:18 18:19 36:1 73:11 123:15 123:17 125:6 143:23
**daughter** 79:17 138:14,14
**daughter's** 51:22,23
**day** 9:3 10:3 14:22 56:2,4 60:9 77:10 87:25 115:6 117:3,6 124:17 125:16,20 137:1 140:2,5 141:4 147:20 149:20
**days** 50:11 92:12 123:16 125:12 150:16
**dc** 2:13
**dead** 29:9 123:8
**dealers** 66:16 67:23
**dealership** 29:14 42:11 53:2 60:6,6 61:17,18 64:21 66:5,7 69:24 95:16 117:15 117:21 118:2 137:16
**dealerships** 26:22 27:1 56:25 57:9,20 57:21 60:7,9 60:22,24 61:12 66:13 67:1,1 67:20 69:21 70:3 85:3 97:14 117:9 120:9,11
**dealing** 92:5
**death** 42:2 62:9 78:18 129:17
**deceased** 1:6 29:9
**decide** 29:4
**decorations** 121:12
**deduct** 40:4
**defective** 126:23
**defendant** 2:18 3:2,9 4:3,9 5:13 132:4 137:22
**defendants** 1:10 12:15,22 32:16,18,20 42:18 90:20,22 91:2 113:2
**degree** 21:25 76:24
**dehydration** 76:23 77:2
**dekalb** 21:24 22:3,17
**delivery** 87:2 88:24 98:1
**demand** 13:8
**department** 21:6,10 59:2 59:18 119:18 119:23 137:15
**departments** 58:16
**depending** 53:13
**deponent** 150:13
**deponent's** 149:19
**deposed** 6:12
**deposing** 150:13
**deposition** 1:14 5:12,17 7:7 10:16 11:7,11 20:9,11 74:21 74:22 144:9,11 148:8
**depth** 23:24

**deputies** 119:15
**describe** 135:10
**described** 69:16
**description** 4:2 27:15
**design** 26:12
**designed** 133:5 133:20
**desire** 148:8
**desk** 60:25
**detail** 27:16,18 28:15
**details** 72:11
**determination** 6:17
**determine** 107:3
**determined** 145:17
**developed** 131:22 133:4,7
**device** 91:3,5 91:13 92:2,7 92:15 93:1,2
**diagnosed** 77:21
**diagnostics** 23:24 103:6
**diagram** 133:10
**dick** 64:10 65:24 68:2 117:8
**dickinson** 3:11
**difference** 39:17 58:22 82:20 86:20,21
**differences** 82:19
**different** 34:20 60:22,23 61:12 68:11 82:11 90:23 97:13 121:16,22 126:17 140:5
**differently** 105:20
**diploma** 21:25
**direct** 135:16 136:8 145:16 147:14
**directed** 136:10 140:23
**direction** 147:5
**directly** 26:23 61:23
**director** 58:12 58:14
**disagree** 89:15
**disclaimer** 10:15
**disclosure** 4:23 36:15 145:8
**disclosures** 4:10 132:6 145:2,4,6,20
**discount** 145:24
**discounts** 145:23
**discrepancy** 32:5
**discuss** 93:14
**discussed** 6:16 46:9 74:15 124:18
**discussing** 13:17
**discussion** 12:25 13:3 130:21
**discussions** 119:19
**dismissed** 35:23
**display** 99:20
**displayed** 99:17
**disposition** 38:23
**disqualificati...** 145:8
**disqualify** 145:15 147:11
**dissolved** 66:5
**distinction** 134:9
**distributors** 25:1,11,19 26:2 27:25 28:22
**district** 1:1,1 5:15,16 39:22
**division** 1:2 5:16
**divorce** 16:10 43:6 45:24
**divorced** 16:22 19:2 43:12 44:2,11 45:17
**doc** 32:11
**doctor** 74:14
**doctors** 74:11
**document** 32:24 132:8,12 135:17
**documentation** 31:25 32:12
**documented** 37:20
**documents** 11:15 102:3 119:5
**dodge** 66:19
**doing** 16:17 20:10 22:8 88:11 89:17 102:1 116:10 121:11
**dollar** 122:5
**dollars** 69:25
**donated** 49:11
**double** 136:24
**draw** 61:9
**drink** 78:7

**drinks** 78:14
**drive** 53:13 79:17 83:22 86:8,8 98:11 98:20 104:1 114:12 115:1 127:8
**driven** 81:1 86:6,10 116:1
**driver** 11:25,25 12:3 81:25 87:11,16 93:15 100:19 109:3,7 109:11 110:3 116:20 126:17
**driving** 10:11 80:23 81:25 102:18 131:12
**dropped** 32:2 33:20 36:24 120:19
**drove** 74:1 87:12,19,22 91:10 114:16 115:11,13,16
**drugs** 78:17
**due** 109:11
**dug** 58:1
**duly** 6:12
**duties** 27:15

**e**

**e** 2:19 5:1,1 19:16 64:11 148:7,7
**eagle** 66:20,20
**earlier** 29:24 32:15,18 36:7 53:9 61:11 63:1 79:14 82:3 95:4 100:16 104:5 105:2,17 106:22 110:1 116:19 121:15 122:13 126:16 127:16 141:20
**early** 65:13
**earth** 136:4
**ecm** 133:7,12 133:21 134:3 134:10,13
**edr** 112:3,5 118:16 119:6 119:12
**educate** 58:21
**education** 22:18 56:23
**effects** 58:2
**effectuated** 37:15
**eight** 15:10 26:9
**eighth** 116:9
**either** 27:15 33:8 35:23 36:16 95:5 109:15 142:1
**elaborate** 103:25
**electric** 82:17
**electronic** 82:23 110:16 110:17,22
**elf** 138:20
**eligible** 31:18
**else's** 72:23,24
**emails** 17:7,10 17:22,25 18:3
**emergency** 76:20,22
**employed** 19:19 24:6,13 58:6
**employee** 27:13 27:14 147:8
**employees** 27:11 28:10
**employment** 62:5
**emts** 120:1
**ended** 45:23 46:6
**endurance** 9:3
**enforcement** 119:20
**engaged** 100:11
**engine** 23:25 87:3 96:12 134:4,12,13
**engines** 22:19
**enjoyed** 66:9 71:9
**entail** 28:1
**entered** 148:8
**entire** 113:14
**equipment** 49:24 57:7,12
**equipped** 86:22 133:2
**er** 77:3
**errata** 148:1 150:11,13,16
**erratas** 150:15
**esquire** 2:3,4 2:11,12,19 3:3 3:10 150:1
**essentially** 32:3 32:10,11 36:13 37:1 67:22 105:5
**estate** 1:5 137:10
**et** 5:13 150:4,4
**ethics** 145:16 147:12
**event** 49:15
**events** 51:7,14 111:8
**everybody** 54:15 60:12 136:10
**everyday** 8:10 8:16 41:6
**evidence** 92:18 92:20 135:7,11 147:6
**evident** 135:25

**exact** 36:1 45:18 125:6 132:9,12
**exactly** 7:15 15:1 22:13 32:6,8 40:7 47:4,22 73:10 74:1 95:20,22 95:24 104:20 128:16 136:11
**examination** 4:14 6:21 130:22 140:19
**examinations** 4:13
**examined** 6:12
**except** 61:1 145:10
**excess** 64:3
**excited** 98:1 109:17,21
**excuse** 18:16 28:11 33:24 39:1 90:11 104:22 140:22
**exempt** 32:1 36:16,17
**exercise** 50:2
**exercised** 49:23
**exhibit** 4:2,4,5 4:7,8,10,11 12:15,22 32:16 32:18,19,20 42:18 90:20,22 91:2 113:2,4 128:25 132:1,3 132:4 135:17 135:18 137:22 137:25
**exhibits** 4:1 137:24 146:1,2 146:3
**exit** 115:1,3,12 115:13,15,17 115:17,22 116:2,4,8,11,17 116:17 118:3 118:12,17 119:2
**expanding** 105:6
**experience** 26:11,14 89:23
**expert** 110:6 118:19,23
**experts** 127:2,5
**expires** 149:24
**explain** 26:21 36:11 47:22 119:6 126:4
**explaining** 13:16
**explains** 63:11
**extender** 90:16
**extenders** 92:5
**extent** 97:23 131:23

**f**

**f** 10:10,11 80:6 80:8,11,16,21 80:23 81:1,5,6 81:13,24,25 82:4,9 83:22 83:23 84:6,9 84:14,17 85:21 85:21,23 86:3 86:4,7,10,15 87:1,5,17 88:8 88:16 94:13,24 96:18 98:3,14 98:25 99:4 100:20,25 101:8,9,13 102:14,17 105:22,25 110:22 126:22 131:5 132:21 133:4
**fabricated** 39:19 40:1
**face** 59:12,12 59:23,23
**facility** 24:4 30:21 49:18,21
**facing** 59:5 81:20 82:5 101:17
**fact** 132:25
**failed** 128:6
**fails** 150:18
**failure** 127:16 128:11,20 129:1,13
**fair** 9:20,21 10:6 14:25 22:12 61:3 84:21,22 88:2 99:10,12 104:21 110:3 123:18 128:24 140:24,25
**fairly** 71:6 91:17 138:25
**fall** 57:9 121:12
**familiar** 116:16
**family** 17:12,13 17:19 29:6,7 53:14,15,22 54:2,4,8,10,17 54:19,20 55:3 55:12,18 70:21 124:2,7
**far** 22:16 23:2 38:25 53:11 66:16 77:8 83:13 116:7 118:18 129:6
**farm** 43:17 72:9,12
**father** 10:11 16:2 17:1 42:13 47:2,3 47:18 49:17 50:8 51:8 52:6 52:17 53:16 54:16 56:11,23 63:25 64:19

