IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **BEVERLY WOOTEN, as Surviving Spouse of BARRY WOOTEN and BARRY WAYNE WOOTEN, as Administrators of the ESTATE OF BARRY WYATT WOOTEN, Deceased,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**FORD MOTOR COMPANY and ROBERTBOSCH LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO: 5:23-cv-00346** |

## DJC LAW PLLC'S MOTION TO INTERVENE

Comes now Michael G. Horner on behalf of DJC Law PLLC and hereby files this Motion to Intervene and Notice of Attorney Fee and Case Expense Lien pursuant to Fed. R. Civ. P. 24(a)(2) and states as follows:

1. Pursuant to Fed. R. Civ. P. 24(a)(2) DJC Law PLLC hereby moves to intervene in this matter because this intervention is timely, disposing of the matter may as a practical matter impair or impede DJC Law, PLLC's ability to protect its interest and because of a direct interest in the recovery of contractual attorney's fees and expenses not represented adequately by the existing parties[1]; and,

---

[1] *See Chiles v. Thornburgh,* 865 F.2d 1197, 1213 (11th Cir. 1989), *citing Athens Lumber Co. Inc. v. Federal Election Commission,* 690 F.2d 1364, 1366 (11th Cir. 1982).

2. Attached hereto as Exhibit "A," is DJC Law PLC's Notice of Attorney Fee and Expense Lien brought pursuant to Ga Code § 15-19-14 and the laws of the state of Georgia. Through this Notice DJC Law PLLC asserts a lien for its fee interest in this matter for any recovery by the Estate of Barry Wyatt Wooten and Beverly Wooten, and for reimbursement of reasonable case expenses incurred.

Wherefore premises considered DJC Law PLLC moves to intervene and asks the Court to permit the filing of the attached Ex. A, DJC Law PLLC's Notice of Lien in this matter.

Dated: November 18, 2024.

*Respectfully submitted,*

**REYNOLDS, HORNE & SURVANT**

   */s/ Michael G. Horner*
MICHAEL G. HORNER GA Bar No. 251194
*Attorney for DJC Law PLLC*

P.O. Box 26610
Macon, Georgia 31221-6610
(478) 405-0300 (phone)
(478) 405-0550 (fax)
firm@reynoldsinjurylaw.com

Daniel Christensen, *pro hac vice*
DJC LAW, PLLC
1012 West Anderson Lane
Austin, Texas 78757
(512) 220-180

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **BEVERLY WOOTEN, as Surviving Spouseof BARRY WOOTEN and BARRY WAYNE WOOTEN, as Administrators of the ESTATE OF BARRY WYATT WOOTEN, Deceased,** | **CIVIL ACTION NO: 5:23-cv-00346** |
| **Plaintiffs,** | |
| v. | |
| **FORD MOTOR COMPANY and ROBERTBOSCH LLC,** | |
| **Defendants.** | |

**Exhibit "A"**
**NOTICE OF ATTORNEY FEE AND CASE EXPENSE LIEN**

DJC Law PLC hereby provides the Court and the Parties Notice of a Lien brought pursuant to Ga Code § 15-19-14 and the laws of the State of Georgia. DJC Law PLLC asserts a lien:

1. For its fee interest in this matter for any recovery by Beverly Wooten and the Estate of Barry Wyatt Wooten; and

    2. For reimbursement of reasonable case expenses incurred.

Dated: November 18, 2024.                                                                 *Respectfully submitted,*

                                  **REYNOLDS, HORNE & SURVANT**

                                  */s/ Michael G. Horner*
                                  MICHAEL G. HORNER
                                  GA Bar No. 251194
                                  *Attorney for DJC Law PLLC*

P.O. Box 26610
Macon, Georgia 31221-6610
(478) 405-0300 (phone)
(478) 405-0550 (fax)
firm@reynoldsinjurylaw.com


Daniel Christensen, *pro hac vice*
DJC LAW, PLLC
1012 West Anderson Lane
Austin, Texas 78757
(512) 220-180

## CERTIFICATE OF SERVICE

    I hereby certify that on November 18, 2024, a true and correct copy of the foregoing DJC Law PLLC Motion to Intervene and Notice of Attorney Fee and Case Expense Lien was filed via the Court's CM/ECF system, which will serve a copy on all counsel of record. And a copy was mailed to Beverly Wooten and Barry Wayne Wooten as the Administrator of the Estate of Barry Wyatt Wooten and via First Class US Mail.

                                                              /s/ *Michael G. Horner*
                                                              Michael G. Horner