DocuSign Envelope ID: A14BC3BB-41A6-4BCE-9677-8B18B3793B85



BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

October 3, 2023

**Via Email and Docusign to:**

**Wayne Wooten**
gcleasingllc@gmail.com

**Wendy Wooten Wells**
wendyawells@gmail.com

**Beverly Wooten**
Bevw721@yahoo.com

      Re:    ***Disclosures and Acknowledgements Regarding Wooten v. Ford Motor Company, presently pending in the Middle District of Georgia, Macon Division.***

      Beverly, Wendy, and Wayne:



      Second, I need to disclose the new financial agreements among the Firms now handling the case. My Firm, along with Bob Cheeley and his Firm, and Don Slavic and his Firm, have agreed to the following financial arrangements. My Firm will pay all the remaining costs of this litigation through completion and will receive 50% of any fees recovered under your employment agreement with Bob Cheeley and his Firm. Bob Cheeley and his Firm will remain engaged and continue to work with us to prosecute this case. Bob Cheeley and his Firm will be entitled to recover their expenses of litigation already incurred and 30% of any fees ultimately recovered in this case. Don Slavic and his Firm will not be responsible for any costs incurred in this litigation and will be entitled to 20% of any fees recovered in this case for his contributions to our success.

**1012 W ANDERSON LN | AUSTIN, TEXAS 78757**
**PHONE 512-220-1800 | FAX 512-220-1801 | WWW.TEXASJUSTICE.COM**

DocuSign Envelope ID: A14BC3BB-41A6-4BCE-9677-8B18B3793B85



DocuSign Envelope ID: A14BC3BB-41A6-4BCE-9677-8B18B3793B85

Sincerely.

*Nick Wooten*

Attorney at Law

## **ACKNOWLEDGEMENTS**

1. 

2. I understand that the financial arrangements between the lawyers and law firms in this case has been adjusted based upon DC Law and Don Slavic and his law firm becoming involved in the case. I have been informed about and agree to the following division of fees and expenses by and among the lawyers and law firms upon a successful recovery in this case:

   a. Bob Cheeley and Cheeley Law Group will be reimbursed for all case expenses previously incurred and will receive 30% of any fees recovered.
   b. Don Slavic and his Firm will receive 20% of any fees recovered and will not be responsible for any expenses of this litigation.
   c. DC Law will pay all expenses of this litigation going forward and will receive 50% of any fees recovered.

DocuSign Envelope ID: A14BC3BB-41A6-4BCE-9677-8B18B3793B85

DocuSigned by:

*Beverly Wooten*

Beverly Wooten, individually and as
Co-Administrator of the Estate of
Barry Wyatt Wooten, Deceased.

_____

Wayne Wooten, individually and as
Co-Administrator of the Estate of
Barry Wyatt Wooten, Deceased.

_____

Wendy Wooten, individually as the
child of Barry Wyatt Wooten, Deceased.

3. 

4.

DocuSign Envelope ID: A14BC3BB-41A6-4BCE-9677-8B18B3793B85

5.

6.

DocuSign Envelope ID: A14BC3BB-41A6-4BCE-9677-8B18B3793B85

7.