**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| BEVERLY WOOTEN, as Surviving Spouse Of BARRY WOOTEN and BARRY WAYNE WOOTEN, as Administrators of the ESTATE OF BARRY WYATT WOOTEN, Deceased, | : | |
| Plaintiffs, | : | CIVIL ACTION FILE NO.: 5:23-cv-00346-MTT |
| v. | : | |
| FORD MOTOR COMPANY, | : | |
| Defendant. | : | |

---

**DEFENDANT FORD MOTOR COMPANY'S DESIGNATION OF EXPERTS**

---

Defendant, Ford Motor Company ("Ford"), hereby identifies the following experts who are expected to testify in this case pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure:

## I. Expert Witnesses

**a) Stephen J. Fenton, P.E.**
**JS Held**
**6070 Greenwood Plaza Blvd., Suite 200**
**Greenwood Village, CO 80111**

Mr. Fenton is an engineer who is expected to testify as an expert in the area of accident reconstruction and vehicle dynamics, as more specifically outlined in his Rule 26(a)(2)(B) report attached hereto as Exhibit "A".

**b) Robert Pascarella**
**Tandy Engineering**
**32430 Dobbin Huffsmith Road**
**Magnolia, TX 77354**

Mr. Pascarella is an automotive engineer who is expected to testify regarding ADAS testing and performance, as more specifically outlined in his Rule 26(a)(2)(B) report attached hereto as Exhibit "B".

c) **Rawson L. Wood, MD, MPH**
**Biodynamic Research Corporation**
**12810 West Golden Lane**
**San Antonio, TX 78249-2231**

Dr. Wood is a medical doctor who is expected to testify as an expert regarding injury causation, biomechanics, and occupant kinematics, as more specifically outlined in his Rule 26(a)(2)(B) report attached hereto as Exhibit "C".

d) **David Cades, PhD**
**Exponent**
**525 W. Monroe Street, Suite 1050**
**Chicago, IL 60661**

Dr. Cades is a human factors specialist who is expected to testify regarding driver attention, perception, visual behavior, perception response time, and warnings as more specifically outlined in his Rule 26(a)(2)(B) report attached hereto as Exhibit "D".

e) **Michelle Kuykendal, PhD, PE, CFEI, CVFI**
**Exponent**
**23445 N. 19th Ave**
**Phoenix, AZ 85027**

Dr. Kuykendal is an engineer who is expected to testify regarding ADAS in the automotive industry, as well as the subject vehicle, as more specifically outlined in his Rule 26(a)(2)(B) report attached hereto as Exhibit "E".

## II. Non-Retained Expert Witnesses

a) **Natalie Dostie DeCook**
**Ford Motor Company**
**Design Analysis Engineering**
**World Headquarters Bldg.**
**1 American Road**
**Dearborn, Michigan 48126**

Ms. DeCook is an engineer who is expected to testify regarding the design, development, manufacture and testing of the 2021 Ford F-150, including its ADAS features , as more specifically outlined in her Rule 26(a)(2)(B) report attached hereto as Exhibit "F".

b) **Ram Krishnaswami**
**Ford Motor Company**
**Design Analysis Engineering**
**World Headquarters Bldg.**
**1 American Road**
**Dearborn, Michigan 48126**

Mr. Krishnaswami is an automotive engineer who is expected to testify regarding the design, development, manufacture and testing of occupant compartments, restraint systems and related components, as more specifically outlined in his Rule 26(a)(2)(B) report attached hereto as Exhibit "G".

Ford reserves the right to call to testify and/or cross-examine any treating physicians identified by Plaintiffs; however, by making such a designation, Ford does not identify such experts as Ford's retained experts nor does Ford necessarily adopt or concede the accuracy or correctness of all testimony by such individuals.

Ford reserves the right to call law enforcement and the emergency and rescue personnel who responded to the scene of the wreck who may qualify as experts in their respective fields even though they are not expert witnesses retained for this litigation.

Ford reserves the right to call to testify or question any and all experts and corporate representatives who have been or may be designated by or called by any other party to this lawsuit or have knowledge about this accident made the basis of this suit, including the investigating officers. These experts, however, have not specifically been retained by Ford nor does Ford necessarily adopt or concede the accuracy of their fact opinions or conclusions.

Ford reserves the right to call corporate representative or corporate fact witnesses that have been or may be deposed in this case, or that may be designated as trial representative(s), to give factual and/or expert testimony in this matter.

This 10th day of January, 2025.

WATSON SPENCE, LLP

***/s/ Paul E. Petersen, III***
Michael R. Boorman
Georgia Bar No. 067798
Paul E. Petersen, III
Georgia Bar No. 791066
999 Peachtree Street, N.E.
Suite 1130
Atlanta, Georgia 30309
Telephone: (229) 436-1545
mboorman@watsonspence.com
ppetersen@watsonspence.com

Scott A. Richman
*Admitted pro hac vice*
Tiffany M. Ward
*Admitted pro hac vice*
MCDONALD TOOLE WIGGINS, P.A.
srichman@mtwlegal.com
tward@mtwlegal.com

***Attorneys for Defendant***
***Ford Motor Company***

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the within and foregoing upon counsel of record via electronic mail to the following attorneys of record:

Robert D. Cheeley
Andre Tennille
Gabrielle Gravel
Nicholas Heath Wooten
CHEELEY LAW GROUP, LLC
2500 Old Milton Parkway, Suite 200
Alpharetta, Georgia 30009
bob@cheeleylawgroup.com
dre@cheeleylawgroup.com
ggravel@cheeleylawgroup.com
nick@cheeleylawgroup.com
*Counsel for Plaintiffs*

Donald H. Slavik
Slavik Law Firm, LLC
2834 Blackhawk Court
Steamboat Springs, CO 80487-2018
dslavik@slavik.us
*Counsel for Plaintiffs*

Virgil L. Adams
ADAMS, JORDAN & HERRINGTON, P.C.
915 Hill Park Suite 101
P.O. Box 928
Macon, GA 31202
vadams@adamsjordan.com
*Counsel for Plaintiffs*

This 10th day of January, 2025.

WATSON SPENCE, LLP

*/s/ Paul E. Petersen, III*
Michael R. Boorman
Georgia Bar No. 067798
Paul E. Petersen, III
Georgia Bar No. 791066