IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BEVERLY WOOTEN, as Surviving Spouse of BARRY WOOTEN and BARRY WAYNE WOOTEN, as Administrators of the ESTATE OF BARRY WYATT WOOTEN, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendants. | CIVIL ACTION FILE NO:<br><br>5:23-cv-00346 |

**CONSENT MOTION TO EXTEND DEADLINES**

Plaintiffs, Beverly Wooten and Barry Wayne Wooten, and Defendant Ford Motor Company (collectively "the parties"), jointly submit this Consent Motion to Extend Deadlines, respectfully showing the Court as follows:

1. This is a products liability case brought in strict liability and negligence under Georgia law against Ford Motor Company relating to a single vehicle crash involving a 2021 Ford F-150 pickup truck for the personal injuries and wrongful death of Barry Wyatt Wooten.

2. Plaintiffs allege the Advanced Driver-Assistance Systems in the F-150 are defectively designed. This is a case of first impression, and the Parties are working together to uncover and confront novel issues as they arise.

3. On November 5, 2024, in response to a Consent Motion, this Court entered Docket Text Order [Doc. No. 68], extending the time for Ford to disclose experts, the parties to complete fact discovery, and dispositive/*Daubert* motions.

4. Since that time, and in addition to the work completed before the amended order, Ford served expert reports, the parties have taken fact witness depositions, Plaintiffs have taken Ford employee depositions, the parties have discussed various module downloads, and Plaintiffs have filed a Motion to Compel A2L and DBC files.

5. The parties need a resolution to Plaintiffs' Motion to Compel A2L and DBC files in order to determine the necessary scope of remaining discovery, particularly expert work and depositions.

6. In light of the above, the Parties have conferred and request an extension of the two remaining discovery deadlines to run from the date this Court issues a ruling on Plaintiffs' pending Motion to Compel. The current remaining deadlines are:

- Discovery to be complete by March 14, 2025, and
- Dispositive and *Daubert* motions due by April 11, 2025.

7. In order to maintain and extend this schedule, the Parties request the court grant a 90-day extension for discovery to be completed and a 120-day extension for dispositive and *Daubert* to be filed—both running from the time this Court enters a final order on Plaintiffs' pending Motion to Compel.

Respectfully submitted, this 13th day of February 2025.

| CHEELEY LAW GROUP, LLC | WATSON SPENCE, LLP |
|---|---|
| **/s/ Robert D. Cheeley** | **/s/ Paul Petersen** |
| (*w/ express permission by P. Petersen*) | Michael R. Boorman |
| Robert D. Cheeley | Georgia Bar No: 067798 |
| Georgia Bar No. 122727 | Paul E. Petersen, III |
| Gabrielle M. Holland | Georgia Bar No. 791066 |
| Georgia Bar No. 460601 | 600 Peachtree Street, N.E., Suite 2320 |
| 2500 Old Milton Parkway, Suite 200 | Atlanta, GA 30308 |
| Alpharetta, GA 30009 | (229) 436-1545 |
| (770) 814-7001 | mboorman@watsonspence.com |
| bob@cheeleylawgroup.com | ppetersen@watsonspence.com |

gabrielle@cheeleylawgroup.com

DC LAW, PLLC
Nick Wooten
1012 W. Anderson Lane
Austin, Texas 78752
T: (512) 220-1800
F: (512) 220-1801
nick@teamjustice.com

*Attorneys for Plaintiffs*

Scott A. Richman
*Admitted pro hac vice*
Tiffany M. Gutierrez
*Admitted pro hac vice*
MCDONALD TOOLE RICHMAN &
CORRENTI, P.A.
srichman@mtrclegal.com
tgutierrez@mtrclegal.com
*Attorneys for Defendant Ford Motor Company*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Robert D. Cheeley
Andre Tennille
Gabrielle Gravel
Nicholas Heath Wooten
CHEELEY LAW GROUP, LLC
2500 Old Milton Parkway, Suite 200
Alpharetta, Georgia 30009
bob@cheeleylawgroup.com
gholland@cheeleylawgroup.com
dre@cheeleylawgroup.com
ggravel@cheeleylawgroup.com
*Counsel for Plaintiffs*

Donald H. Slavik
Slavik Law Firm, LLC
3001 South Lincoln Avenue
Suite C-1
Steamboat Springs, Colorado 80487
dslavik@slavik.us
*Counsel for Plaintiffs*

Virgil L. Adams
ADAMS, JORDAN & HERRINGTON, P.C.
915 Hill Park Suite 101
P.O. Box 928
Macon, GA 31202
vadams@adamsjordan.com
*Counsel for Plaintiffs*

This 13th day of February, 2025.

*/s/ Paul E. Petersen, III*
Paul E. Petersen, III
Georgia Bar No. 791066