**Forensic Rock**
sharrington@forensicrock.com
Tel: (215) 620-1288
Headquartered in Pennsylvania
Providing Clients National Service

Forensic Rock

**October 18, 2024**

Nick Wooten, Esq.
DJC LAW, PLLC
1012 West Anderson Lane
Austin, Texas 78757

Re: *Beverly Wooten, as Surviving Spouse of Barry Wooten and Barry Wayne Wooten, as Administrators of the Estate of Barry Wyatt Wooten v. Ford Motor Company and Robert Bosch, LLC*
Civil Action No.: 5:23-cv-00346
Forensic Rock File No.: 24929

Dear Mr. Wooten:

Pursuant to your request, I have reviewed the file materials related to the above-captioned matter. Furthermore, I have conducted site inspections, an inspection of the subject 2021 Ford F-150, testing, and reviewed discovery produced by the defendants. This analysis has been rendered based on my education, training, and experience utilizing scientific methodologies generally accepted in the scientific and accident reconstruction communities.[1,2,3] Forensic Rock reserves the right to supplement or revise this report if additional information becomes available. I herewith submit this report with respect to an evaluation of Ford Lane Centering systems, Ford Lane Keeping Assist systems, Ford Adaptive Cruise Control, Ford BlueCruise, other Ford Advanced Driver Assistance Systems (ADAS), and alternative design ADAS and Lane Centering/Keeping systems.

By way of background, I am an Accident Reconstructionist, Testing Engineer, and Forensic Scientist who earned a Bachelor of Science degree with Honors in Engineering Science and Mechanics from the Pennsylvania State University. I am accredited as a Traffic Accident Reconstructionist by the Accreditation Committee for Traffic Accident Reconstruction (ACTAR). I have a Commercial Driver's License (CDL) and I operate and inspect Heavy Trucks. Furthermore, I am certified by the Society of Automotive Engineers (SAE) to access and interpret Heavy Vehicle Event Data Recorders in commercial vehicles. I am also certified as a Crash Data Retrieval (CDR) Technician and Data Analyst.

I am an instructor for SAE International and I have co-taught the "Accident Reconstruction, the Autonomous Vehicle and ADAS" course to engineers and industry personnel. I am actively researching, testing, and publishing on Advanced Driver Assistance Systems (ADAS) and Accident Reconstruction (AR) in passenger and commercial vehicles.

---

1 Fricke, Lynn B. (2010) Traffic Crash Reconstruction, Second Edition. Evanston, Northwestern University Center for Public Safety.
2 Daily, John (2006) Fundamentals of Traffic Crash Reconstruction. Institute of Police Technology and Management, University of North Florida.
3 Halliday, D., Resnick, R., Walker, J. (1993). Fundamentals of Physics. New York, John Wiley & Sons.

Forensic Rock

I have been the lead author on multiple peer-reviewed technical articles published by the Society of Automotive Engineers (SAE) in the fields of ADAS, accident reconstruction, aerial imaging, photogrammetry, and three-dimensional laser scanning. In addition, I have been honored by the SAE as a subject-matter expert to peer-review my colleagues' work for potential publication in the SAE Journal. I have been asked multiple times to present to my peers at the Event Data Recorder Summit on the topics of Advanced Driver Assistance Systems (ADAS), Event Data Recorders, and Infotainment Systems. Furthermore, I have also been published in Collision Magazine, presented at the World Reconstruction Exposition (WREX), and have presented at the SAE Digital Summit.

I have evaluated occupant kinematics in response to collision forces and am thoroughly trained in the forensic analysis of occupant protection systems. I have investigated commercial vehicle/commercial vehicle, pedestrian/vehicle and bicycle/vehicle interactions and inspected hundreds of vehicles involved in all modes of collisions. In addition, I have participated in real-world testing of both commercial and passenger vehicles, and I specialize in documenting and preserving evidence utilizing 3D Laser Scanning and Small Unmanned Aircraft Systems (sUAS).

I am a nationally certified firefighter and emergency first responder (NFPA 1001). Through my duties as a volunteer firefighter, I am asked to assist local law enforcement with the on-scene investigation of motor and commercial vehicle collisions. I receive ongoing driver training on the operation of emergency commercial vehicles and commercial vehicle dynamics, and I have completed the Emergency Vehicle Driver Training course.

I have developed and participated in a wide array of static and dynamic vehicle test programs, including testing sponsored by the National Institute for Occupational Safety and Health (NIOSH). This testing was used to develop an SAE Surface Vehicle Recommended Practice (J3043) to improve occupant survivability within the patient compartment of ambulances during collision events. In addition, I have consulted with the National Hockey League as an investigator on a Research & Development program to evaluate player safety within the sport.

**<u>Documents Reviewed</u>**

1) Georgia Motor Vehicle Crash Report and Motor Vehicle Crash Narrative [Date of Crash: September 14, 2021];
2) Photographs of the accident scene;
3) Photographs of the 2021 Ford F-150;
4) Photographs of the 2021 Ford F-150's seat and seatbelt extender;
5) Photographs and videos of the incident site;
6) Photographs of Mr. Barry Wooten and family;
7) Bosch CDR Report for the 2021 Ford F-150;
8) Deposition transcript of with exhibits of Natalie Dostie [May 30, 2024];
9) Deposition transcript with exhibits of Barry Wayne Wooten [July 22, 2024];
10) Deposition transcript with exhibits of Wendy Wells [July 23, 2024];
11) Deposition transcript with exhibits of Beverly Wooten [July 24, 2024];

12) Deposition transcript with recordings and exhibits of John Ralph Gunderson [September 25, 2024];

13) Screengrabs of complaints regarding a Ford vehicle;

14) Screengrabs of text messages from Barry Wooten to Wayne Wooten [July 2021];

15) Ford Technical Service Bulletin 21-2249 for a 2021 F-150 and 2021 Mustang Mach-E [July 28, 2021];

16) Ford Technical Service Bulletin 22-2069 for a 2021 F-150 and 2021 Mustang Mach-E February 28, 2022];

17) Ford Technical Service Bulletin 22-2109 for a 2021 F-150 and 2021 Mustang Mach-E [March 22, 2022];

18) Ford Technical Service Bulletin 23-2040 for a 2021 to 2022 F-150, 2021 to 2022 Mustang Mach-E, 2022 Expedition, and 2022 Lincoln Navigator [February 7, 2023];

19) Ford Optional Product Improvement Program 21G01 – Supplement #4 [April 15, 2024];

20) NHTSA Special Crash Investigation Report of the subject accident, Report No. DOT HS 813 510 [September 2023];

21) Legal documents pertaining to the *Beverly Wooten, as Surviving Spouse of Barry Wooten and Barry Wayne Wooten, as Administrators of the Estate of Barry Wyatt Wooten, Deceased v. Ford Motor Company and Robert Bosch LLC* matter, including, but not limited to:

    a. Plaintiffs' Responses to Defendant Ford Motor Company's First Interrogatories [October 13, 2022];

    b. First Amended Complaint for Damages and Demand for Jury Trial [November 16, 2022];

    c. Recast Complaint for Damages and Demand for Jury Trial [September 12, 2023];

    d. Plaintiff's Certificate of Interested Persons [September 13, 2023];

    e. Plaintiff's Initial Disclosures [December 8, 2023];

    f. Plaintiffs' Requests for Productions of Documents to Ford Motor Company [March 26, 2024];

    g. Plaintiffs' Third Set of Interrogatories to Ford Motor Company [March 26, 2024];

    h. Declaration of Natalie Dostie in Support of Ford's Opposition to Producing .A2L and .DBC Files [September 25, 2024];

22) Ford discovery, bates numbers CTRL_WootenFord0000001 through CTRL_WootenFord000003256, including, but not limited to:

    a. Lane Assist – Lateral Drift vs. Time Graphics – CTRL_WootenFord000000258 through CTRL_WootenFord000000266;

    b. Lane Centering Assist Objective Performance – CTRL_WootenFord000000751;

    c. Lane Departure Warning Test - CTRL_WootenFord000000811;

d. Lane Keeping System Subjective Evaluation - CTRL_WootenFord000000825;
e. IPMA Detection Specification – CTRL_WootenFord000000883;
f. Mobileye Road KPI – CTRL_WootenFord000000884;
g. Ford Global Chassis Steering Controls Feature Functional Testing Reports – CTRL_WootenFord000000886, CTRL_WootenFord000001014;
h. Lateral Control (TJA/LCA) Feature Specification - CTRL_WootenFord000000896;
i. Lane Centering Assist – Objective Performance CETP - CTRL_WootenFord000000951;
j. Item Definition Lane Keeping System CORE – CTRL_WootenFord000001027;
k. Hazard Analysis and Risk Assessment – CTRL_WootenFord000001049;
l. Safety V&V Report – CTRL_WootenFord000001050;
m. CTRL_WootenFord000001051;
n. IPMA Detection Specification for Lane Detection (Core) – CTRL_WootenFord000001262;
o. LKS ext Software Specification - CTRL_WootenFord000001299;
p. CTRL_WootenFord000001343;
q. Steering Functional SW Spec LKS_ext - CTRL_WootenFord000001344;
r. CTRL_WootenFord000003161;
s. CTRL_WootenFord000003186;
t. CTRL_WootenFord000003200;
u. CTRL_WootenFord000003226;
v. Lane Keeping Aid Multiple Birdviews Graphics;
w. Lane Keeping Aid – Max. Lateral Excursion vs. Drift Velocity Graphics;
x. Lane Keeping Alert – Warning Activation vs. Drift Rate Graphics;

23) Ford discovery, bates numbers DBJEJFE000000005 through 000000958, including but not limited to:

a. Lane Keeping Targeted Improvements Presentation – DBJEJFE000000033;
b. ADAS Features Offering Assumptions vs. Outgoing - DBJEJFE000000647;
c. Issues with P702, CD6, and CX727 - DBJEJFE000000800;

24) Ford discovery, bates numbers FORD-WOOTEN 000001 through FORD-WOOTEN 008922, including but not limited to:

a. P702 W820 Vehicle Testing Data – FORD-WOOTEN – 001437;
b. CM7-P702-21MY-Non control model Testing Data – FORD-WOOTEN 001857;

c. P702 LDW Issue – FORD-WOOTEN 002213 through FORD-WOOTEN 002225;

d. Ford North American LKS_Ext HiL DVM – FORD-WOOTEN 004228;

e. Technical Service Bulletin – Various Driver Assistance Feature Concerns And/or Various IPMA DTCs – FORD-WOOTEN 004254;

f. Technical Service Bulletin Various Driver Assistance System Warning Messages – FORD-WOOTEN 004261;

g. List of Non-Litigated Claims – FORD-WOOTEN 004291;

h. Lane Keeping Aid – Intervention Activation vs. Drift Rate Graphics;

i. Lane Keeping Alert – Warning Activation vs. Drift Rate Graphics;

25) Autonomous Driving Implication on the Reliability of Modern Braking and Steering Systems article;

26) VinLiNK Report for the 2021 Ford F-150;

27) Expert AutoStats Report for a 2021 Ford F-150;

28) EpicVIN Report for the 2021 Ford F-150;

29) vPIC Report for the 2021 Ford F-150;

30) ALLDATA ACM Information for a 2021 Ford F-150;

31) Bosch CDR Cable Information for a 2021 Ford F-150;

32) Monroney Label for the 2021 Ford F-150;

33) NHTSA Recalls for a 2021 Ford F-150;

34) Order Guide for a 2021 Ford F-150;

35) Owner's Manual for a 2021 Ford F-150;

36) Sales Brochure for a 2021 Ford F-150;

37) Year/Model Interchange Database document for a 2021 Ford F-150;

38) Quest Engineering & Failure Analysis, Inc. Expert Report [September 18, 2024];

39) Correspondence from Watson Spence LLP Attorneys at Law to Cheeley Law Group, LLC and DC Law, PLLC regarding request of documents [September 6, 2024 and September 25, 2024];

40) Publicly available literature, including, but not limited to, the documents cited within the report, learned treatises, textbooks, and scientific standards.

## Incident Description

According to the available information, on September 14, 2021, at approximately 3:24 p.m., Mr. Barry Wooten was the driver of a 2021 Ford F-150 that was traveling northbound on Interstate 475 in Monroe County, Georgia. As Mr. Wooten's Ford navigated the rightmost lane of northbound I-475 to ultimately take Exit 15 towards Bolingbroke, his vehicle departed the roadway to the left and entered into the gore area between I-475 and the exit lane. Mr. Wooten's vehicle struck the Exit 15 sign and continued through the gore until it struck a tree in a wooded area. Mr. Wooten succumbed to his injuries as a result of this collision.

## Inspections

Inspections were conducted and documented with photographs, video, sUAS, and/or three-dimensional laser scans:

a) Incident Site [February 13, 2024, May 15, 2024, and May 16, 2024].
b) 2021 Ford F-150 [February 14, 2024].

## Subject Vehicle

Wooten Ford
VIN: 1FTFW1ED3MFB75128
Year/Make/Model: 2021 Ford F-150
Trim: Lariat
Type: Pickup truck

## Discussion/Observations

1) Based on the inspection of the 2021 Ford F-150, there was damage to the front, left, and right aspects of the truck. On the front aspect, there was permanent longitudinal (front-to-back) crush damage to the hood, front bumper, fenders, grille, the engine compartment, and windshield. The left front wheel was missing at the time of the inspection, and the headlights were dislodged from their original mounted positions. On the left aspect, the fender and sideview mirror were absent and there was damage to both door frames. The A-pillar was damaged, and the front and rear doors of the vehicle were removed from the vehicle. On the right aspect, the front tire was damaged. The front driver airbag was deployed. (Figure 1)



**Figure 1. Photographs of the damage to the subject 2021 Ford F-150.**

2) Based on commercially available mapping software,[4,5] and inspections of the incident site, Interstate 475 is comprised of northbound and southbound lanes of travel. Northbound I-475, in the area of the collision, is a three-lane, one-directional roadway, with three lanes of travel for northbound vehicles. The roadway is generally straight and level in the area of the subject incident. Dashed white lines separate the northbound lanes. Near Exit 15 for Bolingbroke, the rightmost lane of travel transitions to an exit-only lane, with a roadway curvature to the right, and a solid white line separating it from the two other northbound thru lanes of travel. A grass median and guardrail separate the north and southbound travel lanes of I-475 near the area of the subject collision. The speed limit on I-475 is 70 miles per hour. (Figure 2 – Figure 3)



**Figure 2. Nearmap aerial perspective of the subject roadway [Date Stamped – November 9, 2021; Top – Zoomed Out, Bottom - Zoomed In].**

4 Nearmap

5 Google Earth Pro




**Figure 3. Google street view of the subject roadway [Date stamped – February 2022].**

3) Inspections and a three-dimensional aerial photogrammetric inspection of the incident site were performed on February 13, 2024, May 15, 2024, and May 16, 2024. The location of features such as utility poles, guardrails, lane demarcations, and other roadway features which were present at the inspections were compared to historical imagery available in commercially available mapping software.[6,7] The present-day condition and historical imagery available in commercially available mapping software were similar.[8]

4) The incident site was documented with aerial photography from a DJI Mini 3 Pro drone at the site inspection on May 15, 2024. Pix4D software was used to compile the photographs into a three-dimensional photogrammetric model and Autodesk Recap Pro was used to process the point cloud. The resulting three-dimensional model provides a geometrically accurate representation of the subject roadway (Figure 4 – Figure 5)

---

6 Google Earth Pro
7 Nearmap
8 Harrington, S., Teitelman, J., et al. (2017). Validating Google Earth Pro as a Scientific Utility for Use in Accident Reconstruction (2017-01-9750). Warrendale, PA, Society of Automotive Engineers.



**Figure 4. Nadir perspective of point cloud generated from sUAS.**



**Figure 5. Perspective of point cloud generated from sUAS.**

5) Using the reconstruction of Mr. G. Bryant Buchner, the radius of curvature of the subject lane where the collision occurred was approximately 1000 feet.

6) According to available historical weather data,[9] there was no precipitation falling and the weather condition was mostly cloudy around the time of the subject accident. According to available astronomical data,[10] sunset occurred at approximately 7:42 p.m. on September 14, 2021, at the incident location. The lighting condition was therefore considered daylight at the time of the collision. The Georgia Motor Vehicle Crash Report coded the environment conditions at the scene as "daylight," "clear," and "dry."

7) An inspection and three-dimensional laser scan of the subject 2021 Ford F-150 was conducted on February 14, 2024. A geometrically accurate point cloud of the vehicle was generated. (Figure 6)



**Figure 6. 3D point cloud of the subject 2021 Ford F-150.**

9 Weather History for Hartsfield-Jackson Atlanta International Airport Station, September 14, 2021, Daily Summary, Weather Underground.

10 Sunrise, Sunset and Daylength Calendar for Bolingbroke, Georgia, September 14, 2021, timeanddate.com.

8) A copy of the 2021 Ford's Event Data Recorder (EDR or "black box") was received and analyzed. This EDR report utilized Bosch hardware and software to interface with the airbag control module by another user. The ignition cycle at imaging was 426. There was one event recorded in the EDR, a locked frontal event, which occurred at ignition cycle 421. This data will be discussed in further detail in a subsequent section. A full analysis of the data related to the subject incident was conducted by Quest Engineering. (Figure 7)

| CDR File Information | |
|---|---|
| User Entered VIN | 1FTFW1ED3MFB75128 |
| User | JVF |
| Case Number | 21-1357 |
| EDR Data Imaging Date | 09/29/2021 |
| Crash Date | 09/14/2021 |
| Filename | 1FTFW1ED3MFB75128_ACM.CDRX |
| Saved on | Wednesday, September 29 2021 at 12:45:23 |
| Imaged with CDR version | Crash Data Retrieval Tool 21.2.1 |
| Imaged with Software Licensed to (Company Name) | collisiondata |
| Reported with CDR version | Crash Data Retrieval Tool 21.2.1 |
| Reported with Software Licensed to (Company Name) | collisiondata |
| EDR Device Type | Airbag Control Module |
| ACM Adapter Detected During Download | Yes |
| Event(s) recovered | locked frontal event<br>Fuel cutoff level 1 |

**Figure 7. CDR File Information for the 2021 Ford F-150.**

9) The summaries of deposition transcripts are annexed to this report as Exhibit A.

## Opinions/Methodology

The opinions given in this report are based on my analysis of the materials available using scientific and engineering methodologies that have been peer-reviewed and generally accepted in the accident reconstruction and automotive industries.[1,2,3] The bases for the following opinions are my training and experience as an engineer, accident reconstructionist, test engineer, commercially licensed driver (CDL), and a commercial vehicle operator. The following engineering analysis has been undertaken utilizing the Scientific Method. I reserve the right to update and/or amend the opinions contained within this report based on new materials and information that may be generated.

1) According to the available documents, the 2021 Ford F-150 operated by Mr. Barry Wooten traveled left off the roadway into the gore between northbound I-475 and the I-475 Exit 15 split. After leaving the roadway, Mr. Wooten's Ford F-150 struck an exit sign before ultimately impacting a tree. The front left of Mr. Wooten's Ford F-150 made primary contact with the tree before coming to a final rest. Mr. Wooten succumbed to his injuries as a result of this collision.

Analysis of the Site and Scene Photographs

2) Photographs of the accident site were received and analyzed. In the site photographs, the Exit 15 sign to Bolingbroke is on the ground and there are tire tracks through the gore between the exit ramp and I-475. The tree that Mr. Wooten's 2021 Ford F-150 impacted was located at the end of the gore and was upright. (Figure 8 - Figure 10)




**Figure 8. Exit sign on the ground at the subject incident site.**



**Figure 9. Tire tracks through the gore between the Exit 15 lane and northbound I-475.**



**Figure 10. The tree that the subject Ford F-150 impacted.**

3) Photographs of the collision scene were received and analyzed. In the scene photographs, Mr. Wooten's 2021 Ford F-150 can be seen at its final point of rest, in contact with the tree seen in Figure 11. (Figure 11)




**Figure 11. The subject Ford F-150 at the collision scene.**

4) The left front of Mr. Wooten's Ford impacted the tree at the end of the gore. (Figure 12)



**Figure 12. The subject Ford F-150 at the collision scene.**

EDR Data from the 2021 Ford F-150

5) The EDR in the 2021 Ford F-150 was imaged and contained an event associated with the subject collision. For a comprehensive analysis of the EDR data, and a complete reconstruction of the subject collision, please reference the Quest Engineering analysis report.

6) The data retrieved indicates that the speed control status was active until 2.0 seconds prior to impact whereupon the speed control status changed to standby. This indicates that the vehicle was engaged in active cruise control until 2.0 seconds pre-impact, before switching to a standby state, where the speed was no longer being actively controlled by the vehicle. (Figure 13)

**Pre-Crash Data -5 to 0 sec [2 samples/sec] (First Record)**

| Time (sec) | Driver Gear Selection (Auto Trans) | Wheel Torque Requested (Nm) | Total Arbitrated Brake Torque (Nm) | Ignition Status | Speed Control Status |
|---|---|---|---|---|---|
| - 5.0 | Drive | 668 | 0 | Run | Active |
| - 4.5 | Drive | 640 | 0 | Run | Active |
| - 4.0 | Drive | 640 | 0 | Run | Active |
| - 3.5 | Drive | 624 | 0 | Run | Active |
| - 3.0 | Drive | 632 | 0 | Run | Active |
| - 2.5 | Drive | 632 | 0 | Run | Active |
| - 2.0 | Drive | -28 | 3,024 | Run | Standby |
| - 1.5 | Drive | -4 | 2,712 | Run | Standby |
| - 1.0 | Drive | 0 | 1,864 | Run | Standby |
| - 0.5 | Drive | -4 | 5,080 | Run | Standby |
| 0.0 | Drive | 0 | 2,672 | Run | Standby_Denied |

**Figure 13. Bosch CDR Pre-Crash data -5 to 0 sec in the First Record for the 2021 Ford F-150.**

7) There was both frontal and side airbag deployment, as indicated in the data retrieved. In the five seconds prior to and including impact, the vehicle was traveling at speeds between 77.0 and 51.3 miles per hour. The accelerator pedal remained at 0% in the five seconds prior to and including impact, and the service brake was off until 2.6 seconds to impact. (Figure 14)

Pre-Crash Data -5 to 0 sec [5 samples/sec] (First Record) - Table 1 of 2

| Time (sec) | Speed, Vehicle Indicated (MPH [km/h]) | Speed, Vehicle Indicated, Quality Factor | Accelerator Pedal, % Full | Accelerator Pedal, % Full, Quality Factor | Service Brake, On/Off | Service brake, on/off Quality Factor | Engine RPM | Brake Pre-Charge Request |
|---|---|---|---|---|---|---|---|---|
| -5.0 | 77.0 [124] | OK | 0 | OK | OFF(Driver_Not_Braking) | OK | 1,928 | No PreCharge Request |
| -4.8 | 77.1 [124] | OK | 0 | OK | OFF(Driver_Not_Braking) | OK | 1,930 | No PreCharge Request |
| -4.6 | 77.0 [124] | OK | 0 | OK | OFF(Driver_Not_Braking) | OK | 1,930 | No PreCharge Request |
| -4.4 | 77.0 [124] | OK | 0 | OK | OFF(Driver_Not_Braking) | OK | 1,928 | No PreCharge Request |
| -4.2 | 77.0 [124] | OK | 0 | OK | OFF(Driver_Not_Braking) | OK | 1,926 | No PreCharge Request |
| -4.0 | 77.1 [124] | OK | 0 | OK | OFF(Driver_Not_Braking) | OK | 1,930 | No PreCharge Request |
| -3.8 | 77.0 [124] | OK | 0 | OK | OFF(Driver_Not_Braking) | OK | 1,928 | No PreCharge Request |
| -3.6 | 77.0 [124] | OK | 0 | OK | OFF(Driver_Not_Braking) | OK | 1,930 | No PreCharge Request |
| -3.4 | 77.0 [124] | OK | 0 | OK | OFF(Driver_Not_Braking) | OK | 1,928 | No PreCharge Request |
| -3.2 | 77.0 [124] | OK | 0 | OK | OFF(Driver_Not_Braking) | OK | 1,930 | No PreCharge Request |
| -3.0 | 77.0 [124] | OK | 0 | OK | OFF(Driver_Not_Braking) | OK | 1,928 | No PreCharge Request |
| -2.8 | 77.0 [124] | OK | 0 | OK | OFF(Driver_Not_Braking) | OK | 1,924 | No PreCharge Request |
| -2.6 | 77.0 [124] | OK | 0 | OK | ON(Driver_Braking) | OK | 1,922 | No PreCharge Request |
| -2.4 | 74.9 [120] | OK | 0 | OK | ON(Driver_Braking) | OK | 1,836 | No PreCharge Request |
| -2.2 | 67.5 [109] | OK | 0 | OK | ON(Driver_Braking) | OK | 1,686 | No PreCharge Request |
| -2.0 | 68.3 [110] | OK | 0 | OK | ON(Driver_Braking) | OK | 1,692 | No PreCharge Request |
| -1.8 | 66.5 [107] | OK | 0 | OK | ON(Driver_Braking) | OK | 1,636 | No PreCharge Request |
| -1.6 | 63.0 [101] | OK | 0 | OK | ON(Driver_Braking) | OK | 1,560 | No PreCharge Request |
| -1.4 | 64.5 [104] | OK | 0 | OK | ON(Driver_Braking) | OK | 1,638 | No PreCharge Request |
| -1.2 | 63.3 [102] | OK | 0 | OK | ON(Driver_Braking) | OK | 1,844 | No PreCharge Request |
| -1.0 | 56.3 [91] | OK | 0 | OK | ON(Driver_Braking) | OK | 1,678 | No PreCharge Request |
| -0.8 | 57.9 [93] | OK | 0 | OK | ON(Driver_Braking) | OK | 1,424 | No PreCharge Request |
| -0.6 | 58.5 [94] | OK | 0 | OK | ON(Driver_Braking) | OK | 1,220 | No PreCharge Request |
| -0.4 | 51.3 [83] | OK | 0 | OK | ON(Driver_Braking) | OK | 982 | No PreCharge Request |
| -0.2 | 52.5 [84] | OK | 0 | OK | ON(Driver_Braking) | OK | 748 | No PreCharge Request |
| 0.0 | 54.4 [88] | OK | 0 | OK | ON(Driver_Braking) | OK | 544 | No PreCharge Request |

**Figure 14. Bosch CDR Pre-Crash data -5 to 0 sec in the First Record for the 2021 Ford F-150.**

Forensic Rock

8) In the five seconds prior to and including impact, the Ford's collision mitigation system was enabled and the cruise control driver accelerator pedal was not overridden. There was no large driver steering or acceleration pedal input until 2.8 seconds pre-impact, and the brake deceleration request remained at 0 $m/s^2$ throughout the five seconds prior to and at impact. (Figure 15)

Pre-Crash Data -5 to 0 sec [5 samples/sec] (First Record) - Table 2 of 2

| Time (sec) | Brake Assist Sensitivity Level | Brake Deceleration Request (m/s^2) | Brake Override Status Flag | Brake Deceleration Request Enable | Large Driver Steering or Accel Pedal Input | Collision Mitigation System Fault | Collision Mitigation System Enabled | Cruise Control Driver Accelerator Pedal Override |
|---|---|---|---|---|---|---|---|---|
| -5.0 | Normal | 0 | Fresh_data_Off | No (no CMbB deceleration request) | No | No (not denied) | Yes | Cruise_Reg_Not_Overridden(Inactive) |
| -4.8 | Normal | 0 | Fresh_data_Off | No (no CMbB deceleration request) | No | No (not denied) | Yes | Cruise_Reg_Not_Overridden(Inactive) |
| -4.6 | Normal | 0 | Fresh_data_Off | No (no CMbB deceleration request) | No | No (not denied) | Yes | Cruise_Reg_Not_Overridden(Inactive) |
| -4.4 | Normal | 0 | Fresh_data_Off | No (no CMbB deceleration request) | No | No (not denied) | Yes | Cruise_Reg_Not_Overridden(Inactive) |
| -4.2 | Normal | 0 | Fresh_data_Off | No (no CMbB deceleration request) | No | No (not denied) | Yes | Cruise_Reg_Not_Overridden(Inactive) |
| -4.0 | Normal | 0 | Fresh_data_Off | No (no CMbB deceleration request) | No | No (not denied) | Yes | Cruise_Reg_Not_Overridden(Inactive) |
| -3.8 | Normal | 0 | Fresh_data_Off | No (no CMbB deceleration request) | No | No (not denied) | Yes | Cruise_Reg_Not_Overridden(Inactive) |
| -3.6 | Normal | 0 | Fresh_data_Off | No (no CMbB deceleration request) | No | No (not denied) | Yes | Cruise_Reg_Not_Overridden(Inactive) |
| -3.4 | Normal | 0 | Fresh_data_Off | No (no CMbB deceleration request) | No | No (not denied) | Yes | Cruise_Reg_Not_Overridden(Inactive) |
| -3.2 | Normal | 0 | Fresh_data_Off | No (no CMbB deceleration request) | No | No (not denied) | Yes | Cruise_Reg_Not_Overridden(Inactive) |
| -3.0 | Normal | 0 | Fresh_data_Off | No (no CMbB deceleration request) | No | No (not denied) | Yes | Cruise_Reg_Not_Overridden(Inactive) |
| -2.8 | Normal | 0 | Fresh_data_Off | No (no CMbB deceleration request) | Yes | No (not denied) | Yes | Cruise_Reg_Not_Overridden(Inactive) |
| -2.6 | Normal | 0 | Fresh_data_Off | No (no CMbB deceleration request) | Yes | No (not denied) | Yes | Cruise_Reg_Not_Overridden(Inactive) |
| -2.4 | Normal | 0 | Fresh_data_Off | No (no CMbB deceleration request) | Yes | No (not denied) | Yes | Cruise_Reg_Not_Overridden(Inactive) |
| -2.2 | Normal | 0 | Fresh_data_Off | No (no CMbB deceleration request) | Yes | No (not denied) | Yes | Cruise_Reg_Not_Overridden(Inactive) |
| -2.0 | Normal | 0 | Fresh_data_Off | No (no CMbB deceleration request) | Yes | No (not denied) | Yes | Cruise_Reg_Not_Overridden(Inactive) |
| -1.8 | Normal | 0 | Fresh_data_Off | No (no CMbB deceleration request) | Yes | No (not denied) | Yes | Cruise_Reg_Not_Overridden(Inactive) |
| -1.6 | Normal | 0 | Fresh_data_Off | No (no CMbB deceleration request) | Yes | No (not denied) | Yes | Cruise_Reg_Not_Overridden(Inactive) |
| -1.4 | Normal | 0 | Fresh_data_Off | No (no CMbB deceleration request) | Yes | No (not denied) | Yes | Cruise_Reg_Not_Overridden(Inactive) |
| -1.2 | Normal | 0 | Fresh_data_Off | No (no CMbB deceleration request) | Yes | No (not denied) | Yes | Cruise_Reg_Not_Overridden(Inactive) |
| -1.0 | Normal | 0 | Fresh_data_Off | No (no CMbB deceleration request) | Yes | No (not denied) | Yes | Cruise_Reg_Not_Overridden(Inactive) |
| -0.8 | Normal | 0 | Fresh_data_Off | No (no CMbB deceleration request) | Yes | No (not denied) | Yes | Cruise_Reg_Not_Overridden(Inactive) |
| -0.6 | Normal | 0 | Fresh_data_Off | No (no CMbB deceleration request) | Yes | Yes (denied) | Yes | Cruise_Reg_Not_Overridden(Inactive) |
| -0.4 | Normal | 0 | Fresh_data_Off | No (no CMbB deceleration request) | Yes | Yes (denied) | Yes | Cruise_Reg_Not_Overridden(Inactive) |
| -0.2 | Normal | 0 | Fresh_data_Off | No (no CMbB deceleration request) | Yes | Yes (denied) | Yes | Cruise_Reg_Not_Overridden(Inactive) |
| 0.0 | Normal | 0 | Fresh_data_Off | No (no CMbB deceleration request) | Yes | Yes (denied) | Yes | Cruise_Reg_Not_Overridden(Inactive) |

**Figure 15. Bosch CDR Pre-Crash data -5 to 0 sec in the First Record for the 2021 Ford F-150.**

9) From five seconds to three seconds prior to impact, the steering wheel angle varied between -1.2 degrees and -9.5 degrees, which indicates a right turn of the steering wheel. It was discovered in testing of a 2021 Ford F-150 that if a lane centering system on the Ford was active, steering wheel angles controlled by the lane centering system would report ADAS-commanded steering wheel angles over the CAN bus. (Figure 16)

**Pre-Crash Data -5 to 0 sec [10 samples/sec] (First Record) - Table 2 of 2**

| Time (sec) | Stability Control Roll Rate (deg/sec) | Steering Wheel Angle (deg) | Steering Wheel Angle Quality Factor |
|---|---|---|---|
| -5.0 | 1.39 | -1.2 | OK |
| -4.9 | 0.66 | -2.1 | OK |
| -4.8 | 0.65 | -1.9 | OK |
| -4.7 | 1.37 | -2.1 | OK |
| -4.6 | 1.91 | -2.5 | OK |
| -4.5 | 1.53 | -2.8 | OK |
| -4.4 | 1.47 | -3.7 | OK |
| -4.3 | 2.45 | -3.8 | OK |
| -4.2 | 3.22 | -3.7 | OK |
| -4.1 | 2.69 | -3.8 | OK |
| -4.0 | 1.35 | -3.8 | OK |
| -3.9 | -0.86 | -4.1 | OK |
| -3.8 | -1.96 | -5.4 | OK |
| -3.7 | 0.12 | -5.5 | OK |
| -3.6 | 2.61 | -5.9 | OK |
| -3.5 | 4.95 | -6.7 | OK |
| -3.4 | 3.93 | -7.3 | OK |
| -3.3 | 2.24 | -8.8 | OK |
| -3.2 | -2.63 | -9.9 | OK |
| -3.1 | -6.41 | -9.7 | OK |
| -3.0 | -5.99 | -9.5 | OK |
| -2.9 | -6.32 | -14.3 | OK |
| -2.8 | -4.10 | -24.3 | OK |
| -2.7 | -6.45 | -46.8 | OK |
| -2.6 | -8.84 | -62.6 | OK |
| -2.5 | -4.73 | -64.3 | OK |
| -2.4 | -3.54 | -57.1 | OK |
| -2.3 | 25.17 | -71.9 | OK |
| -2.2 | 36.66 | -78.1 | OK |
| -2.1 | -16.61 | -64.7 | OK |
| -2.0 | -34.96 | -58.7 | OK |
| -1.9 | -23.31 | -54.8 | OK |
| -1.8 | -3.29 | -56.5 | OK |
| -1.7 | 2.55 | -68.1 | OK |
| -1.6 | -21.34 | -80.5 | OK |
| -1.5 | -10.97 | -79.3 | OK |
| -1.4 | 4.52 | -85.2 | OK |
| -1.3 | 18.46 | -62.5 | OK |
| -1.2 | 53.31 | -69.3 | OK |
| -1.1 | 27.83 | -78.0 | OK |
| -1.0 | 43.47 | -58.9 | OK |
| -0.9 | -56.38 | -55.8 | OK |
| -0.8 | -87.24 | -55.5 | OK |
| -0.7 | 16.09 | -36.6 | OK |
| -0.6 | 36.26 | -32.0 | OK |
| -0.5 | 0.33 | -33.4 | OK |
| -0.4 | -12.19 | -42.9 | OK |
| -0.3 | -2.72 | -41.2 | OK |
| -0.2 | 22.52 | -51.7 | OK |
| -0.1 | 13.39 | -84.0 | OK |
| 0.0 | 0.27 | -62.5 | OK |

**Figure 16. Bosch CDR Pre-Crash data -5 to 0 sec in the First Record for the 2021 Ford F-150.**

2021 Ford F-150 Lariat Supercrew Cab Package Evaluation

10) According to the vehicle inspection photographs taken at the February 14, 2024 vehicle inspection, and the Ford's Monroney Label, the subject vehicle is a 2021 Ford F-150 Lariat Supercrew Cab. (Figure 17 - Figure 18)



**Figure 17. Vehicle inspection photograph of subject Ford.**



VEHICLE DESCRIPTION

F-150

2021 F-150 4X4 SUPERCREW
145" WHEELBASE
3.5L POWERBOOST FULL HYBRID
HYBRID ELEC 10-SPD AUTO TRA

**Figure 18. Subject Ford's Monroney Label.**

11) According to the subject Ford's Owner Manual, as well as a 2021 Ford F-150 Order Guide, the subject 2021 Ford F-150 Supercrew Lariat had three optional equipment groups. The three packages available were the Ford Co-Pilot360 Assist 2.0, the Ford Co-Pilot360 Active 2.0 Prep, and the 360-Degree Camera. Each of these three Equipment Groups were indicated as optional. (Figure 19)

09/01/20

**2021 F-150**
**SUPERCAB / SUPERCREW® – LARIAT SERIES**
**EQUIPMENT GROUP**

| Equipment Group | | Standard 500A | Mid 501A | High 502A |
|---|---|---|---|---|
| **Free Standing Packages (See Packaged Options/Emissions pages for complete content and restrictions) (continued)** | | | | |
| CNG/Propane Gaseous Engine Prep Pack (req. 5.0L V8 engine (995)) (NA with Power-Deployable Running Boards (18P)) | 98G | O | O | O |
| **★ Ford Co-Pilot360™ Assist 2.0 (req. ★360-Degree Camera Pkg (763) or ★Tow Technology Pkg (17T))²**<br>• Intelligent Adaptive Cruise Control<br>– Stop-and-Go<br>– Lane Centering<br>– Speed Sign Recognition<br>• Evasive Steering Assist<br>• Intersection Assist<br>• Connected Built-In Navigation¹ | 43B | O | O | |
| **★ Ford Co-Pilot360™ Active 2.0 Prep Package (req. ★360-Degree Camera Pkg (763) or ★Tow Technology Pkg (17T))**<br>• Active Drive Assist Prep Kit<br>• Active Park Assist 2.0<br>Note: Active Drive Assist Prep Kit functionality expected 3rd quarter 2021CY. Separate payment for feature software required to activate full functionality at that time. | 43C | | | O |
| ★ 360-Degree Camera Package (req. Trailer Tow Pkg (53A) or Max Trailer Tow Pkg (53C); Incl. Trailer Reverse Guidance) | 763 | O | O | O |

**Figure 19. Equipment Groups available for 2021 Ford F-150 Supercrew Lariat.**

12) The first package offered to operators is the Ford Co-Pilot360 Assist 2.0. As seen in the Figure above, the Ford Co-Pilot360 Assist 2.0 includes Intelligent Adaptive Cruise Control (with features Stop-and-Go, Lane Centering, and Speed Sign Recognition), Evasive Steering Asist, Intersection Assist, and Connected Built-In Navigation.

13) The Intelligent Adaptive Cruise Control is a combination of Speed Sign Recognition and Adaptive Cruise Control. Adaptive Cruise Control utilizes a camera and a radar sensor to monitor the position of the equipped vehicle relative to the roadway and other vehicles to maintain a specific position within the roadway. (Figure 20 - Figure 21)




1 Camera.
2 Radar sensor.

The camera is on the windshield behind the interior mirror.

The radar sensor is in the lower grille.

**Figure 20. Camera and radar sensor location.**

**INTELLIGENT ADAPTIVE CRUISE CONTROL (If Equipped)**

**How Does Intelligent Adaptive Cruise Control Work**

Intelligent adaptive cruise control combines speed sign recognition with adaptive cruise control to adjust the cruise set speed to the speed limit detected by the speed sign recognition system. As the system detects new speed signs, the set speed updates.

**Note:** *The adaptive cruise control gap setting operates normally.*

**Figure 21. Intelligent Adaptive Cruise Control summary.**

14) A feature included in Adaptive Cruise Control includes Lane Centering. For the Lane Centering feature to work, the adaptive cruise control system must be turned on. Lane Centering also uses radars and sensors to detect painted lane markings and provides continuous steering assistance to help keep the vehicle in its lane while driving. (Figure 22)




**Figure 22. Lane Centering feature from Ford's website.**

15) This feature requires the system to be able to detect lane markings. Using a hands-on detection method, the system looks for steering input to verify that the operator's hands are on the steering wheel. If the system does not detect any steering input for a certain amount of time, the system alerts the operator to put their hands on the steering wheel. If the operator does not react to the warnings, lane centering will cancel, and the vehicle will slow down to idle speeds while maintaining steering control. The vehicle will also come to a stop if lane markings disappear. Ford notes that "the system may detect a light grip or touch on the steering wheel as hands-off driving." Thus, a driver's hands may be properly on the steering wheel when the system thinks they are driving hands-free. (Figure 23)

**Lane Centering Alerts**

You must keep your hands on the steering wheel at all times.

When the system is active and detects no steering activity for a period of time, the system alerts you to put your hands on the steering wheel. If you do not react to the warnings the system cancels and slows your vehicle down to idle speeds while maintaining steering control.

The system also alerts you if your vehicle crosses lane markings without detected steering activity.

**Note:** *The system may detect a light grip or touch on the steering wheel as hands-off driving.*

When an external condition cancels the system, for example, no lane markings available, a tone sounds and a message appears in the instrument cluster display.

If your vehicle starts to slow down, provide steering input to the wheel and press and release the button to regain full system performance.

**Note:** *The system disables until the next key cycle if your vehicle slows down due to driver inactivity twice within a key cycle.*

**Lane Centering Automatic Cancellation**

When an external condition cancels the system, for example, no lane markings available, a tone sounds and a message appears in the instrument cluster display.

If your vehicle starts to slow down, you must provide steering input to the wheel and press and release the button to regain full system performance.

Automatic cancellation can also occur if:

- The lane becomes too wide or too narrow.
- The system cannot detect valid lane markings.
- Lane markings cross over one another.

**Note:** *The system disables until the next key cycle if your vehicle slows down due to driver inactivity twice within a key cycle.*

Available Adaptive Cruise Control (ACC) with Stop-and-Go and Lane Centering can detect lane markings that help you keep your vehicle centered in the lane.

Lane Centering only activates when all of the following occur.

- You have Adaptive Cruise Control with Stop-and-Go turned on.
- Your hands are on the steering wheel.
- The system detects both lane markings.

Notes:

- The system checks for slight movements of the steering wheel to verify that your hands are on the wheel. When the system is active and detects no steering activity for a certain period of time, the system alerts you to put your hands on the steering wheel. If you do not react to the warnings, the system cancels and slows your vehicle down to idle speeds while maintaining steering control.
- If it does not detect valid lane markings, the system stays inactive until valid markings are available. You can override the system at any time by steering your vehicle.

**Figure 23. Lane Centering functional parameters. Top: Owner's Manual. Bottom: Ford website.**

16) The Lane Keeping system functions by utilizing a forward-looking camera mounted on the windshield to monitor vehicle movement within the travel lane. If the system detects an unintended lane departure, the system then provides alerts to the operator by providing temporary steering assistance or steering wheel vibration. (Figure 24)

**WHAT IS THE LANE KEEPING SYSTEM**

The lane keeping system alerts you by providing temporary steering assistance or steering wheel vibration when it detects an unintended lane departure.

**HOW DOES THE LANE KEEPING SYSTEM WORK**

The lane keeping system uses a forward looking camera mounted on the windshield to monitor vehicle movement within the travel lane.

When the camera detects a drift out of the travel lane, the lane keeping system alerts the driver by vibrating the steering wheel, or aids the driver by providing a small steering input to move the vehicle back into the travel lane.

The driver can select one of three modes:

- Alert (If Equipped)
- Aid
- Alert + Aid

**Figure 24. Lane Keeping System purpose and function.**

17) The second package offered to operators is the Ford Co-Pilot360 2.0 Prep Package. As seen in the Figure above, the Ford Co-Pilot360 2.0 Prep Package includes the Active Drive Assist Prep Kit and the Active Park Assist 2.0.

18) The Active Drive Assist Prep Kit is defined as the hardware required for the Active Drive Assist feature. However, the functionality of the Active Drive assist was expected to be available in the 3rd quarter 2021CY. That is, the feature software was supposed to be available for purchase sometime between July 1st and September 31st of 2021. This feature software required a separate payment to activate full functionality. This target was not met by Ford, and this rolled out to owner's in a staggered rollout in 2022. (Figure 25)

*Active Drive Assist is a hands-free highway driving feature. The Active Drive Assist Prep Kit contains the hardware required for this feature. Software for the feature will be available for purchase at a later date.

*Active Drive Assist functionality expected 3rd quarter 2021CY. Separate payment for feature software required to activate full functionality at that time.

**Figure 25. Active Drive Assist hardware versus software availability.**

19) The purpose of the Active Drive Assist in the 2021 Ford F-150 is to keep the vehicle centered in the lane when using adaptive cruise control. Included in this package is the Ford Blue Cruise feature, which will be detailed subsequently.

20) Active Drive Assist uses cameras to monitor the operator's vehicle position within the lane and applies steering support to keep the vehicle centered in the lane. Additional capabilities include a driver facing camera and infrared lighting to determine whether the operator is distracted to the driving task at hand. If the operator is determined to be distracted, an alert is provided to the operator to return their eyes to the road.[11] (Figure 26)

**WHAT IS ACTIVE DRIVE ASSIST**

Active drive assist keeps your vehicle centered in the lane when using adaptive cruise control.

**HOW DOES ACTIVE DRIVE ASSIST WORK**

Active drive assist uses cameras to monitor your vehicle position within a lane and applies steering support to keep your vehicle centered in the lane.

When active, active drive assist uses a driver facing camera and infrared lighting to monitor your eyes and head position to detect if you are distracted. If the system determines you are distracted, it alerts you to return your eyes to the road.




A Lighting area.

B Camera.

**Note:** *When active drive assist is active, in certain crash or near crash-like situations, such as an air bag deployment or hitting a road obstacle, camera data may be recorded through the vehicle event data recorder.* *See* ***Event Data*** *(page 27).*

**Note:** *No data is recorded under normal driving conditions.*

**Figure 26. Active Drive Assist uses and features.**

[11] In Figure 26, Ford explicitly states that "camera data may be recorded through the vehicle event data recorder." Requests for this camera data have been made, and Ford has communicated that camera data associated with this collision is not being stored in the EDR. I reserve the right to amend the opinions and conclusions in this report if camera data becomes available.

21) The requirements for the Active Drive Assist to activate includes having the Adaptive Cruise Control ON, detection of lane markings, the operator's hands on the steering wheel, and the operator's eyes on the road. The limitations of this Active Drive Assist includes, but is not limited to, the vehicle being centered in the lane, inadequate lane widths, and limited steering torque input application. The Active Drive Assist will automatically cancel if the lane becomes too narrow, lane markings are undetectable for the system, lane markings are crossed, and the operator's hands are not on the steering wheel or the operator's eyes are not on the road. Prior to cancellation, the Active Drive Assist will alert the driver. (Figure 27) Testing has demonstrated when these alerts are provided to the driver in relation to the lane departure the system cannot handle. This will be discussed in a subsequent section.

**ACTIVE DRIVE ASSIST REQUIREMENTS**

Active drive assist only activates when all of the following occur:

- Active drive assist is enabled in your information and entertainment screen. See **Active Drive Assist Settings** (page 292).
- Adaptive cruise control is on.
- The system detects both lane markings.
- Your hands are on the steering wheel.
- Your eyes are on the road.

**ACTIVE DRIVE ASSIST LIMITATIONS**

Any of the following conditions could result in active drive assist not operating correctly:

- Your vehicle is not centered in the lane.
- The lane is too narrow or too wide.
- The system does not detect at least one lane marking or when lanes merge or split.
- Limited steering torque input is applied.
- Using the system in areas under construction.
- When modifications to the steering system have been made.
- When using a spare tire.
- If you have a pre-existing eye condition, such as an eye misalignment, or have had eye surgery.

**Note:** *The steering assistance is limited and may not be sufficient for all driving situations.*

**Note:** *In exceptional conditions, the system could deviate from the center line.*

**ACTIVE DRIVE ASSIST AUTOMATIC CANCELLATION**

When an external condition cancels active drive assist, for example, no lane markings available, a tone sounds and a message appears in the instrument cluster.



If your vehicle starts to slow down, you must take control of steering and press and release the button to reactivate active drive assist.

System cancellation can also occur if:

- The lane becomes too narrow.
- The system cannot detect valid lane markings.
- Lane markings are crossed.
- Your eyes are not on the road or your hands are not the steering wheel.

If you have your hands on the steering wheel and your eyes are on the road when the feature is active and a cancellation occurs, the system sounds a tone and displays a canceled graphic in the instrument cluster.

If you are not paying attention to the road or your hands are not on the steering wheel and a cancellation occurs, the system will display a message and a tone sounds until you resume control. If you do not resume control in time, active drive assist quickly activates and releases the brakes, and slows your vehicle down to low speeds while maintaining steering control. If your vehicle slows down and you resume control, a message appears to prompt you to press the accelerator pedal to allow the system to resume.

**Note:** *The system disables until the next key cycle if repeated inactivity is detected.*

**Figure 27. Active Drive Assist requirements, limitations and cancellation parameters.**

22) The BlueCruise Hands-free feature first became available to owners of 2021 Ford F-150s in the spring of 2022 through the software update 2.8.2, following several background BlueCruise updates. Owners of the vehicle were able to gain access to the feature through an Over-the-Air software update, had their vehicle been purchased prior to the launch of the technology. Over-the-Air updates allow users to schedule and perform updates of their vehicles without taking them into a dealership. For a more detailed overview of Ford's PowerUp software updates, see Exhibit B.

23) Ford's BlueCruise is an advanced driver system that allows hands-free highway driving.[12] This system requires a Connected Service plan, FordPass App, and modem activation. Sections of the highway eligible for BlueCruise are pre-determined and mapped. These zones are called Blue Zones. Of note, the subject 2021 Ford F-150 was not equipped with hands-free BlueCruise, as the software previously discussed had not yet been released. (Figure 28)



**Figure 28. Map of the BlueCruise coverage zones.**

24) Smart mapping software uses the geolocation of a vehicle to determine if that vehicle is within a hands-free Blue Zone. The maps are updated over the air to ensure that Blue Zones are not missed by a driver. (Figure 29)



**Figure 29. Connected Maps in BlueCruise system.**

---

12 Ford BlueCruise website

25) While a feature of BlueCruise is that the system allows hands-free driving, a driver's eyes are monitored by a driver-facing camera that tracks eye gaze and head position to ensure a driver's eyes are on the road. If this camera tracks that the driver is not watching the roadway, warnings will be issued before the system turns off entirely. (Figure 30)



**Figure 30. Driver Facing Camera on an equipped Ford vehicle.**

26) On equipped Ford vehicles, there are external sensors that detect the environment around the vehicle, giving 360° Perception. This allows BlueCruise to keep the vehicle at a set distance from other vehicles, centered in the lane, and gives more space from vehicles in adjacent lanes. (Figure 31)



**Figure 31. 360° Perception of BlueCruise.**

27) Once a driver is on the road, they can turn on BlueCruise by enabling Adaptive Cruise Control by pressing a button on their steering wheel. The Lane-Keeping system must also be on, which can be turned on by pressing the Lane Assist button on the steering wheel. When a driver is in a Blue Zone, a hands-free icon will appear, allowing the vehicle to enter into BlueCruise mode. (Figure 32)

To turn on BlueCruise in your vehicle.

1. Select the Adaptive Cruise Control button on your steering wheel.
2. Make sure your Lane-Keeping System is on. If you do not see the icon on your instrument cluster, press the Lane Assist button on your steering wheel to turn it on.
3. Your instrument panel will turn blue and the hands-free icon will appear when you enter a hands-free Blue Zone.
4. Drive hands-free with your eyes on the road.

**Figure 32. Steps to turn on BlueCruise in a vehicle.**

28) The last package offered is the 360-Degree Camera Package. This system consists of front, side and rear cameras to provide 360-degrees of visibility around the vehicle to the operator. The only limitation for this feature occurs if the door is ajar. (Figure 33)

**WHAT IS THE 360 DEGREE CAMERA**

The 360 degree camera system consists of front, side and rear cameras which provide visibility around your vehicle.

**HOW DOES THE 360 DEGREE CAMERA WORK**

The 360 Degree Camera system:

- Allows you to see what is directly in front of or behind your vehicle.
- Helps you when parallel parking and centering in a parking space.
- Provides a cross traffic view in front of and behind your vehicle.
- Allows you to see a top-down view of the area outside your vehicle, including the blind spots and obstacles near your vehicle.

**Figure 33. 360-Degree Camera system and function.**

**LOCATING THE 360 DEGREE CAMERAS**

*Cargo Bed Camera*

**Rear View Camera**

The rear view camera is on the tailgate. It provides a video image of the area behind your vehicle.

**Front View Camera**

The front view camera is in the grille. It provides a video image of the area in front of your vehicle.

**Side View Camera**

The side view camera is on the outside mirror. It provides a video image of the area on the sides of your vehicle to aid you when parking or when backing up a trailer.

**Figure 34. Camera locations.**

29) Additional features on the 360-Degree Camera include Active Guide Lines, different camera views, and a Keep Out Zone. Active Guide Lines are provided on this display to help the operator be more aware of objects around the vehicle and their relative proximity to the vehicle. The Keep Out Zone is provided to the operator to display roadway features which are parallel to their vehicle. The different camera views are provided so that operators can optimize the utilization of the camera depending on how they are maneuvering their vehicle. (Figure 35)




A. Active guide lines.
B. Centerline.
C. Fixed guide line: Green zone.
D. Fixed guide line: Yellow zone.
E. Fixed guide line: Red zone.
F. Rear bumper.

Active guide lines only show with fixed guide lines. Turn the steering wheel to point the guide lines toward an intended path. If the steering wheel position changes when reversing, your vehicle could deviate from the intended path.

The fixed and active guide lines fade in and out depending on the steering wheel position. The active guide lines do not display when the steering wheel position is straight.

Objects in the red zone are closest to your vehicle and objects in the green zone are farther away. Objects get closer to your vehicle as they move from the green zone to the yellow or red zones. Use the side view mirrors and rear view mirror to get better coverage on both sides and rear of your vehicle.

**Figure 35. Active Guide Lines.**

**Keep Out Zone**



The Keep Out Zone is represented by the yellow dotted lines running parallel to your vehicle.

**Figure 36. Keep Out Zone.**

**Switching the 360 Degree Camera View**

- Press to access the different camera views.
- Front normal view provides an image of what is directly in front of your vehicle.
- Front split view provides an extended view of what is in front of your vehicle.
- Normal + 360 view contains the normal camera view next to a 360 degree camera view.
- Rear normal view provides an image of what is directly behind your vehicle.
- Rear split view provides an extended view of what is behind your vehicle.
- Bed camera shows the truck bed.
- Trailer AUX camera shows a rear view camera image of what is behind your trailer. This camera needs to be purchased and installed separately.

**Figure 37. Different 360-Degree Camera views.**

**Review of Ford Testimony**

1) A review of the exhibits discussed in the depositions of Ms. Dostie and Mr. Gunderson and a review of the Ford discovery is attached hereto as Exhibit C.

**Testing**

I have conducted extensive testing of passenger vehicles and commercial trucks to gauge the effectiveness of Advanced Driver Assistance Systems (ADAS).[13,14,15,16,17,18,19,20] I am referencing herein the parameters and results of some of the testing conducted for this case which demonstrate the effectiveness of these systems.

1) A summary of the testing of a 2021 Ford F-150 is attached hereto as Exhibit D.

2) A summary of the testing of a 2018 Tesla Model 3 is attached hereto as Exhibit E.

3) An analysis of the data obtained from the testing of a 2021 Ford F-150 and a 2018 Tesla Model 3 is attached hereto as Exhibit F.

13 Harrington, S., and Lieber, V., "An Evaluation of the Performance of the Bendix Wingman Advanced Collision Mitigation System in a 2018 & 2019 International 4300," SAE Technical Paper 2023-01-0013, 2023, https://doi.org/10.4271/2023-01-0013.

14 Harrington, S., and Ward, B., "An Evaluation of the Performance of the WABCO OnGuardACTIVE Collision Mitigation System in a 2019 Freightliner M2 106," SAE Technical Paper 2023-01-0011, 2023, https://doi.org/10.4271/2023-01-0011.

15 Harrington, S., Nagarajan, S., and Lau, J., "An Evaluation of the Sensitivity of the User-Selected Forward Collision Warning Distance in a 2017 Honda CR-V," SAE Technical Paper 2023-01-0622, 2023, https://doi.org/10.4271/2023-01-0622.

16 Harrington, S., and Handzic, D., "An Evaluation of the Forward Collision Warning System and Evasive Steering Maneuvers using a 2016 Volvo XC90," SAE Technical Paper 2023-01-0627, 2023, https://doi.org/10.4271/2023-01-0627.

17 Harrington, S., and Martin, N., "An Evaluation of the Automatic Emergency Braking and Forward Collision Warning System in a 2014 Subaru Forester," SAE Technical Paper 2023-01-0621, 2023, https://doi.org/10.4271/2023-01-0621.

18 Harrington, S., Martin, N., and Leiss, P., "An Evaluation of the Performance of the Bendix Wingman Fusion G1 Collision Mitigation System in a 2017 Kenworth T680," SAE Technical Paper 2024-01-2893, 2024.

19 Harrington, S., Nagarajan, S., and Lau, J., "An Assessment of the Tesla Model 3's Forward Collision Warning and Automatic Emergency Braking Systems against a Stationary Pedestrian Target," SAE Technical Paper 2024-01-2482, 2024.

20 Harrington, S. and Aguirre, R., "Comparing the Forward Collision Warning Response of a 2020 Toyota Camry and 2020 Toyota RAV4," SAE Technical Paper 2024-01-2471, 2024.

## Opinions & Conclusions

1) The right lane of I-475 northbound is continuous from the I-75 / I-475 split for approximately 15 miles. I-475 northbound contains three lanes until the Exit 15 (Bolingbroke) split, where two lanes continue northbound on I-475 and the right lane splits to the right for Exit 15. The right lane was continuous from the I-75 / I-475 split to Exit 15. The significance of this is that while the right lane that Mr. Wooten was in was an exit for Exit 15, it had been a continuous lane for 15 miles and was not a typical

2) Mr. Barry Wooten was operating his 2021 Ford F-150 using Adaptive Cruise Control (ACC) with Lane Centering (LC) enabled when his vehicle left the roadway at the split between the thru lanes of I-475 northbound and the Exit 15 lane, and the Ford subsequently collided with a tree causing his death. The basis for Mr. Wooten utilizing ACC and LC systems in the BlueCruise-ready Ford were the testimony of Mr. Wooten's family, text messages from Mr. Wooten, Mr. Wooten's decision to purchase a Ford with the BlueCruise prep package, and testing conducted at the subject collision location. (Figure 38)




**Figure 38. Text message between Mr. Wooten and his son. Red box where Mr. Wooten discussed**

3) Testing was conducted at the incident site in Georgia of a 2021 Ford F-150 and a 2018 Tesla Model 3 in May of 2024. Lane Centering testing using an exemplar 2021 Ford F-150 was conducted on May 16, 2024 with similar LC-induced steering angles before the test driver manually intervened. Testing demonstrated that Mr. Wooten would have likely received an alert that the Ford F-150 was incapable of continuing to provide Lane Centering functionality less than one second before departing the lane.

4) Testing of the 2021 Ford F-150 at the incident site revealed that the vehicle likely disengaged from the Lane Centering functionality in the area of time = -4.0 seconds in the EDR data from Mr. Wooten's vehicle. This can be visualized in Mr. G. Bryanty Buchner's report figure at time=4.0 seconds. This allowed Mr. Wooten's Ford, and the projected path of the test Ford, to continue forward along a path through the solid lane marker to the Ford's left. This is based on the analysis of testing conducted at the collision location. (Figure 39)




**Figure 39. Mr. G. Bryant Buchner's reconstruction of the subject collision. Red box shows the approximate area where the test Ford on May 16, 2024 disengaged from Hands-Off LC.**

5) Based on the software version of Mr. Wooten's Ford, he would have been in a "Hands-On" version of Lane Centering during the subject incident as opposed to "Hands-Off". Successful, corrective, and appropriate steering torques by the LC system would have been applied in the miles before the Exit 15 split based on testing using the Ford LC system along I-475 northbound in May 2024. Put another way, in the miles leading up to the Exit 15 split from I-475 northbound, the lane centering system on the Ford did not require any manual human intervention and was capable of being driven "hands-free" or "hands-on" without active driver intervention. Based on Figure 39, the likely first time a driver would have been alerted that the LC system would require the driver to intervene would have been when the truck was traveling 77 mph less than one second from departing the lane.

6) Testing of the 2021 Ford F-150 at the incident site was also completed with the Lane Keeping systems activated in 'Aid-Only' and 'Aid + Alert' mode. These tests were conducted without Lane Centering on. Neither mode tested was sufficient in providing corrective torques that would have kept Mr. Wooten's Ford or the test Ford on the roadway,

7) Testing of a 2018 Tesla Model 3 at the incident site revealed that the test Tesla was able to fully navigate the exit ramp without any manual driver steering input or driver intervention at the brake pedal. Tesla's Autopilot (i.e. Traffic Aware Cruise Control and Autosteer) required no driver intervention at the split and the vehicle "drove itself" at the split with a TACC speed set at 77 – 78 mph.

8) Since the subject collision, in which Ford's Hands-On Lane Centering was likely on and ultimately unable to navigate the subject curve when Mr. Wooten was traveling the split from northbound I-475, Ford not only failed to fix their software to disengage and hand back control to a driver earlier, but now allows BlueCruise-equipped vehicles in the exit lane, traveling at speeds similar to that of Mr. Wooten, to go Hands-Free. (Figure 40) As observed in the testing of a 2021 Ford F-150 in May 2024, BlueCruise failed to navigate the subject exit ramp in a "Hands-Free" mode. This decision by Ford to map this right lane as a Blue Zone continues to expose drivers to scenarios where they must re-take control of their vehicles less than a second before departing from the roadway at a speed of 77 mph.




**Figure 40. Testing of the 2021 Ford F-150 at the incident site with the vehicle engaged in Hands-Free**

9) Based on the alternative design testing of the Tesla at the subject site, it was technologically feasible for the 2021 Ford F-150 to be designed in such a way as to prevent a lane departure such as the one Mr. Wooten experienced through automatic braking and corrective steering torques. If Ford could not design such a system to slow the vehicle and input a corrective steering torque, they could have warned the driver significantly earlier as compared to less than one second before a roadway departure that the driver needed to take control.

10) Additional testing may be conducted at the site based on new and/or additional materials received during the discovery process. As a result, new and/or modified opinions may be presented.

11) Ford discovery provided demonstrated "Hands-Off" testing of Ford F-150's at similar speeds and with similar radius of curvature as the Wooten collision that were marked as a PASS in the Ford testing. Ford discovery also indicated that the system was capable of detecting whether it was on an "exit ramp". It was unclear how this logic may have influenced the collision with Mr. Wooten but it was apparent in a review of the discovery that it was Ford's design intent to determine this.

12) Additional testing with a Ford A2L and DBC file and an exemplar Ford F-150 at the incident location would allow the undersigned to know what limitations the ADAS encountered at the subject location at a deeper level. Every effort was made to understand and interpret the publicly accessible CAN data during testing (including wiretapping directly into the CAN hi/lo bus) and these files were encoded into the VBOX.

13) However, the A2L and DBC file from Ford would act like a master key to unlock additional data and information about the inputs, outputs, and logic of the Lane Centering, Lane Keeping Assist, Adaptive Cruise Control, and other Ford ADAS on the F-150 platform through data broadcast in and between various Electronic Control Units (ECU's) on the vehicle. Some of this data would be expected to include the calculated radius of curvature of the roadway, the distance of the vehicle to the left lane line, the distance of the vehicle to the right lane line, the time to lane departure, the objects in the environment, the time to collision with various objects, the priority of various objects, yaw rate, large driver steering or accelerator pedal input, lane lines detected, quality of lane lines, forward collision warning logic, automatic emergency braking logic, confidence intervals, projected forward path of the Ford, and more.

14) Other data from other manufacturers includes a decision tree as to why a feature such as Lane Centering may not work in a certain scenario and what that decision was. This type of data and information would assist the undersigned to understand why a handover to the driver from the Ford Lane Centering system would occur so close to the split as observed in testing. As of now, the undersigned simply knows that the system cannot consistently handle that split at a 77 mph speed and is "hands-free" in some tests less than one second before a lane departure.

15) With the A2L and DBC files, the undersigned would have the same tools as Ford to test at the subject location to know WHY the system cannot handle the split. There is data that cannot currently be accessed due to it essentially being password-protected. With the "password", i.e. the A2L and DBC files, the undersigned could perform testing with all of the data to help understand what ultimately occurred in the subject collision. A root

question that cannot be currently answered at a deeper level is why Lane Centering is ON and ENGAGED in the right lane of I-475 and then disengages less than a second before lane departure. Whatever data, whether it be the logic of "too high a speed for a radius of curvature", or "required steering torque would exceed system limitations", or whatever Ford may have in their logic and/or decision tree (these are speculations based on the undersigned's experience), would be extremely helpful into understanding the cause of the Wooten collision.

16) Ford does not specify in the owner's manual or in any other publicly accessible documentation at what radius of curvature or at what speed the Lane Centering system cannot provide enough corrective steering torque to handle a curve. In fact, their testing provided in discovery is evidence that the split and curve where the Wooten incident occurred was within their tested conditions that resulted in a PASS. Therefore, the A2L and DBC files would help understand what occurred in the Wooten collision and what continues to happen—active "Hands-Free" Lane Centering less than a second before lane departure sans emergency driver intervention—to this day.

If you have any questions, require additional assistance, or if any additional information becomes available, please do not hesitate to call.

Respectfully Submitted,

Shawn F. Harrington, BSESM, ACTAR #2570
Principal Accident Reconstructionist & Test Engineer

# Exhibit A

Forensic Rock

1) At her deposition on May 30, 2024, Natalie Dostie testified:

- She is present to testify on behalf of Ford. She has given testimony four or five times before (p. 7);
- She has had the opportunity to prepare to testify on the topics agreed upon, pursuant to the objections (p. 9);
- Her full name is Natalie Dostie. She is a design analysis engineer at Ford Motor Company (p. 10);
- She has held her position at Ford for approximately three years. She helps out in litigation, in providing technical support and also supports a lot of field investigations. She has had prior positions at Ford. Before becoming a design analysis engineer, she was a feature systems engineer in the driver-assist department (p. 11);
- Prior to being a feature systems engineer, she was an attribute development engineer in the driver-assist department. Prior to this, she was employed in Ford's Ford College Graduate Rotational program where she had a couple different positions (p. 12);
- She received her Bachelor of Science in mechanical engineering from Massachusetts Institute of Technology (p. 13);
- She has familiarity with ADAS systems generally based on her prior experience. She knows some details regarding the subject incident (p. 14);
- She believes she has seen a version of the Bosch EDR data for the subject vehicle. She understands that at 0 seconds in the data, there is the event that triggered the data recorder (p. 15);
- The second column in the pre-crash data indicates that the vehicle was in drive, it does not necessarily indicate what gear the vehicle was in (p. 16);
- She does not know exactly how the numbers are determined from in the wheel torque requested column, but she knows they come from the power train control module. This is commonly known as the PCM (p. 17);
- Her recollection is that the brake torque referenced in column 4 is recorded by the ABS module. She does not know where the ignition status information comes from. The speed control status is sent by the power train control module. By the speed control saying active, this means the module is in a cruise control mode or active mode. With cruise control it can be off or on standby, which would mean having a safe set speed but the vehicle not being actively controlled (p. 18-19);
- At 2.5 seconds pre-impact, the sample indicates that speed control or cruise control was active. The recordings after that, prior to 0, indicate that cruise control was at least on standby. Standby mode can occur from hitting the cancel button or by tapping the brake pedal. This is a temporary pause on the system. If one were to hit resume, it would resume following the set speed and go to the active mode (p. 19);
- Page 9 of the EDR report is measuring data every tenth of a second. ABS Activity and stability control active would come from the ABS module. She does not know what module would provide traction control via engine (p. 20);
- She does not know where the data for the traction control via brakes would come from. Her recollection is that the stability control lateral ang longitudinal acceleration comes

from the RCM, but she does not know for sure. She does not know where the stability control yaw rate data comes from. ADAS systems do use information regarding lateral acceleration (p. 21);

- She would not be able to list the systems that use information regarding lateral acceleration, but she knows lane keeping and lane centering would use this. Ford typically refers to the lane keeping as LKS in its acronyms. LCA stands for lane-centering assist. She does not remember where the stability or lateral acceleration data is measured from. She knows that the lane-departure system uses lateral acceleration in its determination of whether to provide an alert or engage (p. 22);
- Whether stability control lateral acceleration came from any of the modules, lane keeping, lane centering, lane departure, all of these take the data into consideration in its logic. This is also true with respect to longitudinal acceleration. She does not know how yaw factors are taken into consideration with lane keeping, lane centering, or lane departure. According to the Bosch data, the ABS went from off nonengaged to engaged at minus 2.4 seconds. As a Ford engineer, when she looks at this document, it means generally that for the sample of data recorded, the ABS module indicated that it was in ABS (p. 23);
- The purpose of ABS is to assist with braking for the driver. The way she understands braking to work is that it helps prevent the wheels or tires from slipping during a hard braking event. In the 2.4 seconds pre-impact, the data indicates that the ABS system was engaged. She did not investigate the exact source of the ABS system, but systems like collision mitigation by braking can provide a significant amount of braking and work in concert with the ABS system (p. 24);
- At minus 2.1 seconds before impact, the stability control goes from not engaged to engaged. Her personal knowledge is that the stability control system can provide braking at individual wheels to help keep a vehicle in its intended path. Her recollection is that the vehicle determines intended path by assessing the steering wheel inputs and yaw rate of the vehicle. The data shows that from minus 1.9 seconds to minus 1.5 seconds before impact, the stability control goes back to nonengaged. At minus 1.4 seconds, stability comes back on again (p. 25);
- Stability control can provide braking at individual wheels to help a vehicle stay on its intended path. The ABS module came on at minus 2.4 seconds before impact and stayed on until impact. Stability control goes back on at minus 1 and then there is one sample at minus 0.2 where stability control is not engaged. Stability control reengages at minus 0.1 (p. 26);
- The steering wheel angle degree data comes from the power steering control module or the PSCM. She does not know what sensor measures the stability control roll rate. Roll, in automotive, is when you have an axis going through the vehicle from the front to the rear, parallel to the ground. Roll would be rotated around that spin in either direction, so roll rate would be the rate of degree per second in that direction (p. 27);
- She does not remember if a negative steering number describes a right-hand turn or left-hand turn of the steering wheel. She would expect that the Bosch document would describes the signage and direction of the wheel correctly (p. 28);

- According to the document, a negative number is a right turn. The data indicates that from minus 5 to minus 3.7, the largest steering wheel angle is 5.5. She would not know how to quantify if 14 degrees is a large steering input or not. Zero would be straight ahead and then there would be a hundred and eighty degrees in each direction, one negative, and one positive, to figure out steering. The center would be zero (p. 29);
- She does not know what Ford considers a hard steering or emergency steering input. The ABS engaged at minus 2.4. At this time, the data indicates that the steering wheel angle is 57.1 degrees (p. 30);
- At minus 2.5 seconds, the steering input was 64 degrees to the right, at minus 2.6 the steering input was 62 degrees, and at minus 2.7, the steering input was 46.8 degrees. She is not aware if these measurements would be considered emergency steering in Ford's guidelines (p. 31);
- Positive steering is just counterclockwise when looking at the vehicle from the front (p. 32);
- The definition in the EDR report of a positive roll rate is counterclockwise and looking to the vehicle at the front. Positive 25.17 is counterclockwise when looking at the vehicle from the front (p. 33);
- There are positive and negative roll rate values. Steering is not the only input that can affect roll rate (p. 35);
- Generally speaking, certain things like traction at the tires could affect a vehicle's ability to respond to a steering input. If a vehicle has good traction, is on a normal road, traveling a safe rate of speed for a turn, she would generally expect a vehicle to be predictable as in when a person steers, the vehicle will go in the direction of the steering, however, there are a lot of factors that go into the steering response of a vehicle (p. 39);
- The chassis and general vehicle dynamics play into the steering response of a vehicle. Tires on a vehicle, surface that a vehicle is traveling on, and the type of vehicle can affect steering response (p. 39-40);
- Her recollection is that speed vehicle indicated comes from the PCM. Frequently in automotive electronics, one might have a CAN signal indicating a value for something such as vehicle speed here and also have self-monitoring systems within the vehicle system. So speed vehicle indicated, quality factor, is an example of a channel that is indicating the status of the monitoring or the quality of the signal as it has been designed (p. 40);
- A CAN signal is a method of communication between the vehicle electronic control units or ECUs. She did not look into what CAN stands for. She thinks it stands for something like communication access network. The accelerator pedal percent indicates how far the accelerator pedal is pressed towards one hundred percent. This alone would not tell her if the vehicle was in a cruise control state, but she thinks the previous table that was looked at indicated that the vehicle had active speed control status at minus 5.0 seconds (p. 41);

- She thinks that the speed control status signal is the best way to determine if a vehicle was in a type of cruise control. The sample indicates that the vehicle was in cruise control at minus five seconds (p. 42);
- The accelerator pedal percent of full quality factor is indicative of whether the system thinks the value is of good quality. The service brake value is off, driver_not_braking. This also has a quality factor of okay, indicating that there is some sort of electronic confirmation. The engine RPM data would come from the PCM. The last column, brake precharge request, is indicating whether the precollision assist system is requesting brake precharging at the time (p. 43);
- The vehicle is going approximately 77 MPH, plus or minus 0.1 MPH, until 2.6 seconds before impact. There are 0s for the accelerator pedal percentage all the way through 2.6 seconds and braking stays off through minus 2.8 seconds. At minus 2.6 seconds, there is braking which is the first change in state on the chart. The RPMs are 1920 to 1930 through minus 2.8 seconds as well (p. 44);
- When a driver applies the brakes, the expected reaction of the cruise control system would be that the cruise control system would go to standby mode. She would expect some drop in RPM if the cruise control system were no longer providing throttle, but that is not something she has looked into. She is prepared to talk about cruise control to a basic degree (p. 45);
- When the brake is pressed, she would expect the cruise control system to go to standby and no longer provide speed control. When this is no longer providing speed control, this could impact the number of RPMs needed to maintain speed. She has braked a car with cruise control on. She is not usually looking at the RPMs when she has done so. She has noticed her vehicle would slow down just by braking (p. 46);
- At minus 2.6 seconds to 0, the driver braking is on. At minus 2.0 seconds, while the brakes are on, the speed increased to 68.3 miles an hour. The RPMs increased to 1692 at minus 2.0 and there was 0 percent gas pedal and driver braking (p. 47);
- She does not think she has enough information to say why the truck accelerated with no one mashing the gas and the driver mashing the brake. The environment can be a factor. Vehicle speed can increase going down a hill even if there is no input to the vehicle. She does not know the degree to which the driver was braking in the subject incident. She does not know what was happening in the subject incident. On page 8, showing total arbitrated brake torque, at 2 seconds the value is 3,024 Newton meters. She does not know how much force this is (p. 48);
- She does not know if 3,024 Newton meters is a lot of torque. The torque went from o torque at minus 2.5 to 3,000 Newton meters of torque at minus 2 seconds. She does not know how many Newton meters of torque it takes to break a bone (p. 49);
- She does not know what systems on a Ford vehicle could have caused an acceleration during a braking sequence (p. 50);
- She is not aware of a computer system on a 2021 Ford F-150 that could have caused an acceleration while the driver was braking (p. 52);

- RPMs could increase even when applying brake if a vehicle shifted into a lower gear, thereby increasing the RPMs. She does not know if there are other ways the RPMs could increase while braking is occurring (p. 54);
- Brake assist sensitivity level refers to a request sent by the precollision assist system. Under certain circumstances, if a valid threat is detected, in addition to providing something like a collision warning and brake precharge, the system might provide a request to the ABS to increase brake assist sensitivity. The next column, titled Brake Deceleration Request, has a meter per second squared formula. The brake override status flag refers to the brake over accelerator system. The brake over accelerator system essentially means that when the brake is hit, the accelerator is supposed to essentially back off (p. 56-57);
- Brake deceleration request enable refers to a precollision assist signal. This indicates whether or not braking has been requested from the ABS from the precollision assist signal. CMbB stands for collision mitigation by braking. A large steering or accelerator pedal input would suppress automatic emergency breaking, but she does not know what parameters this kicks in at. Presumably, she would find out these parameters through a precollision assist specification (p. 57-58);
- The next column, collision mitigation system fault, is related to the precollision assist system which also does self-monitoring to determine whether there are any faults in the various systems. The collision mitigation system enabled column refers to whether the precollision assist system in on or not. When the cruise control is active, if there is a set speed and the driver chooses to apply throttle to increase speed, the driver would temporarily override the cruise control system. When the driver releases the throttle, they would be doing a temporary override. The cruise control driver accelerator pedal column indicates whether the system is detecting that the cruise control or the driver is providing input (p. 58-59);
- The large driver steering or accelerator pedal input column may also look at something like the vehicle yaw rate, but she is not sure exactly what the signal is considering. At minus 2.8 seconds, it is indicative that the precollision assist system would be suppressed. In the context of this column, it is referring to the steering wheel acceleration that would be enough that the crash precollision assist systems would be looking at how much would be allowable for the precollision assist system to function normally (p. 60);
- The precollision assist system is designed to be overridden by the driver in the event that the driver thinks there is a false braking event, and the vehicle should not be braking. The system was designed so that the driver can overcome the system. When the precollision assist system is suppressed, she would expect that the system could not provide automatic emergency braking. Automatic emergency braking is braking that is provided without driver input (p. 61);
- She is not sure the effects on, for instance, the precollision assist precharge system, brake precharge system, but she would expect the driver response of the braking to the driver response to be normal. Under certain circumstances, the automated emergency braking can provide additional braking on top of what the driver is requesting. This is

intended to help mitigate a collision if the driver is not applying enough braking (p. 62);

- The yes, denied, in the large steering input column at the collision mitigation system fault means that the system has detected some reason that the precollision assist system might not operate properly and it is in a denied state (p. 63-64);
- From negative 0.6 to 0, precollision assist was not available. The precollision assist system is designed under certain circumstances to provide a forward collision warning to the driver, provide a brake precharge, and under certain circumstances, provide automatic emergency braking. That is dependent on identifying a valid target in a vehicle path (p. 64);
- The camera is a component of identifying a valid target. The camera provides object classification trying to identify objects in its field of view as vehicles, pedestrians, or cyclists (p. 65);
- There are certain conditions, some of which can be input by the driver, that would suppress the LKS system. This can be either steering or braking. She does not recall if acceleration is something that can suppress the LKS system. She does not know how much steering input is required to cause the LKS system to disengage (p. 66);
- The LKS system is designed to have the driver have their hands on the wheel and be in control at all times. She does not think there is ever really a hand-over period when for this system, the driver is supposed to be in control (p. 67);
- TJA stands for Traffic Jam Assist. TJA is essentially an early internal Ford name for the lane-centering assist system (p. 68);
- Wherever one sees TJA, this can be read as LCA. DVP stands for design verification plan. Different groups use DVPs in different ways, but generally they are a recording of what should be done to verify a certain component or system. Sometimes results are recorded in a DVP (p. 69);
- In essence, Exhibit 1, the spreadsheet, is a report of the data from the testing of vehicle 579W816. Clifford Evan was an engineer at Ford. She does not know if he is still with the company, but at some point in time, Clifford Evan was a Ford college graduate in the rotational program working in driver assist and at least part of his role was involved with lane-centering assist (p. 70);
- The preliminary results column of Exhibit 1 indicates that there were two tests, 5.2 and 5.3 which were failing at this stage of testing. The SCCM is the steering column control module, and the ADAS ECUS is also referred to as the IPMA, which is kind of the central processor for the ADAS features. At section 5.3, there is a comment that says ADAS ECU J75.1 issue fixed in J7 5.2 per Nath, hands off, torque threshold too low, calibration value carryover from CD4.2 need re-DV with finalized value. The J75.1 issue, to her recollection, refers to different software released for the ADAS ECU. J75.1 is an internal tracking number for various software released (p. 71-72);
- The lane-centering assist feature detects hands on or off using a torque sensor in the steering system. So, the hands off, torque threshold too low is indicated that the value that was started with was not appropriate. Ford is simply indicated that the P702 platform would need to be recalibrated (p. 72-73);

- Tab 5.1 shows no lane lines. This is one test case for the lane-centering assist feature (p. 73);
- The no lane lines test scenario is on pavement with no lane lines. The test was done for 30 kilometers an hour and a hundred kilometers an hour under four tests. She does not know what PO or no PO stand for (p. 74);
- ACC stands for adaptive cruise control. Lane-centering assist refers to the feature that helps keep the vehicle centered in the lane under certain circumstances (p. 75);
- ACC can functions without lane-centering assist, but lane-centering assist has a precondition of adaptive cruise control being engaged. LCA is only active when adaptive cruise control is engaged. LKS and LDW are not dependent on adaptive cruise control. Lane centering is designed to help the driver keep the vehicle towards the center of the lane (p. 76);
- Within the system limitations, LCA should keep the vehicle in normal driving conditions from encroaching on the right or left lane lines. TJA is an acronym and traffic jam assist is a name that was used internally at Ford as the feature evolved over time. The initial use cases that the feature was planned for are different than where they are today, but some of the nomenclature and the naming has carried through because similar teams and components were used (p. 77);
- The TJA Plus Steady State Performance on Curved Roads was performed through a right-hand curve, but the purpose of this test was to measure performance of the lateral control functionality in ideal conditions during steady-state operation when driving in curved roads and curve entry and exits. This testing was done from 30 kilometers per hour to 200 kilometers per hour with hands-off (p. 79);
- There is a comment with the 5.5-A test that the vehicle drifted out of the lane and the LMC torque limit incorrect. LMC stands for Lateral Motion Controller. This is a software component within the power steering control module (p. 80);
- LCA is Lane-Centering Assist and LDW is Lane-Departure warning. There are scenarios where a test is run and then there are changes made to the parameters are things like the LMC torque, followed by another test to see if things performed better. This is a frequent circumstance within the testing as the power steering control module was being tuned (p. 81);
- In the test results for 5.5-12, there is a 160 kilometers per hour test with a 250-meter curvature radius. There was a comment about the vehicle not drifting out, which she presumes is talking about the lane. This would have been essentially running the vehicle at a speed of 160 kilometers per hour, which is more than 90 miles per hour (p. 82);
- The test vectors do indicate that the 5.5-12 test were supposed to be done with hands off the wheel (p. 83);
- She does not know exactly what the lane centering assist team was using to log their data during vehicle testing. It is possible that it was MDFs, which was common in their driver-assist base. The test at 5.11 was intended to measure the feature's performance while passing certain lane lines that are common with different off-ramps (p. 84);

- The LCA system is designed to follow lane lines. Under certain circumstances, it may or may not follow different lines (p. 85);
- She reviewed the Calibration of Software Tuning Report in preparation for her deposition. The P702 program is for the F-150 for the 2021 model year (p. 87);
- She believes FEC stands for Final Engineering Cutoff. She believes SW stands for software.
- Generally, in testing at Ford, there might be vehicle testing at a test track and bench testing where a module is on a bench and signals are being fed to it (p. 89);
- The testing included the LACOO and HOOD units, which are software components within the power steering control module. HOOD stands for Hands on/off detection. She is not one hundred percent sure what LACOO stands for. She did see one sentence that said lane-assist coordinator, so LACOO should be lane assist coordinator on/off, but she is not sure. LMC is lateral motion control or controller (p. 91);
- She is not sure what FIH means. She thinks it may be feature in hardware, but she is not sure. LKS_ext function software is referring to the type of software that was being tested and documents in the report (p. 92);
- She has seen MIL to mean model in the loop (p. 93);
- In terms of testing components individually and collectively, there is a very complicated distributive system like AS features that is common to have feature-level or vehicle-level testing and then have individual testing of various components and subsystems of that. This could include software specifically or include things like ADAS. Her understanding is that CANape 14 is a very powerful software. Her personal use of it has been to collect analog data from in-vehicle testing. The software is provided by a company called Vector (p. 94);
- CANape 14 is a CAN interface device provided by Vector (p. 95);
- She does not believe the data stored at Jgunder2's machine has been produced. The data is reflected in the report. She has seen mf4 files as an output of the CANape software. She does not believe these files have been produced. She does not know what ECU2 is (p. 96);
- Her understanding from reading the highlighted sentence in the document is that only LDW is being referenced, and the torque being described is the torque that is input to make the steering wheel vibrate, not necessarily an intervention like LKA would provide (p. 97);
- LDW provides steering wheel vibration. To her knowledge, LDW only provides a vibration into the steering wheel (p. 98);
- The LDW steering vibration is coming from the EPAS which is providing torque to the steering wheel (p. 99);
- She typically things of an ECU as the physical component that houses software, like a computer (p. 99-100);
- The last paragraph in Exhibit 3 could be talking about two software releases (p.
- The purpose of the Interventions in a Right-Hand Curve test is to show that the torque request from the lane-keeping aid system is responding in the correct direction to the

input that is being requested from the system. The last sentence of the explanation means that the test team was limited by the physical track that was being tested on. The test surface that the engineering team was using has situations that were appropriate for testing the system for a right-hand intervention but not for left, just based on the curvature of the track (p. 102-103);

- She thinks most commonly if someone is taking a right-hand curve, the intervention would be from crossing the left-hand lane line (p. 103);
- She has had a change to look at Exhibit 4, the FFSD08_SafetyVV_Report. In order for lane-centering assist to be available to the driver, one of the conditions is that adaptive cruise control is active (p. 105);
- A vehicle with adaptive cruise control would also have base or normal cruise control. lane centering is not available in the base cruise. LDW can be available in base cruise control. The vehicle has to be at a certain speed before LDW would be available (p. 106);
- Lane-keeping aid, which is part of LKS, can be available if base cruise is active. The subject vehicle, as equipped, would have had base cruise and adaptive cruise control available. The driver would have to choose between thew two cruise controls (p. 107);
- LDW and LKS are driver selectable features. The driver is not limited by whether ACC is on or off for these features. Typically, the vehicle will remember the driver's settings on if the functions were on or if when the vehicle ignition is turned back on. In other words, the driver would not have to choose whether they wanted LDW and LKS on every time they got in the car (p. 108);
- On and off for the lane-keeping system is either on the turn signal stock or within the steering wheel buttons. Choosing if this system is in alert mode or aid mode or both is done within the sync screen. She believes that V&V means verification and validation or vice versa (p. 109);
- QM refers to quality management. This is one of the automotive safety integrity levels. She believes SG, in this context is referring to safety guideline (p. 110);
- Her guess is that FFSD means Ford's functional safety document. Exhibit 4 says that the lane-keeping aid shall ensure that the applied steering torque steers the vehicle into the lane-center direction (p. 111);
- Lane-keeping aid is designed to steer the vehicle back to the lane center if an unintended lane change occurs, according to the concept column. Lane-keeping aid can provide a momentary steering torque to help a driver direct the vehicle back towards the lane center. All the components of the lane-keeping system are available to help the driver in certain circumstances remain in their lane (p. 112-113);
- EPAS is the electronic power assist steering. EPAS and PSCM systems provide the steering for the torque response of a vehicle (p. 113);
- REQ-194207 refers to a specific requirement. Somewhere, Ford has a requirement 194207 (p. 114);
- She does not know what FSRs allocated within the base EPAS FSC reference 3 to LKS is. Her guess is that it translates to FSRs are functional safety requirements as allocated

within the base EPAS functional safety to LKS. She is not sure what FSC stands for (p. 115);

- The overall function of the LKS system is that it is a driver-assist feature that is intended to help the driver stay within their lane. It has certain limitations, but in certain circumstances, it can provide that benefit for the driver. In general, if lane lines are detected, the system can help provide some support to the driver to remain in their lane, but there are limitations. One limitation is that the system can only provide a certain amount of torque. This amount is dependent on speed. There is a torque-shape limiter within the power steering control module software that limits the amount of torque provided, and that torque value is dependent on the vehicle speed (p. 116);
- She is not sure if the information about the torque-shape limiter has been produced in discovery. The torque-shape limiter would be something that would be calibrated in the system. Every vehicle platform would have unique torque limits because each vehicle has different chassis characteristics. This is something that the chassis team would be determining on a program-by-program basis and potentially even for different configurations of the same vehicle (p. 117);
- She would expect someone on Ford's engineering team to have a torque-shaped limiter for the particular model of the P702 platform. The limits Ford sets about torque available at various speeds are primarily based on having the steering system be controllable so a driver can always overtake a system if needed. To her knowledge, there is not a particular name for this study. She knows it occurred and it has been some time because it was during the early stages of developing the lane-keeping-system feature (p. 118);
- She does not recall if Ford conducted the study or if Ford was a partner in the study done somewhere else. She knows that there was a study done relating to this and Ford used the data to make her decisions, but she cannot recall exactly who conducted the study. Ford would have gotten access to the study and the information as part of its decision-making process. Ford would typically design features from a core perspective. Ford would design a general feature and then would have an application on a specific program. There may be certain considerations that need to be made to accommodate different steering systems or different chassises. Generally, the consideration of what the driver could apply would apply to move, if not all, programs (p. 119);
- HARA stands for Hazards analysis and risk assessment. Ford uses a HARA for part of their function safety process for various electronic systems (p. 120);
- Ford may have done studies about how many accidents or injuries could be avoided if vehicles were equipped with properly functioning LKS system. Ford will also reference public studies from places like Consumer Reports and IIHS and other sources to determine that kind of information (p. 121);
- The HARA report clarifies the lane-keeping system as lane-keeping aid and lane-keeping alert. The report says that LKA generates a steering intervention to steer the vehicle back in the lane when the vehicle intends to leave the lane without usage of a turn indicator. In LKA, the generations of a steering wheel vibration to warn the driver when the vehicle leaves the lane without usage of a turn signal is similar to the lane-

departure warning. Internally, Ford sometimes uses lane-keeping alert and lane-departure warning interchangeably (p. 122);

- The first scenario operational situation in the HARA that appears as relevant is driving at speed (p. 123);
- It seems that Ford has addressed certain scenarios that are relevant to LKS for driving at speed and a different section that may be below. The key for the severity arguments is detailed in a separate tab on the document (p. 124);
- The severity S0 indicates no injuries, and S3 indicates life threatening injuries. Hands-off driving had a severity of S3 (p. 125);
- On the exposure scale, E0 is incredible, E1 is low probability, up to E4 is high probability. A guideline is given that says for C3 less 90 percent of all drivers or other traffic participants are usually able or barely able to avoid the harm determined in the severity column (p. 126);
- The severity of a vehicle leaving the intended path and bumping into oncoming traffic, or obstacles is listed as a S3. To determine how severe problems are, there is a systematic approach to break down different possible use cases and understand the probability, severity, and controllability. She thinks the system-related issues are all under S18, these are the only ones that are rated related to this HARA analysis for the LKS. The majority of the ones that have been filled out fully are the ones related to the LKS system. 18.2 is hands-off driving, 18.3 is situation-aware driver, and 18.5 is a situation-unaware driver (p. 127-128);
- A situation-unaware driver, was rated as an S3 because it can take place at a high speed. The next tab of the HARA says that lane-keeping aid shall ensure that the lane-keeping aid steering torque request steers the vehicle into the lane center direction. It says that this can be prevented by a robust sensor algorithm design as well as robust steering controls, and that correct implementation of the LKAid torque request controls within the base EPAS is done by the EPAS supplied, and this will be proven on HIL or in vehicle testing (p. 128-129);
- There is a standard called ISP 26262 for functional safety. She believes this is limited to automotive, but this provides guidelines on different automotive safety integrity levels. Depending on the assigned severity exposure and controllability, the table indicates what ASIL rating is should have (p. 129-130);
- The failure mode description of LKA is no generation of LKA, and is under 18.1 and says that there is no effect on vehicle level. No lane-keeping aid support, corrective steering torque when vehicle leaves the lane without turn indicator active. The assumptions listed are A103 and A104, and it says that the hazard is lost when the driver assists its function, and the vehicle behaves like a vehicle without lane-keeping aid. Someone from Ford would have been the person that described the hazard in those terms (p. 131);
- For the failure of LKA to generate, the severity is not rated and then it has S0, which is the lowest severity. The category of changing lanes as a standard driving situation was given an E4, which is the highest. For controllability, it says, loss of a driver assistance function, no hazard according to ISO 26262-3. This document represents an

engineering effort to develop the functional safety of the lane-keeping feature. This is one snippet of the full document (p. 132);

- In general, Ford considers lane-keeping and the lane-keeping system to be a driver-assist feature and for all vehicles with and without that feature to be equally safe. The presented HARA document governed the 2021 model year. The different rates are used to identify an ADIL level, and different ASIL levels require different levels of documentation and verification (p. 133);
- The indication is that, if in certain circumstances, the feature did not provide a steering invention, then the vehicle is operating like a vehicle without LKS, which is still a safe vehicle in that the driver is still able to control the vehicle within the lane. For 18.2, hands-off driving, there is a severity rating of S3 and exposure rating of E1, and a controllability rating of 0. This creates no assignment under the ASIL standard. The document, under the description of exposure, says that the driver is legally demanded to maintain vehicle control independent of hands-on or hands-off driving. The document says that steering control requires hands-on, and thus, hands-off driving is considered as a misuse. The overall exposure time when the driver has hands off the steering wheel is less than one percent (p. 134);
- The document also says that exposure remains E1 even for vehicles with LKS as hands-off driving is prevented or not enforced. The Lane-keeping system is intended to be used with the driver's hands on the wheel and it is a driver-assist feature. There are certain Ford features that allow for some hands-free driving in certain zones, like BlueCruise, but that is not referenced in Exhibit 5 (p. 135);
- If a driver is in BlueCruise-equipped vehicle in a BlueCruise Zone, then hands-off driving is okay in certain circumstances, but the driver needs to be attentive. Hands-off driving in this circumstance is not considered a misuse if a driver is attentive. She has not looked into if Ford has done any studies about how long it takes for a driver to realize they need to take over (p. 136);
- The safety goal_01_01 is a result of the hazard identified to the left in the previous columns. The process is that these various hazards in various driving situations are identified, and they are used as a tool to generate safety goals based on the ASIL rating. She does not know if Ford has done any testing to determine whether less than 90 percent or more than 90 percent of drivers can safely recover from a failure to provide input when there is an unintended lane departure. One of the reasons torque is limited with LKAid is so that drivers can safely recover if there is an unintended lane departure. The system is designed to limit torque so that the driver can easily overcome the system if needed (p. 138-139);
- A situation where there is an unintended lane departure but no LKA aid response sounds to her like a situation where a vehicle is without a lane-keeping system. There are millions of these vehicles on the roads. She does not believe that the functional safety process necessarily requires testing in order to come up with a controllability requirement. Engineers assess different situation as needed and Ford has taken additional measures to understand what would be controllable for different drivers, and this is designed into the system. She is not sure is this was done to lead into the HARA document, but the rationale is explained in the document (p. 139-140);

- Future development is a collaborative process. She would expect more than one person to have looked at the HARA document. Her experience having worked with these kinds of documents before on another feature is that it is a very collaborative process (p. 140);
- It is not uncommon to review these types of documents on a shared screen in person or virtually. She is familiar with Exhibit 6. Exhibit 6 is an item definition. This type of document is typically the first step in a functional safety evaluation for a system (p. 141);
- Exhibit 6 is a document that is really just a way to describe a feature at a really high level and set the stage for future work in the scope of the functional safety assessment (p. 142-143);
- Exhibit 7 contains test data with speeds between 30 kilometers per hour and 200 kilometers per hour. This was hands-off testing with a radius of curvature of 750 meters. There is also a test done at 120 kilometers per hour with a 325-meter radius of curvature (p. 145);
- She does not see any comments for the 120 kph test at a 325-meter radius of curvature that would indicate whether the system stayed within the lane or not (p. 146);
- Passing means different things for different tests. The purpose of the tests in Exhibit 7 are to confirm that the vehicle does not exceed 3 meters per second squared lateral acceleration (p. 147);
- There is not really a hands-free mode for LCA. Certain engineering tests are run with hands off the wheel to assess the performance of the feature without any additional steering input. The tests were intended to be run in hands off (p. 149);
- For the 579W668 vehicle, the 5.5 test may not have been run. Not all tests are run on all prototypes. For the 579W668 vehicle, the 5.5 test does not appear to have been run (p. 150-151);
- The chart for 816 testing in Exhibit 2 says that the testing was run at a hundred and twenty KPH with a 750-meter radius of curvature. There was also a test at 140 KPH with a 750-meter radius of curvature, according to the table. These tests were specifically to address the UN/ECE requirement. This is a maximum lateral acceleration requirement (p. 152-153);
- Lane-keeping aid, multiple bird views, represents almost an overhead view of the lane and the vehicle's travel. At the 0 line is inside the lane edge at lateral distance to line equals zero. The vehicle drifts towards the lane edge and the lane-keeping aid intervenes and the vehicle steers back to the center of the lane. This is the lane-keeping aid function. The lane-keeping system engineers produce these kinds of plots to assess the vehicle performance (p. 154);
- There are various requirements for different test vectors. She is not exactly sure which one the specific plot was testing, but lane-keeping aid intervened before the vehicle departed the lane. This plot would be a different test than on the plots looked at earlier because these are of the lane-keeping system. Different engineers would have run the other tests on the test track and there would be different test vectors than what is done for lane centering (p. 155);

- The control model in Exhibit 11 refers to the vehicle platform, and in this circumstance, it is the 2021 model year P702 for the F-150. She thinks column 9, the GenX version, where is says V5 is referring to the version of the requirements (p. 156);
- The V5 is just referring to which version of the LKS requirements in the system would apply to the 2021 model year F-150. The sub attribute, LKS, is the lane-keeping system that has been being discussed. She is not sure what K-PAC ID stands for, but believes it is essentially a requirement number. The live links go straight to Ford's database. If she was working at a terminal in the office and clicked the link, it would take her to the Ford database, and she could see whatever was tied to the particular link (p. 157-158);
- The requirement statements about torque or Newton meters, on line 19, are essentially trying to put engineering parameters on the steering response of the lane-keeping aid system. How much torque it may provide, the rate at which torque is applied, and things of that nature, so that the invention is smooth and controllable are various metrics to try to categorize the performance so it can be measured (p. 158-159);
- Each program is calibrated individually, but the requirement was marked as green or passing, so the engineer who assessed the requirement deemed it to be passing for the program. The lane-keeping system was meeting the standards listed in this document for the various scenarios. This document is also telling one which test method to follow to assess a certain requirement (p. 159);
- Requirement target, under column o, are certain parameters designed to the system. She does not know if it fully captures the system as a whole, but the vehicle engineering attribute team who are responsible for the requirements are assessing the torque limits and the torque rate limits to these specifications, and there may be additional or separate specifications that the EPAS team is assessing as well (p. 160);
- On line 20, there is another set of standards on how the lane-keeping system should perform in certain scenarios. The engineers would follow the assigned test method and perform tests, then assess the performance of the system based on these metrics. Some of the metrics have min and max ranges that they need to fall into, and others are just maximum ranges. She would expect it to fall within the performance ranges for the scenarios that they have designed (p. 161);
- In this time frame, the requirements site in which testing reports are uploaded are not the same locations and are not linked. There are standards for how aggressive the intervention will be for the lane-keeping system to ensure the system is within certain parameters (p. 163);
- Following the test protocol, the engineers would look at the collection of test runs that they have done to determine if the system is falling within the expected performance criteria. LKA fingerprint is a way of talking about the overall system performance and characteristics, so these metrics are slightly different than the ones reviewed before, but are another way to try to quantify the system's performance on the test track (p. 164);
- Understanding the system limitations and the test vectors that have been defined for these scarious, she would expect that, if something is marked green, that it meets the criteria. She would expect the LKA system to be operational within a speed range of 35 kph to 125 kph (p. 165);

- There are different requirements within the same requirement. Ford has nested it a little bit. One separate requirement is support the feature from these speed ranges that have been discussed and then separately, there are certain speeds defined for other performance characteristics. If one is driving at 60 miles per hour on a straight road, Ford expects a certain level of performance. There is repeatability on tests and on different vehicles there are certain speeds and metrics to that Ford can compare apples to apples (p. 166);
- All the bullet points that are subheadings are nested under the requirement that says drift rate support within travel lane, outer edge of travel lane, straight road. All of these together would comprise the LKA fingerprint. The truck ought to support all of the subheadings and bullet points requirements and be able to perform to all the standards, understanding that they may be limited to certain test cases or use cases (p. 166);
- There are various suppressions of the lane-keeping system. Some of these are listed in one of the feature specifications. Line 35 indicates performance with and without hands, but similar to the LCA testing she described, in some ways the quantitative analysis of the system cannot be performed without hands off the wheel the understand the full performance of the system (p. 167);
- Ford does not tell their customers to have their hands off the wheel. Ford tells their customers to have their hands on the wheel. In order to execute certain tests, it is necessary for Ford to have their hands off the wheel (p. 168);
- Some testing was done, going through curves at 99 miles per hour with no hands (p. 168);
- Lane centering and lane keeping have different performance criteria. She does not know if she would describe one as tighter (p. 169);
- Within the system limitations, it is the goal of lane centering to keep the vehicle as close to the middle of the lane of travel as possible, Lane keeping's intent is to keep between the lines. LDW and LKA only provide feedback to the driver in the event of an impending lane crossing or a lane crossing, whereas lane centering is continuous feedback of trying to keep the vehicle in the center of the lane. Exhibit 11 is one component of the standards of performance for the lane-keeping system according to Ford's specifications. There is an attribute requirements list which is the highest level of requirements, but there may be subsequent documents at a lower level or component level that would also reflect the vehicle in the system performance (p. 170);
- Production does not go forward unless a green box is obtained at the beginning of the columns in Exhibit 11. If there are issues, these boxes will be yellow or red (p. 171);
- The chip that does the vision processing for systems in the subject platform of truck is a Mobileye chip. The camera itself, which takes the images, is provided by Aptiv. The module processing the imaging is the IPMA module (p. 172);
- The lane line detection for lane-keeping aid and lane-departure warning is provided by the Mobileye chip. The camera in the front windshield scans the roadway and provides image data to the IPMA module where the Mobileye chip determines where the lane lines are on the road. This information is then shared with the Ford feature. The images produced by the camera are processed at the IPMA. The IPMA is used for a variety of

Ford's forward-facing driver-assist features. For the lane-keeping system, the IPMA would send information about where, relative to the camera, relative to the vehicle, the lanes lines are in front of the vehicle and perhaps some information about the lines' curvature (p. 173);

- The IPMA would send information about curvature or the road, lane lines, et cetera to a different chip that is still within the IPMA module. There are multiple chips within the IPMA handling different roles. Generally, the Mobileye chip will provide curve tracking information. This happens within the IPMA (p. 174);
- Ford has some requirements that are for lane-keeping performance and that was reflected in the attribute requirement list. In some circumstances, the requirements about steering torque and steering angle may be the same, but the torque-shape limiter is an additional safety measure in a true software limit for safety to prevent high torque or to limit the amount of torque provided. What is in the torque-shape limiter may be different than what is within the program requirements. The attribute requirements provide guidelines for tuning of the system and then secondarily to that, there is the torque-shape limiter (p. 175);
- Exhibit 12 is a specification for some of the driver-assist features that require the front windshield camera. It looks like May 29th of 2018 was the latest revision of this document. Page 43 is a general requirement for exit ramp detection (p. 176);
- AHBC is auto high beam control. She is not sure what GF is, but HB is typically high beam. The other features that are X'd out are traffic sign recognition, intelligence speed assist, and intelligence adaptive cruise control. TJA plus is traffic jam assist plus, but she is not sure what the plus designates. The plus may be an early version of BlueCruise. She does not know what CBDB stands for (p. 177-178);
- In Exhibit 12, the vision sensor is said to indicate if a vehicle is on an exit ramp. LCWA is lane change warning and aid (p. 178);
- Page 60 of Exhibit 12 seems like some kind of verification requirement for exit ramp detection. Page 72 of Exhibit 12 seems to be defining what a neighboring lane is. This requirement is requesting certain information about different varying neighboring lanes that is listed in the bottom part of the requirement text box (p. 179);
- The Mobileye KPI document may shine a better light on the exact performance of the lane-keeping system (p. 180);
- She knows that Ford's features can work on a couple of different types of lane lines, and Ford tests these, but she cannot recall if she has seen the exact requirement before on page 81. There is a requirement for the camera to detect road edges. The camera may be recording lane edges, but this is not necessarily indicative that the features are designed to use it. There are a lot of different requirements relating to vision that may not all be used in the features themselves. The second sentence of the requirement says that the road edge marks a transition from paved road surface to an impassable surface and that the road edge shall be detected up to a lateral distance of seven meters (p. 181-182);
- She knows that BlueCruise uses some input for road-edge detection, so the road-edge detection was put into place to some degree. Mobileye's reports may provide better

insight. Ford does not consider lane-keeping system to be a safety feature. The only feature she is aware of in the current production of the F-150 that uses road-edge detection is BlueCruise (p. 183);

- BlueCruise uses road-edge detection to determine if a driver is exiting a connected blue zone (p. 184);
- The lane 33 merge and split point detection is another vision detection requirement that Ford has for a supplier. The camera can identify any instances where lane lines can change and add new lanes, mergers, or splits (p. 185);
- The IPMA on the F-150 has the ability to identify certain road signs, if the vehicle is equipped with the speed sign recognition system. She does not know if this is available on every F-150 (p. 186);
- Mobileye essentially does all of their training of their detection algorithm internally. Ford buys the IP4 chip from Mobileye but then provides Mobileye with a list of requirements that the chip needs to meet. While Mobileye will not provide the exact test cases or the training that they do necessarily, the would provide Ford with a document that shows under certain circumstances, the chip has X percentage performance metrics. On Mobileye's cover page, it says that Mobileye KPIs must not replace OEM/tier 1 testing validation and that no function or feature used can be determined based on KPIs alone (p. 187);
- Mobileye's chip provides some lane information to them, but this is not indicative that the feature would work as intended without Ford's development and work. Mobileye does their component testing on their vision processing and Ford inputs that into their overall feature design and assesses the feature and the vehicle as a whole to confirm that everything is working as it should. Mobileye is alluding to the fact that they are one component of the system and that should not be the only metric by which Ford is measuring the system, and it is not. Ford does their own function and feature testing of the chip as well as reviewing Mobileye's reports (p. 188);
- She is not sure if Mobileye's total time is in hours or minutes or seconds. She knows Mobileye does extensive training, so based on her knowledge, she would assume most likely hours. She does not know what a Problematic DLM is (p. 189);
- She would understand line 4 of Mobileye's next lane testing to say that where the next lane is a freeway, the system is accurate 9- percent of the time. Mobileye noted 90.13 percent accurate. The table says that the next box next to the freeway is 89.88 percent accurate with a severe error rate of 6.72 percent (p. 191);
- To her, the 6.72 percent error rate really depends on how the information is used for her to say if it is considered high by engineering rates in the United States (p. 192);
- Severe error is not a term she has seen used outside of Mobileye's document. Ford has requirements and standards for their product and tests the products to that. Ford ensures that requirements are met (p. 193);
- Ford monitors the quality of their products and addresses issues as they come up in addition to going through a very rigorous development and verification process for their vehicles. Ford strives to produce quality safe vehicles and does a lot of development and verification to ensure that that is the case (p. 194);

- Line 4 on the road edge tab of the KPI said that for all of the cases Mobileye has listed, there is a 76.85 percent accuracy and a 94.24 percent availability (p. 195);
- With the KPI information, Ford would generally provide requirements and supplies. The contract with the suppliers would be required to provide some proof that requirements are being met. The purpose of this document is for Mobileye to share that they have met the various metrics that Ford asked them to meet. With that, Ford would use their chip and test it additionally within the IPMA module to determine if it is operating correctly and that Ford's features have the performance characteristics being looked for (p. 196);
- The document with one of the plots, similar to what was looked at earlier, shows where the lane-keeping aid intervention is occurring relative to the lane line for different drift velocities. Ford does not apply the EuroNCAP standards to the F-150 because it is not sold in Europe, but Ford still uses EuroNCAP test protocols to assess their features on a product. Ford has an internal robustness target that would be considered more difficult to meet than the actual EuroNCAP target. The black dotted line is labeled the inner edge of the lane marking, so the negative measurements would be from the inner edge of the lane marking to outside a measurement of that in meters. The plotted dogs are an indication of when the intervention has occurred (p. 197);
- She is not sure exactly what invention right means. She is not sure if the vehicle is being moved to the right or if the right tire is outside of the lane. She is not sure which is which (p. 198);
- She believes that the plot has been made such that anything below the black dotted line is after the inner edge lane marking and above is before, regardless of if it's a left or right intervention (p. 199);
- DDC stands for Dearborn Development Center. In Exhibit 14, 579W803 would be the vehicle that was being tested. Lane-keeping aid on the left side was tested at 45 miles per hour. The red and green lines indicate when the torque request had gone out from the IPMA to the power steering control module. The green line is when the torque is requested, and the red is when it stopped requesting. For the sample in Exhibit 14, this is representing about a four-second request (p. 200);
- The blue and red lines are basically showing the same thing. The blue is lateral drift or lateral velocity in meters per second, but essentially unfiltered. In post processing, Ford filters this line by one hertz to smooth it out and make the graph easier to read. This testing is done to show that Ford meets the performance requirements in the attribute requirement list that was mentioned earlier. Ford would look at the aggregate of all of the test plots to understand if their system was meeting the requirements (p. 202);
- The UN/ECE testing has a requirement for certain products in Europe that lateral control features do not exceed 3 meters per second squared of lateral acceleration. Ford assesses their products to that by looking at the aggregate of test data that they collect and may also run tests at certain radius of curves at increasing speeds to understand the vehicle performance and lateral acceleration in those circumstances. Ford tries to follow the same standard for their products in the United States even if the regulation does not apply, as it does not directly on the F-150 (p. 208-209);

- The lane-keeping system does have a drift-rate limit. The radius of a curve and the speed of a vehicle affects the behavior and responsiveness of LKS and LCA, but the rate of change of the curvature is an important factor as well (p. 210);
- Generally, the feature would be designed to only provide a certain amount of torque that would be controllable and be able to be overcome by the driver. Ford intentionally limits the amount of torque so that even the fifth-percentile female can overcome the feature as needed. If a vehicle requires more torque than a fifth-percentile female can overcome, the vehicle would be designed to not provide this torque. If the drift rate exceeded one meter per second, Ford's systems are designed to not provide aid or warning of the lane-keeping system (p. 211);
- The system will only provide the maximum torque allowed. Whether or not this torque is sufficient for the demands will determine whether or not the vehicle will hold its lane (p. 212);
- If testing during the final engineering stage shows that work still needs to be done, the work will be done. The subject Ford F-150 did not have BlueCruise activated on it. The lane-keeping features on the subject Ford would have required the driver to have their hands on the wheel at all times and to be attentive. The driver is still responsible and in control of the vehicle (p. 213);
- Exhibit 12 is related to the IPMA module, specifically the vision detection component provided by Mobileye (p. 214);
- BlueCruise would need to use certain features of the IPMA that lane keeping or LDW would not need to use. She does not know EuroNCAP's complete logic on allowing the feature to activate at or even past the lane line, but when designing systems, there tradeoff is frequently between nuisance interventions and helpful interventions. This is a tuning tradeoff when calibrating the system as to exactly when one would want the intervention or the warning to occur. The earlier the system is turned to warning, the more false warnings or interventions one may get (p. 215);
- Since the F-150 takes up a good section of the lane due to its width, Ford wants to be cognizant of not providing too many nuisance alerts or interventions for their customers (p. 216);
- From the testing reviewed, it was not clear in the data if there was any suppression of torque or lane-keeping assistance. Generally, when Ford tests vehicles, they try to test them with software and hardware that is representative of their customer vehicles. Not all possibilities may be tested. Different tests have different purposes and not all tests are to determine if the system if being suppressed (p. 217-218);
- On line 19 of Exhibit 11, there is no mention of the suppression of the lane-keeping aids or LKS system, but she believes there is another line in another document that mentions this. Under certain circumstances, suppression of the LKS system will kick in (p. 218);
- On Line 20 of Exhibit 11, suppression is not being talked about, but the test cases are also test cases that are designed to not suppress the system and to allow the system to have the ability to intervene. The test methods have been more so designed to be within the suppression limitations of the system. Based on the specific test method and

scenarios, suppression would not occur. She believes that this is also true for the LKA fingerprint on line 22 that talks about the speed range support and the lateral freedom within traveling. These are measuring the performance of the vehicle during normal operation when the system is not being suppressed (p. 219).

2) At his deposition on July 22, 2024, Barry Wayne Wooten testified:

- He has never given a deposition before (p. 7);
- He did not review any documents in preparation for his deposition (p. 11);
- To him, ADAS is technology that is installed into a vehicle that helps maintain the lanes, keep the vehicle between the lines, while cruise control is on. This is also the BlueCruise function of the vehicle (p. 12);
- He has seen the complaint marked as Defendants' Exhibit Number 1 before (p. 13);
- His full legal name is Barry Wayne Wooten. His date of birth is March 27, 1973 (p. 14);
- He is self-taught in most of the automotive industry. He has no ASE certifications or anything like that. He does not hold any actual certificates in the automotive industry. He is not trained as an auto mechanic. He has done automotive sales and service for 30 plus years. He has serviced vehicles himself. He has done in-depth diagnostics and repair, transmission engine, body control, and more (p. 23);
- He has been self-employed in the marine and automotive industry for the last 30 plus years (p. 24);
- He does not have any training or experience in vehicle design. He does not have any experience or training in accident reconstruction (p. 26);
- He has seen Defendants' Exhibit 2 before. He understands that these are the interrogatory responses and knows what that means (p. 32-33);
- His father's full name is Barry Wyatt Wooten. His dad's birthday was January 31, 1953. His dad was married to Beverly Wooten at the time of his death (p. 41-42);
- He does not believe that his father was an ASE certified technician (p. 58);
- His father was 68 at the time of the crash (p. 67);
- His father had been involved in a couple of minor accidents at an intersection. He is not exactly sure on these dates though, but there were a couple of fender benders his father was in. This may have been in 2018. Besides the 2018 accident, there was one other accident at an intersection, though he cannot remember the date (p. 73);
- His dad was about 5'11 and weighed somewhere probably in the mid-200s, though he does not know. To his knowledge, his dad did not have any health issues before the crash. To his knowledge, his father was not suffering from any medical conditions before the accident (p. 76);
- As far as he knows, his father was not taking any medication in September of 2021. To his knowledge, his father would not have taken any medication on the day of the crash. His father used to wear glasses, but he had Lasix. He is not aware of any health conditions his father had been diagnosed with prior to the accident (p. 77);

- He has never owned a Ford F-150. He has ridden in a Ford F-150. He rode in an F-150 prior to September of 2021. He rode in one in the summer of 2021. The last F-150 he rode in was his father's. This was the same F-150 that was involved in the crash (p. 80);
- He has not driven an F-150 since the date of the crash. He would not ride in a 2016 or new F-150 because he personally does not believe the technology is there yet because of the circumstance. The technology he is speaking about is ADAS. The features he is speaking of at lane keeping and cameras, radar, forward facing and rear cameras. He is not fully confident with these features (p. 81);
- He specifically has issues with 2016 F-150s and newer with lane keeping, forward-facing cameras, radar, and that type of stuff (p. 82);
- His father probably owned five F-150s in total. His father bought five F-150s in a row, going back to 2016 he thinks. He thinks from sometime around 2016 to 2021 his father had five F-150s. His father liked F-150s. His father was a Ford guy (p. 84);
- He does not know if any of the prior F-150s had lane keeping aid before the 2021 model. He does not have any knowledge of how the ADAS in his father's prior F-150s compared to the 2021 F-105. He never drove his father's 2021 F-150. He would imagine that his father's prior F-150s had cruise control because his father traveled a lot (p. 86);
- Mr. Wooten was the primary driver of the subject 2021 F-150 (p. 87);
- His father traveled a fair amount to Atlanta from Macon, so his father possibly put 1,200 miles month on the subject vehicle. He does not have any knowledge of the service or maintenance for the subject truck. The subject 2021 F-150 had not been involved in any prior accidents. He is not aware of any issues that his father had with the subject F-150 prior to the crash. His father did not have the subject vehicle long enough to modify or change anything on it (p. 88);
- He thinks his father got the subject truck in June or May of 2021. His father would have gotten the vehicle approximately four months before the accident. He would say that the build date on the subject vehicle was a May truck, job one. While he was riding in the subject truck, he did not experience any problems. While he was riding in the truck, Mr. Wooten did not ever use adaptive cruise control. While he was a passenger in the truck, Mr. Wooten did not ever use lane centering. He and his father only used the truck from the boat ramp to the marina, which was less than three-quarters of a mile. That is the only time he has been in the truck (p. 89-90);
- From what he understands, there was a seatbelt extender in the buckle at the time of the accident (p. 90);
- Defendants' Exhibit Number 3 is photographs of the device he was just speaking of. He would imagine that his father had this because his father had a fairly large stomach, so it was probably to help make the seatbelt a little more comfortable (p. 91);
- Mr. Wooten always wore his seatbelt when operating a vehicle. Mr. Wooten never put the shoulder portion behind his back while operating a vehicle. Mr. Wooten did not ever sit on the lap portion of the belt. His father mentioned to him that he found the

ADAS in the 2021 vehicle interesting and intriguing. His father mentioned this sometime between June and September 2021 (p. 93);

- His father had sent him a text bragging about how he was impressed and intrigued with the technology. His father was impressed by the technological advances that the F-150 hybrid had. His father found the technology intriguing and thought it was a very marketable item. His father thought that general middle America would buy one and that it was the cat's meow (p. 94);
- His father's F-150 was a Platinum trim. He does not know if his father test drove a version of the vehicle before buying it. He does not know if Mr. Wooten received an owner's manual when he purchased the 2021 F-150 (p. 98);
- He does not know if his father ever read the owner's manual for the 2021 F-150. His father did not ever make any complaints to him about the owner's manual of the 2021 F-150. He does not know if his father ever adjusted any settings or features on the vehicle. He knows that his father used the center display to operate the vehicle, but he does not know if his father changed the settings or parameters. He does not know about his father's use of the ADAS features (p. 99);
- His father's truck only had 5000 miles on it, so he does not know if his father typically used features like adaptive cruise control or lane centering. He was not in the vehicle with his father, so he does not know how often his father used the features. He does not have an opinion on how the driver-assist technologies in his father's 2021 F-150 compared to other make and model vehicles in the 2021 year. Given the current situation, he is not sure he would run out and buy a 2021 F-150 (p. 100-101);
- He has looked into what type of diagnostics and computers would be needed to calibrate Ford systems. There are pickup trucks after 2016 that he believes are reasonably safe. He believes all vehicles in general are safe. He just thinks that sometimes vehicles have a glitch. He drives new vehicles all the time. You have to put your trust in a vehicle (p. 103-104);
- He does not believe that ADAS technology poses more a risk than older vehicles (p. 104);
- He does not believe that ADAS technology should be pulled off of newer vehicles. He believes that F-150s being made currently are reasonably safe (p. 105);
- His personal belief is that the subject vehicle was the first year of that vehicle. There were a ton of software updates done and the vehicle was being continually improved. He believes there was a reason that BlueCruise was not released until 2022. He believes that Ford was working on it through software upgrades, but his opinion is that the first generation of the truck had some glitches that were not fully worked out (p. 106);
- He believes the subject crash was the first safety issue he knew about with the subject truck (p. 107);
- He does not know if his father received any Ford training for awards relating to the ADAS systems. He does not know if his father had any training specific to ADAS systems (p. 108);
- He does not know if his father had any training in other manufacturers' driver-assist technologies. He is not aware of whether his father had knowledge of other

manufacturers' driver-assist technologies other than Ford. He does not know if his father had any specific Ford knowledge of driver-assist technology due to his work. He does not know if his father looked into those technologies before purchasing the vehicle (p. 109);

- He mentioned that it was concerned with the steering with driver-assisted technologies, but that is his opinion (p. 110);
- He did not see the subject crash happen. He did not see the events that immediately led up to the crash. He did not see the immediate aftermath of the crash. He has no personal firsthand knowledge of how this crash happened (p. 111);
- Other than what he has seen from the EDR data, he has no knowledge of his father's actions inside the truck at the time of the accident or just prior to it. He went to the scene of the accident on the Saturday after the accident. This was within a week of the accident. When he went to the scene, he picked up parts of the truck and made note of how there appeared to be no braking and no steering. He took a video at the scene (p. 112);
- He recognizes the photo shown as Defendants' Exhibit 4. He does not think he took this photograph. He took a video at the scene, so multiple screenshots could be taken from that video. He does not remember if he took any photographs at the scene. He took two videos at the scene that were approximately two minutes a piece. He sent these to his attorney (p. 113);
- He paced the scene from the time the truck left the pavement to the tree. He drove his vehicle onto the curb of the road at the scene. He never drove into the gore at the scene. His assistant, Jennifer Warren, went to the scene with him (p. 114);
- He drove the subject exit ramp. He pulled off the side of I-475, walked the scene, then continued north, made a big U-turn, came south, and then went off the Bolingbroke exit to his father's house This is the only time he has driven through the exit (p. 115-116);
- He does not know the speed limit at the subject exit lane. The lane becomes an exit lane at what appears to be an eighth of a mile back. He would not have been on cruise control while taking the exit because in an unfamiliar area, he generally does not use it. He does not get off the Bolingbroke exit often (p. 116);
- He does not know what time Mr. Wooten went to sleep the night before the accident. He does not know what time Mr. Wooten woke up on the day of the crash. On the day of the crash, his father was in a meeting with Dick Pope and a couple of the GMs for the dealerships in Macon. There were five people in the meeting, and he believes it was at the Macon Ford Store. It is his understanding that Mr. Wooten was leaving the Warner Robins Ford dealership prior to the accident. Mr. Wooten was going home (p. 117);
- He believes that his father's regular route from the dealership to the house was through the subject exit. He does not know if his father typically used adaptive cruise control or lane centering on his way home. He does not know if Mr. Wooten ever used adaptive cruise control with lane centering on the particular exit. From looking at the EDR data, his father put on the blinker and went to get off at the exit (p. 118);

- He does not know what happened during the subject crash after his father got into the exit lane. After the accident, he had to arrange for the tow bill to be paid which required him to contact the sheriff's department. He cannot recall any other discussions with law enforcement about the crash (p. 119);
- He learned there had been a crash when he received a phone call from Tommy Christianson. Tommy called him at approximately 7:30 p.m. Central Time (p. 120);
- He got another call around 8:00 p.m. Central Time and was told that his father had passed (p. 123);
- He firmly believes that the subject truck had a malfunction. He believes that the truck did not respond to his father's steering and braking inputs. He does not know why the truck would not have responded to his father's steering and braking inputs (p. 126);
- It is his understanding that some of the modules in the truck were produced by Bosch and possibly some of the software may have been developed by Bosch as well, which is why Bosch is being sued (p. 131);
- He was aware that the subject Ford was equipped with ADAS and related components (p. 133);
- He went to the scene of the crash on the Saturday after the accident occurred. He noticed at the scene that there was no evidence of braking, which he thought was strange and this raised a red flag. There were no black skid marks on the pavement and no chafing on the grass. The grass appeared to be rolled over rather than braked over (p. 135);
- The grass at the scene appeared to be rolled over rather than chunked out of the earth. It appeared odd to him all the way to the tree. The grass appeared to be trampled down rather than aggressively braked on. He went to the scene because he wanted to know what happened. He assumed that the police were investigating the crash and taking pictures (p. 136);
- Prior to the crash, his father had never mentioned any issues with the vehicle not responding to brake or acceleration inputs. He does not know if any service provider ever told his father that there was an issue with the brake inputs or accelerator inputs on the vehicle (p. 137);
- He has seen pictures like the one marked as Defendant Bosch Exhibit 2 before (p. 138);
- No one directed him to go to the scene of the crash when he went. He did not ever see or investigate the subject truck after the crash. He has only seen photos of the subject truck to this day. When he was at the scene, he picked up a broken mirror, which he has in his shop today. He also picked up a piece of glass off the mirror and the actual rearview mirror housing. His deposition today is the only recorded statement he has given about the subject crash (p. 141).

3) At her deposition on July 23, 2024, Wendy Wells testified:

- She has given a deposition once before. It was a written deposition (p. 8);
- Her full legal name is Wendy Ann Wells (p. 12);

- She did not review any documents specific to the case for her deposition. She did not speak to any family or friends specifically about the case to prepare for her deposition (p. 13);
- Her date of birth is June 21, 1976 (p. 14);
- She does not have any auto mechanic training. She does not have any training or expertise in vehicle design. She has never worked in the automotive industry. She is currently employed at Forsyth County Schools at Coal Mountain Elementary. This is her 25th year in education (p. 20);
- At the time of his passing, Mr. Wooten was married to Beverly Wooten (p. 28);
- Her father, Mr. Wooten, was 68 at the time of his passing (p. 29);
- She does not know if Mr. Wooten had any training specifically in the new driver assist technologies that are in cars not (p. 47);
- It is her understanding that Mr. Wooten was employed by Five Star Automotive Group at the time of the crash (p. 48);
- Other than the subject crash, she knows that her father had been in another crash where he was pulling out of a dealership and a car ran a read light and T-boned him. She thinks this accident happened at Stone Mountain dealership. She would say this accident was approximately 10 years ago (p. 56-57);
- She does not know if her father had any health issues prior to the crash. All she knows is what her father said about his heart scan. She does not know any medications that her father was taking in September of 2021 (p. 60);
- She is not aware of any conditions that her father had been diagnosed with prior to the accident (p. 62);
- She has heard of driver assistance technologies. When talking about Ford's Co-Pilot 360, there is a list of features. These features that Ford advertises are what driver assistance technologies mean to her. She has looked up the features included in Ford Co-Pilot 360. She knows what adaptive cruise control is (p. 64);
- She has heard of adaptive cruise control. This is something with multiple features within it. It monitors the distance that you want to keep between your vehicle and the vehicle in front of you. There is lane centering, lane keeping, and depending on which cruise chosen, evasive steering. The car had radar (p. 65);
- Lane centering being a feature within adaptive cruise control that will keep vehicles centered in the lane when the vehicles has requirements to do so sounds right to her (p. 68);
- She does not think her Yukon Denali has lane centering. She rode in one of her dad's F-150s a long time ago when he helped her move. Her father owned several F-150s (p. 71);
- She had never ridden in the subject F-150. Her kids had. She does not know how many F-150s Mr. Wooten owned prior to the subject F-150. Her father worked at the dealership and was always getting the newest, latest, greatest (p. 72);
- Her father got a new truck every one to two years. She had not ridden in the subject F-150 (p. 73);

- Her father primarily drove the subject F-150. To her knowledge, her father drove the truck every day. She has no knowledge of any service or maintenance history on the subject truck (p. 75);
- She does not know if the subject truck was in any prior vehicle accidents. Prior to the accident, she was not aware of any issues whatsoever with the subject truck. She does not know if Mr. Wooten made any alterations or modifications to the subject truck (p. 76);
- Her father had an extender for his seatbelt, so she assumes that is what is shown in Defendants' Exhibit 3. There was something like the seat belt extender shown in Defendants' Exhibit 3 in the subject 2021 F-150 (p. 77);
- Mr. Wooten always wore his seatbelt while driving. Mr. Wooten did not ever put the shoulder portion of the seatbelt behind his back while driving. Mr. Wooten did not ever sit on top of the lap portion of his belt while driving. She never discussed specific driver assistance features with her father. Her father just said what great technology his truck had. Her father told her about BlueCruise and what it entailed. Back then, people did not know what BlueCruise was (p. 79);
- She does not know if Mr. Wooten read the owner's manual for the 2021 Ford F-150 (p. 81);
- Her father was excited over any new technology or redesign of a vehicle. Her father had a lot of Fords. She has no knowledge of whether Mr. Wooten ever adjusted or disengaged any of the features inside the vehicle. She has no knowledge on what driver assist features were engaged at the time of the crash (p. 82);
- She does not know what features would have been turned on or off in the subject vehicle. She has knowledge of the EDR data from the subject vehicle. This data showed that there was steering, braking, and torque within five seconds of the crash and a list per millisecond (p. 83);
- She does not have any personal knowledge about what the EDR data would show. She has knowledge of when her father would use any of the features in his vehicle. Her father would use lane centering and lane keeping. Her father traveled a lot and said the AI features were amazing. Her father thought the features were amazing. In a text from her father, he said the technology was amazing. It is her understanding that her father would use cruise control while traveling (p. 84);
- She does not know if Mr. Wooten had used cruise control on the particular exit where the accident happened prior to the crash. She does not know if Mr. Wooten had used lane centering on the particular exit where the crash occurred prior to the crash. She assumes Mr. Wooten used lane centering or cruise control while traveling. Her father drove hundreds of miles. She has personal opinions about the driver assist technologies in the subject 2021 F-150 (p. 85);
- Her opinions of the Ford F-150 were that the hybrid scored highest on the most unreliable vehicle for consumer reports. That in 2022, the CEO of Ford said that quality must become number one, and in February of 2024, at a Wolfe investors meeting, the CEO said quality not being his laser focus was the biggest regret. When the CEO from the top of the company is pushing quality and the company has lost billions of dollars

on warranty and recall, warranty repairs and recalls in just a couple of years, any consumer would be hesitant to use those features (p. 86);

- The Mach-E was recalled for unintended acceleration a month after the crash. Her opinion after the crash is that she would not use the technology in the vehicle and that there should have been more warnings about the failures and lack of quality. She thinks the technicians were not trained when the vehicle was released. There was no one who even knew how to work on the truck to repair it in the first place (p. 87-88);
- There was a Ford Forum where customers were discussing the failures of their vehicles, features, and safety features that were inoperative. There were service bulletins about inoperative ADAS features. Ford does not have to do recalls anymore; they do TSB service bulletins updated through software. Job 1 trucks cannot be updated (p. 90-91);
- She thinks customers, current owners, should have been warned that there was not a correct fix for inoperative ADAS features. She thinks this warning should have been given before September 14, 2021 (p. 92);
- It is fair to say that she thought the driver assist features in the 2021 F-150s were safe. After her dad crashed and was killed and she read more, she felt that Ford failed (p. 93);
- Job 1 had a prep kit, where Job 2 had BlueCruise installed already. Job 1 and 2 are terms specific to Ford (p. 94);
- She never saw or experienced any safety or driving problems with the subject truck. Her dad never told her that he was having any problems with the subject truck. To her knowledge, this crash is the first and only safety issue that the subject truck experienced. She did not witness any of the crash. She did not see any of the events immediately beforehand. She did see the immediate aftermath of the crash (p. 95);
- After the crash, she saw pictures of the crash. She went to the scene of the crash, but her dad's truck was not there. She went to the scene afterwards. She first saw pictures of the truck probably three weeks to a month after her father's passing. She first went to the scene of the crash two years after. She passed the scene after the funeral but could not stop. The first time she went to look at the scene instead of driving by was two years afterwards (p. 96);
- Other than reviewing the EDR data, she does not have any personal knowledge of how the crash occurred. She does not have any personal knowledge of the time her father went to sleep the night before the accident or when he woke up the day of the accident. On the day of the crash, her father went to work. At the time of the crash, her father was going home (p. 97);
- She does not know if her father typically used Bluetooth inside the truck. Her father did not typically use his cell phone while driving. She would assume that her father would have his phone connected to Bluetooth (p. 98);
- Her understanding of how the crash happened was that her father went to get off the exit. The truck hit the exit sign and continued straight. Braking and steering was applied, and the truck continued straight and hit the tree. She does not know why any of those actions happened. She did not speak to any of the police or sheriff deputies that responded to the scene. She has never spoken to any witnesses to the crash (p. 99);

- She has never driven or used the exit where the crash happened. She has never been a passenger with anyone using the exit where the crash happened. She first learned of the crash when her brother called her. Her brother told her that her dad was in a crash and died (p. 100-101);
- Her opinion has not changed from the beginning of the crash where she felt that her dad did everything to stop the truck and brake it to get it to stop. She feels that Ford is at fault. This is the opinion of her and her brother, Wayne (p. 123);
- After the accident, it made no sense. The crash now makes a little more sense to her. It makes more sense to her now because of the changes that Ford has made in quality design and improvement and the communication and taking the bill for the warranty hours that the shops have to do to repair the technology and update it (p. 125-126);
- The things she has learned since the accident are the basis for her personal opinion that Ford is at fault for the accident. These are all the same things she testified to earlier (p. 126-127);
- She thinks that Ford was racing and pushed the technology too soon, not realizing there were problems. Everyone's dashes were lit up ADAS inoperative and the technicians could not fix it for multiple reasons. The technicians were not trained and were not able to be because Ford did not know how to fix and update the software (p. 127-128);
- She is not aware of any warnings or dashing being lit up or any ADAS inoperative warnings in her father's vehicle. She is not aware of any service techs working on any of these driver assist technologies before the subject crash (p. 129);
- She knows that Bosch manufactures parts, and that Ford is an assembly center and installs those parts into vehicles (p. 131);
- She does not know of any component part within the subject vehicle that was developed by Bosch (p. 132);
- Prior to the crash, Mr. Wooten did not ever represent to her that there were issues with the brakes. She does not know if Mr. Wooten ever represented to anyone else that there were issues with the brakes. Mr. Wooten was at a dealership every day, so if there was a problem, she is sure he would have had it resolved or let them know (p. 133);
- She does not know if any service provider ever represented to Mr. Wooten or anybody else that there were issues with the subject vehicle's brakes. If there were issues, she does not think her dad would have been driving it. Prior to the subject crash, Mr. Wooten did not ever represent that there were issues with the subject vehicle's acceleration. She does not know if Mr. Wooten ever made that representation to anyone else prior to the subject crash. She does not know of any service provider prior to the crash that ever represented the subject vehicle's acceleration had any issues or problems (p. 134).

4) At her deposition on July 24, 2024, Beverly Wooten testified:

- She has never given a deposition before (p. 8);
- To prepare for her deposition, she prepared with Bob and Nick. She reviewed documents. She reviewed the pleadings that were files and interrogatory answers (p. 11-12);

- She reviewed the interrogatory answers in writing. She also reviewed the complaint that was filed for the case. She cannot think of any other documents she has reviewed (p. 13);
- Her full legal name is Beverly Jean Wooten (p. 14);
- Her date of birth is July 21, 1954 (p. 15);
- She does not have any auto mechanic training. She does not have any training or experience in vehicle design. She has worked in the automotive industry. She worked in customer service in the automotive industry. She is currently employed by Five Star Automotive. Her job title is Customer Service Director (p. 22-23);
- She married Mr. Wooten in 2004 (p. 26);
- Mr. Wooten's birthday was January 31, 1953 (p. 27);
- Mr. Wooten had three biological children, Wendy, Wayne, and Curt (p. 28);
- Mr. Wooten did not have any specific training in ADAS or driver-assisted technologies. Mr. Wooten was also working for Five Start Automotive (p. 40);
- Mr. Wooten used his truck to get to and from work (p. 41);
- In the ten years before the subject crash, Mr. Wooten had been in one other automobile accident. She guesses that this accident was three years prior to the subject crash. She thinks this crash was in 2018. She was with Mr. Wooten for this crash. This crash was in a Ford F-150. It happened in Macon (p. 47-48);
- Other than the automobile accident in which she was a passenger in Macon, Mr. Wooten had been in one other automobile accident. This accident was on the high side of the ten years. The other accident Mr. Wooten was involved in was when he was going to work at Gwinnett Chrysler, and someone ran a red light and T-boned Mr. Wooten on the side (p. 48);
- Defendants' Exhibit 6 is a police report from the November 2, 2018, crash. This is the motor vehicle crash that happened when he was leaving work in Stone Mountain (p. 50);
- In the report of Defendants' Exhibit 6, Mr. Wooten is vehicle and driver two. Mr. Wooten was taken to the hospital after this accident and was discharged (p. 51);
- The police report in Defendants' Exhibit 9 is the July 1, 2019, crash that she was testifying earlier about being a passenger in. In this crash, she and Mr. Wooten were waiting to turn right on Riverside Drive and a car rear-ended them (p. 60);
- Other than the two accidents already described, there are no other motor vehicle crashes in the last ten years that she can recall (p. 66);
- She knows that on the day of the crash, Mr. Wooten took Multivitamin, B12, baby aspirin, and Cialis. Mr. Wooten did not wear glasses or contacts (p. 101);
- Mr. Wooten had Lasix at some point. She thinks he had this five years before the subject crash (p. 102);
- Mr. Wooten was not ever told not to driver after either one of the other two accidents (p. 105);

- She has not driven or ridden in a Ford F-150 since the subject crash. She would not ride in a Ford F-150 now (p. 106);
- She would not ride in a Ford F-150 now because it is unsafe. The Ford F-150 was defective and caused the crash. It was unresponsive and did not do what it should have done. She believes all Ford F-150s are unsafe. She has not used any ADAS technologies while driving. The truck involved in the subject crash was a 2021 F-150 (p. 107);
- Before owning the subject F-150, Mr. Wooten owned several F-150s. Mr. Wooten had owned several F-150s in a week. She thinks Mr. Wooten owned four or five F-150s. Mr. Wooten got a new F-150 every one to two years. Mr. Wooten's prior F-150s did not have any ADAS features (p. 108);
- She had driven the subject F-150. She had driven it maybe three times. No one other than her and Mr. Wooten ever drove the subject truck (p. 110);
- She does not have any knowledge regarding the service and maintenance of the subject truck. The subject truck was not involved in any prior accidents. She was not aware of any issues with the subject truck prior to the crash. Neither she nor Mr. Wooten made any alterations to the subject truck. She and Mr. Wooten did not change the suspension of the truck or the lights or anything like that (p. 111);
- When she rode as a passenger in the subject truck, she did not experience any problems with the vehicle. While she drove the subject truck, she did not experience any problems driving the vehicle. Before the crash, she had ridden with Mr. Wooten while he was using some of the ADAS features in the subject truck. She had been with him three or four times while he was using these features. Mr. Wooten had been using the lane assist while she was riding as a passenger. This is the feature that keeps the vehicle centered in the lane (p. 112);
- She has heard of lane keep assist, which will nudge a vehicle back into the lane if one is drifting over. She has also heard of lane centering which will keep the vehicle in the center of the lane. When she was a passenger with Mr. Wooten, he would use lane centering. She never experienced Mr. Wooten having any problems with the lane centering while she was a passenger. She had never used lane centering while driving the subject truck. She had never used adaptive cruise control while driving the subject truck (p. 113-114);
- She has seen the seatbelt accessories before, as shown in Defendants' Exhibit 14. These accessories were plugged into the driver's side. This accessory stayed plugged in at all times to the driver's side. The driver would typically unbuckle the belt from this accessory that stayed plugged in. Mr. Wooten bought these accessories. She knew what the purpose of Mr. Wooten using this accessory was (p. 114-115);
- The purpose of Mr. Wooten's seatbelt accessory was because it was awkward for Mr. Wooten to turn around and fasten his felt because it was down lower between the console and the seat. The buckle accessories in the subject truck were brand new (p. 117);

- Mr. Wooten bought this seatbelt accessory around the same time that he bought the subject truck. Mr. Wooten did not have any issue with the seatbelt length fitting over his body (p. 118);
- Mr. Wooten always wore his seatbelt while driving. Mr. Wooten always wore his seatbelt while a passenger. Mr. Wooten did not ever put the shoulder portion of the seatbelt behind his back. Mr. Wooten did not ever sit on the lap portion of the seatbelt. Mr. Wooten did not ever wear his seatbelt improperly in any way while in a vehicle (p. 119);
- When Mr. Wooten got his first truck, she discussed the ADAS features in the subject truck with him. Mr. Wooten was impressed with the features and was really fascinated about going from the 2019 to 2021. Mr. Wooten did not ever complain to her about any of the ADAS features in the subject truck. Mr. Wooten took possession of the subject truck in June of 2021. Mr. Wooten did not own the subject truck outright at the time of the accident (p. 120);
- To her knowledge, Mr. Wooten did not test drive any trucks before purchasing the subject truck. Having new features that none of his other vehicles ever had before was important to Mr. Wooten while purchasing a new vehicle (p. 122);
- When she says features, she is talking about more than ADAS as described in the lawsuit. The features such as a bigger screen, bigger back up camera, and different dash were new on the subject vehicle. Safety was important to Mr. Wooten in a new vehicle (p. 123);
- The new features in a truck were a main draw in Mr. Wooten buying a new truck. She is sure Mr. Wooten did his research before buying the subject truck. She does not know what Mr. Wooten had researched (p. 124);
- Mr. Wooten received the owner's manual when he purchased the subject truck. Mr. Wooten read the owner's manual for the subject truck. Mr. Wooten did not have any complaints about the owner's manual of the subject truck. She has not read the owner's manual for the subject truck (p. 125);
- She does not know if Mr. Wooten adjusted any driving features or settings in the truck prior to the crash. Mr. Wooten did not ever go into the display system and change any of the driving features. He would not have done anything like this to change driving features (p. 125-126);
- She has no knowledge of Mr. Wooten's use of the lane centering feature at times she was not a passenger (p. 127);
- Mr. Wooten would use adaptive cruise control on interstates and back roads going into Macon. She would say Mr. Wooten used lane centering on the same types of roads. She does not know if Mr. Wooten ever used cruise control to drive through exit 15 where the subject accident happened. She does not know if any of the available ADAS features were engaged or active at the time of the crash (p. 128);
- Her opinion is that the subject truck's ADAS failed Mr. Wooten and caused the crash (p. 129);
- She has done her own research into forming this opinion. She researched things on social media about issues other people had with the ADAS system (p. 130);

- She believes the subject truck was reasonably safe before the crash. On the day of the crash, the truck failed Mr. Wooten. Mr. Wooten was trying his best to stop the truck, to turn the truck. Mr. Wooten was trying to do everything to avoid the crash and the truck failed him. The truck would not allow Mr. Wooten to do anything with it. Mr. Wooten could not stop, could not steer, and the truck was not responding (p. 131);
- Mr. Wooten was very knowledgeable about vehicles, cars, how they worked, and how they did not work. She knew immediately when she saw the crash that it was beyond Mr. Wooten's control. Mr. Wooten would have known in an instant what to do if he had control of the truck, and Mr. Wooten did not have control. She arrived to the accident scene to be with her husband. When she arrived on scene, the truck was still against the tree. The exit sign that was driven through, the tree, the truck went through, this was a straight line off the interstate and was evidence that led her to the opinion that the truck failed (p. 132);
- It is obvious to her that the truck would not turn because Mr. Wooten drove straight into a tree. There was nothing else that led her to the opinion that the truck failed. She did not ever see or experience any safety or driving problems with the F-150 before the accident. Mr. Wooten did not ever tell her about any problems with the subject truck before the accident (p. 133);
- She was not aware of any safety issues or problems with the subject truck before the crash. People at Five Star Auto told her that they believed the truck failed (p. 134);
- She believes that the ADAS features in Ford vehicles are unsafe (p. 135);
- She was not a passenger at the time of the accident. She did not see what happened immediately before the crash. Other than what she saw at the scene of the crash, she does not have any personal knowledge of how the crash occurred. She does not have any knowledge of what systems were activated in the truck at the time of the crash (p. 136);
- It is her belief that Mr. Wooten was doing everything he could because of his injuries, his broken leg, his bent steering wheel when he was trying to stop the truck and get the truck to turn. The impacts of the crash and Mr. Wooten's injuries are what led her to believe Mr. Wooten did all he could (p. 137);
- Mr. Wooten went to sleep at about 10:00 on the night before the crash. Mr. Wooten slept very good the night before the accident (p. 138);
- On the morning of the crash, Mr. Wooten woke up at 6:00 or 6:30. Mr. Wooten went to work on the day of the accident (p. 139);
- At the time of the crash, Mr. Wooten was going home. She knows this because of the exit Mr. Wooten was at. Mr. Wooten had finished his service reviews and was headed home. Mr. Wooten had told her that he was going home before the crash (p. 140);
- Exit 15 was the regular route that Mr. Wooten took from the Warner Robins dealership to their home. She has no way of knowing if Mr. Wooten typically used cruise control on his way home from the dealership. She does not know if he typically used lane centering on the way home from the dealership. She does not know if Mr. Wooten was using lane centering or cruise control in the particular exit before the accident. Mr. Wooten typically used Bluetooth inside the truck (p. 141);

- She has never used cruise control to drive through exit 15. She has never used lane centering to drive through exit 15. The crash happened when Mr. Wooten was trying to exit, and the truck would not exit. The truck would not response to Mr. Wooten (p. 142);
- She briefly spoke to police at the scene of the crash. When she got to the scene, Mr. Wooten was still in the truck (p. 143);
- Her understanding is that the EMTs were getting Mr. Wooten out of the truck (p. 144);
- She did not have a conversation with Mr. Wooten on the way to the hospital, but he was talking to the EMTs. She did not speak to any witnesses on the scene of the accident. She learned of the crash when she got a phone call from Barry's phone. She answered the phone and there was a woman on the phone who told her that her husband was in an automobile crash. She asked where Mr. Wooten was, and she heard someone tell the woman the exit and she knew where that was. She got off at the very next exit and turned around and went back to the scene of the crash. She was in her vehicle when she received the phone call about Mr. Wooten's accident (p. 145-146);
- She received an updated four and a half hours later from the hospital staff that due to her husband's injuries, he did not make it (p. 147-148);
- She never spoke to Mr. Wooten about how the crash happened. After Mr. Wooten was taken out of the ambulance, she did not speak to him again. She has been back to the scene of the crash after the accident (p. 149);
- She went to the accident site September 14th, a year after the crash, and went again September the 14th last year. Those are the two times she has been back to the accident site (p. 150);
- Her personal opinion is that the truck was at fault for the crash. Solely the truck was responsible (p. 154);
- She has not seen and interpreted the information from the black box (p. 155);
- She believes that Ford should have warned that their ADAS was defective, that it was not 100 percent and that there were still issues that needed to be worked out. She would say that warnings would have changed the facts of the crash. Mr. Wooten would have had the truck checked out for any warnings or if he heard that it was defective in any way, Mr. Wooten probably would not have driven the truck until it was checked out (p. 156);
- Mr. Wooten's truck did not show any warnings before the crash that she is aware of. She has never given any recorded statements about the subject crash. After the day of the crash, she spoke to police about the crash. The police officer who came to her house did not really talk to her about the crash (p. 157);
- She is suing Bosch because Bosch was part of the equipment that failed. She does not know which equipment (p. 164);
- Prior to the subject crash, Mr. Wooten did not ever represent to her or anyone else that the subject vehicle had any issues with the braking or acceleration. She does not know if prior to the crash any service provided ever made a representation that the subject vehicle's brakes or acceleration were an issue (p. 165);

- She has not seen Bosch Exhibit 3 before, which is the Georgia Motor Vehicle Crash Narrative for the subject crash (p. 166);
- It is fair to say that at the time of the conversation with Sergeant Williams, she was not sure as to what the cause of the accident was (p. 168).

5) At his deposition on September 25, 2024, John Ralph Gunderson testified:

- His name is John Ralph Gunderson. He left Ford in Fall 2023 (p.6);
- He worked at Ford for seven years. Exhibit 1 was marked (p. 7);
- He started working at Ford in September 2016 as a control systems engineer. He was primarily working on the software for the lane keeping system that was on the steering gear. LKS refers to the Lane Keeping System. LKA refers to Lane Keeping Assistance (p. 11);
- Those systems were already developed and were in production when he joined the company. He maintained the software since it changed over time. He also tested it and was responsible for the software functioning on the steering gear. The software is in the Power Steering Control Module (PSCM). The steering gear consists of mechanical parts and electrical parts. He maintained and made changes to the software (p. 12);
- The software for lane keeping systems at Ford was very well developed. It was robust and error free. It was also thoroughly tested in house at Ford (p. 13);
- At some point, Jim Farley created an initiative to bring more software in-house. He was also involved in that initiative which was called FNV4 (p. 14);
- FNV stands for Fully Network Vehicle and four represents fourth generation (p. 15);
- Exhibit 2 was a video clip (p. 16);
- He recognized the person in the video as Jim Farley (p. 21);
- Mr. Farley's broad and general statement was not 100% correct. The lane keeping software has been in house since 2014. They did a lot of their own software, brake controls and steering controls. The system software was done by a supplier, but Ford defined the interfaces within the software. For F150, Nexteer [sic] was the supplier for steering gear software. He does not know when that began (p. 22);
- There was a previous generation of F150 that had Nexteer steering gear which was in the P702 platform of F150. P702 was released for sale to the public around 2021 (p. 23);
- When he came on board, P702 platform did not start. He worked on it for about a year per- COVID (p. 24);
- He implemented some changes for P702 but does not remember what those changes were. The lane keeping system primarily resides in the camera and the steering gear. The camera referred to is the ADAS module. The steering gear is referred to as the PSCM (p. 25);
- He does not know what APIM means. It is the screen on the dash to sync. It records driver's desire. He does not know where the steering wheel module is located. The camera was located in the windshield behind the rear-view mirror, facing forward. Lane keeping system did not use a radar (p. 26);

- The vehicle does have a radar. It is used for adaptive cruise control for monitoring the vehicles around it. He is not sure on that. It is also used for Blind Spot Information System (BLIS). The radar is used for parking the vehicle, BLIS, and adaptive cruise control (p. 27);
- It is fair to say that the lane keeping system relies solely upon the forward-facing camera mounted at the rear-view mirror in the windshield as well as the modules and software that go with it. Exhibit 3 is bates number 4228 (p. 28);
- As a part of his preparation, he met with his attorney, Scott a few times (p. 28/29);
- There are two sides to the lane keeping system on F150 which are lane keeping assist and lane centering. He was more involved in lane keeping assist. For both the systems, he tested the software on the bench gear and on model in the loop in the vehicle. He was only looking at the software on the steering gear. He did for the whole suite of features. At the feature level, he was not involved although he participated in testing for lane keep assist (p. 33);
- It was mostly ride along with other engineers responsible for feature level performance. For lane centering, he was not involved in any feature level testing. He was involved in lane departure warning development. He maintained and changed the lane keeping system (p 34);
- There are limitations for the lane keeping system. If the road is too narrow (distance between lane markings not too wide) they do not function (p. 35);
- When going fast around a curve, lateral acceleration is too high. At some point, the system would be limited by that. It does not slow down the vehicle. Lane centering depends on the driver to slow down (p. 36);
- He does not know how ADAS testing was done for that. He knows it was tested against different lane markings. He does not know the specifics (p. 37);
- He did not do ride along tests for Lane Centering Assist (LCA). He knows Mr. Farooqi (p. 38);
- Mr. Farooqi and he were hired around the same time and immediately took the responsibility for LCA in terms of calibrating the system and testing it. He was responsible for the steering gear software but was not responsible for the vehicle level performance. Nexteer [sic] made the whole mechanical and electrical part of the steering gear (p. 39);
- The PSCM was Nexteer's responsibility in its entirety except for the Ford software. He believes that Mobileye made the camera (p. 40);
- The sensing portion of the Lane Keeping System (LKS) resides in the camera. The actuation portion resides in the steering gear. Those are two separate functions. The sensing software detects where the vehicle is in the lane and provides that information to the steering gear. The steering gear then takes that information and controls the vehicle. The sending software is in the ADAS (p. 41);
- He would draw two boxes to describe the system. One box is the ADAS and the other is the PSCM and they communicate with each other (p. 42);

- The camera is looking out. The LKS is housed both under the ADAS and PSCM. The person responsible for developing the software for ADAS was Ben Lass (p. 43/44);
- He was responsible for the software on the steering gear on the PSCM (p. 47);
- The software he was working on went into Mach E for the steering gear implementation (p. 48);
- The camera was part of the ADAS module. He coauthored the document with bates number 4228 (p. 49);
- One of his first assignments was to update that document (p. 50);
- LKS has three components. Lane Departure Warning (LDW) is designed to provide a steering wheel vibration if the driver exits the lane. Lane Keeping Aid (LKA) assists the driver in staying within the lane. If the driver drifts out of the lane, it will assist the driver in steering back towards the center of the lane. LCA, assists the driver by keeping the vehicle in the center of the lane (p. 52);
- The steering gear receives information from the camera to tell the vehicle its relative position. The camera will tell the vehicle how far it is from the center of the lane, how fast the vehicle is drifting from the center and the angle of the vehicle with respect to the path or lane heading. It also tells what the radius of curvature of the lane is in addition to its rate of change. Through these signals, the software determines how much steering torque is needed to steer the vehicle back (p. 53);
- He did testing at various levels. He did a model on the loop test which tests the software on a computer without any vehicle dynamics. He tested bench gear, Hardware in the Loop (HIL) which was to simulate the vehicle dynamics, and he also tested in a vehicle as well. HIL is a type of bench test in which actuators that push on the tie rods coming out of the steering gear and those actuators apply a force on the steering gear that is equivalent to what a vehicle would put on the gear. If a certain speed and road curvature is simulated, the feedback of the hardware in the loop will put the correct amount of force on the steering gear to simulate that. Ford tested the lane keeping systems from other manufacturers. One of his colleagues, Mr. Prashant Shankar did that testing (p. 55);
- Mr. Shankar is in Dearborn. He was sure that Mr. Shankar tested lane centering, but he was not involved in that. He reviewed testing reports of lane keeping systems from other vehicles. He did not make much use of those reports. Based on Mr. Shankar's testing, the lane keeping performance of Ford was as good as anybody else (p. 56);
- He never owned a P702 platform truck. He sat in that vehicle for hundreds of hours both on the Dearborn test track and on highways riding up and down the road observing lane keeping interventions. He drove primarily on Highway 94 from Dearborn all the way past Ann Arbor, then came back on 96 and made a loop (p. 57);
- Highway 39 is a state highway, it has four lanes, two in each direction with a center divider. 94 and 96 are both interstates. He also used Ford Boulevard for testing. On 94 and 96, the speed limit was 70 mph. On 39, it was 55 mph and Ford was 45 mph. Generally, he would ride along with someone else who was responsible for vehicle testing (p. 58);

- He would typically have a laptop connected with a vector and would look at the data, analyze it post drives. During analysis, he does two things to determine how well the vehicle was staying in lane and how well the vehicle was responding to commands. Those data were not preserved. He would store the data informally on his laptop when he had it (p. 59);
- ISO 26262 is not related to vector data. All the software that goes into the vehicle gets rated for its safety requirements, then testing would be done under the guidance of ISO 26262. It tells you how to rigorously test the software. The more critical the software is, the higher the number of lines of code have to be tested. If a software is safety critical, 100% of the code needs to be verified. There are safety barriers in the software that are downstream from lane keeping. One of the barriers is called a limiter. It limits how much torque the lane keeping system can produce (p. 61);
- The limiter would be referred to as ASILD, which means it has to be tested to the most rigorous standards under ISO 26262. Explains how the limiter works (p. 62/63);
- The ADAS communicates with the PSCM through CAN. Inside the PSCM, if there is right configuration, one can see all internal variables like yaw rate, steering torque, and every calibration parameter. Ford utilized vector and CAN communication bus as one of the tools to evaluate their systems (p. 64);
- To receive the module data, a special connector that goes between the OBD port and the module is required to tap in (p. 65);
- The A2L file allows you to see what is going on inside the module. Everything within a computer is stored in the memory. A2L file converts binary information to useful information (p. 66);
- The laptop would be connected to the truck through the special connector near the OBD port (p. 68/69);
- Using the data from the A2L file, he would look at the yaw rate, steering torque, and drift rate. He would look at camera signals and process them. He was using a vector to evaluate the lane keeping performance when the vehicle was out on the interstate highway (p. 69);
- He is sure that there is data on his computer that he saved. But he could not tell if it was from an exit lane or which part of the highway the data was recorded. An expert could take a Ford F150, connect to a laptop that has software from vector and analyze what the truck does when exiting the interstate (p. 70);
- DBC is specific to a vehicle. Different versions of F150 might have different DBCs. The A2L file comes from the steering gear supplier. The camera and the ADAS have an A2L file. In order to recreate the subject incident, one would require the connection, the cable and understanding of how to connect it (p. 73);
- It is a standard procedure at Ford to use A2L files to do the analysis. The objective is to make sure the software is functioning as needed (p. 74);
- He spent hundreds of hours riding in the P702 truck, testing it. There is no way to look at A2L files and isolate a portion of the data from exits (p. 75);

Forensic Rock

- His laptop is currently in the custody of Ford. He had two laptops after he ran the testing for P702 development. Some of the data could be transferred over to a hard drive or master storage at Ford (p. 76);
- In terms of lane keeping software on steering gear, he does not recall any instances where it did not perform as intended. Continuous calibrations were done which was the purpose of the ride along (p. 77/78);
- At some point, calibration was perfected. At that point, testing on the track was performed. There were objective criteria which he did not remember. He did not remember a failure (p. 78);
- Blue Cruise is a more autonomous system that allows the driver to drive with hands off if the driver is watching the road. There is a driver facing camera monitoring the driver's eyes. If the driver takes their eyes off the road, Blue Cruise will warn the driver and eventually shut down. When the F150 was sold in the spring 2021, the Blue Cruise was not activated and was still under development. Blue Cruise is also geofenced, it only operates on highways that have been pre-approved and geographically controlled (p. 79/80);
- He was not familiar with Bosch event data recorders. He would agree that when the truck was first sold, Ford intended it to be capable of safely operating on roads where lane markers are clearly visible. Exhibit 5 is the Qwest report dated September 11 (p. 81);
- He never tested lane centering at 70 mph (p. 85);
- He would not expect the lane keeping to work at 70 mph. He does not know the radius of curvature which is an important factor. Lane keeping would not have enough authority to maintain the corner because of the limiter that was discussed earlier. If the lane keeping malfunctioned, any driver could be able to maintain the vehicle. To do that one has to limit how much authority lane keeping can have which prevents it from being able to make curves above a certain drift rate (p. 86);
- If lane keeping was on and had an appropriate drift rate, it would try to steer the vehicle and slowly drift out parallel to the curve. In the subject case, it is going straight at it. Looks like the lane keeping has not done anything. Either the drift rate was too high, or it was not on. He exited many interstates; he does not know what the radius of curvature was (p. 87);
- On an exit ramp at highway speeds, lane keeping would not keep the vehicle in the lane, almost never (p. 88);
- He would purposely approach the exit lane not at highway speeds but fast and hold an exit lane. He has never seen an exit lane where the legal speed was highway speed. He did not recommend to Ford to provide a warning to the driver to not exit at certain speeds (p. 89);
- It is fair to say that he does not know what the limitations are both in terms of radius of curve and the speed beyond which the vehicle cannot maintain the lane. Lane keeping was never tested at 99 mph at sharp radius. He probably would have known if that was the case (p. 90);
- Exhibits 6 and 8 were marked (p. 91);

- He does not recall seeing those. He understands that document. TJA stands for Traffic Jam Assist (p. 93);
- Maximum lateral acceleration test is a European Union requirement adopted in the US. If the lateral acceleration exceeds a certain value, it is required to decrease the torque, so the vehicle drifts out of the lane instead of going to a higher lateral acceleration (p. 94);
- He has not seen any data and does not know what happened with the test. LKS interaction with TJA is a functionality where lane centering would be allowed to have more torque authority if it approached lane markings. Explains with an example. The torque authority could not exceed maximum acceleration. He does not know if the lateral acceleration was limited or if LKS intermission came in (p. 95);
- He believes that Ford adopted the European Union test several years ago. It requires driving the vehicle on a curve at different speeds, so the lateral acceleration is the vehicle speed squared divided by radius of curvature. When the lateral acceleration limit is exceeded, the vehicle should drift out of the lane (p. 97);
- Exhibit 8 are spreadsheets that show the vehicle was tested at different speeds, reported in kph. There is a diagram in the lower left corner showing the vehicle being tested in a radius curve (p. 100);
- If you drew a pie or a curve, if the R is 750, the distance along that should be 180 (p. 101);
- Natalie Dostie worked for Ford. He never did lane centering testing at 90 mph. He would seriously doubt a capable driver could drive that with hands on the wheel. It is 99 mph at 250 m radius which is sporty. He would be surprised by that (p. 102/103);
- Bates 4229 described the revisions and releases (p. 104);
- It was the first time Ford in the US was using that version of LKS. Prior to that, LKS did not have the LCA component. Prior versions had a lot of different names for signals. They had to do a lot to correct signal names which was a primary thing (p. 105);
- Bates 4232 predates his employment at Ford (p. 106);
- DBC interprets the signal for a given vehicle (p. 108);
- Exhibit 7 is an email from David Messih dated June 7, 2020, sent to Craig Schmatz. He does not know Craig (p. 109/110);
- In the email, there was an issue discussed which he has never seen. Something in red means delaying the release of a milestone. It could be safety critical or failing an attribute that Ford is trying to deliver (p. 112/113);
- Exhibit 8 is another email and he does not think that he saw it before (p. 113);
- It is an email sent by Ron Heiser on June 20, 2020. Every feature has to meet certain requirements in terms of how the customer would experience them and what is referred to as an attribute. Example: Steering wheel vibrations has to feel a certain way and would measure it with an accelerometer (p. 114);
- For P702, he was reporting to Don Mattern. He does not know Don's title. All the engineers responsible for Ford in house features reported to Don (p. 115);

- He was not made aware of issues discussed by Mr. Heiser (p. 116);
- DAT means Driver Assist Technologies (p. 117);
- Ron Heiser discussed unexplained speed changes, and he is a Ford employee. The purpose he assumes is to get the root cause fixed. IAC refers to Intelligent Adaptor Cruise Control (p. 118);
- J1 refers to job one first production. He agrees with what was discussed in the email. Ford Edge, Mustang, Navigator, and the Explorer had the LKS system he developed (p. 119);
- The base LKS referred to as 360 Copilot went on all the F 150. It did not include lane centering He does not think lane centering was universal but lane keeping was (p. 120);
- The feature engineer who was responsible for customer feedback was Mr. Pranav Patil. At that time, Mr. Patil was the feature engineer for LKS. A feature engineer would rally the team. They would let him know if he needed to take any action (p. 121);
- He was not aware of a customer complaint that went all the way to Mr. Farley and in response Mr. Farley bought a new truck for the complainant in New Hampshire. At the steering gear level, he never had a complaint about the software malfunction (p. 122);
- Exhibit 9 is the Functional testing report (p. 123);
- It is for 2021 P702 truck. FEC refers to Final Engineering Completion. It was dated November 20, 2019. He conducted a bench test and Mr. Farooqi conducted a vehicle test. One was a computer only and the other test involved steering gear (p. 124);
- He did some bench tests as well as HIL tests which would have contained only steering gear. The signals that come from the ADAS module would have been simulated by the HIL software (p. 125);
- There is functionality to allow the driver to override lane keeping or lane centering. As the driver applies more torque to the steering wheel, the algorithm senses the driver is taking control and decreases the amount of torque the system is putting out. The system might put 3 Nm to steer the vehicle back in the lane and if the driver counteracts that, lane keeping torque is going to drop so it is more comfortable for the driver to take over. He did not test and document exiting from interstates (p. 126);
- The downstream limiter limits the torque lane keeping can put out. Typically, it was set to 3 Nm for every program. The override by the driver for the lane keeping system was tested (p. 127);
- He does not know if it was tested under an exit situation coming up on a radius curve. He has no idea on how the camera perceives the lane lines on the upper lane on both sides of the vehicle (p. 128);
- He thinks Mobileye did that with a lot of interaction with Ford. He would say that LKS has a hundred thousand lines of code on the steering gear. He does not know about the camera and ADAS. He thinks Mobileye developed the code (p. 129);
- He would say there are millions of lines of codes on lane keeping and lane centering systems (p. 130);
- The steering gear components of the lane keeping system were developed in house. The steering gear system software was developed by Nexteer [sic] and he does not

know what the breakdown is on the ADAS. He does not know how integration is done. To him, it was not as hard as Farley makes it out because that is what DBC files do. Lane keeping system, ADAS and the PSCM use the same DBC files. When ADAS sends a command or signal, the PSCM receives that signal, and it knows the distance from the lane center (p. 131);

- He knows the signals he receives from ADAS. There are like 15 signals. He knows those intimately. The Mobileye and the software for the camera does not always get it perfect but in his experience it has been good. It is somewhat correct that if the camera tells a vehicle that it needs to follow a certain line, but the driver does not want it to go in that direction, then it can really reduce the response time of the driver in certain situations to overtake the control (p. 132);
- There are two mechanisms to diminish the system torque, one is within the PSCM software and the also the limiter aggressively does that (p. 133);
- He was not sure if testing was done on an exit lane from an interstate. That is an ADAS question. He would be surprised if that was not done thoroughly under every situation (p. 134);
- Exhibit 9 was authored by Mr. Farooqi and him (p. 136);
- FIH refers to Ford In House. HIL refers to Hardware In Loop. DCV is a prototype (p. 137);
- The report says all tests were found to have performed nominally. Nominally refers to the software on the steering gear performed the same as the software in the model. He shows that HIL and MIL are performing together (p. 138);
- LKS_EXT is a designation that encompasses the whole suite which includes LKS, LKA, and lane centering. LMC refers to Lateral Motion Controller. It includes hands on/off detection, lane assist coordinator. On road testing was performed by Mr. Farooqi (p. 139);
- He rode with Mr. Farooqi at some point but is not sure if he did that on P702. He did that for Edge (p. 142);
- 721 feet of radius is appropriate for 65 kph. Ms. Dostie was talking about a similar radius but going at 100 mph as opposed to 40 mph (p. 143);
- The vehicle performed nominally through the curve at 40.3 mph. The system was operable hands free for short periods of time when it was first released (p. 144);
- It would stay on a 250 radius curve hands free at any speed. Quazi would often test it hands off even though it is not meant to be a hands-off feature. There is hands on/off detection to ensure that driver keeps their hands on the wheel. It was never intended to be a hands-off feature. If the average person tried to drive it hands off, it would shut down after some time (p. 145);
- Mr. Jon McNeely is a safety engineer (p. 146);
- It is possible for Mr. McNeely to adjust the amount of torque by calibration. He does not know if that was ever done. It is out of his realm to know what would have to be done to make a vehicle take the 250-radius curve (p. 147);

- One could calibrate the limiter and the steering gear to allow it to take that curve, but the speeds would probably suppress them. European Union tests parameters include the allowed deviation from the center of the lane. They also have maximum lateral acceleration that overrides it (p. 148);
- The vehicle should be in the lane within 30 centimeters until the maximum lateral acceleration is reached. Once reached, the vehicle is required to drift out of the lane. Testing has to be done over a range of speeds, but he does not know what those speeds are (p. 149);
- Exhibit 10 is a document titled P702 lane departure warning. It solely deals with LDW systems (p. 150);
- There is two Electronic Control Unit (ECU). For all the steering gear functions, half the torque comes from ECU 1 and the other half comes from ECU2. The lane keeping suite runs on ECU1. When ECU 1 equates an LVW torque request which is a sine wave at 20 cycles per second, it sends the torque from ECU1 and commands ECU2 to create same torque. It takes a while for that command to get to ECU 2 and get actuated. Thus, two sine waves, not in phase cause the LVW torque to be diminished. The whole suite runs on ECU 1. The torque between ECU 1 and 2 is the same data that is provided to the torque for lane keeping (p. 152);
- The torque for the lane centering is split equally between ECU 1 and 2 which was not available on the production truck (p. 153);
- The production truck does not have the ability to take the curve at 250 radius curvature at 90 mph. LKA, LDW are driver assist features and not autonomous features. The lane keeping features require the driver to have their hands on the wheel at all times (p. 154);
- It requires the driver to be alert and attentive at all times when using those features. These features do not make the vehicle self-driving. They are not designed to be used by a distracted driver and these features have limitations in terms of the amount of torque or force that the system will impart on the steering wheel. It is designed such that the driver will always be able to overcome the torque on the steering wheel from these systems (p. 155);
- If the driver applies torque, the system decreases the lane keeping torque, so the driver does not feel uncomfortable to switch lanes. The limiter is a safety mechanism that limits the torque the lane keeping feature apply. For lane keeping, the torque is 3 Nm. He does not know the same for lane centering. 3Nm is about 26 lb. inches (p. 156);
- The arbiter is a mechanism which is also a safety function that coordinates between various features to allow them to turn on in a safe manner. If one tried to turn on lane centering and if LDW was currently vibrating the steering wheel, it would reject that until the LDW was finished and then allows it to go into the lane centering. The driver told the camera that driver wants some feature to be active. The camera will send a request to the steering gear to go active. The steering gear checks with the arbiter and makes sure that it is ok. Then the steering gear will allow the torque to start going out (p. 157);
- The limiter is called a barrier or monitor. The limiter resides between the feature functions and actual application of the torque (p. 158);

- Too much torque cannot get to the steering wheel and the limiter would prevent it. The lane keeping function could ask for 100 Nm if it malfunctioned, but the limiter would only give it three under any circumstances. The limiter is a small piece of software probably 100 lines of code. Ford goes to extraordinary measures to test and protect that software (p. 159);
- ISO 26262 gives guidelines for how software needs to be tested and protected. The sole purpose of arbiter and limiter is to prevent the vehicle from becoming uncontrollable (p. 160);
- Exhibit 7 was an email (p. 161);
- Exhibit 10 was dated June 17, 2020. It is 10 days after the email from Mr. Schmatz about the issues. It appeared that Mr. Schmatz was talking about identifying a root cause of what would be the LDW issue of LKS. He does not know of any other issues with LKS (p. 162);
- Sudden, unexplained speed changes at 20 to 40 mph are not good customer experiences (p. 163);
- The Mustang Mach E quick reference guide is referred. He does not see anything in the email that talks about P702 (p. 164);
- Mr. Farooqi and he were the only people testing the lane keeping features on the P702. There are two groups within Ford. ADAS group does their own testing, in addition to testing from his team (p. 165);
- He starts with the software testing on computer. Then he gets a steering gear and performs a combination of bench testing, HIL testing, then performs the vehicle testing. For P702, he believes that Quazi and he did the calibration for LCA. There was a separate team within chassis control that did the LKS calibration (p. 166);
- Within the chassis team, for lane centering Quazi did all the calibration and testing at the chassis level.. For LKS he would do the software testing for the steering gear software, but a group of calibrators would actually calibrate the lane keeping function (p. 167);
- Once the chassis team gets their work done, the ADAS team would take over and do formal testing, pre-production release testing. The testing would be iterative. Ford would build a pre-production fleet called the Voice Of Customer Fleet (VOCF). Managers would receive these fleet vehicles and test them. These vehicles are not sold to the customers but built on the production line in volume with all the production hardware and calibrations (p. 168);
- He has no idea on how many miles these vehicles would be driven possibly thousands of miles. He does not know how many vehicles would be driven (p. 169);
- MOART testing means Mother Of All Road Test. MOART would be done for new features. LCA was extensively MOART tested. In this testing, a team of engineers take a highly instrumented vehicles and drive them for 8 hours a day for a week. It could be across the country or shorter. The anomalies are recorded and examined later in more detail (p. 170);
- He does not know anything beyond his little world but any issue he was ever involved with was resolved (p. 171);

- The engineer from ADAS group performs the testing in a lot of ways (p. 172);
- The tuning of the software is vehicle specific. Calibration and tuning are one and the same (p. 173);
- He does not know the difference between European vehicles and US vehicles relative to tuning and calibration. He does not know how the drift rate limits a function of lane keeping work. He knows the camera receives a drift rate and decides if it is too high or not (p. 174);
- Drift rate is how fast the vehicle diverges from the lane laterally. If it exceeds the limited amount, the camera will not allow the intervention, and it would suppress the system. It is the same for lateral acceleration. It is different from limiter and arbiter. There are two control loops acting side by side and if the lateral acceleration exceeds the limit, the lateral acceleration controller takes over and allows the vehicle. Before the lateral acceleration limit is reached, the vehicle is following the road, or it is going to where the camera tells it to go (p. 175);
- Once it reaches that limit, instead of controlling around the camera, it controls around lateral acceleration. The system will not suppress if the lateral acceleration is too high. It will steer and continue to steer the vehicle but on a path that maintains a constant lateral acceleration. Every vehicle is calibrated differently (p. 176).

# Exhibit B

Forensic Rock

This only shows the updates with F-150 versions.

| Vehicle(s) | Version | Release Date NA | Release Date EU | Changes | Modules | Feature Unavailable |
|---|---|---|---|---|---|---|
| Mustang Mach-E, Lightning | ECG-24.8.5.6.2 | August 2024 | Not available | **Vehicle Communication**<br>A technical adjustment improves the way your vehicle receives and transmits software, resulting in a more dependable update experience. | GVM | |
| Mustang Mach-E, Lightning | ECG-24.2.5.6.1 | Aug-24 | Not available | **Vehicle Communication**<br>A technical adjustment improves the way your vehicle receives and transmits software, resulting in a more dependable update experience. | GVM | |
| Mustang Mach-E | ECG-21.2.4.10.2 | Aug-24 | Sep-24 | **Software Update Experience**<br>- This update improves the way your vehicle receives and transmits software resulting in a more dependable update experience. | GVM | |
| | | | | | | |
| Mustang Mach-E, Lightning | ECG-24.2.4.10 | Aug-24 | Sep-24 | **Enhanced Stability**<br>- Your vehicle's software update system is designed to manage its resources behind the scenes with greater efficiency, contributing to a smoother operation and a more consistent update experience.<br>- We've made background improvements to your vehicle's software to enhance your overall experience. | GVM | |

**Module Glossary**

GVM = Gateway Module

DSP = Digital Sound Processor

GVM = Gateway Module

TCU = Telematics Control Unit

APIM = Accessory Protocol Interface Module (SYNC computer)

APIM = Accessory Protocol Interface Module (SYNC computer)

TCU = Telematics Control Unit

APIM = Accessory Protocol Interface Module (SYNC computer)

APIM = Accessory Protocol Interface Module (SYNC computer)

GVM = Gateway Module

Read Me: This Document is information gathered from public sources only - where owners compiled lists of the update notes that were available at that time on their FordPass app (shown on the app or on the vehicles screen at that time) and published it.

FORD doesn't seem to have a centralized Software Release Notes page.

BlueCruise information is highlighted in yellow.

Forensic Rock

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Mustang Mach-E | 24-PU0382-BAT-DR | Jul-24 | Not available | **Optimized HVAC System**<br>**This update enhances the HVAC software to better manage battery use while idle to help extend battery life.** | HVAC | Yes (18) | APIM = Accessory Protocol Interface Module (SYNC computer)<br>GWM = Gateway Module |
| Mustang Mach-E | IPMA-24.204.8.27 | Jun-24 | Not available | This version is for vehicles upgrading from BlueCruise 1.2<br>This Ford BlueCruise 1.3 update applies to vehicles that shipped with BlueCruise 1.2 and brings improved hands-free highway driving performance to keep you hands-free longer.<br>BlueCruise 1.3 (equipped vehicles only). | IPMA | Yes (55) | APIM = Accessory Protocol Interface Module (SYNC computer)<br>GWM = Gateway Module |
| Mustang Mach-E | IPMA-24.204.8.27 | Jun-24 | Not available | This version is for vehicles upgrading from BlueCruise 1.0<br>Feature Enhancement: BlueCruise 1.3<br>This Ford BlueCruise 1.3 update brings improved hands-free highway driving performance to keep you hands-free longer, including the latest BlueCruise features - Lane Change Assist and In-Lane Repositioning as well as an upgrade to the Adaptive Cruise Control system with Predictive Speed Assist.<br>BlueCruise 1.3 (equipped vehicles only)<br>- More hands-free highway time. In our internal testing, BlueCruise 1.3 stayed engaged in hands-free mode for an average of 5 times longer compared to BlueCruise 1.0 | IPMA | Yes (39) | IPMA = Lane Departure Camera<br>ADAS = Advance Driver Assistance Systems<br>DSMC = Driver Status Monitor Camera<br>CMR = Driver Status Motion Camera<br>CCM = Cruise Control Module<br>PSCM = Power Steering Control Module<br>IPC = Instrument Panel Control Module<br>*2.1.5 Fourth was in Mustang Mach-E - also Mar-22 |
| Mustang Mach-E | ECG-24.2.4.9.1 | Jun-24 | Not available | **We've enabled new features for monitoring your vehicle's wheel alignment, wheel vibration, and battery health, providing better diagnostics and enhancing your overall driving experience.** | GWM | | IPC = Instrument Panel Control Module<br>*2.1.212.7.2 - First update - Mach-E - also Feb-22<br>GWM = Gateway Module |
| Mustang Mach-E, Lightning, Escape | ECG-24.2.4.8 | Jun-24 | Jun-24 | Enhanced Stability<br>- Your vehicle's software update system is designed to manage its resources behind the scenes with greater efficiency, contributing to a smoother operation and a more consistent update experience.<br>- This update improves the way your vehicle receives and transmits software resulting in a more dependable update experience. | GWM | | APIM = Accessory Protocol Interface Module (SYNC computer)<br>TCU = Telematics Control Unit |
| Mustang Mach-E, Lightning, Escape | ECG-24.2.4.9 | Jun-24 | Jun-24 | Enhanced Stability<br>- Your vehicle's software update system is designed to manage its resources behind the scenes with greater efficiency, contributing to a smoother operation and a more consistent update experience.<br>- This update improves the way your vehicle receives and transmits software resulting in a more dependable update experience | GWM | | APIM = Accessory Protocol Interface Module (SYNC computer)<br>TCU = Telematics Control Unit |
| Mustang Mach-E | 24-PU-CLS-CFG | Apr-24 | Jun-24 | Priority Update - Driver Display<br>Ready for What's Next<br>- This update enhances your driver display to more easily receive future software improvements, which can help make your vehicle better over time. | IPC | Yes (12) | GWM = Gateway Module |
| Mustang Mach-E | 24-PU0308-BLM-PE | Apr-24 | Aug-24 | US Release Notes:<br>Priority Update - Entry System<br>Entry Made Easy<br>- We've simplified vehicle entry for you by merging the previous entry zones into one global zone.<br>- Now, you can open any door with your phone within a few meters of the vehicle, making entry more convenient<br>EU Release Notes: | RFA | Yes (8) | APIM = Accessory Protocol Interface Module (SYNC computer) |
| Mustang Mach-E, F-150 | 24-PU0227-VI-RBS(2) | Apr-24 | Not available | Priority Update - Connectivity Experience<br>**Enhanced Stability**<br>- Your vehicle's software update system is designed to manage its resources behind the scenes with greater efficiency, contributing to smoother operation and a more consistent update experience.<br>- This update improves the way your vehicle receives and transmits software resulting in a more dependable update experience. | GWM | | |
| Mustang Mach-E, Lightning, F-150 | 23-PU0024-SCM-AUD | Mar-24 | Mar-24 | Priority Update - Audio<br>**Refined Audio**<br>This update brings a new remedy to your sound system reducing unexpected background noise for a more pleasant listening | DSP | Yes (7) | |
| Lightning, F-150 | 23-PU0507-CON-FX | Jun-23 | Not available | While you may have seen this update before, we're resending to ensure some housekeeping features are included to help further enhance your user experience.<br>SYNC update to support public WiFi (Lightning)<br>Apple Carplay "easy listening improvements" (Lightning)<br>Video streaming apps for US vehicles: YouTube, NBC News, NBC Today (F-150)<br>New games: Bridge Battle and Parking Lot (F-150) | GWM | | GWM = Gateway Module |

Forensic Rock

| | | | | | | |
|---|---|---|---|---|---|---|
| Mustang Mach-E, F-150 | 4.2.2 | Mar-23 | Not available | Improvement/adjustment of previous OTA 4.1.2 (Mach-E)<br><br>SYNC updated to Version 23071 Rev. 713 (Mach-E)<br><br>Volume knob enables control of cabin temperature, fan speed and heated seats (Mach-E)<br><br>New games: Bridge Battle and Parking Lot (Mach-E)<br><br>[illegible] | APIM, TCU | |
| Mustang Mach-E, Lightning, F-150 | 4.2.1 | Feb-23 | Not available | Improvement/adjustment of previous OTA 4.1.1<br><br>This particular update will set you up for all future ones to come. Think of it as the update that opens the door for all the others to<br><br>Ability to enter your vehicle using your Key Fob during a non-drivable update. (F150)<br><br>Pop-up alerts to inform you when a precondition is not being met so that you can take the required action to receive your update. For a non-drivable update, preconditions may include that your vehicle is parked, it's not running, all the lights are off, doors and trunk are closed, and you're not pressing the brake pedal (F150) | GWM | |
| F150, Lightning, Mustang Mach-E | 3.5.4 | Oct-22 | Not available | Minor adjustments. Support for two Bluetooth phones simultaneously | TCU | |
| 2022 F150 | 3.5.3.2 | Jan-23 | Not applicable | Dynamic Screen Resizing When you're using Android Auto™ or Apple CarPlay®, you can now make them appear on your | APIM | |
| 2021 F-150, Lightning, Mustang Mach-E | 3.5.3 | Sep-22 | Available<br><br>via FDRS | Additional games: Lane Change, Sudoku, Jigsaw Puzzler<br>After this update completes, Ford provisions Amazon Alexa feature activation in the primary owner's Connected Services account and the vehicle enables built-in Alexa support shortly<br>Enables full screen CarPlay & Android Auto on F150.<br>SYNC new design, updated to Version 22228 Rev. 539 | APIM | |
| F-150, Mustang Mach-E | 3.5.2 | Sep-22 | | Preparing your vehicle for Alexa Built-in | GWM | |
| F150, Mustang Mach-E | 22-PU0705-SCH-POPA | Sep-22 | | Minor Adjustments | | |
| F150, Mustang Mach-E | 22-PU0727-VI-FXA | Sep-22 | | Added horn and lights feature in FordPass without Bluetooth connection | | |
| F-150 Mustang Mach-E | 22-PU0707-SCH-POPB | Aug-22 | | The functionality of rear-view cameras has been improved<br>Added picture in picture capability to Trailer reverse guidance<br>Some camera views are now available while driving | APIM | |
| F-150, Mustang Mach-E | 22-PU0727-VI-FXB | Aug-22 | | Prepares for future power steering control module (PSCM) OTA updates by ensuring that a failure to de-inhibit condition is<br>Minor Adjustments<br>**BlueCruise map updates** | GWM | |
| F-150, Mustang Mach-E | 2.5.3/2.8.3 | Mar-22 | | Minor adjustments<br>Some camera views are now available while the vehicle is in<br>Added Picture-in-Picture capability to the Trailer Reverse Guidance feature<br>Updated SYNC to Software Version 22034_PRODUCT Revision 361(2.5.3)<br>Updated SYNC to Software Version 22095_PRODUCT Revision 421(2.8.3) | APIM | |
| F-150, Mustang Mach-E | 2.5.2/2.8.2 | Mar-22 | | **Enabled BlueCruise hands free driving feature**<br>Minor updates "here and there"<br>**Sixth update of several to enable BlueCruise** | GWM | |
| F-150, Mustang Mach-E | 2.5.1/2.8.1 | Mar-22 | | **Enabled driver attention monitoring camera while cruise control and lane centering are enabled, with distraction messaging to driver "Watch the road"**<br>Removed the nonfunctioning trunk button<br>Minor fine-tuning to keep everything up to date<br>**Fifth update of several to enable BlueCruise**<br>Pro Trailer Backup Assist refinements (you can now choose either the checkered target sticker or the gas tank sensor to | IPMA, ADAS, OSMC, CMR, CCM, PSCM | Yes (45) |
| F-150, Mustang Mach-E | 2.4.4/2.7.4 | Mar-22 | | Small adjustments so your vehicle can prepare for future updates<br>**Third update of several to enable BlueCruise"** | IPC | Yes (30) |
| F-150, Mustang Mach-E | 2.4.3/2.7.3 | Feb-22 | | Added an information bar on the right side of I.P.C. messages<br>Added tenths of a mile in I.P.C. odometer above 10,000<br>Added a snowflake on the I.P.C. when the temperature drops below 4°C(40F)<br>Minor updates here and there<br>Fix the battery drain due to I.P.C. backlight failing to turn off<br>**Second update of several to enable BlueCruise"** | IPC | Yes (50) |
| F-150, Mustang Mach-E | 2.4.1/2.2.1 | Feb-22 | | Fixed an issue with horn and lights feature in FordPass | GWM | |
| F-150, Mustang Mach-E, Bronco | 2.3.0/2.6.0 | Jan-22 | | Added Multi-Day OTA update scheduling for certain updates that require the vehicle to remain off for up to 30 minutes<br>Added "Update Now" function<br>Added Ford assistant. Activated by saying, "OK Ford"<br>Added speed sign recognition to the driver assistance Adaptive Cruise Control sub-menu replacing Intelligent Adaptive Cruise<br>Trailer Light Check can be activated from the FordPass app and from SYNC<br>Added Tiles game<br>Added Block s game<br>Added coloring images to sketch app<br>Added additional Apple CarPlay navigation info to the instrument cluster<br>Added EV routing for Apple Maps (iPhone reads vehicle and battery data via CarPlay)<br>Fixed large format Apple CarPlay<br>Fixed issue causing inconsistent or incorrect display of an upcoming route step progress bar in the instrument cluster when using Android Auto navigation<br>Changed volume level bar from vertical to horizontal, addressed issue where first volume adjustment didn't display visual feedback<br>Updated SYNC to Software Version 21251_PRODUCT Revision 244 (2.3.0)<br>Updated SYNC to Software Version 22047_PRODUCT Revision 415 (2.6.0)<br>Various user interface refinements, including a dismiss arrow when sliding cards downwards and several organizational refinements to the navigation app | APIM, TCU | |
| F-150, Mustang Mach-E, Bronco | 2.1.0 | Dec-21 | | Minor updates "here and there" to keep things running smoothly<br>Enabled the "Horn & Lights" button in FordPass via cellular | GWM | |

Forensic Rock

| | | | | | | |
|---|---|---|---|---|---|---|
| F-150, Mustang Mach-E, Bronco | 1.7.1 | Sep-21 | | Added remote vehicle setup using FordPass to setup profile preferences<br>Added calculator<br>Added Tic-Tac-Toe game<br>Added notes<br>Added navigation automatically making destination suggestions<br>Added new cloud connectivity combining voice commands with internet searches<br>Added Apple CarPlay displaying turn-by-turn navigation on the instrument cluster<br>Added pressing the volume knob to enable the calm screen<br>Added an "X" to the upper left corner to exit certain areas<br>Added an option to unlatch the front hood ("frunk"). Electronic frunk opening is not yet enabled on MY2021 Job 1 vehicles<br>Added large format mode for Apple CarPlay<br>Fixed ambient light graphic to no longer show the rear seats illuminated<br>Fixed SiriusXM Song/Artist alerts<br>Fixed audio settings resetting after a key cycle<br>Fixed Android Auto connection concerns<br>Fixed Sirius presets missing more than three pages after a key<br>Fixed information and entertainment screen freezing/locking up<br>Fixed Pro-Power Onboard messaging confusion after a tripped circuit breaker<br>Fixed Wi-Fi keyboard defaulting to UK English<br>Fixed WMA files not playing properly from a USB device<br>Fixed intermittent blank information and entertainment screen<br>Fixed Apple CarPlay connection concerns<br>Fixed Bluetooth connectivity concerns<br>Changed user profile icons on SiriusXM with 360L radio to larger<br>Updated SYNC to Software Version 7074_PRODUCT Firmware<br>Various bug fixes | APIM | |
| F-150, Mustang Mach-E | 1.1.0 | Jun-21 | | Added SecuriAlert (sends an alert to FordPass app when a door is opened)<br>Fine-tuned Pro Power Onboard<br>Minor bug fixes and refinements | GWM | |
| F-150, Mustang Mach-E | Q21A-2 | Apr-21 | | Bug fixes and minor refinements | | |
| F-150, Mustang Mach-E | Q21A-1 | Mar-21 | | Corrects the F-150 zone lighting battery concern<br>Bug fixes and minor refinements | | |

SOURCES:
[illegible]
[illegible]
[illegible]
[illegible]

# Exhibit C

Review of Exhibits Marked in Natalie Dostie's and John Gunderson's Depositions

30) A document titled TJA_DVP_TestData_Veh579W816 was marked as an exhibit. This document details Ford's testing of the Traffic Jam Assist Plus performance under a number of different circumstances. The vehicle specifically tested was the 579W816. (Figure 41)

| | | |
|---|---|---|
| Vehicle #: | | |
| Start Date: | | |
| Finish Date: | | |
| Previous User: | | |
| Next User: | | |

| Responsible Team | Support Contact | Task | Date Completed |
|---|---|---|---|
| VE DAT | Garage | Proving Grounds Vehicle Inspection | |
| Vehicle Dynamics | Kyle Garvin | Vehicle Dynamics hardware content updates | |
| Vehicle Dynamics | Tim Cannon | Vehicle Dynamics software content updates | |
| Vehicle Dynamics | Tim Cannon | Vehicle Dynamics subjective evaluation | |
| Chassis Steering | Quazi Farooqi | Lateral Controller tuning updates | |
| Electrical | Mark Mcpherson | Current cluster software updates | |
| Electrical | Andy Mosley | IPMA/CCM software and calibration updates | |
| Powertrain | Mark Mcpherson | Update to most recently released Powertrain SW/cal | |
| Chassis Brakes | Bryan Griffin | Update to most recently released ABS SW/cal | |
| VE DAT | Garage | Install RT and RT range | |
| VE DAT | VE DAT | Short subjective drive to ensure vehicle/feature function and safety | |

| Module | Contact Person | Notes | Date Completed | Flashed file names |
|---|---|---|---|---|
| IPMA | Jason Matthews<br>Andy Mosely<br>Bill Morris (IPMA maintenance) | | | |
| CCM | Jason Matthews<br>Andy Mosely | | | |
| ABS | Jonathon Warne | | | |
| PCM | Dominic Frankini (2.0L)<br>Kevin Aguilar (2.7L) | | | |
| SCCM | Brian Branham<br>Kim Barr | | | |
| IPC | U540 - Faysal Wahidi<br>CD539 - Evan Hamalainen | | | |
| Base EPAS | Bob Garby | | | |
| PSCM | Quazi Farooqi<br>Rachel Dockstader | | | |




**Figure 41. Cover Sheet of the 579W816 Testing Data.**

31) For this vehicle, 16 different types of tests were performed. In the Preliminary Results of the sixteen tests, two of the four tests with results had a "Failing" score. These tests were the Intended cancellation strategy test and the Hands-off escalation strategy test.

32) According to Ford, the Likely Root Cause of the failing score of 5.2, Intended cancellation strategy, was that there was a Steering Column Control Module (SCCM) issue or an ADAS Electronic Control Unit issue, which is the central processor for Ford's ADAS features. The Likely Root Cause of the failing score for 5.3, Hands off escalation strategy, was that there was an ADAS ECU software issue, and the hands-off torque threshold was too low and needed to be recalibrated. (Figure 42)

| Test # | Test Title | Test Status | Data Review Status | Preliminary results | Likely Root Cause |
|---|---|---|---|---|---|
| 5.1 | System cancellation strategy (No Lane) | Completed | Completed | Passing | |
| 5.2 | Intended cancellation strategy | Completed | Completed | Failing | SCCM or ADAS ECU issue |
| 5.3 | Hands off escalation strategy | Completed | Completed | Failing | ADAS ECU J7 5.1 issue - fixed in J7 5.2 per N. Nath Hands-off torque threshold is too low - calibration value carry-over from CD4.2. Need re-DV with finalized value |
| 5.4 | TJA+ Steady state performance on straight roads | Completed | In Progress | TBD | |
| 5.5 | TJA+ Steady state performance on curved roads | Completed | Not Started | TBD | |
| 5.6 | TJA+ response to lateral offset | Completed | Not Started | TBD | |
| 5.7 | Driver-initiated lane-change | Completed | Not Started | TBD | |
| 5.8 | TJA+ performance in a Single Line Gap | Completed | Not Started | TBD | |
| 5.9 | TJA+ performance in a Double Line Gap | Completed | Not Started | TBD | |
| 5.10 | TJA+ performance in a Single Lane Line Jump | Not Started | Not Started | TBD | |
| 5.11 | TJA+ performance while passing off-ramps | Not Started | Not Started | TBD | |
| 5.12 | TJA+ performance while driving in a lane end scenario | Not Started | Not Started | TBD | |
| 5.13 | TJA+ activation strategy as a function of the lane width | Not Started | Not Started | TBD | |
| 5.14 | TJA+ performance in a narrowing/widening lane | Not Started | Not Started | TBD | |
| 5.15 | Override ACC via accelerator pedal | Completed | Completed | Passing | |
| 5.16 | Decelerate to standstill and auto resume | Not Started | Not Started | TBD | |

**Figure 42. Scenario status of the 579W816 testing.**

33) As part of Ford's testing of the 579W816, the TJA+ Steady State performance on curved roads was tested. The purpose of this testing series was described by Ford as follows:

> *"Measure performance of the lateral control functionality in ideal conditions during steady state operation when driving in both curved roads and curve entry/exit. LKS interaction with TJA+ will be verified as well with this procedure. 5.5.2 Initialize any data acquisition systems in the VUT as required."*

34) This protocol called for testing to be done from speeds of 30 kilometers per hour (~19 mph) to 200 kilometers per hour (~124 mph), all hands-off, and using a radius of curve of 750 meters, or approximately 2460.63 feet. These tests, according to Ms. Dostie, were done specifically to address the UN/ECE requirement, which calls for certain products in Europe that have lateral control features to not exceed 3 meters per second squared of lateral acceleration. Ford noted that this testing occurred in high wind, around 15 miles per hour, and light rain. (Figure 43 – Figure 44)

3.8.4 Curve Entry/Exit + Curved Lane: Road with curvature and entry/exit into the curvature. Lane Lines A and B can be either solid (continuous) or dashed (intermittent).




Figure 3: Curve Entry/Exit + Curved Lane

$W_l$ = 3.65m±0.05m (Optional: 3.5m±0.05m) [lane width]
$D_{entry}$ = 300m – 350m [activation distance and curve entry distance]
$D_{curve}$ = according table 1 [arc length with constant curve-radius]
$D_{exit}$ = 150 m [curve exit distance]
Curvature_rate_max = $1*10^{-5}$ 1/m² [maximum rate of change of curvature]
R = according table 1 [Curvature Radii]

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R | 2000m | 1000m | 750m | 500m | 400m | 250m | <150m |
| min $D_{curve}$ | 300m | 200m | 180m | 160m | 140m | 120m | 90m |

Table 1: Curvature configuration

**Figure 43. Curve Entry/Exit +Curved Lane Test setup for the 579W816 test series.**

| Vector | Speeds [kph] | Runs | PO? | Hands On/Off? | Radius |
|---|---|---|---|---|---|
| 5.5-1 | 30 | 5 | No PO | Hands Off | 750m |
| 5.5-2 | 40 | 5 | No PO | Hands Off | 750m |
| 5.5-3 | 50 | 5 | No PO | Hands Off | 750m |
| 5.5-4 | 60 | 5 | No PO | Hands Off | 750m |
| 5.5-5 | 70 | 5 | No PO | Hands Off | 750m |
| 5.5-6 | 80 | 5 | No PO | Hands Off | 750m |
| 5.5-7 | 90 | 5 | No PO | Hands Off | 750m |
| 5.5-8 | 100 | 5 | No PO | Hands Off | 750m |
| 5.5-9 | 110 | 5 | No PO | Hands Off | 750m |
| 5.5-10 | 120 | 5 | No PO | Hands Off | 750m |
| 5.5-11 | 130 | 5 | No PO | Hands Off | 750m |
| 5.5-12 | 140 | 5 | No PO | Hands Off | 750m |
| 5.5-13 | 150 | 5 | No PO | Hands Off | 750m |
| 5.5-14 | 160 | 5 | No PO | Hands Off | 750m |
| 5.5-15 | 170 | 5 | No PO | Hands Off | 750m |
| 5.5-16 | 180 | 5 | No PO | Hands Off | 750m |
| 5.5-17 | 190 | 5 | No PO | Hands Off | 750m |
| 5.5-18 | 200 | 5 | No PO | Hands Off | 750m |

**Figure 44. Test vectors for the for the 579W816 test series.**

35) Ford produced the results seen in Figure 45 for their testing of the 579W816 vehicle.

| Test Results | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vector | Test Velocity (kph) | Curvature Radius (m) | PO | Run# | File Name | Comments | Mean Lat Pos in Lane | Std Lat Pos in Lane | Max Dev from Center | Min Lat Clearance | Peak Ay | Peak Jerk | Warning Trigger Pos | Cancel? |
| [illegible] | [illegible] | [illegible] | [illegible] | 1 | [illegible] | [illegible] | | | | | | | | |
| 5.5-6 | 80 | 750m | No PO | 2 | TJA_11 19 2019_134323 | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | 3 | [illegible] | | | | | | | | | |
| 5.5-6 | 80 | 750m | No PO | 4 | TJA_11 19 2019_134942 | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | 5 | [illegible] | | | | | | | | | |
| 5.5-7 | 90 | 750m | No PO | 1 | | | | | | | | | | |
| 5.5-7 | 90 | 750m | No PO | 2 | | | | | | | | | | |
| 5.5-7 | 90 | 750m | No PO | 3 | | | | | | | | | | |
| 5.5-7 | 90 | 750m | No PO | 4 | | | | | | | | | | |
| 5.5-7 | 90 | 750m | No PO | 5 | | | | | | | | | | |
| [illegible] | 100 | [illegible] | No PO | 1 | [illegible] | [illegible] | | | | | | | | |
| 5.5-8 | 100 | 750m | No PO | 2 | TJA_11 19 2019_140423 | updated LMC tq limit to correct value, some large deviations due to clearing hands off warnings | | | | | | | | |
| [illegible] | [illegible] | [illegible] | No PO | 3 | [illegible] | | | | | | | | | |
| 5.5-8 | 100 | 250m | No PO | 4 | TJA_11 19 2019_140943 | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | 5 | [illegible] | | | | | | | | | |
| 5.5-8 | 100 | 750m | No PO | 6 | TJA_11 19 2019_141455 | | | | | | | | | |
| 5.5-9 | 110 | 750m | No PO | 1 | | | | | | | | | | |
| 5.5-9 | 110 | 750m | No PO | 2 | | | | | | | | | | |
| 5.5-9 | 110 | 750m | No PO | 3 | | | | | | | | | | |
| 5.5-9 | 110 | 750m | No PO | 4 | | | | | | | | | | |
| 5.5-9 | 110 | 750m | No PO | 5 | | | | | | | | | | |
| [illegible] | 120 | [illegible] | [illegible] | 1 | [illegible] | | | | | | | | | |
| 5.5-10 | 120 | 750m | No PO | 2 | TJA_11 19 2019_142215 | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | 3 | [illegible] | | | | | | | | | |
| 5.5-10 | 120 | 750m | No PO | 4 | TJA_11 19 2019_142614 | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | 5 | [illegible] | | | | | | | | | |
| 5.5-11 | 130 | 750m | No PO | 1 | | | | | | | | | | |
| 5.5-11 | 130 | 750m | No PO | 2 | | | | | | | | | | |
| 5.5-11 | 130 | 750m | No PO | 3 | | | | | | | | | | |
| 5.5-11 | 130 | 750m | No PO | 4 | | | | | | | | | | |
| 5.5-11 | 130 | 750m | No PO | 5 | | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | 1 | [illegible] | | | | | | | | | |
| 5.5-12 | 140 | 750m | No PO | 2 | | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | No PO | 3 | | | | | | | | | | |
| 5.5-12 | 140 | 750m | No PO | 4 | | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | 5 | | | | | | | | | | |
| 5.5-13 | 150 | 750m | No PO | 1 | | | | | | | | | | |
| 5.5-13 | 150 | 750m | No PO | 2 | | | | | | | | | | |
| 5.5-13 | 150 | 750m | No PO | 3 | | | | | | | | | | |
| 5.5-13 | 150 | 750m | No PO | 4 | | | | | | | | | | |
| 5.5-13 | 150 | 750m | No PO | 5 | | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | No PO | 1 | [illegible] | [illegible] | | | | | | | | |
| 5.5-12 | 160 | 250m | No PO | 2 | | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | No PO | 3 | | | | | | | | | | |
| 5.5-12 | 160 | 250m | No PO | 4 | | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | 5 | | | | | | | | | | |

**Figure 45. Test results for the for the 579W816 test series.**

36) There were a few comments on certain tests. On test 5.5-8, there is a comment that the vehicle "drifted out of lane – LMC tq limit incorrect. Saw LCA, LDW." From this comment, it appears that the Lateral Motion Controller did not give the correct torque limit, which is why the vehicle drifted out of the lane when it should not have. In run two of 5.5-8, the LMC torque limit was updated to the correct value, though there were large deviations due to clearing the hands-off warnings. (Figure 46)

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5.5-8 | 100 | 750m | No PO | 1 | [illegible] | [illegible] | | | | | | | | |
| 5.5-8 | 100 | 750m | No PO | 2 | TJA_11 19 2019_140423 | updated LMC tq limit to correct value, some large deviations due to clearing hands off warnings | | | | | | | | |
| [illegible] | [illegible] | [illegible] | No PO | 3 | [illegible] | | | | | | | | | |
| 5.5-8 | 100 | 250m | No PO | 4 | TJA_11 19 2019_140943 | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | 5 | [illegible] | | | | | | | | | |
| 5.5-8 | 100 | 750m | No PO | 6 | TJA_11 19 2019_141455 | | | | | | | | | |

**Figure 46. 5.5-8 Test results for the 579W816 test series.**

37) For Test 5.5-12, the second set, five runs were done at 160 kilometers per hour (99 mph) with a curvature radius of 250 meters (~820 feet). For the first run, Ford commented that the vehicle did not drift out of the lane, thereby indicating a successful test for the lane-centering assist feature. (Figure 47) This is a higher test speed than the subject Wooten Ford vehicle, and the radius of curvature in this test is smaller than the radius of curvature at the subject location.

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | 250m | No PO | 1 | [illegible] | [illegible] | | | | | | | | |
| 5.5-12 | 160 | 250m | No PO | 2 | | | | | | | | | | |
| [illegible] | [illegible] | 250m | No PO | 3 | | | | | | | | | | |
| 5.5-12 | 160 | 250m | No PO | 4 | | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | No PO | 5 | | | | | | | | | | |

**Figure 47. 5.5-12 Test results for the 579W816 test series.**

Forensic Rock

38) The Calibration and Software Tuning Report, specifically titled "Ford Global Chassis Steering Controls Feature Functional Testing Report," was marked as Exhibit 3 in Natalie Dostie's deposition and Exhibit 9 in John Gunderson's deposition. This document describes testing of the Lane Keeping, including LKA and LDW (Lane-Keeping Assist and Lane Departure Warning, respectively), system, including the LACOO and HOOD (Hands on/off detection) units, in a 2021 platform P702. This testing was conducted on November 15, 2019 and the purpose was to validate the function of the LKS_ext function FIH software as embedded software in a production-like vehicle and on a production-like gear for the P702 program.

39) The testing was performed on various P702 gears with various software builds, and different tests were also performed respective to certain software releases. (Figure 48)

### 1.1 Discussion of Software Version

The testing discussed herein was performed on various P702 gears with the following software builds:

| Software P/N | Nexteer Version # | LKS_ext Label |
|---|---|---|
| ML34-14D003-AB001 | Nexteer ver 5.2.4 | LKS_ext_05_01_02_05 |
| ML34-14D003-AB003 | Nexteer ver 5.4.0 | LKS_ext_05_01_02_05 |
| ML34-14D003-AB008 | Nexteer ver 6.1 | LKS_ext_05_02_02_05 |
| ML34-14D003-AB008-DEV | Nexteer ver 7.00 FEC PSR Sprint 00 ANC and LDW | LKS_ext_05_01_02_05 |

The following table maps the tests performed to the respective software release.

| Software Release | HIL DVM Paragraph # |
|---|---|
| ML34-14D003-AB001<br>ML34-14D003-AB008 | 3.2 LDW Torque Test |
| ML34-14D003-AB001<br>ML34-14D003-AB008 | 3.4 LKA Torque Suppression, LCWA Activation and Increased Intervention Tests |
| ML34-14D003-AB001<br>ML34-14D003-AB008 | 3.5 LDW Turn Indicator Suppression |
| ML34-14D003-AB001<br>ML34-14D003-AB008 | 3.6 LDW Vehicle Speed Suppression |
| ML34-14D003-AB001<br>ML34-14D003-AB008 | 3.7 LKA Vehicle Speed Suppression |
| ML34-14D003-AB001<br>ML34-14D003-AB008 | 3.8 LACOO Functioning |
| ML34-14D003-AB001<br>ML34-14D003-AB008 | 3.9 HOOD Functioning |
| ML34-14D003-AB001<br>ML34-14D003-AB008 | 3.10 Lateral Controller Functioning |
| ML34-14D003-AB003 | Para TBD- LCWA LACOO, LKA and LMC Functioning |
| ML34-14D003-AB008-DEV | Bench Verification of LDW ECU delay (see para 5) using Nexteer PSR software release. |

**Figure 48. Discussion of Software Version testing for the P702 Platform.**

40) Again, testing was conducted on November 15, 2019, in the afternoon, under overcast and slightly breezy conditions. The vehicle tests were conducted at Dearborn Development Center in Dearborn, Michigan. The Lane-Keeping System and Lane Departure Warning tests were done on low and high-speed tracks at the Dearborn Development Center. The CANape 14 PC Software was used to collect analog data from the in-vehicle testing. (Figure 49)

## 3 Common to all Tests

### 3.1 Vehicle

| Attribute | Data |
|---|---|
| Year | 2021 |
| Name/Platform | P702 |
| Tag Number | 579W666 |
| Base Software | ML34-14D003-AB008 |
| Calibration | ML34-14D007-BC016FIH03 |

### 3.2 Environmental

| Attribute | Data |
|---|---|
| Date | 11/15/19 |
| Time | Afternoon |
| Temperature | 2°C |
| Location | DDC (vehicle Tests)<br>Building 4 (Chassis HIL)<br>FN2/EVB (Bench) |
| Conditions | Overcast with Slight Breeze |

### 3.3 Test Track / Test Site

| Test | Surface |
|---|---|
| LKS/LDW | DDC- Low and High Speed Tracks |
| | |
| | |

### 3.4 Equipment

| Attribute | Data |
|---|---|
| PC Software: | CANape 14 |
| CAN Hardware: | VN1610 |
| Cables: | Standard OBDII |
| Extra Hardware: | None |

### 3.5 Participants

| Attribute | Data |
|---|---|
| Driver: | Ralph Gunderson |
| Tuner: | None |
| Other Participants: | --- |

**Figure 49. Testing Specifications common to all tests for the P702 Platform testing.**

41) The Vehicle Test Data and Results indicated that on straight road tests, there were LKA interventions on both the left and right sides. For Left Curves, there were LKA inventions on both the left and right sides. For Right Curves, there was an LKA intervention on the right side, though the conditions of the test track did not allow for a left intervention while in the right curve. The suppression of intervention was also verified upon activation of a turn signal for both left and right Lane Departure Warning interventions. (Figure 50)

# 4 Vehicle Test Data and Results

Functional testing in a DCV vehicle was performed to activate the LKA and LDW to verify full functionality within an integrated vehicle. The test data is stored at: C:\Users\jgunder2\Documents\Software Builds\P702\CANapeConfigs\ and includes the following data recordings and descriptions.

| Recording File Name | Recording Description |
|---|---|
| 579W666_Straight_RI&LI.MF4 | LKA interventions on both the left and right sides while on a nominal straightaway. |
| 579W666_LeftCurve_LI&RI.MF4 | LKA interventions on both the left and right sides while in a left curve. |
| 579W666_RightCurve_RI.MF4 | LKA interventions on the right sides while in a right curve. Note, the conditions of the track did not allow for a left intervention while in a right curve. |
| 579W666_LDW_LIs&RIs.MF4 | LDW interventions (left and right) including activation of the turn signal during a right and left intervention to verify proper suppression of the intervention. |

**Figure 50. Vehicle Test Data and Results for the P702 Platform testing.**

42) From their testing, Ford discovered a known issue that was the ECU 2 torque delay. In vehicles, this issue caused an LDW intervention, likely the steering wheel vibration, to be felt at a much lower level than what would have been expected. Ford believes that in a following Nexteer software release, the calibration parameter would be made functional. (Figure 51)

# 5 Known Issues

## 5.1.1 ECU 2 torque delay issue

During testing it was found that ECU 2 has a delay in it's output torque with respect to the torque output from ECU 1. The delay has been measured to be between 20 and 36 milliseconds. Figure 5 in appendix A shows an example LDW intervention with the delay at approximately 20 milliseconds. This delay will affect the LDW torque output because the LDW frequency is nominally 20 Hz. The worst case 36 millisecond delay causes the LDW torque from ECU 1 and ECU 2 to be approximately 260° out of phase, resulting in a summed wave form from the two torques that largely cancel out. This was in fact observed in vehicles; when an LDW intervention was initiated in a vehicle, the intervention was felt at a much lower level that would have been expected. Nexteer provided a Prototype Software Release (PSR) build with a tuning parameter intended to allow the ECU 1 torque output to be delayed by a calibratable amount so that the torque from the 2 ECU's could be aligned. When tested, it was found that the torque from the 2 ECU's was in fact aligned sufficiently to allow for a nominal intervention (shown in Figure 6 of appendix A). However, the calibration parameter provided by Nexteer did not affect the delay of the ECU torque output. When this info was provided to Nexteer, they said that the cal parameter had to be changed on both ECU's. This was again tested with the same result- changing the cal parameter had no affect on the ECU 1 torque delay. This information was provided to Nexteer in an email with CANape data. It was reported back that Nexteer had in fact found this same issue and that it would be corrected in the 1.0 release of v7.x, expect to be received Friday 11/15/19. In the interim, we have agreed to validate the Nexteer v6.1 software for FEC with the understanding that even though we cannot calibrate the delay, the torque from the 2 ECU's is aligned so that we can expect a nominal LDW torque response. In addition, we expect that Nexteer's next release will not change the alignment of the LDW torque from the 2 ECU's and that the calibration parameter will be made functional in the next Nexteer software release.

**Figure 51. Known Issue with the ECU 2 Torque Delay for the P702 Platform testing.**

43) From their November 15, 2019, testing of the P702 Platform, Ford created figures reflecting how the LKA interventions performed in different scenarios. In the LKA Interventions for the Left Hand Curve, the test showed that the LKA torque request acted in the correct direction and moved the center of the lane for both the left and right interventions. (Figure 52) In the LKA Interventions for the Right Hand Curve, the test showed that the LKA torque request acted in the correct direction and correctly moved the vehicle to the center of the lane, though only the right intervention was able to be tested. (Figure 53)

**Figure 2- P702 Tag # 579W666 LKA Interventions in Left Hand Curve**



**Figure 52. LKA Interventions in Left Hand Curve for the P702 Platform testing.**

**Figure 3- P702 Tag # 579W666 LKA Interventions in a Right Hand Curve**



**Figure 53. LKA Interventions in Right Hand Curve for the P702 Platform testing.**

44) A Safety V&V Report for Ford's Lane Keeping System was marked as Exhibit 4 in Natalie Dostie's deposition. This is a verification and validation document that identifies safety guidelines for quality management of the Lane Keeping System. (Figure 54)

**Overview**

The LKS safety process has idenitified that the highest rating for SGs is "QM"
Safety requirements allocated from the base EPAS FSC (see Ref.) to LKS do also require "QM" as highest rating
Due to the fact that the highest overall safety impact is "QM" no FSC and other FFSDs according to the Ford safety process will be generated
In oder to ensure that the "QM" rated safety requirements are implemented this document will be created. The table below includes the QM rated safety requirement as derived from
- LKS HARA
- the base EPAS FSC (see Ref.)
In addition to the requirements the assumption from the LKS HARA are listed in order to verify the correctnes of the assumptions.

**Figure 54. Overview of the LKS Safety V&V Report.**

45) In the Safety V&V Report, Safety Guideline 0101 describes that LKAid shall be able to ensure that the applied steering torque steers the vehicle into the lane center direction. (Figure 55) Ford also relays that there are quality management requirements that must be met of their LKAid system, including that the IPMA shall ensure that the target point is always within the detected lane boundaries and the LKAid torque calculation shall ensure that the vehicle is always steering to the target point direction. (Figure 56)

SG_01_01 LKAid shall ensure that the applied steering torque steers the vehicle into the lane center direction

**Figure 55. SG 0101 in the Safety V&V Report.**

| Concept | Requirements & Allocation | V&V Method | V&V Acceptance |
|---|---|---|---|
| | | | |
| LKAid:<br>LKAid is designed to steer the vehicle always back to lane center if an unintended lane change is detected | The following requirements shall be implemented<br>IPMA:<br>IPMA shall ensure that the target point is always within the deteted lane boundaries<br><br>EPAS/PSCM:<br>LKAid torque calculation shall ensure that the vehicle is always steered to the target point direction | Confirmation of<br><br>That the requirements are included in specification and/or implemented in the feature / function models | Review of<br><br>i) Requirement exists or<br>ii) Feedback of implementation statement |

| Feedback Result | Responsible | Date | Review Result | Responsible | Date |
|---|---|---|---|---|---|
| | | | | | |
| i)<br>EPAS/PSCM:<br>REQ-194207 Controlled Vehicle Heading<br><br>ii)<br>IPMA:<br>Target point calculation is implemented in IPMA model phase 5 and later | T. Katemann<br><br>B. Lass | 12/2/2018 | EPAS/PSCM Req. exists and IPMA target point calculation is implemented | R. Kleneke | 12/3/2018 |
| +ii)<br>EPAS LKS Calibration & Validation ensures that LKAid torque intervention works as intended | A. Benok | 12/3/2018 | Cal-Val Guide checks intended function of LKAid | R. Kleneke<br>G. Wagner<br>S. Klain<br>A. Benak | 12/3/2018 |

**Figure 56. Quality Management Requirements for the LKAid System.**

46) Ford describes two functional safety requirements for the Lane Keeping System. The first set of requirements, 2.02.X, describes that one or a mix of the following requirements shall be implemented by each feature in order to cover each situation (Figure 57):

- F-S-Req 2.02.1.1: Feature shall suppress any torque request in special driving situations including rearward driving, driving at physical limits, and hands off driving.
- F-S-Req 2.02.2.1: Feature shall prevent unintended torque requests in special driving situations including rearward driving, driving at physical limits, and hands off driving.
- F-S-Req 2.02.3.1: C0 controllability shall be proven via controllability testing in special driving situations including rearward driving, driving at physical limits, and hands off driving.

| FSRs as allocated within the base EPAS FSC (Ref. 3) to LKS | | | |
|---|---|---|---|
| F-S-Req 2.02.X | One or a mix of the following requirements shall be implemented by each feature in order to cover each of the single situations<br><br>F-S-Req 2.02.1.1 Feature shall suppress any torque request in special driving situations<br>- rearward driving<br>- driving at physical limits (ESC may be active)<br>- hands off driving<br><br>F-S-Req 2.02.2.1<br>Feature shall prevent unintended torque requests in special driving situations<br>- rearward driving<br>- driving at physical limits (ESC may be active)<br>- hands off driving<br><br>F-S-Req 2.02.3.1<br>C0 controllability shall be proven via controllability testing in special driving situations:<br>- rearward driving<br>- driving at physical limits (ESC may be active)<br>- hands off driving | QM | The C3 limitation for general driving conditions is rated for a lower driver controllability for the following identified drivings conditions (the ratings need to be confirmed by vehicle level controllability testing)<br>- rearward driving<br>- driving at physical limits (ESC may be active)<br>- hands off driving<br>The features need to asses corresponding driving situations (based on feature aspects)<br><br>In the case that the feature is not designed for such a situation, a torque suppression on feature level shall be implemented. e.g. this could be an example for LKAid: the algorithm is designed for forward driving and is not intended for rearward driving, therefore this function should be suppressed during rearward driving situations. In the case the feature is active under this condition an unintended torque needs to be prevented by functional implementation. e.g this could be an example for LKAid: LKAid generates also support for the hands-off driver, the unintended generation under hands-off driving should be prevented by feature implementation. Another possibility for the feature is, to show C0 controllability of feature torque characteristic (failure torques) in the identified driving conditions. e.g. the ramp-in of PDC may be so slow that the impact on controllability remains C0, even for those special conditions. |

**Figure 57. F-S-Req 2.02.X for the Lane Keeping System**

47) The F-S-Req 2.02.X also gives Concepts and Requirements and Allocations for the LKAid and LKAlert system. For LKAid, the concepts are that a) LKAid will suppress any torque request and prevent unintended torque requests when driving rearwards and when driving at physical limits, and b) in case of LKAid intervention, LKAid improves usually the controllability also for hands off driving. For Requirements and Allocation of LKAid, it shall be implemented that there be 1) termination / suppression of LKAid intervention in case of an ESC event, and 2) termination / suppression of LKAid intervention in case of rearward driving. Further, LKAid shall ensure that the applied steering torque steer the vehicle into the center of the lane. (Figure 58)

| Concept | Requirements & Allocation |
|---|---|
| LKAid:<br>a) LKAid will suppress any torque request and prevent unintended torque requests when driving rearwards and when driving at physical limits<br><br>b) In case of LKAid intervention, LKAid improves usually the controllability also for hands off driving. Therefore F-S-Req 2.02.2.1 is selected for hands-off driving | a) the following requirements shall be implemented<br><br>1) Termination / Suppression of LKAid intervention in case of an ESC event<br>--> EPAS/PSCM<br>2) Termination / Suppression of LKAid intervention in case of rearward driving<br>--> IPMA<br><br>b) LKAid shall ensure that the applied steering torque steers the vehicle into the lane center direction (SG01) |

**Figure 58. F-S-Req 2.02.X Concept and Requirements and Allocation for LKAid.**

48) For LKAlert, the F-S-Req 2.02.X establishes the concepts that a) LKAlert will suppress any torque request and prevent unintended torque requests when driving rearwards and when driving in physical limits, and b) for LKAlert, C0 controllability shall be proven via controllability testing for the hands-off driving situation. For requirements and allocation of LKAlert, it shall be implemented that 1) there be termination / suppression of LKAlert warning in case of an ESC event and 2) there be prevention of LKAlert warning in the case of rearward driving. (Figure 59)

| Concept | Requirements & Allocation |
|---|---|
| LKAlert:<br>a) LKAlert will suppress any torque request and prevent unintended torque requests when driving rearwards and when driving at physical limits.<br><br>b) For LKAlert, C0 controllability shall be proven via controllability testing for the hands-off driving situation | a) the following requirements shall be implemented:<br><br>1) Termination / Suppression of LKAlert warning in case of an ESC event --> EPAS/PSCM<br>2) Prevent LKAlert warning in case of rearward driving --> IPMA |

**Figure 59. F-S-Req 2.02.X Concept and Requirements and Allocation for LKAlert.**

49) The second set of Functional Safety Requirements, 2.03.X, describes that one or a mix of the following requirements shall be implemented by each feature (Figure 60):

- F-S-Req 2.03.1.1: Feature shall prevent torque requests when the vehicle speed is below min_feature_speed.
- F-S-Req 2.03.2.1: Provide evidence that the feature torque cannot lead to falling from the car jack
- F-S-Req 2.03.3.1: Provide evidence that the feature torque cannot lead to injury of the service personnel when vehicle is hoisted.

| |
|---|
| One or a mix of the following requirements shall be implemented by each feature<br><br>F-S-Req 2.03.1.1:<br>Feature shall prevent torque requests when vehicle speed is below min_feature_speed<br><br>F-S-Req 2.03.2.1:<br>Provide evidence that the feature torque cannot lead to falling from the car jack.<br><br>F-S-Req 2.03.2.2:<br>Provide evidence that the feature torque cannot lead to injury of the service personnel when vehicle is hoisted. |
| The vehicle is at standstill under this (car jack / hoisted vehicle) condition. The Safety Goal shall prevent that the vehicle may fall from the car jack due to the feature torque and that the service personnel may get injured due to the feature torque when working at the front wheels. There are two strategies for this Safety Goal. One strategy is to prevent the torque request during standstill condition. This prevention is cascaded to the individual feature, as the limiter cannot decide if a feature needs to be active at standstill. |

**Figure 60. F-S-Req 2.03.X for the Lane Keeping System**

50) F-S-Req 2.03.X also gives Concept and Requirements and Allocation for LKAid and a Concept for LKAlert. The concept is that LKAid will prevent any torque request when driving below LA_LACOO_VSPD_LKA_MIN according to F-S-Req 2.03.1.1. The requirement is that there be 1) termination / suppression of LKAid intervention in case of vehicle speed below 40 kilometers per hour (~25 mph). (Figure 61)

| Concept | Requirements & Allocation |
|---|---|
| LKAid:<br>LKAid will prevent any torque request when driving below LA_LACOO_VSPD_LKA_MIN according to F-S-Req 2.03 1.1 | The following requirements shall be implemented:<br><br>1) Termination / Suppression of LKAid intervention in case of vehicle speed below 40 km/h --> EPAS/PSCM |

**Figure 61. F-S-Req 2.03.X Concept and Requirements and Allocation for LKAid.**

51) In the Safety V&V Report, Ford also gives eight Assumptions, A1.01, A1.02, A1.03, A1.04, A1.06, A1.11, A1.12, and A1.13 as derived within the LKS PHA.. (Figure 62)

| Assumptions as derived within this LKS PHA | | | |
|---|---|---|---|
| A1 01 | The LKAid andLKAlert torque is limited within base EPAS at the interface to a level which is C0 controllable under general driving conditions<br>The limitation (implementation and V&V activities including ISO process) is under base EPAS control<br>The LKS PHA is therefore performed under the assumption that C0 limiters are in place<br><br>This limitation works in case of torque ramp in, torque ramp out and also in case of toggling torque demand such that the driver controllability is C0 under general driving conditions | N/A | This limitation within base EPAS is needed in order to mitigate the risk of the LKS feature itself<br><br>The EPAS limitation reduces the risk for LKS failures (wrong torque demand of any kind) to QM and allows the implementation from this point of view with QM<br><br>Can be closed with PHA<br>The EPAS limitation is the basis for hazard rating |
| A1.02 | There exist a Monitor by base EPAS implemented ASIL-D compliant. The Monitor is able to disable LKAlert torque request path. Base EPAS ASIL-D Monitor calibration ensures C0 controllability for LKAlert active with all functions (respective their monitors) not excluded by Arbiter. The covered situations are regarding general driving scenarios (see base EPAS HARA and A1 2). C0 Monitor calibration considers also driving in special situations, narrow road, hands-off driving | N/A | POC is not planned to be disabled at any time, so C0 controllability must be ensured for POC always active with all combinations of enabled/disabled functions<br>C0 for special driving conditions is verified by V&V activities |
| A1 03 | It is assumed that the LKS hazards (torque demands) occur anytime independent of the fact that LKS is selected active or inactive by the driver<br>I.e. a LKS active interval is not applied to reduce the exposure of such a risk or to prevent a failure from occuring | N/A | The exposure could be reduced when most drivers would activate LKS only for a few situations. For hazard rating a permanent active LKS leads to a conservative exposure rating<br>However, it prevents clarification and justification for LKS active situations<br><br>Can be closed with PHA<br>The EPAS limitation is the basis for hazard rating |
| A1 04 | The LKS features<br>- LKAid<br>- LKAlert<br>are driver assistance functions and are only intended to support the driver. The driver is still responsible to observe the driving situation/traffic and to maintain control of the vehicle. The driver needs to be aware that he cannot rely on the features and shall not misuse the features for autonomous (hands-off) driving (see also A1 11)<br><br>This needs to be stated withing the driver manual | N/A | This assumption is needed to:<br>- Confirm the drivers responsibility for vehicle control even in a vehicle equipped with assistance features like LKAlert and LKAid |
| A1 06 | The LKAid torque is limited by EPAS such that for a hands-on driver a C0 controllability for general driving situations is given. This limitation leads to a C1 controllable level in case of a hands-off driving for general driving situations<br>*Note: LKAid specific driving situations are part of this HARA.* | N/A | The assumption is based on the controllability arguments provided within the base EPAS PHA<br>These base EPAS arguments will be verifed by the base EPAS process (i.e. controllability tests) |
| A1 11 | The legal requirements for Corrective-Steering-Functions (CSF) which are defined in UN-ECE-R79 (WP29-171-06e.pdf) are considered in system design and can be fulfilled by implementing the following items.<br>- Each Aid intervention needs to be indicated to the driver (minimum 1 second and as long as they occur)<br>- Acoustic Warning must occur when the Aid intervention duration is more than 10 seconds (passenger cars)<br>- Acoustic Warning must occur when in a rolling interval of 180 seconds two interventions with Hands-Off are detected | N/A | This assumption is needed to:<br>- Confirm the drivers responsibility for vehicle control even in a vehicle equipped with assistance features like LKAlert and LKAid<br>- Justify the exposure rating for the hands-off driving misuse situation |
| A1 12 | A LKAlert vibration without a time limitation (worst case permanently) has no other impact on driver steering control as a short intervention. The only difference could be a durability issue with regard to the mechanic of the steering<br><br>It is assumed that the mechanical design is such that no such durability problem can occur due to such a vibration<br>The durability aspects may consider the effect that any driver will only do limited driving with such a permanent vibration as it is annoying to the driver | N/A | Is needed to ensure mechanical integrity of the steering even in case of permanent - under consideration of driver annoyance - LKAlert vibration |
| A1 13 | LKAid will be suppressed on steering torque level (e.g. by arbiter) in case of a continous steering feature is active. If continous steering support feature provides "corrective steering functionality", the potential risk has to be evaluated by this feature. | N/A | This assumption is needed to justify the exposure rating for the hands-off driving situation (forseeable misuse) |

**Figure 62. Assumptions as derived within the LKA PHA in Safety V&V Report.**

52) For these assumptions, concepts and requirements and allocations were given as seen in Figure 63. Of note, assumption A1.11 notes that LKAlert cannot be misused as a lane keeping function as it provides vibration only to warn the driver. Further, LKAid is intended to support also an unaware hands-off driver in case that the lane is left, therefore a hands-off suppression is not possible. LKAid is also designed in such that it does not keep the vehicle continuously in the center of the lane, and it is only activated when it is already identified that the lane will be left. LKAid can also be overruled by the driver due to torque limitation and LKAid torque intervention is deactivated in case of a driver counter steer. (Figure 63)

| | Concept | Requirements & Allocation |
|---|---|---|
| A1.01 | Test of C0 controllability for special driving situation covered in V&V Method for F-S-Req 2.02 3.1 | Controllability Testing |
| A1.02 | C0 controllability for general driving is covered by monitor calibration (controllability)<br><br>Test of C0 controllability for special driving situation covered in V&V Method for F-S-Req 2.02 3.1 (see above) | See test results from controllability testing for C0 monitor calibration<br><br>See V&V Method for F-S-Req 2.02 3.1 |
| A1.03 | n/a | n/a |

| | Concept | Requirements & Allocation |
|---|---|---|
| A1.04 | Ensure that the relevant information is included within the driver manual | Driver manual |
| | Test of C1 controllability for hands off driving | Controllability Testing |
| A1.06 | | |
| A1.11 | The following concepts are applied by the LKS features in order to not enforce the misuse of LKS features for "hands-off" driving | LKS general:<br>An argument will be inserted in the driver manual stating that the driver is in control despite the support which is given by LKS functions |
| | | LKAlert:<br>LKAlert cannot be misused as a lane keeping function as it provides vibration only to warn the driver |
| | | LKAid:<br>LKAid is intended to support also an unaware hands-off driver in case that the lane is left. Therefore a hands off suppression is not possible<br><br>1) LKAid is designed such that it does not keep the vehicle continuously in the centre of the lane. It is only activated when it is already identified that the lane will be left<br><br>2) LKAid can be overruled by the driver due to torque limitation and LKAid torque intervention is deactivated in case of a driver countersteer |

| | Concept | Requirements & Allocation |
|---|---|---|
| A1.12 | Robust mechanical design to withstand the stress and loads as induced by even too long LKAlert vibrations. | HW design |
| A1.13 | Check if program supports a continous steering feature. If yes, check that LKAid torque interface is suppressed by arbiter if the continous steering feature is active | N/A<br><br>Improvement proposal: Lkaid specific arbiter tuning guide shall be specified for future programs |

**Figure 63. Concept and Requirements and Allocations for Assumptions A1.01, A1.02, A1.03, A1.04, A1.06, A1.11, A1.12, and A1.13.**

53) A Hazard Analysis and Risk Assessment for Ford's Lane Keeping System was marked as Exhibit 5 in Natalie Dostie's deposition. The purpose of this Hazard Analysis is to identify and categorize the potential hazards of the item and to formulate safety goals related to prevention or mitigation of these hazards in order to achieve an acceptable residual risk. The tasks of the Preliminary Hazard Analysis are to identify and categorize potential hazards of an item, formulate safety goals related to the prevention or mitigation of these hazards in order to achieve an acceptable residual risk, and evaluate the item with regard to its safety implications. (Figure 64)

The purpose of the Preliminary Hazard Analysis is to identify and categorize the potential hazards of the item and to formulate safety goals related to the prevention or mitigation of these hazards in order to achieve an acceptable residual risk. For this, the item is evaluated with regard to its safety implications. Safety goals and their assigned Automotive Safety Integrity Level (ASIL) are determined by a systematic evaluation of hazardous situations. The rationale of the ASIL determination considers the estimation of the impact factors, that is, severity, probability of exposure and controllability.

The tasks of the Preliminary Hazard Analysis are
- identification and categorization of potential hazards of the item
- formulation of safety goals related to the prevention or mitigation of these hazards in order to achieve an acceptable residual risk
- evaluation of the item with regard to its safety implications

**Figure 64. Preliminary HARA purpose and tasks definition.**

54) Within their Hazard Analysis and Risk Assessment, Ford provided a list of Guide Words that were used in their analysis and their interpretation with regard to system function. On this list of guide words, Ford defines LKAid as the "Generation of a steering wheel intervention (torque demand) to steer the vehicle back into the lane when the vehicle intends to leave the lane without usage of a turn indicator." Further, Ford defines LKAlert as "Generation of a steering wheel vibration (oscillating steering torque demand) to warn the driver when the vehicle leaves the lane without usage of a turn indicator." (Figure 65)

| | Guide words used in this analysis and their interpretation with regard to system function | | |
|---|---|---|---|
| | | Lane Keeping System (LKS) | |
| | | LKAid | LKAlert |
| Guide Word | Explanation | Function 01 - LKAid<br>Generation of a steering intervention (torque demand) to steer the vehicle back into the lane when the vehicle intends to leave the lane without usage of turn indicator | Function 11 - LKAlert<br>Generation of a steering wheel vibration (oscillating steering torque demand) to warn the driver when the vehicle leaves the lane without usage of turn indicator |
| No | The expected function is not performed at all or there is no result | F_01_01<br>No generation of an LKAid steering intervention when the vehicle leaves the lane (LKAid situation) | F_11_01<br>No generation of LKAlert vibration when the vehicle leaves the lane (LKAlert situation) |
| Unintended | The function is performed or a result is delivered when not appropriate | The unintended generation of a torque within the limits of the base EPAS C0 limiter (for general driving conditions, i.e. independent of an LKAid situation) is addressed within the base EPAS HARA (see also A1 01) | The unintended generation of a vibration torque within the limits of the base EPAS C0 ~~limiter~~ Monitor (for general driving conditions, i.e. independent of an LKAlert situation) is addressed within the base EPAS HARA (see also A1 02) |
| Early | The function is performed or the result is delivered too early | Subset of unintended LKAid torque generation (general driving condition)<br><br>In case of an LKAid situation a too early intervention is a performance issue. If the impact leads to an overcontrol it is considered by the more case (F_01_02) | Subset of unintended generation |
| Late | The function is performed or the result is delivered too late | Generation of LKAid torque in an LKAid situation with a time delay (i.e. when an aware driver has already steered back to centre)<br><br>This is either compatible to the more case or if it is much too late to the unintended case | Subset of no LKAlert generation (F_11_01) |

Forensic Rock

| | | | |
|---|---|---|---|
| More | The output/result of the function is higher than intended | F_01_02<br>Generation of more LKAid steering intervention than needed for the situation to turn back into the lane | Generation of more LKAlert torque (too high amplitude) than functionally specified<br><br>The unintended generation of a vibration torque within the limits of the base EPAS C0 Monitor(for general driving conditions, i.e. independent of an LKAlert situation) is addressed within the base EPAS HARA (see also A1.02)<br><br>~~This is limited by the core EPAS limiter such that the impact on driver controllability is C0 for general driving conditions.~~<br>~~See also A1-10~~ |
| | | Generation of more LKAid torque (max. torque value) than functionally allowed<br><br>This is limited by the core EPAS limiter such that the Impact on driver controllability is C0 for general driving conditions<br>See also ~~A1-09~~ A1.01 | Generation LKAlert torque with a too low frequency<br><br>The unintended generation of a vibration torque within the limits of the base EPAS C0 Monitor(for general driving conditions, i.e. independent of an LKAlert situation) is addressed within the base EPAS HARA (see also A1.02)<br>~~This is limited by the core EPAS limiter such that the impact on driver controllability is C0 for general driving conditions~~<br>~~See also A1-10~~ |
| | | Generation of an LKAid torque (too high step in/out gradient) than functionally allowed.<br><br>This is limited by the core EPAS limiter such that the impact on driver controllability is C0 for general driving conditions.<br>See also ~~A1-08~~ A1.01 | Generation of a LKAlert torque not sufficiently neutral to the directional impact<br><br>The unintended generation of a vibration torque within the limits of the base EPAS C0 Monitor(for general driving conditions, i.e. independent of an LKAlert situation) is addressed within the base EPAS HARA (see also A1.02)<br><br>~~This is limited by the core EPAS limiter such that the impact on driver controllability is C0 for general driving conditions~~<br>~~See also A1-10.~~ |
| | | | Generation without time limitation<br>Worst case permanent LKAlert vibration<br><br>Covered by assumption A1.12 |
| Less | The output/result of the function is lower than intended | Less assistance steering intervention is somewhere between a correct support and no support. I.e. this is covered by "no support" | Subset of no LKAlert generation |
| Inverted | The output/result of the function is the opposite of the expected output | F_01_03<br>Generation of an LKAid steering intervention in the opposite direction when the vehicle leaves the lane (LKAid situation) | Not applicable for LKAlert vibration |
| Intermittent | While a function is expected, its output toggles between the expected value and no output | Intermittend LKAid torque is covered by unintended LKAid torque<br><br>The Impact of an oscillating LKAid torque on controllability (C0 level) is considered by the limiter design<br>See also ~~A1-05~~ A1.01 | This is covered by the two cases:<br>- No generation of LKAlert (F_11_01)<br>- Unintended generation of LKAlert (see unintended generation)<br><br>An oscillating activation/deactivation has no other impact than the two discrete failure states (no driver superimposed counter reaction). |

**Figure 65. Guide words from Ford's Hazard Analysis and Risk Assessment.**

55) In the Situation Analysis section of Ford's Hazard Analysis and Risk Assessment, there are several operational situations regarded as relevant in relation to the Lane Keeping System. These specific situations are listed under "System related situations." (Figure 66)

| S 18 | System related situations | Yes | |
|---|---|---|---|
| S 18.1 | LKS situation in general | Yes | |
| S 18.2 | Hands off driving | Yes | Hands off driving for general driving conditions is covered by the base EPAS PHA (including faulty torque demands within the specified limits (C0/C1)) |
| S 18.3 | LKS situation<br>Aware driver | Yes | |
| S 18.5 | LKS situation<br>Unaware driver | Yes | |

**Figure 66. System related situations in the Hazard Analysis and Risk Assessment.**

56) For the system related situations listed, a HARA analysis was applied in which exposure and severity arguments were made and ratings were established based on Ford's Severity and Exposure quantification documents. (Figure 67 - Figure 68)

| Severity | | | | |
|---|---|---|---|---|
| Class | S0 | S1 | S2 | S3 |
| Description | No injuries | light and moderate injuries | Severe injuries possibly life-threatening, survival probable | Life-threatening injuries (survival uncertain) or fatal injuries |
| Informative Examples<br>*Note: This examples base on ISO 26262, but are modified by the Ford Global Functional Safety Team*<br>**These values are not absolute values. They should not be blindly followed. They must be adjusted by the team performing the Hazard Analysis according to the application, experience and market. The chosen value shall be justified.** | | | | |
| Reference for single injuries (from AIS scale) | AIS 0 and less than 10% probability of AIS 1-6 | more than 10% probability of | more than 10% probability of | more than 10% probability of |
| | Damage that cannot be classified safety-related | AIS 1-6 (and not S2 or S3) | AIS 3-6 (and not S3) | AIS 5-6 |
| Informative examples | Bumps with roadside infrastructure | Side impact with a narrow | Side impact with a narrow | Side impact with a narrow |
| | Pushing over roadside post, fence, etc. | Side collision with a passenger car (e.g. intrudes upon passenger compartment) with low speed | Side collision with a passenger car (e.g. intrudes upon passenger compartment) with medium speed | Side collision with a passenger car (e.g. intrudes upon passenger compartment) with high speed |
| | Light collision | Rear/front collision with another passenger car with low speed | Rear/front collision with another passenger car with medium speed | Rear/front collision with another passenger car with high speed |
| | Light grazing damage | Collision with minimal vehicle overlap (10-20%) | | |
| | Damage entering/exiting parking space | | | |
| | Leaving the road without collision or rollover | | Pedestrian/bicycle accident while turning (city intersection and streets) | Pedestrian/bicycle accident (e.g., 2-lane road) |
| | | Front collision (e.g., rear-ending another vehicle, semi-truck, etc.) without passenger compartment deformation | | Front collision (e.g., rear-ending another vehicle, semi-truck, etc.) with passenger compartment deformation |

**Figure 67. Ford's Severity Rating Quantifications.**

| Exposure | | | | | |
|---|---|---|---|---|---|
| Class | Temporal Exposure | | | | |
| | E0 | E1 | E2 | E3 | E4 |
| Description | Incredible | Very low probability | Low probability | Medium probability | High probability |
| **Informative Examples**<br>*Note. This examples base on ISO 26262, but are modified by the Ford Global Functional Safety Team.*<br><br>**These values are not absolute values. They should not be blindly followed. They must be adjusted by the team performing the Hazard Analysis according to the application, experience and market. The chosen value shall be justified.** | | | | | |
| Guideline for Estimate | Duration (% of average operating time) | | | | |
| | - | <0.1% | <1% | 1%-10% | >10% |
| Road layout | | | Mountain pass with unsecured steep slope | One-way street (city street) | Highway |
| | | | Country road intersection | | Secondary Road |
| | | | Highway entrance ramp | | Country Road |
| | | | Highway exit ramp | | |
| Road surface | | | Snow and ice on road | Wet road | |
| | | | | | |
| | | | Slippery leaves on road | | |
| Nearby elements | vehicle involved in an accident with another vehicle that is carrying a hazardous material (note this does not apply to a vehicle which is designed to carry that material). | Lost cargo or obstacle in lane of travel (highway) | In car wash | | |
| | Vehicle involved in an incident which includes an airplane landing on a highway. | | Nearing end of congestion (highway) | Traffic Congestion | |
| Vehicle stationary state | | Vehicle during jump start | Trailer attached | Vehicle on a hill (hill hold) | |
| | | In repair garage (on roller rig) | Roof rack loading | | |
| | | | Vehicle being refuelled | | |
| | | | In repair garage (during diagnosis or repair) | | |
| | | | On hoist | | |
| Manoeuvre | | Driving downhill with engine off (mountain pass) | Driving in reverse (from parking spot) | Heavy traffic (stop and go) | Accelerating |
| | | | Driving in reverse (city street) | | Decelerating |
| | | | Overtaking | | Executing a turn (steering) |
| | | | Parking (with sleeping person in vehicle) | | Parking (parking lot) |
| | | | Parking (with trailer attached) | | Lane change (city street) |
| | | | | | Stopping at traffic light (city street) |
| | | | | | Lane change (highway) |
| Visibility | | | | Unlighted roads at night | |
| The probability of exposure can be typically estimated by the proportion of total operating time (ignition on). In special cases the total operating time can be the vehicle life-time (including ignition off). | | | | | |

**Figure 68. Ford's Exposure Rating Quantifications.**

57) For Situation S 18.1, LKS situation in general, Ford rated driving with LKS with an exposure rating of E4, as changing a lane (LKAid) is a standard driving situation, and the severity was not rated because the "situation is used for loss of function only." (Figure 69)

58) For hands off driving, S 18.2, the exposure argument made as stated in HARA is that a driver is legally demanded to maintain vehicle control independent of hands-on or hands-off driving. Thus, steering control requires hands-on and hands-off driving is considered a misuse. The exposure of being hands-off is, according to Ford, much less than one percent, giving it a exposure rating of E1. Though the exposure correlates to very low probability, the severity of hands-off driving is rated as an S3, correlating to life-threatening or fatal injuries. Ford's rational for this rating is that if the vehicle leaves its intended path, the vehicle may "bump into oncoming traffic or obstacles besides the road" and "the hazard and resulting accident can be at a high speed." (Figure 69)

| Ref. | Operational Situations | Relevant (yes/no) | Relevant for HARA | Situation text as applied for HARA | Exposure argument as stated in HARA<br>Note: This general exposure is adapted for some failure modes within the HARA table | Standard Exposure Rating | Severity argument as stated in HARA<br>Note: This general exposure is adapted for some failure modes within the HARA table | Standard Severity Rating |
|---|---|---|---|---|---|---|---|---|
| S 18 | System related situations | Yes | [illegible] | "Yes" is for header only<br>Relevant situations are considered separately | | | | |
| S 18.1 | LKS situation in general | Yes | [illegible] | S 18.1<br>LKS situation in general<br>Note: Applied for "No LKS support failures" | Changing a lane (LKAid) is a standard driving situation (E4) | E4 | Severity not rated because this situation is used for loss of function only | S0 |
| S 18.2 | Hands off driving | Yes | [illegible] | S 18.2<br>Hands-off driving<br>Additional info<br>Hands-off driving will only occur when straight forward driving<br>It is excluded in sharp curves, dynamic situations, overtaking, small lanes or manoeuvre with small distance to objects | The driver is legally demanded to maintain vehicle control independent of hands-on or hands-off driving. Steering control requires hands-on and thus hands off driving is considered as a misuse<br>The overall exposure (time), when the driver has hands off the steering wheel is << 1% (E1).<br>Additional info<br>The exposure remains E1 even for vehicles with LKS as hands off driving is prevented/not enforced (see A1.14, A1.13) | E1 | The vehicle leaves the intended path<br>The vehicle may bump into oncoming traffic or obstacles beside the road<br>The hazard and resulting accident can be at high speed | S3 |

**Figure 69. HARA Analysis for S 18.1 and S 18.2.**

59) For Situation S 18.3, LKS situation Aware Driver, the LKAlert and LKAid situation described for the HARA is that a vehicle leaves a lane/crosses into a lane marking, but the driver is aware. The exposure of a vehicle leaving the lane while a driver is aware is listed as E4, high probability, for situations including driving on city roads, country roads, and highways, but listed as E2, low probability, for situations including driving on a small lane with closer distance to possible objects. The severity rating of leaving a lane with an aware driver is listed as an S3, correlating to life-threatening or fatal injuries, as the vehicle has the potential to bump into oncoming traffic or obstacles, and the resulting accident can happen at a high speed. (Figure 70)

60) For Situation S 18.5, LKS situation with an Unaware Driver, the LKAlert and LKAid situation described the HARA is that a vehicle leaves a lane/crosses a lane marking with an unaware driver. According to Ford, leaving the lane without driver awareness occurs only a few times per year, which places the exposure as E2, or low probability. Though the exposure is rated as being low, the severity rating is listed as an S3, again, correlating to life-threating or fatal injuries. (Figure 70) Thus, this establishes the foreseeability of these types of scenarios.

Forensic Rock

| Ref. | Operational Situations | Relevant (yes/no) | Relevant for HARA | Situation text as applied for HARA | Exposure argument as stated in HARA<br>Note: The generic exposure is adapted for some failure modes within the HARA table | Standard Exposure Rating | Severity argument as stated in HARA<br>Note: The generic exposure is adapted for some failure modes within the HARA table | Standard Severity Rating |
|---|---|---|---|---|---|---|---|---|
| S 18.3 | LKS situation<br>Aware driver | Yes | x | LKAlert / LKAid situation.<br>The vehicle leaves a lane/crosses a lane marking (aware driver)<br>Additional info:<br>The driver is aware of the situation and has controlled the lane change | Covers all situations like city, country roads, highways, etc. (E4)<br>Small lane with closer distance to possible objects is (E2) | E4 | The vehicle may bump into oncoming traffic or obstacles beside the road<br>The hazard and resulting accident can be at high speed | S3 |
| S 18.5 | LKS situation<br>Unaware driver | Yes | x | S 18.5:<br>LKAlert / LKAid situation<br>The vehicle leaves a lane/crosses a lane marking with an unaware driver<br>Additional info:<br>The unaware driver will also not use the turn indicator | Leaving the lane without driver awareness (i.e. unintended) occurs only a few times per year (E2)<br>Covers all situations like city, country roads, highways, etc. | E2 | The vehicle leaves the intended path<br>The vehicle may bump into oncoming traffic or obstacles beside the road<br>The hazard and resulting accident can be at high speed. | S3 |

**Figure 70. HARA Analysis for S 18.3 and S 18.5.**

61) In their Hazard Analysis and Risk Assessment, Ford also established failure modes and the effect that these failures may have, specifically at they relate to LKAid. Failure F_01_01 would be the lack of generation of an LKAid steering invention when a vehicle leaves the lane. There is no hazard relating to this as the vehicle would just behave as a vehicle without LKAid. The Severity for this failure is not rated, and the exposure for this failure is rated as an E4.

62) Ford also established a Controllability rating to quantify how controllable situations are. These ratings are seen in the figure below and are referenced throughout various failure mode analyses. (Figure 71)

**Controllability**

| Class | C0 | C1 | C2 | C2 |
|---|---|---|---|---|
| Description | Controllable in general | Simply Controllable | Normally Controllable | Difficult to Control or Uncontrollable |
| Informative Examples<br>*Note: This examples base on ISO 26262 but are modified by the Ford Global Functional Safety Team*<br>These values are not absolute values. They should not be blindly followed. They must be adjusted by the team performing the Hazard Analysis according to the application, experience and market. The chosen value shall be justified. | | | | |
| Guideline for Estimate | Controllable in general | 99% or more of all drivers or other traffic participants are usually able to avoid the harm determined in severity column | 90% or more of all drivers or other traffic participants are usually able to avoid the harm determined in severity column | Less than 90% of all drivers or other traffic participants are usually able, or barely able, able to avoid the harm determined in severity column |
| Situations that are considered distracting | Maintain intended driving path | | | |
| Unexpected radio volume increase | Maintain intended driving path | | | |
| Warning message - gas low | Maintain intended driving path | | | |
| Unavailability of a driver assisting system | Maintain intended driving path | | | |
| Faulty adjustment of seat position while driving | | Brake to slow/stop vehicle | | |
| Blocked steering column at zero speed | Controllable in general | | | |
| Failure of ABS during emergency braking | | | Maintain intended driving path | |
| Headlights fail while night driving at medium/high speed on unlighted road | | | Steer to side of road or brake to stop. | |
| Motor failure at high lateral acceleration (motorway exit) | | | Maintain intended driving path | |
| Failure of ABS when braking on low friction road surface while executing a turn | | | | Maintain intended driving path, stay in lane |
| Incorrect steering angle with high angular speed at medium or high vehicle speed (steering angle change not aligned to driver intent) | | | | Maintain intended driving path, stay in lane |

Note: Controllability may depend upon driving / operating scenarios even if the differ from the informative example

Note: The evaluation of possibilities of the avoidance of a specific harm, that is the controllability, is an estimation of the probability that the driver or other endangered persons are able to gain control of the hazardous event that is arising and are able to avoid the specific harm. For this purpose, the estimation parameter C is used, with the classes C1, C2 and C3, to classify the potential of avoiding harm. It is assumed that the driver is in an appropriate condition to drive with respect to the general population (for example not exhausted), has the appropriate driver training (has a driver's license) and is complying with legal regulations. However, a reasonably foreseeable misuse is considered.
Note: Where the hazard is not related to the control of the vehicle direction and speed, e.g. potential limb entrapment in moving parts, the controllability can be an estimation of the probability that the person at risk is able to remove themselves, or to be removed by others from the hazardous situation. For example, a child in a buggy that would be knocked over may be removed by others from the dangerous area in front of a vehicle. When considering controllability, note that the person at risk may not be familiar with the operation of the item.

**Figure 71. Ford's Controllability Rating Quantifications.**

63) Another failure mode is F_01_02, wherein there is generation of more LKAid steering invention than what is needed to get a vehicle back into the lane. This failure was applied to hands-off driving, LKAlert / LKAid with an aware driver, and LKAlert / LKAid with an unaware driver. For hands-off driving, generation of more LKAid than needed was rated with a severity of S3, life-threatening or fatal injuries, an exposure of E1, very low probability, and a controllability of C0, controllable in general. For LKAlert / LKAid with an aware driver, generation of more LKAid than needed was rated with a severity of S3, an exposure of E4, high probability, and a controllability of C0. For the unaware driver, overgeneration of LKAid was rated with a severity of S3, an exposure E2, low probability, and a controllability of C0. (Figure 72)



**Figure 72. Ratings of Failure modes F_01_01 and F_01_02.**

64) Failure mode F_01_03 describes a failure where there is the generation of an LKAid steering intervention in the opposite direction when a vehicle leaves the lane. This failure was rated for hands-off driving, LKAlert / LKAid with an aware driver, and LKAlert / LKAid with an unaware driver. For hands-off driving, an intervention in the opposite direction was rated with a severity of S3, and exposure of E1, and a controllability of C2, normally controllable. For LKAlert / LKAid with an aware driving, the opposite direction intervention was rated with a severity of S3, an exposure of E4, and a controllability of C0. For LKAlert / LKAid, with an unaware, the opposite direction intervention was rated with a severity of S3, an exposure of E2, and a controllability of C1, simply controllable. (Figure 73)



**Figure 73. Ratings of Failure modes F_01_03.**

65) Finally, failure mode F_11_01, which is no generation of a LKAlert vibration when the steering wheel leaves the lane, was rated as it relates to an LKS situation in general. The severity of not receiving an LKAlert vibration was rated as an S0, no injuries, the exposure was rated as an E4, and there was not a controllability rating. (Figure 74)

| Failure Mode | | | | Operating Situation | Effect on Vehicle Level | Assumptions | Hazard | HazID | S | Severity | E | Exposure | C | Controllability | ASIL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | Failure Mode Description | FM Constraints | [illegible] | | [illegible] | [illegible] | [illegible] | | Rationale | | Rationale | | Rationale | |
| Function 11 - LKAlert: [illegible] | | | | | | | | | | | | | | | |
| [illegible] | [illegible] | F_11_01 [illegible] | | [illegible] LKS situation in general [illegible] | [illegible] | A10[illegible] A104 | [illegible] | [illegible] | S0 | [illegible] | E4 | [illegible] | [illegible] | [illegible] | [illegible] |

**Figure 74. Ratings of Failure modes F_11_01.**

66) An Item Definition for the Lane Keeping System was marked as Exhibit 6 in Natalie Dostie's deposition. This document is typically the first step in a functional safety evaluation for a system, and describes a feature in a high level way to set the stage for future work in the scope of the functional safety assessment. In this document, LKAlert is described as follows, and a figure (Figure 75) shows a use case of LKAlert:

*"The LKAlert feature informs the driver by a warning when the vehicle is about to leave the current lane. This warning is generated by optical and haptical means. A variant of haptic warning is steering wheel vibration. This vibration can either be generated by the EPAS motor via a harmonic torque overlay or by a vibration motor in the steering wheel itself. For the C519 program the LKAlert vibration is generated by the EPAS motor."*




**Figure 75. Use case of LKAlert.**

67) The document also describes LKAid and provides a figure (Figure 76) detailing the use case of LKAid:

*"The LKAid System intervenes by a supporting steering torque action as long as required but for a limited amount of time when the vehicle is about to leave the current lane. The intervention is generated by the steering system via a smooth torque overlay, which can easily be overruled by the driver. It can be combined with a later secondary LKAlert warning to indicate that further driver participation is required to keep the vehicle in the lane."*




Figure 2: LKAid Use Case

**Figure 76. Use case of LKAid. Note relative angle of the vehicle (i.e. anmgle of attack) to the dashed lane line.**

68) Ford also gives a list of functional requirements of the lane keeping system. This list includes things like sensing lane conditions, sensing lane curvature, and generation of necessary actions when required. (Figure 77)

- Sensing of the lane conditions necessary to determine the vehicle condition with respect to the lane markings and/or road edges
- Sensing of the lane curvature ahead
- Identification of the preconditions as required for the use case (LKAlert, LKAid)
- Generation of the necessary action as required by the feature
  - LKAlert: Steering wheel vibration for driver warning
  - LKAid: Steering intervention / vehicle lateral directional control for a limited amount of time
- Calculation of the intended lateral target position
- Calculation of a reference front wheel steering angle for closed loop yaw-rate control
- Termination of LKAid steering intervention when appropriate i.e. if lateral target position is reached and the vehicle is sufficiently headed or after a maximum amount of time
- Deactivation / activation of the features by the driver and memorization of this setting (if configured)
- Change of feature settings by the driver and memorization of these settings (if configured)
- Indication of the system and feature state (off / on / suppressed / available / active) to the driver (mandatory needed from UN ECE79 regulation)
- Primary visual and secondary repeated audible warning to the driver if ongoing hands-off driving is detected during an LKAid intervention (mandatory needed from UN-ECE79 regulation)
- Temporary suppression of the features (either to prevent unnecessary actions or to terminate unnecessary ongoing actions) in relevant conditions such as:
  - Haptic and/or steering actuator not available
  - LKAlert – Arbiter Communication: Assumption is that the Base EPAS Software provides an appropriate interface for arbitration and monitoring
  - LKaid – Arbiter Communication: Assumption is that the Base EPAS Software provides an appropriate interface for arbitration and limitation
  - Driver activity and/or dynamic vehicle state detected
    - Lateral drift too high
    - Vehicle speed too high
    - Lateral acceleration too high
    - Longitudinal acceleration or deceleration too high
    - Oversteer / understeer detected
    - ABS event
    - ESC event
    - Forward collision warning and/or automatic braking event indicated
    - Curve cutting
    - Driver torque input (mandatory needed from UN-ECE79 regulation)
    - Rearward driving
    - Hazard lights activated
    - Turn indicator set on one particular side
    - Vehicle out of lane or not between the feature activation areas again i.e. after a lane change or completion of an LKAid intervention
  - Road / traffic / environment scenario
    - Vehicle speed too low (i.e. city driving or vehicle under service condition)
    - Estimated lane width too narrow or too wide
    - Estimated lane marking or road edge not to be considered or not detected (i.e. ambiguous lane marking, low quality or missing lane marking, camera degraded performance due to sensor blockage, fog, condensation) on one or both sides
    - Camera or steering function / system temporarily not available (i.e. due to missing or invalid input signals)

**Figure 77. Functional Requirements of the Lane Keeping System.**

69) A document titled TJA_DVP_TestData_Veh579W844 was marked as Exhibit 7 in Natalie Dostie's deposition. This document details Ford's testing of the Traffic Jam Assist Plus performance under a number of different circumstances. The vehicle specifically tested was the 579W844. For this vehicle, 18 different types of tests were performed, including testing the TJA+ Steady State performance on curved roads.

Forensic Rock

70) The testing protocol called for testing to be done from speeds of 30 kilometers per hour to 200 kilometers per hour (19 to 124 mph), all hands-off, and using a radius of curve of 750 meters, or approximately 2460 feet. (Figure 78 - Figure 79)

3.8.4 Curve Entry/Exit + Curved Lane: Road with curvature and entry/exit into the curvature. Lane Lines A and B can be either solid (continuous) or dashed (intermittent).




**Figure 3: Curve Entry/Exit + Curved Lane**

$W_1$ = 3.65m±0.05m (Optional: 3.5m±0.05m) [lane width]
$D_{entry}$ = 300m - 350m [activation distance and curve entry distance]
$D_{curve}$ = according table 1 [arc length with constant curve-radius]
$D_{exit}$ = 150 m [curve exit distance]
Curvature_rate_max = $4*10^{-5}$ 1/m² [maximum rate of change of curvature]
R = according table 1 [Curvature Radii]

| R | 2000m | 1000m | 750m | 500m | 400m | 250m | <150m |
|---|---|---|---|---|---|---|---|
| min. $D_{curve}$ | 300m | 200m | 180m | 160m | 140m | 120m | 90m |

**Table 1: Curvature configuration**

**Figure 78. Curve Entry/Exit + Curved Lane Test setup for the 579W844 test series.**

| Vector | Speeds [kph] | Runs | PO? | Hands On/Off? | Radius |
|---|---|---|---|---|---|
| 5.5-1 | 30 | 5 | No PO | Hands Off | 750m |
| 5.5-2 | 40 | 5 | No PO | Hands Off | 750m |
| 5.5-3 | 50 | 5 | No PO | Hands Off | 750m |
| 5.5-4 | 60 | 5 | No PO | Hands Off | 750m |
| 5.5-5 | 70 | 5 | No PO | Hands Off | 750m |
| 5.5-6 | 80 | 5 | No PO | Hands Off | 750m |
| 5.5-7 | 90 | 5 | No PO | Hands Off | 750m |
| 5.5-8 | 100 | 5 | No PO | Hands Off | 750m |
| 5.5-9 | 110 | 5 | No PO | Hands Off | 750m |
| 5.5-10 | 120 | 5 | No PO | Hands Off | 750m |
| 5.5-11 | 130 | 5 | No PO | Hands Off | 750m |
| 5.5-12 | 140 | 5 | No PO | Hands Off | 750m |
| 5.5-13 | 150 | 5 | No PO | Hands Off | 750m |
| 5.5-14 | 160 | 5 | No PO | Hands Off | 750m |
| 5.5-15 | 170 | 5 | No PO | Hands Off | 750m |
| 5.5-16 | 180 | 5 | No PO | Hands Off | 750m |
| 5.5-17 | 190 | 5 | No PO | Hands Off | 750m |
| 5.5-18 | 200 | 5 | No PO | Hands Off | 750m |

**Figure 79. Test vectors for the 579W844 test series.**

71) Ford produced the results seen in Figure 80 for their testing of the 579W844 vehicle.



**Figure 80. Test results for the for the 579W844 test series.**

72) Ford also tested the TJA+ response to lateral offset in order to verify the steering override behavior of the lateral control functionality when a driver is intentionally driving off lane center during a certain time with ideal lane markings. For this, testing was done at speeds of 30 and 100 kilometers per hour (19 to 62 mph), with lateral offsets of 0.4 meters, or about 1.31 feet. Ford provided the test vectors, but there were no results listed in the results table. (Figure 81 - Figure 82)

| Purpose | Test # | Speeds (kph) | Runs | PO? | Time Gap Setting | Hands On/Off? | Lateral offset (m) | Track Surface |
|---|---|---|---|---|---|---|---|---|
| Verify the steering override behavior of the lateral control functionality when driver intentionally is driving off lane center during a certain time with ideal lane markings during steady state operation | 5.6-1 | 30 | 3 | No | Closest | Off | 0.4 | MPG - HST |
| | 5.6-2 | 100 | 3 | No | Closest | Off | 0.4 | MPG - HST |
| | 5.6-3 | 30 | 3 | No | Closest | Off | 0.4 | MPG - HST |
| | 5.6-4 | 100 | 3 | No | Closest | Off | 0.4 | MPG - HST |
| RT-Range File: | DDC_StraightW2E | | | | | | | |
| *Using settling criteria of 10%, 5% was too small of an error band | | | | | | | | |

**Figure 81. Test vectors for the lateral offset testing of the 579W844 test series.**

| Test Results | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | <3s | <0.1m | <3m/s2 | <5m/s3 | | | | |
| Vector | Vtest (kph) | Lateral offset (m) | Run # | File Name | t_settle | %_overshoot | ay Max | jerk Max | Rise Time | Linear Slope | Track Info | Comments |
| 5.6-1 | 30 | 0.4 | 1 | | | | | | | | | |
| 5.6-1 | 30 | 0.4 | 2 | | | | | | | | | |
| 5.6-1 | 30 | 0.4 | 3 | | | | | | | | | |
| 5.6-2 | 100 | 0.4 | 1 | | | | | | | | | |
| 5.6-2 | 100 | 0.4 | 2 | | | | | | | | | |
| 5.6-2 | 100 | [illegible] | 3 | | | | | | | | | |

**Figure 82. Test results table for the lateral offset testing of the 579W844 testing.**

73) A document titled TJA_DVP_TestData_Veh579W666 was marked as Exhibit 8 in Natalie Dostie's deposition and Exhibit 6 in John Gunderson's deposition. This document details Ford's testing of the Traffic Jam Assist Plus performance under a number of different circumstances. The vehicle specifically tested was the 579W666. For this vehicle, 18 different types of tests were performed, including testing the TJA+ Steady State performance on curved roads.

74) The testing protocol called for testing to be done from speeds of 30 kilometers per hour to 200 kilometers per hour (19 to 124 mph), all hands-off, and using a radius of curve of 750 meters, or approximately 2460 feet. (Figure 83 - Figure 84)

3.8.4 Curve Entry/Exit + Curved Lane: Road with curvature and entry/exit into the curvature. Lane Lines A and B can be either solid (continuous) or dashed (intermittent).




Figure 3: Curve Entry/Exit + Curved Lane

$W_1$ = 3.65m±0.05m (Optional: 3.5m±0.05m) [lane width]
$D_{entry}$ = 300m – 350m [activation distance and curve entry distance]
$D_{curve}$ = according table 1 [arc length with constant curve-radius]
$D_{exit}$ = 150 m [curve exit distance]
Curvature_rate_max = 1*10⁻⁵ 1/m² [maximum rate of change of curvature]
R = according table 1 [Curvature Radii]

| R | 2000m | 1000m | 750m | 500m | 400m | 250m | ≤150m |
|---|---|---|---|---|---|---|---|
| min. $D_{curve}$ | 300m | 200m | 180m | 160m | 140m | 120m | 90m |

Table 1: Curvature configuration

**Figure 83. Curve Entry/Exit + Curved Lane Test setup for the 579W666 test series.**

| Vector | Speeds [kph] | Runs | PO? | Hands On/Off? | Radius |
|---|---|---|---|---|---|
| 5.5-1 | 30 | 5 | No PO | Hands Off | 750m |
| 5.5-2 | 40 | 5 | No PO | Hands Off | 750m |
| 5.5-3 | 50 | 5 | No PO | Hands Off | 750m |
| 5.5-4 | 60 | 5 | No PO | Hands Off | 750m |
| 5.5-5 | 70 | 5 | No PO | Hands Off | 750m |
| 5.5-6 | 80 | 5 | No PO | Hands Off | 750m |
| 5.5-7 | 90 | 5 | No PO | Hands Off | 750m |
| 5.5-8 | 100 | 5 | No PO | Hands Off | 750m |
| 5.5-9 | 110 | 5 | No PO | Hands Off | 750m |
| 5.5-10 | 120 | 5 | No PO | Hands Off | 750m |
| 5.5-11 | 130 | 5 | No PO | Hands Off | 750m |
| 5.5-12 | 140 | 5 | No PO | Hands Off | 750m |
| 5.5-13 | 150 | 5 | No PO | Hands Off | 750m |
| 5.5-14 | 160 | 5 | No PO | Hands Off | 750m |
| 5.5-15 | 170 | 5 | No PO | Hands Off | 750m |
| 5.5-16 | 180 | 5 | No PO | Hands Off | 750m |
| 5.5-17 | 190 | 5 | No PO | Hands Off | 750m |
| 5.5-18 | 200 | 5 | No PO | Hands Off | 750m |

**Figure 84. Test vectors for the 579W666 test series.**

75) Ford produced the results seen in Figure 85 for their testing of the 579W866 vehicle.



**Figure 85. Test results for the for the 579W666 test series.**

76) A document titled TJA_DVP_TestData_Veh579W668 was marked as Exhibit 9 in Natalie Dostie's deposition. This document details Ford's testing of the Traffic Jam Assist Plus performance under a number of different circumstances. The vehicle specifically tested was the 579W668. For this vehicle, 18 different types of tests were performed, including testing the TJA+ Steady State performance on curved roads.

77) The testing protocol called for testing to be done from speeds of 30 kilometers per hour to 200 kilometers per hour (19 to 124 mph), all hands-off, and using a radius of curve of 750 meters, or approximately 2460 feet. (Figure 86 - Figure 87)




**Figure 86. Curve Entry/Exit + Curved Lane Test setup for the 579W668 test series.**

| Vector | Speeds [kph] | Runs | PO? | Hands On/Off? | Radius |
|---|---|---|---|---|---|
| 5.5-1 | 30 | 5 | No PO | Hands Off | 750m |
| 5.5-2 | 40 | 5 | No PO | Hands Off | 750m |
| 5.5-3 | 50 | 5 | No PO | Hands Off | 750m |
| 5.5-4 | 60 | 5 | No PO | Hands Off | 750m |
| 5.5-5 | 70 | 5 | No PO | Hands Off | 750m |
| 5.5-6 | 80 | 5 | No PO | Hands Off | 750m |
| 5.5-7 | 90 | 5 | No PO | Hands Off | 750m |
| 5.5-8 | 100 | 5 | No PO | Hands Off | 750m |
| 5.5-9 | 110 | 5 | No PO | Hands Off | 750m |
| 5.5-10 | 120 | 5 | No PO | Hands Off | 750m |
| 5.5-11 | 130 | 5 | No PO | Hands Off | 750m |
| 5.5-12 | 140 | 5 | No PO | Hands Off | 750m |
| 5.5-13 | 150 | 5 | No PO | Hands Off | 750m |
| 5.5-14 | 160 | 5 | No PO | Hands Off | 750m |
| 5.5-15 | 170 | 5 | No PO | Hands Off | 750m |
| 5.5-16 | 180 | 5 | No PO | Hands Off | 750m |
| 5.5-17 | 190 | 5 | No PO | Hands Off | 750m |
| 5.5-18 | 200 | 5 | No PO | Hands Off | 750m |

**Figure 87. Test vectors for the 579W668 test series.**

78) Ford produced the results table, as seen in Figure 88, but this results table is empty:

| Test Results | | | | | | |
|---|---|---|---|---|---|---|
| Vector | Test Velocity (kph) | Curvature Radius (m) | PO | Run# | File Name | Comments |
| 5.5-6 | 80 | 750m | No PO | 1 | | |
| 5.5-6 | 80 | 750m | No PO | 2 | | |
| 5.5-6 | 80 | 750m | No PO | 3 | | |
| 5.5-6 | 80 | 750m | No PO | 4 | | |
| 5.5-6 | 80 | 750m | No PO | 5 | | |
| 5.5-7 | 90 | 750m | No PO | 1 | | |
| 5.5-7 | 90 | 750m | No PO | 2 | | |
| 5.5-7 | 90 | 750m | No PO | 3 | | |
| 5.5-7 | 90 | 750m | No PO | 4 | | |
| 5.5-7 | 90 | 750m | No PO | 5 | | |
| [illegible] | [illegible] | 750m | No PO | 1 | | |
| 5.5-8 | 100 | 750m | No PO | 2 | | |
| [illegible] | 100 | 750m | No PO | 3 | | |
| 5.5-8 | 100 | 750m | No PO | 4 | | |
| [illegible] | [illegible] | 750m | No PO | 5 | | |
| 5.5-9 | 110 | 750m | No PO | 1 | | |
| 5.5-9 | 110 | 750m | No PO | 2 | | |
| 5.5-9 | 110 | 750m | No PO | 3 | | |
| 5.5-9 | 110 | 750m | No PO | 4 | | |
| 5.5-9 | 110 | 750m | No PO | 5 | | |
| [illegible] | 120 | 750m | No PO | 1 | | |
| 5.5-10 | 120 | 750m | No PO | 2 | | |
| 5.5-10 | [illegible] | 750m | No PO | 3 | | |
| 5.5-10 | 120 | 750m | No PO | 4 | | |
| [illegible] | [illegible] | 750m | No PO | 5 | | |
| 5.5-11 | 130 | 750m | No PO | 1 | | |
| 5.5-11 | 130 | 750m | No PO | 2 | | |
| 5.5-11 | 130 | 750m | No PO | 3 | | |
| 5.5-11 | 130 | 750m | No PO | 4 | | |
| 5.5-11 | 130 | 750m | No PO | 5 | | |
| 5.5-12 | [illegible] | 750m | No PO | 1 | | |
| 5.5-12 | 140 | 750m | No PO | 2 | | |
| 5.5-12 | 140 | 750m | No PO | 3 | | |
| 5.5-12 | 140 | 750m | No PO | 4 | | |
| [illegible] | [illegible] | 750m | No PO | 5 | | |
| 5.5-13 | 150 | 750m | No PO | 1 | | |
| 5.5-13 | 150 | 750m | No PO | 2 | | |
| 5.5-13 | 150 | 750m | No PO | 3 | | |
| 5.5-13 | 150 | 750m | No PO | 4 | | |
| 5.5-13 | 150 | 750m | No PO | 5 | | |

**Figure 88. Test results for the 579W668 test series.**

79) A graph titled LKA_Multiple_Birdviews was marked as Exhibit 10 in Natalie Dostie's deposition. This graph shows how the lane-keeping aid intervenes and a vehicle steers back to the center of a lane after there is a drift towards the lane edge. In Natalie Dostie's deposition, Ms. Dostie testifies that the graph can be thought of as an overhead view of a lane. As the vehicle drifts towards the lane edge, marked at 0 meters, the lane-keeping aid intervenes, shown as the vertical green line, and the vehicle corrects back to the center of the lane within a matter of seconds. The green lines in the graph represent the vehicle drifting at a rate between 0.3 and 0.6 meters, or 0.98 feet and 1.97 feet, respectively, and the red lines represent the vehicle drifting at a rate of higher than 0.6 meters, or 1.97 feet. (Figure 89)




**Figure 89. Lane Keeping Aid - Multiple Birdviews graphic.**

80) The document CM7-P702-21MY-Non control model was marked as Exhibit 11 in Natalie Dostie's deposition. This document specifically relates to the Lane Keeping System. Here, the control model is referring to the vehicle platform, which is the 2021 model year, P702 for the F-150. The GenX-Version refers to which version of LKS requirements in the system would apply to 2021 model year F-150. The sub-attribute is LKS which is the lane-keeping system. (Figure 90)

| | |
|---|---|
| User Name: | Dostie, Natalie(ndostie) |
| Date: | 18-Apr-2024 |
| Control Model: | CM7-P702-21MY-Non control model |
| Part Info Choice List: | |
| Sub Program: | N/A |
| Program: | P702_2021 |
| GenX-Version: | GenX-V5 |
| Sub-Attribute: | LKS |
| Parts Change Last Updated: | |
| MFC: | |
| Mapped Attributes: | DAT |
| Vehicle Line: | P702_2021 |
| Lead Engineer: | |

**Figure 90. Non control model information.**

81) Ford provided the requirement description and requirement target for the Lane Keeping System (LKS) Steer-feel performance. The conformance state of green indicates the requirement was passing. (Figure 91)

| Conformance State | [illegible] | [illegible] | Requirement Title | Requirement Description | Requirement Category | Assessment Type | Requirement Target |
|---|---|---|---|---|---|---|---|
| Green | HC_AS-132479 | V1 | Lane Keeping System (LKS) Steer-feel performance | Steer-feel performance during LKAs actuation shall be assessed and signed-Off by expert evaluators per CETP 00 14-R-439) Following acceptance criteria shall be met during any intervention for the whole speed- and drift rate range on straight roads based on hand wheel measurements:<br>(Hand Wheel Torque vs drift rate, vehicle speed<br>0.5Nm < TQ <= 3.0Nm<br>(Torque Ramp-in vs time, drift rate & vehicle speed<br>1Nm/s <= Ramp-in TQ <= 4Nm/s<br>1Nm/s <= Ramp-in TQ <= 4 Nm/s (RED)<br>(Torque Ramp-out vs time, drift rate & vehicle speed<br>1Nm/s <= Ramp_out TQ <= 4 Nm/s<br>(SWA vs drift rate: Linear & Proportional, <= 20 deg)<br>(SWAR vs drift rate: <= 15 deg/s)<br>(Driver in the Loop (DIL) Torque reduction<br>Max TQ reduction <= 50% | Objective Performance | VT | (Max Feature Hand Wheel Torque<br>TQ < 2.0Nm for vy < 0.5m/s (LKA on straight)<br>(Torque Ramp-in Gradient (can be different for trucks)<br>Ramp_in TQ <= 1.7 Nm/s @ 70kph (LKA)<br>Ramp_in TQ <= 1.3 Nm/s for vehicle speed > 100kph (LKA)<br>Ramp_in TQ <= 3.0 Nm/s (RED)<br>(Torque Ramp-out Gradient (can be different for trucks)<br>Ramp_out TQ <= 2 Nm/s<br>(Driver in the Loop (DIL) Torque reduction<br>Max Feature TQ reduction <= 10% (for EU [illegible])<br>Max Feature TQ reduction <= 50% (for ROW) |

**Figure 91. Lane Keeping System (LKS) Steer-feel performance.**

82) Ford provided the requirement description and requirement target for the Lane Keeping System (LKS) Positional Performance. The conformance state of green indicates the requirement was passing. This requirement description indicated that the parameters shall meet acceptance criteria established on straight roads, curve inner, curve outer and road edge scenarios. (Figure 92)

| Conformance State | K-PAC ID | Status Icons | Requirement Title | Requirement Description | Requirement Category | Assessment Type |
|---|---|---|---|---|---|---|
| Green | HC_AS-132180 | V1 | Lane Keeping System (LKS) Positional Performance | When tested per CETP 00.14-R-10645 & -10646, the following parameters shall meet acceptance criteria established on straight roads, curve inner, curve outer & Road edge scenario -<br>- Earliest Start of Warning (LDW)<br>0.3m > DTLC >= -0.2m<br>- Earliest Start of Intervention (LKA, Both modes)<br>0.75m > DTLC >= 0m<br>- Max. lateral excursion (dy) during intervention (LKA, Both modes)<br>Lateral Excursion <= 0.8m<br>- Position at the end of control intervention<br>vehicle longitudinal axis +/- 0.4m from the center of lane<br>- Lateral freedom for LDW, LKA<br>>= 0.6m @ 0.6m/s drift rate (LKA)<br>>= 0.8m @ 0.8 m/s drift rate (LDW)<br>- Positional symmetry left vs. right (LDW, LKA)<br>DTLC_delta <= 0.1m | Objective Performance | VT |

**Figure 92. Lane Keeping System Positional Performance.**

83) Ford provided the requirement description and requirement target for the Aggressivity of Control Intervention – LKS Inertial Performance. This measures and assesses the vehicle response to a lane-keeping aid intervention and ensures it is within the outlined parameters. The conformance state of green indicates the requirement was passing. (Figure 93)

| Conformance State | K-PAC ID | Status Icons | Requirement Title | Requirement Description | Requirement Category | Assessment Type | Requirement Target |
|---|---|---|---|---|---|---|---|
| Green | HC_AS-132181 | V1 | Aggressivity of Control Intervention - LKS Inertial Performance | When tested per CETP 00.14-R-10646, aggressivity of control intervention shall meet objective acceptance criteria established for -<br>- Heading change vs time (yaw rate)<br>0.5 <= yaw rate < 5 /s<br>- Lateral_Acc. (ay) vs Vehicle Speed<br>0.5 < ay <= 2.0 m/s² (LKA)<br>1.0 < ay <= 3.0 m/s² (RED)<br>- Lateral_Acc. (ay) vs Drift Rate<br>ay <= 2 m/s²<br>- Lateral Jerk vs Drift rate<br><= 5 m/s³<br>- Correctional Drift Rate (vy) vs Drift Rate<br>difference <= +/- 0.3 m/s<br>- Heading change after haptic warning<br><= +/- 0.3 deg<br>- Inertial Symmetry<br>ay < 0.2 m/s²<br>- Intervention induced Lateral_Acc. (ay) vs curvature induced Lat_Acc.<br>ay abs(1.5 m/s² beyond driven curvature | Objective Performance | VT | Heading change (yaw rate) vs drift rate vs speed (tolerance +/- 0.5 /s)<br>drift rate [0.2 0.5 1.0] m/s<br>yaw rate [0.5 2.5 4.5] /s @ 70kph<br>yaw rate [0.3 1.8 3.5] /s @ 100kph<br>yaw rate [0.3 1.5 3.5] /s @ 130kph<br>Lateral_Acc. (ay) vs Vehicle Speed<br>ay <= 1.9 m/s² @ 70kph for 1m/s drift rate<br>ay <= 1.5 m/s² @ 100kph for 1m/s drift rate<br>ay <= 1.5 m/s² @ 130kph for 1m/s drift rate<br>Lateral Jerk vs Drift rate<br><= 5 m/s³<br>Correctional Drift Rate (vy) vs Drift Rate<br>difference <= +/- 0.3 m/s<br>Heading change after haptic warning<br><= 0.3<br>Inertial Symmetry<br>ay < 0.2 m/s²<br>Intervention induced Lateral_Acc. (ay) vs curvature induced Lat_Acc.<br>ay abs(1.5 m/s² beyond curvature |

Forensic Rock

| Requirement Description | Requirement Target |
|---|---|
| When tested per CETP 00.14-R-10646, aggressivity of control intervention shall meet obejctive acceptance criteria established for -<br>l Heading change vs time (yaw rate)<br>0.5 <= yaw rate < 5°/s<br>l Lateral_Acc. (ay) vs Vehicle Speed<br>0.5 < ay <= 2.0 $m/s^2$ (LKA)<br>1.0 < ay <= 3.0 $m/s^2$ (RED)<br>l Lateral_Acc. (ay) vs Drift Rate<br>ay <= 2 $m/s^2$<br>l Lateral Jerk vs Drift rate<br><= 5 $m/s^3$<br>l Correctional Drift Rate (vy) vs Drift Rate<br>difference <= +/- 0.3 m/s<br>l Heading change after haptic warning<br><= +/- 0.3 deg<br>l Inertial Symmetry<br>ay < 0.2 $m/s^2$<br>l Intervention induced Lateral_Acc. (ay) vs curvature induced Lat_Acc.<br>ay abs(1.5) $m/s^2$ beyond driven curvature | Heading change (yaw rate) vs drift rate vs. speed (tolerence +/- 0.5 °/s)<br>drift rate [0.2 0.5 1.0] m/s<br>yaw rate [0.5 2.5 4.5]°/s @ 70kph<br>yaw rate [0.3 1.8 3.5]°/s @ 100kph<br>yaw rate [0.3 1.5 3.5]°/s @ 130kph<br>Lateral_Acc. (ay) vs Vehicle Speed<br>ay <= 1.9 $m/s^2$ @ 70kph for 1m/s drift rate<br>ay <= 1.5 $m/s^2$ @ 100kph for 1m/s drift rate<br>ay <= 1.5 $m/s^2$ @ 130kph for 1m/s drift rate<br>Lateral Jerk vs Drift rate<br><= 5 $m/s^3$<br>Correctional Drift Rate (vy) vs Drift Rate<br>difference <= +/- 0.3 m/s<br>Heading change after haptic warning<br><= 0.3°<br>Inertial Symmetry<br>ay < 0.2 $m/s^2$<br>Intervention induced Lateral_Acc. (ay) vs curvature induced Lat_Acc.<br>ay abs(1.5) $m/s^2$ beyond curvature |

**Figure 93. Aggressivity of Control Intervention – LKS Inertial Performance.**

84) Ford provided the requirement description and requirement target for the LKA Fingerprint. The LKA Fingerprint is a way of talking about the overall system performance and characteristics. The Speed Range Support was defined to be from 35 to 125 miles per hour for LKA. The conformance state of green indicates the requirement was passing; therefore, the vehicle supported all requirements outlined. (Figure 94)

| Conformance State | K-PAC ID | Status Score | Requirement Title | Requirement Description | Requirement Category | Assessment Type | Requirement Target |
|---|---|---|---|---|---|---|---|
| Green | HC_AS-132182 | V1 | LKA Fingerprint | When evaluated per CETP 00.14-R-10645 and -10646, the following Lane Keeping System parameters under defined conditions shall meet acceptance criteria listed below:<br>l Speed Range Support<br>55-200kph (35-125mph) for LDW, LKA<br>l LKA Lateral Freedom within Travel Lane - @ 0.6 m/s drift rate; straight road; 60 mph; 3.5m lane<br>>= 0.6m<br>l Intervention Duration - 0.6 m/s drift rate; straight road, 60 mph, 3.5m lane<br>3.25s - 4.25s<br>l Host Vehicle Heading Angle at the end of control intervention; 0.6 m/s drift rate, straight road; 60 mph, 3.5m lane<br>within +/- 0.4 deg w.r.t lane heading<br>l Host Vehicle Position at the end of control intervention: 0.6 m/s drift rate, straight road; 60 mph, 3.5m lane<br>within 0.4m between vehicle longitudinal axis to lane center<br>l Drift Rate Support within Travel Lane (Outer edge of travel lane); straight road, 60 mph, 3.5m lane<br>>= 0.5 m/s<br>l Correctional Drift rate differential on Straight road - 0.6 m/s drift rate, 60 mph, 3.5m lane<br><= 0.4 m/s<br>l Lateral Acceleration - Straight, 0.6 m/s drift rate; 60 mph, 3.5m lane<br><= 1.3 m/s2<br>l SWT due to intervention @ Straight, 0.6 m/s drift rate; 60 mph, 3.5m lane<br><= 2Nm | Objective Performance | VT | l Speed Range Support<br>55-200kph (35-125mph) for LDW, LKA<br>l LKA Lateral Freedom within Travel Lane - @ 0.6 m/s drift rate; straight road, 60 mph, 3.5m lane<br>> = 0.6m<br>l Intervention Duration - 0.6 m/s drift rate; straight road, 60 mph, 3.5m lane<br>3.25s - 4.25s<br>l Host Vehicle Heading Angle at the end of control intervention, 0.6 m/s drift rate; straight road, 60 mph; 3.5m lane<br>within +/- 0.4 deg w.r.t lane heading<br>l Host Vehicle Position at the end of control intervention: 0.6 m/s drift rate, straight road, 60 mph; 3.5m lane<br>within 0.4m between vehicle longitudinal axis to lane center<br>l Drift Rate Support within Travel Lane (Outer edge of travel lane); straight road, 60 mph, 3.5m lane<br>>= 0.5 m/s<br>l Correctional Drift rate differential on Straight road - 0.6 m/s drift rate, 60 mph, 3.5m lane<br><= 0.4 m/s<br>l Lateral Acceleration - Straight, 0.6 m/s drift rate; 60 mph; 3.5m lane<br><= 1.3 m/s2<br>l SWT due to intervention @ Straight, 0.6 m/s drift rate; 60 mph; 3.5m lane<br><= 2Nm |

**Figure 94. LKA Fingerprint.**

85) Ford provided the requirement description and requirement target for the LDW (Lane Departure Warning) Fingerprint. The parameters outlined were defined to meet objective targets pertaining to the Start of Warning position, the Vibration Frequency, the Duration of Warning, and the LDW Lateral Freedom. The conformance state of green indicates the requirement was passing. (Figure 95)

| Conformance State | K-PAC ID | Status Icons | Requirement Title | Requirement Description | Requirement Category | Assessment Type | Requirement Target |
|---|---|---|---|---|---|---|---|
| Green | HC_AS-132183 | V1 | LDW Fingerprint | When evaluated per CETP 03 14-R-10645, the following LDW parameters under defined conditions shall meet objective targets<br>Start of Warning position<br>Vibration Frequency<br>Duration of Warning<br>LDW Lateral Freedom | Objective Performance | VT | Start of Warning position<br>0.2m [inner lane] to -0.3 [outer lane]<br>Vibration Frequency<br>f_vibration range >= 10Hz - 24Hz<br>Duration of Warning<br>1.5s - 2s<br>LDW Lateral Freedom<br>> 0.8m |

Figure 95. LDW Fingerprint.

86) Ford provided the requirement description and requirement target for the Feature Availability. The requirement description outlined that overall feature availability shall not drop below target thresholds under all vehicle and driving environmental conditions. The description further outlined that if the feature availability drops below 85%, the road conditions or environmental situation shall be called out in the owner's manual. The conformance state of green indicates the requirement was passing. (Figure 96)

| Conformance State | K-PAC ID | Status Icons | Requirement Title | Requirement Description | Requirement Category | Assessment Type | Requirement Target |
|---|---|---|---|---|---|---|---|
| Green | HC_AS-132184 | V1 | Feature Availability | Overall Feature Availability - shall not drop below target thresholds under all vehicle / driving environmental conditions. If the feature availability drops below 85%, those road conditions or environmental situations shall be called out in the owner's manual | Objective Performance | VT | Feature availability > 90% |

Figure 96. Feature Availability.

87) Ford provided the requirement description and requirement target for the NHTSA NCAP – LDW & LKA. The requirement description outlines that the LDW feature shall meet the NHSTA NCAP LDW performance requirements which refer to NHSTA NCAP LDW test procedure release 2-7-2013. The conformance state of green indicates the requirement was passing. (Figure 97)

| Conformance State | K-PAC ID | Status Icons | Requirement Title | Requirement Description | Requirement Category | Assessment Type | Requirement Target |
|---|---|---|---|---|---|---|---|
| Green | HC_AS-132185 | V1 | NHTSA NCAP - LDW & LKA | the LDW feature shall meet NHTSA NCAP LDW performance requirements, refer to NHTSA NCAP LDW test procedure release 2-7-2013<br>LDW performance on single (white/yellow) solid line<br>LDW performance on single (white/yellow) dashed line<br>LDW performance on single bott dots line | Objective Performance | VT | Robot<br>Start of Warning position<br>0.2m [inner lane] to -0.3 [outer lane] |

Figure 97. Euro- & Australia NCAP LKS performance and the Euro- & Australia NCAP Emergency Lane Keeping (ELK) performance.

88) Ford provided the requirement descriptions and requirement targets for the Euro- & Australia NCAP LKS performance and the Euro- & Australia NCAP Emergency Lane Keeping (ELK) performance. The conformance state was indicated as N/A for these requirements. (Figure 98)

| Conformance State | K-PAC ID | Status Icons | Requirement Title | Requirement Description | Requirement Category | Assessment Type | Requirement Target |
|---|---|---|---|---|---|---|---|
| N/A | HC_AS-132186 | V1 | Euro- & Australia NCAP LKS performance | Feature shall meet the LDW / LKA performance targets and should not exceed the listed Distance to Lane Crossing (DTLC) based on the targeted EuroNCAP Lateral Support Systems (LSS) test protocol<br>LKA<br>For all LKA scenarios the DTLC should not exceed -0.20m for drift rate <= 0.5m/s<br>LDW<br>a) DTLC range within 0.2m (inner) to -0.1m (outer lane)<br>b) all LKA tests meet performance to gain the LDW points | Objective Performance | VT | LKA<br>DTLC within >= -0.20m for tested drift rate <= 0.5m/s<br>LDW<br>DTLC range within 0.2m (inner) to -0.1m (outer lane) |
| N/A | HC_AS-132187 | V1 | Euro- & Australia NCAP Emergency Lane Keeping (ELK) performance | The LKA feature shall meet the ELK (RED) performance targets and should not exceed the listed Distance to Lane Crossing (DTLC) based on the targeted EuroNCAP Lateral Support Systems (LSS) test protocol<br>ELK scenarios are fully or partially "default-ON" at ignition cycle<br>"Oncoming Vehicle" scenario LKA performance<br>DTLC should not exceed -0.4m for drift rate range <= 0.7m/s (ref: 7.2.4.2 2018)<br>Road Edge Detection (RED)<br>For all RED scenarios the DTLC should not exceed 0m for drift rates <= 0.5m/s | Objective Performance | VT | Meet<br>ELK On-coming<br>DTLC within -0.40m for drift rates up to 0.7 m/s<br>ELK RED<br>DTLC within 0.0m for drift rates up to 0.5 m/s |

**Figure 98. Euro- & Australia NCAP LKS performance and the Euro- & Australia NCAP Emergency Lane Keeping (ELK) performance.**

89) Ford provided the requirement description and requirement target for the UN ECE R79 LKAS Compliance for N1M1 category vehicles (passenger vehicles). The conformance state of green indicates the requirement was passing. The conformance state was indicated as N/A for these requirements. (Figure 99)

| Conformance State | K-PAC ID | Status Icons | Requirement Title | Requirement Description | Requirement Category | Assessment Type | Requirement Target |
|---|---|---|---|---|---|---|---|
| Green | HC_AS-132188 | V1 | UN ECE R79 LKAS Compliance for N1M1 category vehicles (passenger vehicles) | The LKA system shall meet the UN ECE R79 CSF requirements in passenger vehicles & light trucks, refer to ECE R79 revision 2 (December 2017) | Objective Performance | VT | Intervention indication at any time (ref. 5.1.6.1)<br>Intervention duration < 10s (ref. 5.1.6.)<br>ECE Hands_OFF strategy (ref. 5.1.6.1)<br>Optical & Acoustic warning definition (ref. 5.4.1) |

**Figure 99. UN/ECE R79 LKAS Compliance for N1M1 category vehicles (passenger vehicles).**

90) Ford provided the requirement description and requirement target for the UN ECE R130/R351LDWS Compliance for N2M2 Category vehicles (commercial vehicles & trucks). (Figure 100)

| Conformance State | K-PAC ID | Status Icons | Requirement Title | Requirement Description | Requirement Category | Assessment Type | Requirement Target |
|---|---|---|---|---|---|---|---|
| N/A | HC_AS-132189 | V1 | UN ECE R130 / R351 LDWS Compliance for N2M2 Category vehicles (commercial vehicles & trucks) | LDW system shall meet the UN ECE R130/351 requirements for all commercial vehicles of category N2 (vans/trucks) and M2 (buses) with a maximum mass exceeding 3.5t but not exceeding 8t, refer to ECE/TRANS/WP.29/2011/351 for details | Objective Performance | VT | LDW available speed > 60kph (ref. 1.2.3 / ECE R351)<br>LDW "default-ON" activation (ref. 1.3.1 / ECE R351)<br>LDW_OFF indication (ref. 1.3.2 / ECE R351)<br>LDW_Failure indication (ref. 1.4 / ECE R351) |

**Figure 100. UN ECE R130/R351LDWS Compliance for N2M2 Category vehicles (commercial vehicles & trucks).**

91) Ford provided the requirement description and requirement target for the Performance to ISO Standards. The conformance state of green indicates the requirement was passing. (Figure 101)

| Conformance State | K-PAC ID | Status Icons | Requirement Title | Requirement Description | Requirement Category | Assessment Type | Requirement Target |
|---|---|---|---|---|---|---|---|
| Green | HC_AS-132190 | V1 | Performance to ISO standards | The LKS feature shall meet ISO LDW and LKS performance requirements; refer to ISO_LDW_F16W23_34031030 ISO/FDIS17361 and ISO LKA (N470 14_LKAS_20101011.doc for details | Objective Performance | VT | meet |

**Figure 101. Performance to ISO Standards.**

92) Ford provided the requirement description and requirement target for Vehicle Loading Conditions. The conformance state of green indicates the requirement was passing. (Figure 102)

| Conformance State | K-PAC ID | Status Icons | Requirement Title | Requirement Description | Requirement Category | Assessment Type | Requirement Target |
|---|---|---|---|---|---|---|---|
| Green | HC_AS-132193 | V1 | Vehicle Loading Conditions | Feature performance degradation shall be subjectively acceptable when the vehicle is loaded upto Gross rear axle weight rating (RGAWR) or if the trailer weight on the tongue is less than or equal to 10% of the max specified trailer tow load for the host vehicle when tested per CETP 00.14-R-10646 | Objective Performance | VT | Meet |

**Figure 102. Vehicle Loading Conditions.**

93) Ford provided the requirement description and requirement target for False Positives/Missed Interventions. The requirement description outlines that the feature shall meet the listed targets during real world testing for the parameters pertaining to False Positives – Towards lane center, False positives – Away from lane center, and Missed warning/Intervention. For each parameter, the requirement target was one per 200 kilometers; therefore, one missed warning or intervention was allowed per 200 kilometers. The conformance state of green indicates the requirement was passing. (Figure 103)

| Conformance State | K-PAC ID | Status Icons | Requirement Title | Requirement Description | Requirement Category | Assessment Type | Requirement Target |
|---|---|---|---|---|---|---|---|
| Green | HC_AS-132194 | V1 | False Positives / Missed Interventions | Feature shall meet listed targets during real world testing for the below listed parameters -<br>False Positives - Towards lane center<br>False Positives - Away from lane center<br>Missed warning / Intervention | Objective Performance | VT | one (1) per 200 km<br>one (1) per 200 km<br>one (1) per 200 km |

**Figure 103. False Positives/Missed Interventions.**

94) Ford provided the requirement description and requirement target for Suppressions. The requirement description outlines that the LDW/LKA features shall be suppressed temporarily per guidelines including Driver Brake Override, Vehicle Acceleration, Evasive Maneuver, Active Steering, High Yaw Rate, and High Lateral Acceleration. Further, it outlines that features shall be temporarily suppressed per guidelines due to driver induced actions including Turn Signal Usage, high drift lane change without using turn signals, repetitive actions, staying to one side of the lane, curve cutting, and in certain SDM modes. The conformance state of green indicates the requirement was passing. (Figure 104)

| Conformance State | K-PAC ID | Status Icons | Requirement Title | Requirement Description | Requirement Category | Assessment Type | Requirement Target |
|---|---|---|---|---|---|---|---|
| Green | HC_AS-132196 | V1 | Suppressions | Apart from suppressions due to system faults LDW / LKA features shall be suppressed temporarily per guidelines listed below -<br>Driver Brake Override<br>Vehicle Acceleration<br>Evasive Maneuver<br>Active Steering<br>High Yaw Rate<br>High Lateral Acceleration<br><br>Feature shall also be temporarily suppressed per following guidelines due to driver induced actions like -<br>Turn Signal Usage<br>high drift Lane change without using turn signals,<br>Repetitive activations,<br>Staying to one side of the lane &<br>Curve Cutting<br>In certain SDM modes (Slippery, Deep Snow / Sand, Tract, Dirt) | Objective Performance | VT | Driver Brake Override<br>ax >= -1m/s²<br>Vehicle Acceleration<br>ax >= 1m/s²<br>High Lateral Acceleration / Evasive Maneuver<br>ay 60% |

**Figure 104. Requirement description and requirement target for Suppressions.**

95) Ford provided the requirement description and requirement target for Expert Evaluation & Subjective Sign-Off. The requirement description outlines that the Lane Assist feature shall meet program targets for safety, effectiveness, annoyance and overall desirability when evaluated subjectively. Further, it was defined that acceptance shall be determined by subject matter experts'(s) evaluation which shall be in according to 00.14-R-4391. It is also outlined that vehicle evaluation and test location shall be determined by the evaluator to match the naturalistic driving behavior of the driver. The conformance state of green indicates the requirement was passing. (Figure 105)

| Conformance State | X-PAC ID | Status Score | Requirement Title | Requirement Description | Requirement Category | Assessment Type | Requirement Target |
|---|---|---|---|---|---|---|---|
| Green | HC_AS-132197 | V1 | Expert Evaluation & Subjective Sign-Off | Lane Assist feature shall meet program targets for safety, effectiveness, annoyance and overall desirability when evaluated subjectively. Acceptance shall be determined by subject matter experts'(s) evaluation. Evaluation shall be according to 00.14-R-4391 and shall include, but not limited to the following parameters:<br>• Performance with & without hands<br>• Effectiveness<br>• Annoyance<br>• Overall Desirability<br>• Kinesthetic feedback to the driver<br>• Steer Feel - Straight, Curve Inner & Curve Outer roads<br>• System Response - Activation Location, Force build-up, Heading neutralization<br>• Haptic Warning - Perceptibility, Length, Separation between intensity settings<br>• HMI Display in the cluster &/or HUD<br>• Hands-Off detection<br>• Rough road, Road edge, Grooved & Rutted roads<br>• LDW & LKA Operational limits<br>• Feature Availability & Lane Recognition<br>• Suppressions & Thresholds<br>• Torque Controllability & intrusiveness<br>• False Positives / Missed Interventions<br>Effect on / due to Other Systems, Attributes or their degradation thereof.<br><br>Vehicle evaluation and test location shall be determined by the evaluator to match the naturalistic driving behavior of the drivers. After obtaining an 'OK or Not OK for sign-off assessment', detailed feedback on potential improvements shall be noted and assessed for future improvements or further tuning to feature performance. | Objective Performance | V1 | meet |

| Requirement Description |
|---|
| Lane Assist feature shall meet program targets for safety, effectiveness, annoyance and overall desirability when evaluated subjectively. Acceptance shall be determined by subject matter experts'(s) evaluation. Evaluation shall be according to 00.14-R-4391 and shall include, but not limited to the following parameters:<br>• Performance with & without hands<br>• Effectiveness<br>• Annoyance<br>• Overall Desirability<br>• Kinesthetic feedback to the driver<br>• Steer Feel - Straight, Curve Inner & Curve Outer roads<br>• System Response - Activation Location, Force build-up, Heading neutralization<br>• Haptic Warning - Perceptibility, Length, Separation between intensity settings<br>• HMI Display in the cluster &/or HUD<br>• Hands-Off detection<br>• Rough road, Road edge, Grooved & Rutted roads<br>• LDW & LKA Operational limits<br>• Feature Availability & Lane Recognition<br>• Suppressions & Thresholds<br>• Torque Controllability & intrusiveness<br>• False Positives / Missed Interventions<br>Effect on / due to Other Systems, Attributes or their degradation thereof.<br><br>Vehicle evaluation and test location shall be determined by the evaluator to match the naturalistic driving behavior of the drivers. After obtaining an 'OK or Not OK for sign-off assessment', detailed feedback on potential improvements shall be noted and assessed for future improvements or further tuning to feature performance. |

**Figure 105. Expert Evaluation & Subjective Sign-Off.**

96) Ford provided the requirement description and requirement target for the ARL cascaded including NCAP points targeted and confirmed. The requirement description outlines that "Feature Attribute owner to confirm that all ARL requirements have been cascaded to affected PMTs including NCAP points targeted for the program. Feature Attribute owner to confirm that all cascaded requirements are covered in PMTs specifications." The conformance state of green indicates the requirement was passing. (Figure 106)

| Conformance State | R-PAC ID | [illegible] | Requirement Title | Requirement Description | Requirement Category | Assessment Type | Requirement Target |
|---|---|---|---|---|---|---|---|
| Green | HC_AS 133177 | V1 | ARL cascaded incl. NCAP points targeted and confirmed | Feature Attribute owner to confirm that all ARL requirements have been cascaded to affected PMTs including NCAP points targeted for the program. Feature Attribute owner to confirm that all cascaded requirements are covered in PMTs specifications | Objective Performance | PC | [illegible] |

**Figure 106. ARL cascaded including NCAP points targeted and confirmed.**

97) The IPMA Detection Specification document was marked as Exhibit 12 in Natalie Dostie's deposition. This is a specification for some of Ford's driver-assist features that require the front windshield camera, and it defines what Ford wants the IPMA to be able to detect. Page 4 of the document describes its purpose. (Figure 107)

> **1.1 Purpose of this document**
>
> This detection specification is used to describe and specify the requirements for the vision sensor. It specifies the general robustness and compatibility which is required for the detection in general. In addition, it contains the detection requirements for general detections (mainly environment detection) and the lane, light, sign and object detection. For each detection requirement the expected performance is specified and in addition in which way it shall be tested by the supplier to show that the performance requirement is fulfilled. At the end of the specification the interface is defined with all required signals from the detection.

**Figure 107. Purpose of the IPMA Detection Specification document.**

98) On pages 29 through 32 of the IPMA Detection Specification, Ford described nine main performance requirements of the IPMA:

- Performance not to be reduced by host vehicle velocity (within speed range of 0 to 250 kph);
- Performance not to be reduced due to normal dynamic changes in vehicle's angular positions;
- Performance not to be reduced due to any allowed loading condition;
- Full performance with any standard type of windshield, windshield heating. Wiper system shall not influence performance of sensor;
- Performance not to be reduced due to temperature conditions of interior components (within range of -40°C to +70°C)
- Performance not to be reduced due to country it is used in;
- Full performance with any standard headlamp type;
- Performance requirements for all detections shall be fulfilled even in poor vision conditions caused by rain, fog, or snow;
- The sensor has to finish initialization latest after five seconds, measured from the moment the sensor gets power to the moment all detection signals have valid values.

99) Further, Ford also described the Detection Requirements of the IPMA on pages 37 through 45:

- Ambient light detection;
- Clear field of view detection;
- Fog detection;
- Traffic style detection;
- Autobahn/expressway detection;
- Guardrail detection;
- Urban area detection;
- Construction zone detection;
- Country detection;
- Speed unit detection;
- Exit ramp detection;
- Entry ramp detection;
- Crossroad detection.

100) Ford described the detection requirements that the IPMA must meet. One of these requirements is that the IPMA vision sensor shall detect if the host vehicle is located on an Autobahn/expressway or comparable road. (Figure 108)



General – 0005: Autobahn/ expressway detection

| Requirement properties | |
|---|---|
| Number: | ReqGen_0005 |
| Version | 001 |
| Owner: | Stefan [illegible] |

| References | |
|---|---|
| Performance: | ReqGen_1005 |
| Verification | |
| Interface | |

| Feature | | | | |
|---|---|---|---|---|
| ☒ AHBC/ GFHB | ☒ TSR/ ISA/ IACC | ☐ LKS | ☒ SBLM | ☒ TJA+ |
| ☐ TSDG | ☒ WWA | ☒ LCWA | ☒ CBDB | ☐ |

Requirement text

The vision sensor shall detect if the host vehicle is located on an Autobahn/ expressway or comparable road. This kind of road is defined by the presence of at least one lane in one driving direction and two lanes in the other driving direction. In addition, any kind of structural separation (guardrail, lawn, vegetation, concrete wall, concrete area) between both driving directions has to be present

Figure 4-2: Examples for Autobahn/ expressway

**Figure 108. Autobahn/expressway detection from the IPMA Detection Specification.**

Forensic Rock

101) The IMPA vision sensor shall be able to detect if there are guardrails present. (Figure 109)

**General – 0006: Guardrail detection**

| Requirement properties | |
|---|---|
| Number: | ReqGen_0006 |
| Version: | 002 |
| Owner: | Stefan Lingscheidt |

| References | |
|---|---|
| Performance: | ReqGen_1006 |
| Verification: | |
| Interface: | |

| Feature | | | | |
|---|---|---|---|---|
| ☒ AHBC/GFHB | ☐ TSR/ISA/iACC | ☐ LKS | ☐ SBLM | ☒ TJA+ |
| ☐ TSDG | ☐ WWA | ☐ LCWA | ☐ CBDB | ☐ |

**Requirement text**

The sensor shall be able to detect if there is a structural separation to the oncoming lane(s) or lane(s) with same driving direction with a minimum height of 0.6m. In detail this means that guardrails, concrete walls, dense and tall vegetation shall be detected but no structural separations like concrete areas or just lawn.



Figure 4-3: Examples for structural separations that shall be detected

**Figure 109. Guardrail detection from the IPMA Detection Specification.**

102) The IPMA vision sensor shall be able to detect urban areas and construction zones. (Figure 110 - Figure 111)

**General – 0007: Urban area detection**

| Requirement properties | |
|---|---|
| Number: | ReqGen_0007 |
| Version: | 001 |
| Owner: | Stefan Lingscheidt |

| References | |
|---|---|
| Performance: | ReqGen_1007 |
| Verification: | |
| Interface: | |

| Feature | | | | |
|---|---|---|---|---|
| ☒ AHBC/GFHB | ☐ TSR/ISA/iACC | ☐ LKS | ☒ SBLM | ☐ TJA+ |
| ☒ TSDG | ☐ WWA | ☐ LCWA | ☒ CBDB | ☐ |

**Requirement text**

The sensor shall include an algorithm for the detection of road illumination during night (village or urban scenarios, via number of street lamps and/or sufficient road ambient illumination). The detection has to work with all kinds of street lamps (e.g. induction lights/ gas discharge lamps, PWM controlled street lights and also novel LED street lamps). All kinds of street lamps have to be detected reliably. The sensitivity of this detection shall be tunable to be market depending.



Figure 4-4: Examples for typical urban area scenarios

**Figure 110. Urban area detection from the IPMA Detection Specification.**



General – 0008: Construction zone detection

| Requirement properties | | References | |
|---|---|---|---|
| Number: | ReqGen_0008 | Performance: | ReqGen_1008 |
| Version: | 002 | Verification: | |
| Owner: | Felix Sepcke | Interface: | |

Feature

| | | | | |
|---|---|---|---|---|
| ☒ AHBC/GFHB | ☒ TSR/ISA/iACC | ☒ LKS | ☐ SBLM | ☒ TJA+ |
| ☐ TSDG | ☒ WWA | ☒ LCWA | ☒ CBDB | ☐ |

Requirement text

The vision sensor shall detect construction zones (e.g. based on lane markings, lane width, traffic signs, temporary guardrails and traffic bollards).

Document Title: IPMA_DetectionSpecification

| | | | |
|---|---|---|---|
| Originator: | S. Lingscheidt (slingsc1) | Version | Page No |
| Date Issued: | 2016/11/11 | 1.0 | 41 (280) |
| Date Revised: | 2018/29/05 | | |
| GIS1: | 27.60 | | |
| GIS2: | Confidential | | |

PRODUCED BY FORD MOTOR COMPANY IN WOOTEN V. FORD SUBJECT TO NON-SHARING PROTECTIVE ORDER

**Figure 111. Construction zone detection from the IPMA Detection Specification.**

103) Page 43 of this document discusses exit ramp detection. The vision sensor involved in Ford's Automatic Driving Beam, Traffic Sign Recognition, Camera Based Dynamic Bending, and Traffic Jam Assist shall indicate if a vehicle is on an exit ramp. (Figure 112)



General – 0011: Exit ramp detection

| Requirement properties | | References | |
|---|---|---|---|
| Number: | ReqGen_0011 | Performance: | ReqGen_1011 |
| Version: | 001 | Verification: | |
| Owner: | Felix Sepcke | Interface: | |

Feature

| | | | | |
|---|---|---|---|---|
| ☒ AHBC/GFHB | ☒ TSR/ISA/iACC | ☐ LKS | ☐ SBLM | ☒ TJA+ |
| ☐ TSDG | ☐ WWA | ☐ LCWA | ☒ CBDB | ☐ |

Requirement text

The vision sensor shall indicate if the vehicle is on an exit ramp. The environment (e.g. lane markings, lane path, etc.) can be used for the determination

Figure 4-6: Schematic for exit ramp

**Figure 112. Exit ramp detection from the IPMA Detection Specification.**

104) Page 43 of the document also discusses entry ramp detection. The vision sensor involved in Ford's Automatic Driving Beam, Traffic Sign Recognition, Camera Based Dynamic Bending, Traffic Sign Recognition, Lane Keep System, and Lane Change Warning and Aid shall be able to detect if a vehicle is on an entry ramp. (Figure 113)

**General – 0012: Entry ramp detection**

| Requirement properties | | References | |
|---|---|---|---|
| Number: | ReqGen_0012 | Performance: | ReqGen_1012 |
| Version: | 001 | Verification: | |
| Owner: | Benjamin Lass | Interface: | |

| Feature | | | | |
|---|---|---|---|---|
| ☒ AHBC/GFHB | ☒ TSR/ISA/iACC | ☒ LKS | ☐ SBLM | ☐ TJA+ |
| ☐ TSDG | ☐ WWA | ☒ LCWA | ☒ CBDS | ☐ |

**Requirement text**

The detection shall indicate if the vehicle is on an entry ramp. The environment (e.g. lane markings, lane path, etc.) can be used for the determination.

**Figure 113. Entry ramp detection from the IPMA Detection Specification.**

105) The IPMA vision sensor shall also be able to detect crossroads. (Figure 114)

**General – 0013: Crossroad detection**

| Requirement properties | | References | |
|---|---|---|---|
| Number: | ReqGen_0013 | Performance: | ReqGen_1013 |
| Version: | 001 | Verification: | |
| Owner: | Stefan Lingscheidt | Interface: | |

| Feature | | | | |
|---|---|---|---|---|
| ☒ AHBC/GFHB | ☐ TSR/ISA/iACC | ☐ LKS | ☐ SBLM | ☒ TJA+ |
| ☐ TSDG | ☐ WWA | ☐ LCWA | ☒ CBDS | ☐ |

**Requirement text**

The vision sensor shall be able to detect crossroads. At least all crossroads with traffic lights or a branch to the left and right side shall be detected. Crossroads shall be detected already 150m before the host vehicle enters the crossroad.



Figure 4-7: Examples for crossroad scenarios

**Figure 114. Crossroad detection from the IPMA Detection Specification.**

106) Ford also described the Performance Requirements of the IPMA on pages 46 through 52:

- Ambient light detection performance;
- Clear field of view detection performance;
- Fog detection performance;
- Traffic style detection performance;
- Autobahn/expressway detection performance;
- Guardrail detection performance;
- Urban area detection performance;
- Construction zone detection performance;
- Country detection performance;
- Speed unit detection performance;
- Exit ramp detection performance;
- Entry ramp detection performance;
- Crossroad detection performance.

107) Of these performance requirements, the Lane Keep System shall be able to detect traffic style, the Lane Change Warning and Aid shall be able to detect Autobahn/expressway, and the Lane Keep System and Lane Change Warning and Aid shall be able to detect construction zones. (Figure 115 - Figure 117)

**General – 0019: Traffic style detection performance**

| Requirement properties | | References |
|---|---|---|
| Number: | ReqGen_1004 | Performance: |
| Version: | 001 | Verification: |
| Owner: | Felix Sepcke | Interface: |

| Feature | | | | |
|---|---|---|---|---|
| ☒ AHBC/ GFHB | ☒ TSR/ ISA/ iACC | ☒ LKS | ☒ SBLM | ☒ TJA+ |
| ☐ TSDG | ☒ WWA | ☒ LCWA | ☒ CBDB | ☐ |

| Requirement text |
|---|
| A change of traffic style (left hand traffic changes to right hand traffic or the other way around) shall be detected latest after 3km. A change of the traffic style information although there is actually no change in traffic style shall be avoided completely. |

**Figure 115. Traffic style detection performance from the IPMA Detection Specification.**

Forensic Rock

**General – 0020: Autobahn/ expressway detection performance**

| Requirement properties | | References |
|---|---|---|
| Number: | ReqGen_1005 | Performance: |
| Version: | 001 | Verification: |
| Owner: | Stefan Lingscheidt | Interface: |

| Feature | | | | |
|---|---|---|---|---|
| ☒ AHBC/ GFHB | ☒ TSR/ ISA/ IACC | ☐ LKS | ☒ SBLM | ☒ TJA+ |
| ☐ TSDG | ☒ WWA | ☒ LCWA | ☒ CBDB | ☐ |

**Requirement text**

Autobahn/ expressway mode shall be active latest after driving 300m on a road with a structural separation to the oncoming lane. If the host vehicle leaves such kind of road, the Autobahn/ expressway mode shall be deactivated latest after 300m.

The allowed distance of a wrong Autobahn/ expressway information (Autobahn/ expressway mode is active although the host vehicle is not located on a road with structural separation or Autobahn/ expressway mode is not active although the host vehicle is located on a road with structural separation) shall not exceed 500m per 1000km real world driving with at least five changes between roads with and without structural separation (excluded from this are the 300m ranges the algorithm has time to detect the road type change). This performance has to be also met during night with very less traffic on the roads.

**Figure 116. Autobahn/expressway detection performance from the IPMA Detection Specification.**

**General – 0023: Construction zone detection performance**

| Requirement properties | | References |
|---|---|---|
| Number: | ReqGen_1009 | Performance: |
| Version: | 002 | Verification: |
| Owner: | Felix Sepcke | Interface: |

| Feature | | | | |
|---|---|---|---|---|
| ☒ AHBC/ GFHB | ☒ TSR/ ISA/ IACC | ☒ LKS | ☐ SBLM | ☒ TJA+ |
| ☐ TSDG | ☒ WWA | ☒ LCWA | ☒ CBDB | ☐ |

**Requirement text**

The construction area detection performance is defined as "distance driven in construction area with construction area detected per distance driven in construction area".

The construction area detection performance shall be at least 98%.

A false positive occurs when a construction area is detected, although the vehicle is not in a construction area.
The false positive rate shall be below 2 per 1000 km AND 2 in 20 hours driving.

The construction area information shall become active within 100m before entering the construction area but latest in the moment when entering the construction area.
The construction area information shall become inactive within 100m after leaving the construction area.

**Figure 117. Construction zone detection performance from the IPMA Detection Specification.**

108) Further, the Lane Keep System and the Lane Change Warning and Aid shall be able to detect entry ramps. (Figure 118)

**General - 0027: Entry ramp detection performance**

| Requirement properties | | References |
|---|---|---|
| Number: | ReqGen_1012 | Performance: |
| Version: | 001 | Verification: |
| Owner: | Benjamin Lass | Interface: |

| Feature | | | | |
|---|---|---|---|---|
| ☒ AHBC/ GFHB | ☒ TSR/ ISA/ iACC | ☒ LKS | ☐ SBLM | ☐ TJA+ |
| ☐ TSDG | ☐ WWA | ☒ LCWA | ☒ CBDB | ☐ |

**Requirement text**

The entry ramp information shall become true within 1s after entering the entry ramp.
The entry ramp detection performance is defined as "number of entry ramps correctly detected within 1s per entry ramps taken".

The entry ramp detection performance shall be at least 99%.

A false positive occurs when an entry ramp is detected although the vehicle is not on an entry ramp.
The false positive rate shall be below 1 per 1000 km AND 1 in 20 hours driving.

**Figure 118. Entry ramp detection performance from the IPMA Detection Specification.**

109) Page 60 of the IPMA Detection Specification document pertains to Verification of Exit ramp detection. This requirement outlines the objective of determining if Exit Ramp Detection is working. It lays out that the setup consists of testing on public roads and testing at night. The procedure to test is to drive on motorways and expressways with exit ramps and then to record ground truth data regarding exit ramps. (Figure 119)

**General – 0008: Verification of Exit ramp detection**

| Requirement properties | | References |
|---|---|---|
| Number: | ReqGen_2012 | Performance: |
| Version: | 001 | Verification: |
| Owner: | Stephanie Rosenberg | Interface: |

| Feature | | | | |
|---|---|---|---|---|
| ☒ AHBC/ GFHB | ☒ TSR/ ISA/ iACC | ☐ LKS | ☐ SBLM | ☒ TJA+ |
| ☐ TSDG | ☐ WWA | ☐ LCWA | ☒ CBDB | ☐ |

**Requirement text**

Testcase 1: Check Functionality of Exit Ramp Detection

**Objective:**
Determine if Exit Ramp Detection is working

**Setup:**
- Test carried out at public roads.
- Test carried out at night.

**Procedure:**
1. Drive on motorways and expressways with exit ramps.
2. Record ground truth data regarding exit ramps.

**Figure 119. Verification of Exit ramp detection from the IPMA Detection Specification.**

Forensic Rock

110) As described on Page 70, the IPMA shall be able to detect different lane marking types, lane marking colors, and multiple lane marking flags. (Figure 120 - Figure 121)

**Lane – 0009: Lane Marking Type**

| Requirement properties | | References | |
|---|---|---|---|
| Number: | ReqLane_0010 | Performance: | ReqLane_1006 |
| Version: | 001 | Verification: | |
| Owner: | Benjamin Lass | Interface: | |

| Feature | | | | |
|---|---|---|---|---|
| ☐ AHBC/GFHB | ☒ TSR/ISA/iACC | ☒ LKS | ☐ SBLM | ☒ TJA+ |
| ☐ TSDG | ☒ WWA | ☒ LCWA | ☒ CBDB | ☐ |

**Requirement text**

For each lane marking reported as polynomial, a dedicated signal shall report the lane marking type.
The lane marking type signal shall have the following states:

- Invalid – No classification
- Solid
- Dashed
- Botts Dots
- Double lane marking –solid/solid
- Double lane marking –dashed/solid
- Double lane marking –solid/dashed
- Double lane marking –dashed/dashed

Additionally the states *Undecided* and *Double lane marking – Undecided* are allowed for (double) lane markings with low confidence for one type

**Lane – 0010: Lane Marking Color**

| Requirement properties | | References | |
|---|---|---|---|
| Number: | ReqLane_0011 | Performance: | ReqLane_1007 |
| Version: | 001 | Verification: | |
| Owner: | Benjamin Lass | Interface: | |

| Feature | | | | |
|---|---|---|---|---|
| ☐ AHBC/GFHB | ☒ TSR/ISA/iACC | ☒ LKS | ☐ SBLM | ☒ TJA+ |
| ☐ TSDG | ☐ WWA | ☒ LCWA | ☒ CBDB | ☐ |

**Requirement text**

For each lane marking reported as polynomial, a dedicated signal shall report the lane marking color.
The lane marking color signal shall have the following states:

- Unknown
- Yellow
- White
- Blue

**Figure 120. Detection of Lane Marking Type and Color in the IPMA Detection Specification.**

**Lane – 0011: Multiple Lane Marking Flag**

| Requirement properties | | References | |
|---|---|---|---|
| Number: | ReqLane_0012 | Performance: | ReqLane_1008 |
| Version: | 001 | Verification: | |
| Owner: | Benjamin Lass | Interface: | |

| Feature | | | | |
|---|---|---|---|---|
| ☐ AHBC/GFHB | ☒ TSR/ISA/iACC | ☒ LKS | ☐ SBLM | ☒ TJA+ |
| ☐ TSDG | ☐ WWA | ☒ LCWA | ☒ CBDB | ☐ |

**Requirement text**

For each lane marking reported as polynomial, a dedicated signal shall report whether or not multiple lane markings are detected – independent of confidence.

The multiple lane marking flag shall have the following states:

- No multiple lane markings detected
- multiple lane markings detected

**Figure 121. Multiple Lane Marking Flag from the IPMA Detection Specification.**

111) Page 72 of the IPMA Detection Specification pertains to Neighboring Lanes. Ford defines neighboring lanes as lanes next to the lane that the host vehicle is driving on. These lanes shall be able to be detected by the sensor for the Lane Keeping System and the Lane Change Warning and Aid systems. (Figure 122)

Lane – 0012: Neighboring Lanes

| Requirement properties | |
|---|---|
| Number: | ReqLane_0012 |
| Version: | 001 |
| Owner: | Benjamin Lase |

| References | |
|---|---|
| Performance: | ReqLane_1009, ReqLane_1010, ReqLane_1011 |
| Verification: | |
| Interface: | |

| Feature | | | | |
|---|---|---|---|---|
| [ ] AHBC/GFHB | [x] TSR/ISA/iACC | [x] LKS | [ ] SBLM | [x] TJA+ |
| [ ] TSDG | [ ] WWA | [x] LCWA | [x] CBDB | [ ] |

**Requirement text**

Neighboring lanes are defined as lanes next to the lane the host vehicle is driving on. This does not include only adjacent lanes.

Example:




For neighboring lanes following information shall be provided:

a) Confidence that lane is present
b) Driving Direction
   - Same as Host Vehicle
   - Oncoming Traffic
   - None
c) Type of Use
   - Regular traffic
   - Not used for regular traffic (e.g. Emergency Lane)
   - Diamond lane (e.g. carpool lane, bike lane, bus lane)
   - Unknown

**Figure 122. Neighboring Lanes from the IPMA Detection Specification.**

112) Page 79 of the IPMA Detection Specification document pertains to Motorway Exit and Entrance Ramp. At an unmarked or partially marked motorway exit and/or entrance, the lane marking shall be predicted as depicted in the figure below. (Figure 123)

**Lane – 0020: Motorway Exit and Entrance Ramp**

| Requirement properties | |
|---|---|
| Number: | ReqLane_0022 |
| Version: | 001 |
| Owner: | Benjamin Lass |

| References | |
|---|---|
| Performance: | ReqLane_1015 |
| Verification: | ReqLane_2009 |
| Interface: | |

| Feature | | | | |
|---|---|---|---|---|
| ☐ AHBC/GFHB | ☐ TSR/ISA/iACC | ☒ LKS | ☐ SBLM | ☒ TJA+ |
| ☐ TSDG | ☐ WWA | ☒ LCWA | ☒ CBDB | ☐ |

**Requirement text**

At unmarked or partially marked motorway exit and entrance the lane marking shall be predicted as illustrated in the picture below (example for an exit ramp)




This prediction shall be reported in prediction signal (ReqLane_0009) with the bit "Diverging Lane Prediction" for exits and bit "Merge Prediction" for entrances. A split point (ReqLane_0035) must not be reported.

**Figure 123. Motorway Exit and Entrance Ramp from the IPMA Detection Specification.**

113) Page 82 of the IPMA Detection Specification discusses the Road Edge Types that the IPMA shall be able to detect. (Figure 124)



Lane – 0026: Road Edge Type

| Requirement properties | |
|---|---|
| Number: | ReqLane_0026 |
| Version: | 001 |
| Owner: | Benjamin Lee |

| References | |
|---|---|
| Performance: | ReqLane_1014 |
| Verification: | |
| Interface: | |

Feature

| | | | | |
|---|---|---|---|---|
| ☐ AHBC/GFHB | ☐ TSR/ISA/iACC | ☒ LKS | ☐ SBLM | ☒ TJA+ |
| ☐ TSDG | ☐ WWA | ☒ LCWA | ☒ CBDB | ☐ |

Requirement text

For each road edge reported as polynomial, a dedicated signal shall report the road edge type.
The road edge type signal shall have the following states:

| |
|---|
| Invalid – No classification |
| Flat |
| Curb |
| Barrier |
| Traffic Cones |
| Parking lot |

The following road edge types shall be detected:

- Flat
- Curb
- Barrier
- Poles and Cones

**Figure 124. Road Edge Type from the IPMA Detection Specification.**

Forensic Rock

114) Page 84 of the IPMA Detection Specification document pertains to Ignoring Road Anomalies and Objects and performing Plausibility Checks based on Other Objects. Lane tracking is set to ignore several road anomalies and objects as outlines in the figure below, and Lane detection shall consider other objects to determine and/or qualify the detected lane markings and road edges (Figure 125 - Figure 126)

**Lane – 0027: Ignoring Road Anomalies and Objects**

| Requirement properties | | References |
|---|---|---|
| Number: | ReqLane_0029 | Performance: |
| Version: | 001 | Verification: |
| Owner: | Benjamin Lass | Interface: |

| Feature | | | | |
|---|---|---|---|---|
| ☐ AHBC/ GFHB | ☐ TSR/ ISA/ iACC | ☒ LKS | ☐ SBLM | ☒ TJA+ |
| ☐ TSDG | ☐ WWA | ☒ LCWA | ☒ CBDB | ☐ |

**Requirement text**

Lane Tracking shall ignore the following road anomalies/objects:

1. Traffic signs, guardrails, trees and bridges
2. Continuous shadows on the roadway (standing objects)
3. Shadows beside moving objects
4. Tar in longitudinal cracks
5. Asphalt patches
6. Longitudinal pavement joints (parallel or not parallel to lane markings)
7. Lane markings that are not broadly in the direction of travel (e.g. crosswalks, lateral lane markings)
8. Arrows/signs/writings on the road surface
9. Other static objects within or outside lane
10. It shall also be independent of road surface and road friction
11. Borders of snow coverage that are parallel to the lane (e.g. snow tracks)
12. Lines or tracks that temporarily appear by the leading vehicle's tires on a very wet road

**Figure 125. Ignoring Road Anomalies and Objects from the IPMA Detection Specification.**

**Lane – 0028: Plausibility Check based on Other Objects**

| Requirement properties | | References |
|---|---|---|
| Number: | ReqLane_0030 | Performance: |
| Version: | 001 | Verification: |
| Owner: | Benjamin Lass | Interface: |

| Feature | | | | |
|---|---|---|---|---|
| ☐ AHBC/ GFHB | ☐ TSR/ ISA/ iACC | ☒ LKS | ☐ SBLM | ☒ TJA+ |
| ☐ TSDG | ☐ WWA | ☒ LCWA | ☒ CBDB | ☐ |

**Requirement text**

Lane detection shall consider other objects (e.g. signs, vehicles, pedestrians) to determine and / or qualify the detected lane markings and road edges (e.g. an object classified as a moving vehicle cannot drive on a lane that is separated to the host lane by a road edge).

**Figure 126. Plausibility Checked based on Other Objects from the IPMA Detection Specification.**

115) Page 86 of the IPMA Detection Specification document discusses that the lane detection system shall ensure a reliable reporting of lane information even under various environmental conditions. (Figure 127)

**Lane – 0031: Environmental conditions**

| Requirement properties | |
|---|---|
| Number: | ReqLane_0033 |
| Version: | 001 |
| Owner: | Benjamin Lass |

| References | |
|---|---|
| Performance: | ReqLane_1001 |
| Verification: | ReqLane_2010 |
| Interface: | |

**Feature**

| | | | | |
|---|---|---|---|---|
| ☐ AHBC/GFHB | ☐ TSR/ISA/iACC | ☒ LKS | ☐ SBLM | ☒ TJA+ |
| ☐ TSDG | ☐ WWA | ☒ LCWA | ☒ CBDS | ☐ |

**Requirement text**

The lane detection shall ensure a reliable reporting of lane information under various environmental conditions, including rain, fog, snow, when dazzled by sunlight and with low quality lane markings.
The lane information shall not flicker.

Examples:
Dazzled by sun



Low lane marking quality



**Figure 127. Lane detection requirements under different Environmental conditions.**

116) Page 88 of the IPMA Detection Specification document pertains to Merge and Split Point Detection. Detection of a lane marking split and a new lane forming in Ford's Lane Keeping System, Lane Changing Warning and Aid, and Traffic Jam Assist shall be reported with longitudinal distance, lateral distance, confidence, and type (split/merge). The split/merge shall be detected 50 meters before occurring. (Figure 128)

**Lane – 0033 Merge and Split point detection**

| Requirement properties | | References | |
|---|---|---|---|
| Number: | ReqLane 0035 | Performance: | ReqLane 1016 |
| Version: | 001 | Verification: | |
| Owner: | Andreas Stahl | Interface: | |

| Feature | | | | |
|---|---|---|---|---|
| ☐ AHBC/GFHB | ☐ TSR/ISA/IACC | ☒ LKS | ☐ SBLM | ☒ TJA+ |
| ☐ TSDG | ☐ WWA | ☒ LCWA | ☐ CBDB | ☐ |

**Requirement text**

If a lane marking splits and a new lane is forming or two lanes merge together, the detection shall report the split/merge point with the following attributes:

- Longitudinal distance (x-direction)
- Lateral distance (y-direction)
- Confidence
- Type (Split/Merge)

The split/merge points shall be detected 50 m before they occur.
Maximal allowed tolerances are:
$e_{Long_{dist}} = 0.08x + 1\ ,x = [0,100]$ $e_{lat\ dist} = 0.012x + 0.1\ ,x = [0,100]$ with x representing longitudinal distance to the split/merge point

If multiple split/merge points are detected, the 8 closest shall be reported.

Examples (split/merge points shown as red stars):

| Split examples | Merge examples |
|---|---|



**Figure 128. Merge and Split point detection from the IPMA Detection Specification.**

117) Certain sets of criteria were established within the IPMA Detection Specification that the Lane Marking system must meet. For the Lane Marking Detection Performance for the Host Lane, the following criteria must be met. (Figure 129)

Lane – 0040 Lane Marking Detection Performance – Host Lane

| Requirement properties | | References |
|---|---|---|
| Number: | ReqLane_1005 | Performance |
| Version: | 001 | Verification |
| Owner: | Benjamin Lass | Interface |

Feature

| | | | | |
|---|---|---|---|---|
| ☐ AHBC/ GFHB | ☒ TSR/ISA/IACC | ☒ LKS | ☐ SBLM | ☒ TJA+ |
| ☐ TSDG | ☐ WWA | ☒ LCWA | ☒ CBDB | ☐ |

Requirement text

The lane markings shall be detected with at least the following performance. [illegible] ferentiate between

- *Accurate*: error < 0.2m for polynomial with [0s < t < 1.3s]
- *Inaccurate*: 0.2m < error < 0.5m (not explicitly shown here, equals 100% - *Accurate rate* – *Severe Error rate*)
- *Severe Error*: error > 0.5m

**Road Type**

| General | Accurate | Severe Error | Availability | False Positives |
|---|---|---|---|---|
| Freeway | 98.8% | 0.15% | 99.0% | 0.01% |
| Urban | 97.7% | 0.50% | 84.0% | 0.05% |
| Country | 98.8% | 0.20% | 94.0% | 0.02% |
| Ramps | 97.0% | 0.50% | 94.0% | 0.05% |

| Day | Accurate | Severe Error | Availability | False Positives |
|---|---|---|---|---|
| Freeway | 99.0% | 0.15% | 99.0% | 0.01% |
| Urban | 98.0% | 0.50% | 85.0% | 0.05% |
| Country | 98.0% | 0.20% | 95.0% | 0.02% |
| Ramps | 97.0% | 0.50% | 95.0% | 0.05% |

| Night | Accurate | Severe Error | Availability | False Positives |
|---|---|---|---|---|
| Freeway | 98.5% | 0.18% | 96.0% | 0.01% |
| Urban | 97.5% | 0.70% | 80.0% | 0.05% |
| Country | 97.5% | 0.30% | 90.0% | 0.02% |
| Ramps | 97.0% | 0.60% | 90.0% | 0.05% |

**Weather**

| General | Accurate | Severe Error | Availability | False Positives |
|---|---|---|---|---|
| Clear | 99.0% | 0.30% | 99.5% | 0.01% |
| Cloudy | 99.0% | 0.35% | 99.0% | 0.01% |
| Foggy | 96.0% | 0.20% | 70.0% | 0.02% |
| Rainy | 97.0% | 0.30% | 85.0% | 0.02% |
| Snow | 96.0% | 0.20% | 70.0% | 0.05% |
| Sunny | 98.0% | 0.30% | 99.0% | 0.02% |

| Day | Accurate | Severe Error | Availability | False Positives |
|---|---|---|---|---|
| Clear | 99.0% | 0.30% | 99.5% | 0.01% |

Ford

Document Title: IPMA_DetectionSpecification
Originator: B. Langscheidt (blangsc1)
Date Issued: 2016/11/11
Date Revised: 2018/25/06
GIS1: 27.00
GIS2: Confidential
Version: 1.0
Page No: 93 (280)

PRODUCED BY FORD MOTOR COMPANY IN WOOTEN V. FORD SUBJECT TO NON-SHARING PROTECTIVE ORDER

Forensic Rock

| | Accurate | Severe Error | Availability | False Positives |
|---|---|---|---|---|
| Cloudy | 99.0% | 0.35% | 99.0% | 0.01% |
| Foggy | 96.0% | 0.20% | 70.0% | 0.02% |
| Rainy | 97.0% | 0.30% | 85.0% | 0.02% |
| Snow | 96.0% | 0.20% | 70.0% | 0.05% |
| Sunny | 98.0% | 0.30% | 99.0% | 0.02% |
| **Night** | **Accurate** | **Severe Error** | **Availability** | **False Positives** |
| Clear | 99.0% | 0.35% | 95.0% | 0.02% |
| Rainy | 97.0% | 0.35% | 70.0% | 0.02% |

**Speed**

| General | Accurate | Severe Error | Availability | False Positives |
|---|---|---|---|---|
| 5-20 km/h | 97.0% | 1.00% | 75.0% | 0.05% |
| 20-60 km/h | 98.0% | 0.50% | 85.0% | 0.02% |
| 60-150 km/h | 99.0% | 0.15% | 99.5% | 0.01% |
| > 150 km/h | 97.0% | 0.15% | 98.0% | 0.01% |
| **Day** | **Accurate** | **Severe Error** | **Availability** | **False Positives** |
| 5-20 km/h | 97.0% | 1.00% | 75.0% | 0.05% |
| 20-60 km/h | 98.0% | 0.50% | 85.0% | 0.02% |
| 60-150 km/h | 99.0% | 0.20% | 99.5% | 0.01% |
| > 150 km/h | 97.0% | 0.20% | 98.0% | 0.01% |
| **Night** | **Accurate** | **Severe Error** | **Availability** | **False Positives** |
| 5-20 km/h | 97.0% | 1.00% | 75.0% | 0.05% |
| 20-60 km/h | 98.0% | 0.50% | 85.0% | 0.02% |
| 60-150 km/h | 99.0% | 0.20% | 99.5% | 0.01% |
| > 150 km/h | 97.0% | 0.20% | 98.0% | 0.01% |

Definition

**Lane Marking Detection Availability**

The lane marking detection availability is defined as the time driven with high confidence (0x03 - Good detection, ReqLane_0006) divided by the total time with present lane marking in percent. It can be calculated by the following formula:

*Lane Marking Availability* = [illegible] [%]

**Lane Marking Detection False Positive Rate**

A lane marking detection false positive occurs when the lane marking is reported with high confidence (0x03 - Good detection, ReqLane_0006) although no lane marking is present. Consecutive occurrence (e.g. for multiple frames) of false positives is counted as one false positive.

The lane marking detection false positive rate is defined as the time false positives are reported divided by the total time lane markings are reported with high confidence.

| | Document Title: IPMA_DetectionSpecification | | |
|---|---|---|---|
| Ford | Originator: S. Lingscheid (slingsc1)<br>Date Issued: 2016/11/11<br>Date Revised: 2018/29-08<br>GIS1: 27.60<br>GIS2: Confidential | Version: 1.0 | Page No: 94 (280) |

PRODUCED BY FORD MOTOR COMPANY IN WOOTEN V. FORD SUBJECT TO NON-SHARING PROTECTIVE ORDER

*Lane Marking False Positive Rate* = [illegible] / Total [illegible] [%]

Examples for lane marking detection false positives:

- Tar seam reported as lane marking
- Road edge reported as lane marking
- Shadow on road reported as lane marking

For severe errors and false positives the verification report shall also contain histograms with the event duration distribution of the respective events. The values shall be calculated as percentage of total severe errors/false positives. See the following example as reference for duration categories (Percentages are only for illustration):

| Percentage | 30 % | 30 % | 20 % | 10 % | 5 % | 4 % | 1 % |
|---|---|---|---|---|---|---|---|
| Event Duration | 0 – 0.2s | 0.2 – 0.5 s | 0.5 – 1 s | 1 – 2 s | 2 – 5 s | 5 – 10 s | >10 s |

**Figure 129. Lane Marking Detection Performance - Host Lane criteria.**

Forensic Rock

118) Criteria for the Lane Marking Type Performance was also given in Ford's IPMA Detection Specification document. (Figure 130)

Lane – 0042: Lane Marking Type Performance

| Requirement properties | | References | |
|---|---|---|---|
| Number: | ReqLane_1006 | Performance: | |
| Version: | 001 | Verification: | |
| Owner: | Benjamin Law | Interface: | |

**Feature**

| | | | | |
|---|---|---|---|---|
| ☐ AHBC/GFHB | ☒ TSR/ISA/IACC | ☒ LKS | ☐ SBLM | ☒ TJA+ |
| ☐ TSDG | ☒ WWA | ☒ LCWA | ☒ CBDB | ☐ |

**Requirement text**

The lane marking type for the host lane shall be detected with at least the following performance. For the adjacent lane marking polynomials the required performance shall be defined as $CorrectClassification_{Host} - 10\%$ for correct classification and $FalseClassification_{Host} \cdot 150\%$.

| Correct Classification (of all available) | | Freeway/Highway | Country Road | Urban |
|---|---|---|---|---|
| Region | All | 98.5% | 95.5% | 91.0% |
| Region | Europe | 98.5% | 96.0% | 90.5% |
| Region | North America | 98.0% | 96.0% | 91.0% |
| Region | Far East | 98.5% | 90.0% | 91.0% |
| Type | Solid | 98.0% | 95.0% | 90.0% |
| Type | Dashed | 98.5% | 95.0% | 93.0% |
| Type | Botts' Dots | 75.0% | n/a | n/a |
| Type | Double LM – Solid/Solid | 95.0% | 95.0% | 90.0% |
| Type | Double LM – Dashed/Dashed | 90.0% | 90.0% | 90.0% |
| Type | Double LM – Solid/Dashed | 95.0% | 95.0% | 90.0% |
| Type | Double LM – Dashed/Solid | 95.0% | 95.0% | 90.0% |

| False Classification (of all available) | Ground Truth | | | | | | |
|---|---|---|---|---|---|---|---|
| Detected | Solid | Dashed | Botts' Dots | DLM S/S | DLM D/D | DLM S/D | DLM D/S |
| Solid | | 2.0% | 0.0% | 3.0% | 0.5% | 3.0% | 0.5% |
| Dashed | 2.0% | | 10.0% | 0.5% | 2.0% | 0.5% | 2.0% |
| Botts' Dots | 0.01% | 0.8% | | 0.0% | 1.0% | 0.0% | 1.0% |
| DLM – Solid/Solid (S/S) | 0.5% | 0.2% | 0.2% | | 0.5% | 1.0% | 0.5% |
| DLM – Dashed/Dashed (D/D) | 0.01% | 0.5% | 3.0% | 0.2% | | 0.2% | 1.0% |
| DLM – Solid/Dashed (S/D) | 0.1% | 0.2% | 0.2% | 1.0% | 0.5% | | 0.5% |
| DLM – Dashed/Solid (D/S) | 0.1% | 0.5% | 1.0% | 0.5% | 0.7% | 0.5% | |
| DLM – Undecided | 0.5% | 0.5% | 0.5% | 1.0% | 1.0% | 1.0% | 1.0% |

DLM=Double Lane Marking

Definition:
The lane marking type performance is defined as the time driven with correctly reported lane marking type divided by the time driven with high confidence reported (0x03 - Good detection, ReqLane_0006) in percent. The lane marking type 'Undecided' (0x1) shall be considered as incorrectly reported (False Negative).

$$Lane\ Marking\ Type\ Performance = \frac{[illegible]_{CorrectType,Left} + [illegible]_{CorrectType,Right}}{[illegible]_{HighConfidence,Left} + [illegible]_{HighConfidence,Right}}\ [\%]$$

**Figure 130. Lane Marking Type Performance criteria.**

Forensic Rock

119) The Lane Marking Color Performance criteria was also described in Ford's IPMA Detection Specification document. (Figure 131)

**Lane – 0043: Lane Marking Color Performance**

| Requirement properties | |
|---|---|
| Number | ReqLane_1007 |
| Version | 001 |
| Owner | Benjamin Lass |

| References |
|---|
| Performance |
| Verification |
| Interface |

| Feature | | | | |
|---|---|---|---|---|
| ☐ AHBC/GFHB | ☒ TSR/ISA/iACC | ☒ LKS | ☐ SBLM | ☒ TJA+ |
| ☐ TSDG | ☐ WWA | ☒ LCWA | ☒ CBOB | ☐ |

Requirement text

The lane marking color for the host lane shall be detected with at least the following performance. For the adjacent lane marking polynomials, the required performance shall be defined as $CorrectClassification_{...}$ − 10% for correct classification and $FalseClassification_{...}$ + 150%.

| Color | Day | Freeway/Highway | Country Road | Urban |
|---|---|---|---|---|
| | | Correct Classification (of all available) | | |
| | White | 99.0% | 97.0% | 93.0% |
| | Yellow | 95.0% | 94.0% | 90.0% |
| | Night | | | |
| | White | 98.0% | 96.0% | 91.0% |
| | Yellow | 92.0% | 80.0% | 88.0% |

| False Classification (of all available) | | |
|---|---|---|
| | Ground Truth | |
| Detected | White | Yellow |
| White | | 3.0% |
| Yellow | 3.0% | |

Definition

**Lane Marking Color Performance** is defined as the time driven with correctly reported lane marking color divided by the time driven with high confidence reported (0x03 - Good detection, ReqLane_0006) in percent. The lane marking color 'Unknown' (0x0) shall be considered as incorrectly reported.

$$Lane\ Marking\ Color\ Performance = \frac{time_{CorrectColorLeft} + time_{CorrectColorRight}}{time_{HighConfidenceLeft} + time_{HighConfidenceRight}}\ [\%]$$

**Figure 131. Lane Marking Color Performance criteria.**

120) It was also established within Ford's IPMA document that multiple lane markings shall be detected with the following performance criteria, though it is noted on Ford's document that the section was not updated and that the signal was under discussion. (Figure 132)

**Lane – 0044: Multiple Lane Marking Flag Performance [not updated – signal under discussion]**

| Requirement properties | |
|---|---|
| Number | ReqLane_1008 |
| Version | 001 |
| Owner | Benjamin Lass |

| References |
|---|
| Performance |
| Verification |
| Interface |

| Feature | | | | |
|---|---|---|---|---|
| ☐ AHBC/GFHB | ☒ TSR/ISA/iACC | ☒ LKS | ☐ SBLM | ☒ TJA+ |
| ☐ TSDG | ☐ WWA | ☒ LCWA | ☒ CBOB | ☐ |

Requirement text

Multiple lane markings shall be detected with at least the following performance.

| Day | Freeway/Highway | Country Road | Urban |
|---|---|---|---|
| Correct Classification | 97.0% | 95.0% | 85.0% |
| False Positive Classification | 2.0% | 3.0% | 5.0% |
| Night | | | |
| Correct Classification | 95.0% | 90.0% | 80.0% |
| False Positive Classification | 3.0% | 5.0% | 7.0% |

Definition:

**Multiple lane marking performance** is defined as the time driven with correctly reported multiple lane marking flag divided by the time driven with high confidence reported (0x03 - Good detection, ReqLane_0006) in percent.

$$Lane\ Marking\ Color\ Performance = \frac{time_{CorrectMultiLaneFlagLeft} + time_{CorrectMultiLaneFlagRight}}{time_{HighConfidenceLeft} + time_{HighConfidenceRight}}\ [\%]$$

**Figure 132. Multiple Lane Marking Flag Performance criteria.**

Forensic Rock

121) For Road Edge Detection Performance, the following criteria was given. (Figure 133)

**Lane – 0046: Road Edge Detection Performance**

| Requirement properties | | References | |
|---|---|---|---|
| Number: | ReqLane_1013 | Performance | |
| Version: | 001 | Verification | |
| Owner: | Benjamin Lais | Interface | |

**Feature**

| | | | | |
|---|---|---|---|---|
| ☒ AHBC/GFHB | ☐ TSR ISA/iACC | ☐ LKS | ☐ SBLM | ☒ TJA+ |
| ☐ TSOG | ☐ WWA | ☒ LCWA | ☒ CBDB | ☐ |

**Requirement text**

The road edges shall be detected with at least the following performance.

| | | Close Road Edge (<2m) | | Far Road Edge (>2m) | |
|---|---|---|---|---|---|
| | | Accurate | Availability | Accurate | Availability |
| | All | 95.0% | 95.0% | 90.25% | 90.25% |
| Road Type | Freeway | 95.0% | 96.0% | 90.25% | 91.20% |
| Road Type | Urban | 93.0% | 80.0% | 88.35% | 76.00% |
| Road Type | Country | 95.0% | 92.0% | 90.25% | 87.40% |
| Weather | Clear | 95.0% | 96.0% | 90.25% | 91.20% |
| Weather | Cloudy | 95.0% | 95.0% | 90.25% | 90.25% |
| Weather | Foggy | 92.0% | 70.0% | 87.40% | 66.50% |
| Weather | Rainy | 94.0% | 85.0% | 89.30% | 80.75% |
| Weather | Snow | 92.0% | 70.0% | 87.40% | 66.50% |
| Weather | Sunny | 95.0% | 96.0% | 90.25% | 91.20% |
| Speed | Speed <5kph | 93.0% | 75.0% | 88.35% | 71.25% |
| Speed | Speed 5-20kph | 94.0% | 82.0% | 89.30% | 77.90% |
| Speed | Speed 20-60kph | 95.0% | 95.0% | 90.25% | 90.25% |
| Speed | Speed 60-110kph | 96.0% | 95.0% | 91.20% | 90.25% |
| Speed | Speed >110kph | 90.0% | 95.0% | 85.50% | 90.25% |
| Time of Day | Day | 95.0% | 95.0% | 90.25% | 90.25% |
| Time of Day | Night | 93.0% | 94.0% | 88.35% | 89.30% |
| Curvature | Radius_1-300m | 85.0% | 80.0% | 80.75% | 76.00% |
| Curvature | Radius_300-900m | 90.0% | 93.0% | 85.50% | 88.35% |
| Curvature | Radius_>900m | 95.0% | 95.0% | 90.25% | 90.25% |

| Document Title | IPMA_DetectionSpecification | | |
|---|---|---|---|
| Originator | [illegible] | Version | Page No |
| Date Issued | 2018/11/11 | 1.0 | 105 (280) |
| Date Revised | [illegible] | | |
| GIS1 | 27.[illegible] | | |
| GIS2 | Confidential | | |

PRODUCED BY FORD MOTOR COMPANY IN WOOTEN V. FORD SUBJECT TO NON-SHARING PROTECTIVE ORDER

Definition:

**Road Edge Detection Accuracy**
An Accurate measurement is defined as:

[illegible]

[illegible]

| $d_{lateral}$ | Error Threshold |
|---|---|
| < 1.0m | 0.2m |
| 1.0 - 2.0m | 0.3m |

**Road Edge Detection Availability**
Road edge detection availability is defined as the time driven with high confidence (0x03 - Good detection, ReqLane_0005) divided by the total time with present road edges within a lateral distance of 10 m (a0) in percent. It can be calculated by the following formula.

$$Road\ Edge\ Availability = \frac{[illegible]_{HighConfidenceLeft} + [illegible]_{HighConfidenceRight}}{[illegible]_{PresentRoadEdgeLeft} + [illegible]_{PresentRoadEdgeRight}} \quad [\%]$$

**Figure 133. Road Edge Detection Performance criteria.**

122) The Road Edge Type Performance criteria was also given. (Figure 134)

**Lane – 0049: Road Edge Type Performance**

| Requirement properties | | References | |
|---|---|---|---|
| Number: | ReqLane_1014 | Performance: | |
| Version: | 001 | Verification: | |
| Owner: | Benjamin Lass | Interface: | |

**Feature**

| | | | | |
|---|---|---|---|---|
| ☐ AHBC/ GFHB | ☐ TSR/ ISA/ iACC | ☒ LKS | ☐ SBLM | ☒ TJA+ |
| ☐ TSDG | ☐ WWA | ☒ LCWA | ☒ CBDB | ☐ |

**Requirement text**

The road edge type for close road edges (<2m lateral distance) shall be detected with at least the following performance. For far road edge type (>2m lateral distance) the required performance shall be defined as $CorrectClassification_{closest} - 15\,\%$ for correct classification and $FalseClassification_{closest} + 200\%$

**Correct Classification (of all available)**

| | | Freeway/Highway | Country Road | Urban |
|---|---|---|---|---|
| Region | All | 95.0% | 85.0% | 80.0% |
| | Europe | 95.0% | 85.0% | 80.0% |
| | North America | 95.0% | 85.0% | 80.0% |
| | Far East | 95.0% | 85.0% | 80.0% |
| Type | Flat | 85.0% | 90.0% | 50.0% |
| | Curb | 70.0% | 70.0% | 95.0% |
| | Barrier | 99.0% | 95.0% | 85.0% |
| | Traffic Cones | 85.0% | 85.0% | 85.0% |
| | Parking Cars | - | 80.0% | 85.0% |

**False Classification (of all available)**

| | Ground Truth | | | | |
|---|---|---|---|---|---|
| Detected | Flat | Curb | Barrier | Traffic Cones | Parking Cars |
| Flat | | 2.0% | 0.2% | 0.2% | 0.0% |
| Curb | 2.0% | | 1.0% | 1.0% | 0.2% |
| Barrier | 1.5% | 1.0% | | 3.0% | 5.0% |
| Traffic Cones | 0.2% | 0.8% | 1.0% | | 1.0% |
| Parking Cars | 0.0% | 0.2% | 2.0% | 3.0% | |

Definition:
The road edge type performance is defined as the time driven with correctly reported road edge type divided by the time driven with high confidence reported (0x03 - Good detection, ReqLane_0006) in percent:

$$Road\ Edge\ Type\ Performance = \frac{time_{CorrectTypeLeft} + time_{CorrectTypeRight}}{time_{HighConfidenceLeft} + time_{HighConfidenceRight}}\ [\%]$$

**Figure 134. Road Edge Type Performance criteria.**

123) Ford also provided the performance criteria for the Motorway Exit and Entrance Ramp as well as the Merge and Split Point Detection. (Figure 135 - Figure 136)

**Lane – 0050: Motorway Exit and Entrance Ramp Performance**

| Requirement properties | | References | |
|---|---|---|---|
| Number: | ReqLane_1015 | Performance: | |
| Version: | 001 | Verification: | ReqLane_2009 |
| Owner: | Benjamin Lass | Interface: | |

**Feature**

| | | | | |
|---|---|---|---|---|
| ☐ AHBC/ GFHB | ☐ TSR/ ISA/ iACC | ☒ LKS | ☐ SBLM | ☒ TJA+ |
| ☐ TSDG | ☐ WWA | ☒ LCWA | ☒ CBDB | ☐ |

**Requirement text**

At high lane marking quality and without any disturbing object in the camera's field of view the prediction for these highway exit (diverging prediction, see ReqLane_0009) and entrance ramps (merge prediction, see ReqLane_0009) shall be robustly reported for at least 95%.

**Figure 135. Motorway Exit and Entrance Ramp Performance criteria.**

Forensic Rock

**Lane – 0051: Merge and Split Point Detection Performance**

| Requirement properties | |
|---|---|
| Number | ReqLane_1016 |
| Version | 001 |
| Owner | Andreas Stahl |

| References |
|---|
| Performance: |
| Verification: |
| Interface: |

| Feature | | | | |
|---|---|---|---|---|
| ☐ AHBC/GFHB | ☐ TSR/ISA/IACC | ☒ LKS | ☐ SBLM | ☒ TJA+ |
| ☐ TSDG | ☐ WWA | ☒ LCWA | ☒ CBDB | ☐ |

**Requirement text**

**Merge and Split points** shall be detected with at least the following performance.

| Correct Classification (of all available) | | | |
|---|---|---|---|
| | Day | Correct | Close range |
| Type | Split | 90.0% | 7.0% |
| | Merge | 90.0% | 7.0% |
| | Night | | |
| | Split | 80.0% | 10.0% |
| | Merge | 80.0% | 10.0% |
| Road Type | Freeway | 90.0% | 7.0% |
| | Urban | 90.0% | 7.0% |
| | Country | 90.0% | 7.0% |

Misclassification as the other type (split as merge, merge as split) shall happen for less than 0.1% of all transition points reported.

Definition:

The **Merge & Split Point Detection Performance** is defined as the number of transition points that has been reported within the tolerances of ReqLane_0035 divided by the total number of occurring transition points.

$$Merge\ \&\ Split\ Point\ Performance = \frac{Number_{CorrectTransitionPoint}}{Number_{TotalTransitionPoints}}\quad [\%]$$

If detected, classification is as follows:

- *Correct*: Detected at distance >= 30m
- *Close Range*: Detected at distance 30m > d > 0m
- *Not detected* (not explicitly shown here: 100% - *Correct* - *Close Range*)

**Figure 136. Merge and Split Point Detection Performance criteria.**

124) The Mobileye Road KPI document was marked as Exhibit 13 in Natalie Dostie's deposition. Mobileye performs the training for the detection algorithm internally. Mobileye is provided a list of requirements by Ford. Ford is not provided with the exact test cases, or the training completed. Ford is provided a document like the Mobileye Road KPI from Mobileye.

125) Page 2 of the Mobileye Road KPI document outlines the following data obtained from testing. Mobileye provided Ford with the following KPI in respect to the Mobileye device recognizing the Host Lane. It is observed that Ramps perform the poorest in terms of accuracy and severe error. Further, the total time spent with regard to ramps was significantly lower than for other environments. (Figure 137)

| General | Accurate | Availability | Severe Error | Total Time |
|---|---|---|---|---|
| Freeway | 98.48% | 97.95% | 0.16% | 256.72 |
| Urban | 97.87% | 87.10% | 0.57% | 117.32 |
| Country | 97.61% | 95.06% | 0.30% | 66.68 |
| Ramps | 96.05% | 91.57% | 0.80% | 4.04 |

| Day | Accurate | Availability | Severe Error | Total Time |
|---|---|---|---|---|
| Freeway | 98.31% | 98.86% | 0.19% | 160.23 |
| Urban | 97.85% | 89.43% | 0.58% | 74.73 |
| Country | 97.54% | 96.42% | 0.30% | 40.70 |
| Ramps | 95.63% | 92.22% | 0.92% | 2.49 |

| Night | Accurate | Availability | Severe Error | Total Time |
|---|---|---|---|---|
| Freeway | 98.76% | 96.43% | 0.12% | 96.49 |
| Urban | 97.90% | 83.02% | 0.54% | 42.58 |
| Country | 97.72% | 92.93% | 0.29% | 25.98 |
| Ramps | 96.73% | 90.52% | 0.61% | 1.55 |

| General | Accurate | Availability | Severe Error | Total Time |
|---|---|---|---|---|
| Clear | 98.26% | 95.67% | 0.29% | 390.08 |
| Foggy | 97.90% | 95.11% | 0.24% | 1.47 |
| Rainy | 97.64% | 87.29% | 0.24% | 51.21 |
| Snow | 96.80% | 84.66% | 0.40% | 4.45 |

| Day | Accurate | Availability | Severe Error | Total Time |
|---|---|---|---|---|
| Clear | 98.10% | 96.10% | 0.32% | 247.71 |
| Foggy | 97.97% | 96.41% | 0.24% | 1.21 |
| Rainy | 97.85% | 94.60% | 0.21% | 28.37 |
| Snow | 96.82% | 92.60% | 0.36% | 3.05 |

**Figure 137. KPI Data for Recognizing the Host Lane.**

126) Further, page 2 of the Mobileye Road KPI document also outlines the following data obtained from testing. Mobileye provided Ford with the following KPI in respect to the Mobileye device recognizing the Host Lane. It can be observed that a majority of testing time was spent with speeds in the range of 20-150 km/h; however, speeds ranging from 5 km/h to greater than 150 km/h were tested. Further, the least amount time was spent testing in the USA compared to testing in Europe and the Far East. (Figure 138)

| Night | Accurate | Availability | Severe Error | Total Time | |
|---|---|---|---|---|---|
| Clear | 98.53% | 94.93% | 0.24% | 142.36 | |
| Foggy | | | | | not enogh data |
| Rainy | 97.33% | 78.22% | 0.27% | 22.84 | |
| Snow | 96.75% | 67.27% | 0.53% | 1.39 | |

| General | Accurate | Availability | Severe Error | Total Time |
|---|---|---|---|---|
| 5-20 km/h | 97.57% | 91.96% | 0.69% | 25.36 |
| 20-60 km/h | 98.06% | 86.71% | 0.47% | 119.56 |
| 60-150 km/h | 98.29% | 97.92% | 0.19% | 296.07 |
| > 150 km/h | 96.68% | 99.89% | 0.19% | 4.79 |

| Day | Accurate | Availability | Severe Error | Total Time |
|---|---|---|---|---|
| 5-20 km/h | 97.45% | 93.12% | 0.73% | 18.34 |
| 20-60 km/h | 98.02% | 88.94% | 0.49% | 73.94 |
| 60-150 km/h | 98.17% | 98.92% | 0.21% | 183.28 |
| > 150 km/h | 96.06% | 99.89% | 0.24% | 3.62 |

| Night | Accurate | Availability | Severe Error | Total Time | |
|---|---|---|---|---|---|
| 5-20 km/h | 97.91% | 88.94% | 0.58% | 7.01 | |
| 20-60 km/h | 98.13% | 83.08% | 0.44% | 45.62 | |
| 60-150 km/h | 98.50% | 96.31% | 0.16% | 112.79 | |
| > 150 km/h | | | | | not enogh data |

| Country | Accurate | Availability | Severe Error | Total Time |
|---|---|---|---|---|
| Europe | 98.17% | 94.33% | 0.34% | 191.54 |
| USA | 97.92% | 94.52% | 0.33% | 80.21 |
| Far East | 98.41% | 94.30% | 0.22% | 113.72 |

**Figure 138. KPI Data for Recognizing the Host Lane.**

127) Page 2 of the Mobileye Road KPI document continues to outline the following data obtained from testing. Mobileye provided Ford with the following KPI in respect to the Mobileye device recognizing the Host Lane. (Figure 139)

| problematic | Accurate | Availability | Severe Error | Total Time |
|---|---|---|---|---|
| DLM | 94.96% | 92.37% | 0.42% | 22.45 |

| Traffic-Jams | Accurate | Availability | Severe Error | Total Time |
|---|---|---|---|---|
| Highway | 98.62% | 95.85% | 0.15% | 35.15 |
| Country | 98.29% | 91.49% | 0.33% | 6.54 |

| CA | Accurate | Availability | Severe Error | Total Time |
|---|---|---|---|---|
| General | 92.46% | 89.95% | 2.16% | 4.819 |
| Germany | 90.54% | 89.62% | 2.16% | 2.064 |
| Europe | 92.07% | 90.21% | 2.18% | 4.057 |
| Far_east | 93.05% | 84.32% | 3.90% | 0.311 |
| USA | 96.84% | 92.27% | 0.51% | 0.265 |

| Highway-Exit | Accurate | Availability | Severe Error | Total Time |
|---|---|---|---|---|
| HWE Marked | 97.41% | 95.56% | 0.62% | 6.068 |
| HWE Marked USA | 94.94% | 94.51% | 0.91% | 0.458 |
| HWE Marked Spain | 96.81% | 92.76% | 0.35% | 0.038 |
| HWE Marked Italy | 98.86% | 98.56% | 0.29% | 0.385 |
| HWE Marked England | 97.18% | 96.31% | 0.40% | 0.064 |
| HWE Marked China | 97.23% | 94.56% | 0.78% | 0.184 |
| HWE Semi-Marked | 95.44% | 91.71% | 1.45% | 4.211 |
| HWE Un-Marked | 91.22% | 88.55% | 3.51% | 0.822 |

**Figure 139. KPI Data for Recognizing the Host Lane.**

Forensic Rock

128) Page 3 of the Mobileye Road KPI document outlines the following data obtained from testing. Mobileye provided Ford with the following KPI in respect to the Mobileye device recognizing the Next Lane. Regarding Freeway accuracy, the overall metric produced was 90.13% with a 6.57% if severe error. During the day, Freeway accuracy was 89.88% with Severe Error of 6.72% and at night, Freeway accuracy was 90.52% with Severe Error of 6.33%. Regarding Ramp accuracy, the overall metric produced was 67.13% with a 28.94% of severe error. During the day, Ramp accuracy was 67.05% with Severe Error of 28.95% and at night, Ramp accuracy was 67.28% with Severe Error of 28.94%. It must also be noted that significantly less time was spent testing with regard to Ramps while the most time was spent testing with regard to Freeway. (Figure 140)

| General | Accurate | Availability | Severe Error | Total Time |
|---|---|---|---|---|
| Freeway | 90.13% | 98.66% | 6.57% | 150.82 |
| Urban | 86.11% | 95.13% | 11.20% | 57.49 |
| Country | 88.59% | 98.50% | 8.52% | 32.29 |
| Ramps | 67.13% | 94.18% | 28.94% | 1.37 |

| Day | Accurate | Availability | Severe Error | Total Time |
|---|---|---|---|---|
| Freeway | 89.88% | 98.58% | 6.72% | 91.98 |
| Urban | 87.05% | 95.24% | 10.39% | 35.98 |
| Country | 89.25% | 98.82% | 7.87% | 19.95 |
| Ramps | 67.05% | 93.93% | 28.95% | 0.89 |

| Night | Accurate | Availability | Severe Error | Total Time |
|---|---|---|---|---|
| Freeway | 90.52% | 98.78% | 6.33% | 58.84 |
| Urban | 84.54% | 94.95% | 12.55% | 21.51 |
| Country | 87.50% | 97.98% | 9.58% | 12.34 |
| Ramps | 67.28% | 94.63% | 28.94% | 0.48 |

| General | Accurate | Availability | Severe Error | Total Time | |
|---|---|---|---|---|---|
| Clear | 89.49% | 97.95% | 7.51% | 212.53 | |
| Foggy | [redacted] | | | | not enogh data |
| Rainy | 84.35% | 96.30% | 11.65% | 28.49 | |
| Snow | 83.14% | 95.04% | 12.64% | 2.15 | |

| Day | Accurate | Availability | Severe Error | Total Time | |
|---|---|---|---|---|---|
| Clear | 89.18% | 97.85% | 7.71% | 133.22 | |
| Foggy | 89.02% | 97.23% | 7.20% | 0.65 | |
| Rainy | 87.20% | 96.80% | 9.25% | 15.32 | |
| Snow | [redacted] | | | | not enogh data |

**Figure 140. KPI Data for Recognizing Next Lane.**

129) Further, page 3 of the Mobileye Road KPI document outlines the following data obtained from testing. Mobileye provided Ford with the following KPI in respect to the Mobileye device recognizing the Next Lane. It can be observed that a majority of testing time was spent with speeds in the range of 20-150 km/h; however, speeds ranging from 5 km/h to greater than 150 km/h were tested. Further, the least amount time was spent testing in the USA compared to testing in Europe and the Far East. (Figure 141)

| Night | Accurate | Availability | Severe Error | Total Time | |
|---|---|---|---|---|---|
| Clear | 90.01% | 98.14% | 7.18% | 79.31 | |
| Foggy | 87.20% | 90.54% | 8.68% | 0.15 | |
| Rainy | 81.01% | 95.72% | 14.47% | 13.16 | |
| Snow | | | | | not enogh data |

| General | Accurate | Availability | Severe Error | Total Time |
|---|---|---|---|---|
| 5-20 km/h | 84.11% | 99.03% | 13.64% | 8.93 |
| 20-60 km/h | 86.62% | 94.49% | 10.77% | 57.60 |
| 60-150 km/h | 89.91% | 98.71% | 6.84% | 174.07 |
| > 150 km/h | 79.89% | 99.70% | 0.52% | 2.53 |

| Day | Accurate | Availability | Severe Error | Total Time | |
|---|---|---|---|---|---|
| 5-20 km/h | 84.09% | 99.05% | 13.65% | 6.29 | |
| 20-60 km/h | 87.36% | 94.44% | 10.16% | 35.38 | |
| 60-150 km/h | 89.91% | 98.68% | 6.76% | 106.62 | |
| > 150 km/h | | | | | not enogh data |

| Night | Accurate | Availability | Severe Error | Total Time | |
|---|---|---|---|---|---|
| 5-20 km/h | 84.16% | 98.98% | 13.64% | 2.64 | |
| 20-60 km/h | 85.42% | 94.57% | 11.75% | 22.42 | |
| 60-150 km/h | 89.92% | 98.77% | 6.95% | 67.45 | |
| > 150 km/h | | | | | not enogh data |

| Country | Accurate | Availability | Severe Error | Total Time |
|---|---|---|---|---|
| Europe | 88.04% | 97.72% | 8.66% | 100.48 |
| USA | 88.57% | 97.23% | 8.50% | 45.20 |
| Far East | 89.84% | 97.86% | 6.95% | 63.61 |

**Figure 141. KPI Data for Recognizing Next Lane.**

130) Page 3 of the Mobileye Road KPI document continues to outline the following data obtained from testing. Mobileye provided Ford with the following KPI in respect to the Mobileye device recognizing the Next Lane. (Figure 142)

| problematic | Accurate | Availability | Severe Error | Total Time |
|---|---|---|---|---|
| DLM | 86.68% | 96.17% | 9.80% | 8.89 |

| Traffic-Jams | Accurate | Availability | Severe Error | Total Time |
|---|---|---|---|---|
| Highway | 89.04% | 97.30% | 9.01% | 14.76 |
| Country | 89.64% | 97.91% | 8.48% | 3.12 |

| CA | Accurate | Availability | Severe Error | Total Time |
|---|---|---|---|---|
| General | 73.61% | 95.16% | 22.75% | 2.03 |

| Highway-Exit | Accurate | Availability | Severe Error | Total Time |
|---|---|---|---|---|
| HWE Marked | 86.75% | 98.38% | 9.56% | 2.17 |
| HWE Marked USA | 84.64% | 97.15% | 12.12% | 0.20341821 |
| HWE Marked Spain | 82.39% | 98.61% | 12.68% | 0.017770062 |
| HWE Marked Italy | 89.47% | 99.11% | 7.58% | 0.096944444 |
| HWE Marked England | 85.71% | 98.72% | 14.29% | 0.00962963 |
| HWE Marked China | 83.90% | 98.62% | 11.63% | 0.338935185 |
| HWE Semi-Marked | 86.65% | 97.09% | 10.77% | 1.11 |
| HWE Un-Marked | 84.65% | 96.63% | 11.28% | 0.46 |

**Figure 142. KPI Data for Recognizing Next Lane.**

131) Page 4 of the Mobileye Road KPI detailed information regarding location, lane type and color. Mobileye provided Ford with the following KPI in respect to the Mobileye device recognizing signals like lane type and color. It can be observed that 90.98% of the lane type testing conducted in the USA was on Freeway/Highway. Of the 498.38 hours spent in total on Freeway/Highway Lane Type, 92.79 of those hours were spent on this lane type in the USA. A total of 142.10 hours were spent testing in the USA. (Figure 143)

| | | Lane Type % True | | | Color | | | | Hours | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Freeway/Highway | Country | Urban | % True | % False | % Undecided Color | % Color Less Object | Freeway/Highway | Country | Urban | Total | |
| | All | 95.63% | 91.7?% | 85.82% | 91.38% | 6.18% | 0.00% | 3.44% | 498.38 | 120.33 | 150.21 | 813.95 | |
| By Region | Europe | 96.75% | 92.17% | 87.00% | 91.63% | 7.89% | 0.00% | 0.48% | 169.37 | 70.53 | 79.63 | 349.53 | |
| | North America | 92.08% | 90.93% | 89.20% | 92.42% | 7.04% | 0.00% | 0.54% | 127.07 | 16.23 | 49.21 | 192.51 | |
| | Far East | 97.51% | 92.34% | 91.56% | 91.18% | 8.52% | 0.03% | 0.29% | 144.63 | 11.23 | 51.67 | 207.53 | |
| By Country | Belgium | 95.10% | | 85.05% | 90.44% | 9.23% | 0.00% | 0.33% | 2.49 | 0.04 | 0.66 | 3.19 | |
| | France | 95.28% | 89.14% | 81.04% | 95.35% | 4.26% | 0.00% | 0.39% | 40.16 | 3.13 | 8.58 | 51.87 | |
| | Germany | 96.90% | 95.63% | 87.00% | 92.47% | 7.11% | 0.00% | 0.42% | 49.21 | 19.10 | 21.44 | 89.75 | |
| | Italy | 97.85% | 87.39% | 87.34% | 92.39% | 7.19% | 0.01% | 0.42% | 31.21 | 6.54 | 9.30 | 47.05 | |
| | Netherlands | | | | | | | | | | | | not enogh data |
| | Spain | 97.87% | 90.04% | 84.01% | 92.98% | 6.66% | 0.00% | 0.36% | 18.02 | 2.41 | 6.49 | 27.42 | |
| | Sweden | 94.32% | 75.41% | 77.97% | 87.72% | 11.11% | 0.00% | 1.17% | 11.39 | 5.82 | 2.58 | 19.79 | |
| | UK | 96.17% | 90.70% | 86.50% | 92.56% | 6.95% | 0.00% | 0.49% | 4.99 | 0.93 | 1.29 | 7.21 | |
| | USA | 90.98% | 92.74% | 89.53% | 92.77% | 6.63% | 0.00% | 0.58% | 92.79 | 6.87 | 42.34 | 142.10 | |
| | Canada | 95.46% | 86.93% | 87.04% | 91.30% | 8.28% | 0.00% | 0.42% | 34.20 | 9.25 | 6.67 | 50.40 | |
| | China | 97.93% | 90.94% | 92.32% | 89.00% | 10.74% | 0.00% | 0.26% | 109.33 | 5.21 | 34.88 | 149.42 | |
| | Japan | 96.46% | 93.72% | 86.91% | 96.89% | 2.83% | 0.00% | 0.28% | 31.14 | 5.79 | 13.79 | 50.72 | |
| | Korea | | | | | | | | | | | | not enogh data |
| | Israel | | | | | | | | | | | | not enogh data |
| By Lane Type | No Clean Car | | | | | | | | | | | | |
| | Solid | 96.48% | 94.79% | 89.06% | | | | | 169.05 | 83.48 | 70.59 | 323.12 | |
| | Dashed | 97.33% | 94.37% | 94.70% | | | | | 298.16 | 37.52 | 99.46 | 434.16 | |
| | Double Lane Mark | 76.61% | 89.52% | 85.56% | | | | | 2.91 | 15.67 | 10.89 | 29.45 | |
| | Botts' Dots | | | | | | | | | | | | not enogh data |
| | Clean Car | | | | | | | | | | | | |
| | Solid | 88.28% | 92.66% | 86.17% | | | | | 11.42 | 2.19 | 13.96 | 27.57 | |
| | Dashed | 91.13% | 89.59% | 87.75% | | | | | 20.82 | 0.92 | 16.02 | 37.77 | |
| | Double Lane Mark | | | | | | | | | | | | not enogh data |
| | Botts' Dots | | | | | | | | | | | | not enogh data |
| By Color | Day | | | | | | | | | | | | |
| | White | | | | [illegible] | [illegible] | [illegible] | [illegible] | 293.96 | 58.20 | 104.60 | 456.75 | |
| | Yellow | | | | [illegible] | [illegible] | [illegible] | [illegible] | 14.16 | 13.31 | 16.21 | 43.67 | |
| | Blue | | | | | | | | | | | | not enogh data |
| | Night | | | | | | | | | | | | |
| | White | | | | [illegible] | [illegible] | [illegible] | [illegible] | 184.07 | 42.79 | 67.22 | 289.08 | |
| | Yellow | | | | [illegible] | [illegible] | [illegible] | [illegible] | 3.32 | 3.65 | 6.90 | 13.87 | |
| | Blue | | | | | | | | | | | | not enogh data |

**Figure 143. Information regarding location, lane type and color.**

132) Page 5 of the Mobileye Road KPI detailed the following information with respect to the Mobileye device and False Lane Type Distribution. (Figure 144)

| | Detected \ Ground Truth | solid | dashed | botts_dots | soliddashed | solidsolid | dasheddashed | dashedsolid | decelerationdashed | decelerationsolid |
|---|---|---|---|---|---|---|---|---|---|---|
| Single | solid | 94.3% | 1.5% | 8.4% | 6.2% | 5.0% | 2.1% | 4.2% | 0.1% | 3% |
| | dashed | 1.4% | 93.6% | 4.7% | 1.7% | 0.6% | 16.4% | 1.8% | 3.2% | 1% |
| | botts_dots | 0.2% | 0.5% | 85.4% | 0.4% | 0.5% | 3.6% | 0.2% | 0.0% | 0% |
| Double | soliddashed | 2.0% | 0.4% | 0.5% | 85.9% | 3.0% | 3.2% | 0.8% | 0.2% | 0% |
| | solidsolid | 1.6% | 0.1% | 0.4% | 4.3% | 80.4% | 2.3% | 2.5% | 0.0% | 0% |
| | dasheddashed | 0.0% | 0.3% | 0.4% | 0.8% | 0.5% | 69.5% | 0.8% | 0.4% | 0% |
| | dashedsolid | 0.4% | 0.6% | 0.2% | 0.6% | 0.9% | 8.1% | 87.8% | 0.1% | 0% |
| Dec | decelerationdashed | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 4.7% | 0.1% | 94.0% | 8% |
| | decelerationsolid | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% | 0.2% | 1.9% | 2.0% | 89% |

**Figure 144. False Lane Type Distribution.**

133) Page 6 of the Mobileye Road KPI provided Ford with the following KPI in respect to the Mobileye device detecting the Road Edge. With respect to a road curvature radius between 1-300 m, accuracy was only observed 59.52% of the time. Further, 28.0 hours were spent testing under a road curvature radius condition of 1-300m. (Figure 145)



| | | | | |
|---|---|---|---|---|
| Road Curvature | Radius_1-300m | 59.52% | 85.74% | 28.0 |
| | Radius_300-900m | 71.70% | 92.60% | 40.0 |
| | Radius_>900m | 77.96% | 94.50% | 187.2 |

**Figure 145. Detection of Road Edge.**

134) Page 7 of the Mobileye Road KPI outlined definitions and information. (Figure 146)

- Available is defined as "a frame in which detection target exist by ground truth, and the system reports on any detection. (regardless to it's accuracy) VR is at least 16m."
- Accurate is defined as "a frame in which the maximal lateral distance from detection target to the corresponding reported object is less than 0.2 m."
- Accurate for Next Lane is defined as "a frame in which the maximal lateral distance from detection target to the corresponding reported object is less than 0.4m."
- Severe Error is defined as "a frame in which the maximal distance from detection target to the corresponding reported object is more than 0.5 m."
- Freeway is defined as "High speed road, counter traffic is physically separated. No intersections. Road changes are only by interchanges."
- Highway is defined as "High speed road, counter traffic is physically separated. Intersections are used to change roads."
- Ramp is defined as "The fragment of road interchanges in which change between two roads is performed. Typically curved and require a little slower velocity than free-way."

| | | |
|---|---|---|
| [illegible] | Available | [illegible] |
| | Accurate | [illegible] |
| | Accurate Next lane | [illegible] |
| | Short VR | [illegible] |
| | In Accurate | [illegible] |
| | Severe Error | [illegible] |
| | Severe Error Event | [illegible] |
| | | |
| | Road Types | |
| | Free way | [illegible] |
| | High way | [illegible] |
| | Free Drive | [illegible] |
| | Country | [illegible] |
| | Urban | [illegible] |
| | Ramp | [illegible] |

| | | | | |
|---|---|---|---|---|
| [illegible] | Test Conditions | [illegible] | | |
| | | [illegible] | | |
| | | [illegible] | | |
| | | [illegible] | | |
| | Accurate detection | [illegible] | | |
| | | [illegible] | bin | Error thresh |
| | | | [illegible] | [illegible] |
| | | | [illegible] | [illegible] |
| | | | [illegible] | [illegible] |
| | | | [illegible] | [illegible] |
| | Host/Next assignment | [illegible] | | |

**Figure 146. KPI Definitions and Information.**

135) A graphic labeled as "Lane Keeping Aid – Max. Lateral Excursion vs Drift Velocity" was marked as Exhibit 14 in Natalie Dostie's deposition. This graphic represents where the lane-keeping aid intervention is occurring relative to the lane line for different drift rate velocities. The black dotted line represents the inner edge of the lane marking, while each dot represents a lane intervention, either to the left or to the right. The Euro NCAP standards are listed on the plot, though they do not apply directly to the F-150 as it is not sold in Europe, however, Ford does use their test protocols to assess the Lane Keeping Aid feature. According to Natalie Dostie, anything below the black dotted line is after the inner edge lane marking, and anything above the line is before the inner edge lane marking, regardless of if lane intervention was to the left or the right. (Figure 147)




**Figure 147. Lane Keeping Aid – Max. Lateral Excursion vs. Drift Velocity.**

136) A graphic labeled as "Lane Assist – Lateral Drift vs. Time" was marked as Exhibit 15 in Natalie Dostie's deposition. This graph represents Ford's testing with the 579W803 vehicle of the Lane Keeping Aid System at 45 miles per hour with left-side drifts. This testing took place at Dearborn Development Center in Dearborn, Michigan. On these graphs, the green line represents when the torque request was sent, and the red line represents when the torque request was stopped. This graphic shows that at 45 miles per hour, LKAid was successfully able to move the vehicle back into the appropriate lane of travel. (Figure 148)




**Figure 148. Lane Assist - Lateral Drift vs. Time at 45 mph with a left drift.**

137) A document titled "FORD North American LKS_ext HiL DVM" was marked as Exhibit 3 at John Gunderson's deposition. This document outlines test cases of the LKS System. In his deposition, Mr. Gunderson notes that he made revisions to this document after October of 2016. This document describes the Lane Keeping System as consisting of two sub-features, Lane Keeping Aid and Lane Departure Warning. (Figure 149)

## 1 INTRODUCTION

The Lane Keeping System (LKS) Feature is the collective name for a set of Sub-Features which help the driver with keeping the vehicle in the driven lane. The LKS Feature currently consists of 2 Sub-Features:

1. Lane Keeping Aid (LKA) provides a steering correction to move vehicle towards the lane center when the vehicle approaches the lane boundary without signaling a lane change.
2. Lane Departure Warning (LDW) provides a steering wheel vibration when an unintended lane departure is detected.

### 1.1 Scope

Check LKS functionality and quantify its transfer to pinion torque on EPAS gears from various programs in the same test environment.

**Figure 149. Lane Keeping System components.**

138) The test set up was described in the document. Specifically, CAN Communication, LKS Enabling and Validity Flag Check, Verification of End of Line Configuration, and Initial HIL Set-Up were detailed. (Figure 150)

## 2 TEST SETUP

### 2.1 CAN Communication

The HIL stand has to send all the CAN messages needed for LKS. The master list is the DBC for the corresponding program. The signal shall have the initial value by default with the ability to change value during the test as specified.

**Table 1: CAN signals**

| Can Signal Name | Internal Signal Name (in A2L File) and Initial Value to Set |
|---|---|
| StabCtlBrkActv_B_Actl | la_esc_actv =0 |
| AbsActv_B_Actl | la_abs_actv =0 |
| LdwActvStats_D_Req | la_ldw_actvstats =0 |
| LdwActvIntns_D_Req | la_ldw_activintns =1 |
| LkaActvStats_D_Req | la_lka_actvstats =0 |
| LaRampType_B_Req | la_ramptype =0 |
| TurnLghtSwtch_D_Stat | la_turnlghswtch =0 |
| LaRefAng_No_Req | la_refangle =0 |
| LaCurvature_No_Calc | la_curvature =0 |
| VehYawComp_W_Actl | la_ywrt =0 |
| YawStabilityIndex | la_yawstabilityindex =0 |
| LatCtlCurv_No_Actl | la_pathcurv =0 |
| LatCtlCurv_NoRate_Actl | la_pathcurvrate =0 |
| LatCtlPathOffst_L_Actl | la_pathoffset =0 |
| LatCtlPath_An_Actl | la_pathangle =0 |
| VehLatComp_A_Actl | la_lat_acc =0 |
| LatCtlPrecision_D_Rq | la_lmc_precision =0 |
| LatCtl_D_Rq | la_lmc_featreq =0 |
| LatCtlRampType_D_Rq | la_lmc_ramptype =0 |
| HandsOffCnfm_B_Rq | la_handsoff_cnfm =0 |
| EsaEnbl_D_Rq | la_cmbb_actv =0 |
| VehYaw_W_Actl | la_ywrt_raw = 0 |
| LkaDrvOvrrd_D_Rq | la_lka_drv_overrd = 0 |

## 2.2 LKS Enabling and Validity Flags Check

1- Enable LKS by setting DE01 byte (Check 3F964 for byte and value)

2- Configure wheelbase according to 3F964.

3- Read the signal: la_signal_status

Convert the signal from decimal to a 32 bit binary number.

Verify that the following bits are set to 1 (i.e. valid):

Bit 0 = ABS Active Valid
Bit 2 = ESC Active Valid
Bit 7 = LA_IPMA Valid
Bit 8 = Vehicle Lateral Accel. Compensated Valid
Bit 9 = LATCTL_IPMA Valid
Bit 18 = Turn Signal Switch Status Valid
Bit 19 = Vehicle Speed Valid
Bit 20 = Vehicle Yaw Rate Compensated Valid
Bit 21 = Vehicle Yaw Rate Valid
Bit 22 = Yaw Stability Valid
Bit 26 = ESA_IPMA Valid
Bit 28 = SPA Velocity Valid
Bit 29 = Relative SPA Valid
Bit 30 = Input Torque Raw Valid

5- Read the signal: la_eps_comp_spa_qf

Verify that the value of this signal = 3

6- Read the signal: la_signal_validity

Verify that the value of this signal = 7 (All Valid)

7- Read the signal: la_config_valid

Verify that the value of this signal = 1

8- For eRCB vehicles (P558), set:

LA_LDW_TQ_MAX_AMP = 3
DID EE02 to FF (Assist On/Off DID)

9- For all programs, record the value of the variable LA_LKS_EXT_SW_VERSION_NUMBER in a text file to be saved with the HIL Test Data.

## 2.3 Verification of End of Line Configuration

Read the following signals and verify that each value = 1

la_enable_tja
la_enable_lca
la_enable_ldw
la_enable_lka

## 2.4 Initial HIL Set-Up

The HIL control mode shall be set as follows::

- Position control for the rack, with initial position at 0 (rack travel center)
- Torque control for the steering gear input shaft

Set the value of the Cal Parameter LA_ZZ_CALIB_SWTCH = 1. (the default for this variable is 0, which suppresses all LKS_ext outputs and causes these outputs to be set to default values)

For all testing, the value of LA_LACOO_st_supp_man_flags shall be read and recorded.

All signals except la_ldw_tq_rq shall be recorded in CANape at 10ms sampling rate ; la_ldw_tq_rq shall be recorded at 4 ms (or fastest available).

**Figure 150. Test Set Up Details.**

139) Ford continued to describe ten test cases, which are listed below:

- LKA Inverse Boost Curve Implementation;
- LDW Torque Test;
- LDW Normalized Torque Test;
- LKA Torque Suppression, LCWA Activation and Increased Intervention Test;
- LDW Turn Indicator Suppression;
- LDW Vehicle Speed Suppression;
- LKA Vehicle Speed Suppression;
- Lane Assist Coordinator Functioning;
- Hands On Off Detection Functioning;
- Lateral Controller Functioning.

140) A document containing information on an Issue with the LDW system was marked as Exhibit 10 in John Gunderson's deposition. This document described an issue with the P702 Lane Departure Warning having higher haptic feedback levels than February 2020 Sign-Off Levels. (Figure 151)

| | | | |
|---|---|---|---|
| Issue Title | P702 Lane Departure Warning (LDW) Haptic Feedback is higher than Feb. 2020 Sign-Off Levels | Champions: | Steve El Aile, John Walsh, Dan Turle |
| | | Working Level Team: | Ralph Gunderson, Matt Solnik, Rosalie Grossman, Preet Desai, Paul Rockett |
| Issue Description: | Steering wheel accelerations during LDW haptic alert activation are approximately twice as high at 0 kph as tuning levels created in Feb. 2020 with the latest PSCM software Nexteer v7.3.9 | | |
| Root Cause: Potential or Confirmed | Root Cause #1: PSCM ECU2 motor torque response to LDW command erratic and sampled at a low rate [illegible] relative to calculation [illegible] Root Cause #2: By design, LDW haptic feedback is amplified by base EPS assist. Final tuning release of base EPS assist is higher now than during Feb 2020 objective measurements, resulting in greater LDW haptic feedback amplification | | |
| Corrective Action: ICA and PCA | ICA/PCA: Retune LDW and plan to support PP IPD ECL flash with new tuning | | |
| Workplan: [illegible] | Step | Completion | Lead |
| | 1) Gathered data and analyzed data from suspect vehicle (tag: 57WW800) | Complete | Matt Solnik |
| | 2) Twice daily meetings with supplier (Nexteer) to review data and potential causes | Complete | Full Team |
| | 3) Conducted bench testing on PSCM to compare LDW torque profiles from v7.1 SW and v7.3.9 SW | Complete | Rosalie Grossman |
| | 4) Compare SW differences between v7.1 and v7.3.9 PSCM SW | Complete | Nexteer |
| | 5) Conduct testing (tag: 57WW803) in suspect vehicle with a higher data collection frequency | Complete | Matt Solnik |
| | 6) Evaluate and collect data on additional P702 trucks to determine exposure and scope | Complete | Preet Desai |
| | 7) Continue fishbone creation and analysis to confirm root cause and subsequent ICA/PCA plan | Complete | Ralph Gunderson |
| | 8) Compare v7.1 to v7.3.9 A to B in vehicle at higher data collection frequency to understand tuning software and performance differences | Complete | Matt Solnik |
| | 9) Compare v7.1 to v7.3.9 A to B on bench at higher data collection frequency to understand tuning software and performance differences | Complete | Ralph Gunderson w/Rosalie G. |
| | 10) Perform retune and validation of LDW for PP (4 unique cal variants for LDW) | Complete | Matt Solnik |
| | 11) Freeze Tunings for PP and provide to EPS team for release | Complete | Matt Solnik |
| Preventive Action: | ***1) Update the base EPAS requirements to require that LDW torques must be shared between ECU's in multi-ECU architecture at 2ms or faster (create a JIRA).*** ***2) Update PSCM DV for LDW to collect data at 2ms, to record relevant signals on all ECU's of multi-ECU architecture and define in the DVM what signals are needed to prove that LDW has sufficient signal integrity and alignment to function properly.*** ***3) Update the LKS Calibration/Validation Guideline to require that final LDW tuning should be made with final base EPAS tune.*** | 6/19/20 | Ralph Gunderson |

| Risk Projections: Major / Minor | <VP> | <TT> | <PP> | <MP1> | Issued: / Revised: / Closed: | [illegible] / [illegible] |
|---|---|---|---|---|---|---|
| | N/A | N/A | Major | NI | | Slide 1 |

Figure 151. P702 LDW Issue.

141) Ford determined that there were two root causes of the LDW issue. Root Cause #1 was described as "PSCM ECU2 motor torque response to LDW command erratic and sampled at low rate (10 ms) relative to calculation (4 ms)." According to Mr. Gunderson, this issue pertained to a delay caused by there being two ECUs. Mr. Gunderson described in his deposition that when ECU 1 equates an LVW torque request, it sends the torque from ECU 1 and then sends the command to ECU 2 to create the same torque. As such, this caused a delay. (Figure 152)




**Figure 152. Root Cause #1 - PSCM SW Change.**

142) The other root cause determined by Ford was described as "By design, LDC haptic feedback is amplified by base EPS assist. Final tuning release of base EPS assist is higher now than during Feb. 2020 objective measurements, resulting in greater LDW haptic feedback amplification." (Figure 153)




**Figure 153. Root Cause #2 – Base EPS Assist Change.**

Forensic Rock

# Exhibit D

# VEHICLE TESTING SUMMARY REPORT

Forensic Rock

**TESTING SUMMARY:**

**FILE NAME:** 24929 - WOOTEN

**TEST DATE(S):** May 15th and 16th, 2024

**TEST VEHICLES:**

For this test program a 2021 Ford F-150 with FORD CO-PILOT360 ACTV2.0 PREP (BlueCruise) was evaluated.

**2021 Ford F-150:**

**2021 Ford F-150 Platinum – VIN: 1FTFW1ED9MFA93940 – 02/2021 Build**




**Figure 1. 2021 Ford F-150 used in testing.**

**INSTRUMENTATION:** VBOX Video HD2, Racelogic 3i, VBOX Touch, Autel MaxiSys MS908S Pro II, Olympus Tough TG-6 4K, 3x GoPro Hero8 Black, two sUAS (DJI Mini 3 Pro's), and neoVI Red 2.

**VEHICLE PHOTOGRAPHY:**



**Figure 2. 2021 Ford F-150 used in Georgia testing.**

**NOTES:**

- The test vehicle exhibited a visible CEL during testing and an AUTEL MaxiSys M908SS Pro II was used to pull a full diagnostics report. No relevant DTCs to testing were found and they were unrelated to any LKAS/ADAS systems. Full Hands-Free BlueCruise and Lane Keeping systems were available during testing and were fault-free throughout.
- The testing involved recording and observing the vehicles behavior using the various Lane Keeping Assist systems and/or Lane Centering systems when in a highway thru lane that turned into an exit only lane in Georgia. The right lane of northbound I-475 is approximately 15 continuous miles from the I-75 / I-475 split to Exit 15. Thus, the lane where the collision occurred is not a typical Exit lane, rather, it is a continuous part of the limited access highway that ultimately splits from the thru lanes of northbound I-475 to Exit 15.
- CAN data was recorded through the VBOX Video HD2 and neoVI RED2 and selected parameters were displayed on the video throughout testing. CAN data was also encoded to the VBOX 3i. Only publicly accessible CAN data was able to be accessed; access to ECU-specific data traffic and messages such as radar and camera messages, dynamic distances to objects in the environment, TTC's (Time to Collision), radius of curvature, etc. were not able to be accessed without a Ford A2L and/or DBC file to interpret these messages and data.




**Figure 3. Data Acquisition system utilized during testing.**

**VEHICLE Diagnostics Report:**

# 2021 MY(Model Year) Ford Pre-scan Report

**Vehicle Information**

2021 MY(Model Year)/Ford/F-150/
VIN: 1FTFW1ED9MFA93940

Odometer Reading: 146768miles
License Plate: --

**Customer Information**

Name: --

Tel: --

**Device information**

Scanner: MaxiSys MS908S Pro II
Version: V5.20

Serial Number: V29GNCC01117
Repair Order Number: 24929 - WOOTEN - 21 F-150 AFTEST

## System Scanned( 43 )

| System | Calibration | Status/DTC |
|---|---|---|
| PCM (Powertrain Control Module) | | 0 |
| ABS (Anti-lock Brake System) | | 0 |
| RCM (Restraint Control Module) | | 0 |
| OCSM (Occupant Classification System Module) | | 0 |
| IPC (Instrument Panel Control Module) | | 0 |
| ACCM (Air Conditioning Control Module) | | 0 |
| ACM (Audio Control Module) | | 0 |
| APIM (Accessory Protocol Interface Module) | | 0 |
| ATCM (All Terrain Control Module) | | 0 |
| BCMC(Body control module C) | | 0 |
| BECM (Battery Energy Control Module) | | 1 |
| BdyCM(Body control module) | ADAS | 0 |
| C-CM (Cruise-Control Module) | ADAS | 0 |
| CMR(Camera module (rear)) | ADAS | 2 |
| DCACA(Direct current/alternating current converter module A) | | 0 |
| DCDC (DC/DC Converter Control Module) | | 0 |
| DDM(Driver front door module) | | 0 |

**Figure 4. Vehicle Diagnostics Report for the 2021 Ford F-150 (1 of 3).**

VEHICLE **Diagnostics** Report is continued on the next page

2021 MY(Model Year)/Ford/F-150/ Test Time: 2024-05-16 15:36:24 Report ID: MAXIA20240516153624

| | | |
|---|---|---|
| DSM (Driver Seat Module) | | 1 |
| DSP ((Audio) Digital Signal Processing Module) | | 0 |
| GSM (Gear Shift Module) | | 0 |
| GWM (Gateway Module A) | | 0 |
| HCM (Headlamp Control Module) | ADAS | 0 |
| HVAC (Heating Ventilation Air Conditioning) | | 1 |
| IPM-A (Image Processing Module A) | ADAS | 2 |
| PACM (Pedestrian Alert Control Module) | | 0 |
| PDM (Passenger Door Module) | | 0 |
| PSCM(Power steering control module) | | 4 |
| RGTM (Rear Gate/Trunk Module) | | 0 |
| RTM (Radio Transceiver Module) | | 0 |
| SASM (Steering Angle Sensor Module) | | 0 |
| SCCM (Steering Column Control Module) | | 0 |
| SCM-G (Seat Control Module G) | | 0 |
| SCM-H (Seat Control Module H) | | 0 |
| SECM (Steering Effort Control Module) | | 0 |
| SOBDM-C (Secondary OBD Control Module C) | | 0 |
| SOD-L (Side Obstacle Detection Control Module - Left) | ADAS | 0 |
| SOD-R (Side Obstacle Detection Control Module - Right) | ADAS | 0 |
| SODCMC(Side obstacle detection control module C) | | 0 |
| SODCMD(Side obstacle detection control module D) | | 0 |
| TCCM (Transfer Case Control Module) | | 0 |
| TCU (Telematic Control Unit) | | 0 |
| TRM (Trailer Module) | | 0 |
| WACM (Wireless Accessory Charging Module) | | 0 |

**Figure 5. Vehicle Diagnostics Report for the 2021 Ford F-150 (2 of 3).**

**VEHICLE Diagnostics Report is continued on the next page**

2021 MY(Model Year)/Ford/F-150/ Test Time: 2024-05-16 15:36:24 Report ID: MAXIA20240516153624

## Pre-scan DTC ( 11 )

### BECM (Battery Energy Control Module) ( 1 DTC )

| DTC | Description | Status |
|---|---|---|
| P0B24:00-A8 | Hybrid/EV(Electric Vehicle) Battery A Voltage Unstable | CMDTCs |

### CMR(Camera module (rear)) ( 2 DTCs )

| DTC | Description | Status |
|---|---|---|
| B115E:49-08 | Camera module | CMDTCs |
| B15E1:97-08 | Driver side LED | CMDTCs |

### DSM (Driver Seat Module) ( 1 DTC )

| DTC | Description | Status |
|---|---|---|
| C1008:11-08 | Left Power Running Board Position/Motion Sensor | CMDTCs |

### HVAC (Heating Ventilation Air Conditioning) ( 1 DTC )

| DTC | Description | Status |
|---|---|---|
| B11F0:15-0A | Air Intake Damper Position Sensor | CMDTCs |

### IPM-A (Image Processing Module A) ( 2 DTCs )

| DTC | Description | Status |
|---|---|---|
| U0253:00-28 | Lost Communication With Accessory Protocol Interface Module | CMDTCs |
| U0565:86-28 | Invalid Data Received From Camera Module-Rear | CMDTCs |

### PSCM(Power steering control module) ( 4 DTCs )

| DTC | Description | Status |
|---|---|---|
| U0121:00-28 | Lost communication with ABS control module A | CMDTCs |
| U023A:00-28 | Lost communication with Image Processing Module A (IPMA) | CMDTCs |
| U0415:00-28 | Invalid data received from ABS control module A | CMDTCs |
| U3003:68-28 | Battery voltage | CMDTCs |

**Figure 6. Vehicle Diagnostics Report for the 2021 Ford F-150 (3 of 3).**

**End of VEHICLE Diagnostics Report**

**VEHICLE SYSTEMS RELATED TO TESTING:**

The tested 2021 Ford F-150 was equipped with the following systems that are relevant to the testing performed as described in this report:

- LANE-KEEPING SYSTEM
- LANE CENTERING SYSTEM (WITH HANDS-FREE IN CERTAIN MAPPED AREAS)

The below pictures show the menu screens of the systems that were tested:




**Figure 7. Systems tested on the 2021 Ford F-150.**

*The testing was focused on Lane Centering (With Hands-Free, as this was the only option available at the subject site. Hands-On lane centering was not a system that could be tested at the collision site due to the right most lane of northbound I-475 being mapped as a "Hands-Free" Blue Zone) and the Lane-Keeping System. The Lane Keeping System had three systems that could be selected: Aid-Only, Alert-Only and Aid + Alert.*

**VEHICLE SYSTEMS RELATED TO TESTING:**

The tested 2021 Ford F-150 is equipped with the below CO-PILOT360 Technology Package, as seen in the 2021 Ford F-150 brochure:




**Figure 8. Page 20 of the 2021 Ford F-150 Sales Brochure.**

**TEST PROTOCOL SUMMARY:**

The tests below were conducted to evaluate scenarios where the test driver was traveling in the right lane of northbound I-475 with the adaptive cruise control (ACC) and different lane centering or lane aid/alert systems on. Whenever possible, the ACC was set to 77 miles per hour (mph). Various scenarios were tested:

- Lane Centering ON – Two tests on May 15, 2024 and two tests on May 16, 2024
  - This resulted in Hands-Free BlueCruise engaging. With Lane Centering on, only "Hands-Free" testing could be conducted in the area of the subject collision. The test 2021 Ford F-150 was accelerated to 77 mph in the right lane of northbound I-475 and adaptive cruise control was set. When the test began, northbound I-475 was a three-lane, one direction limited access highway, and the test truck was in the right lane. The truck remained continuously in this lane whenever possible, which ultimately turned into an exit only lane at Exit 15.
  - The driver drove with his hands monitoring the steering wheel but was not actively providing steering torques.
  - The test driver allowed the ACC to regulate vehicle speed.
  - The test continued in "Hands-Free" BlueCruise with ACC set at 77 mph for as long as possible, until the test driver inputted a manual evasive maneuver to the right to avoid departing the roadway in the area of the Exit 15 sign.
  - There was no option to have a "Hands-On" lane centering system at the area of the collision. This is the condition that Mr. Wooten's truck would have been in at the time of the subject collision, since the Over-the-Air update to BlueCruise was not yet available. Since the right thru lane that turns into an Exit Only lane is currently mapped by Ford as a "Blue Zone" up to the exit in the right-most lane, the selection of lane centering in this area automatically applies the "Hands-Free" icon and a "Hands-On" condition could not be tested. (Figure 9)




**Figure 9. Hands-Free Lane Centering at the area of the subject collision in the right-most lane. Adaptive Cruise Control set to 77 mph.**

- Lane Centering OFF – ACC ON – 'Alert + Aid' Lane Keeping System Setting – Two tests on May 16, 2024
  - Lane centering was turned off in these tests.
  - The Alert + Aid setting for the Lane Keeping System was chosen.
  - ACC was ON and engaged at 77 mph.
  - Alert Intensity was set to 'High'.
  - The driver called out on video what was happening with the vehicle during testing.
  - The test driver manually steered the vehicle for most of this test series. Demonstrations of the lane departure warning (visual on the instrument cluster, known by Ford as the 'Alert') and corrective steering torques (known by Ford as the 'Aid') were conducted in the area preceding the area of the subject collision to demonstrate how the system functioned. In the area of the subject incident, steering inputs were inputted as minimally as possible. Evasive manual steering to the right near the area of

the Exit 15 sign was inputted to avoid departing the roadway. This evasive steering was input as late as possible to determine if a corrective steering torque would be applied by the 'Alert + Aid' Lane Keeping System of the Ford.




**Figure 10. 'Alert + Aid' testing of the 2021 Ford F-150.**

- Lane Centering OFF – ACC ON – 'Aid Only' Lane Keeping System Setting – Two tests on May 16, 2024
  - Lane centering was turned off in these tests.
  - The Aid Only setting for the Lane Keeping System was chosen.
  - ACC was ON and engaged at 77 mph.
  - The test driver manually steered the vehicle for most of this test series. Demonstrations of the lane keeping assist corrective steering torques (known by Ford as the 'Aid') were conducted in the area preceding the area of the subject collision to demonstrate how the system functioned. In the area of the subject incident, steering inputs were inputted as minimally as possible. Evasive manual steering to the right near the area of the Exit 15 sign was inputted to avoid departing the roadway. This evasive steering was input as late as possible to determine if a corrective steering torque would be applied by the 'Aid' Lane Keeping System of the Ford.
  - Manual steering was applied in the area near the exit to see if this input allowed any corrective steering torques.




**Figure 11. 'Aid-Only' testing of the 2021 Ford F-150.**

**TESTING LOCATION:**

The below map shows the original incident location in Georgia where the testing was conducted:




**Figure 12. Incident Location: Interstate 475 (I-475)/ Georgia State Route 408 near exit 15 ramp in Monroe County, GA. Incident Coordinates (LAT/LONG): 32.94916255197448, -83.81230594019236. Nearmap imagery from October 5, 2023.**

Location Description:

The below screenshot shows the testing area with the right thru lane that was utilized ultimately as an exit lane, where testing was conducted with the vehicles.




**Figure 13. Incident Location.**

These drone pictures were taken at the site during the testing:



**Figure 14. Drone photographs of the incident site.**

**2021 Ford F-150 TEST IMAGES:**

Test 1:

Test Date: May 16th, 2024
Target Test Speed: 77 mph
Adaptive Cruise Control (ACC): ON and SET to 77 mph
LANE CENTERING: ACTIVE
LANE KEEPING SYSTEM: ALERT + AID




**Figure 15. The vehicle can be seen approaching the split between the thru lanes and the exit. Hands-Free BlueCruise (i.e. Lane Centering) is ON and Activated and the BlueCruise system is advising drivers that it is OK to be hands free. Ford in the area of the red box.**




**Figure 16. Ford remains in Hands-Free BlueCruise.**




**Figure 17. First frame where a visual warning is presented to the driver to "Keep Hands on Steering Wheel". The Ford is less than one second from departing the roadway when this warning and hand-off back to the driver occurs by the BlueCruise system.**

**VEHICLE Diagnostics Report (Live Data Report(s):**

The below Live Data Reports were downloaded from the 2021 Ford F-150 (VIN: 1FTFW1ED9MFA93940) that was used for testing using the Autel MaxiSys MS908S Pro II. The modules that were related to the ADAS system were accessed in order to show the hardware information and any part numbers or ID's that could be found. Two ECU modules were downloaded, the BdyCM (Body Control Module) and the IPM-A (Image Processing Module A) for the live data shown below:

AUTEL

Shop Name: --
Tel: --
Email
Address: --

Report ID: MAXIA20241014120952
Test Time: 2024-10-14 12:09:52
Technician: --

# 2021 MY(Model Year) Ford Vehicle Diagnostic Report

**Vehicle Information**

2021 MY(Model Year) Ford F-150
VIN: 1FTFW1ED9MFA93940
Path: Ford>Automatic selection>Control unit>BdyCM(Body control module)>Live data

Odometer Reading: 150721 miles
License Plate: --
Sub Model: 3.5L Full Hybrid Electric Vehicle

**Customer Information**

Name: --
Tel: --

**Device information**

Scanner: MaxiSys MS908S Pro II
Version: V5.60
Serial Number: V29GNCC01117

**Live data**

| NO. | Name | Value | Unit |
|---|---|---|---|
| 1 | ECU calibration configuration part number | ML3T-14C636-BK | |
| 2 | Vehicle Identification Number | 1FTFW1ED9MFA93940 | |

AUTEL

**Figure 23. The Body Control Module live data showing the part number.**

AUTEL

Shop Name: --
Tel: --
Email:
Address: --

Report ID: MAXIA20241014115602
Test Time: 2024-10-14 11:56:02
Technician: --

# 2021 MY(Model Year) Ford Vehicle Diagnostic Report

**Vehicle Information**

2021 MY(Model Year)/Ford/F-150
VIN: 1FTFW1ED9MFA93940
Path: Ford>Automatic selection>Pre-Scan>IPM-A (Image Processing Module A)>Live data

Odometer Reading: 150721 miles
License Plate: --
Sub Model: 3.5L Full Hybrid Electric Vehicle

**Customer Information**

Name: --
Tel: --

**Device information**

Scanner: MaxiSys MS908S Pro II
Version: V5.60
Serial Number: V29GNCC01117

**Live data**

| NO | Name | Value | Unit |
|---|---|---|---|
| 1 | ECU calibration configuration part number | ML3T-14H106-EFE | |
| 2 | ECU calibration data #1 number | PJ6T-14H103-AAK | |
| 3 | ECU calibration data #2 number | PL3T-14H103-BBL | |
| 4 | ECU calibration data #4 number | PJ6T-14H103-GAG | |
| 5 | ECU calibration data #7 number | PL3T-14H103-GBJ | |
| 6 | ECU power supply voltage | 14.1 | V |
| 7 | Fault condition present | No (false) | |
| 8 | Front Sensors Configured | Yes (true) | |
| 9 | Vehicle Identification Number | | |

AUTEL www.autel.com MaxiSys MS908S Pro II Page 1

**Figure 24. The Image Processing Module A live data showing the part number along with other information.**

**END OF TESTING REPORT**

# Exhibit E

# VEHICLE TESTING SUMMARY REPORT

Forensic Rock

**TESTING SUMMARY:**

**FILE NAME: 24929 - WOOTEN**

**TEST DATE(S): May 16th, 2024**

**TEST VEHICLE:**

**2018 Tesla Model 3 – VIN: 5YJ3E1EB0JF074519 – 07/2018 Build**

Autopilot Computer: Full self-driving computer

Software v11.1 (2024.3.25 5aaf7e6d2826)

Full Self-Driving (Supervised) Software v12.3.6

Navigation Data NA-2023.44-14828-f4ccaeafb4




**Figure 1. 2018 Tesla Model 3 used in testing.**

**INSTRUMENTATION:** VBOX Video HD2, Racelogic 3i, VBOX Touch, Autel MaxiSys MS908S Pro II, Olympus Tough TG-6 4K, 3x GoPro Hero8 Black, two sUAS (DJI Mini 3 Pro's), and neoVI Red 2.

Vehicle Setup Photography is found on the next page

**VEHICLE SETUP PHOTOGRAPHY:**



**Figure 2. Photographs of the vehicle setup.**

**NOTES:**

- The testing involved recording and observing the vehicles behavior using the Autopilot system (TACC plus Autosteer) when in a highway thru lane that turned into an exit only lane in Georgia. The right lane of northbound I-475 is approximately 15 continuous miles from the I-75 / I-475 split to Exit 15. Thus, the lane where the collision occurred is not a typical Exit lane, rather, it is a continuous part of the limited access highway that ultimately splits from the thru lanes of northbound I-475 to Exit 15.
- CAN data was recorded through the VBOX Video HD2 and neoVI RED2 and selected parameters were displayed on the video throughout testing. CAN data was also encoded to the VBOX 3i. Only publicly accessible CAN data was able to be accessed

**VEHICLE FEATURES/OPTIONS RELATED TO TESTING:**

The 2018 Tesla Model 3 is equipped with the following systems that are relevant to the testing performed as described in this report:

- Lane Departure Avoidance was set to Assist.
- Emergency Lane Departure Avoidance was toggled on.
- Forward Collision Warning was set to Early.

Autopilot:

- Traffic Aware Cruise Control (TACC) was set.
- Autosteer was enabled.
- Full Self-Driving was not utilized.

The below pictures show the menu screens of the systems that were tested:



**Figure 3. Features / Options tested on the 2018 Tesla Model 3.**

**TEST PROTOCOL SUMMARY:**

The tests below were conducted to evaluate scenarios where the test driver was traveling in the right lane of northbound I-475 with the adaptive cruise control (TACC) and Autosteer was on. Whenever possible, the ACC was set to 77 miles per hour (mph) with no lead vehicles. Various scenarios were tested:

- Autopilot On – Six tests on May 16, 2024
  - TACC (Traffic Aware Cruise Control, i.e. adaptive cruise control) ON and set to 77 mph
  - Autosteer (i.e. lane centering) ON
  - Full-Self Driving not engaged
  - The test driver drove with his hands monitoring the steering wheel but was not actively providing steering torques. When prompted, the test driver would interact with the steering wheel to comply with a warning that may have been provided during a test.
  - The test driver did not actively steer or brake at any time during the split between the thru lanes of I-475 and Exit 15.
  - The test driver allowed the TACC to regulate vehicle speed.
  - The test continued in TACC set at 77 mph for as long as possible.
  - No driver interventions were required for the test Tesla to drive in the right lane at Exit 15.

**TESTING LOCATION:**

The below map shows the original incident location in Georgia where the testing was conducted:







**Figure 4. Incident Location: Interstate 475 (I-475)/ Georgia State Route 408 near exit 15 ramp in Monroe County, GA. Incident Coordinates (LAT/LONG): 32.94916255197448, -83.81230594019236. Nearmap imagery from October 5, 2023.**

Location Description:

The below screenshot shows the testing area with the right thru lane that was utilized ultimately as an exit lane, where testing was conducted with the vehicles.




**Figure 5. Incident Location.**

These drone pictures were taken at the site during the testing:



**Figure 6. Drone photographs of the incident site.**

**2018 Tesla Model 3 TEST IMAGES:**

Test 6:

Test Date: May 16th, 2024
Target Test Speed: 78 mph (Target was to maintain a road speed of 77 mph)
Traffic Aware Cruise Control (TACC): ON and SET to 78 mph
LANE CENTERING: Autosteer (ON)
LANE KEEPING SYSTEM: Assist
EMERGENCY LANE DEPARTURE AVOIDANCE: On
FULL SELF-DRIVING: Off




**Figure 7. The vehicle can be seen approaching the split between the thru lanes and the exit. Autosteer (i.e. Lane Centering) is ON and Activated and the TACC is regulating a speed of 77 mph. Tesla in the area of the red box.**




**Figure 8. The Tesla begins to steer to the right in advance of the split. This is demonstrated by the lateral distance between the left side of the vehicle and the lane line increasing to over three feet from Figure 7.**




**Figure 9. The Tesla begins braking automatically at this point and has increased the lateral distance between the left side of the vehicle and the lane line through increased steering to the right.**




**Figure 10. The Tesla has braked down below 60 mph and is near the Exit 15 sign. The steering input is -9.6 degrees and the vehicle is still in the lane.**




**Figure 11. The Tesla has successfully navigated the lane. It braked down to a speed of 51 mph and the steering wheel angle remianed below 10 degrees. There was no driver input during this maneuver.**

**END OF TESTING REPORT**

Forensic Rock

# Exhibit F

**Data Analysis**

Data was analyzed by first combining the video from the VBOX HD2 video and the 100 Hz data from the VBOX 3i data acquisition system. Using the Video Sync channel in File Processor, the 3i .VBO file was merged with the HD2 video file. The resulting processed .VBO file was output and renamed to the HD2 video file name. Thus, when the new processed VBO file was opened it pointed to the HD2 video with the 100 Hz 3i data.

Two points of interest in the test area were identified and used as reference for measurements in the test data as seen in Figure 1. The first was the point where the lane diverges from the northbound thru lane of I-475. The second is where the left lane line begins to be painted in yellow, near the start of the grassy area. The distance between these two points was measured to be 170 ft. As can be seen in Figure 1, there is a metal gantry supporting sign for Exit 15 directly above the first point of interest which interrupted the satellite reception of the VBOX 3i enough to disrupt the RTK fix which reduced the positional accuracy of the data in the test area.



Figure 1. NearMap image of test site with arrows indicating the beginning of the curve and the point where the left lane line becomes marked in yellow.

*2021 Ford F150 – BlueCruise evaluations*

When the Hands-Free BlueCruise transitioned to Hands-On Blue Cruise, a yellow box that read "Keep Hands on Steering Wheel" appeared in the instrument cluster with no audio alert, as seen in Figure 2. The first frame of the HD2 video in which the yellow box is visible was marked in the data and parameters such as the speed of the Ford, the steering angle of the Ford, the distance to the start of the curve and the distance to left lane line were recorded as seen in Figure 3.




Figure 2. Alert in instrument cluster when Hands-Free Blue Cruise is disabled.




Figure 3. Analysis of transition from Hands-Free Blue Cruise to Hands-On Blue Cruise in VBOX Test Suite.

When the Blue Cruise disabled entirely, there was no audio or visual alert, but the user interface configuration on the instrument cluster screen transitioned to the default as seem in Figure 4. The first frame of the HD2 video in which the vehicle speed is displayed in the new position was marked in the data and parameters such as the speed of the Ford, the steering angle of the Ford, the distance to the start of the curve and the distance to left lane line were recorded as seen in Figure 5.



Figure 4. Transition from Blue Cruise to default interface.



Figure 5. Analysis of Blue Cruise disable in VBOX Test Suite.

The point at which the driver initiated manual steering in order to keep the vehicle on the road was identified by a sharp increase in the rate of steering as seen in Figure 6. Parameters such as such as the speed of the Ford, the steering angle of the Ford, the distance to the start of the curve and the distance to left lane line were recorded as seen in Figure 7.




Figure 6. Sharp increase in steering rate.



Figure 7. Analysis of manual steer in VBOX Test Suite.

*2021 Ford F150 – Lane Keep Assist evaluations*

The CAN signal for the Lane Keep Assist was recorded in the VBOX 3i as a decimal value representation of a sequence of 5 bits which represent the state of the system. A table of decimal values representing each state can be observed in

Table 1. The point at which the LKA CAN signal changed from 6 to 9 was used to record the data for the Lane Keep Assistance System initiating a corrective action to the right. Parameters such as the speed of the Ford, the steering angle of the Ford, the distance to the start of the curve, and the lateral distance to the left lane line were documented as observed in Figure 8.

| State | Bit | | | | | Value |
|---|---|---|---|---|---|---|
| | 7 | 6 | 5 | 4 | 3 | |
| no lanes seen | 0 | 1 | 1 | 0 | 0 | 12 |
| both lanes seen | 0 | 0 | 1 | 1 | 0 | 6 |
| -right alert | 1 | 0 | 1 | 1 | 0 | 22 |
| -left alert | 0 | 1 | 1 | 1 | 0 | 14 |
| right lane only | 0 | 0 | 1 | 1 | 1 | 7 |
| -right alert | 1 | 0 | 1 | 1 | 1 | 23 |
| left lane only | 0 | 1 | 1 | 0 | 1 | 13 |
| -left alert | 0 | 1 | 1 | 1 | 1 | 15 |
| correcting from right | 1 | 0 | 1 | 0 | 1 | 21 |
| correcting from left | 0 | 1 | 0 | 0 | 1 | 9 |
| Disabled | 1 | 1 | 1 | 1 | 0 | 30 |

Table 1. States of the Lane Keep Assist System.



Figure 8. Analysis of Initiation of LKA in VBOX Test Suite.

The point at which the driver initiated manual steering in order to keep the vehicle on the road was identified by a sharp increase in the rate of steering as seen in Figure 6. Parameters such as the speed of the Ford, the steering angle of the Ford, the distance to the start of the curve and the distance to left lane line were recorded as seen in Figure 9.



Figure 9. Analysis of Manual Steer in VBOX Test Suite.

The corrective steering initiated by the LKAS was analyzed by recording the peak steering angle of the Ford, the average steering of the Ford, the average yaw rate of the Ford, and the average lateral acceleration of the Ford over the interval between the initiation of the LKA and manual steering as observed in Figure 10.



Figure 10. Analysis of corrective steer in VBOX Test Suite.

The point at which the LKA CAN signal changed 12 was used to record the data for the Lane Keep Assistance System losing track of the lane lines. Parameters such as the speed of the Ford, the steering angle of the Ford, the distance to the start of the curve, and the lateral distance to the left lane line were documented as observed in Figure 11.



Figure 11. Analysis of the loss of lane lines in VBOX Test Suite.

The Tesla Autopilot decelerated the vehicle as it approached the curve. The point at which the Tesla began decelerating was marked in the data and parameters such as the speed of the Tesla, the distance to the start of the curve, the peak deceleration of the Tesla, the average deceleration of the Tesla, and final speed of the Tesla were documented as can be observed in Figure 12.




Figure 12. Analysis of Autopilot initiated deceleration in VBOX Test Suite.

It was noted that the Tesla automatically reduced the cruise control set speed when approaching the curve. The first frame the changed cruise control speed was visible in the HD2 video was marked in the data and parameters such as speed of the Tesla and distance to the start of the curve were recorded as can be observed in Figure 13.




Figure 13. Analysis of cruise control set speed reduction in VBOX Test Suite.

The point at which Autopilot initiated steering was marked in the data and parameters such as the distance to the start of the curve, the steering angle at the start of the maneuver, the average steering angle, the steering angle at the end of the maneuver, the average steer rate, the average radius of turn, and the average yaw rate were documented as can be observed in Figure 14.




Figure 14. Analysis of Autopilot initiated steering in VBOX Test Suite.

The point at which the left front wheel of the Tesla crossed the start of the curve was marked in the data and parameters such as speed of the Tesla, steering angle, and lateral distance to the left lane line were recorded as can be observed in Figure 15.




Figure 15. Analysis of Tesla at the start of the curve in VBOX Test Suite.

The point at which the left front wheel of the Tesla crossed the start of the yellow/white lane line change was marked in the data and parameters such as speed of the Tesla, steering angle, and lateral distance to the left lane line were recorded as can be observed in Figure 16.




Figure 16. Analysis of Tesla at yellow left lane line in VBOX Test Suite.

## Results

*2021 Ford F150*

In the four tests evaluating the Hands Free Blue Cruise in the 2021 Ford F150, the Ford displayed a visual warning to the driver to "Keep Hands on Steering Wheel" without any audio warning an average of 50 ft from the start of the curve. One test was an outlier compared to the other four. When the outlier test (VBOX File 0) was excluded, the BlueCruise warned 21 feet from the start of the curve. Blue Cruise never reduced the speed of the Ford while approaching the curve. At the point when manual steering was initiated by the test driver, Blue Cruise was maintaining a steering angle of an average of 3 degrees, which was insufficient to navigate the curve.

The Ford initiated corrective steering in 3 of the 4 tests evaluating the LKAS. The average steering angle was 0.91 degrees inducing an average yaw rate of 0.29 degrees per second. Manual steering to stay on the roadway was required an average of 63.4 feet before the start of the curve with an average distance from the left lane line of 1 foot. The LKAS lost track of both lane lines an average of 136.5 feet after the start of the curve.

*2018 Tesla Model 3*

The Tesla successfully navigated the curve in all 6 tests. In the three tests in which there was no traffic ahead, the Tesla began to decelerate an average of 73 feet before the start of the curve at an average deceleration of 0.29 g down to an average speed of 64 mph at the start of the curve. In the three tests in which there was no traffic ahead, the Tesla began steering an average of 144 feet before the start of the curve with an average steering angle of 5.22 degrees during the turn up to an average steering angle of 8.47 degrees at the point where the left lane line begins to be painted in yellow, inducing an average yaw rate of 3.68 degrees. The average turn radius as the Tesla navigated the curve was 1063 feet. The Tesla maintained a distance from the left lane line greater than 3 feet throughout the entirety of the turn in all tests.

## Summary/Conclusions

1. The BlueCruise in the 2021 Ford F150 was not able to navigate the curve. BlueCruise did not decelerate the vehicle. The greatest steering angle BlueCruise provided before driver intervention was necessary to avoid departing the roadway was -3.4 degrees. This is consistent with the EDR data from the Wooten Ford at the time = -4.0 seconds.

2. BlueCruise in the 2021 Ford F150 transitioned out of hands-free mode with a visual warning but no audio warning an average of 50 feet before the start of the curve. When removing the first test and considering the other three, BlueCruise disengaged only 21 feet from the start of the curve and in an area consistent with Mr. Wooten's time=4.0 seconds in the EDR data.

3. The Lane Keeping Assistance System in the 2021 Ford F150 was not able to navigate the turn. The corrective steering from the LKAS occurred on average 252 feet before the start of the curve with an average steering angle of 0.9 degrees and an average yaw rate of 0.29 degrees per second.

4. The Lane Keeping Assistance System in the 2021 Ford F150 lost track of the lane lines on average 136.5 feet after the start of the curve which is approximately 33.5 feet before the grass median.

5. The Autopilot in the 2018 Tesla Model 3 successfully navigated the split in all six tests.

6. The Autopilot system in the 2018 Tesla Model 3 automatically reduced the Traffic Aware Cruise Control set speed and began decelerating an average 73.7 feet before the start of the curve at an average deceleration rate of 0.29g down to an average speed of 64 mph.

7. The Autopilot system in the 2018 Tesla Model 3 automatically began steering an average of 144 feet before the start of the curve with an average peak steer angle of 8.5 degrees and an average yaw rate of 3.7 degrees per second.

8. The Autopilot system in the 2018 Tesla Model 3 maintained a distance from the left lane line greater than three feet for the entirety of the split.

# Appendix A

| Test Vehicle | 2021 Ford F150 |
|---|---|
| Test Date | 5/15/2024-5/16/2024 |

| | | Hands Free Blue Cruise Disabled | | | | | Hands On Blue Cruise Disabled | | | | | Manual Steer | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Test Date | VBOX File | UTC | Speed (mph) | Steer Angle (°) | Dist. Before Start of Curve (ft) | Lat Dist. To Left Lane Line (ft) | UTC | Speed (mph) | Steer Angle (°) | Dist. Before Start of Curve (ft) | Lat Dist. To Left Lane Line (ft) | UTC | Speed (mph) | Steer Angle (°) | Dist. Before Start of Curve (ft) | Lat Dist. To Left Lane Line (ft) | |
| 5/15/2024 | 0 | 16:42:35.100 | 76.77 | 1.181 | 134.95 | 2.75 | 16:42:36.309 | 76.41 | -14.08 | 51.61 | 3.25 | 16:42:35.550 | 76.82 | 0.085 | 84.25 | 3 | |
| 5/15/2024 | 1 | 16:55:07.170 | 77.04 | -1.637 | 31.59 | 3 | 16:55:08.770 | 75.89 | -20.732 | -148.32 | 4 | 16:55:07.250 | 76.69 | -2.497 | 22.57 | 3 | |
| 5/16/2024 | 9 | 18:07:10.500 | 76.8 | -2.028 | 22.99 | 4 | 18:07:12.970 | 75.28 | -13.923 | -253.79 | 2 | 18:07:10.667 | 76.01 | -3.28 | 4.21 | 4 | crossed over lane line before grass median |
| 5/16/2024 | 10 | 18:19:50.530 | 76.95 | -9.463 | 9.17 | 4 | 18:19:51.670 | 76.24 | -30.436 | -119.04 | 1 | 18:19:50.403 | 76.85 | -3.437 | 23.46 | 3.5 | got within 1 ft of lane line |

# Appendix B

| Test Vehicle | 2021 Ford F150 |
|---|---|
| Test Date | 5/16/2024 |

| | | Lane Keep Assist | | | | | | | | | Manual Steering | | | | | Lost lane lines | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Test Date | VBOX File | UTC | Speed (mph) | Steer Angle @ LKA (°) | Dist. Before Start of Curve (ft) | Lat Dist. To Left Lane Line (ft) | Peak Steer Angle (°) | Avg. Steer Angle (°) | Avg. Yaw Rate (°/s) | Avg. Lat. Accel. (g) | UTC | Speed (mph) | Steer Angle (°) | Dist. Before Start of Curve (ft) | Lat Dist. To Left Lane Line (ft) | UTC | Speed (mph) | Steer Angle (°) | Dist. Before Start of Curve (ft) | Lat Dist. To Left Lane Line (ft) | Notes |
| 5/16/2024 | 11 | 18:32:15.310 | 76.79 | 0.789 | 326.17 | 1 | -3.515 | -1.506 | 0.454 | -0.04 | 18:32:17.883 | 77.04 | -0.489 | 36.07 | 1.25 | 18:32:19.320 | 76.43 | -16.976 | -125.54 | 2.4 | Alert+Aid, High Intensity |
| 5/16/2024 | 12 | 18:43:35.150 | 76.88 | 1.103 | 157 | 0.7 | -2.497 | -0.603 | 0.238 | -0.02 | 18:43:36.123 | 77.02 | -2.413 | 47.29 | 0.3 | 18:43:37.610 | 76.29 | -23.941 | -119.93 | 0.4 | Alert+Aid, High Intensity |
| 5/16/2024 | 13 | 18:56:16.330 | 76.64 | 0.242 | 274.61 | 0.8 | -1.871 | -0.63 | 0.169 | -0.02 | 18:56:18.264 | 76.85 | -1.871 | 57.02 | 1.3 | 18:56:20.010 | 75.57 | -10.558 | -139.01 | 1.2 | Aid Only, High Intensity |
| 5/16/2024 | 14 | | | | | | | | | | 19:09:26.667 | 77.03 | -2.524 | 109.19 | 1.5 | 19:09:29.070 | 76.26 | -24.41 | -161.69 | 0 | Alert+Aid, High Intensity |

# Appendix C

| Test Vehicle | 2018 Tesla Model 3 |
|---|---|
| Test Date | 5/16/2024 |

| | | | Initiation of Decel | | | | | Initiation of Steer | | | | | | | | Start of Curve | | | | Yellow Line | | | | CC speed reduced | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | VBOX File | Approach Speed (mph) | UTC | Dist. Before Start of Curve (ft) | Peak Decel. (g) | Avg. Decel. (g) | Final Speed (mph) | UTC | Dist. Before Start of Curve (ft) | Steer Angle @ Initiation of Steer (ft) | Avg. Steer Angle [°] | Steer Angle @ End of Steer(°) | Avg. Steer Rate (°/s) | Avg. Turn Radius (ft) | Avg. Yaw Rate (°/s) | UTC | Speed (mph) | Steer Angle (°) | Lat Dist. To Left Lane Line (ft) | UTC | Speed (mph) | Steer Angle (°) | Lat Dist. To Left Lane Line (ft) | UTC | Dist. Before Start of Curve (ft) | Speed (mph) | Notes |
| 5/16/2024 | 0 | 71.32 | 14:44:58.900 | 575.23 | -0.17 | -0.133 | 47.73 | 14:45:04.000 | 35.62 | -2.6 | -8.164 | -7.5 | -1.489 | 1192.5 | 2.607 | 14:45:05.190 | 52.64 | -5.8 | >3 | 14:45:07.431 | 47.05 | -7.5 | >3 | 14:45:07.135 | -143.18 | 47.75 | Speed reduced due to traffic ahead |
| 5/16/2024 | 1 | 56.11 | 14:58:30.820 | 290.47 | -0.176 | -0.138 | 42.28 | 14:58:33.140 | 109.03 | -1.6 | -5.643 | -6.7 | -1.234 | 1061.8 | 2.771 | 14:58:34.703 | 45.11 | -5.2 | >3 | 14:58:37.410 | 40.1 | -6.7 | >3 | 14:58:35.835 | -72.17 | 42.06 | Speed reduced due to traffic ahead |
| 5/16/2024 | 2 | 75.58 | 15:10:17.590 | 60.84 | -0.407 | -0.271 | 66.13 | 15:10:16.680 | 139.63 | -1.3 | -5.572 | -8.593 | -2.585 | 1107 | 3.867 | 15:10:18.149 | 72.06 | -1.411 | >3 | 15:10:19.791 | 65.6 | -8.593 | >3 | 15:10:17.748 | 43.4 | 75.14 | |
| 5/16/2024 | 3 | 75.82 | 15:22:43.540 | 61.88 | -0.359 | -0.259 | 56.22 | 15:22:42.890 | 135.38 | -1.4 | -5.611 | -8.7 | -2.638 | 1150 | 3.894 | 15:22:44.108 | 72.37 | -2.719 | >3 | 15:22:45.705 | 65.69 | -8.7 | >3 | 15:22:43.667 | 47.84 | 75.31 | |
| 5/16/2024 | 4 | 74.23 | 15:35:59.840 | 259.78 | -0.511 | -0.264 | 56.72 | 15:36:00.570 | 161.18 | -1.1 | -4.747 | -7 | -1.783 | 1015.1 | 3.163 | 15:36:02.345 | 63.77 | -1.746 | >3 | 15:36:04.154 | 56.05 | -7 | >3 | 15:36:01.129 | 122.15 | 71.29 | unknown il vehicle ahead influence Traffic Aware Cruise Control |
| 5/16/2024 | 5 | 76.5 | 15:47:33.570 | 38.44 | -0.532 | -0.346 | 53.76 | 15:47:33.050 | 156.94 | -1.2 | -4.477 | -8.111 | -2.551 | 931.13 | 3.301 | 15:47:34.473 | 69.9 | -3.645 | >3 | 15:47:35.961 | 59.33 | -8.111 | >3 | 15:47:33.094 | 151.98 | 78.84 | Cruise Control set speed increased to 78 mph so GPS speed reads [illegible]mph |