# TECHNICAL REPORT

of the

# BARRY WYATT WOOTEN COLLISION

Beverly Wooten et al. v Ford Motor Company and Robert Bosch LLC.

IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF GEORGIA MACON DIVISION

CIVIL ACTION NO.: 5:23-cv-00345-MTT

RFI File: 24RM0057

Prepared by:

Peter J. Leiss, P.E., C.F.E.I., C.V.F.I.

Date

October 17, 2024

THE EXPERTS Robson Forensic

## BARRY WYATT WOOTEN COLLISION

**EXPERT'S REPORT** **OCTOBER 17, 2024**

### A. INTRODUCTION

This single vehicle run-off-the-road collision occurred on September 14, 2021, at about 3:24 P.M. on Northbound GA 408/I-475 at Exit 15 ramp to GA 41/Bolingbroke. The collision involved a 2021 Ford F-150 driven by Barry Wyatt Wooten (Wooten). Wooten's Ford failed to follow the exit ramp to the right, struck the exit sign, traveled through the gore, and struck a tree in the wooded area between GA 408/I-475 and GA 41.

Barry Wyatt Wooten died as a result of injuries sustained in the collision.

The purpose of this investigation was to determine if Wooten's Ford F-150 was defective in a manner that caused the collision. I was also asked to determine if technologically and economically feasible alternative designs existed that would have prevented the collision and Wooten's death.

My investigation into this matter and the preparation of this report were performed at the request of Nicholas Wooten, Esq. of DJC Law, PLLC.

### B. QUALIFICATIONS

I graduated with a Bachelor of Science in Mechanical Engineering from Lawrence Technological University in 1999.

I have 9 years of experience in the design, development, and manufacturing of production vehicles at the Original Equipment Manufacturer (OEM) level. This experience covers most facets of bringing a newly designed automobile from an idea to mass manufacture and sale.

My experience in vehicle design, development, testing, and manufacture was gained in my roles as a Fuel System Engineer, Exhaust System Engineer, Plant Vehicle Engineer and Vehicle Development Engineer at Chrysler. The new vehicle lines I worked on include the 2002 Light Duty Ram Pickup (DR platform), 2003 Heavy Duty Ram (DR platform), 2003 Durango (HB platform) and 2007 Aspen (HG platform). I also performed work on carry-over products including the 2001-2003 Dakota (AN platform), 2001-2003 Ram Van (AB platform), 2000-2001 Light Duty Ram (BR platform), and 2000-2002 Heavy Duty Ram (BR platform).

During my assignment in Vehicle Development, I was part of a group that was involved in the Total Vehicle development, not just specific components, or systems. The assignment included reviewing part design iterations for fit, form, and functionality in the vehicle for components including occupant containment systems, seats, closures and structures. I studied and documented competitive vehicles not only from a

Vehicle as a System approach, but also took part in competitive vehicle tear-down component reviews and charting vehicle content, feature function, and crashworthiness of competitors.

In this assignment I was also involved in the tuning and performance testing of 3 and 4 channel Anti-Lock Brake Systems (ABS), one of the original Collision Avoidance Systems (CAS) in automobiles, and the development and implementation of Electronic Stability Control (ESC), as a safety feature on the 2006 Dodge Durango. My activities included benchmarking competitive vehicles' ABS and ESC systems, setting functional objectives, participating in tuning reviews, and guidance on system performance. This included testing at both internal and external test tracks and on public roadways and off-road trails in various states of loading, from curb weight plus driver to full Gross Combined Weight Rating (GCWR) across the United States.

I have gained additional knowledge and experience of automotive Collision Avoidance Systems (CAS) technologies such as Forward Collision Warning (FCW) and Autonomous Emergency Braking (AEB) systems with and without Pedestrian Detection, LDW, and LKA by attending seminars on Advanced Driver Assistance Systems (ADAS) technology since 2013, evaluating ADAS features in production vehicles, and objectively testing FCW, AEB, Lane Departure Warning (LDW), Lane Keep Assist (LKA), and Lane Centering Assist) LCA systems. I am also a co-author on an SAE paper[1] which reports the performance of a production FCW and AEB system installed on a 2017 Kenworth semi-tractor.

My CV outlining my complete education, experience and training is attached separately.

The approach taken for the analysis of this investigation is based on reliable scientific reasoning and methodology which is accepted by the engineering and scientific community. My opinions are offered within a reasonable degree of engineering certainty relying on engineering and automotive industry principles and practices. My opinions are subject to change if additional information becomes available.

Terms of Compensation

The professional service fees Robson Forensic, Inc. charges for all tasks that I have undertaken in this case is currently $605 per hour, subject to change. To date Robson Forensic has billed about $32,500 for my work in this matter.

Testimony as an Expert

A listing of each of the occasions on which I have given expert testimony in the past 4 years has been provided separately.

[1] Harrington, S., Martin, N., and Leiss, P., "An Evaluation of the Performance of the Bendix Wingman Fusion G1 Collision Mitigation System in a 2017 Kenworth T680," SAE Technical Paper 2024-01-2893, 2024, https://doi.org/10.4271/2024-01-2893.

Exhibits

I may use the following materials as exhibits to illustrate testimony: all references and documents cited in this report or listed as Materials Available for Review.

## C. MATERIALS AVAILABLE FOR REVIEW

1. Georgia Motor Vehicle Crash Report for Case Number 2021024358 by Luther Williams, dated September 16, 2021
2. Motor Vehicle Crash Narrative for Case Number 20210243458 by Sgt. K. Williams
3. 30 digital photos of the site and vehicle taken by Sgt. Kevin Williams
4. Ford Discovery:
   a. TJA/LKA/LKC specification documents
   b. TJA/LKA/LKC testing documents
5. Transcripts of the depositions:
   a. Natalie Dostie, taken
   b. Barry Wayne Wooten, taken July 22, 2024
   c. Wendy Wells, taken July 23, 2024
   d. Beverly Wooten, taken July 24, 2024
   e. John Gunderson, taken September 25, 2024
6. My site inspection on May 16, 2024
7. Testing of an exemplar Ford F-150 at the site of Wooten's collision
8. Testing of a Tesla Model 3 at the site of Wooten's collision
9. Expert Reports of:
   a. Bryant Buchner, dated September 18, 2024
   b. Shawn Harrington, dated October 18, 2024
   c. John Schultz, dated October 18, 2024
   d. JoEllen Gills, Ph.D., dated April 23, 2024

## D. BACKGROUND - DESCRIPTION OF THE INCIDENT

According to the Motor Vehicle Crash Narrative for this collision:

> *Vehicle one [WOOTEN] was traveling North on GA 408 near mile marker 15 when it left the roadway in the gore between GA 408 and GA 408 exit 15 ramp. The vehicle did strike the exit 15 sign that was stationary in the gore. The vehicle travelled parallel to GA 408 in the gore until it struck a large tree in a wooded area between GA 408 and the exit ramp.*

Figure 1 is the not-to-scale scene diagram from the Crash Report.



*Figure 1: Crash Report Not-to-Scale Diagram*

According to the Motor Vehicle Crash Report it was daylight, the roadway was dry, and the weather was clear at the time of the collision.

**Figure 2 is a Google Earth Pro overhead view of the area of Wooten's approach to the exit lane, his** leaving the roadway and tree strike.




*Figure 2: Google Earth Pro Overhead View of the Area of the Collision*

Figures 3 thru 6 are Google Earth Street View images of Wooten's approach to the exit. Approaching the exit, I-475 has three Northbound travel lanes. The right most lane, which Wooten was traveling in, becomes the exit lane. As I-475 approaches the exit, there is a right-hand curve to the roadway which transitions to a straight run prior to the lane exiting to the right. According to Buchner's report, the exit ramp curves to the right, away from the thru lanes of I-475, with a radius of about 1000 feet.




