Paula Senra    Friday, July 25, 2025 at 4:23:38 PM Eastern Daylight Time

**Subject:** Fw: Wooten v. Ford: depositions of Harrington, Leiss, Gill
**Date:** Thursday, July 24, 2025 at 11:28:03 AM Eastern Daylight Time
**From:** Gabby Gravel <gabby@cheeleylawgroup.com>
**To:** Paula Senra <Paula@cheeleylawgroup.com>

---

**From:** Scott A Richman <srichman@mtwlegal.com>
**Sent:** Thursday, October 24, 2024 10:56 AM
**To:** Bob Cheeley <Bob@cheeleylawgroup.com>; Michelle L. H. Miller <mmiller@watsonspence.com>
**Cc:** Julie Brown <julie@cheeleylawgroup.com>; Nick Wooten <Nick@cheeleylawgroup.com>; Dre Tennille <Dre@cheeleylawgroup.com>; Gabby Gravel <gabby@cheeleylawgroup.com>; Robyn Carmichael <rcarmichael@cheeleylawgroup.com>; Tetyana Byelikova <Tetyana@cheeleylawgroup.com>; Don Slavik <dslavik@slavik.us>; Nicole Judge <njudge@slavik.us>; Debra Caudle <dcaudle@slavik.us>; Rosi Castillo <rcastillo@slavik.us>; Ann Pawlak <apawlak@slavik.us>; Michael R. Boorman <mboorman@watsonspence.com>; Paul E. Petersen <ppetersen@watsonspence.com>; Tiffany Gutierrez <tguiterrez@mtwlegal.com>; Desiree Hernandez <dhernandez@mtwlegal.com>; Stefanie Phelps <sphelps@mtwlegal.com>; Wooten v Ford <WootenvFord@mtwlegal.com>; Michael J. Sullivan <michael.sullivan@wbd-us.com>; Brendan H. White <brendan.white@wbd-us.com>; Pitts, Lynette M. <lynette.pitts@wbd-us.com>
**Subject:** RE: Wooten v. Ford: depositions of Harrington, Leiss, Gill

Bob –

Re your requests for witnesses 1 – 3, we will obviously eventually need a notice and may need to work on the topics, but for now we are looking into this. For no. 3, can you please be more specific about what you are interested in knowing about the sync gen4 module? The topic you have listed is very broad.  Thanks.

Scott Richman
McDonald Toole Wiggins, P.A.
www.mtwlegal.com

---

**From:** Bob Cheeley <Bob@cheeleylawgroup.com>
**Sent:** Wednesday, October 23, 2024 7:42 PM
**To:** Scott A Richman <srichman@mtwlegal.com>; Michelle L. H. Miller <mmiller@watsonspence.com>
**Cc:** Julie Brown <julie@cheeleylawgroup.com>; Nick Wooten <Nick@cheeleylawgroup.com>; Dre Tennille <Dre@cheeleylawgroup.com>; Gabby Gravel <gabby@cheeleylawgroup.com>; Robyn Carmichael <rcarmichael@cheeleylawgroup.com>; Tetyana Byelikova <Tetyana@cheeleylawgroup.com>; Don Slavik <dslavik@slavik.us>; Nicole Judge <njudge@slavik.us>; Debra Caudle <dcaudle@slavik.us>; Rosi Castillo <rcastillo@slavik.us>; Ann Pawlak <apawlak@slavik.us>; Michael R. Boorman <mboorman@watsonspence.com>; Paul E. Petersen <ppetersen@watsonspence.com>; Tiffany Gutierrez <tguiterrez@mtwlegal.com>; Desiree Hernandez <dhernandez@mtwlegal.com>; Stefanie Phelps <sphelps@mtwlegal.com>; Wooten v Ford <WootenvFord@mtwlegal.com>; Michael J. Sullivan <michael.sullivan@wbd-us.com>; Brendan H. White <brendan.white@wbd-us.com>; Pitts, Lynette M. <lynette.pitts@wbd-us.com>
**Subject:** Re: Wooten v. Ford: depositions of Harrington, Leiss, Gill

**WARNING:**
This is an EXTERNAL email. Please think before RESPONDING or CLICKING on links/attachments.

Scott,

In-person deposition dates:

1. PJ Leiss-12/19 Newtown, PA
2. Shawn Harrington-12/20 Newtown, PA
3. Joellen Gill will provide dates by October

Plaintiffs desire to depose:

1. The person, presumably with human factors training and experience, who was involved in the design relating to the handoff from active lane-centering to a non-lane-centering state, i.e. no assistive or corrective steering torques applied by the lane-centering system. This would involve the design and timing of the alerts that are provided to the driver to inform of the cancelation of the steering torques applied by the lane-centering system;
2. The person who was ultimately responsible for developing and testing lane-centering ;
3. The most knowledgeable person regarding Sync Gen 4 Infotainment system;
4. Justin Wojas, System Engineer for the ADAS.

Please provide dates for these four deponents no later than November 1, 2024.

Thank you.

