**Forensic Rock**
sharrington@forensicrock.com
Tel: (215) 620-1288
Headquartered in Pennsylvania
Providing Clients National Service

**July 1, 2025**

Nick Wooten, Esquire
Cheeley Law Group, LLC
2500 Old Milton Pkwy
Suite 200
Alpharetta, Georgia 30009

Re: *Beverly Wooten, as Surviving Spouse of Barry Wooten and Barry Wayne Wooten, as Administrators of the Estate of Barry Wyatt Wooten v. Ford Motor Company and Robert Bosch, LLC*
Civil Action No.: 5:23-cv-00346
Forensic Rock File No.: 24929

Dear Mr. Wooten:

Pursuant to your request, I have reviewed the supplemental file materials related to the above-captioned matter. Furthermore, I have reviewed supplemental discovery produced by Ford, reviewed additional depositions of Ford employees, and conducted supplemental testing. This analysis has been rendered based on my education, training, and experience utilizing scientific methodologies generally accepted in the scientific and accident reconstruction communities.[1,2,3] Forensic Rock reserves the right to supplement or revise this report if additional information becomes available.

## Supplemental Documents Reviewed

1) Additional Discovery Produced by Ford;
2) Additional Depositions;
3) Additional expert reports, among other file materials, received in this matter.

## Incident Description

According to the available information, on September 14, 2021, at approximately 3:24 p.m., Mr. Barry Wooten was the driver of a 2021 Ford F-150 that was traveling northbound on Interstate 475 in Monroe County, Georgia. As Mr. Wooten's Ford navigated the rightmost lane of northbound I-475 to ultimately take Exit 15 towards Bolingbroke, his vehicle departed the roadway to the left and entered into the gore area between I-475 and the exit lane. Mr. Wooten's vehicle struck the Exit 15 sign and continued through the gore until it struck a tree in a wooded area. Mr. Wooten succumbed to his injuries as a result of this collision.

---

1 Fricke, Lynn B. (2010) Traffic Crash Reconstruction, Second Edition. Evanston, Northwestern University Center for Public Safety.
2 Daily, John (2006) Fundamentals of Traffic Crash Reconstruction. Institute of Police Technology and Management, University of North Florida.
3 Halliday, D., Resnick, R., Walker, J. (1993). Fundamentals of Physics. New York, John Wiley & Sons.

Forensic Rock

## Additional Testing

Additional testing was conducted and documented with photographs, video, sUAS, and/or three-dimensional laser scans:

a) Two 2021 Ford F-150's [June 17-18, 2025];
b) Tesla Cybertruck [June 24, 2025].

## Subject Vehicle

Wooten Ford
VIN: 1FTFW1ED3MFB75128
Year/Make/Model: 2021 Ford F-150
Trim: Lariat
Type: Pickup truck

## Discussion/Observations/Opinions

1) I have provided an initial expert report in this case dated October 18, 2024. In my career, I have conducted extensive testing of passenger vehicles and commercial trucks to gauge the effectiveness of Collision Mitigation Safety Systems.[4,5,6,7,8,9,10,11,12,13,14,15,16] I am referencing herein the parameters and results of some of the testing conducted for this case.

2) Supplemental testing was conducted by Forensic Rock and is discussed in Exhibit A.

3) Ford discovery was reviewed and analyses of the testing were conducted; this is discussed in Exhibit B.

---

4 Harrington, S., and Lieber, V., "An Evaluation of the Performance of the Bendix Wingman Advanced Collision Mitigation System in a 2018 & 2019 International 4300," SAE Technical Paper 2023-01-0013, 2023, https://doi.org/10.4271/2023-01-0013.

5 Harrington, S., and Ward, B., "An Evaluation of the Performance of the WABCO OnGuardACTIVE Collision Mitigation System in a 2019 Freightliner M2 106," SAE Technical Paper 2023-01-0011, 2023, https://doi.org/10.4271/2023-01-0011.

6 Harrington, S., Nagarajan, S., and Lau, J., "An Evaluation of the Sensitivity of the User-Selected Forward Collision Warning Distance in a 2017 Honda CR-V," SAE Technical Paper 2023-01-0622, 2023, https://doi.org/10.4271/2023-01-0622.

7 Harrington, S., and Handzic, D., "An Evaluation of the Forward Collision Warning System and Evasive Steering Maneuvers using a 2016 Volvo XC90," SAE Technical Paper 2023-01-0627, 2023, https://doi.org/10.4271/2023-01-0627.

8 Harrington, S., and Martin, N., "An Evaluation of the Automatic Emergency Braking and Forward Collision Warning System in a 2014 Subaru Forester," SAE Technical Paper 2023-01-0621, 2023, https://doi.org/10.4271/2023-01-0621.

9 Harrington, S., Martin, N., and Leiss, P., "An Evaluation of the Performance of the Bendix Wingman Fusion G1 Collision Mitigation System in a 2017 Kenworth T680," SAE Technical Paper 2024-01-2893, 2024.

10 Harrington, S., Nagarajan, S., and Lau, J., "An Assessment of the Tesla Model 3's Forward Collision Warning and Automatic Emergency Braking Systems against a Stationary Pedestrian Target," SAE Technical Paper 2024-01-2482, 2024.

11 Harrington, S. and Aguirre, R., "Comparing the Forward Collision Warning Response of a 2020 Toyota Camry and 2020 Toyota RAV4," SAE Technical Paper 2024-01-2471, 2024.

12 Harrington, S., Lieber, V., and Nagarajan, S., "An Evaluation of the Performance of the Automatic Emergency Braking and Forward Collision Warning System in a 2020 Jeep Grand Cherokee during Daytime and Nighttime Conditions," SAE Technical Paper 2025-01-8698, 2025, https://doi.org/10.4271/2025-01-8698.

13 Harrington, S., Takbhate, S., Martin, N., Patrick-Moline, P. et al., "An Overview and Testing of Pedal Misapplication Systems," SAE Technical Paper 2025-01-8705, 2025, https://doi.org/10.4271/2025-01-8705..

14 Harrington, S., and Nagarajan, S., "High-Speed FCW & AEB Testing of Tesla Model 3's Across Software Updates," SAE Technical Paper 2025-01-8695, 2025, https://doi.org/10.4271/2025-01-8695.

15 Harrington, S., Patrick-Moline, P., and Nagarajan, S., "Daytime and Nighttime Performance Evaluations of the Automatic Emergency Braking and Forward Collision Warning Systems on a 2020 and 2022 Kia Telluride," SAE Technical Paper 2025-01-8699, 2025, https://doi.org/10.4271/2025-01-8699.

16 Harrington, S., Takbhate, S. A Comparative Analysis of Lane Keeping Assist and Lane Departure Warning Systems on Curved and Straight Roadways, The American Society of Mechanical Engineers, IMECE2024-142179, 2024.

4) An analysis of the Forensic Rock testing data is attached hereto as Exhibit C.

5) Testing of a Tesla Cybertruck was conducted to demonstrate the steering path planning and adaptive speed control of a truck at the incident location using Tesla ADAS. This testing demonstrated that the Tesla Cybertruck automatically slowed down before the split/merge point, and that the ADAS steered the truck through the merge/split point and onto the exit lane without test driver intervention. This was performed without any longitudinal speed control from the test driver nor steering inputs.

All opinions expressed in this report are to a reasonable degree of scientific certainty. I reserve the right to update my opinions if additional information becomes available. If you have any questions, require additional assistance, or if any additional information becomes available, please do not hesitate to call.

Respectfully Submitted,

Shawn F. Harrington, BSESM, ACTAR #2570
Principal Accident Reconstructionist & Test Engineer

# Exhibit A

# VEHICLE TESTING METHODOLOGY REPORT

Forensic Rock

**TESTING SUMMARY:**

**FILE NAME:** 24929 - WOOTEN

**TEST DATE(S):** June 17th and 18th, 2025

**TEST VEHICLES:**

For this test program two different 2021 Ford F-150's were evaluated, with one being equipped with the FORD CO-PILOT360 ASSIST 2.0 package (Silver) and the other being equipped with FORD CO-PILOT360 ACTV2.0 PREP (BlueCruise) package (Black).

**2021 Ford F-150 (Silver):**

**2021 Ford F-150 Lariat – VIN: 1FTFW1ED4MFC92572 – 10/2021 Build**




**Figure 1. The Silver 2021 Ford F-150 used in testing.**

**2021 Ford F-150 (Black):**

**2021 Ford F-150 Platinum – VIN: 1FTFW1ED9MFA93940 – 02/2021 Build**




**Figure 2. The Black 2021 Ford F-150 used in testing.**

## INTRODUCTION:

The testing series evaluated the performance of the Lane Centering and/or Lane Keeping Assist Systems (LC & LKAS) on two 2021 Ford F-150 equipped with ADAS technology and the vehicles behavior on approach in a highway thru lane that eventually would turn into an exit only lane near Macon, Georgia.

One of the 2021 Ford F-150's was equipped with the FORD CO-PILOT360 ASSIST 2.0 package (Silver) and the other was equipped with FORD CO-PILOT360 ACTV2.0 PREP (BlueCruise) package (Black). Both trucks were tested utilizing the Lane Centering system when utilizing Adaptive Cruise Control (ACC). The black F-150 was also tested. Normal (standard) Cruise Control was also tested on both trucks. The evaluation testing speed was 77 mph. This speed was set utilizing the vehicle's cruise control button on the steering wheel. Additionally, lower testing speeds were evaluated at approximately 45 mph on the silver F-150.

The testing involved recording and observing each vehicles behavior using the various Lane Keeping Assist systems and/or Lane Centering systems when in a highway thru lane that turned into an exit only lane in Georgia. The right lane of northbound I-475 is approximately 15 continuous miles from the I-75 / I-475 split to Exit 15 for Bolingbroke. Thus, the lane where the collision occurred is not a typical Exit Lane, rather, it is a continuous part of the limited access highway that ultimately splits from the thru lanes of northbound I-475 to Exit 15.

## VEHICLE DIAGNOSTICS DATA

Both tested 2021 Ford F-150's were scanned before and after their respective testing series utilizing an AUTEL MaxiSys M908SS Pro II to retrieve the full vehicle diagnostics reports. No relevant DTCs to testing were found. The Silver 2021 Ford F-150 exhibited no Malfunction Indicator Lights (MIL) on the instrument panel throughout testing. The black 2021 Ford F-150 exhibited a Check Engine Light (CEL) due to a faulty fuel door latch. The diagnostics reports for both vehicles can be found at the end of this report.

## NOTES:

CAN data was recorded through the VBOX Video HD2 and VBOX 4 and selected parameters were displayed on the video throughout testing. CAN data was also encoded to the VBOX 4. Only publicly accessible CAN data was able to be accessed. A separate CAN report will be annexed that analyzes the signals and data acquired during the testing of the respective trucks.

**VEHICLE PHOTOGRAPHY:**




**Figure 3. The Silver 2021 Ford F-150 used for testing, equipped with the CO-PILOT360 ASSIST 2.0 package.**

**VEHICLE PHOTOGRAPHY:**




**Figure 4. The Black 2021 Ford F-150 used for testing, equipped with the CO-PILOT360 ACTV2.0 PREP (BlueCruise) package.**

Forensic Rock

**TESTING INSTRUMENTATION:**

**TABLE 1. TEST INSTRUMENTATION AND EQUIPMENT**

| Type | Manufacturer | Output | Accuracy, Other primary Specification |
|---|---|---|---|
| VBOX Video HD2 | Racelogic | Video and CAN data logging | 25 Hz GNSS data logging, 30 FPS video logging |
| VBOX 4 data logger | Racelogic | RTK GPS position logging, IMU data, CAN data logging | CAN Output rate: 100 Hz |
| IMU 05 | Racelogic | Measurements of pitch, roll, and yaw rate x, y, z acceleration | Gyroscope range: ±450°/s Accelerometer range: ±10 g |
| GPS | Racelogic | RTK GPS position | Position Accuracy with RTK Vertical: 10 mm + 0.8 ppm x baseline*; Horizontal: 5 mm + 0.5 ppm x baseline |
| Base station | Racelogic | Providing RTK GPS correction | - |
| VBOX Touch | Racelogic | Providing the test driver with the live test data | ±1 cm position accuracy with RTK |
| DJI Osmo action 5 pro Camera | DJI | Video recording | 4k 30 FPS video logging |
| DJI Mini 3 pro | DJI | Video recording | 4K 30 FPS video logging |
| Olympus Tough TG-6 4K | Olympus | photography | - |
| AUTEL MaxiSys M908SS Pro II | AUTEL | Diagnostics | - |

**Figure 5. Testing Instrumentation and Equipment used for the vehicle testing.**

The above Table 1 lists all of the Testing Instrumentation and Equipment that was used throughout the Testing Series on both 2021 Ford F-150's that were evaluated for this Testing Series.

## VEHICLE SYSTEMS RELATED TO TESTING:

The tested 2021 Ford F-150 was equipped with the following systems that are relevant to the testing performed as described in this report:

- LANE-KEEPING SYSTEM
- LANE CENTERING SYSTEM (WITH HANDS-FREE IN CERTAIN MAPPED AREAS (HANDS-FREE "BlueCruise" was only available on the Black tested 2021 Ford F-150)

The below pictures show the menu screens of the systems that were tested:




**Figure 6. Systems tested on the 2021 Ford F-150.**

Forensic Rock

## VEHICLE SYSTEMS RELATED TO TESTING:

Both of the tested 2021 Ford F-150s came equipped with the below CO-PILOT360 Technology Packages, as seen in the 2021 Ford F-150 brochures. The Silver truck was equipped with the CO-PILOT360 ASSIST 2.0 package. The Black truck was equipped with the FORD CO-PILOT360 ACTIVE 2.0 PREP PACKAGE.




