

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

## MINUTE SHEET
## OF COURT PROCEEDINGS

| | | | |
|---|---|---|---|
| Date: | 8/7/2025 | Type of Hearing: | Motion Hearing |
| Judge: | Marc T. Treadwell | Court Reporter: | Tammy DiRocco |
| Courtroom Deputy: | Kim Tavalero | | |
| Courtroom: | A | | |

### Case Number:  5:23-cv-346 (MTT)

| | | |
|---|---|---|
| Beverly Wooten, et al. | Counsel: | Robert Cheeley<br>Nick Wooten<br>Andre (Dre) Tennille |
| v. | | |
| Ford Motor Company | Counsel: | Paul Petersen<br>Scott Richman<br>Tiffany Gutierrez |

*Disclaimer:  Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR: 2 hours / 24 minutes**

| | |
|---|---|
| 1:59 pm | Called to order.  Preliminary remarks by the Court.  The Court addressed plaintiffs' counsel regarding their current theory of defect. |
| 2:00 pm | Response by Mr. Wooten.<br>The Court addressed the parties regarding a chronology of relevant facts.<br>The Court addressed defendant's counsel regarding defendant's seat belt defense. |
| 2:12 pm | Response by Mr. Peterson. |
| 2:15 pm | The Court continued with the chronology of relevant facts.<br>Discussion regarding plaintiffs' late disclosures. Discussion regarding steering path.<br>Discussion regarding plaintiffs' Second Motion to Compel (Doc. 156).<br>The Court **RESOLVED** plaintiffs' Second Motion to Compel (Doc. 156) and **ORDERED** defendant to produce the EPAS Lateral Controller FMEA and SPP Specification documents requested by plaintiffs. |

Wooten, et al vs. Ford Motor Company, et al
5:23-cv-346 (MTT)
Page 2

|  |  |
|---|---|
|  | Discussion regarding defendant's custody/control of SPP FMEA and IPMA FMEA documents. Discussion regarding plaintiffs' difficulty getting documents. |
|  | Discussion regarding drive assist features on Barry Wooten's F-150. Further discussion regarding steering path. |
|  | Discussion regarding depositions still needed. |
| 3:27 pm | Discussion regarding Harrington's additional, limited testing for the purpose of rebutting Nath's testimony about steering path. The Court **DENIED** the defendant's motion to strike Harrington's supplemental testing (Doc. 147). |
| 3:36 pm | Discussion regarding Hearn's unsigned affidavit. |
| 3:38 pm | Discussion regarding testimony of treating physicians. The Court **ORDERED**: |
|  | • Treating physicians can testify but not as experts. The Court **DENIED** the defendant's motion for protective order preventing doctor's deposition (Doc. 177). |
| 4:03 pm | Discussion regarding plaintiffs' presentation of a similar crash. The Court **DENIED** the defendant's motion to strike plaintiff's supplemental initial disclosures as to the Manleys (Doc. 177). |
| 4:21 pm | The Court **ORDERED** that plaintiffs' counsel could reconvene Hearn's deposition solely to inquire why he did not sign the affidavit. |
| 4:23 pm | Discussion regarding deadlines. |
| 4:23 pm | Adjourned. |