IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BEVERLY WOOTEN, as Surviving Spouse of BARRY WOOTEN and BARRY WAYNE WOOTEN, as Administrators of the ESTATE OF BARRY WYATT WOOTEN, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | CIVIL ACTION FILE NO:<br><br>5:23-cv-00346 |

**FORD MOTOR COMPANY'S MOTION FOR FINAL CASE DEADLINES**

Pursuant to this Court's Order on August 7, 2025 (*see* Doc. No. 179), Defendant Ford Motor Company ("Ford"), submits this Motion for Final Case Deadlines, respectfully showing the Court as follows:

1. On August 7, 2025, this Court Ordered Ford to propose, by August 21, 2025, additional deadlines for discovery and further disclosures of expert opinions. (Doc. No. 184-3, p. 69:8-15 and 70:14-17).

2. On August 19, 2025, Ford sent the below proposed dates to Plaintiffs to attempt to reach a consensus on these deadlines prior to approaching the Court. Plaintiffs did not respond.

3. Therefore, Ford proposes the following deadlines to control this case:

    a. **August 27, 2025** – Plaintiff to produce supplemental expert report from Steve Loudon based on FMEA documents Ford produced to Plaintiffs after the August 7, 2025 hearing.

    b. **August 28, 2025** – Discovery deposition of Shawn Harrington.

c. **September 18**, **2025 -** Discovery deposition of Dr. Christie.

d. **September 26, 2025** - Deadline to take the deposition(s) of the Manleys.

e. **October 1, 2025** – Deadline for Ford to depose Steve Loudon on supplemental report.

f. **October 20, 2025** - Deadline for Ford to serve supplemental expert reports based on new testing/opinions of Shawn Harrington and Steve Loudon.

g. **November 14, 2025 -** Deadline for Plaintiffs to depose Ford's experts on supplemental reports.

h. **December 19, 2025 –** Deadline for Parties to file dispositive and Daubert motions.

4. Ford has included a deadline for Steve Loudon to supplement his expert report. This was not discussed at the hearing or ordered by the Court. However, conversations with Plaintiffs after the hearing indicated they may intend to do so, so a deadline is necessary.

Respectfully requested this the 21st of August 2025.

/s/ Paul E. Petersen, III
Michael R. Boorman
Georgia Bar No. 067798
Paul E. Petersen, III
Georgia Bar No. 791066
WATSON SPENCE, LLP
Bank of America Plaza
600 Peachtree Street NE
Suite 2320
Atlanta, GA  30308
Telephone: 229-436-1545
mboorman@watsonspence.com
ppetersen@watsonspence.com

Scott A. Richman
*Admitted pro hac vice*
Tiffany M. Gutierrez
*Admitted pro hac vice*
MCDONALD TOOLE RICHMAN & CORRENTI, P.A.
srichman@mtrclegal.com
tgutierrez@mtrclegal.com

Michael Carey
*Admitted pro hac vice*
DYKEMA
mcarey@dykema.com

*Attorneys for Defendant Ford Motor Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Robert D. Cheeley
Nick Wooten
Andre Tennille
Gabrielle Gravel
CHEELEY LAW GROUP, LLC
2500 Old Milton Parkway, Suite 200
Alpharetta, Georgia 30009
bob@cheeleylawgroup.com
Nick@cheeleylawgroup.com
dre@cheeleylawgroup.com
ggravel@cheeleylawgroup.com
*Counsel for Plaintiffs*

Donald H. Slavik
Slavik Law Firm, LLC
3001 South Lincoln Avenue
Suite C-1
Steamboat Springs, Colorado 80487
dslavik@slavik.us
*Counsel for Plaintiffs*

Virgil L. Adams
ADAMS, JORDAN & HERRINGTON, P.C.
915 Hill Park Suite 101
P.O. Box 928
Macon, GA 31202
vadams@adamsjordan.com
*Counsel for Plaintiffs*

This 21st day of August, 2025.

*/s/ Paul E. Petersen, III*
Michael R. Boorman
Georgia Bar No. 067798
Paul E. Petersen, III
Georgia Bar No. 791066