UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BEVERLY WOOTEN, as surviving spouse of Barry Wyatt Wooten, and BARRY WAYNE WOOTEN, as administrators of the Estate of Barry Wyatt Wooten, deceased,<br>     *Plaintiffs*,<br><br>v.<br><br>FORD MOTOR COMPANY,<br>     *Defendant*. | Civil Action 5:23-cv-00346-MTT |

**Plaintiffs' Notice of Compliance with Court's October 2, 2025 Order**

Plaintiffs file notice of compliance with the Court's order from the bench on October 2, 2025, to provide Ford with the identification of the documents Ford had attempted to redact from the remainder of the Ford NHTSA documents. Plaintiffs have complied as follows:

1) At the October 2, 2025, hearing ("the Hearing"), the Court instructed Plaintiffs to provide Ford with a list of the NHTSA documents Ford had attempted to redact.

2) Plaintiffs provided Ford with a Dropbox file on Friday October 3, 2025, at 12:02 pm that is organized in accordance with the contents of Plaintiffs' Exhibit 9 from the Hearing:

> 191 - Full Page Squares w/ No Redactions
> 186 - No Markups
> 47 - No Black Box Limited Proper Redactions
> 11 - Designated Confidential Business Information-Not Visible
> 5 - Document Properly Redacted
> 3 - Other

3)  In other words, Plaintiffs' Dropbox link provides Ford with a folder bearing the names used in Exhibit 9. Each folder contains the documents identified in Plaintiffs' Exhibit 8 to the Hearing in the appropriate Dropbox file as shown below:

```
Name ↑
   3 - Other
   5 - Document Properly Redacted
   11 - Designated Confidential Business Information-Not Visible
   47 - No Black Box Limited Proper Redactions
   186 - No Markups
   191 - Full Page Black Box, No Redactions
```

4)  The folder titled "191-Full Page Black Box, No Redactions" contains the 191 documents that Ford attempted to redact.

5)  The documents in the folder titled "186 – No Markups" contains the 186 NHTSA documents that Ford made no attempt to redact.

6)  Plaintiffs October 3, 2025, email to Ford asked Ford to review and confirm the information Plaintiffs provided. Ford's counsel promised to do so as quickly as practicable.

7)  The Parties will alert the Court if there are any issues after Ford confirms the information Plaintiffs provided.


Dated: October 6, 2025,       Respectfully submitted,


                              /s/Nick Wooten
                              Counsel for Plaintiffs

| | |
|---|---|
| Virgil Adams | Robert D. Cheeley |
| Caroline W. Herrington | Georgia Bar No. 122727 |
| ADAMS, JORDAN & HERRINGTON | Nicholas H. Wooten |
| P.O. Box 928 | Admitted *Pro Hac Vice* |
| 915 Hill Park, Suite 101 | Gabrielle D. Gravel |
| Macon, Georgia 31202 | Georgia Bar No. 449376 |
| (478) 743-2159 | McKenzie R. Nadel |
| (478) 743-4938 | Georgia Bar No. 251909 |
| vadams@adamsjordan.com | CHEELEY LAW GROUP, LLC |
| cherrington@adamsjordan.com | 2500 Old Milton Parkway, Suite 200 |
| | Alpharetta, Georgia 30009 |
| Donald H. Slavik | (770) 814-7001 |
| Slavik Law Firm, LLC | bob@cheeleylawgroup.com |
| 2834 Blackhawk Court | nick@cheeleylawgroup.com |
| Steamboat Springs, CO 80487 | gabby@cheeleylawgroup.com |
| (970) 457-1011 | mckenzie@cheeleylawgroup.com |
| dslavik@slavik.us | |
| | *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that today I have served a copy of the foregoing on all parties of record by email on this 3rd day of October 2025.

/s/ *Nick Wooten*
*Counsel for Plaintiffs*