IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BEVERLY WOOTEN, as Surviving Spouse of BARRY WOOTEN and BARRY WAYNE WOOTEN, as Administrators of the ESTATE OF BARRY WYATT WOOTEN, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | CIVIL ACTION FILE NO:<br><br>5:23-cv-00346 |

**FORD'S STATUS REPORT ON CONNECTED VEHICLE DATA**

Pursuant to this Court's Order on October 2, 2025, Ford Motor Company ("Ford") continues to perform a reasonable and duly diligent for any additional connected vehicle data for Mr. Wooten's F-150 from September 14, 2025 that has not already been produced to Plaintiffs. However, core personnel inside Ford continue to be out of the office at this time. Therefore, to ensure the fulsomeness and accuracy of Ford's compliance with this Court's October 2, 2025 Order on connected vehicle data, Ford respectfully requests until October 31, 2025, to complete this search, produce any available data, and submit the required Affidavit(s).

Respectfully submitted this the 15th of October 2025.

                                                 */s/ Paul E. Petersen*
                                                 Michael R. Boorman
                                                 Georgia Bar No. 067798
                                                 Paul E. Petersen, III
                                                 Georgia Bar No. 791066
                                                 WATSON SPENCE, LLP
                                                 Bank of America Plaza
                                                 600 Peachtree Street NE
                                                 Suite 2320

Atlanta, GA  30308
Telephone: 229-436-1545
mboorman@watsonspence.com
ppetersen@watsonspence.com

Scott A. Richman
*Admitted pro hac vice*
Tiffany M. Gutierrez
*Admitted pro hac vice*
MCDONALD TOOLE RICHMAN & CORRENTI, P.A.
srichman@mtrclegal.com
tgutierrez@mtrclegal.com

Michael Carey
*Admitted pro hac vice*
DYKEMA
mcarey@dykema.com

Derek Linkous
*Admitted pro hac vice*
BUSH SEYFERTH PLLC
linkous@bsplaw.com

*Attorneys for Defendant*
*Ford Motor Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Robert D. Cheeley
Nick Wooten
Gabrielle Gravel
McKenzie R. Nadel
CHEELEY LAW GROUP, LLC
2500 Old Milton Parkway, Suite 200
Alpharetta, Georgia 30009
bob@cheeleylawgroup.com
Nick@cheeleylawgroup.com
ggravel@cheeleylawgroup.com
mckenzie@cheeleylawgroup.com
*Counsel for Plaintiffs*

Donald H. Slavik
Slavik Law Firm, LLC
3001 South Lincoln Avenue
Suite C-1
Steamboat Springs, Colorado 80487
dslavik@slavik.us
*Counsel for Plaintiffs*

Virgil L. Adams
Caroline W. Herrington
ADAMS, JORDAN & HERRINGTON, P.C.
915 Hill Park Suite 101
P.O. Box 928
Macon, GA 31202
vadams@adamsjordan.com
cherrington@adamsjordan.com
*Counsel for Plaintiffs*

This 15th day of October, 2025.

                                              */s/ Paul E. Petersen, III*
                                              Michael R. Boorman
                                              Georgia Bar No. 067798
                                              Paul E. Petersen, III
                                              Georgia Bar No. 791066