UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BEVERLY WOOTEN, as surviving spouse of Barry Wyatt Wooten, and BARRY WAYNE WOOTEN, as administrators of the Estate of Barry Wyatt Wooten, deceased,<br>    *Plaintiffs*,<br><br>v.<br><br>FORD MOTOR COMPANY,<br>    *Defendant*. | Civil Action 5:23-cv-00346-MTT |

**Plaintiffs' Request for Clarification of Minute Entry Order at D.E. 221**

Plaintiffs' counsel has reviewed the Court's minute order at D.E. 221. In the interests of providing the Court only with briefing that is helpful, Plaintiffs' counsel requests the Court provide further guidance or clarification as to the specific issues the Court would like addressed in any further briefing.

Plaintiffs' counsel consulted with Defense counsel who have no position on this request.

Dated: October 15, 2025,    Respectfully submitted,

    */s/Nick Wooten*
    Counsel for Plaintiffs

| | |
|---|---|
| Virgil Adams<br>Caroline W. Herrington<br>ADAMS, JORDAN & HERRINGTON<br>P.O. Box 928<br>915 Hill Park, Suite 101<br>Macon, Georgia 31202<br>(478) 743-2159<br>(478) 743-4938<br>vadams@adamsjordan.com<br>cherrington@adamsjordan.com<br><br>Donald H. Slavik<br>Slavik Law Firm, LLC<br>2834 Blackhawk Court<br>Steamboat Springs, CO 80487<br>(970) 457-1011<br>dslavik@slavik.us | Robert D. Cheeley<br>Georgia Bar No. 122727<br>Nicholas H. Wooten<br>Admitted *Pro Hac Vice*<br>Gabrielle D. Gravel<br>Georgia Bar No. 449376<br>McKenzie R. Nadel<br>Georgia Bar No. 251909<br>CHEELEY LAW GROUP, LLC<br>2500 Old Milton Parkway, Suite 200<br>Alpharetta, Georgia 30009<br>(770) 814-7001<br>bob@cheeleylawgroup.com<br>nick@cheeleylawgroup.com<br>gabby@cheeleylawgroup.com<br>mckenzie@cheeleylawgroup.com<br><br>*Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that today I have served a copy of the foregoing on all parties of record by email on this 15th day of October 2025.

/s/ *Nick Wooten*
*Counsel for Plaintiffs*