IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BEVERLY WOOTEN, as Surviving Spouse of BARRY WOOTEN, and BARRY WAYNE WOOTEN, as Administrators of the ESTATE OF BARRY WYATT WOOTEN, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : CIVIL ACTION FILE NO.: <br> : 5:23-cv-0000346 <br> : <br> : <br> : <br> : <br> : <br> : |

**FORD'S NOTICE OF INTENT TO REPLY TO PLAINTIFFS' OPPOSITION TO FORD'S RESPONSE TO PLAINTIFFS' SEPTEMBER 25, 2025 LETTER ON ADDITIONAL DOCUMENT PRODUCTION**

COMES NOW Ford Motor Company, pursuant to M.D. Ga. L.R. 7.3, and informs this Court of Ford's intention to file a short Reply to Plaintiffs' *Reply* to Ford's Response Regarding Additional Document Production (Doc. 223) on/before October 24, 2025—unless otherwise directed by this Court.

The way in which this dispute was first noticed to the Court via letter on September 25, 2025, without briefing or explanation, has led the Parties' filings and briefs on the matter to confound the traditional naming conventions of M.D. Ga. L.R. 7. While Plaintiffs' opposition response (Doc. 223) is titled a "Reply," Ford's Response to Plaintiffs' September 25, 2025 Letter on Additional Document Production (Doc. 218) was the first briefing on this matter. Therefore, Plaintiffs' opposition (Doc. 223) is in actuality a "response" as contemplated by M.D. Ga. L.R. 7.2, and Ford will file a reply under M.D. Ga. L.R. 7.3 before the deadline to do so.

Respectfully requested this the 16th of October, 2025.

/s/ Paul E. Petersen, III
Michael R. Boorman
Georgia Bar No. 067798
Paul E. Petersen, III
Georgia Bar No. 791066
WATSON SPENCE, LLP
Bank of America Plaza
600 Peachtree Street NE
Suite 2320
Atlanta, GA  30308
Telephone: 229-436-1545
mboorman@watsonspence.com
ppetersen@watsonspence.com

Scott A. Richman
*Admitted pro hac vice*
Tiffany M. Gutierrez
*Admitted pro hac vice*
MCDONALD TOOLE RICHMAN & CORRENTI, P.A.
srichman@mtrclegal.com
tgutierrez@mtrclegal.com

Michael Carey
*Admitted pro hac vice*
DYKEMA
mcarey@dykema.com

Derek Linkous
*Admitted pro hac vice*
BUSH SEYFERTH PLLC
linkous@bsplaw.com

*Attorneys for Defendant Ford Motor Company*

2

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Robert D. Cheeley
Nick Wooten
Gabrielle Gravel
McKenzie R. Nadel
CHEELEY LAW GROUP, LLC
2500 Old Milton Parkway, Suite 200
Alpharetta, Georgia 30009
bob@cheeleylawgroup.com
Nick@cheeleylawgroup.com
ggravel@cheeleylawgroup.com
mckenzie@cheeleylawgroup.com
*Counsel for Plaintiffs*

Donald H. Slavik
Slavik Law Firm, LLC
3001 South Lincoln Avenue
Suite C-1
Steamboat Springs, Colorado 80487
dslavik@slavik.us
*Counsel for Plaintiffs*

Virgil L. Adams
Caroline W. Herrington
ADAMS, JORDAN & HERRINGTON, P.C.
915 Hill Park Suite 101
P.O. Box 928
Macon, GA 31202
vadams@adamsjordan.com
cherrington@adamsjordan.com
*Counsel for Plaintiffs*

This 16th day of October, 2025.

                                                */s/ Paul E. Petersen, III*
                                                Michael R. Boorman
                                                Georgia Bar No. 067798
                                                Paul E. Petersen, III
                                                Georgia Bar No. 791066