Exponent®

**Expert Report of**
**Michelle L Kuykendal, PhD, PE, CFEI, CVFI**

***Wooten v. Ford Motor Company***

Exponent

# Expert Report of
# Michelle L Kuykendal, PhD, PE, CFEI, CVFI

## *Wooten v. Ford Motor Company*

***Prepared For:***

**Scott A. Richman**
**McDonald Toole Wiggins, P.A.**
111 N Magnolia Avenue
Suite 1200
Orlando, FL 32801

***Prepared By:***

**Michelle L Kuykendal, PhD, PE, CFEI, CVFI**
**Exponent**
23445 N 19th Ave
Phoenix, AZ 85027

January 10, 2025

© Exponent, Inc.

# Contents


| | Page |
|---|---|
| **List of Figures** | **3** |
| **List of Tables** | **5** |
| **Acronyms and Abbreviations** | **6** |
| **1. Scope and Limitations** | **7** |
| **2. Qualifications** | **8** |
| **3. Subject Crash Description** | **10** |
| **4. Subject Vehicle – MY 2021 Ford F-150** | **14** |
| **5. Peer Vehicles Comparison** | **19** |
| 5.1. Feature Availability | 19 |
| 5.2. Safety Ratings | 20 |
| 5.3. Steering Input Monitoring | 22 |
| 5.4. Exponent Experience with F-150 Features | 23 |
| **6. Advanced Driver Assistance Systems (ADAS)** | **25** |
| 6.1. Longitudinal Control System (ACC) | 27 |
| 6.2. Lateral Control Systems (LDW / LKA / LCA) | 30 |
| 6.2.1. Development and Regulatory Considerations | 32 |
| 6.3. Additional ADAS Features for Lateral and Longitudinal Control | 40 |
| 6.4. Significance of Speed and Curvature | 44 |
| **7. Market Penetration of Automotive Technology** | **49** |
| 7.1. Market Penetration and Development Lag Time | 49 |
| 7.2. Development and Deployment “s” Curve | 51 |
| **8. Non-Peer Technology Comparison** | **54** |
| **9. Rebuttal to Plaintiff Experts** | **59** |

9.1. Declaration of Dr. John Schultz 59

9.2. Declaration of Steve Loudon 62

9.3. Opinions of Shawn Harrington 65

9.4. Opinions of Peter J. Leiss 70

**10. Conclusions and Opinions 72**

Appendix A CV of Michelle Kuykendal & Testimony List

Appendix B Materials Relied Upon

Appendix C Inspection Photographs

## List of Figures

Figure 1. Satellite and street view images of collision location. 11

Figure 2. Police diagram of the collision sequence. 12

Figure 3. Exemplar 2021 Ford F-150. 14

Figure 4. Showroom Brochure for MY 2021 Ford F-150 explaining Co-Pilot features (left) and factory invoice for subject vehicle with highlighted driver-assist features (right). 16

Figure 5. Subject vehicle's VIN sticker showing FMVSS compliance. 17

Figure 6. Exemplar F-150 used for direct experience with subject vehicle's features. 23

Figure 7. SAE J3016 Levels of Automated Driving. 26

Figure 8. Reduction in single-vehicle road-departure crashes. 37

Figure 9. Timeline of various research and regulation activities pertaining to LDW, LKA, and LCA systems on passenger vehicles from 2013-2024. 39

Figure 10. NHTSA’s roadmap for long-term upgrades to NCAP. 40

Figure 11: Additional Level-2 ADAS features available on Ford F-150, its peer trucks, and other OEMs and non-peer vehicles in the US market in MY 2021. Feature availability was determined by reviewing owner’s manuals and vehicle brochures. Note that not all vehicles listed are among peers of Ford F-150, and they belong to different luxury segments according to 2021 Ward’s Automotive Yearbook’s classification. 43

Figure 12. The minimum radius of a curved road for a given design speed determined from the maximum rate of superelevation (*e*) and the maximum side friction factor (*f*) selected for design, according to AASHTO’s manual. 45

Figure 13. Upper and lower bounds for manufacturer-specified max lateral acceleration of a lane keeping system, depending on speed and vehicle type. For reference, the subject vehicle is type M1/N1, and 77 mph is approximately 124 kph. 47

Figure 14. Years to maximum growth for various automotive technologies. 50

Figure 15. Market penetration for traction/stability control. 51

Figure 16. Market penetration of ADAS systems in the US: (top left) LDW, (top right) LKA, and (bottom) LCA for new vehicles sold in the US between 2015 to 2021. Exponent plotted the charts using data published in the 2021 (black bars) and 2024 (red bars) PARTS reports., 2021 PARTS report did not include data for LCA feature. In a given year, the penetration rate of each feature was calculated by dividing the number of vehicles reported to be equipped with that feature by the total number of new vehicles, expressed as a percentage. 53

Figure 17. Sensors on a Tesla Model 3 vehicle (left) and a Ford F-150 (right). 56

# List of Tables

Table 1. Subject F-150 CDR download data showing last recorded event. 13

Table 2. Driver-assist feature availability on MY 2021 F-150 and peer vehicles. 19

Table 3. IIHS and NHTSA safety ratings for 2021 Ford F-150 and peers. 21

# Acronyms and Abbreviations

| | |
|---|---|
| AASHTO | American Association of State Highway and Transportation Officials |
| ACC | adaptive cruise control |
| ADAS | advanced driver assistance system |
| AEB | automatic emergency braking |
| ESC | electronic stability control |
| Exponent | Exponent, Inc. |
| FCW | forward collision warning |
| FMVSS | Federal Motor Vehicle Safety Standards |
| ft | feet |
| IIHS | Insurance Institute for Highway Safety |
| IPMA | Image Processing Module A |
| km/h | kilometers per hour |
| lbs | pounds |
| LCA | lane centering assist |
| LDW | lane departure warning |
| LKA | lane keeping assist |
| mph | miles per hour |
| MY | model year |
| NCAP | New Car Assessment Program |
| NHTSA | National Highway Traffic Safety Administration |
| s | seconds |
| SAE | SAE International |
| TACC | Traffic-Aware Cruise Control |
| UMTRI | University of Michigan Transportation Research Institute |
| VIN | vehicle identification number |

# 1. Scope and Limitations

Exponent, Inc. ("Exponent") was retained for my services by counsel for Ford Motor Company in the above-referenced action, to provide expert testimony in this matter and to review and respond to certain assertions made in Plaintiffs' experts' reports.

My opinions are based on my education, training, experience in electrical and automotive engineering, and my analysis performed in this case. This analysis includes a review of the documents and other materials made available to me. I hold each of my opinions expressed in this report to a reasonable degree of engineering and scientific certainty. I may supplement or amend this report if this additional information becomes available.

I am a salaried employee of Exponent. In 2024 Exponent charged $510 per hour for my time plus expenses for work performed in connection with this project. I have received no additional compensation for work in this case, and my compensation does not depend upon the contents of this report, any testimony I may provide, or the ultimate outcome of the case. A copy of my curriculum vitae, which provides additional details of my professional background, in addition to my testimony history, is attached as Appendix A to this report. Appendix B contains a list of materials I relied upon in the development of this report.

## 2. Qualifications

I, Michelle Kuykendal, am a Principal Engineer in Exponent's Electrical Engineering and Computer Sciences Practice. I received two Bachelor's degrees in Electrical Engineering and Computer Engineering from the Missouri University of Science and Technology, Rolla, Missouri in 2005, my Master's degree in Electrical and Computer Engineering from Georgia Institute of Technology in 2008, and my Doctoral degree in Bioengineering from the Electrical Engineering Department at Georgia Institute of Technology in 2014.

My expertise is in automotive electrical and electronic systems, including advanced driver assistance systems (ADAS), automotive electronics, consumer electronics, electric vehicles (EVs) and other electronic and battery powered devices. I specialize in evaluating the safety of electrical system designs including failure analysis investigations and product liability issues. I have expertise in the evaluation of ADAS technologies including efficacy under diverse environmental conditions, variability in design implementation and sensor utilization, and performance across a wide variety of scenarios. My evaluations are supported by rigorous design analyses in addition to extensive performance and simulated-failure testing.

I have led numerous investigations of failures of fully automated electric vehicles including sensor and actuator failures. I have extensive experience across ADAS platforms, including the analysis of variability between competitor systems and market deployment. In my expertise, I design and execute sophisticated ADAS performance evaluation tests, and I have conducted numerous analyses to evaluate designs of different vehicle electronic systems and determine vehicle response to software and hardware failure in sensor and computer systems. I am also the lead investigator to determine cause of vehicle fires in the field including for example off-road vehicle voltage regulators, SUV body control modules, electric vehicle inverters and RV power systems.

Since 2014, I have been employed at Exponent, an engineering and scientific consulting firm that specializes in the analysis and mitigation of failures and accidents. I specialize in electrical and electronic systems and have broad expertise in product development, safety-critical design methodologies, process controls, recall-related issues, failure analysis, reliability, and safety

design evaluations of industrial, commercial, and consumer products including sensors, battery systems, printed circuit boards, system reliability and controls.

I am a Registered Professional Electrical Engineer in the State of Arizona, License 68650.

## 3. Subject Crash Description

This background information is provided as a general summary of the subject incident and is not intended to be a complete recitation of all facts considered in this analysis.

According to the police report,[1] the subject incident occurred on September 14, 2021, at approximately 3:34 P.M. on Northbound Georgia State Route 408 ("I-475") in Monroe County, Georgia. The crash event description was coded as a single vehicle accident with one fatality. The roadway was noted as having a total of four travel lanes in the crash location, with two northbound lanes, and two southbound lanes. In the northbound roadway section in which the subject incident occurred, an exit lane was also present leading up to the exit ramp for Exit 15, GA 408 to Bolingbroke, GA.[2] The road composition was recorded as being 5 (Curve on Grade) and the roadway surface type was recorded as being 2 (Blacktop).[3] The posted speed limit was 70 mph for both directions of traffic, with a recommended exit speed of 20 mph. Figure 1 depicts a satellite image showing an aerial view of the collision location, as well as a street view of the recommended exit speed sign.

1 Georgia Motor Vehicle Crash Report, Agency Case Number 2021024358.

2 Georgia Motor Vehicle Crash Narrative, Case Number 2021024358.

3 Georgia Motor Vehicle Crash Report, Agency Case Number 2021024358.




Figure 1. Satellite and street view images of collision location.

At the time of the incident, Mr. Barry Wooten, age 68, was operating the subject 2021 Ford F-150 (VIN: 1FTFW1ED3MFB75128).[4] Mr. Wooten was traveling in the easternmost lane of Northbound I-495 until his vehicle departed the roadway and entered the gore region between I-475 and Exit 15. The subject vehicle struck the Exit 15 sign and continued into the gore until it struck a large tree. Mr. Wooten was the only occupant of the subject vehicle. Figure 2 presents a police sketch of the incident.

[4] Georgia Motor Vehicle Crash Report, Agency Case Number 2021024358.



Figure 2. Police diagram of the collision sequence.[5]

According to CDR data from the vehicle, presented in Table 1, Mr. Wooten was traveling at about 77 mph with cruise control engaged until approximately 2.6 seconds prior to the CDR-initiating event.[6] The brakes were then engaged by the driver, decelerating the vehicle to a final speed of 54.4 mph at the recorded time of collision.[7]

[5] Ibid.

[6] Bosch Crash Data Retrieval Report.

[7] Ibid.

Table 1. Subject F-150 CDR download data showing last recorded event.

| Time [s] | Vehicle Speed [mph] | Accelerator Pedal, % Full | Brake [On, Off] On: Driver Braking | Engine RPM |
|---|---|---|---|---|
| -5 | 77 | 0 | Off | 1,928 |
| -4.8 | 77.1 | 0 | Off | 1,930 |
| -4.6 | 77 | 0 | Off | 1,930 |
| -4.4 | 77 | 0 | Off | 1,928 |
| -4.2 | 77 | 0 | Off | 1,926 |
| -4 | 77.1 | 0 | Off | 1,930 |
| -3.8 | 77 | 0 | Off | 1,926 |
| -3.6 | 77 | 0 | Off | 1,930 |
| -3.4 | 77 | 0 | Off | 1,926 |
| -3.2 | 77 | 0 | Off | 1,930 |
| -3 | 77 | 0 | Off | 1,926 |
| -2.8 | 77 | 0 | Off | 1,924 |
| -2.6 | 77 | 0 | On | 1,922 |
| -2.4 | 74.9 | 0 | On | 1,836 |
| -2.2 | 67.5 | 0 | On | 1,686 |
| -2 | 68.3 | 0 | On | 1,692 |
| -1.8 | 66.5 | 0 | On | 1,636 |
| -1.6 | 63 | 0 | On | 1,560 |
| -1.4 | 64.5 | 0 | On | 1,636 |
| -1.2 | 63.3 | 0 | On | 1,844 |
| -1 | 56.3 | 0 | On | 1,678 |
| -0.8 | 57.9 | 0 | On | 1,424 |
| -0.6 | 58.5 | 0 | On | 1,220 |
| -0.4 | 51.3 | 0 | On | 982 |
| -0.2 | 52.5 | 0 | On | 748 |
| 0 | 54.4 | 0 | On | 544 |

# 4. Subject Vehicle – MY 2021 Ford F-150

The subject vehicle is a MY 2021 Ford F-150 (VIN: 1FTFW1ED3MFB75128). Originally introduced in 1975 as the next generation of Ford's F-Series,[8] the Ford F-150 is a pickup truck that has undergone several generational changes since its introduction. The 2021 Ford F-150 was Ford's 14th generation pickup truck and was launched in the North American market in July 2020 for MY 2021.[9] An image of an exemplar 2021 Ford F-150 is depicted in Figure 3.



Figure 3. Exemplar 2021 Ford F-150. [10]

The 2021 F-150 was available in six trim levels: XL/STX, XLT, Lariat, King Ranch, Platinum, and Limited.[11] Per its factory invoice, the subject vehicle is a Lariat trim.[12] All 2021 Ford F-150 trucks were standard-equipped with multiple driver-assist features including auto hold, autolamp (automatic on/off headlamps) with auto high beams, lane-keeping system, pre-collision assist with automatic emergency braking (AEB), and rear view camera with dynamic hitch assist.[13] These

---

8 "Ford F-Series Trucks Generations", Autoweek, Accessible at: https://www.autoweek.com/car-life/classic-cars/g36476691/ford-f-series-generations-guide/, Accessed December 2024.

9 Ibid.

10 MY 2021 F-150 Showroom Brochure.

11 Ibid., pp. 36-45.

12 1FTFW1ED3MFB75128 - Factory Invoice.

13 MY 2021 F-150 Showroom Brochure, p. 20.

features are part of Ford's Co-Pilot360 Technology system, which is described by Ford as a "collection of advanced driver-assist systems [that] can supplement your driving skills."[14] Ford also notes that "driver-assist features are supplemental and do not replace the driver's attention, judgment and need to control the vehicle. It does not replace safe driving."[15]

Similar to the availability of multiple vehicle trims, the Co-Pilot360 system was offered in multiple package configurations: Ford Co-Pilot360 2.0, Ford Co-Pilot360 Assist 2.0, and Ford Co-Pilot360 Active 2.0 Prep Package. Figure 4 explains the different features included in each package type, as described in the 2021 F-150 brochure, and includes the subject vehicle's factory invoice showing that the vehicle was equipped with the Active 2.0 Prep Package. The subject vehicle was not equipped with BlueCruise, a feature that allows for hands-free highway driving in select zones, as BlueCruise was not available for the subject vehicle at the time of the subject incident.[16]

---

[14] Ibid., p. 20.

[15] Ibid.

[16] "BlueCruise Ford Power-Up Software Update Transforms F-150, Mustang Mach-E Models for Hands-Free Driving", Ford Media Center, July 2022, Accessible at: https://media.ford.com/content/fordmedia/fna/us/en/news/2022/07/28/bluecruise-ford-power-up-software-update.html, Accessed December 2024.