65:8 66:12 67:2,4 69:10 70:16 72:7 73:13 74:7,16 75:19 76:2,13 76:20 77:5,12 77:21 78:15,17 83:21 84:6,16 86:25 90:13 91:10 93:16 94:1 95:1,8 96:3 97:9 98:11 99:6,7 99:13 102:18 108:13,16,18 108:21 109:16 117:6,14,18 119:1,2 121:1 123:19 131:6 131:12 136:12 137:2,19 138:9 139:8 140:1
**father's** 40:25 45:11 54:2 55:19 62:17,24 63:16 71:3 76:7 80:21 86:3,6 99:23 100:19 112:1 115:2,22 116:12 124:6 125:22 126:6 126:13 129:17
**fault** 125:25
**feature** 99:7,9 127:12 133:4
**features** 79:14 79:22 81:18 83:4 96:17 97:2 99:14,18 99:23 100:11 132:22
**feb** 41:14
**february** 41:13 41:14
**federal** 36:14 148:7
**fender** 73:12
**filed** 5:15 13:9 73:2 127:7,11 132:7 142:20 143:15
**final** 106:7
**finance** 65:25
**financial** 145:9
**financially** 68:19 70:17 147:9
**find** 57:23 60:8 71:17 93:22 102:4 125:6 137:14
**fine** 18:21 37:1 38:4,17 62:25 95:23 100:17 133:24
**finishing** 22:8
**fire** 21:5 72:22 119:22
**firm** 5:21 145:1 145:20
**firmly** 126:1,2
**first** 4:6 6:12 61:25 62:1,2 89:4 92:1,1,7 92:15 95:11 99:8 106:2,9,9 107:18,20 112:8 123:10 123:20 138:6
**firsthand** 111:14
**fishing** 50:18 71:7 76:24 78:12
**fitness** 49:18,21
**five** 14:15,25 15:22 42:11,12 50:10 51:12,15 58:7,16 60:10 62:8,18 64:20 65:3 66:7,22 68:16,22,24 78:16 84:8,9 84:14,23 85:4 85:8 117:10 129:1,8 137:14
**flag** 135:9
**flipped** 53:3
**floor** 53:2
**floorplan** 67:20 69:15,19,20,22
**florida** 3:6 30:9 30:11,15 31:8 31:10,14,15,19 33:15 34:17,18 38:13,18 39:3 122:1,19
**focused** 132:13
**foley** 14:12 18:6 25:3,6 28:24 29:5,7 35:24 36:5 53:11,12 54:3 67:17 69:8,11 90:9 122:9,10
**folks** 71:20
**follow** 130:15 140:17
**following** 145:1 145:5 148:5
**follows** 6:13
**ford** 1:9 2:18 3:2 4:3 5:14 6:3,7 7:1 57:15 57:20,23 61:17 66:13 67:1 80:6,8,11 84:20 85:4 95:16 97:14,21 103:4,8 108:16 108:18,21 109:8,10 110:22 117:11 117:21 127:17 128:6,20 129:1 131:5 132:21 133:24 135:17 137:16 150:4

**ford's** 4:5 131:2
**foregoing** 147:4
**forget** 34:12
**form** 92:4 110:5,18,23 111:16 119:7 148:8,10
**formal** 22:18 34:1 56:23
**forms** 145:8
**forsyth** 19:3 21:17 43:13 46:15 53:11,12 143:13,14
**forward** 81:19 82:5 101:17 105:7
**found** 93:17 94:14 120:17 134:2 137:9
**foundation** 49:12
**four** 42:15 53:13 78:16 89:6
**franchise** 66:16 66:21
**fraud** 33:14 34:18
**frequent** 52:13
**friday** 123:13 123:14
**friends** 21:5,8 71:14,21 102:9 124:7
**front** 61:23 128:1 135:21
**full** 14:2 40:25 68:16
**fully** 68:4 81:21 106:11
**fulton** 143:9,11 147:2
**function** 12:9 134:12
**fund** 67:20
**fundraiser** 49:7
**funeral** 123:12 123:14,21,24 124:1,4,10 125:9,11,17
**furnish** 148:10
**further** 36:12 126:4 140:19 147:8
**future** 85:13

**g**

**g** 5:1
**gabby** 6:1
**gabrielle** 2:4
**garage** 30:6,20
**gary** 66:1
**gas** 96:12
**gathered** 92:20
**gc** 24:20,22,24 25:2 26:17 27:6 35:18
**gears** 40:15 78:23 107:22 111:2
**ged** 56:11
**general** 22:6 46:1 94:16 101:6 103:23 107:22 122:5
**generally** 16:1 26:21 49:15 54:14 55:4 65:15 81:10 116:15 134:11
**generated** 96:11
**generation** 106:10
**gentleman** 138:10 139:8
**georgia** 1:1,18 2:7,23 3:13 4:22 5:16,18 19:9,10,25 20:21 21:1,10 25:22 30:9,11 30:13,14 46:13 53:11,12,23 54:4,5,12 65:19 67:21 123:10,20 143:11 145:6 145:12 147:2
**getting** 22:7 123:19 142:8
**girl** 139:9,9
**girlfriend** 15:6
**give** 8:13 10:15 14:2 40:25 82:13 83:16
**given** 7:7 101:1 141:17 147:6 148:9
**glass** 141:10
**glasses** 12:24 77:12
**glitch** 103:24
**glitches** 106:10 106:12 107:8
**global** 25:21,23 26:5 29:10
**gms** 117:9
**go** 5:9 13:11 21:22 33:5 41:3,6 42:17 50:17 53:1,5,6 55:12 56:5 60:21 79:4 92:6 104:3,14 106:16 107:1 107:25 112:8 114:19 115:2 116:12 118:2 123:10 128:5 131:1 132:14 134:23 136:8 136:11 141:1
**goes** 10:16 23:2 30:17 83:13

**going** 7:9,25 8:17 10:3 11:24 12:13,14 13:11 16:19 24:12 32:15 40:22 45:11 62:4 67:22 68:1,4,6,7,14 68:15,17,19,21 68:25 69:5 75:11 78:25 84:11 85:13 104:14 105:19 107:21 111:2 112:6 113:4 117:24 121:4 130:13,13 140:18 144:9
**golf** 49:7,14
**good** 5:2 8:23 10:20 15:15 53:8 56:15 65:21 66:17 79:4 107:25 120:24
**gore** 114:16
**gosh** 123:13
**gotcha** 63:21 76:1 129:3
**gotten** 31:9 108:20
**governmental** 47:23 48:24
**graduate** 21:18 56:7,9
**graduation** 51:23
**graduations** 51:18
**grandmother** 46:21
**grass** 114:12 135:13,13 136:3
**gravel** 2:4 6:1
**great** 6:20 11:6 13:11,15 16:17 43:16,22 88:11 89:17
**grew** 29:22
**group** 2:5 5:17 42:12,12 58:7 84:24
**groups** 18:5 47:19 49:2,5
**grove** 29:16
**growing** 52:16
**guess** 56:17 62:25 104:16 132:13 134:3 138:6,22,23
**guessing** 56:20 56:20 139:2
**gulf** 50:13,15 51:3,6,17 78:11 90:10 91:7 100:9 121:17 122:5
**guy** 84:20 97:14
**gym** 49:18,21

**h**

**h** 3:10
**hand** 59:25 60:1 120:8 137:24
**handed** 12:20
**handled** 124:3 130:8
**hands** 59:11
**happen** 100:10 111:6
**happened** 35:25 37:20 39:7 45:19,21 80:14 111:15 111:23 118:25 119:1 136:14
**happens** 43:20
**hard** 8:11
**harp** 105:13
**head** 8:7,9,12 8:18 24:16 41:11 55:17 58:12 61:14 63:15 74:17 125:8 126:10
**headed** 128:17
**health** 76:2,14 77:20
**hear** 7:18,19 38:20
**heard** 9:22 10:22 37:7 56:14 68:11 99:8 134:6
**heart** 47:16
**heath** 2:11 150:1
**height** 76:8
**held** 28:8
**help** 24:5 89:18 91:18 132:14
**helped** 28:18
**helpful** 127:23
**helps** 12:7
**hey** 8:19
**high** 21:12,14 21:17,23 52:3 56:5,6,9,22
**highway** 14:11 14:14 15:7 25:6 26:1 115:16 116:7 116:11 121:25 122:11,14,16 122:17
**hired** 66:1
**history** 40:16 62:5
**hobbies** 71:3
**hold** 23:3 104:19
**holly** 25:18
**home** 49:24 50:12 54:24 60:5,13,15,17 61:1,2 67:16 67:18 117:24 118:5,8 122:22

**homes** 28:4 69:11
**honestly** 71:7 83:6 123:15 130:9
**horsepower** 97:4
**hospital** 47:3,5 74:5 75:10,16 121:1
**host** 54:25
**hotel** 60:8 125:11
**hour** 53:13
**hours** 64:5 68:8 68:22 69:3
**house** 55:19 57:25 67:15 115:2,22 116:12 118:2
**houseboat** 15:8 15:12 121:15 121:16
**housekeeping** 9:14
**housing** 121:20 141:11
**huh** 8:9,12 26:10 28:14,25 42:25 44:17 51:13 53:19 54:23 60:19 64:12 78:13 87:14 132:23 135:24 139:6 140:9 141:16 141:22
**hundred** 37:9 37:10
**hybrid** 94:13 96:6,10,11,13 96:15,16 97:1 97:22

**i**

**idea** 46:1 47:15 69:4 77:15 100:6 125:23 126:12 138:15 139:23
**ideas** 70:4,5
**iii** 2:19
**illicit** 78:17
**imagine** 57:25 58:1 86:17 91:16 140:12 140:13
**immediate** 111:11,13
**immediately** 111:9 123:13
**impacts** 147:17
**impartial** 147:18
**impartiality** 145:15 147:12
**import** 25:1,11 25:19 26:2 27:25 28:11,11 28:21 35:4,7 35:12,15,20,24 37:24 142:22 142:25 143:2 143:16
**important** 9:15 97:2 107:11
**imported** 28:3
**imports** 143:8
**impressed** 94:3 94:11,12
**impressive** 97:6
**improved** 105:7
**improving** 106:4
**incentives** 63:22
**incident** 131:10
**income** 62:18 62:24 63:17
**independent** 27:21
**index** 4:1,13
**indiana** 60:7,18
**indicate** 112:5
**indicated** 137:8
**indicating** 135:23
**industry** 22:21 22:24 23:4,13 23:17 24:7,8 24:11,25 52:21 102:5,7,22
**information** 32:8 85:8 99:17 106:17 106:23 107:16 127:1,4 129:7 136:22
**informed** 20:10 33:25
**initial** 4:10 35:14 92:19,22 132:6
**injured** 73:14 73:16 74:3
**injuries** 73:19 73:20
**input** 95:2
**inputs** 126:6,9 126:14 137:4 137:19,20
**inside** 63:14 112:1
**installed** 12:6
**instrument** 31:23
**insurance** 30:6 30:20 76:3 129:19,22 130:1,6
**insured** 129:22 130:10
**insurers** 129:21
**interacts** 134:20
**interest** 145:9 145:14 147:11
**interested** 147:9