*Figure 3: Approach to the Collision Area*



*Figure 4: Approach to the Collision Area*



*Figure 5: Approach to the Collision Area*



*Figure 6: Approach to the Collision Area*



*Figure 7: Approach to the Collision Area*

## E. BACKGROUND – TESTIMONY

Barry Wayne Wooten testified:

- He has 30 plus years in the automotive industry, sales and service. He has done in-depth diagnostics and repair (BWW 23).
- His dad went to various training schools for the products they sold at the dealerships (BWW 56).
- His dad was Head of Service and at Five Star Automotive (BWW 58).
- He rode in the subject F-150 in the summer of 2021 (BWW 80).
- He is not aware of any issues with the truck before the crash (BWW 88).
- He rode in it less than three quarters of a mile (BWW 90).
- His dad was impressed with the technological advances with the F-150 hybrid (BWW 94).
- He does not know how his dad used the ADAS features (BWW 99).
- His opinion is that the first generation of this F-150 had some bugs they worked out (BWW 106).

Beverly Wooten testified:

- There were no issues with the subject truck prior to the crash. There were no alterations to the truck (BW 111).
- She had ridden in the truck with Mr. Wooten driving, he used the lane assist (BW 112).
- Barry used the Lane Centering (BW 113).
- Barry bought this truck because he liked the gadgets (BW 122).
- Besides the ADAS features it had a bigger screen, backup camera, the dash was different (BW 123).
- With Barry's position at Five Star Automotive he was pretty familiar with these new features before he bought the truck (BW 124).

- Barry would use Adaptive Cruise Control on interstates and backroads going to Macon. Same for Lane Centering Assist (BW 128).
- Her opinion is that the ADAS in the truck failed Barry and it caused the crash (BW 129).
- After the accident she researched Ford's ADAS systems online and found other people were having issues with it (BW 130).
- It failed Barry that day, he was trying to turn. He couldn't steer, he couldn't stop (BW 131).
- She knew immediately when she saw the crash it was beyond his control (BW 132).
- She believes the ADAS features in Ford vehicles are unsafe (BW 135).
- Barry was going home at the time of the crash based on the exit his crash was at (BW 140).
- This was the regular route home for Barry from work (BW 141).

Dostie testified:

- Steering wheel angle comes from the Power Steering Control Module (PSCM)
- Brake Assist Support (BAS) sensitivity level refers to a request sent by the PreCAS, if a valid threat is determined, the FCW may send a request that the ESP is more responsive to a driver brake input
- Brake Decel Request, sent by Collision Assist system
- Brake override is Electronic Throttle Control (ETC) related
- PreCAS signal that denotes if AEB has asked for brakes to be applied.
- Large Driver Steering or Accel Input, a large input would suppress AEB, she doesn't know what the parameters enable this feature
- CMS Fault if there are any faults that would prevent PreCAS from functioning.
- TJA/LKS 5.1 tests – doesn't know what PO/nonPO mean
- ACC can function without LCA, but LCA cannot be enabled without ACC
- LKS is not dependent on ACC
- LDW is not dependent on ACC
- TJA is used internally at Ford as a precursor to LCA.
- 5.5 SS curve, LMC is Lateral Motion Controller, it's a software component within the EPAS
- Run to ECE-R179, this test is to measure the performance under various lateral accels
- F1382868 - FEC Final Engineering Cutoff, a milestone
- Believes this is referencing the PSCM
- Features tested LKA & LDW, includes software HOOD (Hands Off/On Detection), LACOO Lane Assist Coordinator (not sure)
- MIL Model in the Loop
- HIL test results, some are Passed with Comments, does not know why
- The .MF4 data files (CANape output) have not been produced
- Does not know what ECU 1 and ECU 2 are referring to under the Known Issues
- Her understanding is that this refers to the LDW steering wheel warning vibration not the LKA intervention that can keep the vehicle in the lane
- Does not know if there are 2 ECUs on the Nexteer system
- She has not seen any emails from Nexteer or internal Ford emails in reviewing documents for the dep today
- FFSD08_SafetyVV_Report - QM refers to Quality Management
- FFSD – Ford Functional Safety Document, SG – Safety Goal, ASIL Automotive Safety Integrity Level

- LKA is there to assist the driver in keeping the vehicle in the intended lane
- LKA limitations are output torque, which is dependent upon vehicle speed, she does not know the curve; torque shape limiter
- There may be a vehicle platform specific curve; someone at Ford should know this information
- There was a study done to show how much torque a user could input so a driver could override the system, if necessary, it was done during the early phases of developing the LKA feature
- She is unsure if Ford conducted the study, or if they partnered with someone else to perform the study
- Ford would have gotten the results/information of the study to use in its decision-making process
- HARA Hazards Analysis and Risk Assessment
- Part of Ford's Functional Safety Analysis for electronic systems
- FFSD02_HARA_LKS
- Ford may have studied lane departure crashes, but also relies upon outside studies
- The vision processing chip is a Mobileye chip. The camera is provided by Aptiv.
- The camera scans the roadway and provides images to the IPMA Mobileye chip and then that data is shared with the Ford system.
- For LKA the IPMA will send information about where the vehicle is within the lane lines, and roadway curvature. This is sent to another chip within the IPMA.
- The Mobileye will provide lane line information to the other chip within the IPMA.
- It's possible that there are vision requirements that the features do not utilize.
- Ford doesn't consider LKA a safety feature.
- She believes Blue Cruise is the only feature that uses the road edge detection feature.

Gunderson testified:

- He started with Ford in September of 2016 as a steering controls engineer. He was primarily responsible for the software for the lane keeping system (JG 9).
- It was already in production. He made changes over time and tested the software. The software is in the Power Steering Control Module (PSCM) (JG 10).
- The software was developed in-house at Ford (JG 11).
- Farley is not 100% accurate. The LKA software had been in-house since 2014. The steering gear system software was done by a supplier but they defined the interfaces within that software and put our software on that steering gear. The supplier was Nexteer (JG 15).
- He started working on P702 in 2019. He submitted changes for the P702 LKA but he can't remember what they were (JG 17).
- The LKA system primarily resides in the camera and steering gear. The camera is referred to as the ADAS module. There are also some components in the APIM, it's the screen that record the driver's desire (JG 18).
- The LKA system relies solely on the forward-facing camera mounted at the rear-view mirror (JG 20).
- He looked at the software on the steering gear to make sure it was doing what it was supposed to do. He did participate in some feature level testing for LKA and LDW, mostly as a ride-along with other engineers that were responsible for the feature level performance (JG 26).
- The only limitation with LKA is if you are going to fast around a curve and create a situation where your lateral acceleration is too high. At some point the system would be limited by that (JG 28).

- He does know the system was tested, but not what different lane markings it was tested for (JG 29).
- He worked collaboratively with Mr. Farooqi. He would be very knowledgeable about the LCA tests (JG 30).
- Farooqi took responsibility for the LCA in terms of calibration (JG 31).
- He believes that Mobileye made the camera (JG 32),
- The sensing part of LKS resides in the camera, the actuation part is in the steering gear (JG 33).
- He believes Ben Lass was responsible for the ADAS software (JG 36).
- They used the same software in gears managed in Europe and America. The same ADAS system was being developed at the same time for the US and Europe (JG 38).
- LKS has three components, LDW which is designed to provide a vibration to the steering wheel if the driver exits the lane; Lane Keeping Aid (LKA), which is designed to assist the driver staying in the lane; and Lane Centering Assist (LCA), which is intended to assist the driver by keeping the vehicle in the center of the lane. The steering gear receives information from the camera to tell the vehicle where the vehicle is with respect to the center of the lane. The camera also tells the vehicle the radius of the curve, the angle to the path of the lane, and rate of drift to the line (JG 44).
- Through these signals the actuation software determines how much steering torque is needed (JG 45).
- Ford tested other manufacturers vehicles; he does not remember which ones. Prashanth Shankr did the LKA testing of competitive vehicles (JG 47).
- He sat in a vehicle for hundreds of hours both on the Dearborn test track and public roads testing LKA and LCA (JG 49).
- They would have a laptop connected to the vehicle taking data they would analyze post drive (JG 50).
- The files were required to be stored (JG 51).
- The LKA/LCA had a Limiter that would prevent too much steering torque from being applied (JG 53).
- You plug into the truck to monitor the CAN bus signals using Vector (JG 56).
- Ford creates an A2L file which allows you to see what is going on inside a module. The A2L file converts binary information to something meaningful. You must be connected to the module, not the OBD port (JG 57).
- He could monitor yaw rate, steering torque, drift rate and camera signals (JG 60).
- BlueCruise is geofenced, which means it will only operate on highways that have been preapproved (JG 79).
- He thinks there may have been more calibration work needed on the LCA system before BlueCruise could launch (JG 80).
- As he sits there today he does not know the limitations are in terms of radius of curve or speed of the vehicle for the LKA to maintain a lane (JG 90).
- ECE-R79 specifies the maximum lateral acceleration a LKA system can produce (JG 93).
- It was adopted by Ford in the US (JG 94).
- Ford would allow LCA to have more torque authority than LKA (JG 95).
- It could not exceed the maximum lateral acceleration (JG 96).
- When you exceed the maximum lateral acceleration, the vehicle should drift out of its lane (JG 97).
- Lane centering was not universal, it was only on some trim levels (JG 120).