Robert D. Cheeley, Esq.
**Cheeley Law Group, LLC**
2500 Old Milton Parkway
Suite 200
Alpharetta, Georgia 30009
**Email:** bob@cheeleylawgroup.com
**Office:** 770-814-7001
**Cell:** 770-861-4100

---

**From:** Scott Richman <srichman@mtwlegal.com>
**Date:** Wednesday, October 23, 2024 at 6:17 PM
**To:** Bob Cheeley <Bob@cheeleylawgroup.com>, "Michelle L. H. Miller" <mmiller@watsonspence.com>
**Cc:** Julie Brown <julie@cheeleylawgroup.com>, Nick Wooten <Nick@cheeleylawgroup.com>, Dre Tennille <Dre@cheeleylawgroup.com>, Gabby Gravel <gabby@cheeleylawgroup.com>, Robyn Carmichael <rcarmichael@cheeleylawgroup.com>, Tetyana Byelikova <Tetyana@cheeleylawgroup.com>, Don Slavik <dslavik@slavik.us>, Nicole Judge <njudge@slavik.us>, Debra Caudle <dcaudle@slavik.us>, Rosi Castillo <rcastillo@slavik.us>, Ann Pawlak <apawlak@slavik.us>, "Michael R. Boorman" <mboorman@watsonspence.com>, Paul Petersen <ppetersen@watsonspence.com>, Tiffany Gutierrez <tguiterrez@mtwlegal.com>, Desiree Hernandez <dhernandez@mtwlegal.com>, Stefanie Phelps <sphelps@mtwlegal.com>, Wooten v Ford <WootenvFord@mtwlegal.com>, "Michael J. Sullivan" <michael.sullivan@wbd-us.com>, "Brendan H. White" <brendan.white@wbd-us.com>, "Pitts, Lynette M." <lynette.pitts@wbd-us.com>
**Subject:** RE: Wooten v. Ford: depositions of Harrington, Leiss, Gill

Bob –

I plan to take Mr. Harrington, and all Plaintiff's experts' depositions, in person. Please provide dates for in person depositions. Thank you.

Scott Richman
McDonald Toole Wiggins, P.A.

www.mtwlegal.com

---

**From:** Bob Cheeley <Bob@cheeleylawgroup.com>
**Sent:** Wednesday, October 23, 2024 3:48 PM
**To:** Michelle L. H. Miller <mmiller@watsonspence.com>
**Cc:** Julie Brown <julie@cheeleylawgroup.com>; Nick Wooten <Nick@cheeleylawgroup.com>; Dre Tennille <Dre@cheeleylawgroup.com>; Gabby Gravel <gabby@cheeleylawgroup.com>; Robyn Carmichael <rcarmichael@cheeleylawgroup.com>; Tetyana Byelikova <Tetyana@cheeleylawgroup.com>; Don Slavik <dslavik@slavik.us>; Nicole Judge <njudge@slavik.us>; Debra Caudle <dcaudle@slavik.us>; Rosi Castillo <rcastillo@slavik.us>; Ann Pawlak <APawlak@slavik.us>; Michael R. Boorman <mboorman@watsonspence.com>; Paul E. Petersen <ppetersen@watsonspence.com>; Scott A Richman <srichman@mtwlegal.com>; Tiffany Gutierrez <tguiterrez@mtwlegal.com>; Desiree Hernandez <dhernandez@mtwlegal.com>; Stefanie Phelps <sphelps@mtwlegal.com>; Wooten v Ford <WootenvFord@mtwlegal.com>; Michael J. Sullivan <michael.sullivan@wbd-us.com>; Brendan H. White <brendan.white@wbd-us.com>; Pitts, Lynette M. <Lynette.Pitts@wbd-us.com>
**Subject:** Re: Wooten v. Ford: depositions of Harrington, Leiss, Gill

**WARNING:**
This is an EXTERNAL email. Please think before RESPONDING or CLICKING on links/attachments.

Shawn Harrington is available for deposition via Zoom only (not in person) on the following dates:
12/03
12/20
Please confirm asap as his schedule will fill up quickly.

We are checking with Mr. Leiss and Ms. Gil.

**Bob Cheeley**
Cheeley Law Group
2500 Old Milton Parkway
Suite 200
Alpharetta, GA 30009
(P) 770 861 4100

bob@cheeleylawgroup.com


The information contained in this electronic mail message is attorney privileged and confidential information intended only for the use of the individual or entity named. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in

error, please immediately notify us by telephone at 770 861 4100 or by reply email and delete this message. Do not copy or distribute it to anyone other than the intended recipient.

On Oct 23, 2024, at 11:34 AM, Michelle L. H. Miller <mmiller@watsonspence.com> wrote:

Good Afternoon:

Please provide dates Mr. Harrington, Mr. Leiss, and Ms. Gill are available for their depositions.

Thank you,
Michelle

<image001.png>

**MICHELLE L. H. MILLER,** PARALEGAL
BANK OF AMERICA PLAZA
600 PEACHTREE ST. NE ● SUITE 2320 ● ATLANTA, GA  30308
MAIN: 229-436-1545 ● DIRECT: 678-433-6919
mmiller@watsonspence.com ●  Website

**\*\*PLEASE NOTE OUR ADDRESS HAS CHANGED EFFECTIVE 06/21/2024\*\***

This electronic communication originates from the law firm of Watson Spence LLP. This electronic communication and any file transmitted with it contain confidential and protected information, which might be subject to the attorney-client privilege, or might otherwise be protected against unauthorized use. This electronic communication is further subject to the Electronic Communications Privacy Act, 18 U.S.C. Sec. 2510-2521. The information contained in this electronic communication and any file transmitted with it is transmitted in this form based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. Therefore, if you are not the intended recipient of this electronic communication, you are hereby notified that any retention, dissemination, distribution or copying of this electronic communication is strictly prohibited. Any further disclosure, distribution, copying or use of this electronic communication or the information contained in it by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.

If you have received this message in error, please advise the sender by immediate reply and delete the original message.