**Figure 7. Page 20 of the 2021 Ford F-150 Sales Brochure.**

| FORD CO-PILOT360™ TECHNOLOGIES | |
|---|---|
| Standard | Auto Hold, Auto On/Off Headlamps, AutoBeam Headlamps, Forward Collision Warning and Dynamic Brake Support, Hill Start Assist, Pre-Collision Assist with Automatic Emergency Braking (with Pedestrian Detection), Rear View Camera with Dynamic Hitch Support |
| Available | Active Drive Assist Prep Kit, Active Park Assist 2.0, Blind Spot Information System with Cross-Traffic Alert and Trailer Coverage, Distance Alert/Distance Indication, Evasive Steering Assist, Forward and Reverse Sensing Systems, Intelligent Adaptive Cruise Control (with Stop-and-Go, Lane Centering and Speed Sign Recognition), Intersection Assist, Lane Keeping System, Post-Collision Braking, Pro Trailer Backup Assist, Trailer Reverse Guidance, Reverse Brake Assist |

**Figure 8. Ford CO-PILOT360 Technologies screengrab, taken from the 2021 Ford F-150 Specifications page.**

Forensic Rock

## VEHICLE SYSTEMS RELATED TO TESTING:




**Figure 9. Page 10 of the all-new 2021 Ford F-150 Sales Brochure, describing the BlueCruise system.**

## TESTING LOCATION:

The below map shows the original incident location in Georgia where the testing was conducted:




**Figure 10. Incident Location: Interstate 475 (I-475)/ Georgia State Route 408 near exit 15 ramp in Monroe County, GA. Incident Coordinates (LAT/LONG): 32.94916255197448, -83.81230594019236. Nearmap imagery from October 5, 2023.**

## LOCATION DESCRIPTION:

The below screenshot shows the testing area with the right thru lane that was utilized ultimately as an exit lane, where testing was conducted with the vehicles.




**Figure 11. Incident Location.**

These drone pictures were taken at the site during the testing:



**Figure 12. Drone photographs of the incident site.**

## TEST PROCEDURES:

### A. Test Procedure Overview

The below summarizes the Testing Procedures that were performed for the 2021 Ford F-150 Testing. The tests were conducted to evaluate scenarios where the test driver was traveling in the right lane of northbound I-475 with the adaptive cruise control (ACC) or Normal Cruise Control set to ON along with different lane centering or lane aid/alert systems on. Whenever possible, the ACC or Normal Cruise Control was set to 77 miles per hour (mph). Various scenarios were tested:

Below are the Test Procedures performed with the Silver 2021 Ford F-150 (not equipped with BlueCruise):

1. Lane Keeping Assist ON with Lane Centering ON and ACC set to 77 mph.
2. Lane Keeping Assist ON with Lane Centering ON and ACC set to 77 mph. The driver will be inputting slight right steering input whilst on approach towards the exit lane.
3. Lane Keeping Assist ON with Lane Centering OFF and ACC set to 77 mph.
4. Lane Keeping Assist ON with Lane Centering OFF using Normal Cruiser Control at 77 mph.
5. Lane Keeping Assist ON with Lane Centering ON and ACC set to 45 mph to evaluate the vehicles' ability to navigate the curve at a lower speed.

Below are the Test Procedures performed with the Black 2021 Ford F-150 (equipped with Hands Free BlueCruise):

1. Lane Keeping Assist ON with Lane Centering ON and ACC set to 77 mph (Hands Free BlueCruise enabled). NOTE: Hands Free BlueCruise is the only Lane Centering option available on this truck, you cannot select a "hands-on" Lane Centering option to test with.
2. Normal Cruise Control at 77 mph with Lane Keeping Assist ON and Lane Centering OFF.

At the start of each test, the test driver will be traveling in the right lane of northbound I-475 in each respective truck to evaluate each of the above-mentioned procedures. The goal was to observe the actions of each 2021 Ford F-150's equipped FORD CO-PILOT 360 Safey System when approaching and traveling thru the exit lane. The test driver often had to manually slow the test truck due to traffic and to build up a sufficient headway distance to reach the desired test speed. The screenshots shown on the next page depict various stages of the above laid out Test Procedures:

## TEST PROCEDURES

Silver 2021 Ford F-150 (not equipped with BlueCruise):

Lane Keeping Assist ON with Lane Centering ON and ACC set to 77 mph. The driver had to manually and evasively steer the vehicle to avoid departing the roadway.




**Figure 13. The subject Silver 2021 Ford F-150 is shown on approach towards the exit.**




**Figure 14. The 2021 Ford F-150 is nearing the exit.**

## TEST PROCEDURES

Silver 2021 Ford F-150 (not equipped with BlueCruise):

Lane Keeping Assist ON with Lane Centering ON and ACC set to 77 mph.




**Figure 15. The subject Silver 2021 Ford F-150 is traveling in the exit lane and is shown nearing the solid lane on the left side of the exit.**




**Figure 16. The 2021 Ford F-150 is traveling past the exit sign.**

## TEST PROCEDURES

Silver 2021 Ford F-150 (not equipped with BlueCruise):

Lane Keeping Assist ON with Lane Centering ON and ACC set to 77 mph. The driver will be inputting slight steering input whilst on approach towards the exit lane. The driver had to manually and evasively steer the vehicle to avoid departing the roadway.




**Figure 17. The subject Silver 2021 Ford F-150 is shown on approach towards the exit.**




**Figure 18. The 2021 Ford F-150 is nearing the exit.**

## TEST PROCEDURES

Silver 2021 Ford F-150 (not equipped with BlueCruise):

Lane Keeping Assist ON with Lane Centering ON and ACC set to 77 mph. The driver will be inputting slight steering input whilst on approach towards the exit lane.




**Figure 19. The subject Silver 2021 Ford F-150 is traveling in the exit lane and is shown nearing the solid lane on the left side of the exit.**




**Figure 20. The 2021 Ford F-150 is traveling past the exit sign.**

## TEST PROCEDURES

Silver 2021 Ford F-150 (not equipped with BlueCruise):

Lane Keeping Assist ON with Lane Centering OFF and ACC set to 77 mph. The driver had to manually and evasively steer the vehicle to avoid departing the roadway.




**Figure 21. The subject Silver 2021 Ford F-150 is shown on approach towards the exit.**




**Figure 22. The 2021 Ford F-150 is nearing the exit.**

**<u>TEST PROCEDURES</u>**

Silver 2021 Ford F-150 (not equipped with BlueCruise):

Lane Keeping Assist ON with Lane Centering OFF and ACC set to 77 mph.




**Figure 23. The subject Silver 2021 Ford F-150 is traveling in the exit lane and is shown nearing the solid lane on the left side of the exit.**




**Figure 24. The 2021 Ford F-150 is traveling past the exit sign.**

## TEST PROCEDURES

Silver 2021 Ford F-150 (not equipped with BlueCruise):

Lane Keeping Assist ON with Lane Centering OFF using Normal Cruiser Control at 77 mph. The driver had to manually and evasively steer the vehicle to avoid departing the roadway.




**Figure 25. The subject Silver 2021 Ford F-150 is shown on approach towards the exit.**




**Figure 26. The 2021 Ford F-150 is nearing the exit.**

Forensic Rock

## TEST PROCEDURES

Silver 2021 Ford F-150 (not equipped with BlueCruise):

Lane Keeping Assist ON with Lane Centering OFF using Normal Cruiser Control at 77 mph.




**Figure 27. The subject Silver 2021 Ford F-150 is traveling in the exit lane and is shown nearing the solid lane on the left side of the exit.**




**Figure 28. The 2021 Ford F-150 is traveling past the exit sign.**

**TEST PROCEDURES**

Silver 2021 Ford F-150 (not equipped with BlueCruise):

Lane Keeping Assist ON with Lane Centering ON and ACC set to 45mph to evaluate the vehicles' ability to navigate the curve without any manual driver input. The driver had to manually and evasively steer the vehicle to avoid departing the roadway.




**Figure 29. The subject Silver 2021 Ford F-150 is shown on approach towards the exit.**




**Figure 30. The 2021 Ford F-150 is nearing the exit.**

## TEST PROCEDURES

Silver 2021 Ford F-150 (not equipped with BlueCruise):

Lane Keeping Assist ON with Lane Centering ON and ACC set to 45mph to evaluate the vehicles' ability to navigate the curve without any manual driver input.




**Figure 31. The subject Silver 2021 Ford F-150 is traveling in the exit lane and is shown nearing the solid lane on the left side of the exit.**




**Figure 32. The 2021 Ford F-150 is traveling past the exit sign.**

Forensic Rock

**TEST PROCEDURES**

Black 2021 Ford F-150 (equipped with BlueCruise):

Lane Keeping Assist ON with Lane Centering ON and ACC set to 77 mph (Hands Free BlueCruise enabled). The driver had to manually and evasively steer the vehicle to avoid departing the roadway.




**Figure 33. The subject Silver 2021 Ford F-150 is shown on approach towards the exit.**




**Figure 34. The 2021 Ford F-150 is nearing the exit.**

Forensic Rock

## TEST PROCEDURES

Black 2021 Ford F-150 (equipped with BlueCruise):

Lane Keeping Assist ON with Lane Centering ON and ACC set to 77 mph (Hands Free BlueCruise enabled).




**Figure 35. The subject Silver 2021 Ford F-150 is traveling in the exit lane and is shown nearing the solid lane on the left side of the exit. Note the screen switching from "Hands-Free" to "Keep Hands on Steering Wheel".**




**Figure 36. The 2021 Ford F-150 is traveling past the exit sign.**

**TEST PROCEDURES**

Black 2021 Ford F-150 (equipped with BlueCruise):

Normal Cruise Control at 77 mph with Lane Keeping Assist ON and Lane Centering OFF. The driver had to manually and evasively steer the vehicle to avoid departing the roadway.




**Figure 37. The subject Silver 2021 Ford F-150 is shown on approach towards the exit.**




**Figure 38. The 2021 Ford F-150 is nearing the exit.**

## TEST PROCEDURES

Black 2021 Ford F-150 (equipped with BlueCruise):

Normal Cruise Control at 77 mph with Lane Keeping Assist ON and Lane Centering OFF.




**Figure 39. The subject Silver 2021 Ford F-150 is traveling in the exit lane and is shown on the solid lane on the left side of the exit.**




**Figure 40. The 2021 Ford F-150 is traveling past the exit sign.**

**TESTING RESULT SUMMARY:**

The Testing Procedures that were performed utilized two separate 2021 Ford F-150s, equipped with differing optional FORD CO-PILOT 360 Safey Systems. The Silver 2021 Ford F-150 was equipped with the FORD CO-PILOT360 ASSIST 2.0 package, and the other 2021 Ford F-150 (Black) was equipped with FORD CO-PILOT360 ACTV2.0 PREP (which included the BlueCruise system).

The tests were conducted to evaluate scenarios where the test driver was traveling in the right lane of northbound I-475 with the adaptive cruise control (ACC) or Normal Cruise Control set to ON along with different lane centering or lane aid/alert systems on. Whenever possible, the ACC or Normal Cruise Control was set to 77 miles per hour (mph). A goal was to observe the behavior and actions of the FORD CO-PILOT360 Safety Systems when traveling through the right lane and approaching the exit.

There were seven separate Testing Series performed with both 2021 Ford F-150's. Each Series had its own parameters regarding what aid systems were used for traveling through the right line of northbound I-475 and exiting through Exit 15. Overall, twenty-four Testing Runs were performed with the vehicles. In the lane centering mode with ACC on and set to 77 mph, the test driver felt a tug/steer to the left of the tested Ford when the vehicle needed to begin steering to the right to navigate the split as the vehicle approached the split point. This left tug/pull (i.e. a lateral acceleration from right-to-left) was haptic feedback to the driver (also encoded in the CAN data) that the steering probable path was straight (i.e. towards the exit sign) as opposed to following the approximately 1000' radius of curvature to the right. This was announced in one test on video by the test driver and can be observed directly in the CAN data. Thus, the testing demonstrated that as the Ford approached the split point where the lane began to curve to the right, that the steering probable path (SPP) was straight as opposed to following the curve to the right. The warning or information provided to the driver was simply a visual message on the instrument cluster. No audio or haptic feedback component of the message was provided.

## Appendix -A

### 2021 Ford F-150 (Silver) Vehicle Diagnostic reports

AUTEL

**Shop Name:**
Tel: --
Email:
Address: --

Report ID: MAXIA20250617131000
Test Time: 2025-06-17 13:10:00
Technician: dh

# 2021 MY(Model Year) Ford Pre-scan Report

**Vehicle Information**

2021 MY(Model Year)/Ford/F-150/
VIN: 1FTFW1ED4MFC92572

Odometer Reading: 23090 miles
License Plate: --

**Customer Information**

Name: --

Tel: --

Scan to download PDF

**Device Information**

Scanner: MaxiSys MS908S Pro II
Version: V5.96

Serial Number: V29GNCC01117
Repair Order Number: 2021 FORD F-150 - SILVER - BT

**System Scanned( 35 )**

| System | Calibration | Status/DTC |
|---|---|---|
| PCM(Powertrain control module) | | 0 |
| ABS(Anti-lock brake system) | | 0 |
| RCM(Restraint control module) | | 0 |
| IPC(Instrument panel control module) | | 0 |
| ACCM(Air conditioning control module) | | 0 |
| ACM(Audio control module) | | 0 |
| APIM(Accessory protocol interface module) | | 0 |
| ATCM(All terrain control module) | | 0 |
| BCMC(Body control module C) | | 0 |
| BECM(Battery energy control module) | | 0 |
| BdyCM(Body control module) | ADAS | 0 |
| C-CM(Cruise control module) | ADAS | 0 |
| DCACA(Direct current/alternating current converter module A) | | 0 |
| DCDC(DC/DC converter control module) | | 0 |
| DDM(Driver front door module) | | 0 |
| DSM(Driver front seat module) | | 0 |
| DSP(Digital signal processing module (audio)) | | 0 |
| GSM(Gear shift module) | | 0 |
| GWM(Gateway module A) | | 0 |