DEALER 21A 009 VIN 1FTFW1ED3MFB75128

| | | Suggested Retail Price | Invoice Amount |
|---|---|---|---|
| | F15V 4X4 SUPERCREW - 145 | 51330 00 | 47994 00 |
| | 2021 MODEL YEAR | | |
| AZ | STAR WHITE METALLIC TRICOAT | 595 00 | 542 00 |
| HB | BLACK LTHR TRIM BUCKET SEAT | | |
| | INCLUDED ON THIS VEHICLE | | |
| | EQUIPMENT GROUP 502A | 6920 00 | 6297 00 |
| | LARIAT SERIES | | |
| | CNCTD BLT-IN NAV (3-YR INC) | | |
| | OPTIONAL EQUIPMENT/OTHER | | |
| 99D | 3.5L POWERBOOST FULL HYBRID | 3300 00 | 3003 00 |
| 44H | HYBRID ELEC 10-SPD AUTO TRANS | NC | NC |
| T24 | 275/60R20 OWL ALL-TERRAIN | NC | NC |
| XL6 | 3.73 ELECTRONIC LOCK RR AXLE | NC | NC |
| | 7350# GVWR PACKAGE | | |
| 153 | FRONT LICENSE PLATE BRACKET | NC | NC |
| 425 | 50 STATE EMISSIONS | NC | NC |
| 43C | FORD CO-PILOT360 ACTV2.0 PREP | 995 00 | 906 00 |
| | .ACTIVE PARK ASSIST 2.0 | | |
| 47W | LINER-TRAY STYLE-NO CARPET MAT | NC | NC |
| 477 | PRO POWER ONBOARD - 7.2KW | 750 00 | 683 00 |
| 50M | INTERIOR WORK SURFACE | 165 00 | 150 00 |
| 53C | MAX TRAILER TOW PACKAGE | 1995 00 | 1816 00 |
| | .INTEGRATED TRAILER BRAKE CONT | | |
| 55A | FX4 OFF-ROAD PACKAGE | 1005 00 | 914 00 |
| | .SKID PLATES | | |
| | B&O SOUND SYSTEM, 8 SPKR | | |
| 60P | PARTITIONED LOCKABLE STORAGE | 215 00 | 195 00 |
| 60T | POWER TAILGATE | 695 00 | 633 00 |
| | .TAILGATE STEP | | |
| 64L | 20" CHROME-LIKE PVD WHEELS | 1395 00 | 1270 00 |
| 763 | 360-DEGREE CAMERA PACKAGE | 765 00 | 696 00 |
| 86L | LARIAT CHROME APPEARANCE PKG | NC | NC |
| | .6" CHROME RUNNING BOARDS | | |
| 96L | WHEEL WELL LINER | 180 00 | 164 00 |
| | TOTAL OPTIONS/OTHER | 18975 00 | 17269 00 |
| | TOTAL VEHICLE & OPTIONS/OTHER | 70305 00 | 65263 00 |
| | DESTINATION & DELIVERY | 1695 00 | 1695 00 |
| | TOTAL BEFORE DISCOUNTS | 72000 00 | 66958 00 |
| | ##SPECIAL ADDED DISCOUNTS# | | |
| | LAR HIGH CHROME / SPRT | 1500 00- | 1365 00- |
| | TOTAL SAVINGS | 1500 00- | 1365 00- |
| | TOTAL FOR VEHICLE | 70500 00 | |
| | FUEL CHARGE | | 76 96 |
| | SHIPPING WEIGHT 5355 LBS. | | |

Figure 4. Showroom Brochure for MY 2021 Ford F-150[17] explaining Co-Pilot features (left) and factory invoice[18] for subject vehicle with highlighted driver-assist features (right).

The subject vehicle complied with all federal motor vehicle safety standards (FMVSS), as evidenced by its FMVSS compliance label shown in Figure 5. Federal Motor Vehicle Safety Standards (FMVSS) requirements "are specified in such a manner that the public is protected against unreasonable risk of crashes occurring as a result of the design, construction, or performance of motor vehicles and is also protected against unreasonable risk of death or injury in the event crashes do occur."[19]

As noted in the responding officer's report, the subject vehicle was also not subject to any recalls from the National Highway Traffic Safety Administration.[20]

17 MY 2021 F-150 Showroom Brochure, p. 20.

18 1FTFW1ED3MFB75128 - Factory Invoice (Highlights added by Exponent).

19 NHTSA, "Quick Reference Guide (2010 Version) to Federal Motor Vehicle Safety Standards and Regulations," DOT HS 811 439, February 2011.

20 Georgia Motor Vehicle Crash Narrative, Number 2021024358.




Figure 5. Subject vehicle's VIN sticker showing FMVSS compliance.[21]

The owner's manual of the MY 2021 Ford F-150 lists several situations where various ADAS features may not be available. In particular, the owner's manual lists the following reasons, among others, as situations in which the lane keeping system may not be available:

- "Driving at high speeds in curves,
- Sudden offset in lane markings,
- Transitioning between no lane markings to lane markings, or vice versa,
- Faint lane markings, for example, partial yellow lane markings on concrete roads,
- Lane width is too narrow or too wide,
- Ambiguous lane markings, for example, in construction zones."[22]

The same owner's manual also notes that "lane keeping system may not correctly operate" in the following scenarios, among others:

- "The lane keeping system does not detect at least one lane marking,
- You switch the turn signal on,
- You apply direct steering, accelerate fast or brake hard,
- The anti-lock brake, stability control or traction control system activates,
- The lane is too narrow,

[21] Exponent Inspection Photo P2142360.

[22] MY 2021 Ford F-150 Owner's Manual, p. 387.

- Something is obscuring the camera or it is unable to detect the lane markings due to environment, traffic or vehicle conditions,
- Entering or exiting a tight curve when driving at high speeds."[23]

[23] Ibid, p. 383.

# 5. Peer Vehicles Comparison

Exponent performed a peer-vehicle comparison between the MY 2021 Ford F-150 and other MY 2021 vehicles within the pickup truck market segment, as summarized in Table 2. The subject vehicle and its peer competitors have similar curb weights and retail prices for the base model. Driver-assist feature availability for the F-150 and its peer competitors was determined via a review of brochures and owner's manuals.

## 5.1. Feature Availability

Table 2 summarizes the availability of different driver-assist features, including automatic cruise control (ACC), automatic emergency braking (AEB), and lane departure warning (LDW)/lane keeping assistance (LKA) systems. Section 6 describes the functionality of these various features.

Table 2. Driver-assist feature availability on MY 2021 F-150 and peer vehicles.

| Vehicle | Retail Price* | Curb Wt.* | ACC | AEB | LDW/ LKA | LCA | Steering Input Detection |
|---|---|---|---|---|---|---|---|
| Chevrolet Silverado | $30,195 | 4520 lbs. | O | O | O | - | ✓ |
| GMC Sierra | $33,390 | 4520 lbs. | O | O | O | - | ✓ |
| Nissan Titan | $38,145 | 5539 lbs. | O | S | S | - | ✓ |
| Ram 1500 | $33,940 | 4891 lbs. | O | O | O | - | ✓ |
| Toyota Tundra | $35,270 | 5170 lbs. | S | S | S | - | ** |
| **Ford F-150** | **$35,280** | **4275 lbs.** | **O** | **S** | **S** | **O** | ✓ |

S: Standard; O: Optional
*For MY2021 base model according to the 2021 Ward's Automotive Handbook.[24]
**Owner's manual references detection of vehicle sway. No direct mention of steering wheel input detection.

Standard indicates that the feature was standardly available for the base model, whereas optional indicates that the feature was available as part of an upgraded trim or optional add-on package. Three out of the 6 listed peer-competitors only offered ACC, AEB, and LDW/LKA features as part of optional systems, with no LCA feature availability for the MY 2021 model. Only the Ford

[24] "Ward's Automotive Yearbook". Available at: https://www.wardsauto.com/miscellaneous/wards-automotive-yearbook.

F-150 offered LCA as an optional (F-150) feature. Given this limited availability, the F-150 could be considered one of the market leaders in terms of driver-assist feature availability.

Steering input detection refers to whether the vehicle required detection of driver input as part of its driver-assist feature operation. As noted in Table 2 and further discussed in Section 5.3 below, the owner's manuals for the F-150 and its peer vehicles state that certain driver-assist features may not be available if the vehicle does not detect steering input from the driver.

## 5.2. Safety Ratings

Both the Insurance Institute for Highway Safety (IIHS), an independent nonprofit scientific and educational organization that evaluates vehicle safety, and the National Highway Traffic Safety Administration (NHTSA), the U.S. federal agency responsible for vehicle and road safety, have evaluated the safety of the Ford F-150 and its peer competitors. Table 3 presents the IIHS ratings for front crash prevention systems for each vehicle on a scale from basic to superior, as well as the NHTSA safety ratings which range from 1 to 5. NHTSA also tracks which vehicles offer their recommended safety technology technologies.

Table 3. IIHS and NHTSA safety ratings for 2021 Ford F-150 and peers.[25,26]

| | | | IIHS Rating | NHTSA Ratings | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Make | Model | Model Year | Front crash prevention: vehicle-to-vehicle | Overall | Frontal | Side | Rollover | Recommended Safety Technology | | | |
| | | | | | | | | FCW | LDW | CIB | DBS |
| Chevrolet | Silverado | 2021 | Superior | 5 | 4 | 5 | 4 | ✓ | ✓ | ✓ | ✓ |
| GMC | Sierra | 2021 | Superior | 5 | 4 | 5 | 4 | ✓ | ✓ | ✓ | - |
| Nissan | Titan | 2021 | Superior | 4 | 4 | 5 | 4 | ✓ | ✓ | - | - |
| Ram | 1500 | 2021 | Superior | 5 | 4 | 5 | 4 | ✓ | ✓ | ✓ | - |
| Toyota | Tundra | 2021 | Superior | 4 | 4 | 5 | 4 | ✓ | ✓ | ✓ | ✓ |
| **Ford** | **F-150** | **2021** | Superior | 5 | 5 | 5 | 4 | ✓ | ✓ | ✓ | ✓ |

✓: This technology is available on this vehicle (either as standard or via an optional upgrade) and meets NHTSA's performance criteria.
- : This technology either is not available on this vehicle or it did not meet NHTSA's performance criteria.

The F-150 and its peers all earned Superior ratings from the IIHS for their front crash prevention systems. The IIHS also presents an annual 'Top Safety Pick' award. To qualify for the '2021 Top Safety Pick' award, the IIHS stipulated that a vehicle must: 1) earn good ratings in the driver-side small overlap front, passenger-side small overlap front, moderate overlap front, original side, roof strength and head restraint tests, 2) earn an advanced or superior rating for available front crash prevention—vehicle-to-vehicle and vehicle-to-pedestrian evaluations, and 3) have acceptable or good (per their rating system) headlights available.[27] The MY 2021 Ford F-150 was awarded an IIHS 'Top Safety Pick' award for both its crew cab and extended cab pickup configurations.[28]

Table 3 also presents the NHTSA safety ratings for these 2021 vehicles. In 2010, NHTSA introduced more stringent tests for its 5-star safety rating system and began to include a selection of recommended advanced safety technologies. For MY 2021 vehicles, NHTSA recommended FCW and LDW systems, as well as two types of AEB systems—crash imminent braking (CIB)

---

[25] Data from IIHS, Available at: https://www.iihs.org/ratings.

[26] Data from NHTSA, Available at: https://www.nhtsa.gov/ratings.

[27] "2021 *TOP SAFETY PICKs*", IIHS, Available at: https://www.iihs.org/ratings/top-safety-picks/2021/large-pickups/all#award-winners, Accessed December 2024.

[28] Ibid.

and dynamic brake support (DBS) systems. The 2021 F-150 earned high NCAP safety ratings and offered all the recommended safety technologies as either standard or optional features.

The Ford F-150 not only offered the recommended driver-assistance technologies, but it also earned high safety ratings for those technologies, as well as for its overall vehicle design. Amongst its peers in the pickup truck vehicle market segment, the F-150 could thus be considered a leader in terms of vehicle safety.

## 5.3. Steering Input Monitoring

Vehicles equipped with driver-assistance features may require forms of driver input as part of their driver-assist feature operation. Since these features are Level 2 automation features, they require an alert and attentive driver. As part of the feature functionality the vehicle may, for instance, seek to detect driver hand position on the steering wheel and/or check for driver steering inputs, and may issue warnings to drivers if these inputs are not detected. Per Table 2 above, the F-150 and 5 of its peer competitors relied on steering wheel input as part of their driver-assist functions. As described in the F-150 manual,

> *"When you select Aid or Alert and Aid mode [for the LKA feature] and the system detects no steering activity for a short period of time, the system alerts you to put your hands on the steering wheel. The system may detect a light grip or touch on the steering wheel as hands-off driving."*[29]

Hands-off driving was not allowed for the features on the subject vehicle. Steering activity may include weight applied to the steering wheel (i.e., as if a driver were holding the wheel) and steering input (i.e., steering torque).

[29] MY 2021 Ford F-150 Owner's Manual, p. 382.

## 5.4. Exponent Experience with F-150 Features

To further familiarize myself with the driver-assist features available on the subject vehicle, I rented an exemplar MY 2021 Ford F-150 (VIN: 1FTFW1ED2MFA34258) and drove it on both Exponent's controlled test track, which includes banked curves, and on the highway. Figure 6 depicts the rented vehicle. This experience was not intended to be a comprehensive testing of the vehicle's capabilities but rather an opportunity to gain direct experience with the subject vehicle's features, alert mechanisms, and required driver inputs. Such exploration of system characteristics is critical for the safe operation of any vehicle, whether one rents a vehicle or drives it daily, especially if those systems provide supervised features.[30]




Figure 6. Exemplar F-150 used for direct experience with subject vehicle's features.[31]

I operated the exemplar vehicle on both a roadway with banked curves (Exponent test track) and on a straight roadway (public highway). When operating the vehicle with the Adaptive Cruise Control with Lane Centering feature enabled, I found that when I removed my hands from the wheel, the vehicle first provided a visual alert, then provided both an audible and visual alert. If I kept my hands off the wheel, the visual alert remained and the audible alert increased in intensity. The vehicle then performed two brake pulses (i.e., brief application of the brakes) in sequence

---

[30] Supervised features are discussed in more detail below.

[31] Exponent Inspection Photo _DSC8618.JPG.

and, if no driver input was provided, the vehicle then gradually slowed from my initial speed (either 45 mph or 65 mph) to 10 mph.

I also found that hand placement on the wheel was sometimes insufficient and that if I did not also provide torque inputs to the wheel (i.e., slight steering), the system would issue a warning to put my hands on the wheel. This experience confirmed the information from the F-150 owner's manual that driver inputs are required as part of driver-assist feature operation.

# 6. Advanced Driver Assistance Systems (ADAS)

Lane departure warning (LDW), lane keeping assist (LKA), lane centering assist (LCA), and adaptive cruise control (ACC) systems are driver assistive technologies that are typically referred to as advanced driver assistance systems (ADAS). These are features that either offer warnings to the driver and/or perform some degree of vehicle control to assist the driver with operation of the vehicle. Some features, such as LDW, blind spot detection, and parking sensors monitor the vehicle and its environment and may warn the driver of potential hazards. Others, such as LKA, ACC, and automatic emergency braking (AEB) may automatically intervene through actuation of steering, braking, and/or throttle.[32] SAE International has published a Recommended Practice (J3016) that provides a taxonomy of various driver assistance systems and automated vehicle technologies, organized by the level of automation they provide from Level 0 (no driving automation) to Level 5 (full driving automation).[33] According to SAE, J3016 "*serves as the industry's most-cited reference for automated-vehicle (AV) capabilities.*"[34]

A summary chart of these automation levels and their associated capabilities can be found in Figure 7. Level 0 systems do not perform any of the driving task—the human driver performs the entire driving task—but may provide warnings or support, such as momentary intervention. When engaged, Level 1 systems can control, on a continuous basis, either the lateral *or* longitudinal motion, but require the human driver to supervise the feature and manually perform the remainder of the driving task. Level 2 systems are similar to Level 1 systems, with the exception that they are able to simultaneously control *both* the lateral *and* longitudinal motion of the vehicle. Based on this taxonomy, LDW and LKA are examples of Level 0 systems as they provide only momentary and intermittent assistance, while ACC and LCA (which provides continuous steering support to keep the vehicle centered in the lane at all times, assuming certain other requirements

[32] IIHS, "Advanced driver assistance". https://www.iihs.org/topics/advanced-driver-assistance, Accessed December 2024.

[33] SAE International, "Taxonomy and Definitions for Terms Related to Driving Automation Systems for On-Road Motor Vehicles", SAE J3016, June 2018.

[34] SAE International, "SAE Standards News: J3016 automated-driving graphic update", https://www.sae.org/news/2019/01/sae-updates-j3016-automated-driving-graphic, January 2019.

are met) can be considered Level 1 systems when the features are independently enabled. In practice, however, a manufacturer may design LCA such that it and ACC must both be active at the same time. Simultaneous operation of ACC and LCA together constitute a Level 2 system since they provide continuous assistance with longitudinal (acceleration and braking) and lateral (steering) control.




Figure 7. SAE J3016 Levels of Automated Driving.[35]

The responsibility of the driver to monitor the driving environment and execute an appropriate response in a vehicle equipped with ADAS technologies classified as Level 0, Level 1, and Level 2 is no different from that of a driver in a vehicle without ADAS technology. Note in Figure 7 that for systems classified as Level 0, 1, and 2, "[the driver is] driving whenever these support features are engaged—even if [their] feet are off the pedals or [they] are not steering," and "[the

35 Ibid.

driver] must constantly supervise these support features; [the driver] must steer, brake or accelerate as needed to maintain safety." This is also highlighted in vehicle owner's manuals; for instance, the 2021 Ford F-150 owner's manual includes the following warning language, or something similar, at the beginning of its sections describing ACC, Lane Keeping System (LKS), and Pre-Collision Assist features:

> "*You are responsible for controlling your vehicle at all times. The system is designed to be an aid and does not relieve you of your responsibility to drive with due care and attention. Failure to follow this instruction could result in the loss of control of your vehicle, personal injury or death.*"[36]

ADAS technologies continue to evolve rapidly and the regulatory guidance surrounding them is also evolving. In 2023 and 2024, NHTSA worked to advance regulations for forward collision warning (FCW) and automatic emergency braking (AEB) systems, culminating in the publication of a final rule regarding these systems in May 2024. This final rule resulted in the creation of FMVSS 127, an extension of the existing motor vehicle safety standards, in which NHTSA will mandate the application of FCW, AEB, and pedestrian AEB (PAEB) technologies on all light vehicles by September 1, 2029.[37] This final rule, however, neither mandates nor provides testing procedures for ACC and LDW/LKA/LCA systems. The subsections below offer an overview of ACC, LDW, LKA, and LCA systems; a summary of their development, deployment, and testing; and associated regulatory considerations.

## 6.1. Longitudinal Control System (ACC)

According to NHTSA, an ACC system "automatically adjusts the vehicle's speed to keep a pre-set distance from the vehicle in front of it."[38] Further, NHTSA described ACC as "an in-vehicle convenience feature designed to maintain a set speed and, when applicable, adjust the set speed

---

36 MY 2021 Ford F-150 Owner's Manual, p. 361.

37 "Federal Motor Vehicle Safety Standards; Automatic Emergency Braking Systems for Light Vehicles," NHTSA, Docket No. NHTSA-2023-0021, May 2024.