**interesting** 93:18,22
**interests** 71:3
**international** 35:2
**interrogatories** 4:6 61:22
**interrogatory** 33:1,7 42:18 62:4
**intersection** 73:10,25
**intrigued** 94:3
**intriguing** 93:18,23 94:15
**introduce** 5:22
**introduced** 6:24
**introduction** 97:22
**inventory** 69:23
**investigate** 141:1
**investigating** 136:15
**investigation** 92:8 130:3
**investigator** 39:23
**involved** 33:14 49:10 68:5 71:6 73:9 88:8 123:25 143:22 144:1
**involvement** 94:23
**involving** 48:17 131:11
**issue** 82:8 107:19 137:19
**issues** 76:14 81:4 82:4 88:15,17 137:3 137:8
**item** 94:16
**itemize** 54:7,14
**items** 27:24 68:11

**j**

**january** 41:17 41:18
**jeep** 36:3 66:19
**jeez** 41:14
**jennifer** 15:4,5 27:12 28:13 114:22,23 130:8
**job** 1:25 13:15 16:17 27:15 59:3,4 61:8,8 64:13 65:24 89:21 120:9 148:25 149:25
**joy** 42:24
**july** 1:15 5:3 44:15 147:20 150:3
**june** 41:23 88:25 89:3 93:19
**jury** 13:9

**k**

**keep** 12:7 79:3 104:10 130:2
**keeping** 81:19 82:5 85:24
**kevin** 49:6,14
**kilgore** 43:24 43:25 44:12
**killed** 136:12 136:13
**kimberly** 18:25 19:6 20:1
**kind** 8:17 9:5 60:12 95:11 107:21 121:12 128:22 136:24 141:11
**knees** 120:19
**knew** 10:24 133:6,8
**know** 8:17 9:6 10:17,20,20,25 12:13 14:17,22 16:10,19,19 19:7,8,21,22 20:15 21:2 22:8,19 26:8 32:9 34:13,16 37:15 39:24 40:20 42:4,9 42:13 43:5,19 44:2,11,18 45:16,18 46:4 46:6,21 47:5,7 47:8,17 48:1,2 48:3,9,21,22,23 49:6,7,9,11,17 49:20,23 50:10 50:11 53:6,12 54:2,3,7,8,9,9 54:10 55:24 56:12,14,18,19 56:19 57:1,1,4 57:10,14,16,17 57:19,20,22 58:10 61:6 62:17,23,23 63:2,3,7,16,21 63:24 64:5,13 64:19 65:5,6 65:22 66:6,21 66:25 68:8,10 68:19,20 69:2 69:4,6,10,19 70:2,13 71:5,8 72:2,4,14,24 73:1,13,16,22 74:3,10 75:7 75:25,25 76:2 76:5,7,11,12,23 77:5,8,16 79:19,21 81:9 81:20 83:5,6,7 83:10,14,15,19 83:19 84:3,16 84:19 85:23 86:1,5,15,20,21 86:22 87:10,12

87:22,24 88:3
88:19 90:17
91:12,15,23,25
93:1,4 95:8,16
95:21,22,24,25
96:3 97:1,7,9
97:16,18 98:5
98:7,8,13,16,18
98:20,23,24
99:1,2,10,12,13
99:15,16,19,21
99:22,25 100:1
100:4,5,7,15,16
100:22 101:3
101:20 104:9
106:22 107:17
107:19 108:23
108:24 109:2,4
109:4,12,15,21
109:25 110:11
110:13,19
111:20 115:8
116:4,7,24
117:2,4,12,14
117:17 118:1,4
118:6,7,9,9,10
118:18,25
119:1,9 120:25
123:18 128:16
130:6,12
131:23 133:9
133:19,24,25
134:10,15,17
134:19,22
136:12,13,14
136:15,17
137:6,18 138:6
138:18 139:20
139:21,22
140:15 141:12
**knowing** 118:13
**knowledge** 11:4 75:6 76:13,16,19 77:9 86:2 88:5 97:16 109:6,10 111:15,22,25 117:5 126:11 128:10,18 129:6,12 131:24 132:21 133:3 137:17

**l**

**labeled** 44:22
**lagrange** 54:9 54:11
**lake** 29:15 43:21 51:2
**lane** 2:14 81:19 82:5 85:24 86:16 90:4 100:2 101:19 104:9 116:5,8 116:8 118:7,11 119:3 122:19
**lanes** 12:7
**lanier** 43:21
**lap** 93:11
**large** 91:17,17
**lariat** 84:4
**lasix** 77:13,15
**lastly** 131:14
**latitude** 29:23
**law** 2:5,13 5:17 119:19 145:6
**lawsuit** 33:9 72:8 73:2 75:3 127:7,11 141:24 142:7 142:19 143:15
**lawsuits** 143:22
**lawyers** 126:25
**laying** 141:13
**lead** 51:7
**learn** 120:3
**learned** 11:2
**learning** 30:23 85:17
**lease** 79:8,10
**leasing** 24:20 24:22,24 25:2 26:17 27:6 35:18
**leaving** 117:21
**led** 111:9
**left** 91:23 114:8 124:24
**legal** 14:2 36:21 150:23
**legally** 14:6 34:2 36:19 41:4
**legitimacy** 39:20
**legs** 9:5
**lend** 67:22
**lender** 67:22 69:20 70:2
**lends** 69:21
**length** 91:20
**leo** 78:2
**leukemia** 49:12
**level** 59:9 84:3 98:3,9
**levels** 98:6
**liability** 30:6 30:20
**license** 28:7,9 29:25 30:1,4,8 30:18 31:1,4 31:10,13,16,20 38:12,13,18 39:3
**licensed** 30:19
**licenses** 30:22
**life** 41:6
**lights** 121:8,11 122:24
**liked** 48:3 50:17 84:18,19 97:5
**limit** 116:4
**limited** 85:8 106:13
**line** 63:5,8,12 70:3 131:2 148:13,15,17

148:19,21,23
149:1,3,5,7,9
149:11,13,15
**lines** 12:8 32:14
97:20
**lionel** 1:20 5:19
**list** 95:11
126:17
**literally** 104:16
**little** 9:13 36:12
40:16 50:4
55:21 56:16
61:20 78:25
88:12 91:18
97:13 105:14
105:19 125:3
130:3 135:4
139:8,9
**live** 15:7 19:6
19:10 20:18,20
21:1 43:16
46:12,24 52:19
**lived** 14:13
16:2,25 48:20
52:23 53:15
54:2 124:7
**lives** 15:2 19:21
20:15 46:4,25
**living** 16:13
73:2 121:16,18
122:7,10
**llc** 1:9 2:5 3:9
5:15 6:5
130:25 131:16
**llp** 2:20 3:11
**loan** 130:4
**local** 71:15
**located** 19:24
25:2,14 40:13
49:15 65:15
109:20
**location** 5:16
60:3,21
**locations** 61:19
**long** 14:13 15:9
15:20 24:21
25:12 26:5
35:10,22 42:4
56:2 57:2
88:21 113:20
**look** 56:16
71:16 85:11
90:24 101:16
103:8 106:16
107:2 132:10
**looked** 85:11
98:5 101:14
103:2,5,12
107:4 109:13
115:10 118:19
126:16 127:15
133:10,11
**looking** 62:19
69:11 83:16,18
96:3,18 118:16
120:24 127:3
**looks** 140:2
**loss** 7:5
**lot** 40:22 49:4
61:4 74:1
86:18 101:11
113:10 132:12
**louder** 135:4
**louisiana** 67:21
**loved** 71:8
**lower** 120:15
**lunch** 108:4,19

**m**

**m** 1:19 3:3
147:24
**machines** 57:7
**macon** 1:2 5:16
49:16 71:15
88:3 117:9,11
**made** 31:24
36:23,25 37:17
37:23 38:7,25
66:10 88:20
105:22 112:21
115:13,20
145:6 146:1
147:17
**magnolia** 3:5
**main** 26:20
29:16 71:4
96:7
**maintain** 12:7
**maintained**
28:7 29:25
30:10
**maintaining**
145:15 147:11
**maintains**
101:19
**maintenance**
88:6
**major** 22:15
**make** 6:17 7:17
7:18 8:22 10:2
11:21 13:23,24
16:18 36:20
39:17,20 42:16
55:14 67:5
68:12 78:1
82:20 88:11
90:18 91:18
95:23 97:15
99:3 100:20
109:19 115:8
121:4 129:4
131:4 145:13
148:8
**makes** 23:7
63:20 64:25
**making** 40:17
63:25 64:3
102:23 116:11
145:15 148:9,9
**malfunction**
126:2,3
**man** 28:20
29:17 120:8
**manipulate**
120:20
**manual** 98:15
98:25 99:4
101:21 102:1