- He was not aware of complaints or TSB on lane keeping or lane centering (JG 122).
- He thinks Mobileye did all of the lane perception development (JG 129).
- Any issue he was involved with was resolved (JG 171).

## F. LANE DEPARTURE WARNING (LDW), LANE KEEP ASSIST (LKA), LANE CENTERING ASSIST (LCA), AND ADAPTIVE CRUISE CONTROL (ACC) PURPOSE AND TIMELINE

Since the 1970's, advances in sensor and computing technologies have led to the development and implementation of numerous Advanced Driver Assistance Systems (ADAS) and Crash Avoidance Systems (CAS) in today's passenger and commercial vehicles. These systems can provide the vehicle's driver with critical feedback and/or warnings and when these systems are able to be integrated with the vehicle's mechanical systems, they provide autonomous control of the vehicles throttle, braking, and steering systems.

In the early 1970s, Anti-Lock Brakes (ABS), one of, if not the first production ADAS/CAS system, was introduced. ABS uses wheel speed sensors coupled with a computer module to cycle hydraulic valves to control the brake torque applied to the vehicles wheels by altering the hydraulic pressure applied to the wheel end brake component. As its name implies, ABS keeps the wheels from locking under hard braking, providing higher deceleration of the vehicle and allowing the driver to maintain directional control of the vehicle. Directional stability was also enhanced by preventing the rear wheels of a vehicle from locking. ABS was followed by the introduction of Electronic Stability Control (ESC) in the late 1980s and early 1990s. ESC uses many of the same components as ABS, such as wheel speed sensors and an electrohydraulic control unit but adds an inertial measuring unit and steering wheel position sensor in order to determine a divergence in between the driver's intended path of travel versus the vehicles actual path of travel. When the ESC system determines there is a difference in the intended and actual paths, it can independently apply the brakes at each wheel end and can reduce powertrain torque output in order to correct the vehicles path of travel, allowing the driver to maintain steerability and stability of the vehicle. ESC alerts the driver to interventions by illuminating a telltale in the instrument cluster and some systems also have an audible alert as well.

As sensor and computing technology has progressed, engineers have expanded the breadth of ADAS and CAS systems and depth of their control, providing visual, audible and tactile feedback to the driver along with autonomous control of the vehicles braking, powertrain and chassis systems, including the steering system.

Some of the most common sensors used in vehicles in support of ADAS/CAS include:

- Wheel Speed Sensors
- Steering Wheel Torque and Position Sensors
- Brake Pedal Travel/Brake Pressure Sensor
- Throttle Position Sensor
- RADAR (Radio Detection and Ranging)
- LIDAR (Light Detection and Ranging)
- Video Cameras
- Ultrasonic Range Sensors
- Inertial Measuring Unit
- GPS (Global Positioning System)

These sensors can be used alone or in combination. The shortcomings of each individual sensor type can be overcome by using the output from multiple sensors in real time, which is referred to as sensor fusion. The fusion of sensors generally allows for fewer false interventions and a more robust system.
Some ADAS/CAS systems include:

- Adaptive Cruise Control
- Adaptive Headlight Control
- Automatic Parking
- Autonomous Emergency Braking Systems
- Backup Camera/360 Degree Camera
- Blind Spot Monitoring Systems
- Driver Monitoring Systems
- Electronic Stability Control
- Emergency Lane Assist Systems
- Forward Collision Warning
- Lane Centering Assist Systems
- Lane Departure Warning Systems
- Lane Keeping Assist or Lane Keeping Support Systems
- Parking Assist Systems
- Pedestrian Detection Systems
- Rear Cross Traffic Warning Systems
- Tire Pressure Monitoring Systems

The Insurance Institute for Highway Safety (IIHS), the National Highway Traffic Safety Administration (NHTSA) and Consumer Reports recognize many of these systems as safety systems, especially those that directly apply to crash avoidance and mitigation. IIHS and NHTSA have repeatedly amended their safety ratings to reflect whether or not a vehicle has or offers specific ADAS/CAS systems [1,2]. NHTSA has made many of these systems mandatory including: ESC, Tire Pressure Monitoring, and Backup Cameras [3,4,5]. NHTSA also has a list of recommended technologies that includes many of these systems including: Forward Collision Warning, Lane Departure Warning, Rearview Video System and Automatic Emergency Braking [2]. A voluntary agreement between most OEMs and NHTSA states that outside of any FMVSS mandate, most passenger cars and light trucks sold in the United States after September 2022 will have FCW and AEB as standard equipment.

When a vehicle inadvertently departs its intended lane of travel, it may be exposed to potential hazards such as oncoming vehicles, poles, trees and unimproved terrain, causing a dangerous condition which can lead to a collision, injuries, and death. Inadvertent lane departures also can expose other motorists, pedestrians, bicyclists, and other vulnerable road users (VRUs) to a dangerous condition of being struck by the vehicle inadvertently departing its lane of travel. Lane Departure Warning (LDW) and Lane Keeping Support (LKS) or Lane Keeping Assist (LKA) systems[2] are intended to warn the driver of an impending lane departure and assist the driver by redirecting the vehicle to stay within the lane of travel in the event of an unintended lane departure. LDW Systems only warn the driver of an impending lane departure. LKA systems actively redirect the vehicle, keeping the vehicle within its lane or assisting the driver in redirecting the vehicle back into its lane.

[2] LKS and LKA are used interchangeably by the industry.

LDW operates by monitoring the painted road lines or raised pavement markers on either side of the vehicle, determining if the vehicle has approached a lane marking or departed the lane and providing a warning to the driver. Generally, the system uses one or two sensors in order to detect the roadway markings. The most common sensor used is a forward facing camera mounted near the rearview mirror. Some systems use two forward facing cameras, known as a stereo camera, side cameras that are mounted near or on the side view mirrors, or a rearview camera. When the vehicle approaches a lane marking or a lane departure is detected, the system provides the driver with visual, audible or haptic warnings, or a combination there of. LDW systems are designed to provide the warning with enough time such that drivers can maintain their lane with minimal excursion out of the lane. In addition to the sensors, LDW requires a computer module which may be shared with other ADAS/CAS systems or may be built into the camera module, in order to process the sensor data and communicate with the rest of the vehicle. Generally, LDW systems use existing systems such as the instrument cluster or infotainment system to provide the visual and audible warnings, and the electric power steering system (EPS) or an electric motor attached to the steering shaft to provide haptic warnings. Some systems incorporate a separate motor in either the steering wheel, seatbelt, or the seat to provide the haptic warnings.

LKA operates in much the same way as LDW, adding an additional element. If a lane departure is detected and the driver does not react, LKA actively steers the vehicle in order to assist the driver in maintaining their lane with minimal excursion out of the lane. Many systems are designed such that no driver interaction is required in order for the vehicle to maintain its lane. The system uses either the Electronic Power Steering (EPS) system or differential braking via the ESC system to actively steer the vehicle in order to keep it within or return it to its original travel lane [6, 7].