AUTEL www.autel.com MaxiSys MS908S Pro II Page 1

**Figure A - 1. Page 1 of 3 of the 2021 Ford F-150 (Silver) Diagnostic Report – Before Testing.**

**Appendix -A**

**2021 Ford F-150 (Silver) Vehicle Diagnostic reports**

AUTEL

**Shop Name:**
Tel: --
Email:
Address: --

Report ID: MAXIA20250617131000
Test Time: 2025-06-17 13:10:00
Technician: dh

## 2021 MY(Model Year) Ford Pre-scan Report

**Vehicle Information**

2021 MY(Model Year)/Ford/F-150/
VIN: 1FTFW1ED4MFC92572

Odometer Reading: 23090 miles
License Plate: --

**Customer Information**

Name: --

Tel: --

Scan to download PDF

**Device Information**

Scanner: MaxiSys MS908S Pro II
Version: V5.96

Serial Number: V29GNCC01117
Repair Order Number: 2021 FORD F-150 - SILVER - BT

**System Scanned( 35 )**

| System | Calibration | Status/DTC |
|---|---|---|
| PCM(Powertrain control module) | | 0 |
| ABS(Anti-lock brake system) | | 0 |
| RCM(Restraint control module) | | 0 |
| IPC(Instrument panel control module) | | 0 |
| ACCM(Air conditioning control module) | | 0 |
| ACM(Audio control module) | | 0 |
| APIM(Accessory protocol interface module) | | 0 |
| ATCM(All terrain control module) | | 0 |
| BCMC(Body control module C) | | 0 |
| BECM(Battery energy control module) | | 0 |
| BdyCM(Body control module) | ADAS | 0 |
| C-CM(Cruise control module) | ADAS | 0 |
| DCACA(Direct current/alternating current converter module A) | | 0 |
| DCDC(DC/DC converter control module) | | 0 |
| DDM(Driver front door module) | | 0 |
| DSM(Driver front seat module) | | 0 |
| DSP(Digital signal processing module (audio)) | | 0 |
| GSM(Gear shift module) | | 0 |
| GWM(Gateway module A) | | 0 |

AUTEL www.autel.com MaxiSys MS908S Pro II Page 1

**Figure A - 2. Page 2 of 3 of the 2021 Ford F-150 (Silver) Diagnostic Report – Before Testing.**

## Appendix -A

### 2021 Ford F-150 (Silver) Vehicle Diagnostic reports

2021 MY(Model Year)/Ford/F-150/ Test Time: 2025-06-17 13:10:00 Report ID: MAXIA20250617131000



Customer name: ____________________

Technician: ____________________

Date: ____________________

Note:Please save a copy of this report for your records.

*Disclaimer: This report provides a reference for vehicle inspection and maintenance only. Autel is not liable for any accident, property damage, or personal injury resulting from the use of this information.*

AUTEL www.autel.com MaxiSys MS908S Pro II Page 3

**Figure A - 3. Page 3 of 3 of the 2021 Ford F-150 (Silver) Diagnostic Report – Before Testing.**

Forensic Rock

## Appendix -A

### 2021 Ford F-150 (Silver) Vehicle Diagnostic reports

AUTEL

**Shop Name:**
Tel: --
Email:
Address: --

Report ID: MAXIA20250623163334
Test Time: 2025-06-23 16:33:34
Technician: dh

# 2021 MY(Model Year) Ford Post-scan Report

**Vehicle Information**

2021 MY(Model Year)/Ford/F-150/
VIN: 1FTFW1ED4MFC92572

Odometer Reading: 23440 miles
License Plate: --

**Customer Information**

Name: --

Tel: --

Scan to download PDF

**Device Information**

Scanner: MaxiSys MS908S Pro II
Version: V5.96

Serial Number: V29GNCC01117
Repair Order Number: 2021 FORD F-150 - SILVER - AT

**System Scanned( 35 )**

| | | Pre-scan Report 2025-06-23 16:31:14 | | Post-scan Report 2025-06-23 16:33:34 | |
|---|---|---|---|---|---|
| System | | Calibration | Status/DTC | Calibrated | Status/DTC |
| PCM(Powertrain control module) | | | 0 | | 0 |
| ABS(Anti-lock brake system) | | | 1 | | 0 |
| RCM(Restraint control module) | | | 0 | | 0 |
| IPC(Instrument panel control module) | | | 0 | | 0 |
| ACCM(Air conditioning control module) | | | 0 | | 0 |
| ACM(Audio control module) | | | 0 | | 0 |
| APIM(Accessory protocol interface module) | | | 0 | | 0 |
| ATCM(All terrain control module) | | | 0 | | 0 |
| BCMC(Body control module C) | | | 0 | | 0 |
| BECM(Battery energy control module) | | | 0 | | 0 |
| BdyCM(Body control module) | ADAS | | 0 | | 0 |
| C-CM(Cruise control module) | ADAS | | 0 | | 0 |
| DCACA(Direct current/alternating current converter module A) | | | 0 | | 0 |
| DCDC(DC/DC converter control module) | | | 0 | | 0 |
| DDM(Driver front door module) | | | 0 | | 0 |
| DSM(Driver front seat module) | | | 0 | | 0 |

AUTEL www.autel.com MaxiSys MS908S Pro II Page 1

Figure A - 4. Page 1 of 4 of the 2021 Ford F-150 (Silver) Diagnostic Report – After Testing.

Forensic Rock

## Appendix -A

### 2021 Ford F-150 (Silver) Vehicle Diagnostic reports

2021 MY(Model Year)/Ford/F-150/ Test Time: 2025-06-23 16:33:34 Report ID: MAXIA20250623163334

| | | | |
|---|---|---|---|
| DSP(Digital signal processing module (audio)) | | 0 | 0 |
| GSM(Gear shift module) | | 0 | 0 |
| GWM(Gateway module A) | | 0 | 0 |
| HCM(Headlamp control module) | ADAS | 0 | 0 |
| HVAC(Heating ventilation air conditioning) | | 0 | 0 |
| IPMA(Image processing module A) | ADAS | 2 | 2 |
| OCS(Occupant classification system module) | | 0 | 0 |
| PACM(Pedestrian alert control module) | | 0 | 0 |
| PDM(Passenger front door module) | | 0 | 0 |
| PSCM(Power steering control module) | | 2 | 2 |
| RGTM(Rear gate/trunk module) | | 0 | 0 |
| RTM(Radio transceiver module) | | 0 | 0 |
| SCCM(Steering column control module) | | 2 | 2 |
| SOBDMC(Secondary OBD control module C) | | 0 | 0 |
| SODL(Side obstacle detection control module - left) | ADAS | 0 | 0 |
| SODR(Side obstacle detection control module - right) | ADAS | 0 | 0 |
| TCCM(Transfer case control module) | | 0 | 0 |
| TCU(Telematic control unit) | | 0 | 0 |
| TRM(Trailer module) | | 1 | 1 |

**Pre-scan DTC ( 8 )**

ABS(Anti-lock brake system) ( 1 DTC )

| DTC | Description | Status |
|---|---|---|
| U0253:00-28 | Lost Communication With Accessory Protocol Interface Module | CMDTCs |

IPMA(Image processing module A) ( 2 DTCs )

| DTC | Description | Status |
|---|---|---|

AUTEL www.autel.com MaxiSys MS908S Pro II Page 2

**Figure A - 5. Page 2 of 4 of the 2021 Ford F-150 (Silver) Diagnostic Report – After Testing.**

Forensic Rock

## Appendix -A

### 2021 Ford F-150 (Silver) Vehicle Diagnostic reports

2021 MY(Model Year)/Ford/F-150/ Test Time: 2025-06-23 16:33:34 Report ID: MAXIA20250623163334

| | | |
|---|---|---|
| B1578:78-2F | Digital Park Assist Camera Vision System | CMDTCs |
| U0415:86-28 | Invalid Data Received from Anti-Lock Brake System (Antilock braking system) Control Module A | CMDTCs |

PSCM(Power steering control module) ( 2 DTCs )

| DTC | Description | Status |
|---|---|---|
| U023A:00-28 | Lost communication with Image Processing Module A (IPMA) | CMDTCs |
| U0415:00-28 | Invalid data received from ABS control module A | CMDTCs |

SCCM(Steering column control module) ( 2 DTCs )

| DTC | Description | Status |
|---|---|---|
| B137F:9E-28 | Steering Wheel Left Switch Pack | CMDTCs |
| B1380:9E-2A | Steering Wheel Right Switch Pack | CMDTCs |

TRM(Trailer module) ( 1 DTC )

| DTC | Description | Status |
|---|---|---|
| U0140:82-08 | Lost Communication With Body Control Module | CMDTCs |

Pre-scan Technician Notes

**Post-scan DTC ( 7 )**

IPMA(Image processing module A) ( 2 DTCs )

| DTC | Description | Status |
|---|---|---|
| B1578:78-2F | Digital Park Assist Camera Vision System | CMDTCs |
| U0415:86-28 | Invalid Data Received from Anti-Lock Brake System (Antilock braking system) Control Module A | CMDTCs |

PSCM(Power steering control module) ( 2 DTCs )

| DTC | Description | Status |
|---|---|---|
| U023A:00-28 | Lost communication with Image Processing Module A (IPMA) | CMDTCs |
| U0415:00-28 | Invalid data received from ABS control module A | CMDTCs |

SCCM(Steering column control module) ( 2 DTCs )

| DTC | Description | Status |
|---|---|---|
| B137F:9E-28 | Steering Wheel Left Switch Pack | CMDTCs |
| B1380:9E-28 | Steering Wheel Right Switch Pack | CMDTCs |

TRM(Trailer module) ( 1 DTC )

| DTC | Description | Status |
|---|---|---|
| U0140:82-08 | Lost Communication With Body Control Module | CMDTCs |

Post-scan Technician Notes

AUTEL www.autel.com MaxiSys MS908S Pro II Page 3

**Figure A - 6. Page 3 of 4 of the 2021 Ford F-150 (Silver) Diagnostic Report – After Testing.**

# Appendix -A

## 2021 Ford F-150 (Silver) Vehicle Diagnostic reports

2021 MY(Model Year)/Ford/F-150/ Test Time: 2025-06-23 16:33:34 Report ID: MAXIA20250623163334

Customer name: ______________________

Technician: ______________________

Date: ______________________

Note:Please save a copy of this report for your records.

*Disclaimer: This report provides a reference for vehicle inspection and maintenance only. Autel is not liable for any accident, property damage, or personal injury resulting from the use of this information.*

AUTEL www.autel.com MaxiSys MS908S Pro II Page 4

**Figure A - 7. Page 4 of 4 of the 2021 Ford F-150 (Silver) Diagnostic Report – After Testing.**

## Appendix -B

### 2021 Ford F-150 (Black) Vehicle Diagnostic reports

AUTEL

**Shop Name:**
Tel: --
Email:
Address: --

Report ID: MAXIA20250618113756
Test Time: 2025-06-18 11:37:56
Technician: dh

# 2021 MY(Model Year) Ford Pre-scan Report

**Vehicle Information**

2021 MY(Model Year)/Ford/F-150/
VIN: 1FTFW1ED9MFA93940

Odometer Reading: 157206 miles
License Plate: --

**Customer Information**

Name: --

Tel: --

Scan to download PDF

**Device Information**

Scanner: MaxiSys MS908S Pro II
Version: V5.96

Serial Number: V29GNCC01117
Repair Order Number: 2021 FORD F-150 - BLACK - BT

**System Scanned( 43 )**

| System | | Calibration | Status/DTC |
|---|---|---|---|
| PCM(Powertrain control module) | | | 2 |
| ABS(Anti-lock brake system) | | | 1 |
| RCM(Restraint control module) | | | 0 |
| IPC(Instrument panel control module) | | | 2 |
| ACCM(Air conditioning control module) | | | 0 |
| ACM(Audio control module) | | | 0 |
| APIM(Accessory protocol interface module) | | | 3 |
| ATCM(All terrain control module) | | | 0 |
| BCMC(Body control module C) | | | 1 |
| BECM(Battery energy control module) | | | 0 |
| BdyCM(Body control module) | ADAS | | 2 |
| C-CM(Cruise control module) | ADAS | | 0 |
| CMR(Camera module (rear)) | ADAS | | 1 |
| DCACA(Direct current/alternating current converter module A) | | | 0 |
| DCDC(DC/DC converter control module) | | | 0 |
| DDM(Driver front door module) | | | 0 |
| DSM(Driver front seat module) | | | 0 |
| DSP(Digital signal processing module (audio)) | | | 0 |
| GSM(Gear shift module) | | | 0 |

AUTEL www.autel.com MaxiSys MS908S Pro II Page 1

**Figure B - 1. Page 1 of 5 of the 2021 Ford F-150 (Black) Diagnostic Report – Before Testing.**

Forensic Rock

## Appendix -B

### 2021 Ford F-150 (Black) Vehicle Diagnostic reports

2021 MY(Model Year)/Ford/F-150/ Test Time: 2025-06-18 11:37:56 Report ID: MAXIA20250618113756

| | | |
|---|---|---|
| GWM(Gateway module A) | | 0 |
| HCM(Headlamp control module) | ADAS | 0 |
| HVAC(Heating ventilation air conditioning) | | 3 |
| IPMA(Image processing module A) | ADAS | 2 |
| OCS(Occupant classification system module) | | 2 |
| PACM(Pedestrian alert control module) | | 0 |
| PDM(Passenger front door module) | | 1 |
| PSCM(Power steering control module) | | 3 |
| RGTM(Rear gate/trunk module) | | 0 |
| RTM(Radio transceiver module) | | 0 |
| SASM(Steering angle sensor module) | | 0 |
| SCCM(Steering column control module) | | 0 |
| SCMG(Seat control module G) | | 2 |
| SCMH(Seat control module H) | | 3 |
| SECM(Steering effort control module) | | 1 |
| SOBDMC(Secondary OBD control module C) | | 1 |
| SODCMC(Side obstacle detection control module C) | | 0 |
| SODCMD(Side obstacle detection control module D) | | 0 |
| SODL(Side obstacle detection control module - left) | ADAS | 0 |
| SODR(Side obstacle detection control module - right) | ADAS | 0 |
| TCCM(Transfer case control module) | | 1 |
| TCU(Telematic control unit) | | 0 |
| TRM(Trailer module) | | 0 |
| WACM(Wireless accessory charging module) | | 0 |

**Pre-scan DTC ( 31 )**

PCM(Powertrain control module) ( 2 DTCs )

| DTC | Description | Status |
|---|---|---|
| P04B5:00-65 | Fuel Fill Door Stuck Open | CMDTCs |
| C0604:00-2F | Active Air Dam Control Circuit Performance | CMDTCs |

ABS(Anti-lock brake system) ( 1 DTC )

AUTEL www.autel.com MaxiSys MS908S Pro II Page 2

Figure B - 2. Page 2 of 5 of the 2021 Ford F-150 (Black) Diagnostic Report – Before Testing.