38 "Driver Assistance Technologies," available at: https://www.nhtsa.gov/vehicle-safety/driver-assistance-technologies#driving-control-assistance-30676, Accessed January 2025.

to maintain a specified distance from a lead vehicle. When following another vehicle, the ACC system will automatically slow down or speed up in response to changes in the lead vehicle's speed."[39] The first generation of ACC systems was introduced in North America in 1999,[40] and ACC systems are now commercially available in a wide range of passenger vehicles. A key component of an ACC system is the range sensor, typically based on camera and/or radar, which measures the distance and relative speed between the equipped vehicle and another vehicle ahead in its lane. When there is no vehicle ahead, an ACC-equipped vehicle maintains a user-set speed, similar to how a conventional cruise control system operates. While NHTSA has studied the functionally of ACC for three decades,[41,42] vehicles are not currently mandated to have ACC in the United States.

Similar to NHTSA's definition of ACC, Ford and other OEMs define ACC in their owner's manuals as a system that "maintain[s] a set gap between your vehicle and the vehicle in front of you"[43] and "is not a crash warning or avoidance system."[44] In its 2021 F-150 owner's manual, Ford issues precautions to drivers that they need to "[p]ay close attention to changing road conditions such as entering or leaving a highway"[45] when using ACC.

The following warnings and limitations of the ACC are listed in the owner's manuals for some of the peer vehicles discussed in Table 2:

- MY 2021 Chevrolet Silverado:

---

39 Jenness, J., Lerner, N., Mazor, S., Osberg, S., and Tefft, B., "Use of Advanced In-Vehicle Technology by Young and Older Early Adopters: Survey Results on Adaptive Cruise Control Systems," NHTSA Report No. DOT HS 811 070, December 2008.

40 "Mercedes-Benz S-Class, W 220 series (1998 to 2005)," Available at: https://web.archive.org/web/20160304053239/http://media.daimler.com/dcmedia/0-921-657477-1-814760-1-0-0-0-0-1-11702-614232-0-1-0-0-0-0-0.html, Accessed January 2025.

41 Bogard, S., Fancher, P., Ervin, R., Hagan, M., and Bareket, Z., "Intelligent Cruise Control Field Operational Test (Final Report)," NHTSA Report No. DOT HS 808 849, July 1988.

42 Koziol, J., Inman, V., Carter, M., Hitz, J., Najm, W., Chen, S., Lam, A., Penic, M., Jensen, M., Baker, M., Robinson, M., and Goodspeed, C., "Evaluation of the Intelligent Cruise Control System Volume I – Study Results," NHTSA Report No. DOT HS 808 969, October 1999.

43 MY 2021 Ford F-150 Owner's Manual, p. 352.

44 Ibid.

45 Ibid

  - **Warning**: "On curves, ACC may not detect a vehicle ahead in your lane. You could be startled if the vehicle accelerates up to the set speed, especially when following a vehicle exiting or entering exit ramps. You could lose control of the vehicle or crash. Do not use ACC while driving on an entrance or exit ramp."[46]
  - **Warning**: "On curves, ACC may respond to a vehicle in another lane, or may not have time to react to a vehicle in your lane. You could crash into a vehicle ahead of you, or lose control of your vehicle. Give extra attention in curves and be ready to use the brakes if necessary. Select an appropriate speed while driving in curves."[47]
- MY 2021 Toyota Tundra:
  - **Situations unsuitable for dynamic radar cruise control**: "At entrances to freeways and highways."[48]
  - **Conditions under which the vehicle-to-vehicle distance control mode may not function correctly**: "When the road curves or when the lanes are narrow."[49]
- MY 2021 Ram 1500:
  - **Warning**: "Adaptive Cruise Control (ACC) is a convenience system. It is not a substitute for active driver involvement."[50]
  - **Warning**: "You should switch off the ACC system [w]hen entering a turn lane or highway off-ramp; when driving on roads that are winding, icy, snow-covered, slippery, or have steep uphill or downhill slopes."[51]

Overall, ACC is a driver assistance system designed primarily for vehicle-to-vehicle scenarios. It functions by detecting a vehicle directly ahead of the host vehicle and adjusting the speed to maintain a safe following distance. ACC is not designed to detect and react to other objects on the road, vehicles in adjacent travel lanes, or vehicles and objects on the side of the road such as road signs or stationary obstacles. Moreover, as shown in the owner's manuals of Ford F-150 and

---

[46] MY 2021 Chevrolet Silverado Owner's Manual, p. 262.

[47] Ibid.

[48] MY 2021 Toyota Tundra Owner's Manual, p. 282.

[49] Ibid., p. 293.

[50] MY 2021 Ram 1500 Owner's Manual, p. 138.

[51] Ibid.

its peers above, ACC has known limitations on curved roads or when navigating highway exits and entrances to accurately detect and respond to the changing environment.

## 6.2. Lateral Control Systems (LDW / LKA / LCA)

Lane departure warning (LDW) systems use vision-based sensors (typically a camera) to sense, detect, and track the lane markings on the roadway. If the feature is enabled, lane markings are visible and can be detected and tracked, and certain other conditions are met (e.g., minimum/maximum speeds, camera and windshield cleanliness), the system may provide an auditory, visual, and/or haptic warning to alert the driver that the vehicle is crossing a lane marking without a turn signal being activated.[52,53,54] LDW systems do not apply any control intervention and rely on the driver's reaction and response to control vehicle's position on the road. Lane keeping assist (LKA) systems, sometimes referred to as lane keeping systems (LKS), lane departure prevention (LDP), or lane keeping aids, also use vision-based sensors to monitor the position of the vehicle relative to the roadway markings.[55] These systems are designed to go beyond warning the driver and, as explained by NHTSA, may intervene to "automatically and gently stee[r] to prevent the vehicle from departing the lane."[56] There have been two approaches to provide the necessary forces to change the vehicle heading. The initial approach was based on applying differential braking to generate the desired yaw moment that directs the vehicle away from the edge of the lane.[57] While this implementation does not require an electric power assisted steering (EPAS) system, differential braking provides limited maneuverability and introduces

52 NHTSA, "Lane Departure Warning Confirmation Test and Lane Keeping Support Performance Documentation," Docket No. NHTSA-2006-26555-0135, February 2013.

53 Flannagan, C., LeBlanc, D., Bogard, S., Nobukawa, K., Narayanaswamy, P., Leslie, A., Kiefer, R., Marchione, M., Beck, C., Lobes, K., "Large-Scale Field Test of Forward Collision Alert and Lane Departure Warning Systems," NHTSA, Report No. DOT HS 812 247, February 2016.

54 Federal Register Vol. 87, No. 46, "Request for Comments: New Car Assessment Program," Docket No. NHTSA-2021-0002, March 2022.

55 Consumer Reports, "Auto Safety Report – Consumer Clarity and Safety for Today's Advanced Driver Systems", November 2017.

56 "Driver Assistance Technologies," available at: https://www.nhtsa.gov/vehicle-safety/driver-assistance-technologies#driving-control-assistance-30676, Accessed January 2025.

57 Infiniti News, "2008 INFINITI M Receives Major Upgrades, Including First Available Production Lane Departure Prevention System", October 2008, https://global.infinitinews.com/en/releases/release-181c4997b62446a5403b3e66654786f5, Accessed December 2024.

potentially undesirable vehicle deceleration when the corrective action is applied. It also faces additional challenges when towing since the combination of deceleration and changing yaw rate can adversely affect the dynamics of a vehicle-trailer combination. The market-dominating approach is based on EPAS systems which can provide finer control by directly modulating vehicle steering.[58] These LKA systems may leverage EPAS to directly apply a steering torque to change the vehicle's heading and try to prevent a lane departure. EPAS systems use a computer-controlled electric motor to provide additional steering torque. A torque sensor provides information to the controller, which determines when assistive torque is required. This is the approach utilized by the system equipped on the subject 2021 F-150.[59,60]

Unlike LKA systems, lane centering assist (LCA) systems provide *continuous* lateral control. LCA systems use lane detection sensors (e.g., camera) to gather data about the surrounding environment, including lane markings. The control module processes this information to calculate a reference trajectory and determine the vehicle's position relative to it. If a deviation is detected, the system imparts a steering input which attempts to return the vehicle to the reference path. "The actual lane center may not always be the desired trajectory in the lane. For example, when navigating a curve, the reference trajectory may be closer to the inside lane markings."[61] Furthermore, some vehicles, such as the subject F-150, allow for a bias from the lane's true center in order to account for the driver's preferred alignment within their lane of travel.[62] Similar to LKA, currently available LCA systems are primarily integrated with the vehicle's foundational steering system.[63] LCA systems help the vehicle maintain its present lane of travel and do not perform lane changes. When a driver wishes to change lanes and engages the turn signal, LCA typically deactivates so that the driver may execute the lane change.

---

58 Reagan, I.J. et al., "Exploring Relationships between Observed Activation Rates and Functional Attributes of Lane Departure Prevention", Insurance Institute for Highway Safety, July 2018.

59 Deposition of Natalie Dostie, 113:12-23.

60 The system described by Ms. Dostie in her deposition also utilizes the F-150's Power Steering Control Module as a part of the lane keeping process.

61 Becker, C., Yount, L., Rozen-Levy, S., and Brewer, J., "Functional Safety Assessment of an Automated Lane Centering System," NHTSA Report No. DOT HS 812 573, August 2018.

62 MY 2021 Ford F-150 Owner's Manual, p. 359.

63 Ibid.

### 6.2.1. Development and Regulatory Considerations

The first application of an LDW system on a passenger vehicle was in 2005 when Infiniti introduced the LDW on the 2005 Infiniti FX,[64] and in 2008, NHTSA decided to include LDW in its New Car Assessment Program (NCAP) starting in MY 2011.[65] However, there remained uncertainty around the feature's real-world performance and consumer acceptance. Additionally, NHTSA noted that it did not have enough data on LKA systems and thus did not include those systems in the NCAP program. At that time, NHTSA also published the first draft of the LDW confirmation test protocol.[66] This protocol was intended to confirm the presence of an LDW system that met NHTSA's minimum requirements, but did not establish performance judgement criteria (i.e., the protocol did not evaluate a system's performance beyond NHTSA requirements, nor could it be used to rank the performance of different systems).

A revised protocol was published in 2010, prior to its use in NCAP for model year 2011, that incorporated feedback received from various stakeholders. To receive a pass, the system must have provided a warning within a specified time and distance window of crossing the lane line in three out of five trials in each test scenario, and in 66% of trials overall.[67] The protocol was later amended in 2013[68] to include an evaluation of LKA. Recognizing the variability associated with LDW system performance, NHTSA determined that "[t]o be awarded an overall passing grade, the LDW system must satisfy the pass criteria for 3 of 5 individual trials for each combination of departure direction and lane line type (60 percent), and pass 20 of the 30 trials overall (66 percent)."[69] Therefore an LDW system could function 3 out of 5 times during the tests for NHTSA to confirm that the LDW on the vehicle meets NTHSA requirements. LKA evaluation results were only used for research and information collection purposes. Starting with the 2011 model year,

---

64 Cicchino, J.B., "Effects of Lane Departure Warning on Police-Reported Crash Rates", Journal of Safety Research 66, 61-70, May 2018.

65 Federal Register Vol. 73, No. 134, Consumer Information; New Car Assessment Program, Final Decision, July 2008.

66 "Lane Departure Warning Confirmation Test", Docket No. NHTSA-2007-27662-0018, July 2008.

67 "Lane Departure Warning System Confirmation Test", Docket No. NHTSA-2006-26555-0125, March 2010.

68 NHTSA, "Lane Departure Warning Confirmation Test and Lane Keeping Support Performance Documentation," Docket No. NHTSA-2006-26555-0135, February 2013.

69 Ibid, p. 28.

NHTSA began recommending LDW (as well as ESC and FCW) on its website under "Recommended Safety Technologies" category, identifying vehicles that meet NCAP's performance standards for LDW system.[70]

In 2015, NHTSA considered incorporating crash avoidance technologies such as FCW and LDW in determining the overall NCAP 5-star rating.[71] In their comments to the NHTSA proposal, the Insurance Institute for Highway Safety (IIHS) noted that:

> "*IIHS does not support continuing to give credit for LDW systems even with the proposed performance test changes. These systems have not been shown to have significant crash reductions (HLDI, 2011, 2012a, 2012b, 2015b, 2015c, 2015d). IIHS suggests that NHTSA allow these systems to be unconstrained by performance tests. This would grant freedom to automakers to adjust the systems so drivers will accept them, an issue if not addressed will result in the technology not being used. If real-world benefits of LDW are established, IIHS would be pleased to support the technology's inclusion in NCAP at that time*."[72]

Ultimately, amid the unsupportive comments received and uncertainty regarding the benefits of LDW systems, NHTSA did not act upon the proposed changes and issued a revised notice of a public meeting and request for comments in 2018.[73] Additionally, FMVSS, as set by NHTSA, do not mandate the application of LDW and LKA systems even today. FMVSS are specified in such a manner that the public is protected against unreasonable risk of crashes occurring as a result of the design, construction, or performance of motor vehicles and is also protected against unreasonable risk of death or injury in the event crashes do occur.[74]

---

70 Federal Register Vol. 87, No. 46, "Request for Comments: New Car Assessment Program," Docket No. NHTSA-2021-0002, March 2022.

71 Federal Register Vol. 80, No. 241, Consumer Information; New Car Assessment Program, Request for Comments, December 2015.

72 IIHS Response Letter, New Car Assessment Program; Request for Comments; Docket No. NHTSA-2015-0119, February 2016.

73 Federal Register Vol. 83, No. 150, Consumer Information; New Car Assessment Program, Notice of Public Meeting; Request for Comments, August 2018.

74 NHTSA, "Quick Reference Guide (2010 Version) to Federal Motor Vehicle Safety Standards and Regulations," DOT HS 811 439, February 2011.

In a 2015 paper, IIHS researchers stated, "[a]s advanced technologies with the potential to reduce crashes become available on more vehicles, it is important to monitor the effects on driver acceptance and behavior. The systems will improve safety only to the extent that drivers accept and use them."[75]

In 2017, a NHTSA study analyzing specific run-out-of-lane crashes in the context of LDW/LKA found that a robust system should have made it more difficult for the driver to drift out of lane, but that such a system would require a higher level of control authority to address curved roads.[76] It should be noted in the 2017 NHTSA study above, none of the crashes studied involve a vehicle running out of the travel lane on a highway exit/ramp lane.

According to IIHS, a factor that has affected the real-world effectiveness of LDW/LKA systems is that many drivers involved in lane departures are asleep or otherwise incapacitated, which would limit their abilities to respond to lane departure warning and lane keeping support systems.[77] There is also speculation that drivers may rely on crash avoidance systems and take other risks. A 2017 IIHS evaluation of naturalistic driving data from teenage drivers found that in the presence of prototype collision avoidance systems such as LDW and FCW, lane drifts were reduced but there was some evidence that drivers followed other vehicles at a closer distance.[78] This underscores the sorts of challenges that must be considered before deploying specific ADAS features or combinations of features.

In light of these concerns, the potential safety benefits of LDW/LKA have only recently started to become better understood in light-duty vehicles. The IIHS reported in 2017 that it had started to see the "first evidence that lane departure warning is working to prevent crashes of passenger

---

[75] Eichelberger, A. and McCartt, A., "Toyota Drivers' Experiences with Dynamic Radar Cruise Control, Pre-Collision System, and Lane-Keeping Assist", Journal of Safety Research, National Safety Council, December 2015.

[76] Wiacek, C., Fikentscher, J., Forkenbrock, G., Mynatt, M., and Smith, P., "Real-World Analysis of Fatal Run-Out-Of-Lane Crashes Using the National Motor Vehicle Crash Causation Survey to Assess Lane Keeping Technologies", ESV 17-0220, June 2017.

[77] IIHS, "Drivers Who Drift from Lane and Crash Often Dozing or Ill", Sep 2016. https://www.iihs.org/news/detail/drivers-who-drift-from-lane-and-crash-often-dozing-or-ill, Accessed December 2024.

[78] Jermakian, J., Bao, S., Buonarosa, M., Sayer, J., and Farmer, C., "Effects of an Integrated Collision Warning System on Teenage Driver Behavior", Journal of Safety Research, 61, pp. 65-75, March 2017.

vehicles on U.S. roads."[79] In 2020, a NHTSA-sponsored UMTRI report compared real-world crash rates in vehicles with and without various ADAS features, finding that LDW reduced relevant crashes by about 3%, and the results were not statistically significant.[80] In the 2020 compendium of the Highway Loss Data Institute (HLDI) collision avoidance research,[81] LDW was found not to contribute significantly to reductions in collision claim frequency compared to other ADAS systems. Specifically, the analysis revealed that vehicles equipped with LDW, such as those from Audi, Mercedes-Benz, and Mazda, showed inconsistent changes in claim frequency. Although LDW was associated with a slight overall reduction of 0.2 percent in property damage liability (PDL) claim frequency and 0.3 percent in collision claim frequency, these reductions were concluded to be statistically insignificant. HLDI research noted that while LDW may provide some benefits, its effectiveness in lowering claim frequencies remains uncertain. In addition to LDW effectiveness, HLDI and IIHS also stated that separate analysis of FCW and LDW indicated that "the proportion of police-reported crashes relevant to FCW was twice the size of the proportion that was relevant to LDW."[82,83]

In a more recent study conducted by Partnership for Analytics Research in Traffic Safety (PARTS),[84] more limited effectiveness for LDW was shown. PARTS' report is based on the data from 93 vehicle models for MY2015 to 2020 that crashed in 13 states from January 2016 through August 2021.[85] PARTS evaluated the reduction in single-vehicle road-departure crashes for vehicles equipped with different combinations of lateral ADAS features: LDW (without LKA or LCA), LDW with LKA (without LCA), and LDW with LKA and LCA, comparing them to

---

[79] IIHS, "Lane Departure Warning, Blind Spot Detection Help Drivers Avoid Trouble", August 2017, https://www.iihs.org/news/detail/stay-within-the-lines-lane-departure-warning-blind-spot-detection-help-drivers-avoid-trouble, Accessed December 2024.