102:17
**manually** 81:25
**manufactured** 133:21
**manufacturer** 57:6 66:12 97:11
**manufacturers** 109:3,7
**manufactures** 103:12
**marina** 15:14 90:6
**marine** 24:8 29:13
**mark** 12:14 32:16 132:2
**marked** 12:22 32:17,20 90:20 113:2 132:4 137:22
**market** 90:13 102:23
**marketable** 94:15
**marks** 135:12
**marriage** 18:20 45:23 46:6
**married** 18:10 18:12,14,17,24 41:24 42:5,14 42:24 43:24 45:22
**matter** 5:13 34:4 40:9
145:14,22 147:11
**max** 78:16
**mcdonald** 3:4
**mcpherson** 122:19
**mean** 12:4 18:22 23:6 26:21 54:6,6 60:15 68:15,24 81:7,24 82:24 97:23 104:1,19 128:1 134:4 135:10 136:4 137:17
**meaning** 131:4
**means** 8:2 33:2
**meant** 29:23 32:14 53:4 68:17
**measurements** 114:3,24
**mechanic** 23:10 58:3
**mechanical** 82:19
**mechanics** 27:17,22 28:16 59:6 102:10
**media** 5:11 17:5
**medical** 47:11 47:13 74:12,19 74:19,24 75:2 75:6,19,24
76:17 125:22
**medication** 77:5,10
**meeting** 7:3 117:8,10
**meetings** 97:21
**member** 18:5,8 47:19,20 48:17 48:19,22,24 49:3,4,17,21 53:14,15 70:23
**members** 17:12 17:13,19 54:4 54:8 70:21
**memory** 89:12
**mentioned** 29:24 93:17 104:9 110:9 137:3
**meow** 94:18
**message** 94:5
**met** 43:25 44:6 45:14 64:15
**microphones** 5:5
**mid** 76:11 87:3
**middle** 1:1 5:15 76:23 94:16 99:17
**midsummer** 125:4
**mile** 90:7 100:13 116:9
**mileage** 36:20 40:4
**mileman** 1:20 5:19
**miles** 36:16 48:21 87:24 100:5
**military** 70:24
**mill** 19:22,23 19:24 20:16
**million** 69:25
**milton** 1:17 2:6
**mine** 102:9
**minor** 73:9,18 73:19,19
**minute** 6:24 11:21 32:23 44:25 48:1 78:24 107:24 125:7
**minutes** 45:3 113:23 128:4 130:15
**mirror** 141:8,9 141:10,11
**misremember...** 75:21
**missed** 65:18
**missing** 45:21
**mississippi** 67:21
**misspoke** 23:5 80:1
**mistaken** 80:2
**mixed** 29:13
**mobile** 44:13 46:5 52:20

**model** 85:25 100:20
**models** 64:25
**modifications** 88:20
**modify** 88:21
**module** 133:13 134:4,7,14
**modules** 101:18 131:21 133:6,11,13
**mom** 41:22
**mom's** 41:18 41:21,23
**mona** 43:24
**monday** 5:3
**money** 66:10
**monkey** 135:14
**monroe** 20:21 21:1,5,10
**month** 38:7 62:16 68:8,22 87:25 88:4
**monthly** 62:16
**months** 38:10 39:2 89:6 92:14
**morning** 5:2
**mother** 20:1,18 20:23 43:1,14 46:18
**mother's** 43:6
**moto** 25:1,11 25:19 26:2 27:25 28:11,11 28:21 35:1,4,7 35:11,15,20,23 37:24 142:22 142:25 143:8 143:16
**motor** 1:9 2:18 3:2 4:3 5:14 6:3,8 7:1 26:1 28:4 66:13 121:17 122:20 143:2 150:4
**motorcycle** 29:12
**motorcycles** 28:2,5
**mountain** 47:1
**move** 29:4,18 35:24 69:8 105:14
**moved** 14:23 16:5 28:23 31:12 66:6
**moving** 69:3 105:7
**mtwlegal.com** 3:8
**multiple** 97:21 113:14
**multitude** 57:18
**music** 71:5,6,11 71:21
**musicians** 71:23
**mute** 5:7
**mykey** 99:7,8

**n**

**n** 5:1 19:16
**name** 5:19 6:23 14:2 19:15 24:19 40:11 41:1 46:19 71:13 139:16
**named** 66:1
**names** 14:5 41:3
**naturally** 103:1
**nature** 49:8 57:8
**necessarily** 49:4 59:11,23 106:15
**necessary** 148:10
**need** 7:13,25 8:25 9:4 14:18 14:22 18:20 30:22 40:22 44:24 45:2 55:4 77:14 103:6 120:23 122:2 123:17 128:5
**needed** 31:25 36:8,22 37:10 103:7
**needs** 27:23 69:24
**neighborhood** 124:8
**nephew** 139:13 140:10
**never** 22:9,16 31:11 78:22 87:12 93:10,13 114:16 137:5
**new** 27:3 60:6 60:12,18 66:9 80:4 87:3,7 94:13 96:4,6 96:15 97:3,20 97:22 98:21,23 104:1,6 128:13
**newer** 27:8 81:13,25 82:5 82:9 104:21 105:7,11 110:1
**newly** 58:13
**nhtsa** 102:3 106:16,21 107:4,7,10
**nicholas** 2:11 150:1
**nick** 2:17 5:25 32:10 41:17 44:24 75:9 89:9,12,15 150:2
**niece** 138:23 139:10 140:1 140:10
**night** 116:25 125:13 137:1

**nine** 24:23 25:13 35:18
**nineteen** 52:1
**nissan** 66:18
**nod** 8:9
**nods** 8:7,12 24:16 41:11 55:17 61:14 126:10
**normal** 8:10,16 16:20
**north** 3:5 115:20
**notary** 149:23
**note** 5:5 112:21 150:10
**noted** 148:4,5
**notes** 66:2
**notice** 100:10
**noticed** 100:12 135:7
**noticing** 145:21
**number** 12:15 15:16,23 33:7 39:19,25 42:19 42:19,23 43:23 62:4,6 72:2 90:23 91:2
**numbers** 40:1 63:5 85:2

**o**

**o** 5:1 19:16,16 64:11
**object** 110:18 110:23 111:16 119:7
**objection** 92:4 110:4
**obligation** 145:15 147:12
**obtain** 131:24
**obviously** 53:14,17 62:21 71:4 99:19 101:14
**occasion** 78:8,9 87:23
**occupation** 42:9
**occurred** 10:7 17:16,18 77:7 118:15 134:25
**ocga** 145:8,9,23 148:7
**october** 62:8 121:12
**odd** 136:4
**odometer** 32:11 32:12 33:14 34:18 36:14,21
**odometers** 34:24 37:7,16 143:4
**offered** 31:11 31:13
**office** 21:9 60:2 60:20,25 61:2 61:7
**officer** 147:18
**official** 58:10
**officially** 107:14
**oh** 28:20 48:5 48:15 53:24 66:14 70:6,9 107:5 128:22 132:14 137:21
**oil** 137:12,13
**okay** 7:9 8:6,23 9:6,11,25 10:12,24 11:4 11:17 12:3,11 13:11,15,20 14:8 15:5,11 16:12 17:3,10 18:2,4,8,19 19:13,15,21 20:23 21:4,8 21:16 22:10,14 23:12,22 24:2 24:5,10 25:4 25:25 26:20 27:1,18 31:4,7 31:22 32:4 33:1,4,6,12,17 33:19,23 34:3 34:6,20 35:1 35:10,14,18,22 36:2,7 37:6,12 37:22 38:4,12 39:6 40:8,24 41:3,6 42:4,21 43:3,11,22 44:2,5,8 45:1,2 45:14,16 46:12 46:17,19 47:5 47:15,18 50:23 50:25 51:18,21 52:5,19 54:20 54:25 55:2,7 55:12 56:5,20 58:21 60:11,18 61:11,15,20 62:13 63:7,10 63:12,14,21,24 64:2,5,8,15 65:11,14 66:6 66:22,25 67:11 69:2,7 70:5,14 71:1,20 72:12 73:7,13 74:7 74:10 75:5,15 76:1,5 77:17 78:7,9 79:5,10 79:13,16,21 80:6,10,13,18 80:22 81:23 82:3,8,19 83:2 83:9,24 84:3,9 84:16 85:1,17 86:2,6,12,25 87:10,19 88:19 89:2,11 90:9 91:5,12,20 92:10 94:9 95:21 96:23 97:25 98:5,17 98:24 99:10,13 99:22 100:14

100:24 101:7 101:12,16,22 102:6 103:14 104:18 105:1 106:12,18 107:1,6 108:24 109:13 110:1 111:8,11 112:4 112:8,15,23 113:1,9,12,20 115:7,23 116:19 118:4 118:14 119:19 120:13 121:18 121:22,25 122:2,13,23 124:3 125:5 126:21 127:11 127:22,25 128:10,14,24 129:2,10 130:6 130:11,16 131:14 132:14 132:20 133:3,9 133:15 137:2 138:12 139:3,7 139:11 141:1 142:10,13,16 142:19,22,25 143:3,15,18 144:3

**old** 1:17 2:6 27:7 37:3 46:21 67:13 139:14

**older** 36:22 81:6,7,11 82:16 83:1,3 104:23

**once** 18:18 54:18 72:9 142:15 143:2

**ones** 66:15 73:10 95:12 103:22 107:2 107:11 143:25

**online** 17:4 101:23 102:4

**open** 25:23 61:21 67:19 69:14

**opened** 58:13

**opening** 60:18

**operate** 25:12 26:5 29:11 99:20

**operated** 24:21 65:17

**operates** 101:15

**operating** 65:2 65:9 66:7 93:6 93:9

**operation** 28:23

**operational** 26:3

**operations** 28:1 29:5

**opinion** 87:8 100:18 106:9 110:10,12

**opinions** 100:24 102:13 118:23 125:24 128:11

**opposed** 142:2

**options** 95:15 98:10

**orange** 51:17

**orchestrate** 59:2

**order** 82:10

**ordered** 95:5,8 95:10,13

**ordering** 146:4

**organizations** 18:6 47:19,22 48:9,24

**organize** 49:6

**orlando** 3:6

**outcome** 72:10 147:9

**outdoors** 71:8

**outlet** 64:22 65:2,9,12,18,23

**outside** 11:17 27:16 28:16 70:19 129:14

**overall** 68:23

**overdose** 44:22

**overseeing** 59:11

**own** 25:12 50:23 61:9 79:5,7,8,10 83:11 87:1 97:23 101:13

**owned** 24:21 48:4,13,15 64:21 80:6 84:7 131:6

**owner** 64:14

**owner's** 98:15 98:25 99:4 101:21,25 102:17

**owners** 27:12

**p**

**p** 5:1 64:11,11

**p.a.** 3:4

**p.m.** 108:3,4,6 144:10,11

**paced** 114:5,6

**pack** 96:12

**page** 4:2,14 11:22 12:12 13:24 33:4,5,5 33:13 42:17,20 61:25 62:1,2,6 111:4 128:25 132:13 148:13 148:15,17,19 148:21,23 149:1,3,5,7,9 149:11,13,15