Many industry organizations and vehicle manufacturers consider LDW and LKA systems to be safety systems, as they have the potential to prevent or mitigate crashes associated with vehicle lane departures. In addition to being a recommended technology by NHTSA [2], Lane Departure Warning was added to NHTSA's NCAP test protocol in 2013 [8]. The NCAP program provides consumers with information about the crash protection and safety of new vehicles. The NHTSA protocol also includes performance documentation for Lane Keeping Support or Assist Systems [8]. IIHS lists whether a vehicle has Lane Departure Warning and/or Lane Departure Prevention under the "Other Available Safety Features" section of their vehicle ratings reports [9]. Consumer Reports considers both Lane Departure Warning and Lane Keeping Assist to be key safety systems that help drivers avoid or mitigate collisions [10, 11].

NHTSA reported that in 2004, there were 38,253 fatal crashes, 15,124 or 40% of which were single vehicle crashes related to vehicles that exited the roadway, were on the shoulder or on the median [12]. According to a study by NHTSA using 2011-2015 data from the National Automotive Sampling System (NASS) General Estimates System (GES) and the Fatality Analysis Reporting System (FARS), there is an average of over 760,000 run-out-of-lane crashes annually, over 9,600 of which were fatal [13]. The same study found that 32% of the cases reviewed may have been prevented with Lane Departure Warning and/or Lane Keeping Support systems [13]. Another study conducted by NHTSA in 2007, based on the Road-Departure Crash Warning System (RDCW) Field Operational Test (FOT) conducted by the University of Michigan Transportation Research Institute, concluded that based on certain assumptions that RDCW deployment will result in an annual reduction of 5,200 to 41,200 crashes. The U.S. Department of Transportation – Federal Highway Administration reported that from 2015 to 2017, there was an average of 19,233 fatalities that resulted from roadway departures, including crossing over the center line of the roadway, representing 52% of all traffic fatalities in the US [14]. The studies and statistics show the extent of the dangerous condition created when a vehicle departs its lane.

IIHS in 2017 determined the real-world benefits of crash avoidance technologies by comparing rates of police-reported crashes and insurance claims for vehicles with and without the technologies [15, 16]. IIHS determined that LDW systems caused an 11% decrease in single vehicle, sideswipe and head-on crashes overall, and a 21% decrease in injury causing crashes of the same types [15]. The research shows that if all U.S. passenger vehicles in 2015 were equipped with LDW, nearly 85,000 crashes and 55,000 injuries would have been prevented that year [15]. Jessica Cicchino, the IIHS vice president for research stated that "Given the large number of fatal crashes that involve unintentional lane departures, technology aimed at preventing them has the potential to save a lot of lives" [15]. The real-world data shows that LDW systems work and reduce the number of crashes due to unintended lane departure.

One of the first LDW systems was unveiled by Mitsubishi in 1992 on the Mitsubishi Debonair [17]. Nissan followed with an LDW system and an LKA system in the early 2000's [18]. NHTSA also reported that the first LDW and LKS systems were available as original equipment on vehicles in Japan in the early 2000's by multiple manufacturers and that LDW was available in North America and Europe by two Original Equipment Manufacturers (OEMs) in 2005 and LKS was available in Europe by one OEM in 2006 [12]. According to the Highway Loss Data Institute (HLDI), LDW systems first appeared in the US in about 2005 [19]. By 2021, they were standard on about 50% of new vehicles and optional on nearly 85% of new vehicles [19]. Figure 8 shows HLDI's graph of percentage of new vehicle series with LDW systems [19].

**Figure 20: Percentage of new vehicle series with lane departure warning by model year**




*Figure 8: LDW Implementation by Model Year*

ADAS and CAS systems are developed both by the manufacturers and their suppliers, often in conjunction with each other. A manufacturer does not need to develop these systems on their own. There are many suppliers who have developed the technology and offer it for sale to both manufacturers and the aftermarket. Mobileye began developing CAS systems in 1999, and began offering its EyeQ1 system, which supports LDW, in 2008 [20]. In 2006, Mobileye began offering full aftermarket CAS systems which could be retrofitted to current vehicles [21]. Established in 2008, Safe Drive Systems (SDS) began offering an aftermarket CAS system, which utilizes both radar and a camera, in 2013 [22]. Multiple other Tier 1 suppliers such as TRW, Delphi and Magna also offered CAS systems, including LDW, to vehicle manufacturers starting in the late 2000s [23, 24].

As part of the US NCAP, NHTSA has developed a confirmation test for LDW systems and performance documentation for LKA systems [8]. The LDW system test conditions for the NCAP test are as follows:

- A dry, uniform, solid-paved surface
- Three (3) different types of line markings that are in "very good condition"
    - Continuous white line
    - Discontinuous dashed yellow line
    - Discontinuous raised pavement markers
- A normal line marker width of 4 to 6 inches
- Standard line marker color and reflectivity
- Ambient temperatures between 32 deg F and 100 deg F
- Maximum wind speed of 22 mph
- No inclement weather such as rain, snow, hail, fog, smoke or ash
- Daylight conditions with the sun oriented more than 15 degrees from the horizon

To begin the test, the vehicle is driven at 45 mph in a straight line. The driver then manually inputs sufficient steering to achieve a lane departure with a target lateral velocity of 1.6 ft/s. The test is complete when the vehicle has traveled at least 1.7 feet over the lane edge boundary. The system passes the test if issues an appropriate alert during the maneuver.

The LKA system performance test is similar to the LDW test; however, the test is repeated, incrementing up the target lateral velocity until the system is no longer able to prevent a lane departure. The LKA test can also be performed with two boundary lines spaced 12 to 14 feet apart in order to report the occurrence of a secondary lane departure that may result from the LKA induced heading correction from the initial lane departure.

In 2018, IIHS conducted testing of Lane Departure Warning and Prevention (LKA) systems on a 2016 Chevrolet Malibu, 2016 Ford Fusion, 2016 Honda Accord and a 2018 Volvo S90 [25]. The testing was conducted on a four-lane divided highway at a speed of about 50 mph. The highway section used contained both a straightaway and a curve. The lanes widths were between 11.4 and 11.7 ft in width. The target lateral velocity toward the lane marker was between 0.3 and 2.0 ft/s. The test criteria used were similar to those used by NHTSA's NCAP procedure. The results of the testing showed that the Accord and the Fusion avoided crossing the lane marker by 35 cm (13.8 in) or more 15% and 17.5% of the time, respectively. The S90 and the Malibu avoided crossing the lane marker by 35 cm (13.8 in) or more 100% and 80% of the time, respectively. The results of the IIHS testing shows that a properly designed and tuned LKA system is capable of preventing most, if not all lane departures, given the constraints of the test.

Consumer Reports' Auto Safety Report published in 2017 shows that most owners are very satisfied with their advanced driver assistance systems [11]. The report states that 70% of owners are satisfied with their LDW Systems. An article published by Consumer Reports in 2019 states that 73% of owners are satisfied with their LDW systems and 33% said the system helped them avoid a crash. The same article states that 74% of owners are satisfied with their LKA systems and 35% said the system helped them avoid a crash. The Consumer Reports data shows that LDW and LKA have high customer satisfaction ratings and that subjectively, the systems work and help reduce the number of crashes due to unintended lane departure.

Adaptive Cruise Control (ACC) systems monitor the roadway ahead of the equipped vehicle for slower moving traffic and when slower traffic is encountered, warn the driver, reduce the throttle of the vehicle, or command application of the braking system to slow the vehicle down to maintain a preset following distance to the vehicle in front. ACC, in some form, has been in passenger vehicles since the early 1990's.

In 1992 Mitsubishi launched their Distance Warning System [26] in the Japanese Domestic Market. This system had no ability to control the speed of the vehicle but would warn the driver of slower vehicles in their path. In 1997 Toyota developed a LIDAR based system in the Celsior [27] that could slow the vehicle by actuating the throttle. In early 1999 Mercedes-Benz launched Distronic [28], an autonomous intelligent cruise control system, in the W220 series S-Class vehicles.

One of the earliest Lane Centering Assist (LCA) systems debuted in the United States in 2013 on the all new 2014 Mercedes-Benz S-Class [29]. This system, working in conjunction with Mercedes' Distronic ACC to keep the vehicle centered within its lane while Distronic was active.