## Appendix -B

### 2021 Ford F-150 (Black) Vehicle Diagnostic reports

2021 MY(Model Year)/Ford/F-150/ Test Time: 2025-06-18 11:37:56 Report ID: MAXIA20250618113756

| DTC | Description | Status |
|---|---|---|
| U0164:00-28 | Lost Communication With HVAC(Heating Ventilation Air Conditioning) Control Module | CMDTCs |

IPC(Instrument panel control module) ( 2 DTCs )

| DTC | Description | Status |
|---|---|---|
| U0140:00-08 | Lost Communication With Body Control Module | CMDTCs |
| U0424:82-08 | Invalid Data Received From HVAC(Heating Ventilation Air Conditioning) Control Module | CMDTCs |

APIM(Accessory protocol interface module) ( 3 DTCs )

| DTC | Description | Status |
|---|---|---|
| U024B:00-08 | Lost Communication with Seat Control Module G | CMDTCs |
| U024C:00-08 | Lost Communication with Seat Control Module H | CMDTCs |
| U0256:00-08 | Lost Communication With Front Controls Interface Module A | CMDTCs |

BCMC(Body control module C) ( 1 DTC )

| DTC | Description | Status |
|---|---|---|
| U0164:87-08 | Lost communication with Heating, Ventilation, and Air Conditioning system (HVAC) control module | CMDTCs |

BdyCM(Body control module) ( 2 DTCs )

| DTC | Description | Status |
|---|---|---|
| U0200:87-08 | Lost Communication With Door Control Module B | CMDTCs |
| U0256:87-08 | Lost Communication With Front Controls Interface Module A | CMDTCs |

CMR(Camera module (rear)) ( 1 DTC )

| DTC | Description | Status |
|---|---|---|
| B15E1:97-08 | Driver side LED | CMDTCs |

HVAC(Heating ventilation air conditioning) ( 3 DTCs )

| DTC | Description | Status |
|---|---|---|
| B1083:07-08 | Recirculation Damper Motor | CMDTCs |
| U0140:00-08 | Lost Communication With Body Control Module | CMDTCs |
| U0253:00-08 | Lost Communication With Accessory Protocol Interface Module | CMDTCs |

IPMA(Image processing module A) ( 2 DTCs )

| DTC | Description | Status |
|---|---|---|
| B1578:89-28 | Digital Park Assist Camera Vision System | CMDTCs |
| U0164:00-28 | Lost Communication With HVAC(Heating Ventilation Air Conditioning) Control Module | CMDTCs |

AUTEL www.autel.com MaxiSys MS908S Pro II Page 3

**Figure B - 3. Page 3 of 5 of the 2021 Ford F-150 (Black) Diagnostic Report – Before Testing.**

Forensic Rock

## Appendix -B

### 2021 Ford F-150 (Black) Vehicle Diagnostic reports

2021 MY(Model Year)/Ford/F-150/ Test Time: 2025-06-18 11:37:56 Report ID: MAXIA20250618113756

OCS(Occupant classification system module) ( 2 DTCs )

| DTC | Description | Status |
|---|---|---|
| U024C:00-28 | Lost Communication with Seat Control Module H | CMDTCs |
| U0509:00-28 | Invalid Data Received From Seat Control Module A | CMDTCs |

PDM(Passenger front door module) ( 1 DTC )

| DTC | Description | Status |
|---|---|---|
| B1C15:15-48 | Passenger Up/Down Mirror Motor Feedback | CMDTCs |

PSCM(Power steering control module) ( 3 DTCs )

| DTC | Description | Status |
|---|---|---|
| U023A:00-28 | Lost communication with Image Processing Module A (IPMA) | CMDTCs |
| U0256:00-28 | Lost communication with Front Controls Interface Module (FCIM) A | CMDTCs |
| U3003:68-28 | Battery voltage | CMDTCs |

SCMG(Seat control module G) ( 2 DTCs )

| DTC | Description | Status |
|---|---|---|
| U0140:00-08 | Lost Communication With Body Control Module | CMDTCs |
| U0253:00-08 | Lost Communication With Accessory Protocol Interface Module | CMDTCs |

SCMH(Seat control module H) ( 3 DTCs )

| DTC | Description | Status |
|---|---|---|
| U0140:00-08 | Lost Communication With Body Control Module | CMDTCs |
| U024B:00-08 | Lost Communication with Seat Control Module G | CMDTCs |
| U0253:00-08 | Lost Communication With Accessory Protocol Interface Module | CMDTCs |

SECM(Steering effort control module) ( 1 DTC )

| DTC | Description | Status |
|---|---|---|
| U0121:00-48 | Lost Communication With Anti-Lock Brake System (Antilock braking system) Control Module A | CMDTCs |

SOBDMC(Secondary OBD control module C) ( 1 DTC )

| DTC | Description | Status |
|---|---|---|
| U0164:00-28 | Lost Communication With HVAC(Heating Ventilation Air Conditioning) Control Module | CMDTCs |

TCCM(Transfer case control module) ( 1 DTC )

| DTC | Description | Status |
|---|---|---|
| C06A2:77-08 | Wheel hub disconnect motor B control | CMDTCs |

Pre-scan Technician Notes

AUTEL www.autel.com MaxiSys MS908S Pro II Page 4

**Figure B - 4. Page 4 of 5 of the 2021 Ford F-150 (Black) Diagnostic Report – Before Testing.**

Forensic Rock

## Appendix -B

### 2021 Ford F-150 (Black) Vehicle Diagnostic reports

2021 MY(Model Year)/Ford/F-150/ Test Time: 2025-06-18 11:37:56 Report ID: MAXIA20250618113756






Customer name: ____________________

Technician: ____________________

Date: ____________________

Note:Please save a copy of this report for your records.

*Disclaimer: This report provides a reference for vehicle inspection and maintenance only. Autel is not liable for any accident, property damage, or personal injury resulting from the use of this information.*

AUTEL www.autel.com MaxiSys MS908S Pro II Page 5

**Figure B -5. Page 5 of 5 of the 2021 Ford F-150 (Black) Diagnostic Report – Before Testing.**

Forensic Rock

## Appendix -B

### 2021 Ford F-150 (Black) Vehicle Diagnostic reports

AUTEL

**Shop Name:**
Tel: --
Email:
Address: --

Report ID: MAXIA20250617131805
Test Time: 2025-06-17 13:18:05
Technician: dh

# 2021 MY(Model Year) Ford Pre-scan Report

**Vehicle Information**

2021 MY(Model Year)/Ford/F-150/
VIN: 1FTFW1ED9MFA93940

Odometer Reading: 157094miles
License Plate: --

**Customer Information**

Name: --

Tel: --

Scan to download PDF

**Device Information**

Scanner: MaxiSys MS908S Pro II
Version: V5.96

Serial Number: V29GNCC01117
Repair Order Number: 24929-WOOTEN-BLUECRUISEF150-B4

**System Scanned( 43 )**

| System | Calibration | Status/DTC |
|---|---|---|
| PCM(Powertrain control module) | | 1 |
| ABS(Anti-lock brake system) | | 1 |
| RCM(Restraint control module) | | 0 |
| IPC(Instrument panel control module) | | 2 |
| ACCM(Air conditioning control module) | | 0 |
| ACM(Audio control module) | | 0 |
| APIM(Accessory protocol interface module) | | 3 |
| ATCM(All terrain control module) | | 0 |
| BCMC(Body control module C) | | 1 |
| BECM(Battery energy control module) | | 0 |
| BdyCM(Body control module) | ADAS | 2 |
| C-CM(Cruise control module) | ADAS | 0 |
| CMR(Camera module (rear)) | ADAS | 1 |
| DCACA(Direct current/alternating current converter module A) | | 0 |
| DCDC(DC/DC converter control module) | | 0 |
| DDM(Driver front door module) | | 0 |
| DSM(Driver front seat module) | | 0 |
| DSP(Digital signal processing module (audio)) | | 0 |
| GSM(Gear shift module) | | 0 |

AUTEL www.autel.com MaxiSys MS908S Pro II Page 1

Figure B - 6. Page 1 of 5 of the 2021 Ford F-150 (Black) Diagnostic Report – After Testing.

Forensic Rock

**Appendix -B**

**2021 Ford F-150 (Black) Vehicle Diagnostic reports**

2021 MY(Model Year)/Ford/F-150/ Test Time: 2025-06-17 13:18:05 Report ID: MAXIA20250617131805

| | | |
|---|---|---|
| GWM(Gateway module A) | | 0 |
| HCM(Headlamp control module) | ADAS | 0 |
| HVAC(Heating ventilation air conditioning) | | 3 |
| IPMA(Image processing module A) | ADAS | 1 |
| OCS(Occupant classification system module) | | 2 |
| PACM(Pedestrian alert control module) | | 0 |
| PDM(Passenger front door module) | | 1 |
| PSCM(Power steering control module) | | 3 |
| RGTM(Rear gate/trunk module) | | 0 |
| RTM(Radio transceiver module) | | 0 |
| SASM(Steering angle sensor module) | | 0 |
| SCCM(Steering column control module) | | 0 |
| SCMG(Seat control module G) | | 2 |
| SCMH(Seat control module H) | | 3 |
| SECM(Steering effort control module) | | 1 |
| SOBDMC(Secondary OBD control module C) | | 1 |
| SODCMC(Side obstacle detection control module C) | | 0 |
| SODCMD(Side obstacle detection control module D) | | 0 |
| SODL(Side obstacle detection control module - left) | ADAS | 0 |
| SODR(Side obstacle detection control module - right) | ADAS | 0 |
| TCCM(Transfer case control module) | | 1 |
| TCU(Telematic control unit) | | 0 |
| TRM(Trailer module) | | 0 |
| WACM(Wireless accessory charging module) | | 0 |

**Pre-scan DTC ( 29 )**

PCM(Powertrain control module) ( 1 DTC )

| DTC | Description | Status |
|---|---|---|
| C0604:00-2F | Active Air Dam Control Circuit Performance | CMDTCs |

ABS(Anti-lock brake system) ( 1 DTC )

| DTC | Description | Status |
|---|---|---|

AUTEL www.autel.com MaxiSys MS908S Pro II Page 2

**Figure B - 7. Page 2 of 5 of the 2021 Ford F-150 (Black) Diagnostic Report – After Testing.**

## Appendix -B

### 2021 Ford F-150 (Black) Vehicle Diagnostic reports

2021 MY(Model Year)/Ford/F-150/ Test Time: 2025-06-17 13:18:05 Report ID: MAXIA20250617131805

| | | |
|---|---|---|
| U0164:00-28 | Lost Communication With HVAC(Heating Ventilation Air Conditioning) Control Module | CMDTCs |

IPC(Instrument panel control module) ( 2 DTCs )

| DTC | Description | Status |
|---|---|---|
| U0140:00-08 | Lost Communication With Body Control Module | CMDTCs |
| U0424:82-08 | Invalid Data Received From HVAC(Heating Ventilation Air Conditioning) Control Module | CMDTCs |

APIM(Accessory protocol interface module) ( 3 DTCs )

| DTC | Description | Status |
|---|---|---|
| U024B:00-08 | Lost Communication with Seat Control Module G | CMDTCs |
| U024C:00-08 | Lost Communication with Seat Control Module H | CMDTCs |
| U0256:00-08 | Lost Communication With Front Controls Interface Module A | CMDTCs |

BCMC(Body control module C) ( 1 DTC )

| DTC | Description | Status |
|---|---|---|
| U0164:87-48 | Lost communication with Heating, Ventilation, and Air Conditioning system (HVAC) control module | CMDTCs |

BdyCM(Body control module) ( 2 DTCs )

| DTC | Description | Status |
|---|---|---|
| U0200:87-08 | Lost Communication With Door Control Module B | CMDTCs |
| U0256:87-08 | Lost Communication With Front Controls Interface Module A | CMDTCs |

CMR(Camera module (rear)) ( 1 DTC )

| DTC | Description | Status |
|---|---|---|
| B15E1:97-08 | Driver side LED | CMDTCs |

HVAC(Heating ventilation air conditioning) ( 3 DTCs )

| DTC | Description | Status |
|---|---|---|
| B1083:07-08 | Recirculation Damper Motor | CMDTCs |
| U0140:00-08 | Lost Communication With Body Control Module | CMDTCs |
| U0253:00-08 | Lost Communication With Accessory Protocol Interface Module | CMDTCs |

IPMA(Image processing module A) ( 1 DTC )

| DTC | Description | Status |
|---|---|---|
| U0164:00-28 | Lost Communication With HVAC(Heating Ventilation Air Conditioning) Control Module | CMDTCs |

OCS(Occupant classification system module) ( 2 DTCs )

| DTC | Description | Status |
|---|---|---|

AUTEL www.autel.com MaxiSys MS908S Pro II Page 3

**Figure B - 8. Page 3 of 5 of the 2021 Ford F-150 (Black) Diagnostic Report – After Testing.**

## Appendix -B

### 2021 Ford F-150 (Black) Vehicle Diagnostic reports

2021 MY(Model Year)/Ford/F-150/ Test Time: 2025-06-17 13:18:05 Report ID: MAXIA20250617131805

| | | |
|---|---|---|
| U024C:00-28 | Lost Communication with Seat Control Module H | CMDTCs |
| U0509:00-28 | Invalid Data Received From Seat Control Module A | CMDTCs |