[80] Flannagan, C., and Leslie, A. "Crash avoidance technology evaluation using real-world crash data", NHTSA Technical Report, DOT HS 812 841, March 2020.

[81] HLDI, "Compendium of HLDI collision avoidance research", vol. 37, no. 12, December 2020.

[82] Ibid.

[83] Cicchino, J.B., "Effects of Lane Departure Warning on Police-Reported Crash Rates", Journal of Safety Research 66, 61-70, May 2018.

[84] Aukema, A., Berman, K., Gaydos, T., Sienknecht, T., Chen, C.-L., Wiacek, C., Czapp, T., and St. Lawrence, S., "Real-World Effectiveness of Model Year 2015–2020 Advanced Driver Assistance Systems," 27th International Technical Conference on the Enhanced Safety of Vehicles, 2023.

[85] Ibid.

vehicles without any of these features. The results for reduction in single-vehicle road-departure crashes attributed by LDW/LKA/LCA systems are shown in Figure 8.

The PARTS study found that vehicles equipped with both LDW and LKA saw an 8% reduction in such crashes, while vehicles with LDW, LKA, and LCA had a 9% reduction, as compared against vehicles equipped with none of LDW, LKA, or LCA. LDW alone showed a smaller and statistically insignificant reduction of 3%. For injury crashes, reductions were consistent across systems, with LDW + LKA and LDW + LKA + LCA showing reductions of 7% and 8%, respectively, though confidence intervals indicated possible ineffectiveness due to smaller sample sizes. In serious crashes, reduction estimates were higher (13%-16%), but none were statistically significant due to limited data.

The PARTS study notes that a key limitation is the assumption that the ADAS features studied (LDW, LKA, LCA) were always active, though drivers may disable them 50% of the time, reducing their effectiveness. It is important to note that these ADAS features could be deactivated or suspended through primary (switches on the dashboard or steering wheel) or secondary (evasive steering, activation of the turn signal) inputs from the driver.




Figure 8. Reduction in single-vehicle road-departure crashes.[86]

Consumer Reports noted in 2021 that while most drivers are generally satisfied with the lane keeping system on their cars, they "tend to be frustrating around town and on secondary roads".[87] It stated that they "hold promise, but thus far, there are no proven safety benefits, and there are certainly some downsides." While Consumer Reports encouraged buyers to get FCW, AEB, and blind spot alerts, it did not offer the same recommendation for a lane keeping system.

In 2022, NHTSA issued a request for comments (RFC) for the inclusion of additional driver assistance features in NCAP.[88] In the 2022 RFC, NHTSA noted that it "believes that lane keeping technologies such as LDW, LKS, and LCA, can address ten pre-crash scenarios including the prevention or mitigation of roadway departures and crossing the centerline or median."[89] NHTSA's discussion on lane keeping systems noted that LDW adoption has lagged behind that of FCW, and noted the persistence of false activations and nuisance alerts leading to drivers

[86] Ibid.

[87] Bartlett, J.S., "Which Lane Keeping Assist System Is Right for You?", Consumer Reports, November 2021, https://www.consumerreports.org/driver-assistance-systems/which-lane-keeping-assist-system-is-right-for-you-a4813532588/, Accessed December 2024.

[88] Federal Register Vol. 87, No. 46, "Request for Comments: New Car Assessment Program," Docket No. NHTSA-2021-0002, March 2022.

[89] Ibid, p. 24.

disabling their LDW systems.[90] Other technical issues were noted in NHTSA's 2022 RFC, such as those associated with perception issues due to sun reflection and glare from roadway features like tar lines. It also noted challenges for LKS systems at high vehicle speeds on curved roads, which would result in potentially high lateral velocities when a vehicle transitions from a straight roadway to a curve.[91]

Following the 2022 RFC, NHTSA published a Final Decision Notice in December of 2024 and updated the NCAP by adding four ADAS technologies, including LKA/LKS, pedestrian AEB, blind spot warning, and blind spot intervention, starting with model year 2026 vehicles.[92] NHTSA updated the NCAP to include LKA evaluation and integrate it with LDW evaluation. Moreover, NHTSA adopted a pass rate of 100 percent for NCAP's LKA testing.

Figure 9 presents a timeline of events capturing LDW/LKA/LCA introductions, NHTSA actions, and the subject Ford F-150 milestones. NHTSA, to this day, has yet to add LCA to its NCAP list of Recommended Driver Assistance Technologies.[93] As shown in Figure 10, according to NHTSA's long-term roadmap that is included in the 2024 update to NCAP,[94] NHTSA lists the final decision phase on an NCAP upgrade to include 'Enhanced LKA' (higher speed, curved road and/or road edge detection scenarios) to take place in 2028 with the implementation phase to start in 2030. LCA is not listed in NHTSA's list of future upgrades to NCAP until at least 2031.

---

[90] Ibid, p. 74.

[91] Ibid, p. 41.

[92] Federal Register Vol. 89, No. 232, New Car Assessment Program Final Decision Notice—Advanced Driver Assistance Systems and Roadmap, December 2024.

[93] "Ratings", NHTSA, https://www.nhtsa.gov/ratings, Accessed December 2024.

[94] Federal Register Vol. 89, No. 232, New Car Assessment Program Final Decision Notice—Advanced Driver Assistance Systems and Roadmap, December 2024.




Figure 9. Timeline of various research and regulation activities pertaining to LDW, LKA, and LCA systems on passenger vehicles from 2013-2024.

NHTSA published a series of reports between 2018 to 2020 on functional safety assessment of automated lane centering systems, aiming to analyze potential hazards, derive safety requirements, and provide safety strategies for automated LCA.[95,96,97] The study identified vehicle-level safety goals, functional safety requirements, and additional safety requirements to inform potential future safety policies and test scenarios for automated lane centering systems. NHTSA's 2018 report noted that, unlike the foundational vehicle systems, the driver does not directly control the vehicle's lateral positioning through the automated lane centering system but can engage or disengage it using primary (e.g., dedicated switches on the dashboard) and secondary (e.g., activation of the turn signal, or application of the brake pedal) controls. The report did not constitute regulatory guidelines.

95 Becker, C., Yount, L., Rozen-Levy, S., and Brewer, J., "Functional Safety Assessment of an Automated Lane Centering System", NHTSA Technical Report, DOT HS 812 573, August 2018.

96 Brewer, J., Becker, C., Yount, L., and Pollard, J., "Functional Safety Assessment of a Generic Automated Lane Centering System and Related Foundational Vehicle Systems", NHTSA Technical Report, DOT HS 812 572, August 2018.

97 Becker, C., Brewer, J., and Yount, L., "Safety of the Intended Functionality of Lane-Centering and Lane-Changing Maneuvers of a Generic Level 3 Highway Chauffeur System", NHTSA Technical Report, DOT HS 812 879, November 2020.

| Potential updates to NCAP Evaluations | Research phase | RFC phase | Final decision phase | Implementation phase start in 4th quarter |
|---|---|---|---|---|
| *Crash Avoidance Program:* | | | | |
| Headlighting System (Advanced Driving Beam, Semi-Automatic Beam Switching, and Lower Beam Headlamp) | 2024–2026 | 2026–2027 | 2028 | 2030 |
| AEB for Intersection Crash Scenarios | 2025–2027 | 2028 | 2029 | 2031 |
| Enhanced LKA (Higher Speed, Curved Road and/or Road Edge Detection Scenarios) | 2024–2026 | 2027 | 2028 | 2030 |
| Enhanced AEB (Speed and Additional Scenarios) | 2026–2028 | 2029 | 2030 | 2032 |
| Driver Monitoring Systems—Distracted/Drowsy Driving | 2023–2027 | 2028 | 2029 | 2031 |
| Intelligent Speed Assist | 2024–2028 | | | |

Figure 10. NHTSA's roadmap for long-term upgrades to NCAP.[98]

While LDW, LKA, and LCA technologies have the potential to assist the driver in avoiding an unintended lane departure, the regulatory guidance surrounding them is still in flux for light-duty vehicles and nascent for medium-duty trucks, and their capabilities envelope is still evolving. Ultimately the overall effectiveness of LDW, LKA, and LCA relies on an attentive and cooperative driver, and on the feature not having been deactivated. In several vehicles (including the subject Ford F-150 vehicle) the LDW/LKA/LCA system may be activated and deactivated by the press of a button near the steering wheel or on the center console. This is to allow drivers the freedom to use the system only when they want so that each driver can evaluate whether the LDW/LKA/LCA feature is convenient based on driving style, route, environmental conditions, and more. Some LDW/LKA/LCA systems (including the subject Ford F-150 vehicle) include sensitivity and alert settings, however, these settings require navigation through the vehicle settings menus to change.[99]

## 6.3. Additional ADAS Features for Lateral and Longitudinal Control

In addition to the ACC and LCA features covered in earlier sections, OEMs are continuously developing and incorporating additional functionalities into their vehicles' driver assistance systems to enhance both lateral and longitudinal controls. These features may enable the system to manage more complex scenarios, such as lane change assist and adjusting the vehicle speed in response to traffic conditions. However, many of these ADAS features with add-on capabilities

98 Federal Register Vol. 89, No. 232, New Car Assessment Program Final Decision Notice—Advanced Driver Assistance Systems and Roadmap, December 2024.

99 MY 2021 Ford F-150 Owner's Manual.

are often still classified within the SAE J3016 Level 0-2. For example, ACC and LCA with auto lane change capability can still be classified as Level 2 systems. Therefore, the J3016 categories should not be seen as a complete characterization of a driver-assist system's capabilities. Level 2 features encompass a wide range of add-ons developed by OEMs over the last decade, making it impractical to compare ADAS features within the same Level 2 category due to their fundamental differences. One cannot expect specific features to have add-on capabilities unless explicitly noted by the technology developer. Moreover, even with additional capabilities, Level 0-2 ADAS systems still require the driver to remain attentive and to prepared to always take control. While these additional features may enhance safety and/or convenience, the driver retains full responsibility for the vehicle's operation.

Figure 11 shows some of the additional ADAS features that different OEMs have installed on some of their MY 2021 models, either as standard or as part of optional packages. As discussed previously, while other peers of the Ford F-150 are categorized under Level 1 automated driving (with continuous longitudinal control through ACC), the Ford F-150 offers both continuous longitudinal (ACC) and lateral (LCA) controls, putting it in the Level 2 category when both features are simultaneous enabled. Some of these additional features have consistent implementations across OEMs and others are OEM-specific features. There are neither regulations nor confirmation tests developed by NHTSA regarding the performance capabilities of these additional features.

In addition to ACC and LCA, Ford F-150 and Mercedes S-class, among other vehicle models, have an optional feature that detects speed limit signs and may use that information to automatically adjust the vehicle's speed. For example, the Ford system integrates the speed sign information with the ACC system "to adjust the cruise set speed to the speed limit detected by the speed sign recognition system."[100] While the additional information detected from the speed limit sign may make the ACC operation more convenient, it still puts the driving assistance system within the Level-2 category, meaning the driver is "responsible for controlling [their] vehicle at all times. The system is designed to be an aid and does not relieve [the driver] of [their]

[100] MY 2021 Ford F-150 Owner's Manual, p. 361

responsibility to drive with due care and attention."[101] Furthermore, the speed limit recognition system "may not detect all speed signs and may incorrectly read signs."[102] The owner's manual of the MY 2021 Mercedes S-Class also notes that "Traffic sign assist only visualizes selected signs on the driver display,"[103] further highlighting variability in add-on features.

Other OEMs have developed route-based features that could adjust the set speed of the ACC according to route events ahead, e.g., BMW 7-Series, Mercedes S-Class, and Tesla Model 3. The route-based speed adjustment could be linked to vehicle's driving mode (e.g., fuel-saving, comfort, and sort modes) and depends on how the vehicle collects information about the route events ahead (e.g., stored route information, connectivity services, etc.). The route-based speed adjustment also has known limitations. For example, Mercedes notes in the owner's manual of the MY 2021 S-Class that "[t]he driver is responsible for choosing the right speed and observing other road users,"[104] and the route-based speed adaptation can malfunction "if the driver does not follow the calculated route"[105] and "if map data is not up-to-date or available."[106]

Similar to longitudinal control with add-on features, additional features for lateral control have been developed by different OEMs to enable automatic lane-change or lane change assist, in addition to LCA. Tesla's AutoPilot System is capable of not only detecting traffic control devices such as stop signs and traffic lights but also bringing the vehicle to a stop in response to a red light or stop sign when Autosteer or Traffic-Aware Cruise Control is engaged. In the MY 2021 Model 3's owner's manual, Tesla states that "Traffic Light and Stop Sign Control is a BETA feature and works best on roads that are frequently driven by Tesla vehicles."[107] This may suggest that for the same road configuration with the same traffic control devices, Tesla vehicles may react differently depending on the availability and richness of data collected from other Tesla vehicles. The same owner's manual also warns the drivers that they should "NEVER make assumptions and predict

[101] Ibid.

[102] Ibid, p. 409.

[103] MY 2021 Mercedes S-Class Owner's Manual, p. 236.

[104] MY 2021 Mercedes S-Class Owner's Manual, p. 223.

[105] Ibid., p. 224.

[106] Ibid., p. 224.

[107] MY 2021 Tesla Model 3 Owner's Manual, p. 94.

when and where Traffic Light and Stop Sign Control will stop or continue through an intersection or road marking."[108] As shown in Figure 11, despite having additional features for longitudinal control, Tesla's ACC and LCA system (Autosteer or Traffic-Aware Cruise Control) is still within the Level-2 category.

As shown in Figure 11, while different ADAS Level-2 systems have the capability to control both lateral and longitudinal motion of a vehicle, the addition of new features that may rely on extra inputs from onboard sensors, route data, or traffic conditions makes these systems fundamentally different from each other in their expected performance. These variations in ADAS hardware and software mean that the systems cannot necessarily be compared in a similar manner due to the significant differences which impact their overall functionality.




Figure 11: Additional Level-2 ADAS features available on Ford F-150, its peer trucks, and other OEMs and non-peer vehicles in the US market in MY 2021. Feature availability was determined by reviewing owner's manuals and vehicle brochures. Note that not all vehicles listed are among peers of Ford F-150, and they belong to different luxury segments according to 2021 Ward's Automotive Yearbook's classification.

[108] Ibid.

## 6.4. Significance of Speed and Curvature

Vehicle speed and road curvature are critical elements of both traditional roadway design and the design of ADAS features such as LKA and LCA. As such, evaluation of different combinations of speed and road curvature have been a subject of both national and international testing and regulation.

According to NHTSA's December 2024 Final Decision Notice regarding NCAP upgrade, "[f]or the LDW/LKA tests, the subject vehicle, traveling at a speed of 72.4 kph (45 mph), heads towards the lane line using an initial path defined by a 1,200 m (3,937 ft.) radius curve."[109] Despite the initial proposal to test on a curve path with a radius of 200 m (656.2 ft.), NHTSA eventually adopted a "1,200 m (3,937.0ft.) curve radius for [subject vehicle] travel paths in its LKA test procedure."[110] This decision was, in part, in response to the comments NHTSA received on its 2022 RFC.

Notably, in its response to NHTSA, Toyota Motor North America, Inc. referenced the American Association of State Highway and Transportation Officials (AASHTO)'s "Policy on Geometric Design of Highways and Streets," and cited the table shown below in Figure 12 that correlates design speed to the minimum radius of a curved road.[111] In these tables, *e* represents the superelevation of the road, also known as banking. Side friction factor is denoted by *f*. According to the AASHTO's manual, "[t]he minimum radius of curvature is based on a threshold of driver comfort that is sufficient to provide a margin of safety against skidding and vehicle rollover."[112]

The tables demonstrate that as speed increases, so, too, does minimum curvature radius. According to the bottom row of the left table, a roadway designed for a vehicle speed of 60 mph (assuming an *e* of 4% and an *f* of 0.12) should have a curvature radius of at least 1500 ft. In the

[109] Federal Register Vol. 89, No. 232, New Car Assessment Program Final Decision Notice—Advanced Driver Assistance Systems and Roadmap, December 2024.

[110] Ibid.

[111] American Association of State Highway and Transportation Officials (AASHTO), "Policy on Geometric Design of Highways and Streets," 7th Edition, 2018, Table 3–7.