**pages** 148:10

**paid** 37:1 39:14 119:17 129:25 130:4
**pallbearers** 124:12
**panama** 15:8 25:15 28:19 29:19 40:13
**paperwork** 36:8,23
**paragraph** 13:12 43:22
**parameters** 99:21
**parent** 136:14
**parents** 16:10 16:22 43:12 46:17
**parked** 115:4 115:10
**parking** 115:17
**parks** 43:21
**parkway** 1:17 2:6
**part** 27:13,14 35:7 68:2,7,24 92:18 108:10 109:5 128:20 142:11
**particular** 14:15 52:8 116:17 118:12 121:7 127:8,12 129:11,12 134:18
**parties** 5:9 145:23 146:4 147:18
**parts** 58:12,14 59:25,25 112:19 133:10 141:6
**party** 33:8 72:7 141:24 142:6 145:16,24 147:8,14
**pascagoula** 52:20
**pass** 47:2 59:6
**passed** 44:15 47:3,9 123:9 123:19
**passenger** 28:5 90:3
**passenger's** 93:2,3
**passes** 30:21
**passing** 44:19 52:6 58:8 59:10
**password** 146:3,4
**past** 59:20 60:4 64:16
**paul** 2:19 6:2 6:23 140:15
**pavement** 114:8 135:12
**pay** 39:1,1,1,9 39:11 63:4
**payer** 65:25
**paying** 38:4
**payments** 39:10 66:2 129:16,21
**pcm** 134:8,10 134:11,15,17 134:19
**peachtree** 2:22
**pending** 9:10
**people** 48:3 71:23 102:5 117:10 124:10
**percent** 37:10 67:3 85:3,14
**percentage** 66:25
**perfect** 15:15
**performed** 37:6 63:19 97:5 137:14
**performers** 57:22
**period** 17:1
**person** 8:1 16:18 50:8 66:1 117:17 124:23
**personal** 11:3 58:1 100:24 106:2 110:12 111:14,22 127:4 129:6,12
**personally** 79:8 81:14 82:15,18 82:25 110:12 125:24
**petersen** 2:19 4:15,17 6:2,2 6:15,20,22,23 12:16,19 13:6 32:13,19,21 41:20 45:1,9 63:6 75:11,14 89:16 90:21 92:9 108:7 110:7,20,25 111:18 113:3 119:10 130:11 130:17,20 135:18 140:17 140:20 144:3
**phone** 9:4 52:6 120:5 121:10 124:20
**phones** 5:7
**photo** 138:10 138:12 139:9 139:11,20,25
**photograph** 112:24 113:5,7
**photographs** 4:7,8,11 90:23 113:10,12,17 113:18
**photos** 91:2 114:23 141:5
**phrasing** 82:1
**physical** 15:11

**physically** 104:7
**physician** 74:8
**pick** 5:6 22:14
**picked** 95:14 112:19 141:6 141:12
**pickup** 103:19
**picture** 92:17 135:23 136:1 138:6,16,18,23 139:4
**pictures** 67:14 92:19,21,22,24 136:16,25 138:1
**piece** 9:13 113:23 141:10
**pieces** 9:25
**pilgrim** 19:22 19:23,24 20:16
**pinion** 82:17,23
**place** 5:9 66:17 145:22
**plaintiff** 33:8 132:18
**plaintiffs** 1:7 2:2 4:5,10 6:1 12:16 132:6
**plan** 69:5,14
**planned** 68:1
**planning** 67:25 123:25 124:3
**plans** 67:9
**platinum** 84:5 98:2,8 105:25
**play** 71:11,15
**played** 71:5,21
**plaza** 2:21
**please** 5:5,7,22 7:11 8:1,1,2,13 8:19 9:17 14:1 18:3 32:23 40:25 62:21 70:9,13 105:15 118:24 148:10 148:10
**plenty** 124:2
**pllc** 2:13
**plug** 96:8,13
**plugged** 91:5 91:23
**plus** 23:15,17 24:7 72:25
**pocket** 69:23
**point** 30:24 65:8 74:21 102:11 109:16
**police** 21:9 119:14 136:15
**policies** 129:19
**pope** 64:10,11 64:15 65:24 68:2 117:8
**pope's** 64:13
**portion** 93:8,11
**poses** 104:23
**possess** 103:18
**possibly** 18:23 44:13 54:7 73:12 75:23 84:12 88:4 89:1 98:20 99:1 100:22 113:10 131:21
**post** 17:4 95:12 123:23
**potential** 17:18 17:20
**power** 25:21,23 26:5 29:10 94:14 96:11 110:16,17,22 134:7,11
**ppetersen** 2:25
**prayer** 11:12 120:20
**pre** 22:6 61:1 81:8
**prefer** 82:16,25 82:25
**prepare** 11:7 11:10
**preparing** 67:15
**present** 4:25 5:22
**presented** 145:2
**preserve** 18:2
**presidential** 57:21,24
**presuppose** 65:7
**pretty** 49:13 54:12 71:9 107:10
**previous** 139:9 142:14
**price** 39:18 97:7,8
**primarily** 11:24 28:2 50:17,25 61:15 124:3 127:2 134:13
**primary** 60:24 74:7 87:16
**print** 12:20
**prior** 25:6 38:2 50:8 59:9 73:8 76:21,22 77:19 77:22 80:15 85:21,23 86:3 86:10,15 88:8 88:16,18 97:16 97:18 112:2 117:6,21 124:14,16 137:2 142:22
**private** 5:6
**privilege** 10:22
**privy** 107:16
**probably** 15:22 16:8 50:10 55:20 67:3 76:10,11 77:2

78:10 84:8 88:3 91:18 143:20
**probation** 38:8 38:10,17 39:2
**problem** 32:11 59:13 63:13 144:6
**problems** 89:23 107:15
**procedure** 148:7
**proceeding** 4:25 145:2,24 146:3 147:6,17
**proceedings** 145:13
**produced** 131:21 138:4 145:25
**product** 97:20
**products** 56:25 78:5
**professional** 145:16 147:12
**programmed** 133:23
**programs** 57:2 57:14,15
**prohibited** 145:22
**prohibitions** 145:10
**project** 7:13
**properly** 128:16
**protected** 146:3,4
**prove** 37:21
**provide** 14:20 91:20 118:22 145:21
**provided** 32:2 36:23
**provider** 15:18 15:21 72:5 137:7,18
**public** 26:22 94:20 101:23 106:17 149:23
**published** 101:23
**pulled** 60:25 105:11 114:13 115:19 137:11
**purchase** 38:2 88:20 94:24 95:2 96:4
**purchased** 36:9 60:7 83:21 84:23 98:8,14 109:18,22
**purchasers** 39:15
**purchasing** 97:17 109:14
**purpose** 91:15
**pursuant** 4:21 148:7
**puryear** 45:12 45:14,23 46:4
**push** 83:14
**put** 57:4 67:15 87:24 88:3 93:8 104:2 107:10 118:16 122:24 123:23 141:8
**puts** 69:21
**putting** 121:8 121:12

**q**

**q7** 79:9
**quarter** 69:25
**quarters** 90:7 100:13
**question** 8:3,5 8:18 9:9,9,11 9:17,21 11:8 35:14 75:12 82:2 92:4 110:5 119:8 128:5
**questioning** 131:3
**questions** 8:14 9:16 10:1 11:1 16:20 40:21 90:25 92:5 100:15 130:12 144:4,7 145:25 147:5
**quick** 16:20
**quickly** 123:22

**r**

**r** 5:1
**rack** 82:16,23
**radar** 81:19 82:6
**raised** 135:9
**ram** 66:19
**ramp** 90:6 115:1,3 118:12
**random** 53:4
**rare** 87:23
**rather** 101:9 135:14 136:3,6
**reach** 31:15
**read** 6:19 74:12 74:13,18,23,24 75:1,2 98:25 101:20,24 148:2 150:9
**readers** 63:10
**reading** 6:16
**real** 121:9
**reality** 120:20
**really** 47:17 54:6 68:3,19 71:9,9 73:21 75:24 83:5 87:8 97:4 130:9
**rear** 81:20
**rearview** 141:11
**reason** 35:7 43:5 44:18

105:16 106:5 130:18 136:21 140:4 150:11
**reasonably** 103:20 105:18 105:22 106:1
**reasons** 96:7 148:9
**recalibrate** 103:1
**recalibrating** 103:17
**recall** 77:3 92:2 92:13 110:8 119:18,21 124:22 132:9 143:12
**recalls** 106:17 107:3,4,7,14
**recast** 12:19 13:8
**receipt** 150:17
**receive** 21:25 68:18 98:15 108:19,21
**received** 57:17 108:13 120:5 129:16
**receives** 145:24
**recent** 143:21
**recently** 60:4 138:25
**recess** 45:6
**recession** 143:19
**recognize** 113:5
**recollection** 94:1,10
**reconstruction** 26:15
**record** 5:3,10 6:24 12:25 13:1,3,5 14:2 38:8 41:1 45:4 45:7 108:2,6 111:5 130:21 144:9 145:13 145:15,25 147:6
**recorded** 7:21 113:21 141:17
**recording** 5:8
**records** 75:10 75:16,19,22,24 137:9,15
**red** 135:9
**redact** 104:14 104:17 105:4
**redesigned** 87:3,7
**reduced** 147:5
**refer** 61:22 131:15
**referenced** 107:7 150:6
**referred** 134:6
**referring** 47:21 80:19 106:19 131:16
**regarding** 57:15 110:14
**regular** 52:9 74:11 87:20 118:1
**regularly** 96:23 96:24
**regulations** 4:22 145:7
**related** 37:13 129:16 132:22 133:19
**relating** 108:22 146:3
**relation** 34:17
**relationship** 50:5 145:14 147:11
**relative** 147:8
**relatively** 98:22
**relatives** 20:20 21:1,4,8
**released** 106:6
**relive** 40:17
**rely** 126:25
**remainder** 130:4
**remember** 15:13 17:14,24 25:17 28:17 32:5 36:1 37:5 45:18,20 55:11 70:8 73:25 74:23,25 89:19 91:8 93:4
95:14,15 108:14 113:19 114:2 124:16 124:18 126:19 130:10 133:14 133:22 134:1,1 137:12
**remind** 8:19
**reminder** 16:21
**remotely** 60:5 60:16
**rental** 36:3
**rep** 59:5
**repair** 23:24 31:23
**repaired** 37:19 38:1 143:6
**repairs** 36:20 36:23 37:6,11 37:15,17,24 102:23
**repeat** 11:8 35:13
**rephrase** 9:18 53:24 62:22
**report** 36:19 74:12,19,19,24 75:2,6 145:14
**reported** 64:9
**reporter** 4:24 5:21,23 6:6 7:19,22 8:12 32:17 88:13 145:1,4,9,11 146:1,2