According to the HLDI, ACC with LCA systems first appeared in the US in about 2014 [19]. By 2021, they were standard on about 12% of new vehicles and optional on nearly 40% of new vehicles [19]. Figure 9 shows HLDI's graph of percentage of new vehicle series with ACC and LCA systems [19].




*Figure 9: ACC and LCA Implementation Rates*

SAE International published a standard, J3016 [30], in January of 2009, which was revised in 2014, and again in 2016. This standard was created, in part, to define different levels of driving automation, and the tasks the human driver and the driving features are expected to perform while the system(s) are in use. The table of the Levels (0-5) and the tasks expected of the human in the driver's seat and the driver support or automated driving features are expected to perform is shown below in Table 1.




*Table 1: SAE J3016 Levels of Driving Automation*

A vehicle with ACC and LCA systems engaged at the same time is operating at Level 2 autonomy utilizing the SAE convention.

## G. ANALYSIS - PRODUCT DEFECT AND SAFER ALTERNATIVE DESIGN

The Event Data Recorder (EDR) data was obtained from Wooten's F-150. The EDR data contains 1 record with two crash pulses, one when Wooten struck the tree stump and the second when he struck the tree. The data shown below in Tables 2 and 3 indicates that the cruise control was active until about 2.4 seconds prior to the collision, which correlates to about the time that Wooten depressed the brake pedal, which is one of the ways to cancel the operation of cruise control.

**Pre-Crash Data -5 to 0 sec [2 samples/sec] (First Record)**

| Time (sec) | Driver Gear Selection (Auto Trans) | Wheel Torque Requested (Nm) | Total Arbitrated Brake Torque (Nm) | Ignition Status | Speed Control Status |
|---|---|---|---|---|---|
| - 5.0 | Drive | 668 | 0 | Run | Active |
| - 4.5 | Drive | 640 | 0 | Run | Active |
| - 4.0 | Drive | 640 | 0 | Run | Active |
| - 3.5 | Drive | 624 | 0 | Run | Active |
| - 3.0 | Drive | 632 | 0 | Run | Active |
| - 2.5 | Drive | 632 | 0 | Run | Active |
| - 2.0 | Drive | -28 | 3,024 | Run | Standby |
| - 1.5 | Drive | -4 | 2,712 | Run | Standby |
| - 1.0 | Drive | 0 | 1,864 | Run | Standby |
| - 0.5 | Drive | -4 | 5,080 | Run | Standby |
| 0.0 | Drive | 0 | 2,672 | Run | Standby_Denied |

*Table 2: 2hz EDR Data from Wooten's F-150*

**Pre-Crash Data -5 to 0 sec [5 samples/sec] (First Record) - Table 1 of 2**

| Time (sec) | Speed, Vehicle Indicated (MPH [km/h]) | Speed, Vehicle Indicated, Quality Factor | Accelerator Pedal, % Full | Accelerator Pedal, % Full, Quality Factor | Service Brake, On/Off | Service brake, on/off Quality Factor | Engine RPM | Brake Pre-Charge Request |
|---|---|---|---|---|---|---|---|---|
| -3.0 | 77.0 [124] | OK | 0 | OK | OFF(Driver_Not_Braking) | OK | 1,926 | No PreCharge Request |
| -2.8 | 77.0 [124] | OK | 0 | OK | OFF(Driver_Not_Braking) | OK | 1,924 | No PreCharge Request |
| -2.6 | 77.0 [124] | OK | 0 | OK | ON(Driver_Braking) | OK | 1,922 | No PreCharge Request |
| -2.4 | 74.9 [120] | OK | 0 | OK | ON(Driver_Braking) | OK | 1,836 | No PreCharge Request |

*Table 3: 5hz EDR Data from Wooten's F-150*

**Based on the testimony of Wooten's family and the EDR** data from his F-150, it is most likely that Wooten was utilizing Adaptive Cruise Control (ACC) and Lane Centering Assist (LCA) at the time of his road departure and collision.

Testing of an exemplar 2021 F-150 with the same ADAS suite that **Wooten's** was equipped with at the site **of Wooten's collision showed** that with the ACC and LCA systems engaged the truck repeatedly would not steer through the exit ramp at 77 MPH and if the driver had not turned the wheel would have resulted in **the truck following a similar path as Wooten's.** There was no alert given to the driver that the truck would not follow the exit ramp to the right, the truck simply went straight towards the gore and Exit sign that **Wooten's** F-150 ran through the day of his collision.

Testing of this exemplar truck with the Blue Cruise system engaged produced the same result, lane and roadway departure, even though the Blue Cruise system did not disengage (Blue light lit the entire time), or in any way alert the driver of the need to put their hands back on the steering wheel and assume the Dynamic Driving Task (DDT) in sufficient time as to allow the driver to make the appropriate steering input themselves.

**Shown below are the Tesla Owner's Manual descriptions of Autopilot and Autosteer. These are Telsa's** tradename for ACC (AutoPilot) and LCA (Autosteer). These systems work together in a similar manner to **the ACC and LCA functions of Wooten's** F-150. Autosteer, like LCA, is only available when Autopilot (ACC) is engaged and works to keep the vehicle in the intended lane of travel. These features, like the ACC and **LCA in Wooten's** F-150, require the driver to keep their hands on the steering wheel. When utilizing Autopilot and Autosteer the vehicle is operating in at a SAE Level 2, similar to the ACC and LCA operating in the 2021 Ford F-**150 like Wooten's.**

# Autopilot Features

This topic describes how to enable and use the following driver assistance features.

**Note**
*Depending on market region, vehicle configuration, options purchased, and software version, your vehicle may not be equipped with the following features, or a feature may not operate exactly as described.*

- **Traffic-Aware Cruise Control:** Like traditional cruise control, Traffic-Aware Cruise Control maintains a set driving speed. However, Traffic-Aware Cruise Control also slows down or accelerates Model 3 as needed to maintain the following distance from the vehicle in front of you. While Traffic-Aware Cruise Control is engaged, you are still responsible for steering Model 3 (see Traffic-Aware Cruise Control).
- **Autosteer:** Like Traffic-Aware Cruise Control, Autosteer maintains a set speed (if there is not a vehicle in front of you) or a set following distance (if there is a vehicle in front of you). In addition, Autosteer detects lane markings, road edges, and the presence of vehicles and objects to intelligently keep Model 3 in its driving lane (see Autosteer).

Testing of a Tesla Model 3 equipped with Autopilot and Autosteer engaged at the site of Wooten's collision was also conducted. The Tesla Autopilot and Autosteer worked together and slowed the vehicle autonomously prior to entering the exit bend to the right and steered through the bend and down the remainder of the exit ramp. This was tested repeatedly with the same, safe, performance each time.

As a vehicle manufacturer, Ford should have identified potential risks, hazards, and dangers to the occupants of its vehicles and other vehicles on the roadway during foreseeable usages. As such, Ford should have then conducted an Engineering Triad Analysis:

- Eliminate the risk, hazard, or danger
- Guard against the risk, hazard, or danger
- Warn about the risk, hazard, or danger if eliminating or guarding is not possible

Admittedly no one can eliminate every risk, hazard or danger of a collision resulting from a lane and/or roadway departure event; however, warning and guarding against injuries and deaths caused by these events and the collisions that result from these events has been done successfully prior to Wooten's Ford being produced through proper design, testing and manufacturing.

Part of a vehicle manufacturer's responsibility is to conduct proper engineering analysis and testing on its vehicles prior to introduction to the public. When proper engineering analysis and testing is not conducted, dangerous and defective vehicles can enter the stream of commerce.

Numerous articles and textbooks have been written on the need to conduct proper engineering analysis.