PDM(Passenger front door module) ( 1 DTC )

| DTC | Description | Status |
|---|---|---|
| B1C15:15-48 | Passenger Up/Down Mirror Motor Feedback | CMDTCs |

PSCM(Power steering control module) ( 3 DTCs )

| DTC | Description | Status |
|---|---|---|
| U023A:00-28 | Lost communication with Image Processing Module A (IPMA) | CMDTCs |
| U0256:00-28 | Lost communication with Front Controls Interface Module (FCIM) A | CMDTCs |
| U3003:68-28 | Battery voltage | CMDTCs |

SCMG(Seat control module G) ( 2 DTCs )

| DTC | Description | Status |
|---|---|---|
| U0140:00-08 | Lost Communication With Body Control Module | CMDTCs |
| U0253:00-08 | Lost Communication With Accessory Protocol Interface Module | CMDTCs |

SCMH(Seat control module H) ( 3 DTCs )

| DTC | Description | Status |
|---|---|---|
| U0140:00-08 | Lost Communication With Body Control Module | CMDTCs |
| U024B:00-08 | Lost Communication with Seat Control Module G | CMDTCs |
| U0253:00-08 | Lost Communication With Accessory Protocol Interface Module | CMDTCs |

SECM(Steering effort control module) ( 1 DTC )

| DTC | Description | Status |
|---|---|---|
| U0121:00-48 | Lost Communication With Anti-Lock Brake System (Antilock braking system) Control Module A | CMDTCs |

SOBDMC(Secondary OBD control module C) ( 1 DTC )

| DTC | Description | Status |
|---|---|---|
| U0164:00-28 | Lost Communication With HVAC(Heating Ventilation Air Conditioning) Control Module | CMDTCs |

TCCM(Transfer case control module) ( 1 DTC )

| DTC | Description | Status |
|---|---|---|
| C06A2:77-48 | Wheel hub disconnect motor B control | CMDTCs |

Pre-scan Technician Notes

AUTEL www.autel.com MaxiSys MS908S Pro II Page 4

**Figure B - 9. Page 4 of 5 of the 2021 Ford F-150 (Black) Diagnostic Report – After Testing.**

Forensic Rock

## Appendix -B

### 2021 Ford F-150 (Black) Vehicle Diagnostic reports

2021 MY(Model Year)/Ford/F-150/ Test Time: 2025-06-17 13:18:05 Report ID: MAXIA20250617131805

Customer name: __________

Technician: __________

Date: __________

Note:Please save a copy of this report for your records.

*Disclaimer: This report provides a reference for vehicle inspection and maintenance only. Autel is not liable for any accident, property damage, or personal injury resulting from the use of this information.*

AUTEL www.autel.com MaxiSys MS908S Pro II Page 5

**Figure B - 10. Page 5 of 5 of the 2021 Ford F-150 (Black) Diagnostic Report – After Testing.**

# Exhibit B

Forensic Rock

# Discovery & Data Analysis

Wooten v. Ford

Forensic Rock

# Purpose of the Document

Forensic Rock

- Understanding Comma AI, an aftermarket ADAS system
- Understanding Comma AI's DBC resources
- Understanding Ford F-150's path planning
- Understanding CAN signals related to the Ford F-150's path planning
- Data Analysis of the testing

# Understanding Comma AI

Forensic Rock




- Comma AI is an Aftermarket ADAS( Advanced Driver Assistance System).
- Comma AI is capable of Automated Lane Centering Adaptive Cruise Control, Lane Change Assist, and Driver Monitoring.
- Comma AI differs from other aftermarket ADAS systems in that it can control the steering, brakes, and accelerator present in your car.



[1]Source (Comma Ai website)

# How does Comma AI Work

Forensic Rock




Note – Openpilot Device here means Comma AI

- CAN (Controller Area Network) allows communication between the vehicle's Electronic Control Units(ECU).
- Comma AI intercepts the messages between Electronic Control Units. Some examples of CAN messages are steering wheel angle, brake pedal position, and accelerator pedal position.
- Before controlling the vehicle, the CAN messages need to be decoded. As CAN messages are Binary data. The process of converting the CAN data is known as reverse engineering CAN signals.
- Once the messages are decoded, Comma AI can send better signals to the ECU to control the car.

Reference Comma AI Presentation (https://www.youtube.com/watch?v=nNU6ipme878)

# Introduction to DBC Files




Purpose of DBC File



```
BO_ 394 ACCDATA_3: 8 IPMA_ADAS
 SG_ HaDsply_No_Cs : 63|8@0+ (1,0) [0|255] "Unitless"  GWM
 SG_ HaDsply_No_Cnt : 4|4@0+ (1,0) [0|15] "Unitless"  GWM
 SG_ AccStopStat_D_Dsply : 41|2@0+ (1,0) [0|3] "SED"  GWM
 SG_ AccTrgDist2_D_Dsply : 27|4@0+ (1,0) [0|15] "SED"  GWM
 SG_ AccStopRes_B_Dsply : 54|1@0+ (1,0) [0|1] "SED"  GWM
 SG_ TjaWarn_D_Rq : 50|3@0+ (1,0) [0|7] "SED"  GWM
 SG_ Tja_D_Stat : 44|3@0+ (1,0) [0|7] "SED"  GWM
 SG_ TjaMsgTxt_D_Dsply : 53|3@0+ (1,0) [0|7] "SED"  GWM
 SG_ IaccLamp_D_Rq : 46|2@0+ (1,0) [0|3] "SED"  GWM
 SG_ AccMsgTxt_D2_Rq : 31|4@0+ (1,0) [0|15] "SED"  GWM
 SG_ FcwDeny_B_Dsply : 10|1@0+ (1,0) [0|1] "SED"  GWM
 SG_ FcwMemStat_B_Actl : 13|1@0+ (1,0) [0|1] "SED"  GWM
 SG_ AccTGap_B_Dsply : 35|1@0+ (1,0) [0|1] "SED"  GWM
 SG_ CadsAlignIncplt_B_Actl : 11|1@0+ (1,0) [0|1] "SED"  GWM
 SG_ AccFllwMde_B_Dsply : 17|1@0+ (1,0) [0|1] "SED"  GWM
 SG_ CadsRadrBlck_B_Actl : 22|1@0+ (1,0) [0|1] "SED"  GWM
 SG_ CmbbPostEvnt_B_Dsply : 15|1@0+ (1,0) [0|1] "SED"  GWM
 SG_ AccStopMde_B_Dsply : 0|1@0+ (1,0) [0|1] "SED"  GWM
 SG_ FcwMemSens_D_Actl : 20|2@0+ (1,0) [0|3] "SED"  GWM
 SG_ FcwMsgTxt_D_Rq : 7|3@0+ (1,0) [0|7] "SED"  GWM
 SG_ AccWarn_D_Dsply : 39|2@0+ (1,0) [0|3] "SED"  GWM
 SG_ FcwVisblWarn_B_Rq : 47|1@0+ (1,0) [0|1] "SED"  GWM
 SG_ FcwAudioWarn_B_Rq : 8|1@0+ (1,0) [0|1] "SED"  GWM
 SG_ AccTGap_D_Dsply : 34|3@0+ (1,0) [0|7] "SED"  GWM
 SG_ AccMemEnbl_B_RqDrv : 36|1@0+ (1,0) [0|1] "SED"  GWM
 SG_ FdaMem_B_Stat : 37|1@0+ (1,0) [0|1] "SED"  GWM
```

A sample DBC file data

- A DBC file is a text-based database file format used in the automotive industry to define the structure and content of CAN (Controller Area Network) messages.
- DBC files act as a translator, providing information about how to decode raw CAN data into human-readable signals and their corresponding physical values.
- Mostly, these DBC files are confidential, and vehicle manufacturers do not make these public.
- Comma AI provides open-source DBC files for various vehicle manufacturers.
- Note that the Comma AI's DBC data is open-source.

Reference CAN Bus: The Ultimate Guide, by CSS Electronics

Forensic Rock

# Clarity on Comma AI's DBC Files

Forensic Rock

- Comma AI's DBC files are open-source under the MIT License

README | MIT license

Copyright (c) 2020, Comma.ai, Inc.

Permission is hereby granted, free of charge, to any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

# Understanding Ford's Path Planning

Forensic Rock




**Figure 2: Symbolic Representation of Path Signals**

- LatCtlPathOffst_L_Actl - Lateral offset to planned driving path [m]
  Positive values mean the steering path is to the left of the vehicle centerline.
- LatCtlPath_An_Actl - Angle to planned driving path [rad]
  Positive values mean the steering path varies from the camera longitudinal axis in the counterclockwise direction at the camera origin when viewed from above.
- LatCtlCurv_No_Actl - Curvature of planned driving path [1/m]
  Positive values mean the steering path curves to the left at the camera origin.
- LatCtlCrv_NoRate2_Actl - Curvature rate of planned driving path [1/m²]
  Positive values mean the steering path curvature rate of change is trending to the left.

- Ford uses these four CAN signals for lateral Control. Note that there are more signals responsible for the lateral control of the vehicle, but these four are among the most significant.

Reference: Page 115 – 116 of

**Lateral Control (TJA/LCA) Feature Specification**

| | |
|---|---|
| Author: | Giersiefer, Andreas (agiersi1) |
| Date Frozen/Released: | |
| VSEM ID & Revision: | 424345– A |
| VSEM Status: | |

| | | | |
|---|---|---|---|
| VSEM Status: | | GIS1 Item Number: | 02.05 / C+3 |
| Date Issued: | | GIS2 Classification: | Proprietary |
| Author: | Giersiefer, Andreas (agiersi1) | | 1 |

PRODUCED BY FORD MOTOR COMPANY IN WOOTEN V. FORD SUBJECT TO NON-SHARING PROTECTIVE ORDER

# Understanding Ford's Path Planning – System Architecture

Forensic Rock




**The camera provides lateral control signals to the Lateral Motion control block.**

**Same 4 CAN signals mentioned in the previous slide**

**Lateral Motion Control is responsible for Path Following.**

Reference: Page 93 of

**Lateral Control (TJA/LCA) Feature Specification**

| | |
|---|---|
| Author: | Giersiefer, Andreas (agiersi1) |
| Date Frozen/Released: | |
| VSEM ID & Revision: | 424345– A |
| VSEM Status: | |

| | | | |
|---|---|---|---|
| VSEM Status: | | GIS1 Item Number: | 02.05 / C+3 |
| Date Issued: | | GIS2 Classification: | Proprietary |
| Author: | Giersiefer, Andreas (agiersi1) | | 1 |

PRODUCED BY FORD MOTOR COMPANY IN WOOTEN V. FORD SUBJECT TO NON-SHARING PROTECTIVE ORDER

# Understanding Ford’s Path Planning – Communication Protocol

Forensic Rock




| | | | |
|---|---|---|---|
| GWM | HS1-CAN | BCM | Body Control Module |
| | | PCM | Powertrain Control Module |
| | HS2-CAN | IPMA | Image Processing Module "A" |
| | | PSCM | Power Steering Control Module |
| | | ABS_ESC | Anti-Lock Brake System / Electronic Stability Control Module |
| | | RCM | Restraints Control Module |
| | | SCCM | Steering Column Control Module |
| | HS3-CAN | IPC | Instrument Panel Cluster Control Module |

- The Block diagram explains the CAN communication between the ECU(Electronic Control Unit).
- The Gateway Module (GWM) enables signal interchange between the involved HS1-CAN (not shown above), HS2-CAN, and HS3-CAN buses.

Reference: Page 9 of

9

| | |
|---|---|
| Commodities | Lane Keeping System (LKS) |
| Program(s) | CORE |
| Document Version | 1.0 |
| Document Owner | Rüdiger Kieneke (rkieneke) |

Template Authors: D. Hatebur (dhatebur)
Y. Rambinintsoa (yrambin1)
T. Frese (tfrese)
A. Müller-Lerwe (amuell12)

Torsten Dittel
GIS1 Item Number: 27.60
GIS2 Classification: Confidential

Date Issued: 09.01.2014
Date Revised: 16.08.2018
Retention Start Date:

PRODUCED BY FORD MOTOR COMPANY IN WOOTEN V. FORD SUBJECT TO NON-SHARING PROTECTIVE ORDER

# Comma AI CAN signal for path planning.

| CAN signal name in open source dbc | Function and values (As per Comma Ai) | Reference from commai | Signal Name in Ford Document | Function and Values (As per Ford documents) |
|---|---|---|---|---|
| AdbUrbanArea_B_Stat | 1 "Yes"<br>0 "No" | ford_lincoln_base_pt.dbc | NA | NA |
| LightPathOffst_L_Actl | Driving Path offset<br>[-5.12\|5.11] meter | ford_lincoln_base_pt.dbc | LatCtlPathOffst_L_Actl | Lateral offset to planned driving path (dy) [m]. Positive value = difference to the right (distance to right lane is shorter than to the left lane). |
| LightPath_An_Actl | Driving Path angle<br>[-0.5\|0.5235] radians | ford_lincoln_base_pt.dbc | LatCtlPath_An_Actl | Angle to planned driving path (Psi) [rad].Positive value = drive to the right side. |
| LightCurv_NoRate_Actl | Driving Path Curvature rate [-0.001024\|0.00102375] 1/meter^2 | ford_lincoln_base_pt.dbc | LatCtlCurv_NoRate2_Actl | Curvature rate of planned driving path [1/m2]. Positive value = changing from right to left turn. |
| LightCurv_No_Actl | Driving Path Curvature<br>[-0.02\|0.02094] 1/meter | ford_lincoln_base_pt.dbc | LatCtlCurv_No_Actl | Curvature of planned driving path (1/radius) [1/m]. Positive value = left turn. |

- In this document, the signal name convention from Comma AI's DBC file will be used. For example, LatCtlPathOffst_L_Actl will be labeled as LightPathOffst_L_Actl in the data analysis.
- In every figure, there is an explanation for the system's behavior based on the CAN signal.