[112] Ibid., pp. 3-33.

subject incident, Mr. Wooten's vehicle was traveling approximately 77 mph before it departed the roadway[113,114] at an exit which has a recommended exit speed of 20 mph. According to both Mr. Buchner's and Mr. Fenton's analyses, the exit ramp Mr. Wooten was attempting to take has a curvature radius of approximately 1000 ft.[115,116] According to the police report,[117] "[i]n the particular area of the crash there was no grade and a 0.00208 superelevation falling toward the exit ramp." Thus, the superelevation is approximately 0.2%, indicating that the subject roadway is nearly level. Per AASHTO's manual, smaller superelevation values necessitate larger curvature radii.

| U.S. Customary | | | | | |
|---|---|---|---|---|---|
| Design Speed (mph) | Maximum *e* (%) | Maximum *f* | Total (*e*/100 + *f*) | Calculated Radius (ft) | Rounded Radius (ft) |
| 10 | 4.0 | 0.38 | 0.42 | 15.9 | 16 |
| 15 | 4.0 | 0.32 | 0.36 | 41.7 | 42 |
| 20 | 4.0 | 0.27 | 0.31 | 86.0 | 86 |
| 25 | 4.0 | 0.23 | 0.27 | 154.3 | 154 |
| 30 | 4.0 | 0.20 | 0.24 | 250.0 | 250 |
| 35 | 4.0 | 0.18 | 0.22 | 371.2 | 371 |
| 40 | 4.0 | 0.16 | 0.20 | 533.3 | 533 |
| 45 | 4.0 | 0.15 | 0.19 | 710.5 | 711 |
| 50 | 4.0 | 0.14 | 0.18 | 925.9 | 926 |
| 55 | 4.0 | 0.13 | 0.17 | 1186.3 | 1190 |
| 60 | 4.0 | 0.12 | 0.16 | 1500.0 | 1500 |

| Metric | | | | | |
|---|---|---|---|---|---|
| Design Speed (km/h) | Maximum *e* (%) | Maximum *f* | Total (*e*/100 + *f*) | Calculated Radius (m) | Rounded Radius (m) |
| 15 | 4.0 | 0.40 | 0.44 | 4.0 | 4 |
| 20 | 4.0 | 0.35 | 0.39 | 8.1 | 8 |
| 30 | 4.0 | 0.28 | 0.32 | 22.1 | 22 |
| 40 | 4.0 | 0.23 | 0.27 | 46.7 | 47 |
| 50 | 4.0 | 0.19 | 0.23 | 85.6 | 86 |
| 60 | 4.0 | 0.17 | 0.21 | 135.0 | 135 |
| 70 | 4.0 | 0.15 | 0.19 | 203.1 | 203 |
| 80 | 4.0 | 0.14 | 0.18 | 280.0 | 280 |
| 90 | 4.0 | 0.13 | 0.17 | 375.2 | 375 |
| 100 | 4.0 | 0.12 | 0.16 | 492.1 | 492 |

Figure 12. The minimum radius of a curved road for a given design speed determined from the maximum rate of superelevation (*e*) and the maximum side friction factor (*f*) selected for design, according to AASHTO's manual.[118]

According AASHTO's manual, "[w]hen a vehicle moves in a circular path, it undergoes a centripetal acceleration that acts toward the center of curvature. […] In horizontal curve design, 'lateral acceleration' is equivalent to 'centripetal acceleration'[.]"[119] Centripetal acceleration can

113 Bosch Crash Data Retrieval Report.

114 Expert Report of G. Bryant Buchner, p. 11.

115 Ibid., p. 10.

116 Expert report of Steve Fenton

117 Georgia Motor Vehicle Crash Report, Agency Case Number 2021024358.

118 American Association of State Highway and Transportation Officials (AASHTO), "Policy on Geometric Design of Highways and Streets," 7th Edition, 2018, pp. 3-33.

119 Ibid., pp. 3-19.

be calculated from the kinematic formula $v^2/r$, where $v$ is the speed and $r$ is the curvature radius. Using the values relevant to the subject incident, a centripetal acceleration of approximately 3.9 $m/s^2$ would have been required for the subject vehicle to take the exit ramp at 77 mph. Because the roadway had only minor superelevation, lateral acceleration would need to have been approximately 3.9 $m/s^2$ as well.

UN/ECE Regulation 79 places limits on the maximum lateral acceleration that certain types of lane keeping systems can be capable of commanding.[120,121,122] This is done "to ensure the steering operability by the driver and to avoid unexpected vehicle behaviour, during [system] operation."[123] Though this regulation applies to vehicles in the European market, Ford has adopted voluntary compliance with it in the North American market, including for their F-150 trucks.[124,125] As of today, there is no analogous regulation of lane keeping systems' lateral acceleration limits in the United States. UN/ECE Regulation 79 states that a manufacturer must specify a maximum lateral acceleration its vehicle's lane keeping system shall be capable of commanding. This manufacturer-specified limit must sit within a range of values given by Table 1 of the regulation, reproduced in Figure 13 below.

[120] "Regulation No 79 of the Economic Commission for Europe of the United Nations (UN/ECE) — Uniform provisions concerning the approval of vehicles with regard to steering equipment [2018/1947]," UN/ECE Regulation No. 79, *Official Journal of the European Union* (2018). https://op.europa.eu/en/publication-detail/-/publication/3f7415ac-ff32-11e8-a96d-01aa75ed71a1. Accessed January 2025.

[121] "Proposal for a Supplement to the 03 series of amendments to UN Regulation No. 79 (Steering equipment)," UN/ECE Regulation No. 79 (2020). https://unece.org/DAM/trans/doc/2020/wp29grva/ECE-TRANS-WP29-GRVA-2020-07e.pdf. Accessed January 2025.

[122] "Concerning the Adoption of Harmonized Technical United Nations Regulations for Wheeled Vehicles, Equipment and Parts which can be Fitted and/or be Used on Wheeled Vehicles and the Conditions for Reciprocal Recognition of Approvals Granted on the Basis of these United Nations Regulations," UN/ECE Regulation No. 79 Revision 5 (2023). https://unece.org/sites/default/files/2024-04/R079r5e.pdf. Accessed January 2025.

[123] UN/ECE Regulation No. 79, paragraph 5.6.2.1.3.

[124] Deposition of Natalie Dostie, 83:9-17, 208:22-209:21.

[125] Deposition of John Ralph Gunderson, 94:17-25, 97:3-10.

**For vehicles of category $M_1$, $N_1$**

| *Speed range* | *10 - 60 km/h* | *> 60 - 100 km/h* | *> 100 - 130 km/h* | *> 130 km/h* |
|---|---|---|---|---|
| Maximum value for the specified maximum lateral acceleration | 3 $m/s^2$ | 3 $m/s^2$ | 3 $m/s^2$ | 3 $m/s^2$ |
| Minimum value for the specified maximum lateral acceleration | 0 $m/s^2$ | 0.5 $m/s^2$ | 0.8 $m/s^2$ | 0.3 $m/s^2$ |

**For vehicles of category $M_2$, $M_3$, $N_2$, $N_3$**

| *Speed range* | *10 - 30 km/h* | *> 30 - 60 km/h* | *> 60 km/h* |
|---|---|---|---|
| Maximum value for the specified maximum lateral acceleration | 2.5 $m/s^2$ | 2.5 $m/s^2$ | 2.5 $m/s^2$ |
| Minimum value for the specified maximum lateral acceleration | 0 $m/s^2$ | 0.3 $m/s^2$ | 0.5 $m/s^2$ |

Figure 13. Upper and lower bounds for manufacturer-specified max lateral acceleration of a lane keeping system, depending on speed and vehicle type. For reference, the subject vehicle is type M1/N1, and 77 mph is approximately 124 kph.[126]

Based on this table, the applicable max lateral acceleration is 3 $m/s^2$. This is consistent with the deposition testimony of Ford representative Natalie Dostie,[127] who also stated that Ford tested the LCA system at various speeds and curvature radii to measure max lateral acceleration, among other things. As discussed above, lateral acceleration would need to have been approximately 3.9 $m/s^2$ in the subject incident in order for the subject vehicle to take the exit ramp at its travel speed. According to the deposition testimony of Ford representative John Ralph Gunderson,

> *"if the lateral control function exceeds a certain lateral acceleration, it is required to decrease the torque or decrease the control so that the vehicle drifts out of the lane instead of going to a higher lat accel."* [128]

[126] UN/ECE Regulation No. 79, Table 1.

[127] Deposition of Natalie Dostie, 147:15-21.

[128] Deposition of John Ralph Gunderson, 94:21-25.

It should be noted that maximum lateral acceleration is not the only limiting parameter for the performance of a lane keeping system. For example, UN/ECE Regulation 79 also places limits on lateral jerk (the rate of change of lateral acceleration) and the input steering force required for a driver to override the system.[129] Furthermore, Ford implements steering torque and drift rate limits for its lane keeping system.[130] According to the deposition testimony of Natalie Dostie, "[Torque] limits are primarily based on having the steering system be controllable so that a driver could always overtake the system if needed."[131] According to the 2021 F-150 owner's manual, "The driving assistance torque is limited and may not be sufficient for all driving situations such as driving through tight curves or driving through curves at high speeds."[132]

Given its relevance to the arguments of plaintiff experts (discussed in Section 9 below), it is also noteworthy that Tesla has implemented functional limitations of its Autopilot feature on vehicles sold in the European market due to UN/ECE Regulation 79.[133]

[129] UN/ECE Regulation No. 79.

[130] Deposition of Natalie Dostie, 209:22-210:5.

[131] Deposition of Natalie Dostie, 118:12-14.

[132] MY 2021 Ford F-150 Owner's Manual, p. 360.

[133] "Tesla Limits Autopilot In Europe Due To New UN/ECE Regulations," The Drive (2019). https://www.thedrive.com/tech/28071/tesla-limits-autopilot-in-europe-due-to-new-un-ece-regulations. Accessed January 2025.

# 7. Market Penetration of Automotive Technology

The deployment of emerging automotive technologies to the marketplace and its subsequent market penetration is influenced by a number of factors, including cost, technological complexity, industry behavior, and consumer response. Technology deployment typically starts with pilot introductions to assess consumer demand and build confidence in the manufacturing and effectiveness of a new technology. Market penetration improves as the production scales up and the technology proves itself in the field. While examining trends in deployment of comfort/convenience, powertrain, and safety features in passenger cars, a 2012 study observed that “automotive product development is complex and features [i.e., new technologies] require significant time to overcome deployment constraints”.[134] Roadblocks to deployment may include real or perceived technical or safety challenges, consumer reluctance to embrace behavioral changes demanded by the new technology, or a failure to sufficiently and rapidly drive down costs.

## 7.1. Market Penetration and Development Lag Time

In 2013, a study commissioned by the U.S. Department of Energy (DOE) estimated typical deployment timelines for major light-vehicle technologies for planning purposes. It found that once a new technology is introduced, a mass-market model of the technology follows a low-volume introductory model by approximately 3-5 years. This may be much longer if significant learning is required for the mass-market model. From this time, the study found it takes approximately 12-20+ years for the technology to saturate the market for new vehicles, and another 11-13 years for overall fleet saturation due to vehicle turnover.[135]

[134] Zoepf, S. and Heywood, J., “Characterizations of Deployment Rates in Automotive Technology,” SAE International Journal of Passenger Cars-Electronic and Electrical Systems, 5(2), pp. 541-552, 2012.

[135] Plotkin, S., Stephens, T., and McManus, W., “Vehicle Technology Deployment Pathways: An Examination of Timing and Investment Constraints”, U.S. Department of Energy, Transportation Energy Futures Series, DOE/GO-102013-3708, March 2013.

The time it takes for a new feature to reach 50% penetration in the market of new vehicles is called the developmental lag time. Studies have demonstrated that this lag time typically corresponds to the period during which the deployment growth rate is the greatest. A review of historical technology development and deployment shows that development lag time has become shorter in recent years, as shown in Figure 14. For example, anti-lock brakes (ABS) for light vehicles entered the market in the early 70's and developmental lag time was about 20 years, while electronic stability control (ESC) for light vehicles entered the market in the early 90's and the developmental lag time was about 10 years. Development lag is due to several factors, including but not limited to, technological breakthroughs; technology complexity; technology cost; intellectual property (IP) considerations; design, production, and durability validation testing; maturity of manufacturing processes and re-tooling times, supply chain limitations; consumer acceptance; application specific engineering activities, and vehicle re-design cycles (a viable automaker cannot introduce brand-new versions of each of its vehicle models every year).[136]




Figure 14. Years to maximum growth for various automotive technologies.[137]

[136] NHTSA and EPA Joint Technical Support Document: Final Rulemaking for 2017-2025 Light-Duty Vehicle Greenhouse Gas Emission Standards and Corporate Average Fuel Economy Standards, EPA-420-R-12-901, August 2012.

[137] Zoepf, S., "Automotive Features: Mass Impact and Deployment Characterization," Master's Thesis, Massachusetts Institute of Technology, May 2011.

## 7.2. Development and Deployment "s" Curve

Once a modern technology enters the market and starts to encounter the favor of consumers and regulators, it takes approximately 10 years to ramp up and it can still take over 20 years before it becomes standard on almost every vehicle being produced. Figure 15 shows actual installation rate (or "take rate") and a model fit for ESC as derived by Zoepf. He used regression with a logistic form on yearly feature take rates to model the percent of new vehicles with a given feature over time. This regression model results in an "S" shaped curve that estimates time to market saturation, developmental lag time and maximum growth rate (also referred to as the "S"-curves because of their shape). The "S"-curves can be generally divided in three areas: low volume deployment, max growth rate, and high-volume deployment. As previously discussed, the low volume deployment starts with the first introduction and lasts approximately 10 years (for recent technologies) until it reaches the area of max growth rate (i.e., the area in Figure 15 where the blue diamonds start to grow quickly), and then reaches high volume deployment as the take rate approaches 100% and virtually every vehicle available on the market comes with the technology installed.




Figure 15. Market penetration for traction/stability control.[138]

[138] Ibid.

The analyses conducted by Zoepf were in part based on Ward's automotive yearbook data, which tracks annual installation rates of many automotive features for light vehicles.[139] For a given yearbook year, feature installation rates for the previous MY are provided. Zoepf did not consider ADAS technologies, which require complex sensor, algorithm, control system, human machine interface (HMI), and testing in his analysis since these were still very rare in 2011.

In separate studies published in 2021 and 2024 by the Partnership for Analytics Research in Traffic Safety (PARTS),[140,141] the market penetration of ADAS systems in passenger vehicles from eight participating automobile manufacturers (General Motors, Honda, Mazda, Mitsubishi, Nissan, FCA, Subaru, and Toyota) was estimated. Ford also provided data to PARTS for their 2024 study. The 2021 study reported the penetration rates for LDW and LKA systems, while the 2024 study, in addition to LDW and LKA, included an estimate for LCA. The data for LDW, LKA, and LCA from the 2021 and 2024 PARTS reports are aggregated and shown in Figure 16. As can be seen, since 2015, LDW has had the highest penetration rate, reaching 79.4% in MY2021 vehicles. The estimates from the 2021 and 2024 reports for LDW penetration rates between MY2015 and MY2020 show a consistent trend. For LKA, however, the revised estimate in 2024 indicates a lower penetration rate compared to what was initially estimated in 2021. Data show that for new vehicles manufactured for the 2021 model year, approximately 70% were equipped with LKA. Despite the increase observed in LCA penetration rates between MY2015 and MY2021, the data show that LCA adoption is much lower than that of LDW and LKA, reaching 42.5% in MY2021 vehicles. It is noted in PARTS report that the "[r]eported ADAS penetration rates represent a partial view of the U.S. automobile market, both in terms of manufacturers and models. Vehicles in the PARTS study set may not be representative of the entire market but do represent the majority at approximately 80%."[142] The report also mention that "[m]anufacturers identified the vehicles that met the ADAS definitions; specific performance criteria were not

[139] "Ward's Automotive Yearbook". Available at: https://www.wardsauto.com/miscellaneous/wards-automotive-yearbook

[140] The Partnership for Analytics Research in Traffic Safety, "2021 Market Penetration of Advanced Driver Assistance Systems (ADAS)", December 2021.

[141] The Partnership for Analytics Research in Traffic Safety, "2024 Market Penetration of Advanced Driver Assistance Systems (ADAS)", September 2024.

[142] Ibid.

applied."[143] It should be noted that the data shown in Figure 16 represents the ADAS feature market penetration rate for new vehicles sold in a given year. This means that the ADAS feature penetration rate among all vehicles on the road is likely much lower than the numbers presented in Figure 16.




Figure 16. Market penetration of ADAS systems in the US: (top left) LDW, (top right) LKA, and (bottom) LCA for new vehicles sold in the US between 2015 to 2021. Exponent plotted the charts using data published in the 2021 (black bars) and 2024 (red bars) PARTS reports.[144,145] 2021 PARTS report did not include data for LCA feature. In a given year, the penetration rate of each feature was calculated by dividing the number of vehicles reported to be equipped with that feature by the total number of new vehicles, expressed as a percentage.

---

143 Ibid.

144 The Partnership for Analytics Research in Traffic Safety, "2021 Market Penetration of Advanced Driver Assistance Systems (ADAS)", December 2021.

145 The Partnership for Analytics Research in Traffic Safety, "2024 Market Penetration of Advanced Driver Assistance Systems (ADAS)", September 2024.

# 8. Non-Peer Technology Comparison

Section 5 compares the 2021 Ford F-150 to its market segment peer competitors and does not include the Tesla Model 3 because it is not a peer vehicle to the F-150. In his expert report, Shawn Harrington tested a 2018 Tesla Model 3 to compare its ADAS features to those of the subject vehicle.