**reporting** 4:23 145:7,21
**reports** 119:12
**repository** 146:4
**representations** 145:5
**representing** 5:19 130:24
**requested** 31:11
**required** 36:19 119:17
**requirements** 30:3,21
**research** 97:18 101:12 102:2 102:20 103:3 126:11 129:11
**researched** 106:23
**reserve** 6:18
**reserved** 144:12
**residence** 121:22 122:18
**residences** 122:12
**residential** 25:8
**resolved** 32:3
**resources** 102:11
**respond** 126:5
**responded** 126:13
**responding** 119:25 137:4
**response** 33:12 42:23 43:23 45:22 62:6
**responses** 4:5 8:14 33:2 42:18
**restaurants** 50:17
**restitution** 39:9 39:10,12,14
**result** 75:3
**retail** 26:25 40:3
**retire** 68:4,16 70:17
**retirement** 67:9 68:3,7,14 70:20
**return** 150:13 150:16
**reunion** 54:19 54:20 55:3,12 55:18
**review** 11:15 32:24 102:1 119:11 145:3 150:7
**reviewed** 112:4 119:5
**revoked** 31:2,5 31:20
**rhymed** 41:23
**ridden** 80:8
**ride** 81:6,12 87:13 127:8
**riding** 81:4 89:22,25
**right** 6:15,20 7:10,15 8:8,25 9:13,20 10:14 11:6,20 12:11 12:14 13:7,22 14:1,22,24 15:2,20 22:15 24:15 26:17 27:19,25 28:19 29:16,24 30:3 30:17 34:7,10 35:4,16 36:11 38:3 39:4 40:15 42:1 43:19 45:10 46:8 47:18 48:6 50:4 51:11 52:17 56:22 58:6,8 59:14,21 60:12 66:15 67:6 69:10 73:1 74:18 75:5,15 75:18 76:7 78:23 79:11 82:6,7,15 83:12,21 85:5 88:25 89:7,9 89:14 93:22 94:10 95:6 96:9,21 98:3 100:9 101:5 104:10 106:24 107:12,21 108:8,16 109:17,19 110:11 111:1,6 111:12,21 113:7 115:18 116:22,23 120:8,23 122:23 123:22 125:7 130:11 130:13 132:15 132:20 133:22 134:25 137:17 138:7,22 139:4 140:7 141:20 142:3,23 143:19,25 144:3
**risk** 104:23
**rmr** 1:19 147:24
**road** 19:23,24 20:16 46:25 60:22,23 104:3 114:13 115:5 116:16
**robert** 1:9 2:3 3:9 4:9 5:14 6:5 130:25 131:16
**robins** 117:13 117:15,21

**rode** 80:11,16 80:21 91:6,6 100:9
**role** 59:18,20
**rolled** 135:14 136:2,3
**rolling** 79:3 95:12
**room** 76:20,22
**rosebud** 46:25
**rotary** 48:9
**rough** 104:15
**roughly** 14:16 15:22 18:22 19:5 25:13 26:7 48:14 62:12 67:3 123:4
**route** 118:1
**routed** 101:19
**row** 84:9 132:17
**rpm** 26:1
**rpr** 1:19 147:24
**rude** 8:22
**rule** 148:7
**rules** 4:21 145:7 148:7
**run** 36:4,5 101:2,7
**rv** 28:7 30:1,4,8 30:13 31:1 43:18
**rvs** 28:4,6 30:23

**s**

**s** 5:1
**sabine** 2:12 6:9
**safe** 83:3 103:20,24 105:19,23 106:1
**safety** 104:8,22 107:18
**salary** 62:16 63:9,11,12
**sale** 31:19 67:16
**sales** 23:18 28:3 29:13,25 31:4 38:13 39:3
**sat** 60:25
**saturday** 112:10,11 125:18 134:24
**saw** 51:11 56:16 74:10 86:23 92:7,16 92:17,23 124:22 125:1
**saying** 7:23 37:22 94:21 104:18 105:5 115:9,12
**says** 42:22,23 44:14 45:19,22 62:15 129:1 132:21 133:19
**scattered** 54:5
**scene** 112:7,9 112:18 113:21 114:4,15 115:20 125:17 134:24 135:2,6 136:8,9,11 137:1 140:23 141:7
**schedule** 54:19
**school** 21:12,14 21:22,23 46:15 52:3 56:5,9,22
**schools** 56:24
**schoolteacher** 46:15
**scooter** 72:11 72:16,18,19,23
**screen** 12:14 13:8
**screenshots** 113:15
**sealed** 38:9
**seat** 93:2,3
**seatbelt** 90:14 90:16 91:18,21 92:5 93:5
**second** 8:8 33:13 41:16 44:9 48:23 108:20 122:18
**secour** 67:16
**section** 145:8
**sections** 145:9
**security** 68:17 68:18
**see** 7:11 31:25 33:10 36:8 42:22 44:16 49:25 50:8 51:14 54:16 55:15 56:9 63:13,19 70:21 85:19 91:1 101:14 107:3 111:5,8,11 124:24,25 127:21 128:25 129:2,2 132:16 132:18,20 133:11 135:15 136:24 138:6,8 139:6 141:1
**seeing** 13:7,25 51:8 82:21 92:2
**seems** 63:15 75:20,21 92:17 92:22,23 95:7 95:18 96:5 137:11 138:3
**seen** 13:13 32:24 75:15,18 86:23 91:9 112:3 132:8,9 132:10,11,12 138:1 141:4
**self** 22:25 23:13 24:6,13

**sell** 25:25 26:23 27:1,6 30:22 36:15 56:25 64:23 65:23
**selling** 66:11
**semi** 87:20 96:24
**seminars** 57:2 57:4
**send** 17:7,10 94:7 114:1
**senior** 56:8
**sense** 23:7 54:1 55:22 60:16 63:20
**sensitive** 5:5
**sent** 17:22 92:24 94:2 113:25 150:14
**sentence** 8:20 33:13 39:21 114:10
**sentences** 62:15
**separately** 28:8
**september** 10:8 53:16 77:6,18 80:14,15,16,19 87:1 93:20 131:12
**serve** 147:17
**service** 15:18 15:21 23:18,22 24:2 38:5 53:3 58:12,12,14,16 58:18,22,23 59:2,18,23,25 72:4 88:5 107:13 137:7,7 137:9,13,15,18
**serviced** 23:19
**services** 145:21
**servicing** 58:16 82:22
**set** 137:24
**setting** 34:1 60:10
**settings** 99:14 99:18,21
**settled** 66:3
**seven** 27:7 50:13
**several** 28:17 28:20 31:24 50:20,22 117:16 120:11
**shake** 8:9,18
**shakes** 74:17
**sharon** 42:24 45:12,23
**sheet** 86:23 150:11
**shelby** 48:2,12 87:4
**sheriff's** 21:9 119:14,17
**shirt** 140:6
**shop** 24:10 141:9,14
**shopping** 67:18
**shores** 50:13,15 51:3,6,17 78:11 90:10 91:7 100:10 121:17 122:6
**shorthand** 131:15
**shortly** 17:22
**shoulder** 93:8
**show** 12:13 32:15 90:22 113:4 128:25
**showed** 128:3
**shows** 36:18
**sic** 14:14 69:3 120:6
**side** 115:4,19
**sign** 6:19 150:12
**signature** 144:12 147:23 149:19
**signed** 32:1 150:19
**signing** 6:16
**signs** 36:18
**similar** 102:21 113:11
**simple** 71:9 82:12
**simpler** 101:11
**simply** 71:18
**sinclair** 51:2
**single** 10:7
**sir** 9:12 21:14 27:2 29:3 30:2 44:10 52:18 56:21 64:18 66:14 91:22 108:9 125:19 128:3 134:8
**sister** 53:17 67:14 124:7 139:21
**sister's** 138:13
**sit** 93:11
**situation** 101:1
**six** 50:13 51:12 51:15
**skid** 135:12
**sleep** 116:25
**small** 22:19 27:13 67:19,20 67:23 68:25 69:15,21
**sneeze** 48:6
**social** 17:4 47:19 48:8 68:17,18
**software** 106:3 106:8,14,16 131:22 133:23
**sold** 25:24 35:2 36:16,17 37:4 40:5 43:17 65:12 87:4
**solely** 145:17 147:14