The Standard Handbook of Machine Design[1] speaks to Hazard Analysis:

> Hazards are more easily recognized by conducting a complete hazard analysis, which is the investigation and evaluation of:

1. The interrelationships of primary, initiating and contributory hazards which may be present.
2. The circumstances, conditions, equipment, personnel, and other factors involved in the safety of a product or the safety of a system and its operation.
3. The means of avoiding or eliminating any specific hazard by use of suitable design, procedures, processes, or material.
4. The controls that may be required to avoid or eliminate possible hazards and the best methods for incorporating these controls into the product or system.
5. The possible damaging effects resulting from lack, or loss, of control of any hazard that cannot be avoided or eliminated.
6. The safe guards for preventing injury or damage if control of the hazard is lost.[3]

In the book Human Factors in Engineering, Sanders states:

> **Designing a Reasonably Safe Product**
>
> Products must be designed for reasonably foreseeable use, not solely intended use. This requires that an analysis be made to determine the types of use and misuse a product could be subjected to; this may require a survey of users of similar products or potential users of a new product. Laboratory simulation tests might also be conducted on product prototypes to gain insight into user behaviors and product performance. Weinstein, et al. (1978), list seven steps that should be included in the design process of a product to ensure that a reasonably safe product evolves:
>
> 1. Delineate the scope of product uses.
> 2. Identify the environments within which the product will be used.
> 3. Describe the user population.
> 4. Postulate all possible hazards, including estimates of probability of occurrence and seriousness of resulting harm.
> 5. Delineate alternative design features or production techniques, including warnings and instructions that can be expected to effectively mitigate or eliminate the hazards.
> 6. Evaluate such alternatives relative to the expected performance standards of the product, including the following:
>    a. Other hazards that may be introduced by the alternatives
>    b. Their effect on the subsequent usefulness of the product
>    c. Their effect on the ultimate cost of the product
>    d. A comparison to similar products
> 7. Decide which features to include in the final design.

[3] Shigley & Mischke; Standard Handbook of Machine Design, 2nd ed. (New York: McGraw-Hill, 1996) pgs. 10.6.

The analysis Sanders speaks of can be accomplished in several ways, Failure Mode and Effect Analysis (FMEA), Fault Tree Analysis (FTA), and Hazard Analysis are a few, but the end result should be the same; a catalogue of all of the potential failures of the design, and ways and means to design, guard, or warn out of these hazards. There is no evidence in this case that any of these analyses were performed on Wooten's Ford in regard to warning the driver of and/or guarding against impending lane of travel departures when the ACC and LCA systems were active. Had they been done in a proper manner, Ford would have realized the lack of the ability of these systems to reduce the speed of the vehicle to maintain the driving lane and not depart the roadway on the 2021 Ford F-150 was improper, did not meet the current industry standard of care, and exposed their vehicle's occupants, and the occupants of other vehicles sharing the roadway, to the hazards of collisions resulting from a vehicle inadvertently departing its intended lane of travel and the roadway

Ford's lack of proper engineering analysis and testing led to a defective product entering the marketplace.

Product Safety Management Guidelines,[4] by the National Safety Council defines a product defect as:

In practical terms, a product may be "defective" under strict liability:

- If an alternative existed to the design, function, assembly or part of the product.
- If that alternative would have eliminated or prevented the injury.
- If that alternative was economically feasible and would not cause other safety or performance problems. Consequently, the manufacturer may be held strictly liable for any injury or property damage caused by the product.

Similarly, in Product Safety Engineering for Managers, A Practical Handbook and Guide, by R. Matthiew Seiden, P.E. states:

> Products that are not designed with adequate safety features are dangerous.
>
> Product Safety Assurance, Pg. 5; "safety engineering.... Objective: the preservation of human life and ***limb*** (emphasis added)"
>
> And clarifies:
>
> "We're talking about that beautifully packaged, mass-produced machine or product you've been making and selling for seventeen years that is starting to rack up a high score of amputated fingers. Perhaps some consumers don't always use it the way you intended. Perhaps you expected this to happen to some extent, but decided that that was *their* problem. Why spend another 70 cents a unit to eliminate a hazard due to misuses?"
>
> And further directs:
>
> "Principle 7 says that safety should be built into a product or machine in the design stage. It should not be delegated to some downstream owner or user in the product life cycle, such as the ultimate consumer. It is assumed that the original equipment manufacturer is in the best and earliest position to incorporate the most functional, durable, economical and efficient safeguards. Delegating safety to the customer or consumer will frequently

[4] *Product Safety Management Guidelines,* 2nd Edition, National Safety Council, 1997

> result in makeshift, cumbersome, expensive, and utility-impairing safeguards that cause headaches and hazards assuming that, in fact, the customer or consumer actually recognizes the hazard and is in a position, or of a mind, to modify or retrofit the product."[5]

Seiden continues:

> "The machinery producer will generally have greater experience in field applications with respect to *foreseeable collision types* (emphasis added), use and abuse, owner modification, maintainability and maintenance problems and their safety ramifications, etc. ………………………………… the designer-manufacturer bears the earliest and most awesome burden."[6]

Properly tuning of the ACC and LCA system in Wooten's 2021 Ford F-150 would have provided a benefit, in the reduced risk of inadvertent lane and roadway departures as occurred in this case, that outweighs the burden or cost of incorporating such a system on the vehicle. The Level 2 ACC and LCA system in the Tesla shows that at least one manufacture has properly tuned their ACC and LCA systems to interact with each other and provide a system that will reduce the speed of the vehicle to safely execute a lane keeping maneuver to provide a safety benefit to the owners, operators, and passengers of the vehicle and also other motorists and vulnerable road users in the vicinity of the subject vehicle.

The circumstances of Wooten's collision and the existence of a safer alternative design that was in production in other mass-produced automobiles that would have prevented Wooten's collision and death show that by the definition of the National Safety Council Wooten's 2021 Ford F-150 is defectively designed and unreasonably dangerous for its intended use.

[5] Seiden, R. Matthiew, Product Safety Engineering for Managers, (Englewood Cliffs, NJ: Prentice-Hall, 1984) p. 9.
[6] Ibid. p. 20.

## H. FINDINGS

Within the bounds of reasonable engineering certainty, and subject to change if additional information becomes available, it is my professional opinion that:

1. Ford failed to properly tune the ACC and LCA functions in Wooten's 2021 Ford F-150.
2. Ford's failure to properly develop and tune these systems renders Wooten's 2021 F-150 defective and was a cause of Wooten's death.
3. Safer alternative designs were technologically and economically feasible and should have been utilized by Ford in the 2021 F-150's ADAS systems.
4. Had Ford implemented such safer alternative designs, Wooten's roadway departure, resulting collision, and his death would not have occurred.

Peter J. Leiss, P.E., C.F.E.I., C.V.F.I.