# Understanding Comma AI's Lateral Control Function

```python
def create_lat_ctl_msg(packer, CAN: CanBus, lat_active: bool, path_offset: float, path_angle: float, curvature: float,
                       curvature_rate: float):
  """
  Creates a CAN message for the Ford TJA/LCA Command.

  This command can apply "Lane Centering" maneuvers: continuous lane centering for traffic jam assist and highway
  driving. It is not subject to the PSCM lockout.

  Ford lane centering command uses a third order polynomial to describe the road centerline. The polynomial is defined
  by the following coefficients:
    c0: lateral offset between the vehicle and the centerline (positive is right)
    c1: heading angle between the vehicle and the centerline (positive is right)
    c2: curvature of the centerline (positive is left)
    c3: rate of change of curvature of the centerline
  As the PSCM combines this information with other sensor data, such as the vehicle's yaw rate and speed, the steering
  angle cannot be easily controlled.

  The PSCM should be configured to accept TJA/LCA commands before these commands will be processed. This can be done
  using tools such as Forscan.

  Frequency is 20Hz.
  """

  values = {
    "LatCtlRng_L_Max": 0,                       # Unknown [0|126] meter
    "HandsOffCnfm_B_Rq": 0,                     # Unknown: 0=Inactive, 1=Active [0|1]
    "LatCtl_D_Rq": 1 if lat_active else 0,      # Mode: 0=None, 1=ContinuousPathFollowing, 2=InterventionLeft,
                                                #       3=InterventionRight, 4-7=NotUsed [0|7]
    "LatCtlRampType_D_Rq": 0,                   # Ramp speed: 0=Slow, 1=Medium, 2=Fast, 3=Immediate [0|3]
                                                #             Makes no difference with curvature control
    "LatCtlPrecision_D_Rq": 1,                  # Precision: 0=Comfortable, 1=Precise, 2/3=NotUsed [0|3]
                                                #            The stock system always uses comfortable
    "LatCtlPathOffst_L_Actl": path_offset,      # Path offset [-5.12|5.11] meter
    "LatCtlPath_An_Actl": path_angle,           # Path angle [-0.5|0.5235] radians
    "LatCtlCurv_NoRate_Actl": curvature_rate,   # Curvature rate [-0.001024|0.00102375] 1/meter^2
    "LatCtlCurv_No_Actl": curvature,            # Curvature [-0.02|0.02094] 1/meter
  }
  return packer.make_can_msg("LateralMotionControl", CAN.main, values)
```

Can signals required by PSCM

- The figure on the left indicates a function that Comma AI uses to perform lateral control operations in a Ford vehicle.
- This is a Python function that Comma AI uses to control the lateral motion in the Ford F-150.
- The definitions in this Python code are consistent with the definition presented by Ford in their discovery documents. [Document title Lateral Control (TJA/LCA) Feature Specification, refer to previous slide.]
- As per this code, Ford's Power Steering Control Module (PSCM) will control the Ford vehicle, receiving the relevant CAN (signals mentioned in the previous slide). Note the red rectangle in the adjacent figure.
- In case the reverse engineering performed by Comma AI was wrong, the PSCM would lock out. In other words, if Comma AI's DBC resource had an incorrect signal mapped for lateral control, the Lane Keep Assist would not work.
- However, Comma Ai can control more than 300 car models, including those from Ford, Honda, Hyundai, Toyota, and Tesla.
- Hence, the DBC files on Comma AI's websites can be trusted.

Reference: Line 48 of the Comma AI Code for Ford's Lateral Control Planner https://github.com/commaai/opendbc/blob/master/opendbc/car/ford/fordcan.py

# Ford’s Path Planning – Exit Only Lane

Forensic Rock




- ‘Exhibit-15 - WOOTEN - 059_Detection of dedicated exit only lane using real-time vision and road level map’ describes Ford’s methodology for detecting an exit-only lane.
- Ford’s MPL(Map Previewer and Localization) system recognizes whether the host vehicle should stay in hands-free mode or not.
- Note the red rectangle in the adjacent figure; the vehicle **should not be in hands-free** mode in exit-only lanes.
- NOTE: our testing of the BlueCruise-equipped truck (i.e. the black truck) at the incident site shows that there is “Hands-Free” functionality of the system in the Exit Only lane. Therefore, this is evidence that the Ford’s ADAS does not recognize that it is in an Exit Lane while it is providing “Hands-Free” functionality.

Reference




**Detection of dedicated exit only lane using real time vision and road level map**

**DAT, PD: Shalabh Bhatnagar, Nitendra Nath, Amey Karnik, Jigarkumar Patel, Shruti Gotadki**

**DAT, R&A: Nahid Pervez**

# Ford’s Path Planning




- LightPathOffst_L_Actl signal was obtained from Comma AI’s DBC file resources. This signal is meant to indicate the lateral offset to the planned driving path. That is, if the value is positive, it indicates that the vehicle is closer to the right lane line.
- This signal indicates the vehicle’s distance to the Center Blue Line. A positive value indicates that the car is positioned on the right side of the center blue line and closer to the right blue line.
- In case this value is positive, the vehicle will try to go to the left.



Reference for figure: 107-12 Exhibit K - PPT of Picture from Ex D with Nath Explanation of Signals.pdf

# Ford's Path Planning




- LightCurv_No_Actl represents the curvature of the center blue line, which is nothing but the planned path curvature. If the value is positive, it indicates that the planned path curves to the left at the camera origin.
- It is measured in per meter in Ford documents, but here we have changed it to per foot. In this document, it will be referred to as Path Curvature.
- If we take the inverse of the path curvature measured in per ft, that gives us the radius of curvature of the planned route. For reference, according to the recon, the radius of curvature at the incident site is approximately 1000 ft.
- Path Curvature = 1 / Radius of Path. The higher the radius of path curvature, the straighter the planned path.



Reference for figure: 107-12 Exhibit K - PPT of Picture from Ex D with Nath Explanation of Signals.pdf

# Data Analysis for VBOX File 2




| Channel | At Start | At End | Difference | Max | Min | Avg |
|---|---|---|---|---|---|---|
| Speed (mph) | 76.80 | 76.76 | -0.04 | 76.84 | 76.59 | 76.71 |
| Steer_Angl | -0.3844337389 | 1.0242462080 | 1.4086799469 | 3.7633461058 | -0.4626937360 | 1.5464071724 |
| LightPathOffst_L_Actl (ft) | 0.01 | 1.14 | 1.13 | 1.31 | 0.01 | 0.89 |
| UTC time | 14:02:29.890 | 14:02:34.150 | 00:00:04.260 | -- | -- | -- |
| Elapsed time (s) | 229.810 | 234.070 | 4.260 | -- | -- | -- |
| Distance (ft) | 24433.08 | 24912.37 | 479.29 | -- | -- | -- |

- The corresponding figure represents the vehicle's position when the Lateral offset to the planned path changes to positive from a negative value.
- This change indicates that the vehicle intends to go further left of its current position.

 2021 – F-150 Lane Centering Mode (Silver Color)

# Data Analysis for VBOX File 2




- The corresponding figure shows the vehicle's position when the radius of curvature of the planned path is equal to +25199 ft. Such a high value of radius of curvature, equal to +25199 ft, indicates the planned route is straight. This is 0.40 seconds before the driver manually inputs the information.
- The lateral path offset at this instance is +1.18 ft.

2021 – F-150 Lane Centering Mode (Silver Color)

# Data Analysis for VBOX File 2




- The figure illustrates the vehicle's position at the onset of steering input, with a lateral path offset of +1.14 ft, indicating the vehicle is +1.14 feet to the right of its planned path (i.e. the Steering Probable Path, or SPP).

2021 – F-150 Lane Centering Mode (Silver Color)

# Data Analysis for VBOX File 2

Forensic Rock




- The figure illustrates the vehicle's position when the lateral path offset is at its maximum value before it starts decreasing, with a positive lateral path offset of +1.51 ft, indicating the vehicle is +1.51 feet to the right of its planned path.

2021 – F-150 Lane Centering Mode (Silver Color)

# Data Analysis for VBOX File 2




- The figure shows the first instance when the vehicle's system recognizes it is closer to the left lane line than it is to the right lane line. That is, the vehicle is -0.05 ft left of the planned path.

2021 – F-150 Lane Centering Mode (Silver Color)

# Data Analysis for VBOX File 2

Forensic Rock




- The figure shows the vehicle’s position when the Lane Keep system is available for the left lane and has suppressed the Lane Keep system for the right lane.
- The vehicle’s system has canceled the lane centering operation.

2021 – F-150 Lane Centering Mode (Silver Color)

# Data Analysis for VBOX File 3




- The corresponding figure represents the vehicle's position when the Lateral offset to the planned path changes to positive from a negative value.
- This change indicates that the vehicle intends to go further left of its current position.

 2021 – F-150 Lane Centering Mode (Silver Color)

# Data Analysis for VBOX File 3




- The corresponding figure shows the vehicle's position when the radius of the planned path is equal to +147341 ft. Such a high value of radius, equal to +147341 ft, indicates the planned route is straight.
- This is 0.59 seconds before the manual steering input.

 2021 – F-150 Lane Centering Mode (Silver Color)

# Data Analysis for VBOX File 3




- The figure shows the vehicle's position when the lateral path offset is at its maximum value.
- At this instance, the vehicle is +1.31 ft right of its planned path.



2021 – F-150 Lane Centering Mode (Silver Color)

# Data Analysis for VBOX File 3




- The figure illustrates the vehicle's position at the onset of steering input, with a lateral path offset of +0.69 ft, indicating that the vehicle is +0.69 ft to the right of its planned path.

2021 – F-150 Lane Centering Mode (Silver Color)

# Data Analysis for VBOX File 3




- The lateral path offset begins to change from a positive value to a negative value, which indicates the vehicle is closer to the left line than it is to the right lane line.

2021 – F-150 Lane Centering Mode (Silver Color)

# Data Analysis For VBOX File 5




- The lateral path offset begins to change from a negative value to a positive value, which indicates the vehicle is closer to the right line than it is to the left lane line.
- As seen from the graph, the lateral path continues to be positive.

2021 – F-150 Lane Centering Mode (Silver Color)

# Data Analysis For VBOX File 5




- The figure shows the vehicle's position when the driver has initiated steering.
- At this instance, the lateral path offset remains positive 1.02 ft. The graph for lateral control path offset exhibits an increasing (Positive value) trend, indicating that the system wants to continue moving to the left.

2021 – F-150 Lane Centering Mode (Silver Color)

# Data Analysis For VBOX File 5




- The figure shows the vehicle's position when the lateral path offset is at its maximum positive value of +1.64 ft while navigating the curve. Note that by this time, the driver has already applied steering correction.

2021 – F-150 Lane Centering Mode (Silver Color)

# Data Analysis for VBOX File 5




| Channel | At Start | At End | Difference | Max | Min | Avg |
|---|---|---|---|---|---|---|
| Speed (mph) | 76.63 | 76.55 | -0.09 | 76.63 | 76.54 | 76.58 |
| Steer_Angl | -0.4626937360 | -19.8711730093 | -19.4084792733 | -0.4626937360 | -19.8711730093 | -8.3633961674 |
| Radius of path Curvature (ft) | -5858.6428571423 | -81039.1043888433 | -75180.4615317010 | -5149.7491694289 | -81039.1043888433 | -11554.6212185691 |
| LightPathOffst_L_Actl (ft) | 1.02 | 1.08 | 0.06 | 1.12 | 1.02 | 1.04 |
| UTC time | 19:01:29.050 | 19:01:29.260 | 00:00:00.210 | -- | -- | -- |
| Elapsed time (s) | 58.4200 | 58.6300 | 0.2100 | -- | -- | -- |
| Distance (ft) | 6573.85 | 6597.43 | 23.59 | -- | -- | -- |

- During this test run, initially the radius of the planned path began to decrease; however, after 0.210 seconds of manual steering input, the radius of the planned path jumped to -81,039 ft. The figure shows the vehicle's position at the time the value jumped. Such a high value of radius indicates that the planned path is straight.

 2021 – F-150 Lane Centering Mode (Silver Color)

# Data Analysis for VBOX File 5




- During this test run, initially the radius of the planned path began to decrease(i.e., become smaller in magnitude); however, after 0.210 seconds of manual steering input, the radius of the intended path jumped to -81,039 ft. The larger the magnitude, the straighter the path.
- The figure shows the same instance from the previous slide, but here we have the recon diagram overlaid on the synced video, illustrating the vehicle's position at the time the value jumped. Such a high value of radius indicates that the planned path is straight.
- The lateral path offset is +1.08 ft at this instance; the driver has already initiated steering to the right.

2021 – F-150 Lane Centering Mode (Silver Color)

# Data Analysis for VBOX File 5




- The figure shows the test vehicle's position matching the vehicle position as per the recon diagram.

2021 – F-150 Lane Centering Mode (Silver Color)

# Data Analysis For VBOX File 5




- The system has suppressed Lane Keep Assist on both sides at this instance.

2021 – F-150 Lane Centering Mode (Silver Color)

# Ford's path planning




- As per the figure presented in the Ford document, the desired trajectory for the vehicle taking a right turn on a curve should be to the right of the centerline of the lane of travel.
- During this test (VBOX file 5), this behavior was not observed, and the vehicle was to the left of the lane centerline.

Reference for figure: Exhibit-16 WOOTEN - 062_ALB_FinalPoster.pdf

# Data Analysis for VBOX File 5

Forensic Rock




- The vehicle is to the left of the lane centerline despite driver correction.

2021 – F-150 Lane Centering Mode (Silver Color)

# Data Analysis For VBOX File 6




- The lateral path offset begins to change from a negative value to a positive value, which indicates the vehicle is intending to move to the left.
- As seen from the graph, the lateral path continues to be positive.

2021 – F-150 Lane Centering Mode (Silver Color)

# Data Analysis for VBOX File 6




- The corresponding figure shows the vehicle's position when the radius of curvature of the planned path is equal to -138,945 ft. Such a high value of radius of curvature indicates the planned route is straight. This is 0.33 seconds before the manual steering input is applied.
- The lateral path offset at this instance is +1.12 ft.