Telsa vehicles are standard-equipped with the Tesla Autopilot driver assist system. Telsa also offers an additional Full Self-Driving (Supervised) package for purchase.[146] The Tesla website notes that ADAS feature availability varies based on factors such as vehicle model, trim, and model year and that both system types are "designed to become more capable over time."[147]

As discussed in Section 6, OEMs are continuously developing and incorporating additional functionalities into their vehicles' driver assistance systems and differ in terms of their ADAS feature and feature capabilities offerings. The MY 2018 (and MY 2021) Tesla Model 3's ADAS features differ from those of the MY 2021 F-150 system, as described in their respective owner's manuals. For example, under the precautions for the MY 2021 F-150's ACC system, Ford warns the driver to "[p]ay close attention to changing road conditions such as entering or leaving a highway…Failure to follow this instruction could result in the loss of control of your vehicle, personal injury or death."[148] Additionally, under the Lane Centering limitations section, Ford notes that, "[t]he driving assistance torque is limited and may not be sufficient for all driving situations such as driving through tight curves or driving through curves at high speeds."[149]

[146] "Autopilot and Full Self-Driving (Supervised)", Tesla Support, Accessible at: https://www.tesla.com/support/autopilot; Accessed in December 2024.

[147] Ibid.

[148] MY 2021 Ford F-150 Owner's Manual, p. 352.

[149] Ibid, p. 360.

In contrast, the 2018 and 2021 Tesla Model 3 Owner's Manuals describe the additional Traffic-Aware Cruise Control (TACC) capability of the Model 3's ACC feature that may alter the vehicle's speed near an exit on a controlled access road:

> *"When cruising near an exit on a controlled access road (such as a highway or freeway) and engaging the turn signal toward the exit, Traffic-Aware Cruise Control assumes you are exiting and begins to slow down the vehicle...Traffic-Aware Cruise Control may reduce your set speed in 5 mph (5 km/h) increments – to as slow as 25 mph (40 km/h) – to better match the reported speeds of other Tesla vehicles that have driven at that specific location."*[150]

Both the 2018 and 2021 owner's manuals note, however, situations in which the TACC might not slow down near an exit: "In situations where GPS data is unavailable (for example, if there is inadequate signal), engaging the turn signal near an exit does not cause Traffic-Aware Cruise Control to slow down Model 3."[151]

The 2018 and 2021 manuals also describe other ACC-related features that were available on the Model 3 but not on the 2021 F-150, such as the Auto Lane Change capability of the Autosteer function.[152] Similarly, the 2021 Model 3 offered a Navigate on Autopilot feature that "actively guides your vehicle from a highway's on-ramp to off-ramp."[153]

The Tesla Model 3 and the Ford F-150 are also equipped with different sensor configurations (Figure 17).

---

[150] MY 2018 Tesla Model 3 Owner's Manual on pp. 69-70; MY 2021 Tesla Model 3 Owner's Manual, p. 83.

[151] MY 2018 Tesla Model 3 Owner's Manual, p. 62; MY 2021 Tesla Model 3 Owner's Manual, p. 83.

[152] MY 2018 Tesla Model 3 Owner's Manual, p. 69; MY 2021 Tesla Model 3 Owner's Manual, p. 88.







Figure 17. Sensors on a Tesla Model 3 vehicle[154] (left) and a Ford F-150[155] (right).

A 2018 Tesla Model 3 with the requisite hardware to support the Full Self-Driving (Supervised) package is equipped with multiple cameras as well as ultrasonic and radar sensors.[156] Even if, as stated in Shawn Harrington's expert report, the "Full Self-Driving was not utilized,"[157] the 2018 Tesla Model 3 used in his testing would still have been equipped with the requisite hardware. The subject Ford F-150, which did not have a feature that could be expected to negotiate highway on-ramps and off-ramps with ACC engaged, was equipped with a forward-facing camera and a radar sensor for its ACC and lane-keeping systems.

In addition to hardware differences, notable software differences exist between the 2018 Tesla Model 3 and the subject 2021 Ford F-150 vehicle. As part of the development of its Full Self Driving (Supervised) features, Tesla has collected camera footage from its fleet of millions of vehicles.[158] Tesla has then used, and continues to use, this camera footage to train its Autopilot neural networks. The availability of this driving data enables the TACC capability of reducing the

[154] MY 2018 Tesla Model 3 Owner's Manual, p. 64.
[155] MY 2021 Ford F-150 Owner's Manual, p. 353.
[156] MY 2018 Tesla Model 3 Owner's Manual, p. 64.
[157] Expert report of Shawn Harrington, Exhibit E.
[158] "AI & Robotics", Tesla, Accessible at: https://www.tesla.com/AI; Accessed December 2024.

vehicle's speed when driving on a highway interchange or offramp with TACC engaged "to better match the reported speeds of other Tesla vehicles that have driven at that specific location." According to the Head of ADAS at Ford, Ford has adopted a similar approach for the development of its BlueCruise feature.[159] This feature was not, however, available at the time of the subject incident.

Finally, a comparison of a 2018 Tesla Model 3 and a 2021 Ford F-150 requires consideration of their overall vehicle platforms. The F-150 has a higher center of mass than a Tesla Model 3 which impacts how a vehicle, even without involvement of driver-assistance features, is able to navigate curves in the roadway. This difference in center of mass would also impact a vehicle's ADAS performance limits. For example, the F-150 driver's manual highlights one LKA limitation, warning that the vehicle's lane keeping system "may not correctly operate if your vehicle is fitted with a suspension kit not approved by us [Ford]."[160] A vehicle's suspension kit impacts the vehicle's height and, thus, its center of mass and vehicle handling when navigating curves.

Additionally, marketing materials for the 2021 F-150 describe the vehicle as "one of the best towing machines on the road."[161] In contrast, the 2018 and 2021Tesla Model 3 owner's manuals explicitly warn: "Do not use Model 3 for towing purposes. Model 3 does not currently support towing. Towing can cause damage and increase the risk of a collision."[162] Towing and hauling items would change the weight and center of mass for the Ford F-150, and this potential for high variability poses an additional consideration for both how ADAS technologies are designed and their performance limitations. Additionally, the Model 3's lack of towing capacity could be a critical factor to a consumer considering the purchase of a Ford F-150.

[159] "Rolling out BlueCruise 1.3: How we are using data to improve software," Omari, S., July 2023, Accessible at: https://www.linkedin.com/pulse/rolling-out-bluecruise-13-how-we-using-data-improve-software-omari/, Accessed January 2024.

[160] MY 2021 Ford F-150 Owner's Manual, p. 382.

[161] MY 2021 Ford F-150 Brochure, p. 6.

[162] MY 2018 Tesla Model 3 Owner's Manual, p. 149. MY 2021 Tesla Model 3 Owner's Manual, p. 128.

Taken together, the functionality and expected usage of the 2021 Ford F-150 and the 2018 Tesla Model 3 vehicle platforms and their accompanying ADAS features differ too significantly to allow for their direct comparison as peer vehicles.

# 9. Rebuttal to Plaintiff Experts

## 9.1. Declaration of Dr. John Schultz

On October 8, 2024, Dr. John Shultz provided a letter titled "Initial Sensor Assessment of 2021 Ford F-150," where he performed "an analysis of the two relevant sensor systems," being the "radar and optical camera (image processing module A – IPMA)."[163] While ADAS technologies have been shown to provide safety benefits and reduce accidents in certain circumstances, Dr. Schultz overstates the capabilities of these systems, seeming to imply that they perform the same in every scenario and do not have known limitations.

*"Based on input from these sensors, Automatic Emergency Braking is supposed to activate* 'if the system determines a collision is imminent' *[2021 F-150 Owner's Manual]."*[164]

- In this statement, Dr. Schultz seems to misunderstand the function of the Pre-Collision Assist AEB feature. According to the section "What is Pre-Collision Assist" from the 2021 F-150 Owner's Manual, "Pre-collision assist detects and warns of approaching hazards in the roadway. If your vehicle is rapidly approaching another stationary vehicle, a vehicle traveling in the same direction as yours, or a pedestrian or cyclist within your driving path, the system provides multiple levels of assistance to help avoid a collision."[165]
- The manual does not claim to recognize every potential hazard, nor does it claim that all collisions can be avoided. Rather, it provides a warning that "The system cannot help prevent all crashes. Do not rely on this system to replace driver judgment and the need to maintain a safe distance and speed."[166]

[163] Exhibit 12 to Plaintiff's October 9, 2024, Letter to the Court. Hereafter, "Schultz Letter."

[164] Ibid, p 1.

[165] MY 2021 Ford F-150 Owner's Manual, p. 396.

[166] MY 2021 Ford F-150 Owner's Manual, p. 397.

- AEB systems, as defined by NHTSA and evaluated in its confirmation test,[167] are designed to address imminent crash scenarios with the highest potential for fatalities or injuries, such as collisions with in-path slow moving, decelerating, and stopped lead vehicles. By focusing on in-path hazards, rather than those out of the lane of travel, AEB systems reduce the likelihood of false activations caused by detection of irrelevant objects such as road signs or parked cars on the roadside. If AEB systems were to respond to out-of-lane hazards, it would lead to an impractically high number of false positives.
- Moreover, AEB systems are not intended to predict lane departures. Regulatory performance requirements for AEB systems are based on realistic and testable conditions, ensuring their effectiveness and reliability.[168]

*"In the subject incident, the LKS failed to maintain the lane and entered a grassy gore…In the process, the vehicle struck the Exit 15 sign. If pre-collision assist was active, then this exit sign would have been in the field of view of the forward-looking radar sensor."*[169]

- As discussed in Section 6.4, UN/ECE Regulation 79 places limits on the maximum lateral acceleration that certain types of lane-keeping systems can command. The amount of lateral acceleration that would have been required for the subject vehicle to navigate the exit at its travel speed would have exceeded the maximum lateral acceleration limit. Though Ford is not required to comply with this regulation, the company has adopted voluntary compliance with it in the North American market, including for their F-150 trucks. The road curvature for the subject incident also exceeds that of NCAP testing protocols.
- Additionally, the sign's putative presence within the radar's field of view is irrelevant for the reasons stated above. Namely, the system aims to detect, issue warnings for, and potentially apply braking, for example, for slow moving, decelerating, and stopped vehicles in the lane of travel; it will not apply braking for road signs, which are out of the

---

[167] "Federal Motor Vehicle Safety Standards; Automatic Emergency Braking Systems for Light Vehicles," NHTSA, Docket No. NHTSA-2023-0021, May 2024.

[168] Ibid.

[169] Schultz Letter, p. 3.

lane of travel. Dr. Schultz's ensuing discussion regarding the radar cross-section (RCS) of the road sign is consequently a moot point.

*"Based on the Ford IPMA Detection Specification [Version 1.0, revised 2018/29/05], the camera system has exit ramp detection capability*: 'The vision sensor shall indicate if the vehicle is on an exit ramp. The environment (e.g. lane markings, lane path, etc.) can be used for the determination*' [IPMA Spec, pg. 43]."*[170]

- While Dr. Schultz correctly notes a capability of the vision sensor, he incorrectly extrapolates his conclusion as to what this could or should mean in terms of the overall capability of the lane keeping feature on the subject vehicle. Subcomponent capabilities cannot be taken to be specifications for the overall system since individual components such as a vision sensor may have capabilities that are different from the total system.
- The subject Ford F-150 at the time of the subject incident did not have a feature that could issue warnings for, or otherwise respond to, exit ramp detections, regardless of the detection capabilities of the vision system. Thus, this subcomponent capability is not relevant to the subject incident.
- Furthermore, the IPMA specification document is insufficient to substantiate the claim that simply because the camera system can detect an exit ramp, the vehicle should be able to navigate an exit. The two are distinct capabilities.

Schultz similarly comments on the camera system's curve detection capabilities: *"Ford also specifies that the camera system must detect and identify the curvature of the painted lane markings. The accuracy of lane marking detection is specified to be within 0.2 meters, 99% of the time for day-time freeway driving. [IPMA Spec, pg. 93]. The curvature of the Exit 15 ramp is a slowly varying curve easily characterized by the 3rd order polynomial model specified by Ford. [IPMA Spec, pg. 63]."*[171]

[170] Schultz Letter, p. 5.

[171] Ibid.

- Once again, detection of curves cannot be equated with effective navigation of every curve. Ford's LKA and LCA systems were designed and tested for different road curvature and speed configurations, but the subject vehicle did not have an additional feature to navigate a highway exit. Moreover, the combination of road curvature and subject vehicle speed exceeded the systems' capabilities. At the time of the subject incident, Ford did not state that its driver-assist systems had a highway exit navigation feature and instead both 1) explicitly noted that its features were not suitable for use in navigating highways exits, and 2) required driver steering input for LKA feature operation.

Based on the discussion in this section and throughout my report, Dr. Schultz's claims that "there was no obvious reason why the sensors would not have identified the exit sign (Exit 15) and accurately recognized the painted lines of the exit"[172] and that "it is unclear why the system would not […] slow down or disengage with sufficient warning to the driver when approaching an off-ramp"[173] are not in alignment with the stated capabilities and limitations of the features on the subject incident and are thus misleading. Despite the IPMA's ability to detect the painted lines of an exit ramp, the subject vehicle did not have a feature to warn for or navigate highway exits, and the owner's manual clearly stated this limitation.

## 9.2. Declaration of Steve Loudon

Mr. Steve Loudon provided two "declarations" including some opinions relating to "Ford's incorporated algorithms."[174,175]

"*It is my hypothesis that Ford's incorporated algorithms caused Mr. Wooten's F-150 to go straight, rather than follow the curved lane markers...*"[176]

---

172 Ibid, p.1.

173 Ibid.

174 Declaration of Steve Loudon, dated September 18, 2024. Hereafter, "First Loudon Declaration."

175 Second Declaration of Steve Loudon, dated October 2, 2024. Hereafter, "Second Loudon Declaration."

176 First Loudon Declaration, p. 1.

- Mr. Loudon's hypothesis regarding the F-150's algorithms is misleading. The F-150's LCA system, if engaged and available given all the limitations listed in Ford F-150's owner's manual, would have been actively tracking the lane markings and adjusting the vehicle's position to keep the vehicle in the center of the lane of travel. The speed at which the vehicle was traveling when attempting to navigate the curve, however, was beyond the system's intended capabilities. The inputs from the driver and the availability of the LCA system at the time of the subject incident are unknown.

"*Since Ford designed the 2021 F-150 to operate with LKA/LCA on interstate highways, it should have also tested the vehicle to safely exit from the highway*."[177]

- Mr. Loudon incorrectly links two distinct features, and, therefore, two distinct capabilities, for an ADAS system—ACC with lane centering on a highway and ADAS navigation of highway exits. The presence of the former does not necessitate the latter. It is a common and reasonable approach in the field of vehicle autonomy to introduce new capabilities over time and certain features may be more limited in terms of their intended operational domains.
- Moreover, as discussed in Section 8, the Ford F-150 Owner's Manual explicitly warns drivers to pay attention when entering or exiting a highway and notes that the LKA feature may be limited when navigating a right turn at high speeds.[178]
- Mr. Loudon's statement appears to imply that Ford should not only have performed testing relevant to highways exits but also designed their systems to navigate them. Ford did perform testing of the 2021 F-150's performance on curved roadways at varying speeds and for features related to identifying highway exits but nonetheless did not design the feature to navigate exits.[179] It is unreasonable to claim that Ford should have designed its system to navigate exits.

---

[177] First Loudon Declaration, p. 2.

[178] MY 2021 Ford F-150 Owner's Manual, p. 383.

[179] Natalie Dostie Deposition, Exhibit 2.

*"Testing performed by Plaintiffs' experts, Shawn Harrington and PJ Leiss, at Exit 15 using a 2018 Tesla Model 3, proves that it will safely follow the radius of the exit ramp, whereas the 2021 F-150 would not have followed the radius of the exit, and would have, but for immediate, severe steering input, followed the same general path as Barry Wooten's truck."*[180]

- As discussed below in Section 9.3, Mr. Harrington's testing of a Tesla Model 3 and the Ford F-150 BlueCruise system is inappropriate and irrelevant to the present matter.
- Mr. Loudon fails to acknowledge the fact that the 2021 F-150 Owner's Manual explicitly warns the Lane Centering system may not be able to navigate "tight curves or … curves at high speeds.'[181]

*"The F-150's lane-keeping and lane-centering systems are part of a larger safety ecosystem, which encompasses cruise control, ADAS, collision mitigation, and others. These systems are supposed to work together to make this vehicle's safety systems work together to make the vehicle safer for the driver and occupants of the vehicle."*[182]

- Ford's ACC with LCA system is a Level 2 ADAS technology, according to SAE J3016. Level 2 systems are driver support features. Drivers are still fully responsible for maintaining the safe operation of their vehicles at all times when such systems are engaged. These systems require the supervision of an alert and attentive driver. Ford's ACC with LCA feature is a hands-on system and, as described in the F-150 owner's manual, "is not a crash warning or avoidance system."[183] *"The position Ford is taking clashes with science's most fundamental tenet replicability--and public safety."*[184]
- The subject vehicle was safe as designed, developed, and manufactured. Ford's ACC with LCA system requires supervision of an alert and attentive driver, with whom the responsibility for safety rests.

---

[180] First Loudon Declaration, p. 2.

[181] MY 2021 Ford F-150 Owner's Manual, p. 360.

[182] Second Loudon Declaration, p. 1.

[183] MY 2021 Ford F-150 Owner's Manual, p. 352.

[184] Second Loudon Declaration, p. 2.