**solutions** 150:23
**somebody** 36:8 57:11 72:23,24
**son** 44:14 139:18
**sorry** 7:3,5 44:23 50:21 78:1 80:1 131:14 139:16 143:13
**sound** 34:10 62:10 88:25 98:3
**sources** 101:25
**south** 21:17 47:6 115:14,21
**speak** 7:10 11:17 14:19 20:8 88:12 101:17 102:7 119:14,22,25
**speaking** 7:25 8:2 23:7 33:17 81:16 91:3 102:4
**speaks** 128:22 129:7,8
**special** 95:8,10 95:13 129:23
**specialized** 22:9
**specific** 14:18 24:12 55:4 57:16 81:18 108:17,25 109:10 123:17 145:23
**specifically** 14:18,21 17:11 37:12 40:2 82:4 101:8 102:8 132:17 133:4,7 145:6
**specifics** 18:20 77:14
**specify** 59:15
**speculate** 62:25 74:13 83:7 109:24
**speculating** 56:13 85:7
**speed** 116:4
**spence** 2:20
**spend** 16:10 22:2 39:2 70:22
**spent** 52:16 95:17,18
**spirit** 104:19
**spivey** 42:24
**split** 67:14
**spoke** 20:3 119:18 124:15
**sports** 25:21,23 26:1,6 29:10
**spouse** 1:4
**stage** 59:10
**stamped** 53:4
**standalone** 134:13
**standard** 30:7 30:7
**star** 42:11,12 58:7,17 60:10 62:8,18 64:20 65:3 66:7,22 68:16,23,24 84:23 85:4,8 137:14
**start** 8:4 50:7 66:17 70:2 78:24 131:2
**started** 62:10 65:3 69:11 121:8
**starting** 33:5 62:6
**state** 19:8 30:5 30:19,21 31:1 31:5,7,14,15 32:3 34:16 36:25 43:20 72:9,12 92:3 110:4 145:11 147:2
**stated** 147:4
**statement** 4:23 132:24 148:9
**statements** 141:17
**states** 1:1
**stationed** 60:17
**stay** 16:9 68:5 125:10,12 129:24
**staying** 60:8 68:10,24
**steer** 82:10
**steering** 82:16 82:17 101:20 104:7 110:2,14 110:15,16,17 110:22 112:22 126:7,9,13
**step** 20:24
**stepmother** 20:25 92:23 124:5
**stomach** 91:17
**stone** 46:25
**stop** 65:2,8
**storage** 129:24
**store** 60:18 95:19,20 117:11
**stores** 58:13 63:19
**strange** 135:8
**strat** 22:20
**street** 2:22 3:12
**stretch** 9:5
**structure** 68:20
**structured** 63:22
**stub** 63:4
**stuck** 96:15

**studying** 22:5
**stuff** 8:10 9:5 40:17 51:19 53:4 66:21 82:6
**subaru** 79:18 79:21,24
**subcontractor** 145:12,17 147:15
**subject** 10:5,10 83:22 87:17 88:6,16 89:22 90:3 107:19 119:2 126:22 128:21 131:4,7 131:10 134:15 134:19 141:2
**submitted** 4:24 146:1,2
**subpoena** 74:22
**subpoenaed** 75:23
**subscribed** 149:20
**substance** 10:18 78:20 148:8
**sued** 72:9 141:25 142:8 142:11 143:1,8
**suffering** 76:16
**suing** 131:19 141:25
**suit** 142:2,3,5 142:16
**suite** 1:17 2:6 2:22 3:5,12
**suits** 144:1
**summer** 16:9 16:13 55:5,7 55:10,15,16 67:13 76:24 80:16 89:4
**summers** 16:11 17:1 52:17,22
**supervisor** 64:8
**suppose** 68:18
**sure** 7:17,18 8:22 10:2 11:21 13:23,24 16:18 18:1 19:20 40:2,7 42:16 47:4 61:10 68:12 72:10,11 73:10 73:21 74:2,9 78:1 85:16 86:21 88:12 90:18 95:10,13 95:20,22,23 97:15 98:22 101:1 103:21 107:5 109:19 112:10 115:2,8 123:15 127:24 128:16 129:4 130:19 131:4 132:11 134:5 137:14 141:23 142:4
**surety** 30:5,19
**surviving** 1:4
**suspended** 31:2 31:5,20 38:12 38:13,19 39:4
**swear** 5:24
**sweep** 53:1
**switch** 40:15 78:23 111:2
**sworn** 6:12 149:20
**system** 46:16 132:22
**systems** 13:13 13:17 103:1,7 103:17 108:22 108:25 134:20

**t**

**t** 19:16
**table** 7:14 132:16
**take** 5:9 8:25 9:1,4,11 32:23 40:3 44:24 45:1,2 52:24 68:6,14 78:25 90:24 98:1 107:23 108:1 113:7,12,18 114:3,23 129:15 130:17
**taken** 5:12 77:10 87:2 104:16 113:11 113:15 136:25 138:19 147:4
**takes** 69:25 118:1
**talk** 13:17 22:22 26:17 40:19 47:25 52:5,9 61:20 67:8 74:13 107:22 111:3 113:16,17
**talked** 11:21 46:8 48:23 61:11 62:7 63:1 64:17 70:12 71:1 79:14 111:21 117:18
**talking** 10:4,6 13:12 41:9 47:23 59:17 60:16 68:12 78:24 85:24 90:18 97:22 99:24 131:5 143:24
**tampered** 34:24
**taught** 22:25 23:13 57:14
**tech** 21:24 22:17
**technically** 16:13

**technician** 58:5 58:19,20,23
**technicians** 59:4,7 102:10
**technological** 94:12
**technologies** 11:25 12:1,4 100:19,25 101:13 102:21 109:3,7,11,17 109:22 110:3 110:16 116:21 126:17,22
**technology** 12:6 81:14,16 82:9 87:11 93:15 94:4,11 94:19 101:4,5 102:8,14,25 103:18 104:23 105:5,9,10
**tell** 6:25 7:4 9:17 17:19 50:4 55:21 63:2,14,16 64:2 69:18 81:7 84:21 105:1,2 120:21
**telling** 53:9 56:18 83:10 85:1,3 108:11 140:21
**temperature** 76:24
**temporary** 121:20
**tender** 110:5
**terming** 11:24
**terms** 10:3 11:20 138:24 145:17 147:15
**test** 61:22 98:11
**testifying** 106:13 110:8 118:24 122:21
**testimony** 108:11 123:18 129:5 148:2,8 150:9,17
**texas** 2:15
**texasjustice.c...** 2:17 150:2
**text** 94:2,5
**texted** 109:17
**thank** 7:2,6 29:3 32:19 35:6 59:14 65:20 90:11 122:17 130:14 144:4
**thanksgiving** 121:8,11
**thing** 8:4,8 9:8 10:4 14:23 68:13 71:5 90:19 118:23
**things** 7:9,25 8:19 49:7,12 57:3,7 69:17 70:4,20 71:10 107:13 120:24 131:2
**think** 9:2,14 12:12 17:3 21:3 23:6 24:5 32:14 41:13 44:6 48:6 57:23 63:8 65:14,17 70:11 71:18 72:6 73:3,21 75:9 82:20 84:13 89:9 95:4 103:24 105:10 106:9 107:8 108:19 109:13 111:4 113:8 115:7 123:15 128:22,24 130:4 132:11 133:22 135:18 140:14 144:4
**thinking** 86:13
**third** 13:12 44:6 45:11
**thought** 32:17 86:12 94:15,16 94:17,17,19 97:5 135:8 136:21
**three** 30:11 52:7 74:24 90:7 100:13 123:16 124:25 133:16 142:12
**thumb** 98:19
**tickets** 59:1,24
**tiffany** 3:3 6:7
**time** 5:8 6:25 9:1 10:12 16:1 16:6,19 17:1 18:15 20:3,7 21:13 22:2 27:13,14 28:8 29:17 35:13,25 38:14,20 39:5 40:19 41:25 49:19 50:11 51:3,5 58:7,11 60:22,24 61:4 67:5 68:2,7,16 68:24 70:16,22 76:8,23 80:11 80:24 90:7,16 92:7 95:17,18 104:1 112:1,6 114:8 116:1,24 117:2 120:13 120:15,16,25 120:25 121:2,7 121:19 122:7 123:4,20 124:14,22 125:1 127:19 130:14 142:9 143:10 144:5 145:24 150:18

**timeframe** 150:8
**timeline** 67:24 69:2
**timelines** 125:4
**times** 8:2 18:14 18:16 42:13,15 50:10,13,13 51:11,12,15 52:7 76:19 91:24 117:16 142:10,12,25
**timing** 59:15
**tire** 57:6
**title** 58:10 64:13
**tmu** 36:16
**tobacco** 78:4
**today** 7:1 11:11 14:17 20:11 40:18,22 56:17 81:5 94:6 99:24 110:11 129:5 141:9,19 142:2,6
**today's** 11:7
**together** 29:13 41:19,22 50:16 56:20 71:14 123:22,24
**told** 30:18 36:7 38:25 64:1 65:14 67:4 68:8 70:18 96:20 97:24 109:16 110:1 111:2,20 116:19 121:3 122:13 123:8 127:8,12 137:18
**tommy** 120:5,7 123:6
**ton** 106:3
**took** 45:10 65:24 88:24 108:10 111:1 113:8,11,14 138:15 139:20 141:14
**toole** 3:4
**top** 57:22 125:7 127:5
**topic** 52:13
**torque** 104:9
**total** 23:7 39:11 84:6
**totally** 16:20 23:13 62:24 84:22 95:23 100:17 118:21
**tow** 51:4 96:23 119:16
**towing** 96:20 97:1
**town** 121:21 125:12
**toyota** 66:18
**trade** 85:20
**traffic** 53:13 74:1
**train** 134:7,11
**trained** 23:9 57:11
**trainer** 58:14
**training** 23:12 26:11,14 30:5 30:19 56:24 57:2,9,13 58:13 59:10 108:12,18,21 108:24 109:2 120:9
**trainings** 57:5
**trampled** 136:5
**transcript** 8:23 145:24 147:4,6 148:2 150:6,19
**transcripts** 145:24 146:3
**transmission** 23:25 134:12
**travel** 60:6 61:8 61:18 70:21
**traveled** 86:18 88:2
**traveling** 61:12
**travels** 43:18
**treadmill** 50:3
**treated** 76:20
**treatment** 78:21
**tree** 114:9 136:5
**trial** 13:9
**tried** 104:5 120:20 121:9
**trig** 22:8
**trim** 84:3 98:2 98:6
**truck** 10:10 61:4,16 86:9 87:19,25 88:6 89:8,10,21,23 89:25 90:4,5 92:19 95:7,9 95:13 96:7,8 96:15 97:3,6 100:4 106:10 107:19 112:1 112:19 114:10 126:1,5,12,18 128:7,12,21 129:23,24 130:2 133:1 141:2,4
**trucks** 97:10 103:19
**true** 36:16 145:25 147:6
**trust** 101:3 104:2
**truthful** 9:23 62:21
**try** 8:1,4 97:15
**trying** 8:22,22 54:1 55:22 89:19 93:25 95:23 105:1