**APPENDIX A: REFERENCES**


1. ***"Safety Ratings",*** Insurance Institute for Highway Safety, http://www.iihs.org/iihs/ratings (accessed February 2018)
2. ***"Ratings", NHTSA,*** *https://www.nhtsa.gov/ratings (accessed February 2020)*
3. *FMVSS No. 126: Electronic Stability Control Systems,* Office of Regulatory Analysis and Evaluation, March 2007
4. *Federal Motor Vehicle Safety Standards; Tire Pressure Monitoring Systems; Controls and Displays,* Department of Transportation, 49 CFR Parts 571 and 585, 2005
5. *Federal Motor Vehicle Safety Standard 111; Rear Visibility,* Office of Regulatory Analysis and Evaluation
6. *Active Lane Keeping assist – Mercedes-Benz Original,* Mercedes-Benz 2013, https://www.youtube.com/watch?v=OQkdvi55woA (accessed September 2022)
7. *Intelligent Lane Intervention (LI),* Nissan Motor Company, https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ILI/ (accessed September 2022)
8. *Lane Departure Warning System Confirmation Test and Lane Keeping Support Performance Documentation, NHTSA February 2013*
9. *2019 Toyota Avalon, 2019 Top Safety Pick+,* IIHS, https://www.iihs.org/ratings/vehicle/toyota/avalon-4-door-sedan/2019 (accessed February 2020)
10. *Cars With Advanced Safety Systems – Detailed list of cars with features that help drivers avoid or mitigate collisions,* Consumer Reports, https://www.consumerreports.org/car-safety/cars-with-advanced-safety-systems/ (accessed February 2020)
11. *Auto Safety Report* ***– Consumer Clarity and Safety for Today's Advanced Driver Systems,*** Consumer Reports, November 2017
12. *Lane Departure Warning Systems,* Barickman, Frank, NHTSA, May 9, 2005
13. *Real-World Analysis of Fatal Run-Out-Of-Lane Crashes Using the National Motor Vehicle Crash Causation Survey to Assess Lane Keeping Technologies, Wiacek, Christopher, et. al., NHTSA, Paper Number 17-0220*
14. *Roadway Departure Safety,* U.S. Department of Transportation – Federal Highway Administration, https://safety.fhwa.dot.gov/roadway_dept/ (accessed February 2020)
15. *Research Shows Lane-Departure Warnings Prevent Crashes – An IIHS Study Provides the First Hard Data That This Safety Feature Reduces Injuries and Save Lives,* Plungis, Jeff, 2017, Consumer Reports, https://www.consumerreports.org/car-safety/lane-departure-warning-systems-revent-crashe... (accessed February 2020)
16. ***"LDW Study",*** Insurance Institute for Highway Safety, *2017*
17. *A Brief History of Lane Departure Warnings,* Duncan Nissan, https://medium.com/@ducannissan/a-brief-history-of-lane-departure-warnings-f6316fce84... (accessed January 2020)
18. *Hands-Off Driving: The Result of a 20-Year Pursuit of Safety –* ***How Decades of Safety Technology Development Led to Nissan's ProPILOT 2.0 Advanced Driver Assistance System, Nissan Motor*** *Corporation, https://global.nissannews.com/en/releases/release-a7319ecb0fa3d51a5011e3932c000334-191217-02-e (accessed February 2020)*
19. *Predicted Availability of Safety Features on Registered Vehicles – a 2022 Update,* Bulletin: Vol. 39, No. 2, HLDI, April 2022
20. *The Evolution of EyeQ – Mobileye,* Mobileye, https://www.mobileye.com/our-technology/evolution-eyeq-chip/ (accessed August 2021)
21. ***"Timeline",*** Mobileye, https://mobileye.com/about/mobileye-timeline (accessed February 2018)
22. ***"Safe Drive Systems",*** SDS, https://www.safedrivesystems.com/about-us (accessed February 2018)

23. *Delphi Collision Mitigation System*, Delphi Corporation, 2009
24. *Magna Brings Camera-Based Driver Systems to the Volume Markets, Hammerschmidt, Christoph, 2011,* https://www.eenewseurope.com/news/magna-brings-camera-based-driver-assistance-syste... (accessed January 2020)
25. *Exploring Relationships between Observed Activation Rates and Functional Attributes of Lane Departure Prevention, Reagan, Ian, et. al., IIHS, July 2018*
26. History of Mitsubishi Motors
27. 75 Years of Toyota: Technical Development, Electronic Parts
28. Mercedes Benz Press Kit: S-Class History, W 220 Series
29. 2014 S-Class Sales Brochure, Mercedes-Benz, 2013
30. **Surface Vehicle Recommended Practice J3016, "Taxonomy and Definitions for Terms Related to Driving Automation Systems for On-Road Motor Vehicles", SAE International, 2016**

THE EXPERTS
Robson Forensic

PETER J. LEISS, P.E., CFEI, CVFI
Automotive Engineer

Provide technical investigations, crashworthiness and engineering, and accident reconstruction analysis.

**Motor Vehicle Design, Development and Testing** – from requirements, concept through validation field-testing of complete vehicles, including manufacturing. Failure Mode Effects Analysis (FMEA) for products & process, DVP&R development, as well as writing trouble shooting and service procedures. Testing pre-production and production vehicles in extreme environments at or above rated capabilities. Owner's Manual and Quick Start Guide language development, Federal Motor Vehicle Safety Standard (FMVSS) and other regulatory requirement compliance.

**Motor Vehicle System Design, Development and Testing** – conventional and anti-lock brakes; electronic stability control; restraints; powertrain; throttle-by-wire; seat; gear shift; suspension; steering; tires, fuel intake, storage, and delivery; emissions controls; electrical; climate control; frames; and structures.

**Motor Vehicle Failures** – seat belt; seat retention, air bag; structural; suspension; axle, spindle failure and separation; wheel and bearing failure; transmission failure; sudden acceleration; cruise control; steering; frame rail; wheel separation; steering; ABS; electronic stability control; transmission; fuel injection and electronic engine controls; car, light truck and medium truck brakes; trailer hitches; throttle by wire; electronic throttle control, post-impact fuel-fed fires.

**Motor Vehicle Repair** – diagnosis and repair of engine, transmission, transfer case, differential and final drive, suspension and steering systems, conventional and anti-lock brake systems, stability/traction control, fuel system, emissions systems, climate control, entertainment, video, navigation, network, multiplexing, primary and supplemental restraint systems, lighting/ electrical, interior/exterior components and systems, interaction of dealers and manufacturers, and Safety Recall repairs. Proper use of service repair tools and equipment, repair procedures and shop operations.

**Manufacturing Process and Equipment** – pneumatic and DC powered tools, hand tools, torque verification means and methods, Statistical Process Control (SPC), stamping, welding (TIG/MIG), tube bending, roll forming, Mistake and Error proofing, poka-yoke, Kaizen activities, operator protection means and methods, operator ergonomics, operator lift assists, fluid filling stations.

**Vehicle Accident Reconstruction** – inspection of damaged vehicle and components. Site inspection. Review of police report, witness statements, scene photos and other documents. Computational recreation of the accident using facts and scientifically accepted methodology to determine how the accident occurred, including elements within the accident. All to determine cause(s) of the accident, including the resulting severity.

THE EXPERTS
Robson Forensic

PETER J. LEISS, P.E., CFEI, CVFI
Automotive Engineer

## PROFESSIONAL EXPERIENCE

2007 to present **Robson Forensic, Inc.**

*Vice President* *2023-present*

*Associate* *2007-2023*

Provide technical investigations, analysis, reports, and testimony toward the resolution of commercial and personal injury litigation involving vehicle collisions, vehicle crashworthiness and engineering issues, mechanical defects and malfunctions, and vehicle repair issues for passenger cars, light trucks, SUVs and medium trucks.

2011 to 2013 **Crashworthiness LLC**

*Principal*

Provide technical investigations, analysis, reports, and testimony toward the resolution of commercial and personal injury litigation involving vehicle collisions, vehicle crashworthiness and engineering issues, mechanical defects and malfunctions, and vehicle repair issues for passenger cars, light trucks, SUVs and medium trucks.

1999 to 2007 **Chrysler, LLC (contracted employee through TEK 1999-2000, direct employee 2000-2007)**

*Plant Vehicle Engineer*, Newark, DE 2006-2007

Deployed to the Newark Assembly Plant to determine root cause of production issues and implement corrective measures with chassis, powertrain, and interior parts and/or assembly processes and machines. Audited process and machine capability. Performed daily drive audits on new vehicles to confirm fit/form/function expectations. Liaison between the assembly plant and engineering in Detroit. Perform trials on new parts. Determined cause of warranty claims; pursue corrective actions. Assisted in prototype vehicle builds and diagnose and document build and functional issues.

*Vehicle Development Engineer*, Detroit, MI 2002-2006

Truck Vehicle Development and Synthesis Group. Responsible for current and future model year Dodge Durango Chrysler Aspen Interior/Chassis. Developed and performed vehicle tests to validate new hardware. Acquired suspension load data and performed suspension integrity testing to ensure design met functional objectives. Planned and executed development/validation trips for new product in severe climates and usage environments.

Trailer towing at maximum weight over Eisenhower Pass, Colorado and in Baker and Death Valley, California. Acted as the "Voice of the Customer" during the development process. Diagnosed and documented build and functional issues throughout the development process. Reviewed and corrected draft Owner's Manuals for new models and features. Performed root-cause analysis on vehicle system and
durability issues and provided feedback to design groups. Prepared vehicles for display at Auto Shows and for dynamic review by Senior Management and Journalists.