2021 – F-150 Lane Centering Mode (Silver Color)

# Data Analysis for VBOX File 6




- The corresponding figure shows the vehicle's position when the radius of curvature of the planned path is equal to -138,945 ft. Such a high value of radius of curvature indicates the planned route is straight. The figure shows the same instance from the previous slide, but here we have the recon diagram overlaid on the synced video.
- This is 0.33 seconds before the manual steering input is applied.
- The lateral path offset at this instance is +1.12 ft.

2021 – F-150 Lane Centering Mode (Silver Color)

# Data Analysis For VBOX File 6




- The figure illustrates the vehicle's position at the onset of steering input, with a lateral path offset of +1.09 ft, indicating the car is +1.09 ft right of the planned path. This shows the vehicle intends to move to the left.

2021 – F-150 Lane Centering Mode (Silver Color)

# Data Analysis For VBOX File 6

Forensic Rock




- The figure illustrates the vehicle's position when the lateral path offset is at its maximum value of +1.74 ft while navigating the curve.
- After the driver provided corrections to the system, the system still intends to travel from right to left.

 2021 – F-150 Lane Centering Mode (Silver Color)

# Data Analysis for VBOX File 6




2021 – F-150 Lane Centering Mode (Silver Color)

- The figure shows the test vehicle's position matching the vehicle position as per the recon diagram.
- The figure illustrates the vehicle's position when the lateral path offset is near its maximum value of +1.74 ft while navigating the curve.
- After the driver provided corrections to the system, the system still intends to travel from right to left.

# Ford’s Path Planning




- As per the figure presented in the Ford document, the desired trajectory for the vehicle taking a right turn on a curve should be to the right of the centerline of the lane of travel.
- During this test(VBOX file 6), this behavior was not observed, and the vehicle was to the left of the lane centerline.

Reference for figure: Exhibit-16 WOOTEN - 062_ALB_FinalPoster.pdf

# Data Analysis for VBOX File 6

Forensic Rock




- The vehicle is to the left of the lane centerline despite driver correction and the planning in Ford's internal document.

 2021 – F-150 Lane Centering Mode (Silver Color)

# Data Analysis for VBOX File 10




Forensic Rock

- The corresponding figure shows the vehicle's position when the radius of the planned path is equal to -89,768 ft. Such a high value of radius of curvature, equal to -89,768 ft, indicates the planned route is straight. It is after this instance that the radius of curvature of the planned path begins to decrease.
- This is 0.20 seconds before the manual steering input.

 2021 – F-150 Lane Centering Mode (Silver Color)

# Data Analysis For VBOX File 19




- The figure illustrates the vehicle's position when the left front wheel is on the left line.
- At this instance, the vehicle is -1.55 ft to the left of the planned path.
- The system had begun applying Lane Keeping AID on the left side 0.62 seconds before this instance.

# Data Analysis for VBOX File 27




- The corresponding figure represents the vehicle's position when the Lateral offset to the planned path changes to positive from a negative value.
- Note that the vehicle is still in Hands-free Blue Cruise.
- Note the graph for LightPathOffst_L_Actl is still increasing despite the driver's intervention.



2021 – F-150 Blue Cruise (Black Color)

# Data Analysis for VBOX File 27




| Channel | At Start | At End | Difference | Max | Min | Avg |
|---|---|---|---|---|---|---|
| Speed (mph) | 76.99 | 76.98 | -0.01 | 77.09 | 76.98 | 77.03 |
| Steer_Angl | -0.4279115150 | -0.0429355697 | 0.3849759453 | 0.5546862260 | -0.6192137301 | -0.2037242911 |
| Path Curvature (1/ft) | 0.0002048399 | -0.0005675633 | -0.0007724032 | 0.0002241056 | -0.0005675633 | -0.0000161434 |
| Radius of path Curvature (ft) | 4916.0069654385 | -1763.4157656329 | -6679.4227310714 | 103004.6312072920 | -210587.7103975600 | -118.2431984015 |
| UTC time | 17:46:18.184 | 17:46:18.732 | 00:00:00.547 | -- | -- | -- |
| Elapsed time (s) | 59.2844 | 59.8318 | 0.5474 | -- | -- | -- |
| Distance (ft) | 6506.17 | 6568.01 | 61.84 | -- | -- | -- |

- The corresponding figure shows the vehicle's position when the vehicle's system wants to turn to the left with a radius of path equal to 4907 ft. This is 0.54 seconds before the manual steering input is applied. Thus, the Steering Probable Path (SPP) was a curve to the left in this test.

# Data Analysis for VBOX File 27




- The figure illustrates the vehicle's position at the onset of steering input, with a lateral path offset of +0.97 ft, indicating the vehicle is +0.97 ft right of the planned path.

2021 – F-150 Blue Cruise (Black Color)

# Data Analysis for VBOX File 27

Forensic Rock




- The figure illustrates the vehicle's position when the lateral path offset is at its maximum value before it starts decreasing, with a positive lateral path offset of +1.31 ft, indicating that the vehicle is +1.31 feet to the right of the steering probable path (SPP).
- Note that the system is still in Hands–Free Blue Cruise mode.

2021 – F-150 Blue Cruise (Black Color)

# Data Analysis for Test 27




- The figure illustrates the vehicle's position when the vehicle is about to change from Hands-free mode to Hands-on mode
- The lateral path offset is +0.50 ft.

2021 – F-150 Blue Cruise (Black Color)

# Data Analysis for VBOX File 27




- The figure illustrates the vehicle's position when the Lateral path offset changes to a negative value of -0.10 ft
- This is the first instance after manual steering when the system recognizes that it's closer to the left lane than it is to the right lane.

2021 – F-150 Blue Cruise (Black Color)

# Data Analysis for VBOX File 27

Forensic Rock




- The figure illustrates a recon diagram overlaid on top of the synced video.
- The red rectangle points to the position of the Ford F-150
- The lateral path offset is 0.15 ft at this instance.

2021 – F-150 Blue Cruise (Black Color)

# Data Analysis for VBOX File 27




- The figure illustrates a recon diagram overlaid on top of the synced video.
- The red rectangle points to the position of the Ford F-150 during the test.
- The lateral path offset is +0.36 ft at this instance.

# Data Analysis for VBOX File 27




- The figure illustrates a recon diagram overlaid on top of the synced video. The red rectangle indicates the position of the Ford F-150 during the test.
- Recon's vehicle position matches the position of the vehicle during testing.
- Lateral path offset is +1.15 at this instance. Note that this is 0.12 seconds after the driver begins to steer.

2021 – F-150 Blue Cruise (Black Color)

# Data Analysis for VBOX File 27




- The figure illustrates a recon diagram overlaid on top of the synced video. The red rectangle indicates the position of the Ford F-150 during the test.
- The corresponding figure shows the vehicle's position when the vehicle's system wants to turn to the left with a path radius equal to +4907 ft. This is 0.54 seconds before the manual steering input is applied.

 2021 – F-150 Blue Cruise (Black Color)

# Ford’s Path Planning




- As per the figure presented in the Ford document, the desired trajectory for the vehicle taking a right turn on a curve should be to the right of the centerline of the lane of travel.
- During this test (VBOX file 27), this behavior was not observed, and the vehicle was to the left of the lane centerline.

Reference for figure: Exhibit-16 WOOTEN - 062_ALB_FinalPoster.pdf

# Data Analysis for VBOX File 27




- As seen in the figure above, the vehicle is to the left of the lane centerline despite the driver's input and Ford's path planning from the internal document.

2021 – F-150 Blue Cruise (Black Color)

# Data Analysis for VBOX File 28




2021 – F-150 Blue Cruise (Black Color)

- The corresponding figure represents the vehicle's position when the Lateral offset to the planned path changes to positive from a negative value.
- Note that the vehicle is still in Hands-free Blue Cruise.
- Note the graph for LightPathOffst_L_Actl is a positive value continuously, even after steering input by the driver. This indicates the vehicle is to the right of the planned path.

# Data Analysis for VBOX File 28



Measure

VBOX0028

| Channel | At Start | At End | Difference | Max | Min | Avg |
|---|---|---|---|---|---|---|
| Speed (mph) | 76.88 | 76.82 | -0.06 | 76.93 | 76.82 | 76.89 |
| Steer_Angl | -0.2018270791 | -1.5670292503 | -1.3652021712 | -0.2018270791 | -1.5670292503 | -0.9308562184 |
| Path Curvature (1/ft) | 0.0002107763 | -0.0004436288 | -0.0006544051 | 0.0002107763 | -0.0004502803 | -0.0000121812 |
| Radius of path Curvature (ft) | 4744.4096971011 | -2254.1481672379 | -6998.5578643390 | 389538.1722180330 | -127744.4888173070 | 2393.9822191819 |
| UTC time | 17:58:52.717 | 17:58:53.278 | 00:00:00.561 | -- | -- | -- |
| Elapsed time (s) | 65.6767 | 66.2378 | 0.5611 | -- | -- | -- |
| Distance (ft) | 6472.30 | 6535.57 | 63.28 | -- | -- | -- |



Forensic Rock

- The corresponding figure shows the vehicle's position when the vehicle's system wants to turn to the left with a radius of path equal to +4744 ft. This is 0.56 seconds before the manual steering input is applied. Note that the system is in Hands-free Blue Cruise Mode.

2021 – F-150 Blue Cruise (Black Color)

# Data Analysis for VBOX File 28




- The figure illustrates the vehicle's position at the onset of steering input, with a lateral path offset of +1.10 ft, indicating a commanded lateral displacement of +1.10 ft to the left.

2021 – F-150 Blue Cruise (Black Color)

# Data Analysis for VBOX File 28




- The figure illustrates the vehicle's position when the lateral path offset is at its maximum value before it starts decreasing, with a positive lateral path offset of +1.57 ft, indicating that the vehicle is +1.57 ft right of the planned path.
- Note that the system is issuing an alert to put the Hands on the steering wheel.

2021 – F-150 Blue Cruise (Black Color)

# Data Analysis for VBOX File 28




- The figure illustrates the vehicle's position when the Lateral path offset changes to a negative value of -0.07 ft.
- This is the first instance after manual steering when the system recognizes that it's closer to the left lane line than it is to the right lane line of the intended path.

2021 – F-150 Blue Cruise (Black Color)

# Data Analysis for VBOX File 35


Comparing 2 sessions

VBOX0035

| Channel | At Start | At End | Difference | Max | Min | Avg |
|---|---|---|---|---|---|---|
| Speed (mph) | 44.61 | 44.59 | -0.02 | 44.64 | 44.57 | 44.61 |
| Steer_Angl | 1.3372861966 | -0.1496537483 | -1.4869399449 | 1.3372861966 | -0.1496537483 | 1.1932878020 |
| LightPathOffst_L_Actl (ft) | -0.01 | -0.86 | -0.85 | -0.01 | -0.86 | -0.34 |
| LaActvStats_D_Dsply (SED) | 6.0000000000 | 7.9697147380 | 1.9697147380 | 7.9697147380 | 6.0000000000 | 6.0000000000 |
| UTC time | 21:20:55.060 | 21:20:56.560 | 00:00:01.500 | -- | -- | -- |
| Elapsed time (s) | 100.880 | 102.380 | 1.500 | -- | -- | -- |
| Distance (ft) | 6767.16 | 6865.30 | 98.14 | -- | -- | -- |



- The corresponding figure represents the vehicle’s position when the Lateral Path offset to the planned path changes to negative from a positive value, which indicates the car is intending to drive to the right.
- This also indicates that the vehicle’s planned path is on the right side of the vehicle’s current position.

2021 – F-150 Lane Centering 45 mph (Silver Color)

# Data Analysis for VBOX File 35




- The figure represents the vehicle's position when the Lateral Path offset is at its maximum value. A negative value indicates that the system recognizes it is closer to the left lane line than it is to the right lane line. The lateral path offset value is -3.40 ft.

2021 – F-150 Lane Centering Mode 45 mph (Silver Color)

# Data Analysis for VBOX File 35




- The LaActvStats_D_Dsply CAN signal indicates the Lane Keep system's status. The figure shows the vehicle's position when the Lane Keep System was available for the left lane and has suppressed the Lane Keep System for the right lane. Note that the system did not intervene at all.
- Before this instance, the Lane Keep system was available for both the right lane and the left lane.

 2021 – F-150 Lane Centering Mode 45 mph (Silver Color)

# Data Analysis for VBOX File 35




- The figure shows the vehicle's position when the Lane Keep System is unavailable for both sides. NOTE: the vehicle is over the lane line.