## 9.3. Opinions of Shawn Harrington

Mr. Shawn Harrington provided a report on October 18, 2024 "with respect to an evaluation of Ford Lane Centering systems, Ford Lane Keeping Assist systems, Ford Adaptive Cruise Control, Ford BlueCruise, other Ford Advanced Driver Assistance Systems (ADAS), and alternative design ADAS and Lane Centering/Keeping systems."[185] It is important to note that Ford's BlueCruise had not been released at the time of the subject incident. Therefore, any of Mr. Harrington's opinions relating to BlueCruise are irrelevant to this matter. To emphasize, this irrelevance applies to all opinions based on his testing of a BlueCruise-equipped F-150. Mr. Harrington also provides opinions relating to his testing of a 2018 Tesla Model 3 (with 2024 software installed[186]). As discussed in Section 8, it is inappropriate to make a direct comparison between this vehicle and the subject vehicle. Furthermore, as Tesla notes that its ADAS software is "designed to become more capable over time," it is unclear whether the performance of the 2024 software used in Mr. Harrington's testing would be consistent with the software that was available at the time of the incident.

*"In the five seconds prior to and including impact, the Ford's collision mitigation system was enabled and the cruise control driver accelerator pedal was not overridden. There was no large driver steering or acceleration pedal input until 2.8 seconds pre-impact, and the brake deceleration request remained at 0 $m/s^2$ throughout the five seconds prior to and at impact."*[187]

- As there were likely no valid targets which would be considered by Ford's Pre-Collision Assist in the area of the incident, it is an expected outcome that Pre-Collision Assist would not request brake deceleration.

*"From five seconds to three seconds prior to impact, the steering wheel angle varied between -1.2 degrees and -9.5 degrees, which indicates a right turn of the steering wheel."*[188]

---

[185] Expert Report of Shawn Harrington, dated October 18, 2024. Hereafter, "Harrington Report."

[186] Harrington Report, Exhibit E.

[187] Ibid, p. 19.

[188] Ibid, p. 20.

- Actually, the minimum (maximally negative) steering angle listed in Mr. Harrington's Figure 16 in the window of -5.0 to -3.0 seconds is -9.9 degrees (occurring at a time of -3.2 seconds), not -9.5 degrees.

*"Mr. Barry Wooten was operating his 2021 Ford F-150 using Adaptive Cruise Control (ACC) with Lane Centering (LC) enabled when his vehicle left the roadway at the split between the thru lanes of I-475 northbound and the Exit 15 lane, and the Ford subsequently collided with a tree causing his death."*[189]

- The only basis Mr. Harrington provides to substantiate his claim that these two features were enabled is testimony from Mr. Wooten's family (who were not present in the vehicle at the time of the incident); a text Mr. Wooten sent to his son stating that "A.I. – driving with cruise is still fascinating to me"; and that Mr. Wooten bought the F-150 "with the BlueCruise prep package." Additionally, Mr. Harrington's use of his own testing as a basis for his claim that the two options were enabled is not well founded.[190] This is not a sufficient basis to conclude to a reasonable degree of engineering and scientific certainty that ACC and LCA were both engaged and available at the time of the subject incident.
- The Bosch CDR data show that the accelerator pedal was at 0% while the vehicle speed remained relatively consistent, suggesting that some form of cruise control was enabled. Per Natalie Dostie's deposition, however, CDR data are not sufficient for differentiating between engagement of CC and ACC.[191]

*"Testing demonstrated that Mr. Wooten would have likely received an alert that the Ford F-150 was incapable of continuing to provide Lane Centering functionality less than one second before departing the lane."*[192]

[189] Ibid, p. 34.

[190] Ibid.

[191] Natalie Dostie Deposition

[192] Ibid, p. 35.

- Mr. Harrington's irrelevant testing of the hands-free BlueCruise system is not a sufficient basis from which to opine on the notification and alert timing of Ford's hands-on LCA system.

*"Based on the software version of Mr. Wooten's Ford, he would have been in a "Hands-On" version of Lane Centering during the subject incident as opposed to "Hands-Off". Successful, corrective, and appropriate steering torques by the LC system would have been applied in the miles before the Exit 15 split based on testing using the Ford LC system along I-475 northbound in May 2024. Put another way, in the miles leading up to the Exit 15 split from I-475 northbound, the lane centering system on the Ford did not require any manual human intervention and was capable of being driven "hands-free" or "hands-on" without active driver intervention."*[193]

- Mr. Harrington incorrectly compares Ford's BlueCruise to ACC + LCA as "Hands-Off" and "Hands-On" versions of lane centering, respectively. Not only is this an inappropriate representation of the two systems, but it also misleads the reader to conclude that the two systems are similar in all other respects. This may lead the reader to inaccurately conclude that Mr. Harrington's testing of a BlueCruise-equipped vehicle is relevant to the subject incident, which occurred before BlueCruise was available. Any hypotheses Mr. Harrington provides as to the timing of alerts that may have been provided to the driver are irrelevant to the subject incident, as are any hypotheses relating to the state of engagement (or disengagement) of lane centering.

*"Testing of the 2021 Ford F-150 at the incident site was also completed with the Lane Keeping systems activated in 'Aid-Only' and 'Aid + Alert' mode. These tests were conducted without Lane Centering on. Neither mode tested was sufficient in providing corrective torques that would have kept Mr. Wooten's Ford or the test Ford on the roadway, (sic)"*[194]

- Driving at high speeds in curves is a stated limitation of Ford's Lane Keeping systems. The system was designed to command lateral force up to a maximum lateral acceleration

[193] Ibid.

[194] Ibid.

limit which the curve and speed in the subject incident exceeded. Mr. Harrington hence validates this known limitation.

*"Testing of a 2018 Tesla Model 3 at the incident site revealed that the test Tesla was able to fully navigate the exit ramp without any manual driver steering input or driver intervention at the brake pedal. Tesla's Autopilot (i.e. Traffic Aware Cruise Control and Autosteer) required no driver intervention at the split and the vehicle "drove itself" at the split with a TACC speed set at 77 – 78 mph."*[195]

- Mr. Harrington appears to be validating the Tesla's TACC feature. This is a different feature than an LCA system and cannot be treated as equivalent features. Tesla's TACC feature reduces a vehicle's speed to better match the reported speeds of other Tesla vehicles that have driven at that specific location in order to navigate the turn. It is misleading to imply that since TACC speed was set at 77-78 mph, the Tesla navigated the curve at that speed. The F-150 was not equipped with a TACC feature.
- For a discussion of why the Tesla vehicle is not a peer of the subject vehicle, see Section 8.

*"Since the subject collision, in which Ford's Hands-On Lane Centering was likely on and ultimately unable to navigate the subject curve when Mr. Wooten was traveling the split from northbound I-475, Ford not only failed to fix their software to disengage and hand back control to a driver earlier, but now allows BlueCruise-equipped vehicles in the exit lane, traveling at speeds similar to that of Mr. Wooten, to go Hands-Free. (Figure 40) As observed in the testing of a 2021 Ford F-150 in May 2024, BlueCruise failed to navigate the subject exit ramp in a "Hands-Free" mode."*[196]

- The matter at hand concerns ACC + LCA, which are not geofenced (i.e., limited in availability based on GPS-defined virtual boundaries) and are, therefore, not restricted to use in only certain locations or on certain roadways. ADAS features like these, which are

[195] Ibid.

[196] Ibid, p. 36.

designed without geofencing, are hands-on driving features and, therefore, do not necessitate geofencing or other restrictions on use because the driver is in control of the vehicle. The absence of an implemented limitation like geofencing does not imply that a driver should, or would, activate and rely upon these features for any and all driving conditions. The ability to engage *supervised* automatic driving features[197] does not mean that a driver should activate and rely upon those features for any and all driving conditions.

*"Ford discovery provided demonstrated "Hands-Off" testing of Ford F-150's at similar speeds and with similar radius of curvature as the Wooten collision that were marked as a PASS in the Ford testing."*[198]

- The testing Mr. Harrington refers to here seems to be testing performed by Ford wherein a vehicle enters a curve and is allowed to attempt to follow that curve. The testing is performed such that the steering input from the lane keeping system is allowed to provide as much input as possible before reaching the limits set for the system, such as maximum torque and acceleration. This does not mean that the system was capable of following the curve, but it rather shows that the system attempts to follow the curve until it reaches those limits, after which it would drift out of the lane.

*"Ford does not specify in the owner's manual or in any other publicly accessible documentation at what radius of curvature or at what speed the Lane Centering system cannot provide enough corrective steering torque to handle a curve."*[199]

- As emphasized throughout this report, the 2021 Ford F-150 owner's manual states, "The driving assistance torque is limited and may not be sufficient for all driving situations such as driving through tight curves or driving through curves at high speeds."[200]

[197] Such as BlueCruise.
[198] Harrington Report, p. 37.
[199] Ibid, p. 38.
[200] MY 2021 Ford F-150 Owner's Manual, p. 360.

- It is the driver's responsibility to supervise the operation of a Level 2 system and ensure safety at all times.

## 9.4. Opinions of Peter J. Leiss

In his report dated October 17, 2024,[201] Peter J. Leiss asserts that the "*2021 Ford F-150 is defectively designed and unreasonably dangerous for its intended use*." His evaluation relies heavily upon Shawn Harrington's testing of a Tesla Model 3 vehicle, which he forwards as "a safer alternative design."

In asserting that the Tesla Model 3's system is a safer alternative, Leiss fails to consider one of Weinstein, et al.'s (1978) seven steps that Leiss quotes in his report. As stated in the report, step six recommends that designers,

> *"Evaluate such alternatives relative to the expected performance standards of the product, including the following:*
>
> - *Other hazards that may be introduced by the alternatives*
> - *Their effect on the subsequent usefulness of the product*
> - *Their effect on the ultimate cost of the product*
> - *A comparison to similar products."*[202]

As explained in Section 8, the Ford F-150 and the Tesla Model 3 differ in terms of multiple expected performance standards, including the vehicles' towing capabilities and their stated driver assist feature capabilities. The base vehicle platforms also differ significantly, with the F-150 having a higher center of mass. It is unknown whether the Model 3 system, if applied to the F-150 platform, would introduce other safety hazards.

[201] Expert Report of Peter Leiss, dated October 17, 2024. Hereafter, "Leiss Report."

[202] Leiss Report, p. 21.

A more suitable analysis of alternative designs is to compare the F-150 to peer vehicles within the pickup truck market segment, as was performed in Section 5. This comparison reveals that the F-150 design aligned with that of its peers in terms of ADAS features and protections against reasonably foreseeable misuse (e.g., via tracking of driver steering inputs). Moreover, the 2021 F-150 earned high vehicle safety ratings, including a 'Top Safety Pick' award, within its vehicle class.

Mr. Leiss' opinion that "Wooten's 2021 Ford F-150 is defectively designed and unreasonably dangerous for its intended use"[203] ignores the fact that the 2021 F-150 Owner's Manual explicitly warns that the Lane Centering system may not be able to navigate "tight curves or … curves at high speeds."[204] His resulting allegation that "Ford failed to properly tune the ACC and LCA functions in Wooten's 2021 F-150"[205] similarly ignores this warning and established international standards such as UN/ECE Regulation 79 that place limits on command of lateral acceleration.

In summary, Mr. Leiss' report relies on:

1. A comparison between two non-peer vehicles.
2. A comparison between two non-peer technologies.
3. Ignorance to the stated limitations of the subject Lane Centering system.

The conclusions he draws from his fallacious discussions of crash statistics (which are inclusive of crash scenarios that are irrelevant to the subject incident), design guidelines, and Mr. Harrington's testing (which is itself flawed) are consequently irrelevant to the subject incident and to the subject vehicle.

[203] Ibid, p. 23.

[204] MY 2021 Ford F-150 Owner's Manual, p. 360.

[205] Leiss Report, p. 24.

# 10. Conclusions and Opinions

Based on a review of the materials provided; publicly available, published scientific and engineering literature; regulatory documents; and my education, training, and experience, I came to the following conclusions and opinions:

1. The subject vehicle complied with applicable FMVSS, which even at the time of the writing of this report, have not mandated the application of Adaptive Cruise Control and Lane Keeping/Lane Centering systems.
2. Under the supervision of an alert and attentive driver, the subject vehicle was capable of safely navigating the subject exit. Ford's ACC with LCA feature is a hands-on system that requires driver supervision at all times.
3. Ford's ACC with LCA feature is classified as a Level 2 ADAS technology, according to SAE J3016. In a Level 2 system, responsibility for the safe operation of the vehicle rests with the driver. Level 2 technologies are not substitutes for an alert and attentive driver.
4. It is the responsibility of the driver to understand the characteristics, performance capabilities, and limitations of their vehicle and the technologies with which it is equipped. The driver is responsible for appropriate usage of these technologies.
5. As designed and developed and with known performance capabilities and limitations, which are described in vehicle owner's manuals, Lane Keeping systems cannot prevent all lane or road departures.
6. As designed and developed and with known performance capabilities and limitations, which are described in vehicle owner's manuals, Lane Centering systems cannot navigate all driving scenarios.
7. Research and development of ADAS technologies, including Adaptive Cruise Control and Lane Keeping systems, is ongoing and continues to this day. Roll out of new driver assistance features and capabilities does not render previous systems defective.
8. As there were no valid targets which would be considered by Ford's Pre-Collision Assist in the area of the incident, it is an expected outcome that Pre-Collision Assist would not have requested brake deceleration in response to the subject collision scenario.

9. Given known limitations, it is a reasonable design decision for a collision mitigation system not to respond to stationary objects outside the vehicle's lane of travel.
10. The ACC with LCA feature is intended to maintain a fixed following distance from vehicles in front of the equipped vehicle and to keep the vehicle within its lane of travel. Changing the vehicle speed in advance of navigating an upcoming curve is a different feature with which the subject vehicle was not equipped.
11. Ford's BlueCruise had not been released at the time of the subject incident. Therefore, opinions relating to BlueCruise are irrelevant to this matter. Furthermore, plaintiff opinions founded on testing of the BlueCruise system are irrelevant as well.
12. The Ford F-150 and the Tesla Model 3 differ in terms of vehicle capabilities, sensor configurations, and stated driver assist feature capabilities. Therefore, these vehicles cannot be treated as points of comparison.
13. Ford offered the only Level 2 system for light trucks in MY 2021. As such, I am not aware of any peer ACC + LCA system for light trucks available in MY 2021 that would have been capable of navigating the subject exit at 77 mph.
14. Given the curvature radius of the subject exit and the 77 mph travel speed of the subject vehicle, the lateral acceleration required to navigate that exit would have exceeded the maximum permissible value for a lane keeping system, according to UN/ECE Regulation 79. Ford representatives testified that Ford has adopted voluntary compliance with this regulation in the North American market.



Michelle Kuykendal
Principal Engineer

Attachments:
Appendix A – CV of Michelle Kuykendal & Testimony List
Appendix B – Materials Relied Upon
Appendix C – Inspection Photographs

# Appendix A

## Curriculum Vitae and Testimony List of Michelle Kuykendal, Ph.D., P.E., CFEI, CVFI



Exponent®
Engineering & Scientific Consulting


## Michelle L. Kuykendal, Ph.D., P.E., CFEI, CVFI

Principal Engineer | Electrical Engineering & Computer Science
23445 North 19th Ave | Phoenix, AZ 85027
(623) 587-6720 tel | mkuykendal@exponent.com


### Professional Profile

Dr. Kuykendal's expertise is in electrical and electronic systems, including advanced driver assistance systems (ADAS), automotive electronics, consumer electronics, electric vehicles (EVs) and other battery powered devices. She specializes in evaluating the safety of electrical system designs including failure analysis and root cause investigations. Dr. Kuykendal has expertise in the evaluation of ADAS technologies including efficacy under diverse environmental conditions, variability in design implementation and sensor utilization, and performance across a wide variety of scenarios. Her evaluations are supported by rigorous design analyses in addition to extensive performance and simulated-failure testing.

Dr. Kuykendal's experience includes system analyses of automatic emergency braking, electronically controlled throttle actuation, forward collision warning, electric vehicle batteries, adaptive cruise control, airbag control systems, and numerous other embedded systems with application in both traditional, ADAS-equipped, and autonomous vehicles.

At Exponent, Dr. Kuykendal focuses on the analysis of complex control systems, large-scale and small-scale lithium-ion batteries coupled with their charging and protection circuitry, device construction quality, and complete system functionality and performance. Dr. Kuykendal works extensively on evaluating the safety of consumer and automotive electronics by performing component and system-level design reviews coupled with electrical testing and on-site inspections. She regularly performs failure analyses and fire investigations relating to home, automotive, and industrial claims.

Additionally, Dr. Kuykendal has expertise with high-throughput testing of products for accelerated aging of electrical systems and components. She has expertise in the evaluation of medical devices for FDA compliance, magnetic resonance imaging compatibility, and insurance code application. She is proficient in performing due diligence investigations for assessing biomedical technology and intellectual property, including market and technology research into current wearable technologies.

Dr. Kuykendal received her Ph.D. in Bioengineering from the Georgia Institute of Technology School of Electrical and Computer Engineering in which she developed high-throughput closed-loop analysis techniques for evaluating the efficacy of electrical stimulation on neural tissue. Her work encompassed hardware design, software development, real-time video analysis of neural activation, and closed-loop system control.

### Academic Credentials & Professional Honors

Ph.D., Bioengineering, Georgia Institute of Technology (Georgia Tech), 2014

M.S., Electrical and Computer Engineering, Georgia Institute of Technology (Georgia Tech), 2008

B.S., Electrical Engineering, Missouri University of Science and Technology, summa cum laude, 2005

B.S., Computer Engineering, Missouri University of Science and Technology, summa cum laude, 2005

National Science Foundation Graduate Research Fellow (NSF GRFP), Recipient 2006

National Science Foundation IGERT Fellow, 2006-2008

## Licenses and Certifications

Professional Electrical Engineer, Arizona, License #68650

Functional Safety Practitioner (Automotive ISO 26262)

Certified Fire and Explosion Investigator (CFEI) in accordance with the National Association of Fire Investigators National Certification Board, CFEI #20378-11441p

Certified Vehicle Fire Investigator (CVFI) in accordance with the National Association of Fire Investigators National Certification Board, CVFI #20378-11441v

## Professional Affiliations

Institute of Electrical and Electronics Engineers (IEEE)

Society of Automotive Engineers (SAE)

Society of Women Engineers (SWE)

## Languages

Spanish

## Publications

Scally, S., Paradiso, M., Koszegi, G., Easter, C., Kuykendal, M., et al., "Advanced Driver Assistance System (ADAS) Performance Variability with Partial Overlap Targets," SAE Technical Paper 2024-01-2038, 2024, doi:10.4271/2024-01-2038.