109:19
**tucker** 56:6 64:21 65:19 73:3,3
**tuned** 133:24
**turn** 32:22 33:4 115:14,20 116:10 139:3
**tward** 3:8
**two** 7:25 22:4 27:12 28:12 62:15 68:11 85:2 112:24 113:22,22,24 122:12 124:17 133:16 134:9 143:25
**type** 8:10 14:23 23:12,22 26:21 28:1 29:11 31:22 38:5 47:11,22 48:4 48:8 51:7,14 51:19 57:3,10 62:19 64:23 71:10,21 73:19 74:10 79:16 82:6 83:16,18 99:18 103:5 104:8 118:23 127:8
**typewriting** 147:5
**typically** 100:1 118:4,7 119:11
**typing** 7:22

**u**

**u** 115:14,20 116:10
**u.s.** 5:15
**uh** 8:9 26:10 28:14,25 42:25 44:17 48:5 51:13 53:19 54:23 60:19 64:12 78:13 87:14 132:23 135:24 139:6 140:9 141:16 141:22
**uhs** 8:12
**ultimately** 34:6
**umbrella** 57:10 66:23
**unclear** 17:21 65:5
**uncles** 55:25
**uncomfortable** 118:24
**under** 7:3 42:22 43:23 57:9 66:22 147:5
**undergo** 78:20
**undersigned** 148:2
**understand** 7:16 9:7,15,18 11:5,23 12:2 14:24 17:3 33:2 37:8,14 40:18 72:21 80:22 82:1,24 85:6 90:15 91:1 115:8 118:21 131:7 131:17
**understanding** 13:16 33:20 45:12 58:24 83:11 88:23 97:15 98:19 100:15 117:20 118:14 120:10 128:15 131:3 131:20
**understood** 8:15,24 9:22
**unfamiliar** 116:15
**unfortunately** 89:17
**unit** 5:11 129:24
**united** 1:1
**unknown** 36:16
**unsure** 65:5
**update** 121:10
**updates** 106:4 106:8
**upgrade** 96:18
**uploaded** 146:4
**ups** 130:15 140:17
**us.com** 3:15
**use** 10:2 27:21 28:15 50:25 78:4,17 90:1,4 90:13 91:15 99:7,23 116:12 116:15 121:20 127:12 148:10
**used** 27:3,4 51:2 61:17 64:24 66:11 77:13 80:4,5 90:5 96:20 99:11,16,19 100:1,8 118:4 118:7,10 150:19
**useful** 94:19
**uses** 101:20
**using** 10:3 49:25 61:8,15 82:9
**utilize** 110:17

**v**

**v** 150:4
**vacation** 51:15 51:16
**vacations** 50:11
**valdosta** 54:11
**value** 39:18 40:3
**various** 56:24 57:13 108:12
**vehicle** 10:7 12:7,10 26:12

36:15 37:23 39:18 59:6 61:17 79:13,16 82:11 88:20,24 89:5 91:6 93:6 93:9,15 95:2,5 96:4,20 97:19 98:12,21 99:14 99:20 100:6 102:18 104:2,6 104:7 106:3 109:14,23 114:12,14 115:23 127:9 131:4,8,11 134:16,18,20 134:21 137:3 137:20
**vehicle's** 36:21
**vehicles** 23:19 23:23 27:3,5 28:6 30:23 31:24 34:21 35:1 36:17 37:3,13,17,18 37:23 38:1 39:15 58:16,25 69:22 79:5,7 79:11 82:9,22 83:2,4 84:17 84:23 86:25 90:14 91:10 97:10 100:20 101:4 103:4,9 103:11,17,23
104:1,21,24 105:2,11,18 107:22 110:2 116:21 127:13
**verbal** 8:13,13
**verbatim** 93:24 145:15
**verify** 150:9
**veritext** 5:20,21 145:12,21 150:14,23
**veritext.com** 150:15
**verizon** 15:19 15:21,24 72:6
**version** 98:11 106:7
**versus** 5:14 40:5 72:12 134:10,12
**video** 1:14 5:3 5:8 7:21 13:1,4 45:4,7 108:2,5 112:25 113:1 113:14,15,17 113:20 144:9
**videographer** 1:20 5:2,20 7:12,17 13:1,4 45:4,7 108:2,5 144:8
**videorecorded** 5:11
**videos** 113:22 113:24 114:23
**visit** 50:12 77:3
**visited** 74:14 117:14 125:2
**volkswagen** 103:13
**vs** 1:8

**w**

**w** 19:16
**waiting** 121:10
**wakim** 2:12 6:9 6:9
**walked** 114:14 115:19
**want** 6:16,25 7:1,4,17,18 9:25 10:2,17 11:21 16:7 31:16 39:13 42:16 53:10 56:17,19,19 58:11 61:20 62:23,25 65:7 68:12 70:12 74:20 78:23,24 83:13,19 89:3 90:18 97:15 100:14 104:17 105:4,13 107:23 110:11 111:5,20 115:8 118:21,22 123:14 128:18 130:17 131:4 133:18 134:23 136:12,24
138:5
**wanted** 13:23 13:24 68:4,9 70:20,21 78:1 96:6,7,16 97:23 131:1 136:14
**wanting** 67:19 70:1
**wants** 136:13
**ward** 3:3 6:7,7
**warn** 127:16 128:7,11,21 129:1,13
**warner** 117:13 117:15,21
**warnings** 128:11
**warren** 15:4,5 114:22
**watercraft** 29:12
**watson** 2:20
**watsonspenc...** 2:25
**way** 7:13 33:24 33:24 37:21 60:10 66:19 86:12 115:14 118:5,8,13 136:4
**wayne** 1:5,14 5:12 6:11 14:3 14:3 33:13 44:25 132:18

132:21 150:5
**wbd** 3:15
**we've** 7:11 46:8 54:10 71:1 78:25 99:23
**wear** 77:12 93:5
**wearing** 140:6
**week** 43:21 52:7 56:3 57:2 64:5 69:3 87:25 112:13 117:16 124:25
**weekend** 56:2 57:1
**weeks** 92:13
**weight** 76:8
**wendy** 43:9 46:9,12,14 53:18,23 54:3
**wendy's** 139:18
**went** 22:16 54:21,22 55:19 56:6,24 57:13 74:5 100:12 106:23 112:7 112:17 115:21 116:24 118:17 121:7 122:24 125:14,17 134:23 136:7 140:23
**west** 2:14
**wheel** 104:3
**whispering** 5:6
**white** 3:10 4:16 6:4,4 130:23 130:24 132:2,5 135:20 137:23 140:14
**wholesale** 26:19 28:2
**wife** 44:7 45:11 53:15
**wiggins** 3:4
**wigington** 46:20,22
**window** 125:1
**winter** 29:23
**withheld** 33:21 35:11 37:2 39:8
**witness** 5:24 8:7 12:23 24:16 32:7 41:11 55:17 61:14 74:17 75:13 89:8,14 126:10 130:16 130:19 144:6 150:8,10,12,18
**witnesses** 146:2
**woke** 117:2
**womble** 3:11
**won** 57:20
**wondering** 38:22 45:25 59:16
**wooten** 1:4,4,5 1:6,14 2:11 5:12,13,25 6:11,23 10:8 13:7 14:1,3,4 16:3 18:25 19:6,16 20:22 32:10 33:14 41:2,8,10,17,24 41:25 42:7,23 43:5,9,23 44:12,15,24 45:22 49:20 50:5,23 56:5 58:3,6,15 60:2 62:7 64:8 70:23 71:19 72:13 73:4,7 73:16 75:9 78:4 85:14 87:16 89:12,15 90:1 93:5,11 98:14 108:8 116:24 117:20 118:10 124:5,6 124:15,23 128:7 130:24 132:18 138:7 139:4,12 140:13,21 150:1,4,5
**wooten's** 41:12 42:9 44:19 46:9,17 47:2 62:5
**wootens** 6:10
**word** 63:13,20
**work** 21:5,9 24:3 46:14 53:1 58:15 59:17,25 61:12 61:21 64:9,17 68:2,4,7,21,25 70:19 75:23 85:7 89:12 95:17 103:3,14 109:5,11 119:11 137:13
**worked** 42:11 52:20 60:12 61:3 62:8 64:6 64:19 66:12 67:2 97:14 103:16 106:11 107:8 120:11
**working** 55:14 60:5,9,15 65:3 66:7 106:8 122:9
**workout** 49:24
**works** 42:10 134:16,18
**world** 60:12 102:24
**write** 8:12
**writer** 58:18,23
**written** 4:23
**wrong** 84:22 88:24 96:13

**wyatt** 1:6 10:8 41:2,9 62:7

**x**

**xlt** 84:4

**y**

**y'all** 6:15
**yacht** 121:17 122:20
**yard** 50:3
**yards** 123:24
**yeah** 7:20 12:19 14:17,22 15:1 16:8 22:11,22 23:2 23:5,8,8 24:13 28:20 29:16,22 30:25 35:5 37:18 38:22 40:17,20 45:1 45:2 48:16 49:20 51:10,20 51:24 52:4 53:14,24 54:1 56:14 60:14 61:24 62:3 65:17 66:14 70:6,11 75:13 78:3 79:7 82:3 84:10 85:10,13 86:14,14 89:19 89:19 90:12 91:1 99:2 105:15 106:22 112:14 121:13 125:19 127:20 128:22 129:2 135:5 136:18 136:21 138:8 140:1,14 143:14,24
**year** 21:20 45:19 48:12 50:10,14 51:11 51:12,15 54:18 55:8 56:8 63:25 64:4 76:25 77:15,16 79:19 83:24,25 84:11 96:6,16 100:21 105:8,9 106:3 138:24 143:18
**years** 14:15,25 15:6,10,22 18:20 22:4 23:15,17 24:7 24:23 25:13 26:9 27:7 35:19 36:19 37:3 42:6 72:25 74:24 77:19 81:9 87:8 106:25 133:16,16
**yesterday** 20:5
**yoga** 11:12
**younger** 59:8
**youngest** 138:13
**youtube** 71:16 71:17

**z**

**zoom** 2:12 3:3 6:6

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.