Part of team assigned to implement Electronic Stability Program (ESP) to current model Dodge Durango as a mid-life-cycle product enhancement. Activities included:

- Benchmarking competitive vehicles to establish system performance targets
- Participated in development rides at internal, external, and supplier testing facilities to gauge progress on tuning in various environments
- Guided tuning with feedback from the development rides and Senior Management reviews
- Updated structural durability vehicles with latest hardware/software

Led project to modify a current product for use in a high speed pursuit environment. Worked with design groups to support prototype properties being built and tested. Modified the vehicle's handling and braking characteristics to meet targeted functional objectives. Scheduled internal testing at off-site facilities and external testing with potential customers for feedback and acceptance levels.

Involved in the development and tuning of:

- Impact Energy Management
- FMVSS Compliance
- Occupant Safety Systems
- Thermal Protection
- Brake Pedal Feel
- Anti-Lock Brake System tuning
- Electronic Stability Program tuning
- Suspension dampening
- Stabilizer bar design and application
- Tire analysis, performance, and selection
- Interior component design, fit, and finish
- Fuel gauge accuracy
- Trip computer readings
- Seat comfort
- Anti-Noise, Vibration, and Harshness (NVH) measures

*Product Engineer*, Detroit, MI 2001-2002
Truck Chassis Design Engineering. Responsible for Dodge Durango Exhaust System design and engineering, including tonal quality tuning, thermal management, and emissions control devices. Addressed quality and reliability issues in current production parts. Designed and released future model parts, supported prototype vehicle builds, and planned and executed trips to test functionality in extreme climates. Managed cost reduction activity for all truck product exhaust system components.

*Product Engineer*, Detroit, MI 1999-2001
Truck Chassis Design Engineering. Responsible for Dodge Ram Diesel Fuel System design and engineering including fuel tank design, filler tube, fuel supply and return lines, thermal management, and impact energy management. Ensured fuel system met FMVSS 301, Fuel System Integrity, to prevent post-impact fuel-fed fires. Addressed quality and reliability issues in current production parts. Designed and released future model parts, supported prototype builds, and planned and executed trips to test functionality in extreme climates. Managed cost reduction activity for current model parts.

1999 **General Motors Corporation (contract employee through Aerotek),** Pontiac, MI
*Test Support Engineer*
Truck Simulated Durability Test Group. Responsible for proving structural durability of new program vehicles with testing conducted on computer controlled, hydraulic actuated test equipment. Tracked test progress and failed hardware on vehicles undergoing simulated structural durability testing. Worked with design engineers to develop solutions to repetitive failures.

## PROFESSIONAL CREDENTIALS

Professional Engineer: NCEES, Alabama, Arizona, Arkansas, California, Colorado, Connecticut, Florida, Illinois, Indiana, Kansas, Kentucky, Louisiana, Maryland, Michigan, Nevada, New Mexico, New York, North Carolina, Ohio, Oklahoma, Oregon, Pennsylvania, South Carolina, South Dakota, Texas, Virginia, Washington, West Virginia
Greenbelt Certification, 2007
Shainin Red X Apprentice, 2007
Certified Fire and Explosion Investigator (CFEI)
Certified Vehicle Fire Investigator (CVFI)
Certified Inspection Mechanic, Class 1 (passenger car / light truck): Commonwealth of Pennsylvania, expired (2008-2023)

## EDUCATION

B.S., Mechanical Engineering, Lawrence Technological University, Southfield, MI, 1999

*Continuing Education*

Three-Day Course of Instruction on the IDRR Software, Driver Research Institute, November 2022
Fire Investigation Training, NAFI, 2020
Traffic Crash Reconstruction – 3, Northwestern University Center for Public Safety, 2016
Vehicle Fire, Arson, & Explosion Investigation Science & Technology Seminar NAFI, 2015
Advanced Fire & Explosion Investigation, NAFI, July 2015
Traffic Crash Reconstruction - 2, Northwestern University Center for Public Safety, 2015
Vehicle Dynamics for Passenger Cars and Light Duty Trucks, SAE 2013
Engine Failure Investigation and Analysis, SAE 2013
Side Impact Occupant Safety and CAE, SAE 2012
Applied Vehicle Dynamics, SAE 2011
Fundamentals of Motor Vehicle Fire Investigation, SAE 2009
Vehicle Accident Reconstruction, SAE, 2008
Process FMEA, DaimlerChrysler, 2007
Design FMEA for Systems and Components, DaimlerChrysler, 2007
Process Capability, DaimlerChrysler, 2007
Critical Thinking for Leaders, Business Processes Inc., 2006
Problem Solving for Manufacturing, Shainin, LLC, 2006
Statistical Process Control Application & Management, DaimlerChrysler, 2006
Design FMEA, DaimlerChrysler, 2006
Error/Mistake Proofing Techniques, DaimlerChrysler, 2006
Hybrid Vehicle Electrical Awareness, DaimlerChrysler, 2005
Brake Actuation, DaimlerChrysler, 2004
Vehicle Synthesis Awareness, DaimlerChrysler, 2003
Reliability Engineering in Product Design and Development, DaimlerChrysler, 2003
Suspension Geometry and Design, DaimlerChrysler, 2001

**PROFESSIONAL MEMBERSHIPS and AFFILIATIONS**

Society of Automotive Engineers (SAE)
  Fire Safety Committee Member, 2016-Current
EvolutionMSport NASA American Iron Mustang, road race crew
American Society of Mechanical Engineers (ASME)
National Association of Fire Investigators, International

PETER J. LEISS, P.E., CFEI, CVFI
Automotive Engineer

**PATENTS**

Vehicle Fuel Tank for Improved Crashworthiness, U.S. Patent #11247828, published February 15, 2022

Vehicle Fuel Tank for Improved Crashworthiness, U.S. Patent #10343833, published July 9, 2019

Vehicle Fuel Tank for Improved Crashworthiness, U.S. Patent #10000328, published June 19, 2018

Vehicle Fuel Tank System for Improved Crashworthiness, U.S. Patent #9809113, published November 7, 2017

**INVITED SPEAKER/PRESENTATIONS**

Forensic Crash Course – Product Liability/Defect Investigations - National Highway Traffic and Safety Administration - Office of Defects Investigation, September 2023

Forensic Crash Course Part 2 - National Highway Traffic and Safety Administration - Office of Defects Investigation, December 2021

ADAS and the Autonomous Vehicle - National Highway Traffic and Safety Administration - Office of Defects Investigation, May 2021

Forensic Crash Course Part 1 - National Highway Traffic and Safety Administration - Office of Defects Investigation, April 2021

The Nuts & Bolts of Autonomous Vehicles and Crash Avoidance Technologies, PBI May 2017

J.R. Williams, C.A. O'Donel, **P.J. Leiss**. "Influence of Design Characteristics of Rear-Facing Child Restraint Systems on Occupant Kinematics of 6-Month-Old ATD During Rear-End Collisions," *International Mechanical Engineering Congress and Exposition of the American Society of Mechanical Engineers – in press, 2017*

PETER J. LEISS, P.E., CFEI, CVFI
Automotive Engineer

**PUBLICATIONS**

Harrington, S., Martin, N., and **Leiss, P.**, "An Evaluation of the Performance of the Bendix Wingman Fusion G1 Collision Mitigation System in a 2017 Kenworth T680," SAE Technical Paper 2024-01-2893, 2024, doi:10.4271/2024-01-2893.

**Peter J. Leiss**, Marcus A. Mazza, Erin M. Shipp, "Heavy Truck Fuel Storage System Design for Improved Impact Protection," ASME IMECE2019-11854, 2019

**P.J. Leiss**, S. Becker, G. Derian, "Tire Friction Comparison of Three Tire Types in Warm and Near Freezing Temperatures," *Collision*, 12(1):24-40, 2017.

J.R. Williams, C.A. O'Donel, **P.J. Leiss**. "Effects of LATCH versus Available Seatbelt Installation of Rear Facing Child Restraint Systems on Head Injury Criteria for 6 Month Old Infants in Rear End Collisions," Traffic Injury Prevention, 16(S2):17-24, 2015.

**Leiss, P.**, Becker, S., and Derian, G., "Tire Friction Comparison of Three Tire Types," SAE Technical Paper 2013-01-0783, 2013, doi:10.4271/2013-01-0783.