2021 – F-150 Lane Centering Mode 45 mph (Silver Color)

# End of Presentation

# Exhibit C

# Test Data

| Test Vehicles | 2021 Ford F150 |
|---|---|
| Test Date | 6/17/2025-6/18/25 |

| | | | | Path on Approach | | | | | | | Path Curves to Left | | Recognize Exit | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Test Vehicle | Test Condition | VBOX HD2 File | VBOX 4 File | UTC | Speed (mph) | Dist. Before Start of Curve (ft) | Avg Path Offset (ft to Right) | Peak Path Offset (ft to Right) | Avg Steer (degrees) | Peak Steer (degress) | UTC | Dist. Before Start of Curve (ft) | UTC | Dist. Before Start of Curve (ft) |
| Silver | Lane Centering | 1358 | 2 | 14:02:31.183 | 76.75 | 361 | 1.03 | 1.31 | 2.147 | 3.763 | 14:02:34.080 | 55.87 | 14:02:34.580 | 50.27 |
| Silver | | 1410 | 3 | 14:14:45.331 | 76.65 | 361 | 0.86 | 1.31 | 2.38 | 4.155 | 14:14:47.690 | 115.09 | 14:14:48.710 | 87 |
| Silver | | 1900 | 5 | 19:01:26.151 | 76.64 | 361.09 | 0.82 | 1.12 | 0.33 | 1.729 | | | 19:01:28.670 | 78.46 |
| Silver | | 1911 | 6 | 19:12:16.318 | 76.71 | 361.02 | 0.68 | 1.18 | 0.489 | 2.042 | | | 19:12:18.950 | 65.12 |
| Silver | | 1939 | 9 | 19:39:54.499 | 76.74 | 361.01 | 0.41 | 1.31 | 0.507 | 2.042 | | | 19:39:57.490 | 41.82 |
| Silver | | 1950 | 10 | 19:51:33.541 | 76.77 | 360.99 | 0.25 | 0.59 | 0.239 | 1.963 | 19:51:36.270 | 54.14 | 19:51:36.380 | 41.82 |
| Silver | Slight Steering | 2000 | 11 | 20:02:04.097 | 76.66 | 361.01 | 0.76 | 1.57 | -0.751 | 0.085 | 20:02:06.370 | 105.83 | 20:02:06.700 | 68.93 |
| Silver | | 2025 | 13 | 20:27:03.892 | 76.68 | 361.01 | 2.07 | 7.45 | -3.284 | 0.242 | | | 20:27:06.570 | 60.84 |
| Silver | | 2038 | 14 | 20:39:04.263 | 76.76 | 361.05 | 2.55 | 6.76 | -4.267 | 0.789 | 20:39:06.510 | 108.64 | 20:39:07.060 | 47.04 |
| Silver | Lane Centering Off | 1255 | 17 | | | | | | | | | | | |
| Silver | | 1307 | 18 | | | | | | | | | | | |
| Silver | Normal Cruise Control | 1319 | 19 | | | | | | | | | | | |
| Silver | | 1331 | 20 | | | | | | | | | | | |
| Silver | | 1343 | 22 | | | | | | | | | | | |
| Silver | Slight Steering | 1355 | 23 | 13:57:07.832 | 76.65 | 361.05 | 2.04 | 6.5 | -3.63 | 1.494 | | | 13:57:10.590 | 51.74 |
| Silver | | 1408 | 24 | 14:10:06.741 | 76.81 | 361.03 | 0.85 | 1.67 | -1.183 | 0.633 | | | 14:10:09.700 | 28.06 |
| Silver | | 1421 | 25 | 14:22:29.387 | 76.58 | 361.08 | 1.01 | 1.31 | 0.888 | 2.12 | | | 14:22:32.210 | 44.2 |
| Black | Blue Cruise | 1745 | 27 | 17:46:15.650 | 76.83 | 360.98 | -0.06 | 0.97 | 0.316 | 1.416 | | | 17:46:18.570 | 32.15 |
| Black | | 1757 | 28 | 17:58:50.173 | 76.81 | 360.94 | 0.03 | 1.12 | 0.258 | 2.198 | | | 17:58:53.120 | 29.26 |
| Black | Normal Cruise Control | 1822 | 30 | | | | | | | | | | | |
| Black | | 1834 | 31 | | | | | | | | | | | |
| Silver | 45mph Lane Centering | 2105 | 34 | 21:06:58.508 | 44.42 | 360.91 | -0.17 | 0.33 | 1.302 | 5.485 | | | 21:07:03.020 | 66.89 |
| Silver | | 2119 | 35 | 21:20:50.574 | 44.42 | 360.88 | -0.22 | 0.1 | 1.079 | 1.729 | | | 21:20:55.280 | 54.86 |

| | | | | Leftward Lateral Acceleration | | | | | | | Manual Steering | | | LCC Disengaged | | Lost Lane Lines | | | | LKA Correction | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Test Vehicle | Test Condition | VBOX HD2 File | VBOX 4 File | UTC | Peak Lat Acc (g) | Avg Lat Acc (g) | Peak Steer (degrees) | Avg Steer (degrees) | Duration (s) | Dist. Before Start of Curve (ft) | UTC | Steer Angle (°) | Dist. Before Start of Curve (ft) | UTC | Dist. Before Start of Curve (ft) | UTC | Speed (mph) | Dist. Before Start of Curve (ft) | Which Lane Lines? | UTC | Speed (mph) | Dist. Before Start of Curve (ft) |
| Silver | Lane Centering | 1358 | 2 | 14:02:34.192 | 0.02 | 0.01 | 3.763 | 3.46 | 0.42 | 147.81 | 14:02:34.150 | 1.024 | 47.94 | 14:02:34.570 | -94.54 | 14:02:35.680 | 75.71 | -123.6 | Right | | | |
| Silver | | 1410 | 3 | 14:14:46.610 | 0.04 | 0.01 | 4.155 | 2.74 | 2.02 | 234.34 | 14:14:48.500 | 0.32 | 31.11 | 14:14:51.890 | -351.1 | 14:14:51.700 | 75.39 | -296.2 | Both | | | |
| Silver | | 1900 | 5 | 19:01:29.112 | 0.01 | 0 | 0.343 | -1.096 | 0.1 | 40.48 | 19:01:29.018 | -0.003 | 31.16 | 19:01:30.090 | -77.82 | 19:01:30.735 | 75.52 | -146.8 | Both | | | |
| Silver | | 1911 | 6 | 19:12:18.803 | 0.02 | 0.01 | 2.042 | 1.753 | 0.4 | 127.26 | 19:12:19.117 | -0.203 | 44.38 | 19:12:21.570 | -219.1 | 19:12:22.410 | 72.4 | -295.9 | Both | | | |
| Silver | | 1939 | 9 | 19:39:56.962 | 0.02 | 0.01 | 2.042 | 10.746 | 1.06 | 128.37 | 19:39:57.494 | 0.979 | 21.89 | 19:39:57.910 | -23.74 | 19:39:58.615 | 75.96 | -99.74 | Both | | | |
| Silver | | 1950 | 10 | 19:51:35.946 | 0.01 | 0 | 1.963 | 1.729 | 0.18 | 111.07 | 19:51:36.572 | -2.662 | 19.79 | 19:51:39.710 | -316.4 | 19:51:40.520 | 72.86 | -398.9 | Right | | | |
| Silver | Slight Steering | 2000 | 11 | | | | | | | | 20:02:05.779 | -0.969 | 138.54 | 20:02:07.410 | -10.06 | 20:02:07.930 | 76.84 | -68.48 | Left | | | |
| Silver | | 2025 | 13 | | | | | | | | 20:27:04.449 | -1.663 | -37.56 | 20:27:06.930 | 20.63 | 20:27:07.660 | 76.74 | -61.21 | Both | | | |
| Silver | | 2038 | 14 | | | | | | | | 20:39:08.432 | -11.12 | -106.9 | 20:39:07.370 | 12.56 | 20:39:09.003 | 76.61 | -168.8 | Both | | | |
| Silver | Lane Centering Off | 1255 | 17 | | | | | | | | 12:56:24.579 | 0.518 | 49.78 | | | 12:56:27.010 | 71.18 | -189.7 | Both | 12:56:20.950 | 76.56 | 478.24 |
| Silver | | 1307 | 18 | | | | | | | | 13:08:44.629 | -1.517 | 80.41 | | | 13:08:48.220 | 64 | -269.4 | Both | 13:08:45.520 | 76.51 | 7.8 |
| Silver | Normal Cruise Control | 1319 | 19 | | | | | | | | 13:20:29.067 | -0.187 | 59.12 | | | 13:20:31.540 | 66.41 | -143.2 | Both | 13:20:28.990 | 75.67 | 127 |
| Silver | | 1331 | 20 | | | | | | | | 13:32:47.309 | -1.194 | 155.3 | | | 13:32:49.074 | 70.96 | -30.83 | Both | 13:32:46.470 | 76.46 | 255.95 |
| Silver | | 1343 | 22 | | | | | | | | 13:44:53.159 | 0.674 | 200.23 | | | 13:44:53.440 | 71.73 | 170.57 | Both | | | |
| Silver | Slight Steering | 1355 | 23 | | | | | | | | 13:57:10.579 | -5.677 | -57.45 | 13:57:11.170 | -12.85 | 13:57:12.807 | 74.49 | -192.9 | Both | | | |
| Silver | | 1408 | 24 | | | | | | | | 14:10:07.049 | 0.048 | 116.72 | 14:10:09.770 | 20.28 | 14:10:10.449 | 76.9 | -55.9 | Both | | | |
| Silver | | 1421 | 25 | | | | | | | | 14:22:31.697 | 1.168 | 68.27 | 14:22:33.450 | -92.03 | 14:22:34.146 | 69.87 | -162.9 | Both | | | |
| Black | Blue Cruise | 1745 | 27 | | | | | | | | 17:46:18.732 | -0.108 | 13.97 | 17:46:19.450 | -65 | 17:46:20.210 | 75.7 | -147.3 | Right | | | |
| Black | | 1757 | 28 | | | | | | | | 17:58:53.280 | -1.685 | 11.21 | 17:58:53.490 | -12.18 | 17:58:54.260 | 76.4 | -97.22 | Right | | | |
| Black | Normal Cruise Control | 1822 | 30 | | | | | | | | 18:23:33.999 | 0.528 | 76.71 | | | 18:23:34.120 | 76.61 | 226.59 | Right | | | |
| Black | | 1834 | 31 | | | | | | | | 18:36:08.353 | -0.5 | 25.87 | | | 18:36:06.600 | 76.73 | 223.26 | Right | | | |
| Silver | 45mph Lane Centering | 2105 | 34 | 21:07:04.026 | 0.04 | 0.02 | 5.485 | 3.48 | 0.72 | 52.99 | 21:07:03.877 | 0.909 | -21.02 | 21:07:02.670 | 89.73 | 21:07:05.114 | 44.27 | -66.93 | Right | | | |
| Silver | | 2119 | 35 | 21:20:56.276 | 0.01 | 0 | 1.259 | 1.144 | 0.32 | 12.92 | 21:20:56.556 | 0.03 | -29.44 | 21:20:54.910 | 78.99 | 21:20:56.850 | 44.47 | -47.03 | Both | | | |

# Buchner Recon










Service brake applied 139 ft after merge point (404-265=139) and about a half second after lane departure.

Ford crosses lane line ~93 ft after merge point. (404-311=93)

Merge Point is ~161 ft from asphalt/grass. (s=404)

# Test Area Overview



# Approach

- During this period, the vehicle's offset to the driving path is positive, which indicates that that the vehicle is to the right of its intended driving path.
- The steering angle is to the left over the same period. The test driver notes that they can feel the system applying torque to the left.



# Leftward Acceleration

- Leftward acceleration averaging 0.01g and peaking at 0.02-0.04g was observed in tests in which the test driver felt the system applying steering torque to the left.



# Driving Path with Leftward Curve

- In some tests, there is a short spike where the driving path radius is positive which indicates a leftward curve.






CTRL_WootenFord000000883

# Driving Path - Rightward Curve

- The radius of the driving path adjusts to the rightward curvature of the exit lane at an average 50 ft before the split/merge point.
- NOTE: Ford docs indicate this "shall be detected 50 m before they occur" (50 m = 164 ft). This is on average 114 feet less than the Ford doc.



**Lane – 0033: Merge and Split point detection**

| Requirement properties | | References | |
|---|---|---|---|
| Number: | ReqLane_0035 | Performance: | ReqLane_1016 |
| Version: | 001 | Verification: | |
| Owner: | Andreas Stahl | Interface: | |

**Feature**

| | | | | |
|---|---|---|---|---|
| ☐ AHBC/ GFHB | ☐ TSR/ ISA/ iACC | ☒ LKS | ☐ SBLM | ☒ TJA+ |
| ☐ TSDG | ☐ WWA | ☒ LCWA | ☐ CBDB | ☐ |

**Requirement text**

If a lane marking splits and a new lane is forming or two lanes merge together, the detection shall report the split/merge point with the following attributes:

- Longitudinal distance (x-direction)
- Lateral distance (y-direction)
- Confidence
- Type (Split/Merge)

The split/merge points shall be detected 50 m before they occur.
Maximal allowed tolerances are:
$e_{long_dist} = 0{,}08x + 1 \ ,x = [0{,}100]$ $\quad e_{lat_dist} = 0{,}012x + 0{,}1 \ ,x = [0{,}100]$ with x representing longitudinal distance to the split/merge point

If multiple split/merge points are detected, the 8 closest shall be reported.






# Lane Centering Disengagement

- Lane centering remained active throughout the exit curve even after the test driver's evasive swerve, an average 180 ft past the split point.
- In tests with slight manual steering, the lane centering disengaged earlier, an average 3 ft before the split point






# Blue Cruise Disengagement

- Blue Cruise remained active throughout the exit curve even after the test driver's evasive swerve, an average 40 ft past the split point.
- There was no audio alert when Blue Cruise disengaged, there was no prominent visual alert other than the UI changing. In one test a "Keep Hands on Steering Wheel" visual alert appeared for only 0.2 seconds.






# Lane Keep Assist

- The Lane Keep Assist system maintained tracking of both lane lines until an average 100 ft after the split point.
- Every instance of LKA correction in the tests occurred before the split point.

| | | | |
|---|---|---|---|
| 0 | NoLeft_NoRight; | 16 | AvailableLeft_WarnRight |
| 1 | AvailableLeft_NoRight | 17 | SuppressLeft_WarnRight |
| 2 | SuppressLeft_NoRight | 18 | WarnLeft_WarnRight |
| 3 | WarnLeft_NoRight | 19 | InterveneLeft_WarnRight |
| 4 | InterveneLeft_NoRight | 20 | NoLeft_InterveneRight |
| 5 | NoLeft_AvailableRight | 21 | AvailLeft_InterveneRhtt |
| 6 | AvailableLeft_AvailRight | 22 | SuppressLeft_InterveneRght |
| 7 | SuppressLeft_AvailRight | 23 | WarnLeft_InterveneRight |
| 8 | WarnLeft_AvailRight | 24 | InerveneLeft_InterveneRght |
| 9 | InterveneLeft_AvailRight | 25 | Unused1 |
| 10 | NoLeft_SuppressRight | 26 | Unused2 |
| 11 | AvailLeft_SuppressRight | 27 | Unused3 |
| 12 | SuppressLeft_SuppressRight | 28 | Unused4 |
| 13 | WarnLeft_SuppressRight | 29 | Unused5 |
| 14 | InterveneLeft_SuppressRght | 30 | LA_Off |
| 15 | NoLeft_WarnRight | 31 | Unused7 |