Kuykendal, M., Mendias, M., and Garrido Menacho, R., "Battery Management Systems: From Consumer Electronics to Electric Vehicles," Computer Engineering Applications in Electronic, Biomedical, and Automotive Systems. D'Andrade B (ed). Nova Science Publishers Inc., 2024.

Kuykendal, M., Mendias, M., Scally, S., and Wang, L., "Advanced Driver Assistance Systems Sensor Technology," Computer Engineering Applications in Electronic, Biomedical, and Automotive Systems. D'Andrade B (ed). Nova Science Publishers Inc., 2024.

Faenza, N., Spray, R., and Kuykendal, M., "Understanding the Fundamental Mechanisms of Battery Thermal Runaway Propagation and Mitigation," SAE Technical Paper 2023-01-1515, 2023.

Kuykendal, M., Kingsley, D., Tin Whiskers and Automotive Electronics, IEEE ISPCE 2019, San Jose, CA, May, 2019.

Kuykendal, M., Lele, S., A Hazard-Based Approach to Product Safety Assessment, IEEE SPCE 2019, Austin, TX, November, 2019.

Kuykendal ML, DeWeerth SP, Grover MA. Optimization of stimulation parameters for targeted activation of multiple neurons using closed-loop search methods. Processes 2017; 5(4):81.

doi:10.3390/pr5040081.

Kuykendal ML, Guvanasen GS, Potter SM, Grover MA, DeWeerth SP. Closed-Loop Characterization of Neuronal Activation Using Electrical Stimulation and Optical Imaging. Processes 2017, 5(2):30. doi:10.3390/pr5020030

Kuykendal ML, Potter SM, Grover, DeWeerth SP. Targeted Stimulation Using Differences in Activation Probability across the Strength-Duration Space. Processes 2017; 5(2):14. doi:10.3390/pr5020014

Pinnangudi B, Kuykendal M, Bhadra S. Smart Grid Energy Storage. Chapter 4 in: The Power Grid: Smart, Secure, Green and Reliable 1st Edition, D'Andrade B (ed), 2017.

Guvanasen GS, Mancini ML, Calhoun WA, Rajaraman S, DeWeerth SP. Polydimethylsiloxane Microstencils Molded on 3-D-Printed Templates. Journal of Microelectromechanical Systems 2014 Oct; 23(5):1045-1053.

## Expert Testimony

M. Kuykendal, Expert Witness, District Court, Clark County, NV, Ansell v. Farmers Insurance Exchange, Case No. A-18-785411-C, Deposition taken January 2021. Trial testimony January 2023.

M. Kuykendal, Expert Witness, Twentieth Judicial Circuit Court, St. Clair County, IL, Huber v. Nissan, Case No. 19L0637, Deposition taken June 2023.

M. Kuykendal, Expert Witness, United States District Court, District of Nevada, Homesite Insurance Company v Camping World Inc, Case No. 2:21-cv-02167-RFB-DJA, Deposition taken July 11, 2024.

M. Kuykendal, Expert Witness, District Court, 284th Judicial District of Montgomery, County, TX, Iraheta v Blue Bird Body Company, Cause No. 23-03-04586, Deposition taken September 6, 2024.

M. Kuykendal, Expert Witness, United States District Court, Eastern District of Michigan, Pistorio v FCA US LLC, Case No. 2:20-cv-11838-SFC-RSW, Deposition taken September 25, 2024.

M. Kuykendal, Expert Witness, United States District Court, Northern District of Georgia Atlanta Division, Carter v Cheney Bros., Inc., Case No. 1:24-cv-01261-SCJ, Deposition taken December 9, 2024.

# Appendix B

# Materials Relied Upon

Brochures and Owner's Manuals

- MY 2018 Tesla Model 3 Owner's Manual.
- MY 2021 Chevrolet Silverado Owner's Manual.
- MY 2021 Chevrolet Silverado Brochure.
- MY 2021 GMC Sierra Owner's Manual.
- MY 2021 GMC Sierra Brochure.
- MY 2021 Ford F-150 Owner's Manual
- MY 2021 F-150 Showroom Brochure.
- MY 2021 Mercedes S-Class Owner's Manual.
- MY 2021 Ram 1500 Owner's Manual.
- MY 2021 Ram 1500 Brochure.
- MY 2021 Tesla Model 3 Owner's Manual.
- MY 2021 Toyota Tundra Owner's Manual.
- MY 2021 Toyota Tundra Brochure.

Case Materials

- 1FTFW1ED3MFB75128 - Factory Invoice.
- Bosch Crash Data Retrieval Report.
- Declaration of Steve Loudon, dated September 18, 2024.
- Deposition of John Ralph Gunderson.
- Deposition of Natalie Dostie.
- Exhibit 12 to Plaintiff's October 9, 2024, Letter to the Court.
- Expert Report of G. Bryant Buchner.
- Expert Report of Peter Leiss, dated October 17, 2024.
- Expert Report of Shawn Harrington, dated October 18, 2024.
- Expert Report of Shawn Harrington, Exhibit E.
- Exponent Inspection Photo DSC8618.JPG.
- Exponent Inspection Photo P2142360.
- Georgia Motor Vehicle Crash Narrative, Case Number 2021024358
- Georgia Motor Vehicle Crash Report, Agency Case Number 2021024358.
- Deposition of Natalie Dostie, Exhibit 2.
- Second Declaration of Steve Loudon, dated October 2, 2024.

Regulatory and Literature


- American Association of State Highway and Transportation Officials (AASHTO), "Policy on Geometric Design of Highways and Streets," 7th Edition, 2018.
- Aukema, A., Berman, K., Gaydos, T., Sienknecht, T., Chen, C.-L., Wiacek, C., Czapp, T., and St. Lawrence, S., "Real-World Effectiveness of Model Year 2015–2020 Advanced Driver Assistance Systems," 27th International Technical Conference on the Enhanced Safety of Vehicles, 2023.
- Becker, C., Brewer, J., and Yount, L., "Safety of the Intended Functionality of Lane-Centering and Lane-Changing Maneuvers of a Generic Level 3 Highway Chauffeur System", NHTSA Technical Report, DOT HS 812 879, November 2020.
- Becker, C., Yount, L., Rozen-Levy, S., and Brewer, J., "Functional Safety Assessment of an Automated Lane Centering System", NHTSA Technical Report, DOT HS 812 573, August 2018.

- Bogard, S., Fancher, P., Ervin, R., Hagan, M., and Bareket, Z., "Intelligent Cruise Control Field Operational Test (Final Report)," NHTSA Report No. DOT HS 808 849, July 1988.
- Brewer, J., Becker, C., Yount, L., and Pollard, J., "Functional Safety Assessment of a Generic Automated Lane Centering System and Related Foundational Vehicle Systems", NHTSA Technical Report, DOT HS 812 572, August 2018.
- Cicchino, J.B., "Effects of Lane Departure Warning on Police-Reported Crash Rates", Journal of Safety Research 66, 61-70, May 2018.
- "Concerning the Adoption of Harmonized Technical United Nations Regulations for Wheeled Vehicles, Equipment and Parts which can be Fitted and/or be Used on Wheeled Vehicles and the Conditions for Reciprocal Recognition of Approvals Granted on the Basis of these United Nations Regulations," UN/ECE Regulation No. 79 Revision 5 (2023). https://unece.org/sites/default/files/2024-04/R079r5e.pdf. Accessed January 2025.
- Consumer Reports, "Auto Safety Report – Consumer Clarity and Safety for Today's Advanced Driver Systems", November 2017.
- Eichelberger, A. and McCartt, A., "Toyota Drivers' Experiences with Dynamic Radar Cruise Control, Pre-Collision System, and Lane-Keeping Assist", Journal of Safety Research, National Safety Council, December 2015.
- "Federal Motor Vehicle Safety Standards; Automatic Emergency Braking Systems for Light Vehicles," NHTSA, Docket No. NHTSA-2023-0021, May 2024.
- Federal Register Vol. 73, No. 134, "Consumer Information; New Car Assessment Program, Final Decision," July 2008.
- Federal Register Vol. 80, No. 241, "Consumer Information; New Car Assessment Program, Request for Comments," December 2015.
- Federal Register Vol. 83, No. 150, "Consumer Information; New Car Assessment Program, Notice of Public Meeting, Request for Comments," August 2018.
- Federal Register Vol. 87, No. 46, "Request for Comments: New Car Assessment Program," Docket No. NHTSA-2021-0002, March 2022.
- Federal Register Vol. 89, No. 232, New Car Assessment Program Final Decision Notice—Advanced Driver Assistance Systems and Roadmap, December 2024.
- Flannagan, C., and Leslie, A. "Crash avoidance technology evaluation using real-world crash data", NHTSA Technical Report, DOT HS 812 841, March 2020.
- Flannagan, C., LeBlanc, D., Bogard, S., Nobukawa, K., Narayanaswamy, P., Leslie, A., Kiefer, R., Marchione, M., Beck, C., Lobes, K., "Large-Scale Field Test of Forward Collision Alert and Lane Departure Warning Systems," NHTSA, Report No. DOT HS 812 247, February 2016.
- HLDI, "Compendium of HLDI collision avoidance research", vol. 37, no. 12, December 2020.
- IIHS Response Letter, "New Car Assessment Program; Request for Comments," Docket No. NHTSA-2015-0119, February 2016.
- Jenness, J., Lerner, N., Mazor, S., Osberg, S., and Tefft, B., "Use of Advanced In-Vehicle Technology by Young and Older Early Adopters: Survey Results on Adaptive Cruise Control Systems," NHTSA Report No. DOT HS 811 070, December 2008.
- Jermakian, J., Bao, S., Buonarosa, M., Sayer, J., and Farmer, C., "Effects of an Integrated Collision Warning System on Teenage Driver Behavior", Journal of Safety Research, 61, pp. 65-75, March 2017.
- Koziol, J., Inman, V., Carter, M., Hitz, J., Najm, W., Chen, S., Lam, A., Penic, M., Jensen, M., Baker, M., Robinson, M., and Goodspeed, C., "Evaluation of the Intelligent Cruise Control System Volume I – Study Results," NHTSA Report No. DOT HS 808 969, October 1999.
- "Lane Departure Warning Confirmation Test", Docket No. NHTSA-2007-27662-0018, July 2008.
- "Lane Departure Warning System Confirmation Test", Docket No. NHTSA-2006-26555-0125, March 2010.
- NHTSA and EPA Joint Technical Support Document, "Final Rulemaking for 2017-2025 Light-Duty Vehicle Greenhouse Gas Emission Standards and Corporate Average Fuel Economy Standards," EPA-420-R-12-901, August 2012.
- NHTSA, "Lane Departure Warning Confirmation Test and Lane Keeping Support Performance Documentation," Docket No. NHTSA-2006-26555-0135, February 2013.

- NHTSA, "Quick Reference Guide (2010 Version) to Federal Motor Vehicle Safety Standards and Regulations," DOT HS 811 439, February 2011.
- Plotkin, S., Stephens, T., and McManus, W., "Vehicle Technology Deployment Pathways: An Examination of Timing and Investment Constraints", U.S. Department of Energy, Transportation Energy Futures Series, DOE/GO-102013-3708, March 2013.
- "Proposal for a Supplement to the 03 series of amendments to UN Regulation No. 79 (Steering equipment)," UN/ECE Regulation No. 79 (2020). https://unece.org/DAM/trans/doc/2020/wp29grva/ECE-TRANS-WP29-GRVA-2020-07e.pdf. Accessed January 2025.
- Reagan, I.J. et al., "Exploring Relationships between Observed Activation Rates and Functional Attributes of Lane Departure Prevention", Insurance Institute for Highway Safety, July 2018.
- "Regulation No 79 of the Economic Commission for Europe of the United Nations (UN/ECE) — Uniform provisions concerning the approval of vehicles with regard to steering equipment [2018/1947]," UN/ECE Regulation No. 79, *Official Journal of the European Union* (2018). https://op.europa.eu/en/publication-detail/-/publication/3f7415ac-ff32-11e8-a96d-01aa75ed71a1. Accessed January 2025.
- The Partnership for Analytics Research in Traffic Safety, "2021 Market Penetration of Advanced Driver Assistance Systems (ADAS)", December 2021.
- The Partnership for Analytics Research in Traffic Safety, "2024 Market Penetration of Advanced Driver Assistance Systems (ADAS)", September 2024.
- Wiacek, C., Fikentscher, J., Forkenbrock, G., Mynatt, M., and Smith, P., "Real-World Analysis of Fatal Run-Out-Of-Lane Crashes Using the National Motor Vehicle Crash Causation Survey to Assess Lane Keeping Technologies", ESV 17-0220, June 2017.
- Zoepf, S. and Heywood, J., "Characterizations of Deployment Rates in Automotive Technology," SAE International Journal of Passenger Cars-Electronic and Electrical Systems, 5(2), pp. 541-552, 2012.
- Zoepf, S., "Automotive Features: Mass Impact and Deployment Characterization," Master's Thesis, Massachusetts Institute of Technology, May 2011.

Web

- "2021 *TOP SAFETY PICK*s", IIHS, Available at: https://www.iihs.org/ratings/top-safety-picks/2021/large-pickups/all#award-winners, Accessed December 2024.
- "AI & Robotics", Tesla, Accessible at: https://www.tesla.com/AI; Accessed December 2024.
- "Autopilot and Full Self-Driving (Supervised)", Tesla Support, Accessible at: https://www.tesla.com/support/autopilot; Accessed in December 2024.
- Bartlett, J.S., "Which Lane Keeping Assist System Is Right for You?", Consumer Reports, November 2021, https://www.consumerreports.org/driver-assistance-systems/which-lane-keeping-assist-system-is-right-for-you-a4813532588/, Accessed December 2024.
- "BlueCruise Ford Power-Up Software Update Transforms F-150, Mustang Mach-E Models for Hands-Free Driving", Ford Media Center, July 2022, Accessible at: https://media.ford.com/content/fordmedia/fna/us/en/news/2022/07/28/bluecruise-ford-power-up-software-update.html, Accessed December 2024.
- Data from IIHS, Available at: https://www.iihs.org/ratings.
- Data from NHTSA, Available at: https://www.nhtsa.gov/ratings.
- "Driver Assistance Technologies," available at: https://www.nhtsa.gov/vehicle-safety/driver-assistance-technologies#driving-control-assistance-30676, Accessed January 2025.
- "Ford F-Series Trucks Generations", Autoweek, Accessible at: https://www.autoweek.com/car-life/classic-cars/g36476691/ford-f-series-generations-guide/, Accessed December 2024.
- IIHS, "Advanced driver assistance". https://www.iihs.org/topics/advanced-driver-assistance, Accessed December 2024.
- IIHS, "Drivers Who Drift from Lane and Crash Often Dozing or Ill", Sep 2016. https://www.iihs.org/news/detail/drivers-who-drift-from-lane-and-crash-often-dozing-or-ill, Accessed December 2024.
- IIHS, "Lane Departure Warning, Blind Spot Detection Help Drivers Avoid Trouble", August 2017, https://www.iihs.org/news/detail/stay-within-the-lines-lane-departure-warning-blind-spot-detection-help-drivers-avoid-trouble, Accessed December 2024.

- Infiniti News, "2008 INFINITI M Receives Major Upgrades, Including First Available Production Lane Departure Prevention System", October 2008, https://global.infinitinews.com/en/releases/release-181c4997b62446a5403b3e66654786f5, Accessed December 2024.
- "Mercedes-Benz S-Class, W 220 series (1998 to 2005)," Available at: https://web.archive.org/web/20160304053239/http://media.daimler.com/dcmedia/0-921-657477-1-814760-1-0-0-0-0-1-11702-614232-0-1-0-0-0-0-0.html, Accessed January 2025.
- "Ratings", NHTSA, https://www.nhtsa.gov/ratings, Accessed December 2024.
- "Rolling out BlueCruise 1.3: How we are using data to improve software," Omari, S., July 2023, Accessible at: https://www.linkedin.com/pulse/rolling-out-bluecruise-13-how-we-using-data-improve-software-omari/, Accessed January 2024.
- SAE International, "SAE Standards News: J3016 automated-driving graphic update", https://www.sae.org/news/2019/01/sae-updates-j3016-automated-driving-graphic, January 2019.
- SAE International, "Taxonomy and Definitions for Terms Related to Driving Automation Systems for On-Road Motor Vehicles", SAE J3016, June 2018.
- "Tesla Limits Autopilot In Europe Due To New UN/ECE Regulations," The Drive (2019). https://www.thedrive.com/tech/28071/tesla-limits-autopilot-in-europe-due-to-new-un-ece-regulations. Accessed January 2025.
- "Ward's Automotive Yearbook". Available at: https://www.wardsauto.com/miscellaneous/wards-automotive-yearbook

# Appendix C

## Inspection Photographs

- P2142239.JPG – P2142592.JPG
- DSC8610.JPG – DSC9000.JPG