IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

- - -

| | | |
|---|---|---|
| BEVERLY WOOTEN, as Surviving Spouse of BARRY WOOTEN, and BARRY WAYNE WOOTEN, as Administrator of the ESTATE OF BARRY WYATT WOOTEN, Deceased, | : | NO. 5:23-cv-0000346 |
| Plaintiffs, | : | |
| v. | : | |
| FORD MOTOR COMPANY, | : | |
| Defendant. | : | |

- - -

C O N F I D E N T I A L

OCTOBER 1, 2025 - DAY II

- - -

Videotaped deposition of SHAWN F. HARRINGTON, taken at the Regus, Silver Lake Executive Campus, 41 University Drive, Suite 400, Newtown, Pennsylvania, beginning at 9:14 a.m., before KAREN M. BILGER, a Professional Reporter and Notary Public.

Job No. CS7568831

A P P E A R A N C E S:

CHEELEY LAW GROUP, LLC
BY: ROBERT D. CHEELEY, ESQUIRE
2500 Old Milton Parkway
Suite 200
Alpharetta, Georgia 30009
770-758-6581
bob@cheeleylawgroup.com
Representing the Plaintiffs

---------------------------------------

MCDONALD TOOLE RICHMAN & CORRENTI, P.A.
BY: SCOTT A. RICHMAN, ESQUIRE
PHILIP KEGLER, ESQUIRE
TIFFANY GUTIERREZ, ESQUIRE
111 N. Magnolia Avenue
Suite 1200
Orlando, Florida 32801
407-246-1800
srichman@mtrclegal.com
Representing the Defendant

WATSON SPENCE, LLP
BY: PAUL E. PETERSEN, III, ESQUIRE
Bank of America Plaza
600 Peachtree Street NE
Suite 2320
Atlanta, Georgia 30308
229-436-1545
ppetersen@watsonspence.com
Representing the Defendant

- - -

A L S O P R E S E N T: Philip Leaf,
Video Technician

- - -

# I N D E X

\- - -


| Testimony of: SHAWN F. HARRINGTON | Page |
|---|---|
| BY MR. RICHMAN........... | 5, 300 |
| BY MR. CHEELEY........... | 277 |


_ _ _

# E X H I B I T S

_ _ _


| EXHIBIT NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 6 | Nath Affidavit | 75 |
| Exhibit 7 | Photographs (1 page) | 119 |
| Exhibit 8 | Harrington - July Report | 172 |
| ----------- | ------------------------ | |
| Plaintiff-1 | Spreadsheet | 292 |


(Exhibit Plaintiff-1 retained by counsel.)

DEPOSITION SUPPORT INDEX

DIRECTIONS TO WITNESS NOT TO ANSWER
Page Line

REQUEST FOR PRODUCTION OF DOCUMENTS
Page Line Description

STIPULATIONS
Page Line

QUESTIONS MARKED
Page Line

- - -

VIDEO TECHNICIAN: We are going on the record at 9:14 a.m. on October 1, 2025. This is Media Unit 1 of the video recorded deposition of Shawn Harrington taken in the matter of Wooten vs. Ford Motor Company, et al, filed in the U.S. District Court for the Middle District of Georgia, Case No. 5:23-cv-0000346.

My name is it Philip Leaf representing Veritext, and I'm the videographer. The court reporter is Karen Bilger also from the firm Veritext.

Would counsel please state their appearances and affiliations for the record?

MR. CHEELEY: Bob Cheeley on behalf of the plaintiffs.

MR. RICHMAN: Scott Richman on behalf of Ford Motor Company.

MR. CHEELEY: There's other lawyers attending on the Zoom, but

they're not going to be participating in the deposition.

VIDEO TECHNICIAN: Would the court reporter please swear in the witness?

\- - -

SHAWN F. HARRINGTON, after having been first duly sworn, was examined and testified as follows:

\- - -

EXAMINATION

\- - -

BY MR. RICHMAN:

Q. Mr. Harrington, good morning.

A. Good morning.

Q. So we are here with the continuation of your deposition that we began back, I think it was in July. You remember that, I assume.

A. I do.

Q. Okay.

So I'm going to do my best just to kind of pick up right from where we left off, and then we'll continue forward through

there through the rest of your report, your supplemental report, whatever else. Okay?

A. Okay.

Q. All right.

I think I know the answer to this, but have you done any additional work since your -- since we began your deposition in July?

A. I have reviewed some additional documents, yes.

Q. What additional documents have you reviewed?

A. The depositions of mostly Ford -- Ford's experts. There was some telematics data that was produced. And in addition, my office began to review some documents, but then as the result of some hearings, we stopped reviewing some documents.

Q. Okay. Why don't we start with that.

So those documents you're referring to, we've been calling them the NHTSA documents here. My understanding is that kind of what you said, your -- others in

your office other than you began reviewing those documents. You were then instructed to stop based on a ruling we got from the court. Your office stopped.

Does that sound right?

A. It does.

Q. And you personally never reviewed any of those documents; is that correct?

A. I have no independent recollection of reviewing any of them, and I don't believe that I actually took a look at any of them.

Q. Okay.

Did you speak with anybody in your office about their review of those documents?

A. Other than instructing them to go through them I had not spoken with them about what was substantively in those documents.

Q. Right.

So as you sit here today you don't have any substantive knowledge

regarding the content of those documents; is that true?
A. That's true.
Q. Okay.
Ford experts' depositions. That's kind of self-explanatory.
Do you know which ones you reviewed off the top of your head?
A. I recall reviewing Pasquarella's deposition, Natalie Cook, I believe her last name is.
Q. Mm-hmm.
A. And I believe Doctor Kuykendall.
Q. And you mentioned telematics data. What data is that that you're referring to?
A. That was information from Barry Wooten's Ford concerning its position prior to the accident. So latitude, longitude information from that Ford.
Q. Where did that data come from?
A. From Mr. Cheeley's office.
Q. Yeah. But where did it

originate from before it went to Mr. Cheeley's office?

A. How did Mr. Cheeley get it?

Q. Well, sure. Had did Mr. Cheeley get it?

A. It's my understanding that that would have been produced by Ford to Mr. Cheeley but that's just kind of making a link.

Q. Gotcha.

This was some -- I think there was some Ford Connected Vehicle data produced. Is that what you're referring to?

A. It is. And I understand that to be outside of the scope of the NHTSA documents.

Q. Yeah. I don't think the two are related.

Okay.

And did your review of that Connected Vehicle data change any of your opinions in any way?

A. It did not.

Q. Okay.

All right. So, you know, I reviewed your prior deposition. And let me just state for the record, I think this goes without saying, but this is a continuation of your prior deposition. So I believe you were sworn in today, but I think you're still sworn in from before and the same instructions I gave you before apply about answering questions and all that.

You recall those instructions?

A. I do.

Q. Okay.

All right. So I think where we were last time we finished up we had started talking about your testing of the Tesla Model 3.

Do you recall that?

A. I do.

Q. Okay.

So -- and I think we got through most of the actual substance of that testing, but I had some -- some more Tesla-related questions that I wanted to ask you.

So, again, just to set the -- set the stage, because there was a large gap between these two depositions, we were talking about your testing of a 2018 Tesla Model 3 sedan out at the scene using its Autopilot and Traffic-Aware Cruise Control features.

Do you recall that?

A. I do.

Q. Okay.

And then you discussed the results of that testing and how it went, and we had some discussions about it.

Generally related to Tesla and those features, the Autopilot or TACC features, do you know if there have been recalls from Tesla on those features?

A. Again, I have not come prepared today to talk about Tesla recalls. But if you're saying have there been a recall regarding Tesla vehicles, I can say, yes, there has. What those specific recalls are and how they relate to Autopilot, I -- I recall something about Autopilot in the

recall. I just can't remember what specifically it was.

Q. Do you know how many recalls there have been on Tesla's Autopilot system?

A. That I don't know.

Q. Okay.

Do you believe that the Tesla Model 3 is a good, safe and well-designed vehicle?

A. That was not the question I was asked to answer for my work that I conducted in this specific case.

What I did here is evaluated whether or not the Tesla Autopilot system was able to negotiate the split and it was.

Q. So as you sit here today do you have an opinion as to whether the Tesla Model 3 is a good, safe and well-designed vehicle?

A. I was not asked to answer that question, so I don't have any opinion on that.

Q. Okay.

Do you believe that Tesla's -- the 2018 Tesla Model 3's Autopilot and TACC

systems are good, safe and well-designed
features?
A. Again, I wasn't asked to answer
that specific question so what I did is I
evaluated that system at the split and
recorded the results.
Q. Have you ever investigated or
read about collisions involving Tesla Model 3
where Autopilot was engaged?
A. I have investigated collisions,
yes.
Q. How many?
A. I don't know. It's been more
than a handful.
Q. Okay. More than five?
A. I'd say so, yes.
Q. More than ten?
A. I think that's fair.
Q. Okay. More than 15?
A. That's where I'm not sure.
Q. Okay.
So more than ten. Okay.
And have you been retained by
plaintiffs in litigation where the use of

Autopilot features was at issue?
A. I have certainly evaluated Autopilot in the context of litigation, yes.
Q. On behalf of plaintiffs?
A. On behalf of plaintiffs, yes.
Q. Okay.
Have you read NTSB reports on crashes involving Tesla's that were using the Autopilot feature?
A. I recall reading NTSB reports, yes.
Q. Do you know if NHTSA has opened any investigations into Tesla's Autopilot features?
A. I believe that's what I was thinking of earlier that potentially involved some sort of recall on Autopilot. So, yes, I do believe that they have.
Q. Okay.
And then same would be true then that NHTSA has elevated at least some of those investigations to an engineering analysis?
A. I do believe that is correct.

Q. Okay.
And do you know has the Autosteer feature of the Tesla Model 3 has that been continuously updated, since its introduction into the vehicle?
MR. CHEELEY: Object to form.
THE WITNESS: We got into this earlier, so I have knowledge from certain sources that are confidential, and it's hard for me to parse those out.
So what I would say is that I believe from publically available information that Autosteer has been updated.
BY MR. RICHMAN:
Q. Yeah. I don't think that question called for any confidential information.
I think we can -- we can go look even at your own photographs of the screen showing the software that there are updated versions to the software, right?
A. That's a different question.

So there have certainly been software updates. I think how I understood your question was specific to Autosteer what has been updated. And that -- that was the question that I was answering.

Q. Okay.

So you're comfortable, and we can agree at least as we sit here today that the Autopilot feature of Tesla has received numerous software updates, right?

A. The Autopilot system has been updated, yes.

Q. Right.

And the Autosteer feature of the Autopilot system also has been updated over time?

A. I believe there are pubically available documents or information that support that, yes.

Q. All right.

And do you know how many times it's been updated?

A. As I sit here right now, I do not know.

Q. Okay.
Have you ever testified before under oath to a reasonable degree of scientific certainty that a failure of Tesla's Autopilot system was the cause of a crash?
A. I don't recall all of my testimony, so I would have to look at the specific case and the specific testimony.
Q. Was that your testimony in the Molander case?
A. Can you please reread what you had asked me?
Q. Sure.
The question was, have you ever testified to a reasonable degree of scientific certainty that a failure of the Autopilot system was the cause of a crash?
MR. CHEELEY: Object to the form.
THE WITNESS: In the Molander case what I recall opining on was that we knew TACC was on.
MR. RICHMAN: And just to be --

TACC is T-A-C-C, all capitals.
COURT REPORTER: Thank you.
THE WITNESS: Correct.
But I did -- I wasn't able to come to a conclusion whether or not Autosteer was on. So as I sit here right now, I don't recall if that's what I testified or wrote.
BY MR. RICHMAN:
Q. Okay.
All right. So back to this case.
You're not offering any opinion as to the route cause -- well, let me back up for a second.
I believe you've offered the opinion that you think there is some sort of -- actually, let me start all over, because I don't want to -- I don't want to confuse your opinions with those of Mr. Louden. So let me just -- let me just refer to the plaintiffs in general.
Is it your understanding that the plaintiffs' theory and allegations in

this case are that there was an error with the SPP on the subject Ford F-150 that caused it to go off the road and crash?
A. Generally speaking, yes.
Q. All right.
And you are not offering any opinions as to the root cause of that alleged SPP error, are you?
A. I just want to make sure I understand what you mean by root cause.
Q. Okay.
A. Are you talking about it like the software level?
Q. Well, let's say anything deeper than what I just said.
So, in other words, I do understand that there is an allegation in this case that some -- we'll generally describe it as an SPP error essentially caused this crash, right? And so beyond that level of description I'm not really aware of much more. I believe you previously said that you thought there was -- you didn't know either; there was something, you know, that

was preventing the system from accurately reading this exit or curve, I believe is what your testimony was. And so I'm just asking you to confirm that you don't have any opinions as to anything deeper than that, which I refer to as a root cause?

A. Well, I certainly have opinions related to the testing that I've conducted, right?

Q. Sure.

A. And the CAN data in the June 2025 testing that I've outlined in my supplemental report with respect to the lateral position in the lane and what the Ford's intent was during my testing or where it -- it was trying to go relative to where I thought the center line was.

So what I can tell you with respect to your question is I'm not going beyond what I've articulated in my reports and the information that I've put in my reports. So I don't have anything additional to answer what the root cause was other than what I've provided in my reports.

Q. Okay.
Were you able to eliminate human error as the cause of this accident?
A. Well, again, I think that's a broad question.
So my opinion is that more likely than not ACC, plus LCA was being utilized at the time by Mr. Wooten. I don't think it's disputed that whether it's a half second, seven-tenths of a second where the recons differ, but at some point after crossing the left lane line that there was a human steer in an attempt to get back to the right.
So based on my understanding of the reconstruction of Mr. Buckner, my analysis of this case, that the Ford while engaged in ACC and LCA traveled through the left lane line, and Mr. Wooten attempted to steer back to the right.
Q. Okay.
My question is that you are not able to eliminate human error as a cause or contributing cause of this crash; is that

correct?
A. The way I understand your question, and you can correct me, if I'm wrong, is was there anything that Mr. Wooten could have done upstream? Potentially. And as I was able to demonstrate, am I able to navigate that curve, yes.
Q. Right.
So you didn't run any tests that eliminate human error as at least a contributing cause to this crash, correct?
A. I have not run a test that has eliminated human error.
Q. Do you know how many times in your career you've analyzed Level 2 ADAS systems?
A. In terms of testing them or looking at cases involving Level 2; is that what you're asking?
Q. So it could be both.
A. A number of times. Same response as before. I don't know how many, but it's been I'd say more than a dozen.
Q. Okay.

And that would include analyzing Tesla's Level 2 Autopilot system, correct?
A. Yes.
Q. And have you ever found anything of concern in that analysis of Tesla's Level 2 Autopilot system?
A. When you're referring to Level 2, that would be Traffic-Aware Cruise Control plus Autosteer. I've certainly evaluated those. As I sit here right now, I can't recall or I haven't been disclosed in cases where I am evaluating that.
Q. Are you aware of complaints by consumers that Autopilot has inputted a sudden steering of a vehicle that contributed to a collision?
A. I am aware of that, yes.
Q. And, in fact, you've been involved in cases like that against Tesla, correct?
A. The Molander case, that was a question that was asked in that case, yes.
Q. Do you know how many

investigations there have been into crashes where Tesla's Autopilot system was engaged within 30 seconds of the crash?

A. Are you talking about by the federal government?

Q. Sure.

A. I think there have been in the hundreds.

Q. We mentioned this briefly before, I think, in the deposition that you're aware that Tesla's Autopilot system is a beta system, right?

A. It's important for the record that Autopilot is the umbrella term that covers Traffic-Aware Cruise Control and the steering control, Autosteer. Traffic-Aware Cruise Control I do not believe was in beta. Autosteer, I do believe was in beta at the time.

Q. Okay.

And just so we're all on the same page about those features.

TACC, is that equivalent to Ford's ACC generally?

A. Generally speaking, yes.
Q. Okay.
And Tesla's Autosteer, is that generally equivalent to LCA, Ford's lane centering assist feature, at least for purposes of our discussion here?
A. From a high level, yes.
Q. Okay.
So you're saying the TACC was not beta, but the Autosteer was beta?
A. Yes.
Q. Have you been critical before of Tesla putting beta features in their vehicles?
A. I would have to look back at my testimony and reports. As I sit here right now, I just don't recall.
Q. Okay.
Well, as you sit here right now are you critical of that?
A. I haven't come prepared to talk about criticisms of the beta systems on Tesla, so I'm not sure.
Q. Are you offering any opinion in

this case on how much force would be needed by Mr. Wooten to steer his vehicle in his lane, if he for some reason felt the vehicle was steering itself to go off the roadway?

A. I do not have an opinion on the quantity of force, no.

Q. And do you know how much force would be needed?

A. I have not been asked to answer that question, so I do not know.

Q. Okay.

And that's nothing you looked at. You didn't test for that in this case. You didn't instrument a vehicle to determine that; is that right?

A. I did not put a torque sensor on the steering wheel, no.

Q. Does anybody in your family drive a Tesla?

A. Other than me, no.

Q. You have a Tesla that you drive as a daily driver or research vehicle or what?

A. It's owned by Forensic Rock. I

drive it as a research vehicle.

Q. Do you agree that vigilance by the driver is needed with Tesla's Autopilot system?

A. What I can agree to is that similar to the Ford LCA or Ford Blue Cruise system that it has Level 2 capabilities. And Level 2 by the taxonomy requires human oversight. But foreseeable misuses of those systems are documented in the literature and known to the industry, including some Ford discovery documents that I've reviewed.

Q. I think you went a little far afield. Let me repeat my question to see if you can limit your answer to my question.

Do you agree that vigilance by the driver is needed with Tesla's Autopilot system?

A. What I can agree to is that Tesla's Autopilot system is a Level 2 system and that the driver is the one who needs to oversee that system.

Q. And the same is true with Ford's ACC with LCA system, correct?

A. That -- that system also has Level 2 capabilities, and it's the same caveat that foreseeable misuses are known to the industry and government and that the driver is in control, when that system is engaged.

Q. And I know you have opinions about foreseeable misuse. I don't know if you'll be able to offer them in this case, but you've mentioned it before at your first deposition, and I appreciate it here. I don't think that's relevant to my question.

My question is just you, as an expert in the field, agreeing that vigilance by the driver is needed, when operating a Level 2 system like Fords or Teslas?

A. Well, the taxonomy speaks for itself that the driver is -- is ultimately overseeing the Level 2 system.

Q. Right.

And that's true not just for Ford and Tesla but any original equipment manufacturers' Level 2 ADAS system, right?

A. That is true.

MR. RICHMAN: And that's all
capitals, A-D-A-S.
COURT REPORTER: Thank you.
BY MR. RICHMAN:
Q. Would you recommend to someone
that they buy a Tesla Model 3?
A. I have not been asked to answer
that question.
Q. Okay.
What about recommending to them
to buy a Ford F-150?
A. Again, I have not been asked to
answer that question.
Q. Well, I asked you.
You're saying, as part of your
work in this case, you weren't asked to look
into that?
A. Right.
Q. And so you don't have an
opinion about it?
A. I don't have an opinion.
MR. CHEELEY: Just a moment.
Can I have you read that
question back?

\- - -

(Whereupon, the court reporter read back the requested testimony.)

\- - -

BY MR. RICHMAN:

Q. All right.

Do you agree that, if we're given Tesla, like the Tesla Model 3, that its performance will vary and be dependent on the level of software release the vehicle has?

A. Generally speaking, and, again, this is wading into areas, so let me see what I can -- how I can answer this based on pubically available information.

There can be differences based on different software levels.

Q. And you agree that just because somebody is using a vehicle equipped with a Level 2 ADAS system doesn't mean they cannot get into a crash, right?

A. I think generally speaking --

MR. CHEELEY: Object to the form.

Sorry. Go ahead.

THE WITNESS: Very generally speaking that using a Level 2 ADAS does not exclusively prevent collisions.

BY MR. RICHMAN:

Q. And ADAS technology from 2021 or even today in 2025 cannot prevent all crashes, correct?

MR. CHEELEY: Object to the form.

THE WITNESS: Can you repeat that question, please?

BY MR. RICHMAN:

Q. Sure.

ADAS technology from 2021 or even today in 2025 cannot prevent all crashes?

A. In general, ADAS technology -- the example I give is, if a vehicle is going 200 miles an hour, it's max speed, it cannot automatically emergency break to a stop behind a stationary vehicle. So, yes, I would agree with that from a general perspective.

Q. Right.
And even -- and I appreciate your somewhat unrealistic example there of a vehicle going 200 miles an hour, but, in general, there are scenarios where ADAS technology from 2021 or even today will not prevent a crash, right?
MR. CHEELEY: Object to the form.
THE WITNESS: Again, I haven't been asked to answer that question, but, generally speaking, there are some events that it cannot prevent.
BY MR. RICHMAN:
Q. Sure.
And, in fact, Ford's ACC with LCA technology is not a crash prevention technology, correct?
MR. CHEELEY: Object to the form.
THE WITNESS: I think we're getting into some semantics where I can't necessarily agree with that question as stated.

Why -- let's -- hypothetical. You have a Ford being operated on a different curve, and let's say a parent yells -- reaches around to yell at their kid while the vehicle is navigating a curve, that ACC, plus LCA functionality would be able to navigate the curve in this hypothetical example while the driver was disengaged from the driving task, which would prevent it from going off the road.

So the way I understand your question is, Ford may not market it or put it in their owner's manual as a safety system, but I see safety benefits to the technology.

BY MR. RICHMAN:

Q. Okay.

You previously testified that you believe Mr. Wooten was using ACC with LCA based in part on testimony from his family that he liked and was familiar with the features, correct?

A. That was one of the prompts, yes.

Q. Would you agree that there was no objective data of the use of the system on the day and time at issue in this case?

MR. CHEELEY: Object to the form.

THE WITNESS: Well, one of the other problems in my opinion was the testing that I've conducted. I've also had a chance to review Mr. Pasquarella's deposition, since his deposition. And he had a different methodology as to how he tested by driving through, and then swerving to the left. And I see in his testing, because it went through the lane line, similar steering wheel angles in his test truck to the EDR.

So in terms of objective data one of the problems that I had testified to in the July deposition was one of my tests where I saw similar EDR or similar steering angles

to the EDR. Now I've seen more of those in Mr. Pasquarella's deposition. So -- or file. So to me there's additional testing data that supports that opinion, not only from myself but from Mr. Pasquarella.

BY MR. RICHMAN:

Q. Let's talk about that for a second.

So you had one steering angle in your first testing that you believe matched similarly; it wasn't an exact match but was close to a steering angle in the EDR from the subject vehicle at the time of the incident, right?

A. I had steering in the test truck that showed a similar steering angle to the EDR, yes.

Q. One. One angle, correct?

A. I'd have to go back and see if it was one angle, but it was right before the manual takeover.

Q. Yeah. You have only testified to one angle from one test as lining up with

the EDR. That's what you testified to before.

A. That -- and that's what was included in my original report.

Q. Correct.

And now you say Mr. Pasquarella has got some angles as well. How many does he have?

A. Off the top of my head I can recall three tests where the steering wheel angle prior to him taking over and swerving left went from negative three up to negative six or negative eight degrees.

Q. Okay.

So how many data points from Mr. Pasquarella's testing lined up with the EDR data points? We're talking about steering angle.

A. In terms of individual data points that I would have to go into his testing to see how many specific data points there were.

But there was a time period, and it was around a second, prior to him

intervening that lined up with the EDR data from Mr. Wooten's truck.

Q. Okay.

That happened once in his testing, twice?

A. As I sit here right now, I believe it happened at least three times.

Q. That data is not in any report. This opinion that you're giving me here today that's not in any report you've authored, correct?

A. No. That was after I reviewed his deposition and file.

Q. Right. But you didn't do a supplemental report after reviewing his deposition and file, correct?

A. I have not done any other report, no.

Q. And as you sit here today are you able to show me these data points that you say line up with the EDR data?

A. I've got his file and videos in my files, so we can go through those, if you would like, and I can show you what I'm

talking about.

Q. Well, I think we're going to be limited on time today. We can -- we can put a pin in that, maybe you can look at it over the lunch break, but I would like to know how many data points, because I'm going to ask you a question that I'm going to need you to answer, which is, you found one steering angle in your testing that matched one steering angle from the EDR data. And now you're saying Mr. Pasquarella has some, but you're not able to tell me at least right now how many steering angle plots from his testing match the EDR, correct?

A. That's not entirely correct.

Q. Okay.

A. What I testified to is that you're asking for how many data points there are.

Q. Correct.

A. And what I'm telling you is that there's a period of time around a second where the position of his truck relative to the lane line is showing similar steering

angles to the EDR. So you're asking data points; I'm giving you the same answer just expressed in different units, which is time. So however many data points he collected over that time period would be the answer to your question. I don't know the frequency of that.

Q. And define a similar steering angle?

A. Sure.

So looking at negative three degrees, increasing up to negative eight degrees, for example, is the one test that I can think of, which is what we see in Mr. Wooten's EDR data.

Q. And that's all steering to the right, correct?

A. That's correct.

Q. And you can tell me -- later today you'll be able to tell me which test runs in Mr. Pasquarella's you're referring to?

A. Off the top of my head I -- I know test run three, test run four. And what

I'm trying to remember is if I saw it in test run five, because I think in five he swerved to the right. But I know for sure in three and four we see the -- the -- you see the steering around zero, it goes to positive one, zero, positive one, similar to what I was seeing. And then, as he approached the lane line, which is where we were swerving to the right, and instead went straight, you're seeing it go to negative three, and then up to negative eight, because he took it through the lane line and then swerved left.

So that -- that's the time period that I'm referring to that's similar to what we see in the EDR data from Mr. Wooten.

Q. And you're aware that Mr. Pasquarella's opinion is that based on his testing and looking at the data he believes that, if anything, it shows that ACC with LCA was not in use?

A. And that's where we disagree.

Q. Yeah.

And since Mr. Pasquarella is

taking the vehicle on a path similar to the path that Mr. Wooten took, wouldn't we expect there to be some similarities in the steering angles?

A. Well, to answer the question that I had, which is, does his testing support ACC plus LCA being on? And that's why I agree that it does.

Because what he did is before his driver intervention was recording steering wheel angle. And so because of his test methodology, which went through the left lane line and then swerved to the left, we were able to get a longer period of time where the LCA system was controlling the steering. And so in that longer period of time before he intervened we saw similar steering angles going from negative three to negative eight, which is what we saw in Mr. Wooten's EDR. So that's why I believe his testing in fact proved the opposite of what he's saying in that ACC and LCA were on based on the information he collected.

Q. And those same steering angles

are capable of being done through manual steering, right?

A. I would agree that they're -- a human could also steer at those steering angles.

Q. Right.

What about -- what about an inattentive human, let's say a human, who is not taking an active role in steering the vehicle. Could those steering angles be replicated from that as well, just the vehicle on its own not with ACC or LCA on and just going straight or generally in that direction?

MR. CHEELEY: Object to the form. Compound.

THE WITNESS: I haven't run that testing. But you can see in Mr. Pasquarella's testing, you can see the physical motion of the steering wheel. And whether or not at that location with no driver intervention that the road contour was capable of doing that, I would say based on my

experience there it's not, but I haven't run that specific test.

BY MR. RICHMAN:

Q. And you didn't drive a vehicle up through that area of the road, right, where Mr. Pasquarella did?

A. I did not -- I did not go through that left lane line like he did.

Q. So you don't have any testing data from that area, correct?

A. Well, as asked. I do have testing data from that area. I don't have testing data from driving through the left lane line.

Q. That's the area I'm referring to.

You don't have testing data from the left fog line or further left or forward left of that, correct? All of your testing data is within the lane lines, correct?

A. Not within the lane lines. We -- I crossed over, and we crossed over the lane line to the left before coming back to

the right. But my testing methodology differed from Mr. Pasquarellas, because he went straight and then swerved left.

Q. Okay.

Your Tesla vehicle that you tested in this case, the Model 3, did it have any DTCs, diagnostic trouble codes, recorded at the time of your testing?

A. I would have to refer back to my original report, because as I sit here right now I don't remember.

Q. And same thing for the other vehicles you tested both in your first and second rounds of testing, your first report and your supplemental report, did those have diagnostic trouble codes present?

A. The only one I can recall is a fuel door cap DTC.

Q. Okay.

Did you try to clear any trouble codes that were present?

A. That I do not recall as I sit here right now.

Q. Do you know which vehicle had

the fuel code DTC?

A. I want to say it was the silver, but I could look back in my report for that.

Q. Have you done anything to assess the validity of the data that you captured over the CAN bus through the exemplar vehicles that you tested?

A. Well, I think with respect to that what you're asking me is, all right, we're seeing steering wheel angles, we're seeing brake pedal pressures, we're seeing speeds, so we are able to correlate the, let's say, steering wheel angles with what we are seeing in our video and what we're seeing in our video overlay. So with respect to steering wheel angle and accelerator pedal percentage the way that we are mapping those signals is by applying turning to the steering wheel and seeing what that CAN signal does, applying accelerator pedal percentage, and applying 100 percent to see what that -- so, yes, we are looking at that.

Q. Well, are you aware of any

third parties or published materials validating the methodology of capturing CAN bus data as you've done here in this case?

A. I've published on this. So, yes, I've authored reports where I've looked at CAN bus data and recorded CAN bus data, and used it as part of my analysis of ADAS.

Q. Are you aware of anything other than what you've published?

A. Well, governmental agencies have talked about using CAN data, and then needing to rely on, instead of the CAN signal, for example, for a Ford collision warning, the actual audible and visual alert. So I would have to do a literature review but that's what comes to mind.

Q. You're not offering any testimony regarding any alleged what are called other incidents involving a 2021 F-150 or similar vehicle, correct?

A. I have not, and I can't remember commenting in either report on any other similar incidents, no.

Q. Me either. So I just wanted to

get that clear.
So you are not offering any opinions or testimony at trial regarding any alleged other incidents, correct?
A. I don't plan to, no. I've not done that.
Q. Right.
So I'm looking at page 37 of your report, number 9. This might help you, if you could follow along.
A. Which report?
Q. Sorry. First report.
I'll let you get there.
A. I'm sorry. Which page?
Q. Thirty-seven.
A. Okay.
Q. It's got numbers 9 through 15 on it?
A. I'm there.
Q. Okay.
So looking at No. 9, without reading the whole thing in the record, it looks like you're generally saying that based on your testing you believe that it was an

alternative design that existed to have a vehicle automatically brake in advance of or as a result of a curve and navigate a curve that way using ADAS technology; is that right?

A. Yes.

What I'm saying is that based on the testing that I conducted with the Tesla that it was technologically feasible to ascertain a curve ahead and brake in response to that as a way of preventing a lane departure.

Q. So are you saying that not having ACC with LCA automatically brake for curves is a defect?

A. I have not been asked to answer that question.

Q. Okay.

And then your second kind of half of that paragraph you say that, if Ford couldn't design a vehicle to slow down and input a corrective steering torque, they should have warned the driver significantly earlier, as compared to less than a second

before the roadway departure.
That's what you say there, right?
A. That is.
Q. Now, I asked you before in your first deposition, and you said that you were going to be deferring to and relying on plaintiffs' warnings expert, Joellen Gill, for any warning-specific opinions in this case, correct?
A. Yes. But then I think we had this caveat earlier that, obviously, when I hear the word warning, there's obviously warning information I collected as part of my testing. But in terms of the warnings and how the driver interacts with those warnings, I will be deferring to Ms. Gill.
Q. So in terms of the warning, how the driver interacts with the warning, and whether -- and the way Ford has its warning operate in this case and whether that's a defect in the vehicle, you defer to Ms. Gill for all of that, correct?
A. I do.

Q. I have a -- I have a lot of questions here for you about whether you're a warning's expert or not. And I -- I think we'd all rather that I not go through all those questions with you and based on your answer right now it seems like maybe I may not need to.

Can we agree that you are not going to be offering warnings opinions in this case?

MR. CHEELEY: Object to the form.

THE WITNESS: Other than me collecting information and video of the warnings that were provided, the relative timing of those warnings, so when they were collected, where the truck was --

BY MR. RICHMAN:

Q. Sure.

A. -- in space.

That's it. I'm not providing any opinions on how the driver would then react or interpret those warnings.

Q. Okay.

So you, as a result of your testing, collected certain data that shows when certain warnings were or were not given relative to the vehicle's position in the road, right?

A. Yes.

Q. Okay.

And you may offer that factual testimony about what your -- what your testing showed. But in terms of opinions about those warnings, whether they're good or not, whether they're sufficient or not, whether they should be at different times or not, and how that would affect a driver's ability to -- to respond to those warnings or navigate that curve, you're deferring to somebody else for all that?

A. What I can say is that whatever is articulated in my report about warnings, and you went to paragraph 9 on page 37, and we read the second half of that paragraph, that is what I will be opining to. And your question may be, well, what is the timing of

that warning, and that's where I would defer to Ms. Gill.

Q. But you say they could have warned the driver significantly earlier as compared to less than one second. I mean, have you done an engineering analysis of what is involved to warn earlier than when this warning occurred?

A. I have not conducted an engineering analysis.

Q. So you're saying it's theoretically possible that they could have done it, but you haven't looked into how one would go about to accomplish that?

A. I have not looked into how one would go about accomplishing that. And the opinion as to when relative to the lane departure the warning should be provided, that's where I defer to Ms. Gill.

Q. Okay.

And if there are any pros or cons to any earlier warning, that's not anything you intend to give opinions about, correct?

A. My opinion is that an earlier warning in this case would have provided more time for the driver to react. What the timing of that earlier warning is, I don't know.

But I -- I guess what I want to make clear, right, and you're asking me this question is, do I agree or would I agree that a earlier warning would be better in this specific case on this specific curve, I would say yes. I would not go beyond when it should be provided, how it should be provided, the cascade of warnings. That's Ms. Gill.

Q. And you haven't analyzed -- again, you said you haven't done an engineering analysis of that to know if there are any potential detriments that could come from an earlier warning?

A. I have not conducted that analysis.

Q. Or from an engineering standpoint how -- what would be necessary to provide an earlier warning. You haven't

looked at that?
A. I have not looked at that.
Q. Okay.
Are you aware of any other full-size pick-up truck in 2021 that would provide an earlier warning than the one in the F-150?
A. In order to answer that question are you referring to in general or at this specific curve?
Q. Well, I guess your opinion was related to this specific curve, so I'll limit my question to that as well.
A. Well, this split I've only tested the Ford and Tesla with instrumentation, so other than those two vehicles, I don't know.
Q. So you're not currently aware of any as you sit here today?
A. I'm not.
Q. Right, because you haven't tested them. I mean, I'm not so concerned about the why, just the fact that you're not aware of any?

A. I am not.
Q. Okay.
Have you ever designed a warning for a production vehicle before?
A. I have not.
Q. Do you agree that with a Level 2 system, such as Ford's ACC with LCA, that the driver is always in control?
A. I believe we've talked about this before that the Level 2 taxonomy does have the driver as the system, for lack of a better word, that is ultimately responsible, yes.
Q. Okay.
And do you agree that because of that the driver should be monitoring as to when they are needed to brake or steer to control and drive the vehicle?
MR. CHEELEY: Object to the form.
THE WITNESS: Again, I think we have talked about this. But given the caveat that there are foreseeable misuses, the driver is ultimately the

system that is in control of the vehicle for a Level 2 system.

BY MR. RICHMAN:

Q. Right. And I'm not saying a driver won't sometimes negligent their duties. But -- but it is still the duty of the driver to monitor as to when they are needed to brake or steer to control or drive the vehicle, right?

MR. CHEELEY: Object to form.

THE WITNESS: And we've discussed this that the driver on a Level 2 system is the one who is ultimately responsible, yes.

BY MR. RICHMAN:

Q. Right.

And that ultimate responsibility includes monitoring to make sure that they brake or steer as needed to control and drive the vehicle, right?

MR. CHEELEY: Object to the form.

THE WITNESS: I think we're saying the same thing with different

words, responsible or the driving task. And I would agree that based on the taxonomy of SAE Level 2, that the driver would be responsible for that, yes.

BY MR. RICHMAN:

Q. All right.

Turning to page 38, No. 16, you take issue with the fact that Ford doesn't give a specific radius of curve or speed at which ACC with LCA would not be capable of navigating a curve; is that correct?

A. I do give that opinion in paragraph 16, yes.

Q. All right.

Do you believe it's possible to put a specific radius or specific speed in a situation like that -- in a feature like that?

A. Are you asking, do I think Ford could have provided owners with specific radius of curvature or examples of radius of curvature and speeds at which the system will work versus when it doesn't, I do.

Q. Okay.
Are you aware of any other vehicle manufacturer that does that?
A. That I don't know. Because I haven't asked to -- I haven't been asked to answer that question, so I haven't done that research.
Q. Have you ever written any portion of a owner's manual for a vehicle before?
A. I have not.
Q. Have you mocked up for this case what this language or explanation would look like in terms of radiuses and speeds where the feature will function or not function?
A. I have not.
Q. Do you agree that the minimum radius for the feature's operation would change based on the speed of the vehicle and, similarly, the speed would change based on the radius?
A. I do agree that those are the more important variables as to when the

system will and would not work.

Q. Right.

And, in other words, it may be able to take a curve of Radius A at Speed X, but not at Speed Y, right?

A. I would agree with that.

Q. All right.

Also, No. 16, you say, "In fact, their testing -- I think you're referring to Ford -- provided in discovery is evidence that the split and curve where the Wooten accident occurred was within their tested conditions that resulted in a PASS."

Do you still hold that opinion?

A. Well, I believe Ford is disputing the evidence that I'm using to support that, that that was a scrivener's error. If it was not a scrivener's error, then that is the testing that I'm utilizing to support that opinion.

Q. But you're aware that the test engineer from that testing, a gentleman named Shane Larkin, that he submitted an Affidavit that explained that that was a scrivener's

error. You're aware of that, correct?

MR. CHEELEY: Object to the form.

THE WITNESS: I am aware of that.

MR. CHEELEY: Hearsay.

BY MR. RICHMAN:

Q. Do you have an opinion as to whether Mr. Larkin is being truthful or not in that Affidavit?

MR. CHEELEY: Object to form.

THE WITNESS: I do not.

BY MR. RICHMAN:

Q. You say -- it says that it resulted in a PASS, P-A-S-S, all capitals?

A. Yes.

Q. What does a PASS mean?

A. To me as a testing engineer it means that the conditions that were outlined for that specific test were met.

Q. And so does PASS tell you whether the intent was for the vehicle to stay in the lane or leave the lane, do you know?

MR. CHEELEY: Object to form.
THE WITNESS: Generally speaking, I believe in this document there were pass/fail criteria, so there was a tolerance to lateral distance from center line and other criteria that the system or conditions were evaluated against.
So it is my understanding that based on the conditions that were outlined, the criteria for pass/fail, that that test would have passed based on that word.
BY MR. RICHMAN:
Q. And did you see the word pass anywhere in that test report?
A. That I would have to go back and look at.
Q. Why are you saying it passed? You put PASS in all capitals?
A. That is because that is the verbiage that was used based on my understanding.
Q. So you believe that word PASS

in all capitals appears in the report?
A. I believe that it does, yes.
Q. Do you also agree that Ford would test vehicles at speeds too high for the feature to confirm that the torque apply will not hold the lane?
A. That I would have to go back into the discovery documents, but it would not surprise me if those types of evaluations were conducted.
Q. You've never worked for a automobile manufacturer before performing tests like that though, correct?
A. I have not.
Q. That's never been a responsibility you've had in your career?
A. I have not worked for an automobile manufacturer.
Q. All right. I'm skipping ahead to page 76.
A. Would this be a good time for a quick break?
Q. Ah, sure. Yeah.
VIDEO TECHNICIAN: The time is

now 10:15. We are going off the video record.

- - -

(Whereupon, a recess was taken from 10:15 a.m. until 10:27 a.m.)

- - -

VIDEO TECHNICIAN: The time is now 10:27. This begins Media Unit No. 2.

BY MR. RICHMAN:

Q. All right.

Mr. Harrington, we were looking at page 76 of your report. This is your summary of Ralph Gunderson's deposition.

Do you see that?

A. I do.

Q. If you look at the second bullet down there, the last couple sentences it talks about safety barriers being in place, and one of those being the limiter, which limits how much torque the Lane-Keeping System can produce.

Do you see that?

A. I do.

Q. All right.
And do you understand why that is, why that limiter is in place?
A. I wasn't asked specifically to investigate the -- the torque limit. Generally, I understand that it's to comply with the UNECE information.
VIDEO TECHNICIAN: He's really quiet. Can I just go off the record real quick?
The time is now 10:28. Going off the video record.
- - -
(Whereupon, a brief recess was taken.)
- - -
VIDEO TECHNICIAN: The time is now 10:31. We are back on the video record.
BY MR. RICHMAN:
Q. All right. Continuing on, Mr. Harrington.
On page 77 of Mr. -- I'm sorry, page 77 of your report are more bullets

regarding Mr. Gunderson's testimony. If we go to the seven bullets down you've got in there a summary of him saying that he would not expect LCA to work to hold a vehicle at that speed, right, of 70 miles an hour.
Do you see that?
A. I do.
Q. And that he doesn't think LCA would work to hold a vehicle on an exit lane at highway speeds.
Do you see that?
A. I do see that.
Q. Do you understand why he's giving that testimony?
A. Off the top of my head, I don't recall specifically why, but I understand that's his testimony.
MR. CHEELEY: Let me object to the form of that. Calls for speculation.
BY MR. RICHMAN:
Q. Do you see on page 81, the third bullet from the bottom where he talks about the safety limiter, and he says the

limiter is a safety mechanism that limits the torque, the Lane-Keeping feature apply. Your summary, so it's not exactly perfect, but you understand the gist of that, right?

A. I do.

Q. Okay.

And he says, for Lane-Keeping, the torque is 3 Newton-meters. But then he says that he's not sure what it is for lane centering. But if you assume with me that it's the same, 3 Newton-meters for lane centering, do you have any issue with that?

A. I'm not here to object to his testimony here.

Q. Well, or to object to -- do you have any issue -- do you take any objection to Ford Motor Company limiting the amount of torque the system can impart to 3 Newton-meters?

A. That was not a question that I was asked to answer, so I have no opinion on that.

Q. Do you know why the amount of torque the system is able to impart is

limited?
A. As I sit here right now, I don't recall specifically why.
Q. If I were to tell you it's to make sure that the driver can always regain control of the system, would you agree that that's a good reason to limit the amount of torque?
MR. CHEELEY: Object to the form.
THE WITNESS: Again, it's not why I was retained in this case, nor is it a question that I have answered.
BY MR. RICHMAN:
Q. So you have no opinions on that?
A. I do not.
Q. Okay.
I want to go to page 162 of the pdf, I think. Yeah. And it's your Exhibit D, which is the -- the testing -- your first testing. Oh, and it is -- it is numbered. Well, you've got the pdf anyway.
A. Okay.

Q. All right.
So I think that might be your last page number, but let me see if I can help you follow along.
This is the page I'm looking for (indicating).
You don't have a page number on the -- on the printed version, but we can find it.
A. At the top it says, Vehicle Systems Related to Testing?
Q. Correct. It looks like page 169 of the pdf; is that right?
A. Yes.
Q. Okay.
All right. So looking at that you noted at the bottom that the testing was focused on LCA with hands-free because that was the only option available at the subject site.
What do you mean by that?
A. So with the black, 2021 Ford F-150 with the Co-Pilot360 Active 2.0 Prep Package, the lane centering option at the

subject site was hands-free, and there was no way to basically turn off the BlueCruise hands-free and have lane centering on with hands-on. It was either BlueCruise hands-free, or no lane centering at all.

Q. Right. And that's because it was a Blue-Cruise-equipped vehicle?

A. This truck had the same hardware as Mr. Wooten's truck but at the time of the test the BlueCruise functionality was on. So the purpose of that paragraph is to say there was no way to turn on hands-on LCA and turn off hands-free BlueCruise.

Q. Right.

The only software on that truck that you tested was BlueCruise software, correct?

A. BlueCruise-enabled, yes.

Q. Right.

Do you know who designed the software for BlueCruise?

A. As I sit here right now, I know it was a team of -- of engineers.

Q. Do you know what company?

A. Oh! Ford.
Q. Okay.
Do you know what company designed the software for ACC with LCA that was equipped on Mr. Wooten's truck?
A. We're starring to get into areas that in terms of design I don't know as I sit here right now whether it was Ford or it was a supplier.
Q. So you don't know if the software on Mr. Wooten's truck was designed and made by the same company that made the software on your exemplar truck that's used here for this first testing; is that correct?
A. I guess -- let me make sure I understand what you're asking.
Q. Sure.
A. Which is, the software that's on that truck, which I just answered that BlueCruise was designed by Ford, is that designed by Ford? I guess that's the question. I'm confused.
Q. Yeah.
Have you read Mr. Nath's

Affidavit that was submitted in this case?
A. I -- was that in the spring of this year?
Q. Let me see.
It looks like May of this year.
A. I recall reading it around that time frame. I don't have an independent recollection of it.
Q. Okay.
Well, let me -- let me go over some of the points he raised at paragraph 20 of his Affidavit.
He says, BlueCruise and ACC with LCA are not the same features. Were you aware of that?
A. That is what Nath is saying, yes.
Q. Yeah.
Do you have any reason to dispute that?
A. What I would say is that BlueCruise with hands-free functionality is different than a hands-on LCA and ACC because of the hands-free nature of BlueCruise.

Q. Right.
And not only that, but for these two specific features, the ACC with LCA that was on Mr. Wooten's vehicle at the time of the incident, and the BlueCruise system that you were testing at the time of your first testing, they were actually designed and the software was written by different people at different companies.
Are you aware of that?
A. Again, I wasn't asked to go into the hierarchy or how the software was designed, so I don't know.
Q. Did you know the algorithms used by those two systems are different?
A. Again, I was not asked to look at the algorithm, so I don't have an opinion there.
Q. Okay.
And BlueCruise uses map data, right, where ACC and LCA do not utilize map data, correct?
A. There's certainly an element of BlueCruise that utilizes maps, yes.

Q. And there are more differences than just that between the two features. You're aware of that, aren't you?
A. From a general perspective I am aware of how BlueCruise works and how LCA and ACC work, yes.
Q. And that there's differences in their operation and function, correct?
A. Well, we spoke about one of those already.
Q. Sure.
A. That the design intent of BlueCruise is to in Blue Zones, be a hands-free feature.
Q. Sure.
And the algorithms used by them are different for their function and operation, correct?
A. I'm not going to dispute what Nath wrote in his Affidavit.
Q. Okay. Maybe we'll shortcut it.
You don't have any dispute with anything in paragraph 20 of Mr. Nath's Affidavit, correct?

A. I do not.
Q. All right.
A. Before we leave that, do you mind, can I see that document?
Q. Ah, sure. Let me --
- - -
(Whereupon, a document was handed to witness as requested.)
- - -
THE WITNESS: Thank you.
BY MR. RICHMAN:
Q. Why don't we -- why don't we make it an exhibit to your deposition.
Have you had a chance to look at paragraph 20 to Mr. Nath's Affidavit?
A. I need to. I was handing it back to you.
Q. Oh, no, no. I'm going to -- I won't mark this copy, because it has my highlights on it, but we'll mark an electronic copy.
It looks like that would be Exhibit 6 to your deposition.
- - -

(Whereupon, witness reviewed document.)

- - -

THE WITNESS: After reading that I don't have any reason to disagree with what Mr. Nath wrote.

BY MR. RICHMAN:

Q. Okay. Thank you.

All right. And you agree that Mr. Wooten's vehicle did not have the BlueCruise software update in it, correct?

A. Before I answer that question.

I also want to state that I was not asked to comment or do research to understand what he had written in paragraph 20. So that's why I don't have any ability to disagree with that.

Q. Okay.

So you agree that Mr. Wooten's vehicle did not have the BlueCruise software update done to it at the time of the incident, correct?

MR. CHEELEY: Object to the form.

THE WITNESS: We had discussed this in my last deposition that I -- the Wooten truck was not equipped with hands-free BlueCruise, that's correct.

BY MR. RICHMAN:

Q. Right.

So it didn't have -- his vehicle didn't have any hands-free mode available to it, right?

A. It did not.

Q. And it sounds like, because you didn't -- this wasn't something that you were asked to look into, you don't know how the software on your test vehicle differs from the software on Mr. Wooten's vehicle, correct?

A. In terms of at the software coding level, I do not.

Q. All right.

For my next questions, if you can skip to the page -- just a few pages down entitled Protocol Summary -- Test Protocol Summary.

A. I'm there.

Q. Okay.
So, again, here you note for your LCA-on testing you did it in hands-free mode, which does not exist on the vehicle that's the subject of this case, correct?
A. The test truck that was utilized had the same hardware as Mr. Wooten's truck. The search was conducted for a hardware similar, but software similar truck to be able to test with, and I could not find one. So the test truck utilized the same hardware but had updated hands-free BlueCruise capabilities. And that is what was tested, yes.
Q. Right. And some of that you said already before, and I appreciate you saying it again.
But the point of the question was, you tested this vehicle in hands-free mode, which does not exist on Mr. Wooten's truck, correct?
A. The hands-free functionality did not exist at the time for Mr. Wooten.
Q. And then you tested the -- he

tested it in LCA off, with ACC on, to test the LDW and LKA features, correct?
A. That is correct.
Q. And in none of your testing of the LDW and LKA testing did either feature activate to alert the driver to the impending lane departure, correct?
A. What I can tell you is that there was not a corrective steering torque that was applied that prevented the lane departure. There, I believe, were -- was a warning.
Q. A vibration?
A. I can't recall if it was a vibration or a visual warning, but there were warnings that were provided in some of those tests, but not corrective steering torques.
Q. Okay.
But I think we established before that you don't have any criticism that this system doesn't intervene to activate in this test scenario because of the speeds and ultimate drift rate across the lane line, correct?

A. My criticisms are not with the Lane-Keeping System, like Lane Departure Warning or Alert Plus 8, that is correct.

Q. And, in fact, you don't even know whether Mr. Wooten had Lane Departure Warning or Lane-Keep Assist turned on at the time of this accident, correct?

MR. CHEELEY: Object to the form.

THE WITNESS: I would have to go back and look at the data, but as I sit here right now I'm not sure.

BY MR. RICHMAN:

Q. All right.

And even if he had them turned on, you certainly wouldn't know what intensity levels they were set to, correct?

A. Based on the information that we have today, that is correct.

Q. All right.

I'm going to ask you now about SPP. What do you understand SPP to stand for?

A. Steerable Probable Path.

Q. All right.
You consider yourself to be an ADAS expert, correct?
A. Yes.
Q. You teach courses on ADAS or SAE sometimes?
A. I do.
Q. And you certainly publish on ADAS technology?
A. I have.
Q. When is the first time in your career that you heard the term SPP as it relates to ADAS technology?
A. I can't recall the first time I heard SPP.
Q. Was it in this case?
A. No.
Q. When was it?
A. Sometime before this case.
Q. So you were familiar with SPP prior to the Wooten case?
A. As a general concept of the -- the path of a vehicle -- planned path of a vehicle, yes, as a general concept. Each

manufacturer calls it something different.

Q. Oh, you don't -- SPP is not an industry term? You think that's a For-specific term?

A. I have to be careful.

I would say similar to LCA versus Autosteer versus those monikers for those -- that, yes, each manufacturer in my experience may have a different name for that.

Q. A different name for describing the predicted path of the vehicle?

A. In general, yes.

Q. Okay.

But the idea that these systems, these Level 2 systems use a predicted path to help plot the function of the features to go through the path of the vehicle that was something that you've been aware of?

A. Generally speaking. I've certainly been exposed to a lot more about SPP as a result of my work in this case.

Q. Sure.

But this wasn't the first time?

A. As a general concept that, when a vehicle in Level 2 functionality is plotting its path that there is some algorithm that's looking at that, that's right, I've known about that.

Q. What do you understand plaintiffs' theory to be today regarding the cause of this crash?

A. Well, I can explain to you what I've done to help support that, and that's the testing, right. And to demonstrate that the lane centering system on Barry Wooten's truck was not capable of properly plotting and navigating the split and the right curve to Exit 15.

My testing has demonstrated that, so has Mr. Pasquarella's testing. I've been able to determine when or if warnings were provided, the timing of when those warnings were provided and that they were provided very late with respect to the ultimate lane departure by Mr. Wooten.

So my testing has demonstrated

that this system for a period of time, as it's approaching the split, it's believing that it needs to go straight. And then my testing and Mr. Pasquarella's testing is showing that there is EDR -- or excuse me, steering wheel angles from the LCA that are similar to what we saw in Mr. Wooten's EDR. So that my opinion here is that he was using ACC and LCA and that that system because of its inability to navigate that -- that split ultimately led the vehicle to cross over the left lane line and cause this incident.

Q. But even if the SPP was perfect and read this curve perfectly, the vehicle still would not be able to navigate that exit curve at 77 miles an hour, correct, using ACC with LCA?

MR. CHEELEY: Object to the form.

THE WITNESS: That was not work or calculations that I've been asked to do in this case, so I don't have an opinion here.

BY MR. RICHMAN:

Q. So you are unaware that irrespective of the path being plotted by the ACC with LCA system, that this vehicle, if using ACC with LCA at this speed through a curve of this radius, will exceed the lateral acceleration and torque limits for the system. That's not something you're aware of?

A. I think if what you're asking me is, if I sake the radius of curvature here, and I take the speed, and I calculate what the lateral acceleration is, if that number is above Ford's internal specifications, I am aware that that is -- that number is greater than Ford's internal specification, yes.

Q. So as a result of that number being greater than Ford's internal specification, you would agree that even if the path was read perfectly correct, the system would still have been unable to navigate this curve due to those limitations, right?

A. And I think that was the -- the

point of the paragraph we had discussed earlier, which is to say, hey, if Ford, because they have different logic than Tesla, where they don't brake in anticipation of curves, had the perfect path per your hypothetical, then warn earlier. And that's why I wrote what I wrote.

Q. I see. Okay.

But we agreed you didn't do any engineering analysis for that statement in your report, correct?

A. Other than what is written there, no.

Q. Do you know whether the SPP for BlueCruise is the same or different from the SPP for ACC with LCA?

A. Well, what I do have is test data where we were looking at the CAN signals, so I do have test data that helps me understand what the truck was plotting and what information that it was reporting on its CAN bus in my test of my BlueCruise truck and my LCA, plus ACC, truck.

Q. Okay.

So do you know whether the SPP is the same or different for those?

A. Again, I wasn't asked to formally compare. What I -- what I've done and what I've reported are the tests that we've conducted with those two respective trucks where for the period of time leading up to the split that both trucks thought that they needed to move to the left on the order of one to two feet. Both trucks were intending to go straight. Both trucks did sometimes see a left curve that the SBP was calculating. So my analysis of those tests with respect to that question are contained within my report. And, generally, both trucks were believing that they were to the left -- excuse me, to the right of where they needed to be and needed to move to the left about a foot or two as it was approaching the split before manual intervention.

Q. Was that to center themselves back in the lane?

A. They -- that was to move to the left in my opinion to be consistent with

where the left through lane, where the split was occurring, to use that left through lane as the center of the lane.

Q. Well, that's -- that's your opinion.

But you actually don't know why, and I'm going to assume that you're correct for purposes of this question, that the trucks moved left. You don't know if they were moving left just to recenter themselves in the lane or if they were moving left, as you say, which is because they think there's a path to the left that they need to follow, right?

A. I would say it's the latter based on the quantity and magnitude -- excuse me, the magnitude of that signal that those trucks -- and we can look at my reports -- were centered in their lane of travel at the time yet still needed to -- where the CAN signal was saying, I need you to move 1.7 feet to the left in order to recenter yourself.

So I would say, given your

question as to whether it needed to move that distance to remain centered in the lane that it was actually in versus, I'm seeing a lane to the left of me that I believe is correct that's not the actual lane, I think it's the latter.

Q. That's an opinion. That's not -- that's not something objective, but it's your opinion based on the data that you have?

A. That is my opinion based on the data I have, yes.

Q. Okay.

All right. Let's talk about that new testing.

So this is now your second Ford F-150 exemplar testing out at -- out at the site that you did in June? June of 2025, right?

A. That's correct.

Q. Okay.

What was the reason for you doing this second round of testing?

A. The reason was Nath's testimony

that the truck that would be most similar to the Wooten F-150 would be a Ford F-150 equipped with LCA, plus ACC.

Q. Okay.

And that makes sense, right, because that's what Mr. Wooten's truck was equipped with?

A. Well, it doesn't make sense.

And why -- again, the testing was originally conducted with the same hardware that -- that was on Mr. Wooten's truck. So that black Ford F-150 was purchased, because it had the same package that Mr. Wooten had.

Now -- and I understand that Ford and Ford's experts tried to rollback that white F-150 to the same hardware, same software at the time and essentially gripped the vehicle. So my goal was to get the same truck with the same hardware and that truck was the same hardware only had BlueCruise on it. So that was originally what I had tested.

What Mr. Nath is saying is

that, if you purchase a truck with a Co-Pilot 360 Assist 2.0 package, that is what is most similar to what Barry had at the time. So based on that testimony is why that truck was acquired and also evaluated.

Q. You keep talking about the hardware, the hardware, the hardware is the same.

Is the hardware on the silver F-150 that you tested with your second round of testing that had the ACC with LCA different from the the hardware on the black F-150 with BlueCruise?

A. It's my understanding that they're the same camera and the same radar.

Q. So the -- so the hardware is the same on the silver truck and the black truck?

A. Well, there's also driver monitoring on the black truck, so there's additional hardware that is present on that truck that is not present on the silver F-150.

Q. Right. Nor was that in use on

Mr. Wooten's truck as part of ACC with LCA, correct?
A. I think that's what gets into the gray area, right?
So if it's as binary as, that's not in use, everything else is the same, that is apparently what Mr. Nath is saying. And, again, he had testified -- or I had testified in my previous deposition that the purpose of this was to bookend it, because none of us, including Ford who attempted to, and any party that would be able to, it would be Ford, rollback a active 2.0 F-150 back to the original software that Barry Wooten has Ford couldn't do it, so nobody can do it. So what I did is I had that same truck with the only available software that was on that truck, and then based on Mr. Nath's testimony went and got an ACC plus LCA truck.
Q. Which has the same hardware?
A. Yes.
Q. And the same software as Mr. Wootens, the silver vehicle?
A. My understanding of what Mr.

Nath is saying is that that is a surrogate and as close to what we could see on Mr. Wooten's truck that's available.

Q. Okay.

Now, you also tested a Tesla Cybertruck with your second round of testing, right?

A. I did.

Q. That had nothing to do with Mr. Nath's testimony, correct?

A. That did not have anything to do with Mr. Nath, no.

Q. You could have tested a Tesla Cybertruck with your first testing, if you had wanted to do it, right?

A. I don't recall if the Cybertruck was available then, but I'd have to check.

Q. It looks like the Cybertruck began deliveries in November of 2023. So if that's true, then you could have tested a Cybertruck with your first testing, if you had wanted to, correct?

A. If that's true, yes. I just

don't think the Cybertruck has been out for almost two years, but maybe it has. That's something we can double check.

Q. Yeah. I mean, I just -- I Goggled it. I mean, Google could be wrong, I suppose.

Ah, no. Tesla's own website is announcing November 30, 2023. Join us at Giga factory, Texas, on Thursday, November 30, 2023, to celebrate the first deliveries of Cybertruck.

So that's when they started. When did you do your -- your first round of testing that's in your report?

A. I think it was Spring of '24.

Q. Yeah. For some reason I was thinking it was May of '24, but...

Yeah. Your report was in October of '24, right?

A. Yes.

Q. So if you had wanted to test a Tesla Cybertruck before October 18, 2024, you could have done that. True?

A. I would have to look into the

availability of Cybertrucks and whether they were available to test. As I recall, there was a limited run and limited availability of those initially.

Q. Was your second testing of the silver and black exemplar F-150s identical in every way to your first exemplar testing?

A. The protocol was the same in that the test driver was instructed to, based on if LCA and ACC were being evaluated, to drive at 77 miles per hour. And then as late as the test driver felt comfortable to swerve to the right, to regain the lane, yes.

Q. And did you use the same drivers first and second testing?

A. So both myself and Dino drove. The second testing Robbie Hurlbrink did drive, I believe, two of the tests on the second day of the June 2025 testing.

Q. Okay.

But at least for the first day of the second testing the drivers were the same as the first testing?

A. Yes.

Q. So should the driver interaction then of those same drivers should take place at roughly the same time and place in both rounds of testing, correct?

A. What I can tell you is that the -- what we were trying to do, which is to try and swerve as late to the right as possible, then, yes.

Q. Right.

I mean, it's the same people doing the same thing. The results should be generally the same?

A. Around when that evasive swerve is occurring it should be generally the same, yes.

Q. All right.

So, again, talking about that second round of testing that you did in June of 2025.

Did you stay at the Hampton Inn, Macon on I-475 for that testing?

A. I think that I did, yes.

Q. Okay.

Give me a second here.

And who all from your company attended the second testing?

A. That would be Dino Handzic, D-I-N-O, H-A-N-D-Z-I-C, Shubham Takbhate, S-H-U-B-H-A-M, T-A-K-B-H-A-T-E, Nick Martin, Robert Hurlbrink, H-U-R-L-B-R-I-N-K, the fifth, V, and myself.

Q. All right.

So from Forensic Rock it was you, Dino, Shubham, Nick and Robert?

A. Yes.

Q. And what was -- so here there Dino was driving. Did he have any other roles other than driving?

A. He may have helped with test setup, and when Robbie was driving, he may have flown a drone.

Q. And what was Shubham's role?

A. He was overseeing drone operations.

Q. And Nick's role?

A. He was leading data acquisition.

Q. And Robbie's role, when he

wasn't driving on the second day?
A. Was to assist Shubham with drone operation.
Q. And who else was present on either day of testing other than those people from Forensic Rock?
A. I believe Bob was present.
Q. Mr. Cheeley?
A. Yes.
Q. And who else?
A. I remember Bob, and he may have had one other person from his firm, but I can't recall.
Q. Anybody else?
A. Not that I can remember, no.
Q. Was Mr. Louden present?
A. Yes. Mr. Louden was present.
Q. Anybody else?
A. Now, I'm really wracking my brain.
No. I think it was Mr. Louden. That's all I can remember now.
Q. Okay.
And you drove the silver F-150

down to the site from your office?
A. Yes.
Q. Did you use lane centering for that drive?
A. I recall evaluating lane centering, yes.
Q. During the drive down from Pennsylvania to Georgia?
A. Yes. So I recall turning on lane centering and observing its behavior.
Q. Was the vehicle already instrumented prior to leaving your office?
A. No.
Q. So you drove it down uninstrumented?
A. That's correct.
Q. And you arrived safely at your hotel in Macon?
A. We did arrive at our hotel in Macon without incident, yes.
Q. You arrived the night of June 16th?
A. I do believe -- we actually arrived the morning of the 17th. I think it

was after midnight, so yes.

Q. Okay.

But then you went to sleep and woke up for the next day?

A. Yes.

Q. All right.

Did Mr. Louden meet you at your hotel on the 6th or the morning of the 17th, as you called it?

A. He may have met us at the hotel. I -- I don't recall. I had a -- yeah, I don't recall where we met Mr. Louden.

Q. Sorry. I'm just trying to find this.

Okay. And you said the drivers were you, Dino, and then the second day, Robbie, correct?

A. Yes.

Q. Dino and Robbie, are they both experienced test drivers?

A. They are.

Q. I saw Dino billed 19.5 hours on the 16th. Do you know why that is?

A. That's what he billed. I don't

know.

Q. How long were you personally onsite on the 17th?

A. I want to say until around noon is the best estimate.

Q. After you left the site did you stay in communication with your team?

A. I did.

Q. How did you do that?

A. Via phone.

Q. No texts or e-mails?

A. Not that I recall.

Q. Okay.

We were looking at your invoices, and I saw you billed 16 hours on the 16th for travel from Pennsylvania to Macon, but then I didn't see that on the 17th. I didn't see any travel. It just says eleven hours assisted with case.

A. Okay.

Q. Did you return on the 17th or the 18th?

A. The 17th.

Q. Okay.

Because the 18th says, assisted with case, partial return travel. What does that mean? Would you like me to show you?

A. Sure.

Q. Okay.

I'm looking at your invoice here. The invoice is dated 7/14/25, and if you go to the 16th, RH is you, right?

A. No.

Q. Oh! Sorry. That's my bad. You're right. You're right.

That's Robbie?

A. Yes.

Q. You're SH. My confusion.

Okay. Good. So let's look at yours.

So SH on the 16th traveled to Macon, 14 hours, right?

A. Yes.

Q. And then on the 17th it says, testing and correspondence with team. What was the correspondence with the team, if you didn't text or e-mail them?

A. Phone.

Q. Phone correspondence?

A. Yeah.

Q. Okay.

And then that's it.

So I don't see any return travel from you. Did you bill for your return travel?

A. That would have been wrapped into the time on the 17th.

Q. Okay.

And so was Dino the team leader, when you left?

A. In terms of team lead, everyone was leading their own respective operations. So Nick was leading data, Dino was leading, obviously, driving, and Shubham was leading drone operation. So they all split the management of the program.

Q. So no one person umbrella coordinating after you left. True?

A. I'm still in charge at that point. So even though I'm not onsite, if there was a question that they had, that's why we would talk on the phone.

Q. And per your report you only drove two of the test runs; is that correct?
A. I believe two of the silver F-150 runs, yes.
Q. Okay.
So you never evaluated the black F-150 with BlueCruise on this trip, you personally?
A. On this trip I did not.
Q. Did you conduct any practice runs on the silver F-150 before your documented run?
A. That I can't recall.
Q. Do you know how many times you've driven through this exit by the time you got there on the 17th to do your testing?
A. I don't know an exact amount, but it's been a number of times.
Q. Between formal and informal drives that you would have done throughout the days, would you agree dozens of time?
A. It's definitely more than a dozen, yes.
Q. Okay.

Same for Dino?
A. Yes.
Q. Okay.
In your testing as you approached the exit are you applying any steering force?
A. As I'm approaching?
Q. Yeah. As you're approaching the exit.
A. What mode am I in? Am I driving without LCA or --
Q. Yeah. For your -- for your testing. I think you were always testing with ACC with LCA, right?
A. Not always.
So we had ACC on, LCA off, Alert Plus 8 on. And those were some tests that we were evaluating.
Q. On the second -- for the second round of testing? Because that's what I'm talking about now is your new testing, not your old testing.
A. I do believe we had some of those tests in the second round, yes, with

the silver truck.

Q. Did you record data for steering wheel torque on the silver truck for your testing?

A. We reported and recorded the whole CAN log off of the silver truck. That was not a signal that we had any independent information on how to decode.

So if you're asking me, do I think we have it in our CAN data, I'd say, I think we do, but I don't have the .dvc file to be able to translate that from our testing information.

Q. That wasn't something the comma.ai software would assist with?

A. No.

Q. And is that why we don't see it in any of your plots?

A. That's correct.

Q. How did you decide when to input steering in your testing?

A. Are you talking about evasive steer?

Q. Yes.

A. That was as late as possible to collect as much information before the evasive steer as we could.

Q. So as you and Dino as experienced test drivers, who were familiar with the exit, you went as far as you could before inputting an evasive steering maneuver, correct?

A. Good summary of what we did, yes.

Q. Okay.

But you would not expect a attentive alert driver to wait that long, would you?

A. One, I wasn't asked to quantify that in terms of what were the lateral accelerations of vehicles of attentive drivers, so --

Q. You were testing for purposes of this case to go as late as possible, as you as professional test drivers with experience at this exit felt was safe. You were trying to go to the very edge of that safe zone. But you would not expect a driver

in normal driving to do that, right?

A. I'll put it this way. I would agree that my driving behavior during these tests deviated from a normal driver, yes.

Q. Okay.

I mean, you didn't see anybody in -- in your observance of other drivers at that exit, you didn't see anybody else doing what you did, right, waiting until the last second before they cross the lane line, and then yanking the wheel to the right?

A. I don't have any personal recollection of that, no.

Q. And you said you don't recall if you had any practice runs before your first recorded event; is that right?

A. I don't recall.

Q. And did you drive through the scene with Mr. Louden?

A. I do recall Mr. Louden in the truck, yes. It's a foggy memory, but I do recall it.

Q. Was that recorded?

A. I don't -- I don't know. I

don't recall.
Q. Did Mr. Louden drive either of the exemplar F-150s before you instrumented them?
A. He may have. That -- obviously, these are great questions for him. So we had two F-150s down there, so I believe he was driving the one that wasn't instrumented, when we were conducting testing.
Q. Which one was that?
A. If we were testing the silver, then he would have been driving the black one.
Q. Okay.
Do you know if Mr. Louden ever drove the silver F-150 through the exit?
A. I don't know.
Q. Could he have driven the silver F-150 through the exit before you instrumented it?
A. I recall that morning on the 17th that we were instrumenting up the silver F-150. So based on the timing of when I

needed to leave, I don't think that there was time for that.

Q. And if he did his test drive at 10:33 in the morning, it -- it would have either be in an instrumented silver vehicle or possibly a non-instrumented black vehicle, correct?

A. On the 17th?

Q. On the 17th, yes.

A. I don't know. Maybe. I'm not quite sure in terms of -- I know the black vehicle wasn't instrumented at that time.

Q. Right.

A. The timing -- I mean, we can look in my -- when I was running tests what time that was. So that -- that's the best I can tell you.

Q. Okay. Well, let's keep talking about it.

There was an additional file in your test videos that was titled, VBOX 00001.

Are you familiar with that file?

A. Other than it existing, I don't

know what the contents of it are as I sit here right now.

Q. Okay.

Well, from what we could tell it was a short file that was taken about 28 minutes before your first recorded run.

Do you know what it is; what's on that file? You can pull it up and look at it, if you would like. It's V 13300001.

A. It looks like it is about three seconds worth of data at UTC time 13:30:26.

Q. What is that?

A. I don't know other than it's three seconds of data that I can tell you -- I'm seeing if there's an associated VBOX HD2 file that would have video.

It doesn't look like there is.

\- - -

(Whereupon, witness referred to his computer.)

\- - -

MR. CHEELEY: Why don't we go off the record and place the lunch order?

MR. RICHMAN: Well, let's finish this real quick.

THE WITNESS: What I can look at quickly is that it's about three seconds of data and the speeds seem to be around eight or seven miles an hour. And that's all I can tell you looking at it quickly right now.

What I was trying to do is figure out on the map where this occurred to help you understand where -- where the truck was.

BY MR. RICHMAN:

Q. Okay.

But you don't -- you don't know the answer to that?

A. No. The map didn't load here.

Q. Okay.

Would you have been taking data from anywhere other than the scene?

A. No. Sometimes, like here, someone will bump or it will accidentally get turned on and then turned off and a file gets written, and we keep those.

MR. RICHMAN: All right. Why don't we go off the record, we can order lunch, and then jump back in.

VIDEO TECHNICIAN: The time is now 11:27. We are going off the video record.

\- - -

(Whereupon, a recess was taken from 11:27 a.m. until 11:48 a.m.)

\- - -

VIDEO TECHNICIAN: The time is now 11:48. This begins Media Unit No. 3.

BY MR. RICHMAN;

Q. All right.

Over the break, Mr. Harrington, were you able to get any more insight into where the vehicle was, when that three seconds of data was created?

A. Yeah.

It looks like it was near the hotel, so probably pulling out from the hotel onto Presidential Parkway, which is near the Hampton Inn.

Q. So you instrumented it at the hotel?
A. Yes.
Q. Okay.
And is that -- is that information available to us as well, whatever you just looked at?
A. Yeah.
Q. How would we access that?
A. Sure.
So I just pulled up the VBOX files and VBOX Test Suite, and looked at the map information. And I'm getting a weird map internet connection error, but I was able to kind of get it to flash on and off, and I got a location as to where that three seconds of data was taken from. And it looked like Carlton -- excuse me, Brookhaven Road and Presidential Parkway.
So if you use the map in association with either one of those VBOX files, whether that's the VBOX HD2 or the VBOX 4, you'll be able to bring them into Test Suite, and then click on the map and see

where the truck was. And, in addition, there was HD2 video that was shot that's associated with that, too.

Q. Okay.

And then your first documented run is at 9:58 a.m., 23,060 miles; is that correct?

A. I don't have it in front of me --

Q. Okay.

A. -- but I wouldn't dispute that.

Q. You'd agree with me this information is readily available in the video and data you provided, right, the time and the mileage?

A. Right.

Q. I'll represent to you that your first run was at 9:58 a.m., at 23,060 miles. Okay? And then your second run was at 10:10 a.m. at 23,073, so about 13 miles in 12 minutes.

Does that sound right for a run, like if you're doing back-to-back runs?

A. The loop taking about 12

minutes from data off to data on?
Q. Uh-huh.
A. Yeah. I would have thought it was a little bit longer, closer to 20, but the data is what it is.
Q. Okay.
And 13 miles, does that sound about right, to do the full loop?
A. Yup, because you have to go, I think, it's south there, then turn around and come back north, so, yes.
Q. Okay.
So then do you know when -- so those were your two runs, right, 9:58 a.m. and 10:10 a.m.?
A. Do you mind if I look at my --
Q. No, please do.
A. All right.
So I'm just looking at the VBOX --
Q. Okay.
A. -- files.
And then actually I'm going to go to the rendered video files.

Q. Okay.

- - -

(Whereupon, witness referred to his computer.)

- - -

THE WITNESS: Yes. Those two times appear to be consistent with when I was driving.

BY MR. RICHMAN:

Q. Okay.

And then when was Dino's first run?

A. I have a UTC time of 1901, so about 1901.

Q. Okay. So about 3:00 in the afternoon?

A. Nineteen -- it's five or six hours. I would just have to do the conversion.

Q. Right.

Your -- your -- your last UTC time was 1410. No. Or maybe 1423, right, or 24?

A. It was in the 14s.

Q. Right. So it's roughly five hours between your last run and Dino's first run, correct?
A. Yes.
Q. What happened during that time in that five hours?
A. That would have been setting up the site in terms of getting the tent set up on -- along the side of the road. It would have been getting all of the drones out, and Dino was quite tired, so Dino slept in. I know that. So he got a later start with respect to everybody else.
Q. Well, 3:00 in the afternoon is pretty late.
A. I mean, that's when the testing started.
Q. Well, the mileage on the -- in addition to the five hours of time, the mileage on the vehicle went from 23,073 to 23,161. So that's 88 miles. What was done with the vehicle during that 88 miles in five hours?
A. That I would have to talk with

Mr. Louden and with Dino and -- and the test team about what was -- how the vehicle was being operated.

Q. Did they do practice runs? Undocumented practice runs?

A. That I don't know.

Q. Would we have to talk to Dino to know what happened during that time?

A. Not necessarily. I know that Mr. Louden was interested in driving the silver F-150, so I would start there.

Q. Do you know if Dino did practice runs without data or video before his first run at 3:00 in the afternoon?

A. As I sit here right now I don't know.

Q. All right.

I'm going to show you an exhibit. We'll mark this as Exhibit 7 to your deposition.

\- - -

(Whereupon, a document was handed to witness.)

\- - -

BY MR. RICHMAN:
Q. These are -- these are the scales from your testing.
The first scale shows -- and just -- just so you can tell. These are -- these are still shots from your rendered videos, right?
A. They appear to be still shots from -- I don't think these are rendered. These are VBOX HD2 videos.
Q. Okay.
I'll represent to you the first one was from your first testing back in 2024 and the bottom one is from your second testing in 2025. Okay?
A. Okay.
Q. Do you see how the scales on the side of the truck that are there you use those to measure the vehicle's distance from the lane line; is that correct?
A. That there was a measuring device used to measure the distance from the side of the truck, yes.
Q. Right. And that's what those

scales represent, correct?

A. Correct.

Q. Do you know why the scales are different?

A. I didn't prepare this document. So with respect to what you mean by different I'm not sure.

Q. Sure.

I mean they're just -- they're just different. The document is just two pictures taken from your data.

But I'll point out to you what I'm talking about is the first -- the first one has black lines with -- with various -- it's one vertical black line up with some horizontal lines across it with white numbers, 1, and then 3, 4, 5.

Do you see that?

A. So you're actually talking about why is there a measuring device in one and why is there a black measuring device with lines and numbers in the other?

Q. Yeah. I was referring to it as scales, and I just -- I don't understand why

they're different. The bottom one looks like a ruler, the top one looks like something other than a ruler, and I'm trying to find out from you why they are different?

A. Sure.

There was just a different way of overlaying information about the distance from the left side of the vehicle between the two different test programs.

Here in the VBOX information that was turned over to you we grabbed a screen grab of this measuring device. I think it's actually the first VBOX 000 file associated with this testing, and we're able to overlay it that way.

In this we overlaid --

Q. Which one is -- you're saying this, but it's not going to be clear on the record.

Can you say the top one or the bottom one or Figure 1 or Figure 2, as they're marked?

A. Sure.

Q. Thanks.

A. Figure 2 was an overlay from the -- I think the first VBOX 000 file that was collected. And what we did is we overlaid the measuring device view onto the HD2 video.

The second was, I believe a --

Q. Is that Figure 1?

A. Or excuse me. Figure 1, and I have to go back into my file to see precisely how we did it, was constructing a similar measuring methodology but not overlaying the video.

Q. And what -- what the -- the scale in Figure 1 what does that represent? What are those hash marks and numbers?

A. Those are distances in feet from the left side of the truck.

Q. So the 1 is one foot; the 3 is three feet?

A. Yes.

Q. And then the other large line that -- does that have a two maybe faintly next to it? It's hard to tell. It's right on top of the white, and it's in white?

A. Yes.
Q. Okay.
And then what are the -- and then what's that -- in between the 2 and the 1, there's a line. What is that?
A. That would be the half foot between 1 and 2.
Q. And then below the 1, what are all those hash marks?
A. Those are gradients to one feet.
Q. Are they inches or --
A. One foot.
They would be -- no, not necessarily inches. It would be probably tenths of feet there.
Q. Tenths of feet. Okay.
And then what's represented in the bottom scale, the Figure 2 scale?
A. That is a measuring device that is also reporting in tenths of feet.
Q. Not -- okay. So not inches?
A. No. That looks to be a measuring device that is reporting in tenths

of feet.

Q. All right.

So I think we -- we've established for the two testings, the original testing and your supplemental testing, the methodology was the same, correct?

A. Yes.

Q. Is -- is that methodology written anywhere?

A. That is contained within my reports that I have conducted or, excuse me, written in this case.

Q. Okay.

No more detailed than what's in your report?

A. The methodology is what is in my report, yes.

Q. Okay.

Were you consistent in using the same test methodology for the second testing?

A. In terms of driving that right lane where it splits at 77, documenting the

difference, whether it's LCA on, ACC on, or ACC on, LCA off, Alert Plus 8 on, yes, with the design intent to be swerving evasively to the right as late as possible, yes.

Q. Okay.

Did the methodology include consistent vehicle configuration settings?

A. I think that's what I had just discussed.

So in terms of turning LCA on with ACC, and setting the adaptive cruise control speed to 77 miles per hour, yes.

Q. What about sensitivity settings. Were those the same throughout?

A. I would have to go back and look, and we took photographs of those. So I would just have to look back at all those photos to determine.

Q. Was the intent to keep the sensitivity settings the same?

A. The intent was, yes.

Q. Okay.

Did the methodology include taking measures to avoid lead vehicles

interacting with the ACC feature, thus slowing the test vehicle?

A. I think that's a wordy way of saying, if we encountered slower moving lead vehicles, we would either slow down or potentially pull over to the shoulder to wait for a path in front of us to open up to be able to set the cruise control to 77, yes.

Q. Did it include measures to control for weather and roadway conditions?

A. Our testing -- I guess I don't really understand what you mean. But we were testing during the daytime hours. I do recall there being thunderstorms and having to stop for, you know -- stop testing due to adverse weather, so, yes.

Q. Do you know how that could affect the results, if the road is wet or if the sky is cloudy versus clear, that kind of thing?

A. Well, we weren't testing to determine the effect of, let's say, a wet roadway or rain. So I don't -- I wasn't asked to answer that question, so I don't --

I'm not sure what you're asking there.
Q. I'm asking you if the weather and roadway conditions can affect the performance of the systems for comparing these tests?
A. So in both of these tests we were conducting them in daytime conditions. Um, and I don't believe there was any rain for any of the tests.
Q. Did the methodology include consistent initial conditions when approaching the exit?
A. So we have talked about that. Yes. Our design intent was to set the Adaptive Cruise Control or if we were doing a normal cruise control test to 77 miles per hour, and we did do that.
Q. Was a consistent position in the lane used as part of your methodology?
A. So with respect to lane centering, the -- we left the system determine where laterally in the lane of travel it was going to position itself. So for that that was up to the system to

determine where in the lane it was positioned.

Q. Did that vary from test to test?

A. I would have to go back and take a look where the truck was from test to test. Based on my recollection it remained approximately centered in the lane of travel during testing.

Q. What is centered for the lane of travel?

A. The longitudinal center line of the truck, so basically halfway from left to right was a line with a longitudinal center line of the lane of travel.

Q. Yeah. No, I get that, but quantify that for me.

How far from -- because we have -- we have your -- your scale, right, that shows. So do you know the distance from the left lane edge that the truck would be in your videos to say this is centered?

A. I would have to do some work to answer that question for you, but we have the

data to do so.

Q. I thought I saw it was 20 inches from the left lane line. Does that sound familiar?

A. As I sit here right now I can't remember 20 inches, but we could just look at the videos and see how far from the left lane line using, you know, something like Exhibit 7, to determine that.

Q. Okay.

When we reviewed the drone footage from your testing, we see that there are four or five runs shown in the drone video for which there is no data.

Are you aware of that?

A. I would need to see what drone video that you're talking about and -- and what no data tests that you're referring to. I feel like we had the inverse problem where we had tests where there was no drone data.

Q. I think that's true, too. Yes.

A. Yeah.

I don't recall the inverse where there was no -- no data but drone

video.

Q. Were you selecting certain tests to include or deleting or disposing of other tests that you didn't like for some reason?

A. No.

Q. Did you scan the vehicles at the scene -- either of our exemplar vehicles?

A. We did scan them. I don't think it was at the scene. I think it was at a gas station near the scene.

Q. Why did you scan those vehicles?

A. I think it was scanned with instrumentation on the vehicle, so it was to scan in the instrumentation.

Q. What's the purpose of it though? Why do it? What does it matter?

A. Why scan in?

Q. Yeah.

We're talking about Ferro scanning, right? Yeah. Why would you scan the vehicles? What's the point?

A. Sometimes we'll do that so that

we have locations of where the antennas are and all the video instrumentation is on the vehicle, so it provides a two-scale documentation of that.

Q. Does your June 2025 testing show the exemplar F-150 actually steering itself to the left?

A. The -- you can see, and I could feel in the test as it was approaching the split, you can see the steering wheel moving one to two degrees to the left, yes.

Q. And where exactly is that shown?

A. Sure.

Q. Should we look at V 13580001?

A. We can start there, yes.

So if we look at that rendered video, and we're looking at UTC time, let's say, beginning around 14:02:32.

Q. Well, here. This is what I'm looking at. And it has -- it just has a counter -- like a time -- elapsed time on the video.

A. Yeah. I would look in the

bottom, right corner. That's the UTC times.
Q. Oh, there. Okay. Yeah. It's -- it's obscured. You're right. The way my player works, I can't see it.
So what's the time you say to look at?
A. I would say if you minimi -- I don't know if you can read it. But if you minimize it, so it's not full screen, you may be able to kind of adjust the size to be able to see it. I'm not sure.
Q. But that's okay. But I can see it now that you've shown me what to look for.
So what time am I looking for?
A. 14:02:32.
Q. I was almost there.
Okay.
A. And if you watch this video in realtime, you will see that there are positive steering wheel angles being input by the lane centering system. And those go up to about, I believe, three degrees. And that is the left steering that the system was inputting that I could also feel as we were

approaching the split point.
For example, at 140233, there are positive three-degree steering angles, which is -- positive three is three degrees of steering to the left that the lane centering system is inputting.
Q. But that's still on a straight roadway, correct?
A. I don't have a drone video here, so I would say that this section based off of my memory is relatively straight, yes.
Q. And do you believe the vehicle was turning left at that point or is it just centering itself in the lane, because it was bias to the right side of the lane?
A. So at that point what you can actually see, and this is part of what we did in the supplemental report, is that the system is beginning to think that it's one foot to the right of where it needs to be. So those steering angles are attempting to get that and close that number from about one to two feet down to zero, which is the number that it wants to see.

So in my opinion it's thinking that it is a foot to -- or one to two feet to the right of where it needs to be, and those steering angles are attempting to rectify that.

Q. Right.

So you don't know if that's just rectifying it, so it's centered in the lane, but you think it's actually steering on some sort of path to the left; is that correct?

A. Other than what I told you and what I reported in my report, which were the one to two feet of offset that the system was determining it was at these points and the left steer and some of the other curve information for a specific test, that is my basis for it thinking that it needed to move itself one to two feet to the left.

Q. And can we see that leftward movement in the steering wheel? Not your graphic but the actual steering wheel itself?

A. Yes.

Q. You believe it's visible?

A. Yes.
Q. Can we see it in the data?
A. Yes.
Q. What data?
A. The steering wheel angle information in the VBOX data.
Q. So which specific channel, so I know, so my folks can go back and look at it?
A. It should be called steer wheel angle.
Q. And you believe the turn is at most three degrees to the left, correct?
A. The quantity or magnitude of the steering that I observed in this test was about three degrees, and I think that was about the maximum that I was observing, yes.
Q. Right. For any test, right?
A. I want to say it was around three, yes.
Q. Yeah.
Do you know how many degrees to the left or right the vehicle is heading at that point in time?
A. As I sit here right now, I

don't. That would be something we could look at the data and calculate.

Q. Can you tell us what yaw rate is?

A. Yaw rate is the rotational rate of the vehicle around its center of gravity.

Q. Does the yaw rate tell us both the turning rate and direction of a vehicle?

A. Yaw rate can provide that information.

Q. Okay.

So if the vehicle was pulling to the left, would the turning rate also be to the left?

A. The steering wheel is turning to the left. I would have to look at the yaw data.

Q. Do you know what the yaw data is for the vehicle at this time that we just went over in your video?

A. As I sit here right now, I do not.

Q. Is that not something you analyzed for your opinions in the case?

A. What I analyzed for this case was taking a look at the steering information that we're going through, taking a look at the channel of how far right or left of the planned path the vehicle was. So here what I did is obviously took a look at that steering wheel. You can see it, and you can actually see it in Mr. Pasquarella's testing as well. I think his was one or maybe two degrees of steering to the left around this time.

Q. But do you know what the yaw rate shows for your vehicle at this time in terms of it's heading to the left or to the right?

A. As I sit here right now, I don't know.

Q. Do you know what amount of torque is being imparted by the system to make these turns to the left that you are just now discussing?

A. Like I said before, we have the CAN bus recorded in the June 2025 tests because of the VBOX 4 data acquisition equipment we used. I don't have the .dvc

file. I do think based on my experience that torque could be in there. And without that .dvc file, I don't have an ability to translate that information. So as I sit here right now, I do not have steering wheel torque.

Q. Okay.

You could have put something on to measure steering wheel torque, but you did not, correct?

A. There's a piece of equipment you could use, and I did not use that.

Q. So then is it also true that you don't know what torque would be required to overcome the steers to the left that you say are happening of 0 to 3 degrees?

A. Well, as I sit here right now actually I don't think that that equipment measures the torque that the system is applying. It only measures the driver-applied torque. That's the limitation of that equipment. It can't measure the torque that the system is providing. That's typically a signal that you get from the CAN

bus. It can, to your question that you just asked, measure a driver-applied torque to overcome a torque. It can tell you what that magnitude is, but it can't -- it can't tell you the system-induced torque.

Q. So of the signals that you have to consider are some cleaner or more reliable than others?

A. I -- there are a lot of signals, so we would have to get into specific signals and compare whether they are clean or more reliable. It's just CAN data. That's messages that are being sent over the CAN bus and that's all Ford internal. So I'm not -- I'm not -- and I wasn't asked to determine the reliability of one signal versus the other. What I can tell you is the CAN signals we have mapped and that I have analyzed, I am confident in the -- the values and interpretations that -- that I am making based off of those.

Q. Okay.

These supposed turns to the left that you've mentioned and called out in

your testing, do those occur with every test of the exemplar that were conducted by your team?

A. What I can tell you as I sit here right now is that they occurred in both of the tests that I conducted with the silver F-150. I know that Dino also experienced the turn to the left. And, honestly, this is -- I mean, it's -- you can just go right into the data and see it. I mean, it's steering wheel angle data, and you can see that the -- and you can see it in Pasquarella. You can see his steering wheel turning to the left, and then turning itself. And now we're getting into what I was talking about earlier. It's turning to the left, you know, one degree per his overlay, and then you can actually see it beginning to turn from negative three degrees over to negative eight. So that phenomenon I saw multiple times, not only in my testing, but Mr. Pasquarellas.

Q. Let me ask you a question.

If a vehicle is in a turn of 30

degrees to the right, okay, and now it -- and then that steering wheel moves 5 degrees to the left, so now it's still 25 degrees to the right, do you consider that a left turn or always a right turn?

A. I would need more specifics on that hypothetical.

Q. What else do you need to know?

A. I'm just trying to -- to think about the hypothetical that you're giving me with respect to what I was just talking about.

What I was talking about was around zero, right. So to me, the positive one, positive two, those are going from zero towards 11:00, not -- not 30 degrees, but, you know, toward that direction. So that's counterclockwise. So that is from zero to there, I would turn the vehicle left, back to zero, and then to the negative three, which is I what I was referring to in Pasquarella's testing, we have now crossed over into right. So that vehicle is now basically -- if negative three or negative eight degrees

would continue to have been held, then the vehicle would turn to the right relative to straight.

Q. So when you say it's pulling you to the left, you're not trying to say that the vehicle is now driving itself off the road to the left, are you?

A. What I -- what I'm telling and what I was feeling is the vehicle is -- zero is straight ahead, then the vehicle is inputting left steering, and you can feel that left movement in the truck itself.

Q. And that's what lane centering does, right, a little bit left, a little bit right until the vehicle is centered in the lane. That's literally what it does, correct?

A. From a 30,000-foot view it is making corrective steering inputs to center the vehicle in its lane.

Q. And I just want to make sure.

By you pointing this out in your testing, and calling it out, it's steering me left, nobody should interpret

that as you saying the vehicle is now driving itself off the road or something, right, on a -- you know, taking a self-directed path into a tree or something like that?

A. Here's where I will point right to Mr. Pasquarella's testing, right, because I saw the same phenomenon in his tests. So I'm not representing that the vehicle is going to turn me 45 degrees into the guardrail. That's not what I'm saying there. All right.

What I'm saying is it's doing what we see in Mr. Pasquarella's testing, because he had a different test methodology by driving through that left lane line. So there the vehicle drove him left relative to the lane of travel and ultimately through that left lane without driver intervention.

What I'm saying is, it's -- it's pulling to the left. I'm feeling it relative to the left relative to where I need to go, which is to begin to go right.

Q. Didn't it really just drive him straight? The road turned right, he keeps

going straight, so I don't know if that means it's going left. It's certainly not going right to stay with the roadway, but it's not turning left.

A. What I'm saying is that the vehicle in order to navigate the split needs to begin moving right. So what I guess another way, and it seems like we agree, we're just -- it's the semantics of how we agree of what you're trying to carve out.

The path -- the path to exit the split needs to go to the right. The truck relative to that path is to the left. That's what I mean by that.

Q. Or straight?

I mean, a vehicle that's going between zero degrees right and zero degrees left, right, alternating back and forth, that's a vehicle going straight, right?

A. A vehicle going straight would be a vehicle on the trucks that I tested with zero degree steering input. What I'm seeing of one, two, three degrees to the left of steering input is not a vehicle that's going

straight. It's a vehicle that has one to three degrees of left steer.

Q. But it never goes zero all the time. I mean, due to road and wind and tires and alignment and other things, it, just like a normal human driver, we -- we can't just hold it straight all the time. We have to make very minute corrections, a little left, a little right to stay on a straight path, correct?

A. Again, I think this is where we're getting into the semantics of this.

What I will come back to is that the path that this vehicle needed to travel began to go to the right. The truck, whether you say, yeah, it's going straight, I'm saying, well, it's going left of its path that it needed to take, plus there's up to three degrees of steering to the left.

So whether or not to you that's normal correction due to wind or road topography, all I'm saying is that at that point the data is showing me that there's that amount of the steering that's being

input by the system.
Q. Okay.
And that's where your analysis stops. You don't -- you didn't take it a step further to say, why is it making those couple degrees to the left? Maybe Scott Richman is right, and it's those other things, and maybe it's something else, but that's not something you investigated, correct?
A. I disagree with that.
Q. Okay.
A. I think, when you look at the path curvature information that I provided in my supplemental report where the system is thinking that, hey, I need to go straight here, right, to use your terminology, you can see information and CAN data where it is thinking the intended path is straight. You also see points where the -- the path actually was a curve to the left. So that also could be a reason --
Q. Please show me that.
A. Sure.

Q. Just tell me exactly where to look for that.
A. So if you look at page 93.
Q. Of your second report?
A. Of my second report.
Q. All right. Give me just one second.
A. And that's the pdf page, I apologize.
Q. No, that's okay.
All right. Pdf page 93. It's got Data Analysis for VBOX File 27 on it?
A. Right.
If you look at the -- there's a red arrow, Radius of Path turning to the left points to the data, the UTC time, when this is occurring, and then my analysis of this that:
"The corresponding figure shows the vehicle's position when the vehicle's system wants to turn to the left with a Radius of Path equal to 4907 ft. This is 0.54 seconds before the manual steering input is applied.

Thus, the Steering Probable Path (SPP) was a curve to the left in this test.

BY MR. RICHMAN:

Q. So where is the vehicle at that point --

A. Sure.

Q. -- like relative to the -- we'll call it the gantry, you know, the overhead sign?

A. You can zoom right in. We have it in a red box up top.

Q. Okay.

So it's still, you know, straight road there?

A. It's -- that instant spot I would say is straight but as the curve is certainly beginning, yes.

Q. Okay.

And do you know what that path to the left represents? Does that represent the vehicle just desiring to again straighten itself out in the road, center itself in the road?

A. What I can tell you is that the

vehicle thinks that the radius of path is equal to 4907 feet to the left. And that's just an interpretation of the CAN signals that were provided during the testing.

Q. Do you know how far the vehicle is from the left or right lane lines at that time?

A. That I could determine. I don't have the overlay graphic in this graphic, but we can just go right to this video and the overlay of this time in this video to determine what that was.

Q. Okay.

And do you know for how long the vehicle believed it was on a path to the left?

A. Well, you can take a look at the radius of path curvature section of the data on this page. And, again, I don't have this pulled up in VBOX Test Suite, but you can measure in VBOX Test Suite the different radius of path curvatures and the duration of what those radius of path curvatures were to answer that question.

Q. Do you know how often the software updates its path?

A. Off the top of my head I don't recall, but it's many times a second.

Q. Yeah, like 20 times a second?

A. Yeah.

Q. So do you know if this particular path lasted for more than one-twentieth of a second?

A. It did.

Q. Did it last for more than half a second?

A. Yes. You can see in this data -- well, excuse me. You said half second.

So here we have a -- it looks like a couple strengths of a second information about the path intending to be to the left here. And how I am doing that for purposes of the record is I'm looking at the scale at the bottom on the X axis, which is in time. I'm looking at the radius of path curvature section of the data, which is a red line that is trending upwards. And that red

line by nature of it being positive is indicative of a left curve as the SPP. So all I'm doing is looking at the X axis for the quantity of data that we can see determining that that is about .15 to .35 for what we can see. And that's the basis for the two-tenths of a second that it is interpreting that as a left curve.

Q. Did you experience that in your first round of testing with the BlueCruise vehicle?

A. I would have to go back into the video and take a look at the steering information at this similar time.

Q. Is there anything in your report that shows that for your first round of testing?

A. We did not have the ability to look at these signals for my first report. So there's nothing to this level in my first report.

Q. And -- and there's nothing in your -- did you experience in your first testing this pull to the left that we've been

discussing from your second test?
A. Like I said, I would just need to go back in and look at that data.
Q. But it's not being called out in your first round of testing, right? There's no -- there's no where where you or Dino says, pulling left. That doesn't exist in your first round of testing?
A. I don't recall specifically calling that out, no.
Q. Would you have called it out, if it happened?
A. I -- I don't recall calling it out so that's all I can tell you.
Q. I don't think there's any videos from the first round of testing where that was called out. That's my point. Would you have called it out, if it happened?
A. I don't know.
Q. Well, did your methodology in your second testing require you to call it out?
A. No. That was a -- something that I chose to do.

Q. And that Dino chose to do?
A. Yes.
Q. But that neither of you chose to do with your first testing?
A. I don't recall that we did it for our first testing.
Q. I recall that you didn't do it for your first testing. That's what I'm trying to figure out.
What -- what happened that made you decide to spontaneously both of you not do it the first time but all of a sudden both of you do it the second time?
MR. CHEELEY: Do what?
MR. RICHMAN: Call out that it's pulling me to the left.
THE WITNESS: The vehicle is steering to the left?
BY MR. RICHMAN:
Q. Yes.
A. That is something that I had chosen to do for the second test series.
MR. CHEELEY: Can we go get our lunch? It's 12:33.

MR. RICHMAN: Yeah.
VIDEO TECHNICIAN: The time is now 12:32. Going off the video record.

- - -

(Whereupon, a lunch recess was taken from 12:32 p.m. until 1:15 p.m.)

- - -

VIDEO TECHNICIAN: The time is now 1:15. This begins Media Unit No. 4.

BY MR. RICHMAN:

Q. Okay.
I'm going to go off on a tangent for a second, and then we'll come back to some more about that.
It's been represented by plaintiff in this case that Ford produced a document, which showed that the ability for Mr. Wooten's vehicle to detect an exit ramp had been turned off.
Have you ever seen a document like that from Ford?
A. Can you repeat your question?

I just want to make sure I understand it.
Q. Sure.
It was represented by plaintiffs in this case that Ford produced a document that showed that the ability for Mr. Wooten's vehicle to detect an exit ramp was turned off by Ford. In other words, originally the vehicle was supposed to be able to do that, and then Ford turned off that ability.
Are you aware of any document produced by Ford that says that?
A. That may have been referring to the OLD or the -- I think it's outer lane detection functionality, but that's what comes to mind, when I hear you ask that question, whether or not that functionality would be on.
Q. You're not -- as you sit here today you're not -- you don't specifically recall anything talking about exit ramps. That's not anything you're relying on for your opinions, correct?
A. Well, I've certainly looked at,

and I believe included in one of my reports, that outer lane detection logic, right. So it -- if -- there was a series of A and a B, you know, I think an X and a Y, and a figure of a vehicle in a lane, and then moving into the exit lane and what the different kind of projected paths would be for giving vehicle positioning, that's, when you ask that question, what I think of.

Q. Okay.

So that's a document you're aware of, and nobody knows right now what he was referring to. But that's the only thing that you can think of as you sit here today, correct?

A. That's what comes to mind.

Q. Okay.

Another similar question.

Have you seen a document from Ford that says there was a 35-mile an hour speed restriction for ACC and LCA that was removed before production of Mr. Wooten's vehicle?

A. As asked, I can't recall of

anything.

Q. You're not relying on a document like that for your opinions, correct?

A. Not as I sit here right now.

Q. I haven't seen anything like that in your report.

How far ahead is the Mobileye camera in Mr. Wooten's vehicle capable of seeing given the weather and environment at the time of the crash?

A. That is in a reference document. I can't recall specifically off the top of my head what that is.

Q. I don't recall seeing anything in your reports anywhere.

It's not relevant to your opinions how far the vehicle could see ahead with the camera; is that correct?

A. The performance of the system as documented in my report is what I am -- what my opinions are based on, so...

Q. But you're not critical of the performance of the camera in terms of its --

how far it can see, correct?
A. I don't have any specific opinions on how far the camera can see, no.
Q. Okay.
Do you know if there's a CAN channel that shows -- and CAN is C-A-N, all capitals, if you hear us talking about that.
Do you know if there's a CAN channel that shows how far the camera can see at any particular time?
A. There may be. I've done testing on other vehicles where that was reported across CAN. That may be the .dvc and A2L files from the imaging processing module. We had those. That may be information that we could access.
Q. Okay.
And I think -- I'm pretty sure you've answered this, and hopefully this will be the last time I ask it, if you have answered it before, you don't have an opinion as to how much torque is needed to be applied to the steering wheel to overcome some leftward or straight-ward LCA steering input?

A. I have not measured that force, no.

Q. Okay.

So you don't know the steering torque from the system in any of your runs, correct?

A. Well, again, if we had the .dvc file for the CAN, I think that that could have been reported. I just don't have the translation to be able to say what it was. So I did record the raw CAN bus as part of our June 2, 2025, test. If I get a .dvc file I will happily translate it to -- to get that info.

Q. And that info isn't available to you from any other source or any other equipment you have on the vehicle, right?

A. Not that I could find, no.

Q. Okay.

And am I right you didn't -- you did offer an opinion in your first report that you got that one steering angle to match to the steering angle from the EDR. You have not offered that opinion related to any of

the steering angles from your second testing, correct?

A. I have not done that with respect to my second test other than what we've discussed about Mr. Pasquarella's testing.

Q. Do you know how much the actual tires on a vehicle move with a one, two or three-degree steering input at the steering wheel?

A. Well, you're looking at the steering wheel ratio to the tire, and it's typically 16 degrees -- around 16 degrees of steering wheel motion to get a degree of motion at the tire. So divide that by about five. You know, you're talking about two-tenths of a degree.

Q. Okay.

And none of your testing matched the EDR data from the subject vehicle, correct?

MR. CHEELEY: Object to the form.

THE WITNESS: Well, my testing

differed from the subject incident in that we steered evasively to the right prior to leaving the roadway and, obviously, traveling through the sign. So that was not the intent of my testing.

BY MR. RICHMAN:

Q. But isn't there about one second of time in your testing that overlaps the EDR data before you -- before he leaves the roadway?

A. And that was what I pointed out in my original report where I saw that negative three degrees in one of my tests. And also the point I was making about Mr. Pasquarella's testing, which differed from mine that agreed with the EDR for a longer period of time due too his test design.

Q. And his angles that you say matched better than yours because of the way he did it, where are you getting that data from; is that from the videos?

A. Yeah. There's two sources, right. So you've got the raw data itself,

and then you have -- well, three, video, watching the steering wheel and watching his hands not on the steering wheel and it beginning to by itself through lane centering steer to the right. And then on the video itself he overlaid the -- the steering wheel angles. So multiple sources.

Q. So you actually examined the raw data?

The raw data is higher definition data than the other two things, correct?

A. It is.

Q. And did you actually examine the raw today to determine that those angles matched -- or not matched, but were more similar to the EDR data?

A. Yeah. So we were looking at the steering wheel angle and the VBOX data, because he used VBOX test equipment, too, and then also that he encoded those tests correctly with information from the VBOX onto his videos.

Q. But the video data shows maybe

tenths of a degree, right, or maybe a single degree, but the raw data takes it much more specific than that, correct?

A. It does.

Q. Would you agree that, if the pull to the left of the vehicle was imperceptible, that neither you, nor Dino, would be able to say it's pulling to the left, right?

MR. CHEELEY: Object to the form.

THE WITNESS: I guess what you're saying is if there was no left steer, right? I just want to understand what imperceptible means.

BY MR. RICHMAN:

Q. Well, it wasn't my word. I've heard it used by others in this case to say that there was an imperceptible pull to the left.

And you would agree with me at least your understanding of the word imperceptible means you -- you wouldn't have perceived it, so you wouldn't have yelled it

out, right?
A. There was, and you can see it in the data, a left steering input by the system and that's what I'm calling out.
Q. And if a tester driver were to manually nudge the vehicle to the right during the testing, then the -- then the LCA function would want to move it back to the left to get it centered in the lane, correct?
A. So this is a hypothetical where lane centering is on.
Q. Mm-hmm.
A. Lane centering is controlling the position of the vehicle, the driver is not influencing it, and then what you're saying is driver now nudges it to the right, and then presumably lets go, the system would then say, hey, I'm now right of where I want to be, which would be a positive offset, and the system itself would steer back to the left. If I understood your hypothetical correct, I would agree.
Q. Okay.
Now, those times, when you said

it was pulling me to the left, you and Dino, you immediately intervened, right, so we don't know if it would have continued steering to the left or if it had just stopped and was just recentering itself in the lane?

A. Well, that's where, when you were talking and asking this question before, I would defer to Mr. Pasquarella's testing, right, because what -- had I conducted testing like he did, which is to drive -- you know, to let it go straight and cross the left lane line, and then swerve to the left, I think I would have seen similar behavior of the truck to Mr. Pasquarellas. That's what I mean.

so when I say moving to the left, it's again moving to the left of the intended path of that split exit lane.

Q. So moving to the left at the intended split to the right, not necessarily moving to the left of an imaginary line straight ahead?

A. And maybe this will answer your

question or let you know where my mind is at.

I'm not saying that that -- pulling to the left is taking me into the next lane of travel. You know, it wasn't five degrees, ten degrees of steering. It was maximum three, maybe 3.5, almost four degrees. And then it was coming back to zero. And then Mr. Pasquarella demonstrated that it was going from negative three to negative eight. So what I'm saying is, had I continued the test where I'm saying, it's pulling to the left; it's moving to the left, I would have expected to see what I saw in Mr. Pasquarella's test. That's as far left as I think it would have went.

Q. And if a vehicle is steering somewhere between negative three and negative eight, it's always steering to the right, correct?

A. That is now moving to the right, yes.

Q. So in Mr. Pasquarella's testing the vehicle was always moving to the right?

A. No.

So what you can see, and we can watch this video. You can see it's zero, positive one, zero, positive one, maybe a positive two in his overlay, but that's prior to the split point. Obviously, his intent was to go through the left lane line. After he saw the zero, positive one, zero, positive one, went back to zero, and then you saw it around the area, when he was beginning to cross over that left lane line, going from negative three down to negative eight, and then he grabbed it at the negative eight to intervene and swerved left.

Q. So it sounds like what you just described is the vehicle on a straight path hovering around zero correcting for the road or other environmental conditions, and then when the path turns right, the vehicle also goes right, but not enough to stay on the path; is that correct?

A. Not entirely. And that's why we went through the data before where I think it's confused. I mean, that's -- my opinion here is at that split point the system is

confused about which lane lines and where it needs to go. And you can see that in the radius of curvature to the left data that we talked through prior to lunch, right. That -- that's what I mean. What I saw in Pasquarella's testing, what I saw in my testing is it does eventually figure out, that negative three to negative eight, that the lane does go to the right. I -- you know, I think that's why it's doing what it did in Pasquarella's test. That's why I saw it in that one test of mine and that's what I believe happened in the Wooten case, that just too late it figured out that, I need to go to the right. And Pasquarella's test went through that line, so I was able to analyze that steering data for longer in his test as compared to the evasive right swerve that I had in mine.

Q. The driver, of course, knows he needs to go to the right, right?

A. The driver -- if you're intending to take the right exit, then, yes, the right exit goes to the right.

Q. Do you think the runs by you and Dino are consistent?

A. That we are traveling at 77 miles an hour and with Adaptive Cruise Control or whatever the conditions are, I do believe they are consistent.

Q. And you agree you both went as far as possible before you had to intervene and steer, correct?

A. That's the objective part of the test, right --

Q. Subjective.

A. I'm sorry. You are correct.

That is the subjective part of the test between test drivers, which is our relative comfort level as to when to swerve.

Q. But to your knowledge you both went as far as you subjectively each felt comfortable doing?

A. Absolutely.

Q. All right.

Did you ever bias the vehicle more to the right of the lane for any reason?

A. Dino had run some tests where

he was inputting some right steering and biasing towards the right to see if that -- those small inputs of right steer would allow the vehicle to at 77 navigate that split.

Q. And were those some of the runs where he called out that it was moving him to the left?

A. We'd have to watch the video. I don't think they were.

Q. But you would agree, if he's biasing the vehicle to the right in the lane lines, and then takes his hands off the wheel, that the system, the lane centering system is going to want to center the vehicle back in the lane and thus move to the left to do so, right?

A. In the hypothetical where he is moving to the right on, let's say, a straight section of roadway, then the lane centering functionality would want to move him to the left back towards the center.

Q. How many channels of data or CAN signals provide information as to lateral control of the vehicle?

A. Off the top of my head I'm aware of four that we looked at in our testing. I think there's an additional two on top of that. So I'm aware of six. Potentially there could be more, if we had a .dvc or A2L file to take a look at the CAN information that was being sent on the CAN bus.

Q. How did you pick those four out of all the available ones to look at?

A. So, since we did not receive a .dvc or an A2L file from Ford, as you are aware from looking at our report, we went to comma.ai for information about lateral control of this vehicle. That is where we found four signals that we were able to identify and then correlate to for discovery. So that is ultimately how we were able to identify those four signals and analyze them.

Q. So if I show you page 54 of your supplemental test, and why don't we go ahead and mark as Exhibit 8 your July 1, 2025 report.

All right. So now, if you look

at page 54 of Exhibit 8, those are the four channels that you analyzed; is that correct?

A. Yes.

Q. Are you saying that comma.ai didn't give you the ability to analyze anything other than these four?

A. With respect to lateral control?

Q. Yes.

A. Those were the four that we were able to take from comma.ai and relate to the Ford CAN data. Like I said, there may have been two others, but I can't recall those right now.

Q. And of these four channels how many of them support your conclusion that the system was steering left at some point?

A. Well, certainly the lateral control path offset, meaning, if there was a positive value in that data that the vehicle was to the right of where it needed to be, meaning that it needed to go left, the lateral control curve information, too, was data that I was able to look at from our test

where a positive number indicated that there was a curve -- a predicted curve to the left by the system.

So at least those two were signals that supported the -- the -- what I would say confusion at the split point of the system.

Q. So those two. Did the other two also support a turn to the left; do they support a turn to the right at the same time?

A. Those are the two -- let me take a look at my report.

Q. Go ahead.

\- - -

(Whereupon, witness referred to his computer.)

\- - -

THE WITNESS: Certainly those were the two that I had mapped and included as figures in my report to support the opinion that it was moving to the left.

BY MR. RICHMAN:

Q. Right. Two of four.

My question is, what do the other two show? Do the other two show agreement that it shows the vehicle turning left or do they show the vehicle going straight. Do they show the vehicle turning right? What do they show?

A. As I sit here right now in sequence with what I am looking at in my report, I just don't know.

Q. Okay.

And what is your interpretation of these four path-relevant metrics that you have in your report? And what I mean by that, do you interpret them to be the vehicle's assessment of the road itself or the vehicle's intended path to rejoin the center lane? Like, how do you interpret it?

A. Sure.

So those are instantaneous values. For example, the offset value is saying, how far to the right of or left of the intended path am I, I being the vehicle right now. The curve is the predicted curve and curvature of the roadway itself

instantaneously. So those values are -- are instantaneous values of where the vehicle is and what the vehicle is seeing that it's getting from the camera sensor from the truck.

Q. Okay.

So -- and, again, do you -- do you view that as an assessment of the road itself or of an intended path to rejoin the center lane, something different?

A. That is the -- for example, if it's 1.7 feet to the right of its intended path, that is saying, I need to initiate lateral control to move me to the left to become more centered now.

Q. All right.

And for these CAN logs that we're talking about. Can you describe for me how you collected them? Did you collect all the available data on the CAN?

A. Yes.

So we tapped into the CAN bus, and one of the upgrades for VBOX 4 is the ability to log everything. So for the second

round of testing in June 2025, we have the entire CAN bus that we were connected to logged. We were, obviously, able to make sense of some of the signals, a subset of those signals, but not everything. And that's why I've answered a couple times where, if we do get a .dvc file for what is on that CAN bus, steering torque may be there, and I can answer that question.

But what is an upgrade for the newer VBOX 4 Data Acquisition Equipment is that ability to take that raw CAN bus and -- and record it.

Q. And I can't remember if I asked you about yaw or steering.

Is steering torque available from you with any other equipment you have on the vehicle, if not there?

A. Important distinction between steering torque commanded and input by the lane centering system, which even with equipment I couldn't measure. I would need that from the CAN bus itself. Steering torque input by driver there is a separate

piece of equipment that you could put onto the test truck that we did not use.

Q. Okay.

All right. Did you select any data not to collect from the CAN?

A. No. We had the whole raw CAN bus log.

Q. Do you know why your CAN data does not include the channels grouped under lane assist data?

A. The only thing I can think of is that that's on a separate CAN bus, and we -- the CAN bus that we were recording didn't have that information on it.

Q. And why didn't you collect CAN data for your initial testing?

A. We did.

Q. You did?

A. Yes.

So the difference between the 3i and the 4, the -- one of the upgrades is the ability for the 4 to log the entire CAN bus. The 3i you have to go on and specifically program in signals. So there

was no and is no ability for the 3i to log the raw CAN bus. What we were doing on the 3i was looking at steering wheel and accelerator pedal. And had we -- I think we were able to mark, and I can go into the data to figure out if we did this, but, for example, the different aid only or alert only and those types of CAN messages. So the difference between the 3i and the 4 is the 3i I have to specifically find the CAN signals that I want and understand them to record them. The 4 you can also do that but, in addition, record everything else on that specific bus.

Q. And was there a reason you didn't use the 4 for your original testing?

A. It hadn't come out yet.

Q. But it came out before your report was issued, correct?

A. I think the four came out about a year ago, so we would have had to rerun testing to use the 4.

Q. So you could have done it before your initial report?

A. I just have to see when we got our VBOX 4. I know it was one of the first VBOX 4s that were available, and it was around this time last year, so we would have had to rerun the entire testing with that to use that Data Acquisition Equipment.

Q. Okay.

This idea of the vehicle turning itself to the left. When -- when your test driver is driving and at the point where he is saying it's pulling me to the left, isn't the vehicle coming out of a gradual turn to the right, which then straightens out before the exit to the right?

A. Well, what I can tell you from my personal experience and me calling that out is what I'm feeling is a -- vehicle needs to begin moving right, and there's steering, which you can see, and you can see in the data, that is moving me to the left a degree -- one to three degrees or two degrees.

Q. But, factually speaking, the design of this roadway, this highway as it's approaching the exit, you are coming out of a

very gradual, very large radius turn to the right, which then straightens out before you get to the gantry and the exit, which then is a much sharper turn to the right, correct?

A. So what I'm doing here is looking at my report -- my original report for an overhead view.

All right.

And I'm looking at page 8 of my October 18, 2024 report, Figure 2 and the top part of Figure 2.

So there is a curve to the right before a relatively straight section of roadway before the split and the right exit. So we could talk -- I mean, the roadway is what it is. So we could measure it, we could analyze this however we would like. But I will agree that there is a right curve, then a straight section, and then another -- after the split or around the split a curve to the right.

Q. And isn't that where the test drivers are saying, it's pulling me to the left, which is right after the vehicle comes

out of that gradual right and straightens out?

A. No.

From personal experience and, again, we can go to the videos themselves. There's a stretch of straight roadway. You're saying that that's occurring right after the right curve and as it meets that initial straight section. I'm telling you it's past that.

Q. Okay. For you and for Dino?

A. Yes.

Q. Okay.

And the crown of the road, depending where the vehicle is on the crown of the road, that can cause the vehicle to turn -- to steer left or right to maintain center, correct?

A. I would need to run testing specifically to analyze what -- what the crown, how the crown of the road was influencing it.

I can tell you based on my experience driving this area of the roadway

that I -- it's not my opinion that the crown of the roadway is not inducing those.

Q. But you don't have measurements of the crown of the roadway that you're relying on, do you?

A. We have scans of that roadway, and we have drone imagery that we can measure the crown of that roadway. So if -- that's not an analysis that I've -- I've completed here. But, again, I've stated what my opinion is.

Q. The data exists, but you didn't do it for your opinions in this case?

A. If you're asking whether or not I believe the degrees of steering to the left that I can see are influenced by the crown of the roadway, I disagree with you.

Q. Okay.

But they can be. Maybe -- maybe you're of the opinion that they are not here at this road at this time and this exit. But, in general, the crown of the road can influence whether an LCA system is steering a little left or right, right?

MR. CHEELEY: Object to the form.

THE WITNESS: Well, I think now we're getting into the world of hypotheticals.

So crown, super elevation, curvature, there are -- there are, obviously, roadway topographies that can influence the lane centering system. I won't disagree with you there.

BY MR. RICHMAN;

Q. Okay.

A. I'm answering it specific to this area.

Q. And crown is one of those things?

A. Crown can be one of those things.

Q. Okay.

Would you agree that a vehicle driving rightward in a lane would be expected to have a positive offset value?

A. If a vehicle is to the right of

the center line of the roadway in a hypothetical while traveling straight, that is when I would expect a lane centering system to assign a positive value, yes.

Q. Did you or your test drivers perform any driving that would inform the system of a driver preference to bias off the lane center line?

A. Could you please repeat that question? I just want to make sure I heard it correctly.

Q. Did you or your test drivers perform any driving that would inform the system of a driver preference to bias off the lane center line?

A. We did not inform the system of a preference, no.

Q. Do you believe that there's a difference between the system providing three degrees or less of steering input to the left versus the system just letting go and no -- and going straight?

A. Here's how I interpret that question, and you can correct me if I'm

wrong.

The system essentially turning off any corrective ability to steer or turning it's assistive steering torque off, and whether or not the one to three degrees of left steer I saw are consistent with that, I disagree with that.

Q. Well, I'm not asking you if they're consistent. I'm asking -- I'm asking you if there's a difference. Is there a practical difference in those two things?

A. The best way that I can give you an answer to that is based on my experience where the system kicks off, which I didn't -- I didn't experience in this testing. I'm trying to remember all the tests that I ran. I didn't experience that phenomenon where, like I've had in other tests where corrective steering is on, it's on, it's on, and then off.

So, no, I -- I don't believe that that phenomenon is -- is what I observed in that one to three degrees.

Q. Once again, still not my

question.

My question is, is there a practical difference between the two, between the system just letting go and not imparting any steering input, so it just goes straight, versus the system providing three degrees or less of steer to the left?

MR. CHEELEY: Object to the form.

THE WITNESS: Well, I think based on my supplemental report and based on the CAN data that we were analyzing, when that one to three degrees of steering was being input in conjunction with the offset that it believed it had, that that one to three degrees is tied to the lateral control, and desired lateral control of the vehicle as opposed to it kicking off.

BY MR. RICHMAN:

Q. Yeah, I know.

But is there a practical difference? Do you understand what I mean by

that?
In the movement of the vehicle is there going to be a practical difference, a discernable difference between those two different events?
A. What I can say is that I did not run a test where I was lane centering, and then I turned lane centering off and measured that to be able to answer that question.
Q. Okay.
So you haven't plotted those two potentially different or similar paths to see if they are different or similar?
A. What you're asking is, did I run a test where I had lane centering, on and then basically turned it off to see what the steering wheel angles would be at the point where it was turned off, and compared that to what I saw in my testing, and I did not do that.
Q. Okay.
Do you know where in relation to Mr. Wooten where your driver, Dino or

Robbie intervened for their testing?
A. Yes. For each test you can -- you can figure out where the manual steer was input.
Q. But do you know was it -- do you know where it was in relation to Mr. Wooten's manual steer?
A. In terms of --
Q. Fifty feet before, 100 feet before, 200 feet before?
A. That is something that. If we haven't calculated it already. Can be calculated.
Q. Okay.
So not something that's in your report or that you've specifically looked at to see -- to compare where your drivers began their steering maneuvers versus when Mr. Wooten began his?
A. Give me one moment, and I'm just looking at my report to see if that was in there.
Q. Sure.
We can go by distance and time.

A. Okay.
So there is a column in the supplemental report where manual steering was conducted in each test. This is on page 115 of the supplemental report, pdf page 115.
Q. Okay.
A. There's a light blue column called manual steering at the top and the third column there's a distance before start of curve that is reported. So that is information that is reported when the manual steering was provided relative to the start of the curve for each test.
Q. And is the start of the curve the gantry?
A. The start of the curve is the merge point, which is the deviation of the -- the left lane line. One lane line goes straight, the other one begins to curve to the right. That is the start of the curve.
Q. Do you know where that is in relation to the gantry, if it's directly below the gantry, is it some number of feet before or after the gantry?

A. It's pretty close to the location of the gantry.

Q. Okay.

And so that data and that light blue column will tell us how many feet relative to Mr. Wooten that they began steering, correct?

A. Yes.

Q. Did you analyze that for lane drivers at the scene with your drone footage or otherwise to see when they were steering in relation to Mr. Wooten?

A. No.

Q. And the same thing for timing. Or how soon they began steering before Mr. Wooten?

A. I did not.

Q. Now, we've talked about the testing that you did where you or Dino would yell out that the vehicle was pulling to the left. Was that always in the silver vehicle or was it in the black vehicle also?

A. The test where I called that out was in the silver vehicle. I recall Dino

calling it out in the silver vehicle. And I don't recall off the top of my head what, if any, he was calling it out in the black truck.

Q. Do you know if it's true that in some of your testing there was actually no torque noticeable to the driver whatsoever -- torque to the left?

A. I would need a more specific question. I don't understand it.

Q. Yeah. Sure.

I mean, when you or Dino are saying it's pulling me to the left, your hands are on the wheel, right, and you're feeling a pull to the left or no?

A. I'm going to pull up the video just to make sure I recite this correctly.

Q. Okay.

A. The video that I'm looking at is the 13580001.

Q. Right.

You'll fast forward that?

A. Yeah.

So, again, I'm looking -- and

so what I have is, I have my hands on the steering wheel and as that leftward steer is being input by the system is when I am calling it out. So that is something that I am physically feeling and directly observing.

Q. Right. So you're feeling it in the steering wheel?

A. Yes.

Q. Okay.

Do you know if there were any runs where it was specifically stated that there was no torque being felt in the steering wheel by the driver?

A. So whether or not there was a callout by the driver that there wasn't any torque?

Q. Sure.

A. I don't recall that.

Q. Okay.

Do you recall if there were any runs where there just in fact was no torque, even if the driver didn't call it out?

A. That's easily answered by going into each test and looking at the data and

whether or not there was a left steer similar to that. So as I sit here right now for each test, do I know that answer, I don't.

Q. In Mr. Wooten's vehicle was there ever a steer to the left shown in any of the data in his EDR report?

A. I would have to take a look at the EDR data. As I sit here right now I don't recall.

Q. Okay.

Do you know if the EDR data shows any yaw to the left? In other words, the vehicle actually having motion to the left in any of the EDR data from Mr. Wooten's vehicle?

A. Same answer. As I sit here right now, I don't recall what that EDR data was saying.

Q. Okay.

If it is true that there's no steering angle to the left and no yaw to the left in the EDR data, then that's different from your testing, correct?

A. Again, that would be something

I would have to compare.

Q. Well, assume from me I'm right. Assume for me, right, we'll call it a hypothetical, if you want. I think it's true, but we can call it a hypothetical for purposes of this question.

Assume for me that there is no steering angle to the left, and no yaw data to the left in the EDR report for the subject vehicle. Would you agree that that's different from your testing, because you've stated that your testing has steering angle to the left, and you believe it's yawing to the left?

A. Sure.

MR. CHEELEY: Object to form.

THE WITNESS: So what I would need to do, and I haven't done this, is look at when I am feeling that and seeing and observing the leftward steer, compare that to the five seconds of EDR to see where they overlap.

BY MR. RICHMAN:

Q. Why didn't you do that? I mean, that's the whole point of this case is is what you're -- is you're testing relevant and similar to what happened at the time of the crash. Why didn't you do that comparison already?

MR. CHEELEY: Object to the form.

THE WITNESS: And I have. And that's what the analysis of my tests showing the rightward steer at the negative three degrees, which I believe was at the negative four second mark in the EDR data up to negative eight is comparison between my testing that I have conducted.

The benefit of Mr. Pasquarella's tests were that he ran his longer and allowed me to compare that longer, which further validates the comparison work that I've already done.

BY MR. RICHMAN:

Q. And all those negative-degree turns are to the right, not to left, correct?

A. And this is where I think we're missing one another.

The steers to the left that I'm feeling are outside the five-second EDR window that we don't have data on. So the comparison that you're trying to make is for data from the Wooten collision that doesn't exist.

When that is picked up relative to the negative three degrees in the comparison that I made, it's upstream of that; it's further backwards in time. And that's what I'm trying to say. So I have done a comparison between my testing and the EDR data.

And Mr. Pasquarella's testing further validates my hypothesis and opinions, because his test went longer and through the left turn lane showing the same rightward steer. The left steering is upstream of that. I'm not saying I'm seeing left steering where in the EDR data we're seeing right steering. That's not what I'm saying. I'm saying I'm seeing left steering in

confusion of the system further upstream.

Q. Okay.

And I think -- I think you were actually confusing a couple different points there.

You're making the point of your reliance on Mr. Pasquarella's data for your opinion of whether ACC with LCA was in use at the time?

A. In part. But you had asked mess about comparisons between my test and Mr. Pasquarellas -- or about a comparison between my test and the EDR data. And what I'm saying is due to my test design, which was not to drive through the left lane line and then swerve to the left. He was able to get more data that's more EDR relevant and later in time relative to the EDR than I was. And the window that you're talking about, which is the left turn that I'm feeling or upstream of that and outside of the window of the EDR data. That's why I can't compare it, because it doesn't exist.

Q. What is yaw data in the EDR?

What does it mean? What does it show?
A. Yaw data.
Q. What does it represent?
A. Yaw data is the rotational rate in degrees per second in the EDR data of a gyroscope in the airbag control module or restraints control module of a Ford.
Q. Which is a more reliable indicator showing which direction a vehicle is heading, a steering angle or yaw data?
A. That I have not come prepared to discuss today. Both can absolutely be used to plot the heading angle of a vehicle. You can use the steering wheel angle, you can also use the yaw rate.
Q. So you don't have an opinion as you sit here today based on your knowledge in the field if one is better than the other?
A. What I can say generally is I'm -- I've used both sources in the past. What's better, I have not come to talk about that.
Q. Well, but I'm asking the question. Either you know the answer or you

don't. If you don't, that's perfectly fine.

A. So it's very -- it can be case specific in terms of, if steering wheel angle is utilized over yaw or if yaw is utilized over steering angle. Why it's case specific, it depends. You -- you can see -- well, that's the best way I can answer it.

Q. Okay.

So you don't -- you don't hold an opinion that generally speaking one is better than the other. You think it's specific to an incident?

A. I would absolutely say that, if -- to answer that question today it would be case specific for me.

Q. And what does pulling mean, when you say it's pulling to the left?

A. Well, we've discussed this many times.

So for me --

Q. I have not asked you that question, but go ahead.

A. For me the path of the lane is diverting to the right. That's where the

center line of the lane is -- is moving. The steering wheel, which you can physically see, and you can look at the data, and you see itself is moving to the left. So relative to the lane, when I need to move right, I am moving to the left. That is what I mean by, when I say it's pulling to the left.

Q. And is that what Dino means also?

A. That would be -- yes, that relative to the lane itself, he is moving to the left.

Q. How do we know what Dino means, when Dino says, it's pulling me to the left?

A. Because I've discussed this -- these tests with him and, hey, what are you feeling? We discussed what his experience with the vehicle was, as well as my experience, that it was moving us to the left of where it needed to go.

Q. It was subjective to him, right? We talked about that.

A. That was, obviously, a call-out that he was making.

Q. So for purposes of defining the limitations of your testing as compared to the subject incident would you agree that in runs where the driver interaction is not an aspect of the test, the test driver's takeover represents termination of the test?

A. Not necessarily.

Q. Why not?

A. Because there was information we were able to get from the CAN about the Steering Probably Path or the path curvature, lateral offset, whether or not the lane centering turned on or off, so there was still information that was being collected after manual intervention.

I will, obviously, say that the -- the heading angle and the path of the truck was absolutely influenced by the driver's steering at that point.

Q. And you would agree that any data collected at or after the time, when the driver made that manual steer, cannot be compared to the EDR data, right?

A. So as I hear that question,

obviously, the steering wheel angle would be different. If there was -- if there was braking, you know, that would be different. So those -- those values would not be comparable due to the influence of the -- the steering of the test driver.

Q. We talked about that manual steering, the light blue column in your report on page 115. And it gives the distance before the start of the curve.

Does it also give the time before the start of the curve, when the manual steering is inputted?

A. It does give the UTC time, yes.

Q. I see. But the UTC time is just a point in space. It's not relative to anything?

A. I see what you're asking.

No, there is not a independent column that says time before or after start of curve. The UTC time is placed there so that anyone else can take a look at our data and can understand when we chose the manual steering marker.

Q. But if we know the distance, and we know the speed, we can calculate the time, right?
A. Yes, sir.
Q. I want you to look at that same test run, 0 -- 800001.
A. I'm sorry. Which test are you --
Q. It's the same one that we've been talking about. I think it's your first run?
A. Okay.
Q. Eight, four zeros -- oh, no. Eight, three zeros, and then a one.
A. With 135 before 8?
Q. Correct.
A. Got it.
Q. And can you put that to 3:51 on the clock. It should be UTC time 14:02:34.
A. Okay.
Q. I'm really trying to get 140234.04, if you're able to do that.
A. 32.04.
Q. Yeah. Or 34.04.

A. Okay.
Q. You got it?
A. Yes.
Q. Okay.
Does that represent your vehicle's position about 50 feet before the gantry?
A. It does.
Q. Okay.
What is your steering value then?
A. Positive 2.8 on the video overlay.
Q. 2.8 degrees?
A. Yes.
Q. All right.
And do you know what that would equate to for the same time at the same point of location of the subject vehicle's EDR data?
A. That I have not compared, no.
Q. Do you know if it corresponds to minus 4.2 seconds based on Mr. Buckner's reconstruction?

A. As I sit here right now, I don't know.

Q. Okay.

I'll just represent to you that it does.

Do you know what the steering angle for the subject vehicle was at minus 4.2 seconds? Do you have the EDR data handy?

A. I can pull that up.

Q. Sure.

A. Okay.

Q. So do you see -- what do you see the vehicle's EDR data in terms of the steering angle at minus 4.2 seconds?

A. At minus 4.2, it is negative 3.7.

Q. So if you're at positive 2.3 degrees and the subject vehicle at the same time is at minus 3.7 degrees, what does that mean?

A. I am -- I would have to do that analysis to compare the testing at that specific point, which you just gave me a random UTC time data line to what we are

seeing here.

Q. Well, it's not random. I did pick. You were cherry-picking yours; I'm cherry-picking mine. Okay? You've cherry-picked one to say that it's similar and, therefore, that means he was using ACC with LCA. I've now cherry-picked my own that shows they're quite different.

Does that mean he was not using ACC with LCA at the time, because one shows a steer to the left of 2.3 degrees and the other shows a steer to the right of 3.7 degrees?

A. No.

Q. Why not?

A. Because of, and we can go back to the discussion we had at the first deposition, which is, the movement of the steering wheel to the right in the area that it was is consistent with Mr. Wooten using ACC plus LCA. So since then I have had the benefit of a different type of test that absolutely validates that opinion, which is Mr. Pasquarella's testing, that takes that

negative three, and because he continued through that left lane on multiple tests, went from negative three to negative eight.

So as I sit here today based on all of the information that I have reviewed is what supports that opinion. So that's the best way that I can answer the question.

Q. Okay.

So you disagree with me, if I say, if you can cherry-pick an angle to say they're similar, therefore, that's objective data that he was using ACC with LCA, I can't cherry-pick a point in time that shows they're not similar and make the same argument that it means they're not -- he was not using ACC with LCA?

A. Well, it's over --

MR. CHEELEY: Object to the form.

THE WITNESS: That's oversimplifying what I had done in this case and that's why I disagree.

BY MR. RICHMAN:

Q. And in terms of what you've

done, you've explained all that in detail, correct, in your depositions and in your report?

A. I have.

Q. Okay.

Back to this idea of the vehicle steering left.

We hear you calling it out, and we see the degrees. But do we see anything else? Do we see the vehicle moving to the left in the video? Do we see the steering wheel moving to the left in the video?

A. You do.

Q. We see the steering wheel moving to the left?

A. Yes.

Q. Okay.

And at what time does that occur? Right before you yell out "it's moving me left" or at the same time?

A. Sure.

So the benefit of VBOX video HD2 data is you can -- you can see the steering wheel graphic. And what we have

done is sync that to an over-shoulder GoPro of the testing itself. So whether or not you want to believe the CAN data that is making up that video overlay graphic or you want to watch that steering wheel, you can see it.

And, in addition, the same phenomenon is happening in Mr. Pasquarella's testing where you can see it.

Q. And when you say -- when you and Dino are calling out, "It's steering me to the left", we should see your scale that has the measurement of the distance of the driver's side of the vehicle to the lane line, we should see that getting smaller, right, as the vehicle is going left relative to the lane line?

A. What you're seeing, and I've explained this many times, and I'll explain it again, is that relative to where the path needs to go, you are now heading to the left. So that is -- is the phenomenon by which we are describing that the curve that the exit lane is moving to the right, the vehicle is not steering to the right at that point, it

is -- in fact, there's a degree to two degrees of steering to the left. And, again, that is what -- what I am learning from that information is that this area of the roadway for the Ford confuses it. That's ultimately my opinion and what I've learned from all of this information is that it is confused about what to do. And my test, I had a test from my initial report, and certainly Pasquarella's testing demonstrates that at some point, really once the truck gets to that left lane, it realizes that the path needs to go to the right. That's why you see Mr. Pasquarella's test steering wheel go from negative three to negative eight multiple times. That's why you saw mine move to negative three. So what my testing has demonstrated and really what I am drawing from my testing, one of the conclusions is that this split area is confusing the system.

Q. So we are in agreement. You have said that many, many times in this deposition. So I'm going to move to strike that answer, because it's not responsive to

my question.

MR. CHEELEY: Objection.

Harassing the witness.

BY MR. RICHMAN:

Q. I want you to listen to my question, okay, it's very specific. It has nothing to do with all that stuff you just mentioned.

My question is, at the time you are saying, and Dino is saying, "the vehicle is pulling to the left," should we see the distance between the driver's side of the vehicle and the left lane line getting smaller, getting closer together?

A. Here's what you should see, and you can objectively see. This is all that we are reporting is that the steering wheel angle is moving to the left. That's it. That's what we're reporting that we're feeling the steering wheel angle move to the left. What that does to that distance, I don't know, because what I am reporting is the steering wheel angle moving to the left and that's -- that's the best way to answer

that question.

Q. But the idea is, if the steering wheel angle is moving to the left, the vehicle is moving to the left, right?

A. I will -- I will explain to you in the best way that I can, because I think this should answer and get your mind on level with mine, which is, I am not saying that we are moving one lane over within four-tenths of a second and that's what that left steering represents. What I'm saying, and I've told this to you twice already, is that, had I continued that testing, like Mr. Pasquarella did, I would have expected my truck to do the same thing his truck did, which is to go straight through that left lane line. That's what I'm saying. I'm not saying that that left steering input is shooting me into the Jersey barrier on the left side. That's not what I'm saying. What I'm saying is that, had I continued the test like Mr. Pasquarella did, I would have seen similar behavior of our test trucks, which is essentially that it's going straight.

So what I am reporting and what Dino is reporting is feeling the steering wheel moving to the left. That's what we're reporting.

Q. Okay.

And to be clear. I've never said anything about a vehicle shooting to the left into a Jersey barrier or over one lane line. You said that many times. I haven't said that. Let me put it to you in terms that I would actually use.

If the vehicle -- when you say, and Dino says, it's pulling me to the left, does this mean the vehicle is moving one inch to the left?

A. I've already answered this question what we mean by that.

Q. Okay.

A. Is the steering wheel is moving left. The steering wheel. That's it.

Q. Not the vehicle? Not the vehicle?

A. What we are reporting -- I -- at that instant I can't quantify if the

vehicle has moved an inch to the left. What I am reporting in realtime is the steering wheel movement.

Q. Okay.

You did that 45-mile-an-hour testing with the BlueCruise vehicle in your supplemental testing, correct?

A. That was with the silver truck.

Q. Not the BlueCruise vehicle?

A. No.

Q. Oh, okay. Perfect.

You did that in your second set of testing?

A. Yes.

Q. You never did that in your first set of testing?

A. No.

Q. So the reason for doing that in your second test wasn't to compare it to a similar test that you did in your first round of testing, correct?

A. That's correct.

Q. You tested a Tesla Cybertruck also, right?

A. Yes.
Q. Same thing. You didn't test the Tesla Cybertruck the first go-around, so it wasn't to compare the Tesla Cybertruck testing from your first to your second test, correct?
A. That's correct.
Q. Whose truck -- who owned the Tesla Cybertruck?
A. That was someone that Bob -- Attorney Bob Cheeley knows.
Q. Oh! So you borrowed a friend of Bob's truck?
A. Yes.
Q. Okay.
Whose -- the two F-150s that you tested, the silver and the black, did you own both of those?
A. Yes. Forensic Rock owns both of those.
Q. Did you purchase them for this case?
A. Yes.
Q. Were those costs -- associated

costs charged to the Wooten attorneys?
A. There would be a fee for use of that truck or both trucks during testing, so, yes, but I did not charge -- I think one was $50,000 -- to the case.
Q. Okay.
So you're going to keep the trucks after this case. And you're just charging -- you charge your clients, if they want to use the trucks?
A. Yes.
Typically, how we charge for vehicles that we've purchased is it's around four or $5,000, and that typically covers, when we resell it, the loss that we take on that purchase.
Q. Is it shown in the invoices anywhere?
A. That's a question for Chris. I don't know.
Q. Who is Chris?
A. Our Chief Operating Officer.
Q. All right.
And the Tesla Cybertruck had

the full, self-driving Autopilot computer, correct?

A. I believe that it did, yes.

Q. With 2025 software update, correct?

A. I do believe it was 2025 software, yes.

Q. And in some of those runs did the vehicle tell the driver to apply turning force to assist the vehicle in making the curve?

A. What vehicle are you talking about?

Q. The Tesla Cybertruck. Sorry. Yeah, the Tesla Cybertruck.

A. I would have to re-review the video to answer that question.

Q. Okay.

But you don't know as you sit here?

A. I don't.

Q. Okay.

And then the Tesla Cybertruck in the testing that you did it did the entire

run from, you know, before the -- before the gantry to the first curve, to the second curve, to the stop sign all autonomously, correct?

A. Without driver intervention, yes.

Q. Yeah.

So that was sort of a demonstration of the Tesla Cybertruck's full, self-driving capabilities, right?

A. I don't think that was full, self-driving capabilities. I think -- I think it was Autopilot with Traffic-Aware Cruise Control, plus Autosteer capabilities, but I have to go back and take a look at the -- at the video.

Q. Well, it came to the -- it handled both curves by slowing down, and came to a stop at the stop sign autonomously, right?

A. It did. And that's why I just have to go back and look and see what setting it was in to see if that was full, self-driving or if that was TACC, T-A-C-C,

plus Autosteer.

Q. And it turned on its own turn signal autonomously, and would go around slower moving vehicles, correct?

A. It does do that.

Q. Does that help you to understand whether it was full, self-driving or not?

A. The -- where my -- where I'm not sure is that some levels of Autopilot, like Enhanced Autopilot or Autopilot, plus certain capabilities, operate with the ability to pass slower moving vehicles, and I think it's called Enhanced Autopilot. That's why I just would need to look at the settings to see what it was in.

Q. And how many runs did you do in the Tesla Cybertruck?

A. Two.

Q. Do you know why the numbers -- there's some -- some big jumps in numbers.

So we've got -- the first VBOX run for the Cybertruck is 1233001, And then the next one is 1248001. Do you know why

there's a jump by 15?
A. Sure.
Q. Yeah?
A. That's time.
Q. Okay.
Same thing with the Osmo over-the-shoulder. It goes from 103619 to 105129.
A. That could be time. I'd just have to look at it.
Q. Were there other runs that aren't recorded?
A. No.
Q. Did you have passengers in the vehicle for one of the runs and not the other run?
A. I do recall, I think, in the first run having a passenger and in the second run not having a passenger.
Q. Who was that passenger?
A. It may have been Attorney Cheeley.
Q. Was there a reason why you did a run with him and a run without him?

A. I can't recall.
Q. Do you know how far ahead of the exit curve the Tesla Cybertruck began slowing down?
A. That is something that I could analyze. As I sit here right now, I don't know.
Q. Okay.
And it looks like you have a chase car videoing in one of the runs but not the other. Why is that?
A. Now I think -- are you -- this is the Tesla?
Q. Yeah. So only talking about the Tesla.
A. I think that's why Attorney Cheeley got out of the vehicle is he videoed. I think the second test had the chase car video.
Q. Is that like with an iPhone or something?
A. I -- I think it's some type of cell phone camera, yes.
Q. Do you know for your final

render video of your Tesla Cybertruck, do you know which videos that stitches together?

A. I'm just looking at the final render video.

\- - -

(Whereupon, witness referred to his computer.)

\- - -

BY MR. RICHMAN:

Q. Sure.

A. Okay.

So the second pass through the subject area stitches together the VBOX HD2. There was a windshield, forward-facing camera as the primary camera in that view. The secondary camera was centered on the touchscreen of the Tesla. There was an over-shoulder DJI Osmo Action 5 Pro camera that is in the lower, left corner of that video, and then the top, left would be the chase cam from, I think, Attorney Cheeley.

Q. Were you able to sync his cell phone video with your other videos?

A. Yes.

Q. And how were you able to do that?

A. That was using a unique feature in the HD2 video with respect to the Tesla Cybertruck, so I think we were using shadows passing over the windshield area and their approximate location to the chase cam. That or brake lights. I think it actually was brake lights. You can see brake lights come on in the chase cam video, and you can see them in the instrument cluster. So there was a couple different markers we were able to use to sync.

Q. All right.

Was the Tesla Cybertruck available in 2021, when Mr. Wooten was driving his truck?

A. No.

Q. Did any truck available in 2021 have the capabilities that -- that are seen of the Cybertruck in your test videos?

A. I can only testify to the performance of the Ford at the subject location, so I'm not aware of any.

Q. Yeah. The Ford definitely didn't have the capabilities that the 2024 Tesla Cybertruck had, correct?

A. It did not.

Q. Have you ever offered opinion that Tesla Cybertruck is defective in any way?

A. I have not had a case involving a Tesla Cybertruck, so no.

Would this be an okay time for a quick break?

MR. RICHMAN: Ah, yeah, that's fine.

I'd like to keep it short to try and prevent argument between me and Mr. Cheeley, but I will say I do not agree to terminate this deposition prematurely. But, Bob, we don't need to do that now. Let's see if it becomes an issue or not.

VIDEO TECHNICIAN: The time is 2:29. We are going off the video record.

- - -

(Whereupon, a recess was taken from 2:29 p.m. until 2:41 p.m.)

\- - -

VIDEO TECHNICIAN: The time is now 2:41. This begins Media Unit 5.

BY MR. RICHMAN:

Q. All right. Let's keep going through it.

Do you agree that the Ford ACC with LCA system worked as described in the owner's manual for all of your testing runs?

A. Not as stated.

What -- I guess what I could agree to is that what I put in my original report, which is that lane centering worked from that split or where 475 and 75 merge together or the opposite for 15 continuous miles up until this exit. And then, obviously, the focus of this case is what -- what occurred once that third through lane transitioned to an exit.

Q. Right. And there's warnings about that, right, in the owner's manual?

A. There's certainly warnings

about the -- the limitations of the system.

Q. Okay.

And you can't point to me something in the owner's manual where you would say, Aha! My testing -- Ford says it should do this, and my testing shows it won't do that?

A. I don't have anything specific to the owner's manual, no.

Q. Okay.

Or any representation by Ford that you're aware of?

A. Well -- and, again, I know how you're going to object to this, but here's my best answer.

Obviously, there was hands-free BlueCruise activated up until a point that my opinion is way too late for hands-free to be on. And hands-free is not designed to operate in an exit lane. So that, certainly with respect to documents I've seen from Ford, and the performance that I saw in testing is something that is at conflict and that's what comes to mind based on your

question.

Q. Okay.

Apologies, if I wasn't clear in my question.

I'm not asking you about any questions about BlueCruise, because Mr. Wooten's vehicle didn't have BlueCruise.

So in terms --

MR. CHEELEY: Objection.

Misstates facts in Ford's own documents.

BY MR. RICHMAN:

Q. In your testing of the silver vehicle with ACC with LCA, you didn't find anything about its performance that differed from how Ford says ACC with LCA should perform, correct?

A. I think that's where we get into the -- into the murky area of this case where I had hands-on lane centering still on in an area that had I continued, like Mr. Pasquarella did, and even visible in Mr. Pasquarella's testing, that hands-on lane centering was still operating as it was

crossing a lane line. That is -- can I point to a specific document that says it needs to turn off before that point, I can't think of anything sitting here right now. But that is, obviously, information that I found as a result of my testing that is information that the system is -- is confused at this point.

Q. Okay.

But that's not -- there's nothing -- there's nothing that you've seen from Ford in the owner's manual or anywhere else that Ford says, you can take this system using ACC with LCA at 77 miles an hour through a curve or through an exit lane, right?

MR. CHEELEY: Object to the form.

THE WITNESS: I don't want to re-open the scrivener's error, right, so I'll leave that as --

BY MR. RICHMAN:

Q. Okay.

A. That as information, but Ford has their position on that. So --

Q. Aside from that then. I hear you. Aside from that, anything else?
A. There's nothing in the owner's manual I can agree to that.
Q. And nothing public-facing, right?
A. The only thing that I can think of in the owner's manual is curve control. And I didn't see any performance or intervention of curve control in any of my tests. But that is certainly a system that, if you read the owner's manual, that is designed for a vehicle that is traveling faster than the calculations say it should be for that radius of curvature.
Q. Yeah.
And everything you know in the world about curve control is in the owner's manual, right?
A. And I'm trying to think if there's any discovery on curve control. I can't recall any discovery on curve control. So everything that I know about it is from two sources. One, the owner's manual. Two,

from a lack of intervention of curve control if the testing that I was conducting about its performance.

Q. But we talked about this at your first deposition, and you said you didn't do any engineering analysis or testing of curve control?

A. No, I did not specifically set out and say, here's my curve control tests.

I guess what I'm saying to you now is that I -- I was entering this split and this exit at 77 miles per hour and did not see any, for example, curve control intervention or warning or pop-up get displayed or anything like that or the vehicle brake itself or anything that would be consistent with an intervention of a curve control system. That lack of information in this test program is information to me that it didn't intervene. But that -- that's at most of what I did here.

Q. Right.

And I think we discussed this before. The word or the term curve control

does not appear in your first or second report anywhere, correct?

A. I do not believe the phrase curve control appears there, no.

Q. Right.

There's no discussion of that system whatsoever in your reports you've submitted for this case, correct?

A. The phrase isn't in there, so there's no discussion.

Q. All right.

In one of your tests that you do, I guess it's maybe your second drive, you say, "wanted to bring me straight".

Do you remember that?

A. No. I can watch the video though.

Q. Okay. Yeah. I guess you're going to have to, because that -- my question is, what did you mean by that? How is that different from pulling me left? It's 1410001.

A. And we're back to the F-150?

Q. F-150. Yeah. Sorry.

It's at 3:55 in that video.
A. Thank you.
- - -
(Whereupon, witness referred to his computer.)
- - -
BY MR. RICHMAN:
Q. All right.
So you saw that; you heard it. What did you mean by "wanted to bring me straight"?
A. Not to be literal but that the steering that I was feeling was, instead of steering to the right, which is the -- how the road is curving, it wanted to steer straight.
Q. And how is that different from pulling me to the left?
A. It's just different phraseology.
Q. Is it essentially the same thing or is there a -- is there a quantitative difference for you between those two things?

A. No. Those are call-outs in the moment as I'm heading towards an exit sign, so I'm just saying what's on my mind without trying to quantify anything, other than my observations in that moment.

Q. And then again we have some big jumps in the numbers of the videos. I think the next one is 190. Why is that?

A. That is the start of Dino testing. So that was the time between when I stopped testing and when Dino started testing.

Q. So those -- those file numbers all relate to UTC times?

A. I do believe that file is encoded by UTC time, so 1358 is when the first test that I ran, when that started, and 1410 is the second.

Q. And I think in Dino's first -- that's his first test. But in one of Dino's tests, I think it's that 19000001, he says he's taking manual -- he's providing manual input.

Do you know what he means by

manual input?

A. Yeah. That is lexicon of him influencing directly the steering of the system.

Q. Okay.

And then with that manual input, he is able to manually navigate the exit lane at 77 miles an hour, right?

A. He is able to navigate the exit at 77 miles per hour.

Q. Do you know what torque was needed to the steering wheel to do that?

A. As discussed, I did not have a torque sensor on the vehicle, so if I do get the .dvc file, and we can translate the CAN data, I may be able to answer that question.

Q. And same thing, do you know what lateral accelerations the vehicle experienced doing that?

A. That I can get from the VBOX data, so yes.

Q. Where would we look in the VBOX data for those lateral accelerations?

A. Sure.

So there would be a lateral acceleration channel from the IMU or a Y-Accel is what it would be reported as from the IMU-5 of the VBOX. And also I -- if we got the translation or the .dvc for the raw CAN log, I do think that we would get CAN data for lateral acceleration as well.

Q. And whether it was you or Dino, whenever you all experienced this pull to the left, you and he as the driver were always able to overcome that intake control, right?

A. Manual interventions were input by myself or Dino after that point, yes.

Q. Right.

And it -- it was easy, right? I mean, you didn't have to fight the vehicle to take control back, did you?

A. What I would say is you can see directly what we were able to do.

Q. The vehicle never left the roadway with any of these pulls to the left, correct?

A. I don't believe I crossed the lane line before manual intervention in any

of my tests. And while Mr. Pasquarella did not call out anything in his test, I'm not insinuating that he did say this, you can see the vehicle leave the lane of travel in his tests. So that's information that we have here.

Q. And why did you do a second day of testing on this second round of testing?

A. I'm just bringing up the -- I'm bringing up the videos just to help me answer that question.

Q. Okay.

- - -

(Whereupon, witness referred to his computer.)

- - -

THE WITNESS: I believe that 17th date was influenced by storms that were coming in, because I recall talking to them, and I think one of our tents was damaged due to the wind, when they were trying to break it down to get ahead of a storm that was coming in that afternoon. So we

didn't test the black F-150 on the 17th. That was something we had wanted to do. So the second day was, I believe, to finish some of the silver truck test and also to test the black F-150.

BY MR. RICHMAN:

Q. All right.

And I think we talked about one already, and I may be seeing a different one and, frankly, it may be the different one, but we talked about Dino taking a turn using ACC with LCA, plus manual steering effort, right?

A. Yes.

Q. So the 2021 F-150 using ACC with LCA is able to navigate this exit lane at 77 miles an hour with the assistance of driver steering, correct?

A. I wouldn't necessarily phrase it like that.

What we were looking at was if some steering input is provided but not enough. Okay? So, if -- obviously, there --

there is an amount of steering that can be fully input by the driver, okay, that would at 77 allow you to drive through the -- the exit. And if a lesser amount of that -- a lesser amount of steering was input to the vehicle, so not enough, would that be enough to -- to nudge the system to be able to on its own navigate the lane.

Q. And what was the answer to that question?

A. No. There was not enough of a nudge.

Q. Right.

A. Some -- like a boost to the system that would then allow the system to -- to navigate through.

Q. Okay.

A. Put another way, if we were able to eliminate all the trees and the grass and were able to have a skid pad area, and we could cross safely into, that nudge would still result in the vehicle in my opinion going over the left lane line.

Q. Right.

But you're not able to quantify any of this for me. I mean, we know that the amount of torque the system is limited to is three Newton-meters, and we know the lateral acceleration -- I forget, is it three meters per second squared, whatever it is, we know those are limited. So if the nudge isn't enough to get you down to those amounts, then it won't do it. But if you put in enough of nudge to get you into the system's capabilities, then maybe it would do it. But you didn't quantify your nudges, right, so we don't know?

A. Well, we certainly have steering wheel angle information and, like I said, if we ever do get a .dvc file, then we could get torque information. But to the extent the amount of steering that we were able to input that amount wasn't enough to get it to those thresholds.

Q. But you don't know -- you're not able to quantify for me how much extra effort the test driver inputted, correct?

A. From a torque perspective we

don't have a external sensor that was measuring steering torque so that information would have to come from that .dvc file to translate the CAN log data.

Q. And there were no statements in any of the day two testing of the vehicle pulling to the left by the test driver, correct?

A. Not that I can recall.

Q. In your file you have some pre-crash personal photos of Mr. Wooten and his family. Are you aware of that?

A. I do recall those.

Q. Are those relevant to your opinions in this case for any reason?

A. I don't think so, but I would have to take a look at them.

Q. I just wanted to ask. I didn't think so either, but...

You also have a text in there, a -- you have that folder of photos of video text screen grab that has that screen grab of a text in it?

A. Yes.

Q. And you are relying on that text to some extent for your opinions, right?
A. Yes. We had discussed that in my first deposition.
Q. Are you aware that's only part of the text, that there's actually like a string of texts that were produced in the case, and you just got one screen grab of it?
A. What I have is what I've received.
Q. Okay. That's all you received is that one screen grab, right?
A. That's all I have in my file.
Q. Okay.
We've already, I think, established that you're not relying on or you haven't analyzed any alleged so-called other incidents, but you do have this file in your folder entitled Notes/Complaints on Ford vehicles that looks like it has a complaint of maybe unintended acceleration, no mention of ACC or LCA in it.
Are you familiar with that? Is that anything you're relying on for your

opinions in this case?
A. I recall that document, but I don't recall what -- or how it relates to any of my opinions.
Q. Okay.
Yeah. And I didn't see it mentioned in any of your reports anywhere.
Do you agree with that?
A. Yeah. I don't recall mentioning that.
Q. Okay.
You tested a Chevy Equinox in this case, right?
A. In Pennsylvania, yes.
Q. Yeah.
And I saw your notes from that testing included, you said it corrected some but not enough to navigate the curve. Driver input required. Corrected some but not enough to navigate curve. Driver input required. So what is -- what is -- what does that tell you in terms of its performance versus the F-150?
A. Well, that is information from

a test here in Pennsylvania on a different curve, so I would read it for how it -- a literal interpretation.

Q. What was the radius of the curve that you were testing in Pennsylvania?

A. Off the top of my head I don't recall. I would have to look at the videos and then calculate that.

Q. Is it in your data somewhere in your reports in your file?

A. I don't think so.

Q. And you tested a Ram 1500 at that same curve in Pennsylvania, right?

A. We did test a Ram 1500, yes.

Q. And a Toyota Tundra and a Ford Escape and a Mustang Mach-E, right?

A. Yes.

Q. Were you sort of auditioning vehicles to see if -- how they would do there to see whether you should bring them down to the scene or not?

A. We were looking at the performance of their respective lane systems -- lane-keeping systems, yes.

Q. And none of them did well enough to bring to the scene; is that correct?

A. I did not decide to test that any those based on what we saw here in Pennsylvania.

Q. Did you test a Honda Ridgeline?

A. I've tested a Honda Ridgeline before. I know that. I just can't recall if we did for this case. If it's not in my file, then we didn't.

Q. Do you know if a 2021 Honda Ridgeline actually has ACC with LCA on its equivalent technology?

A. As I sit here right now, I don' t know.

Q. The vehicles that you did test that we just went over that you tested in Pennsylvania did those perform any differently from the way the F-150 performed?

A. What I can say is that those vehicles on the curves that were tested here in Pennsylvania -- I mean, there's video of the tests themselves. So at the speeds we

were testing them at, I mean, the performance is what it is.

Q. Yeah, but is it the same as the Ford or different?

A. That's what I'm trying to understand.

Q. Okay.

A. When you say same as Ford --

Q. Oh.

A. -- what.

Q. Unable to take the curve at that speed?

A. I have examples from testing other trucks on other curves that demonstrate that at the speeds they were tested at they were -- they were departing the lane.

Q. Okay.

And the Tesla that you used for your testing -- sorry, the Tesla Model 3 that you used for your testing out at the scene, is that the Tesla Model 3 that you own, your Tesla -- your 2018 Model 3?

A. No. That was a Tesla that was rented in Georgia.

Q. That's the one you rented from Turo?
A. Yes.
Q. Okay.
And then -- but you -- you have a Tesla Model 3, correct?
A. I do.
Q. Did you drive that to the deposition today?
A. I did.
Q. You have a folder entitled Expert Report/Ford Experts/Cades Folder, and it has within it a folder called Materials that has three documents in it and that includes a Ford Edge forum on ACC and two TSBs.
Do you know why those are in there or what they're relevant to?
A. No.
Q. Fair to say you're not relying on them for your opinions in this case?
A. No.
Q. Yes? I think you said no, but -- you're not relying on them?

A. I am not relying on them.
Q. Okay.
So we've looked at your invoices in this case. We got another one yesterday, and I think all of them total up to $455,000. Does that sound right?
A. I don't know what would be right or not right.
Q. Okay.
A. Chris handles that, so...
Q. They add up to what they add up to.
Did those invoices include all costs and fees or just fees?
A. Based on our invoicing it is time, plus expenses. So those would be time, plus all expenses associated with the case.
Q. And have you been paid in full for all these invoices?
A. That would be a question for Chris.
Q. How can I find that out? Are you inviting me to call Chris, and talk to her or -- because I do want to know the

answer to that question?

MR. CHEELEY: I can tell you they have been.

MR. RICHMAN: Okay.

So plaintiffs have -- plaintiffs have paid the full $455,000 to --

MR. CHEELEY: As an officer of the court, I'm telling you.

MR. RICHMAN: Okay.

BY MR. RICHMAN:

Q. And that's your intention, right, to be paid timely, you know, within 30 days or whatever normal business practices are, correct?

A. Again, a question for Chris.

What I would say is -- I mean, we -- we get paid, when we get paid. So we -- Chris issues invoices with the intention of getting paid. Some -- some folks pay faster than others based on my conversations with her.

Q. My point is, you haven't reached an agreement to be paid after the conclusion of this case or something?

A. No.

MR. CHEELEY: I wish.

BY MR. RICHMAN:

Q. And who is DH?

A. Dino Handzic.

Q. Okay.

There's one where he's got -- one invoice where he's got over $10,000 of expenses.

Do you know what that is?

A. That's a question for Chris.

Q. Was Mr. Wooten using his turn signal at the time of the incident?

A. I don't -- I'm -- based on the information that we have right now, the EDR and other information from his truck, we don't have any information on that.

Now what I'm thinking is if we have any hot shock, which I didn't do. I would have to ask Mr. Buckner relative to that question to see if there's any evidence of hot shock on the right turn signal or any turn signal to see if that -- so it's a long way of saying, I don't know.

Q. Okay.
I mean, some people do that, will use a turn signal, when they're exiting a highway, right?
A. Yes.
Q. You don't know if Mr. Wooten is that guy or not, I assume?
A. I don't -- I don't know the answer to that.
Q. Okay.
Have you seen anything in the records in this case that would suggest that he was using his turn signal at the time?
A. Like I said, there's nothing in the EDR. I'm trying to remember, while I don't have a lot of experience with the SYNC Gen 4, if the SYNC Gen 3 included anything about turn signals, and I just can't recall as I sit here right now. So that I don't think there is any -- any information that has been provided in the records or data that would answer that question.
Q. And do you know how, if at all, turn signal use would impact the performance

of ACC with LCA?
A. What comes to mind, when you talk about turn signals, I believe, it's a capability that isn't available for the F-150 but is on the Mach-E with respect to automatic lane changes of like a BlueCruise 1.5. So I think there in a higher version of the software that I do not believe is available on the F-150, the turn signal can influence the behavior of the truck, when you're in BlueCruise.
To answer relative to the F-150 --
Q. The ACC with LCA feature, yeah.
A. It doesn't cancel it, no. That I know. And I don't think it influences it.
Q. All right.
In anything that you've seen produced by Ford in this case have you seen the phrase "severe curve" used anywhere?
A. I don't know. I may have.
Q. Well, I'm not aware of it and so that's why I was asking you, if you --
A. Yeah.

Q. I've heard it in this case, but I haven't seen it in any documents, and I was wondering if you had seen it in any documents?

A. I can't recall one way or the other.

Q. Okay.

Did I ask you -- I apologize if I asked you this already. So we talked about your graphic with the steering wheel and the degrees below it. What CAN channel -- what specific CAN channel does that come from, the degrees?

A. Sure.

So that is -- the way we map CAN is when we connect to a vehicle, we begin turning the steering wheel to see what channels are changing as a result of that.

Now, what message ID that is, I can't -- as I sit here right now I don't know. I can look in the data and figure out what message ID the steering wheel angle information is from. But that is a specific channel that we have found and -- and

determined to be associated with the steering wheel.

Q. Is it the same channel that the EDR data uses for its steering angle?

A. That's a good question.

As I sit here right now, I don't know. I would need to look at the -- the electrical architecture of the F-150 to determine what is being sent to the RCM to determine what steering wheel angle it -- it was receiving. And if that is on the same bus that I was recording.

Q. Okay.

And let me go back to the first question, because I'm not sure I -- I'm not sure I processed your answer.

So in terms of which channel you're using, did you say you could do something now to look it up and tell me which channel you're using?

A. There would be a way that I could go in and look at what CAN bus we were on, and then figure out what message ID that we were using off that bus, and then the

additional work would be to figure out if that same CAN bus is what is being hardwired to the restraints control module where that information is being written in a non-deployment or deployment event.

Q. Yeah.

But so my -- my question is really -- I know I did ask that second part, but my question is really just about the first part. Is there something you can look at at your computer right now and tell me which channel you were using?

A. Not quickly, no.

Q. How long would it take you?

A. I don't know. I haven't looked for that in a long time specifically.

Q. Has any court ever ruled that you were not qualified to testify as an expert for anything ever?

A. In terms of like a Daubert or a Frye hearing?

Q. Right. Some kind of a challenge where either your -- the court restricted your testimony in part or in full

and said, no, Mr. Harrington can't offer that opinion, though subsets of opinions, or he can't come testify at all?

A. My answer to that is there have been admissions, let's say, from a witness where I come in and, let's say, calculate a speed of a truck going X miles an hour and that's the main opinion I'm giving in the case, and then 30 days before trial now there's an admission of that speed by that person where my testimony has become redundant at that point or it's being admitted by the other side. So that comes to mind.

A police report that, let's say, I depended on for something in that police report that all of a sudden is not admissible at the time of trial, and I have an opinion that talks about that police report or something like that. So I've had those types of instances where my testimony has been -- has been limited based on those types of scenarios.

Q. All right.

I mean, the first one, it's hard for me to imagine a court order on the first one where all the parties agree your opinions are kind of not needed anymore, so nobody would really be questioning your methodologies or qualifications for that. That's what I'm talking about.

The second where you're relying an inadmissible testimony, that could be an issue with your methodology, which could result in you being stricken. And that's what I'm getting at, things like that.

So have you had Daubert challenges? Let's try it this way.

A. Ive had Daubert challenges, and I'm not aware of any limitations based on, let's say, testimony of the Daubert hearing of my opinions.

Q. You're not aware of any orders limiting or excluding your testimony under Daubert or Frye or similar motions; is that correct?

A. I'm thinking back to like five or ten years ago, when I was working at

another firm having to respond to Daubert motions and writing my -- I forget if it's an Affidavit or a Dec in support or something like that. I'm not aware of any decision where I've been able to defend myself or write one of those types of motions where the ruling has come back and said, hey, Harrington is -- is limited or fully excluded.

Q. You're not aware of any orders like that?

A. Not aware, no.

Q. Do you have any patents?

A. No.

Q. Have you ever published anything related to ACC with LCA?

A. I have not published anything on ACC, plus LCA. I've done testing on Ford Lane-Keeping Systems, but not Adaptive Cruise plus Lane Centering, so no.

Q. Okay.

Same. You've been employed by the manufacturer of an ACC with LCA system, correct?

A. No.

Q. You've never participated in the design of an ACC or LCA system, correct?

A. I have not.

Q. You've never participated in the design of a motor vehicle in deciding what ADAS systems to incorporate, correct?

A. I have not.

Q. You never personally designed an ACC with LCA system, correct?

A. No.

Q. And you've never personally participated in a technology migration plan for an auto manufacturer, correct?

A. I have not.

Q. Have you ever crashed a vehicle while testing ADAS features?

A. Yes.

Q. How many times?

A. Once with a live target.

Q. What's a live target?

A. So when I hear the word, have I ever crashed a vehicle, there's been, obviously, incidents where I've interacted

with a soft car, which is a collision, but with a target that's not live, and is designed to be impacted with low accelerations to the host vehicle. I've been involved directly in a collision with a live trailer where a vehicle I was driving struck the left -- right, rear corner of that trailer.

Q. Okay.

How many times have you been retained by Mr. Cheeley's law firm?

A. This was the first retention by the Cheeley Law Group.

Q. Are you involved with any other cases with them now? I'm not asking for any information about them but just to know how many -- how many cases do you currently have with the Cheeley Law Group?

A. I believe there's one other case.

Q. And what about Mr. Wooten's former law firm. Have you ever been retained by them?

A. I can think of one other case

by his former firm.

Q. And then what about Mr. Slavic, plaintiff's other counsel in this case. Have you ever been retained by Mr. Slavic or his law firms before?

A. I have.

Q. How many times?

A. My best estimate would be like a half dozen.

Q. Have you ever testified at trial where an ADAS feature was the subject of a lawsuit?

A. Yes.

Q. How many times?

A. I can't recall.

Q. It's going to be in your testimony list, and we went over that in pretty good detail?

A. Yeah. I can recall the Tesla Molander case, M-O-L-A-N-D-E-R.

Q. That's right.

A. And there was a criminal case involving a heavy truck collision mitigation system.

Q. And so your -- it's been three months since your last deposition roughly. I have not received an updated testimony list from you. Have you had other depositions or trial testimony between your last deposition and this case in this deposition?

A. I have.

Q. How many have you had?

A. Well, I had -- I'll work backwards -- a trial appearance in Ohio last Thursday.

Q. All right.

What was the name of that case?

A. Shank.

Q. Can you spell that?

A. S-H-A-N-K.

Q. Shank. Is that the first party; is that the plaintiff?

A. Yes, sir.

Q. Shank. And who is on the other side of the V?

A. I think it's DW Dickey & Sons.

Q. Okay. And --

A. And Hilltop Energy.

Q. What was that case about; what was your role, like concisely?

A. I reconstructed the collision and assisted the jury in the determination of liability.

Q. Okay.

That did not have anything to do with ADAS, correct?

A. It did not.

Q. All right.

What court was that pending in? Where in Ohio was that?

A. State Court, Jefferson County.

Q. All right. And keep going backwards?

A. I had a Daubert hearing in Federal Court in Washington State last Tuesday.

Q. What's the name of that case?

A. Burgess vs. DTNA.

Q. B-U-R-G-E-S-S?

A. Yes.

Q. Versus DTNA?

A. Daimler Truck North America.

Q. Got it.
And that was a Daubert hearing, so somebody was challenging your credentials and opinions and methodologies, et cetera?
A. Yes.
Q. Did you get -- has there been a ruling from that yet?
A. There was.
Q. And how did that go for you?
A. It was completely denied.
Q. All right.
So that was -- was that an ADAS case?
A. That was a heavy truck advanced driver assistant system case, yes.
Q. What features?
A. That was a failure to equip a 2022 Freightliner New Cascadia with Detroit Assurance 5.0, which included pedestrian automatic emergency braking.
Q. Okay.
All right. Trial, Daubert hearing. Anything else in the last three months?

A. Before that I had a deposition on a case called Hunter vs. DTNA.

Q. All right.

And where was that pending?

A. That is -- I know it's in Connecticut. State court in Connecticut. I don't know what county or venue in Connecticut.

Q. And what's, again, real concisely the issue in that case, your role?

A. Sure.

Similar to Burgess it's a failure to equip a Freightliner Cascadia with Detroit Assurance.

Q. The pedestrian automatic emergency braking?

A. No. This is for Collision Warning and Automatic Emergency Braking in a collision scenario with an overturned box truck.

Q. Okay. Any others in the last three months?

A. For both the Burgess case and Hunter case those were the second days of

testimony. I think Burgess was -- the first day I testified was late July, and then the second was last week. Hunter I was deposed the first day in mid-August, the second day was like two weeks ago.

And I do recall another deposition I think in early August. Man, I can't remember the name of the case.

Porter.

Q. Porter. And who is the defendant?

A. I think Sealy, the mattress company.

Q. Okay. Is it a product liability case?

A. No. It's not a -- a product liability case, but I am -- I'm -- I was -- I'm giving opinions on how the -- I believe it was a Bendix Wingman Fusion was operating on the truck at the time.

Q. Okay.

Where is this one pending, that case.

A. Georgia.

Q. Federal court or state court?
A. I believe State court.
Q. Is that the case you have with Mr. Cheeley's firm?
A. No.
Q. And that was a deposition?
A. Yes.
Q. Okay. Any others?
A. Those are all I can think of.
Q. Okay.
Well, still busy.
A. Yes.
Q. Yeah. I know.
Did you review the LCA FMEA in this case?
A. I did.
Q. Okay.
Is that mentioned anywhere in your second report, your July 1, 2025, report?
A. That would have been under the umbrella of the four discovery documents that I listed in Materials Reviewed.
Q. Right.

I guess what I meant is, I didn't see any opinions you were offering that were related to the LCA FMEA; is that fair?

A. I don't think in any of the sections of my report that I specifically called that out, but I'm just referring back to my report for a moment.

Q. Sure.

I think I word searched it and didn't see it, so...

\- - -

(Whereupon, witness referred to his computer.)

\- - -

THE WITNESS: I don't believe I've cited that directly in my supplemental report.

BY MR. RICHMAN:

Q. Right.

So fair to say you're not offering any opinions in your supplemental report related to the LCA FMEA, correct?

A. I don't have anything on the

LCA FMEA in my supplemental report.
Q. Okay.
We talked about the LDW and LKA, the Lane-Departure Warning and Lane-Keeping Systems, and that you're not offering any opinions about them in this case, correct?
A. No, I am not offering opinions.
Q. You did test them in this case though, correct?
A. I did.
Q. And you did not identify any defects in them with regard to your testing for this case, correct?
A. I did not.
Q. Did you consider driver error as a potential contributor to this crash?
MR. CHEELEY: Asked and answered.
THE WITNESS: I have already answered that question.
BY MR. RICHMAN:
Q. If you considered it? I think I asked you if you ruled it out. I'm asking

now if you considered it?

A. So here what I was asked to do is to conduct testing. I think that type of question is normally reserved for the reconstructionist, so I would defer to Mr. Buckner for that.

Q. But you've been an accident reconstructionist yourself for how long?

A. In the field for 18 years.

Q. So in the field for 18 years have you investigated single-vehicle, run-off-road crashes?

A. I have.

Q. Are you familiar with the databases with information on those crashes?

MR. CHEELEY: Object to the form.

THE WITNESS: I am generally aware of crash databases, yes.

BY MR. RICHMAN;

Q. Do you know what the databases say about what percentage of run-off-road, single-vehicle crashes are attributed to driver error?

MR. CHEELEY: Object to the form. It's not sorted for ADAS.

THE WITNESS: What I can say is I haven't come prepared to talk about those statistics, so I don't know.

BY MR. RICHMAN:

Q. Do you know when in your opinion the steering by Mr. Wooten took place in relation to Mr. Buckner's reconstruction?

A. Off the top of my head I think he had come to the conclusion that it was about a half second after lane departure, but that's the best I can give you.

Q. You're -- you're relying on Mr. Buckner for that or do you have an independent opinion from him?

A. I would definitely defer to Mr. Buckner for that opinion.

Q. Okay.

You don't have any opinion based on the data you've seen in this case whether Mr. Wooten had his hands on or off the steering wheel in the last five seconds before impact, correct?

A. My only opinion would be the steering that I think is about a half second after lane departure from Mr. Buckner is indicative of Mr. Wooten physically steering the vehicle based on my testing but that's it.

Q. But anything prior to that, no opinion?

A. There's no data that we currently have that can say one way or the other.

Q. Do you know how many pick-up trucks for model year 2021 had lane centering?

A. I was not asked to answer that question, and I don't know.

Q. Not something you looked into whether anybody other than the F-150 had a lane-centering feature?

A. That I don't know.

Q. Is a lateral motion controller responsible for path following for the features?

A. I would have to look at the

Ford discovery documents again, but the lateral motion controller is, I believe, outputting signals to the EPAS, that's E-P-A-S, to give it information to comport to the SPP. So based off the top of my head, I do believe it is.

Q. Okay.

And do you know how many variables are input into that controller for it to make its decision?

A. Off the top of my head, I think I recall seeing six.

Q. Is that kind of what we talked about before?

A. Yes.

Q. Okay.

I remember you mentioning six CAN channels. That's the same thing?

A. Yea. And, again, if we had a .dvc or A2L file to unlock certain things, we could certainly observe what signals are being sent to better answer that question.

Q. Do you how it is determined what, if any, torque is requested by the

EPAS?
A. So, again, generally speaking, the lateral motion controller is getting input through the camera and using those inputs and the software that has been programmed into it to make decisions and send the information to the EPAS, so that is my understanding from a 30,000-foot perspective as to how that system works.
Q. Okay.
But you agree it's not just one value that it's looking at; it's multiple values, right?
A. I think where we can agree is that there is more information other than, let's say, just lateral path offset. There's a heading delta as well, and there's other information that the lateral motion controller is using to make decisions, yes.
Q. Right. However many variables it is, right?
A. Correct.
Q. Okay.
Are your opinions finalized in

this case based on all the information you have to date?

MR. CHEELEY: Objection.

Subject to the Court's ruling on the NHTSA documents that he hasn't reviewed yet, he can answer. I want him to review them.

MR. RICHMAN: Yeah. The Court has said he can't. If the Court changes its mind --

BY MR. RICHMAN:

Q. I mean, I can't predict the future but at least as of today with the information that you have seen and that is available to you are your opinions finalized?

A. Mr. Cheeley has not, other than what he just put on the record, asked me to do anything else. I've certainly given you my impressions of Mr. Pasquarella's testing, so I have not prepared or issued any other reports that you don't currently have.

Q. All right.

And you're not intending to do any additional work at this time other than,

if the Court changes its mind, I guess, as Mr. Cheeley is hoping, then you might do additional work. But as of today you're not, correct?

A. As of today I don't have any plans to do additional work.

Q. And have you told me about all of your opinions in this case and all your bases for them that you intend to render to a jury at trial?

A. I have.

Q. Okay.

All right. Let's take five minutes. I want to make sure I don't have any other questions, but I may be done.

VIDEO TECHNICIAN: The time is now 3:38. We are going off the video record.

\- - -

(Whereupon, a recess was taken from 3:38 p.m. until 3:47 p.m.)

\- - -

VIDEO TECHNICIAN: The time is now 3:47. We are back on the video

record.

\- - -

EXAMINATION

\- - -

BY MR. CHEELEY:

Q. All right, Shawn. I've got just a few questions for you.

You tested the two F-150s, both 2021 models, correct?

A. Yes.

Q. In Monroe C0unty on I-475 and at Exit 15; is that fair to say?

A. Yes.

Q. Did you use -- on both of the test vehicles did you use Lane Centering and Adaptive Cruise Control while driving on I-475?

MR. RICHMAN: Objection to form.

THE WITNESS: Yes. There was Lane Centering and Adaptive Cruise Control being utilized.

BY MR. CHEELEY:

Q. Did the truck stay in its lane, when it was in Lane-Centering Assist and

Adaptive Cruise Control how many miles would you say leading up to Exit 15?

MR. RICHMAN: Objection to form.

THE WITNESS: So the black truck had the ability for, I believe it was 15 miles that we had evaluated. And then the silver truck from I want to say three or four miles up to the -- where the three lanes turn into two through lanes, and one with -- that turns into Exit 15.

BY MR. CHEELEY:

Q. And did you -- did you have any problem or did the trucks, either one of them, have any problem staying in their lanes as it went around that curve where the big sign is over the interstate indicating Exit 15 is just ahead?

MR. RICHMAN: Objection to form.

THE WITNESS: So if you're referring to the right curve prior to the straight away prior then to the split point --

BY MR. RICHMAN:

Q. That's correct?

A. Then both trucks were able to, using lane centering, stay in their lane through that initial right curve before the straight away.

Q. Okay.

And when did the -- did the two trucks behave similarly, when they got to the point where that right-hand lane diverged away from the two through lanes for I-475? Did you see any material difference in the way the two trucks -- the black truck or the silver truck behaved, one with BlueCruise, as they say, and one with LCA Proud Package and ACC?

MR. RICHMAN: Objection to form.

THE WITNESS: Both trucks demonstrated an inability to navigate that split to Exit 15. So both trucks had I continued and without driver intervention would have driven through the left lane line.

BY MR. CHEELEY:

Q. And would both trucks have hit

the exit sign as Barry Wooten's truck did?

MR. RICHMAN: Objection to form.

THE WITNESS: Had I not intervened, yes, the trucks would have in my opinion continued to have gone straight similar to what we saw with Mr. Pasquarella towards that sign.

BY MR. CHEELEY:

Q. Are both trucks -- did you drive both trucks at 77 miles per hour manually on that exit to see if they would stay in the lane on Exit 15 without LCA engaged -- or ACC engaged?

A. Well, I certainly have at 77 miles an hour manually driven the trucks. Obviously, the result of the testing I'm able to steer and at 77 stay on the pavement and exit the lane of -- the split.

BY MR. RICHMAN:

Q. So what is it in your professional opinion that causes the -- either truck, the black one or the silver one, not to be able to follow the right-hand lane as it approaches Exit 15 --

MR. RICHMAN: Objection.
BY MR. CHEELEY:
Q. -- and instead want to go either to the left or straight into the door?
MR. RICHMAN: Objection to form.
THE WITNESS: Well, like I told --
BY MR. CHEELEY:
Q. Mr. Richman?
A. Mr. Richman, the system is confused at the splint point. So to me you are seeing evidence of confusion.
In the data that I produced in the supplemental report we went through in my initial deposition with Mr. Richman some data that's showing that, hey, the curve path is actually to the left here. So it's my opinion that the system is confused at this split point as to which SPP it needs to calculate and, ultimately, ends up, as we see in Mr. Pasquarella's testing, crossing the left lane line heading towards the area of the exit sign.
Q. Let me ask you.

Did you review the deposition of Mr. Nath from Ford?
A. Yes.
Q. And I want to show you a page from his deposition. This is page 179 where he was asked this question.
"Q. How far away from a curve does the forward-facing camera have to be to determine that the radius of curvature is too severe for the LCC or the ACC with LCA engaged to safely navigate the curvature?
A. Just from the camera the determination is, again, like from a mathematical perspective that determination can be made. But just the math doesn't help to put things on the road, when we're talking about thousands and thousands of vehicles. So just based on camera that determination of upcoming curvature is not that reliable. It's not robust enough for to us determine the upcoming curvature irrespective of the

range, irrespective of the distance. If you are very close, maybe, say like on the right-hand side picture. If you are already in the curve, camera may be okay. But a vision sensor on a bright, sunny or a bright nice day with benign conditions on a straight road it may go up to 80 meters, but there's a lot of noise factors that affect cameras. So we have to really look very carefully at what information from the camera can be used in a reliable and robust manner to do a certain functionality."

Do you remember reading that in Mr. Nath's deposition

MR. RICHMAN: Objection. Just Objection to the form.

I haven't seen the testimony. I don't know if what you read was accurate or not. I mean, you read --

MR. CHEELEY: Well, I read -- as an officer --

MR. RICHMAN: I'm not saying you

got it wrong. I don't -- maybe you made a mistake on it. I don't have a copy of it to follow along.

But did you give a page and line number --

MR. CHEELEY: Yes.

MR. RICHMAN: -- from beginning to end?

MR. CHEELEY: Yeah.

MR. RICHMAN: Because then that will be -- the record will be whatever it will be and that's fine.

MR. CHEELEY: The page, again, is page 179. And the question that I read from is -- starts at line 2 all the way through line 25.

MR. RICHMAN: Okay.

And I'll just -- I'll just -- I'll just object, because I don't have it to follow along, and I don't know if that's his complete testimony or if there was more before or after that, but go ahead and ask your question.

BY MR. CHEELEY:

Q. So if the camera can see 80 meters ahead on a clear day, should a well-designed system of LCA and ACC be able to follow a curvature in your opinion?

MR. RICHMAN: Objection to form.

BY MR. CHEELEY:

Q. At this exit?

MR. RICHMAN: Same objection.

THE WITNESS: So 80 meters is about 250 feet, and at 77 miles an hour you're looking at 110-ish feet per second. We'll use some round, squishy math and say that's about two seconds of vision for a camera.

So, again, I haven't done a specific analysis of that, but it seems like the limitations of the camera here are that -- the limitation of the range of the camera is coming into play with respect to that speed.

BY MR. CHEELEY:

Q. And in your testing of both the black Ford and the silver Ford, did both of those trucks fail to recognize the curvature

to the road in your opinion at Exit 15?

MR. RICHMAN: Objection to form.

THE WITNESS: I can say that based on the result of my testing that, yes, there's -- there is -- in the second round of tests the CAN data that we can see, and then in the first round of tests the -- the late steering with respect to the right curve in the roadway are consistent with that.

BY MR. CHEELEY:

Q. I want to show you one document, the final sign-off by Ford of the system.

MR. CHEELEY: And I'm going to send this to you, Mr. Richman --

MR. RICHMAN: Oh, okay.

MR. CHEELEY: So you can see it.

MR. RICHMAN: Sure. Thank you.

BY MR. CHEELEY:

Q. Shawn, do you want me to just show you my camera -- or screen?

A. Yeah.

MR. RICHMAN: What are you -- I don't have the --

MR. CHEELEY: I'm sending it to you right now.

MR. RICHMAN: Okay. It's going to take a second to get here.

MR. CHEELEY: I just sent it.

MR. RICHMAN: Okay.

(Pause.)

MR. CHEELEY: Have you received it?

MR. RICHMAN: Not yet.

MR. CHEELEY: It says it went out.

MR. RICHMAN: Okay.

I mean, how big is the attachment, do you know?

MR. CHEELEY: Just one.

MR. RICHMAN: Not all, but I mean how big is it?

MR. CHEELEY: It's just one spreadsheet, like one page.

MR. RICHMAN: All right. Yeah.

All right. If it's just one

spreadsheet, it should come soon enough.

(Pause.)

MR. CHEELEY: Ain't showing up still?

MR. RICHMAN: I don't have it yet.

Did you send it to the right e-mail?

MR. CHEELEY: I'm sure I did.

MR. RICHMAN: Oh, I got it. Okay. Hold on one second. Let me open it.

Okay.

MR. CHEELEY: Got it?

MR. RICHMAN: Yeah.

BY MR. CHEELEY:

Q. I've highlighted some in yellow that I wanted to have you look at.

So, Shawn, can you take a look at the ones that I've highlighted in yellow starting here with, Merge and Split Point Direction.

And read those into the record,

please?

MR. RICHMAN: And I just -- I'm going to object to this document, because I don't know what it is.

This is a -- where did this come from? Is this a Ford-generated document?

MR. CHEELEY: It's a Ford document, yeah.

MR. RICHMAN: That we produced in discovery?

MR. CHEELEY: Yeah. I've got the Bates number on there. It's 0014 -- 1143.

MR. RICHMAN: I don't see -- it doesn't have any markings on it. It doesn't say produced in discovery. It doesn't have a Bates number.

MR. CHEELEY: Okay. Well, it's --

MR. RICHMAN: It doesn't say produced by Ford.

MR. CHEELEY: Well, it's -- I'll represent to you it is a document we

got from Ford.
MR. RICHMAN: But any document from Ford should say produced by Ford on it.
MR. CHEELEY: Well --
MR. RICHMAN: Is this confidential?
MR. CHEELEY: I had to have somebody in my office print it and e-mail it to me, so I guess the Bates number got deleted off the bottom.
MR. RICHMAN: And -- and possibly the confidential designation. So is this a confidential document?
MR. CHEELEY: Yeah. Y'all pro -- y'all labeled everything confidential that you gave to us.
MR. RICHMAN: Aside from that offhand comment, I don't know if this is a confidential document. But if it has been reproduced and had the confidential markings removed, that is a violation of the Protective Order in the case.

MR. CHEELEY: No. We haven't removed any markings.

MR. RICHMAN: Well, there's no markings at all on this document.

MR. CHEELEY: Okay. I'll substitute the -- I'll substitute the original one.

MR. RICHMAN: So --

MR. CHEELEY: I just wanted him to --

MR. RICHMAN: Okay. Let me make my objection.

I object to the use of this document. It seems to be an altered Ford document that has had the Bates label removed. Ford's production removed and the confidential markings removed. And I'll go ahead and designate this entire deposition confidential pursuant to the Protective Order.

MR. CHEELEY: That's fine.

MR. RICHMAN: But I object to this document, and I'm going to ask

that this document not be submitted anywhere, because it, again, seems to be a violation of the Protective Order.

BY MR. CHEELEY:

Q. I'll mark this as Plaintiff's Exhibit 1 to your deposition, and we'll substitute in the one that's been marked by Ford as the confidential document produced by Ford.

So just I wanted to ask you specifically. You see where it's -- this is -- in the category over here on the left it says, Merge and Split Point Detection. And then over in -- a few columns over under Results/Comments, it says:

"Test case results are approved despite the failed test steps because current accuracy has no negative affect on the customer experience. No feature uses the merge and split point exact coordinates for DAT202."

And that was 7/6 of 2020.

So if a test result of a test

had a merge and split point detection, is that -- is that what you believe applies here at an exit such as Exit 15, a merge and split point?

MR. CHEELEY: Objection to form.

THE WITNESS: The third lane has been a through lane for about 15 miles, does split from the two through lanes to its left and become an exit lane, yes.

BY MR. CHEELEY:

Q. All right.

And they indicate that it failed, correct?

A. That's what this document is reporting.

Q. Could that explain in your opinion why the truck that you tested didn't want to go to the right --

MR. RICHMAN: Objection to form.

MR. CHEELEY: -- at the exit.

MR. RICHMAN: Objection to form.

THE WITNESS: There -- like I said, the system is confused at that

point. Why specifically it is confused, there's evidence that the path is straight that in some instances the path wants to go to the left. So this would be a document that shows that -- let me see here -- that there have been issues with merge and split points before.

BY MR. CHEELEY:

Q. Okay.

And then skipping three lines down it says, "Motorway Exit and Entrance Ramps".

And then under the result section it says, failed, no impact. Signal not used in DAT 201. And that was August 3, 2020.

Is the motor way exit and entrance ramp what we're talking about here?

A. There is a --

MR. RICHMAN: Just objection to form.

Go ahead.

THE WITNESS: There is a split

point where that third lane does turn into an exit, yes.

BY MR. CHEELEY:

Q. And so the vehicle failed in Ford's testing. Is that what this document shows?

MR. RICHMAN: Objection to form.

THE WITNESS: That's what the word -- yeah, that's what they are reporting. Failed.

BY MR. CHEELEY:

Q. And it says, Signal not used.

What does that Signal not used in DAT201 mean to you as an engineer?

A. Other than what it says, I'm -- I'm not quite sure what that means.

Q. So does that mean they just maybe didn't activate the signal going forward?

MR. RICHMAN: Objection to form.

THE WITNESS: Could I see the headers, please?

Title, Results, Comments.

Okay. Please go back down.

So the Title is Motorway Exit and Entrance Ramp. The Results comments are that -- and can you scroll over?

That WI35336 -- and can you go up top, please?

ID. So that ID, that is the result in the comment that signal not utilized in DAT201.

And other than simply reading it right now that's my only interpretation of it.

BY MR. CHEELEY:

Q. Well -- and then motorway -- the next one down.

Motorway Exit and Entrance Ramp Performance. And, again, that was done on July 17, 2020. And it says, Motorway exit signal not used during DAT2.0 project.

Did I read that correctly?

A. Yes.

And this could tie back to what we were talking about earlier about the OLD, the Outer Lane Detection that I was thinking

about. So that could potentially relate to the development of that capability of the -- of the software.

Q. Well, in any of the -- the question was asked of you by Mr. Richman about some owner's manual references.

Anywhere in the owner's manual did Ford tell the consumer that these -- their testing had revealed that there were failures at exit ramps for merge and split point detection and motorway exit and entrance ramps?

MR. RICHMAN: Objection to form.

THE WITNESS: I don't recall any of that specific language in the owner's manual.

BY MR. CHEELEY:

Q. If it was failing, would you expect a reasonable automobile manufacturer to tell the consumer not to use it at exits?

MR. RICHMAN: Objection to form.

BY MR. RICHMAN:

Q. So they don't have to learn the hard way, like Barry Wooten?

MR. RICHMAN: Objection to form.
THE WITNESS: If there was a specific limitation and, again, I think we had discussed this earlier about the system, I'm more in favor of providing that specific type of information to the consumer than omitting it.
BY MR. CHEELEY:
Q. Are there able -- is Ford capable of giving advance warnings prior to getting to that point where the lane diverges from the interstate so that the driver has time to react in your opinion?
MR. RICHMAN: Objection to form.
BY MR. CHEELEY:
Q. Five seconds further down the road, ten seconds further down the road or through geofencing?
MR. RICHMAN: Objection to form. This was already covered in his deposition.
MR. CHEELEY: Go ahead.
THE WITNESS: So with respect to

the human factors, obviously, that's Ms. Gill.

BY MR. CHEELEY:

Q. Yup.

A. My opinion and what I wrote in my original report is that, if there's a limitation of the performance of the system with respect to, let's say, a torque limiter, then an alternative option would be to warn further up stream to the driver that, hey, this is a scenario that this truck can't handle.

Q. And were you present at the hearing back in February of this year, when the Court asked counsel for Ford to state on the record whether Ford could have given an earlier warning and the answer of Mr. Richman was, yes, we could have?

MR. RICHMAN: Objection to form.

BY MR. CHEELEY:

Q. Did you hear him say that?

A. I do recall that.

Q. And that's an admission in judicio.

Do you understand that?

MR. RICHMAN: Objection to form.

BY MR. CHEELEY:

Q. Like judge Treadwell noted.

MR. RICHMAN: Objection to form.

THE WITNESS: The Latin or whatever that is, is foreign to me, but I do understand from an engineer's perspective what the admissions mean.

MR. CHEELEY: All right. That's all I have.

MR. RICHMAN: I have a couple of follow-up.

- - -

EXAMINATION

- - -

BY MR. RICHMAN:

Q. Have you ever seen this document that's been marked by -- as Plaintiff's Exhibit 1 before?

A. This, I believe, was produced in the springtime along with a lot of other documents. Do I have a specific recollection of it, as I sit here now I don't have a

specific recollection of it, but I do recall reviewing a lot of documents at that time.

Q. It's not discussed anywhere in either of your reports, correct?

A. This document is not.

Q. Do you know if these things that Mr. Cheeley has just asked you about merge split points and motorway exits, do you know if that is referring to the ACC with LCA feature designed by Aptiv and that was in use by Mr. Wooten at the time or if this is referring to BlueCruise?

A. What this document is specifically referring to and the -- the system that is being tested, as I sit here right now, I don't know.

Q. And this idea of warning earlier, I'm pretty sure you told me that, although you do say in general you think Ford should have warned earlier, if the vehicle wasn't going to be able to take the ramp, you also told me you haven't done any type of engineering analysis into that as to the pros and cons and what would be involved in

providing an earlier warning, correct?
A. I was with you until pros and cons. And, obviously -- and I think I had stated this earlier that to me, an earlier warning can't be -- like, that to me is a good thing. So I am pro earlier warning.
With respect to your engineering analysis that was conducted by me with respect to technically how that could be implemented here, I have not done that.
Q. Does this vehicle have any way to know five seconds before Mr. Wooten is getting to the merge split point of the exit that he does not intend to brake or steer the vehicle to navigate the exit?
A. The vehicle can't predict what the driver is going to do at that five-second point. I -- I would agree it doesn't know.
Q. Right.
And do you know at what point -- have you reached an opinion, is there anywhere in your report at what point in time the vehicle should realize, hey, Mr. Wooten is not braking or steering like he's supposed

to do?

A. There's nothing in my report that addresses that specific question.

I guess -- and, again, I've put language -- this language into my reports, which is, if the system knows earlier than the warnings I was seeing, the warnings Mr. Pasquarella was seeing, which are less than a second before lane departure that, hey, if we continue on at this trajectory -- or not trajectory, but in this lane at this speed, that this eye, the system, can't handle that, what I've written is that, warn further upstream. I'll leave the cadence, the timing to other experts.

Q. Okay.

And do you agree with me as an ADAS expert that for ADAS technology the farther ahead it's trying to look, the farther ahead it's trying to make a decision, the less reliable that information is than versus up closer information?

MR. CHEELEY: Object to the form.

THE WITNESS: That I haven't come prepared to talk about.

What I can say is my testing of the Tesla 2018 hardware shows that cameras on that Tesla are able to perceive that lane or the system of the Tesla is able to perceive this specific right lane to be able to slow to exit without any driver intervention. That's the best way that I can describe it.

BY MR. RICHMAN:

Q. Right.

That Tesla is designed to do that. It's designed to automatically slow itself before the lane -- before the exit?

A. So what I'm hearing is -- and maybe I am not interpreting this correctly -- but, hey, we've got a limitation of a camera and, therefore, we can't make decisions on this Ford based off of 80-meter camera or whatever the vision of that camera is.

What I'm saying is that I've tested a vehicle that's older than that with

older hardware. And to your point that system will brake in advance, that the Ford in the LCA and ACC underneath that umbrella does not, right, so there's a difference there. But 2018 hardware is able to look at this curve and say, at this speed I'm going too fast, and I'm going to brake. That's the -- that's the most information I have.

Q. 2018 hardware running 2024 software?

A. Definitely agree with you there. But the hardware -- so the -- the range of that camera, the specs of that camera that are from 2018, compared to what Mr. Nath was saying in his deposition, like those are fixed ranges in terms if what -- what those cameras are able to respectively see.

Q. Sure.

But it's not just about seeing; it's about knowledge.

Again -- yeah. That's fine.

No more questions. We don't need to debate it.

MR. CHEELEY: All right.

VIDEO TECHNICIAN: The time is now 4:16. Going off the video record.

- - -

(Witness excused.)

- - -

(Deposition concluded at 4:16 p.m.)

C E R T I F I C A T E

I, Karen M. Bilger, a Notary Public, do hereby certify that the foregoing deposition of [NAME OF WITNESS]was taken before me, pursuant to notice, at the time and place indicated; that said deponent was by me duly sworn to tell the truth, the whole truth, and nothing but the truth; that the testimony of said deponent was correctly recorded in machine shorthand by me and thereafter transcribed under my supervision with computer-aided transcription; that the deposition is a true record of the testimony given by the witness; and that I am neither of counsel nor kin to any party in said action, nor interested in the outcome thereof.

WITNESS my hand and official seal this 6th day of October, 2025.



Karen M. Bilger, Court Reporter
Notary Public

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it.

You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you. If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

SHAWN F. HARRINGTON - CONFIDENTIAL309

E R R A T A

Job No. CS7568831 - - - - -

PAGE LINE CHANGE

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Reason for Change:

____________________________________

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Reason for Change:

____________________________________

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Reason for Change:

____________________________________

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Reason for Change:

____________________________________

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Reason for Change:

___________________________________

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Reason for Change:

___________________________________

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Reason for Change:

___________________________________

ACKNOWLEDGMENT OF DEPONENT

I, ______________________, do hereby certify that I have read the foregoing pages __ to ___ and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

__________ ________________________

DATE SIGNATURE

Subscribed and sworn to before me this

____________ day of ______________, 2025.

My commission expires:

_________________

____________________________

Notary Public

Shawn F. Harringtton
sharrington@forensicrock.com

October 7, 2025

RE: Wooten, Beverly, Et Al. v. Ford Motor Company, Et Al.
10/1/2025, Shawn F. Harrington (#7568831)

The above-referenced transcript is available for review.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.

The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney. Copies should be sent to all counsel, and to Veritext at erratas-cs@veritext.com

Return completed errata within 30 days from receipt of testimony.

If the witness fails to do so within the time allotted, the transcript may be used as if signed.

Yours,
Veritext Legal Solutions

**&**

**&** 2:8 262:22

**0**

**0** 139:16 204:6
**0.54** 148:23
**000** 122:13 123:2
**00001** 110:21
**0000346** 1:6 5:10
**0014** 289:13
**0kay** 204:12

**1**

**1** 1:1,14 3:15 3:18,21 5:4,4 121:17 122:21 123:7,8,14,18 124:5,7,8 172:22 267:19 292:7 300:20
**1.5.** 252:7
**1.7** 88:21 176:12
**10,000** 250:8
**10/1/2025** 311:5
**100** 46:22 189:9
**1018** 307:16
**103619** 221:7
**105129** 221:8
**10:15** 64:1,5
**10:27** 64:5,8
**10:28** 65:11
**10:31** 65:18
**10:33** 110:4
**110** 285:11
**111** 2:10
**1143** 289:14
**115** 190:4,5 203:9
**119** 3:15
**11:00** 142:16
**11:27** 113:5,9
**11:48** 113:9,12
**12** 115:20,24
**1200** 2:11
**1233001** 220:23
**1248001** 220:24
**12:32** 155:3,7
**12:33** 154:24
**13** 115:20 116:7
**13300001** 111:9
**135** 204:15
**1358** 234:16
**13580001** 132:15 192:20
**13:30:26** 111:11
**14** 102:18
**140233** 134:2
**140234.04** 204:22
**1410** 117:22 234:18
**1410001** 232:22
**1423** 117:22
**14:02:32** 132:19 133:15
**14:02:34** 204:19
**14s** 117:24
**15** 14:19 48:17 83:16 152:5 221:1 226:17 277:12 278:2,6 278:11,18 279:19 280:12 280:24 286:1 293:3,8
**150** 20:2 30:11 47:19 55:7 69:23 89:17 90:2,2,12,17 91:10,13,23 92:13 98:24 104:4,7,11 109:17,20,24 119:11 132:6 141:7 232:23 232:24 238:1,6 238:16 243:23 245:20 252:4,9 252:13 254:8 272:18
**1500** 244:12,14
**150s** 95:6 109:3 109:7 216:16 277:8
**16** 58:8,14 60:8 101:15 161:13 161:13
**162** 68:19
**169** 69:13
**16th** 99:22 100:23 101:16 102:8,17
**17** 296:18
**172** 3:16
**179** 282:5 284:14
**17th** 99:24 100:8 101:3,18 101:21,23 102:20 103:9 104:16 109:23 110:8,9 237:18 238:2
**18** 94:22 181:10 270:9 270:10
**18th** 101:22 102:1
**19.5** 100:22
**190** 234:8
**19000001** 234:21
**1901** 117:13,14
**1:15** 155:7,10

**2**

**2** 23:15,18 24:2 24:7,9 28:7,8 28:20 29:2,16 29:19,23 31:19 32:2 56:7,10 57:2,13 58:3 64:9 82:16 83:3 122:21 123:1 124:4,7 124:19 160:12 181:10,11 284:15
**2.0** 69:23 91:2 92:13
**2.3** 206:17 207:11
**2.8** 205:12,14
**20** 72:11 74:23 75:15 76:16 116:4 130:2,6 151:5
**200** 2:4 32:20 33:4 189:10
**201** 294:16
**2018** 12:4 13:24 246:22 304:4 305:5,9 305:14
**2020** 292:23 294:17 296:18
**2021** 32:6,15 33:6 47:19 55:5 69:22 224:16,19 238:16 245:12 272:13 277:9
**2022** 264:18
**2023** 93:20 94:8,10
**2024** 94:22 120:13 181:10 225:2 305:9
**2025** 1:14 5:4 21:12 32:7,16 89:18 95:19 96:19 120:15 132:5 138:22 160:12 172:22 177:1 218:4,6 267:19 307:12 310:18 311:3
**229-436-1545** 2:18
**23,060** 115:6,18
**23,073** 115:20 118:20
**23,161** 118:21
**2320** 2:17
**24** 94:15,17,19 117:23
**25** 142:3 284:16
**250** 285:10
**2500** 2:4
**27** 148:12
**277** 3:6
**28** 111:5
**292** 3:18
**2:29** 225:22 226:2
**2:41** 226:2,5

**3**

**3** 11:16 12:5 13:8,18 14:8 16:3 30:6 31:8 45:6 67:8,11 67:18 113:13 121:17 123:18 139:16 246:19 246:21,22 247:6 251:17 294:16
**3's** 13:24
**3.5** 167:6
**3.7** 206:19 207:12
**3.7.** 206:16
**30** 25:3 94:8,10 141:24 142:16 249:13 256:9 308:15 311:16
**30,000** 143:18 274:8
**300** 3:5
**30009** 2:5
**30308** 2:17
**32.04.** 204:23
**32801** 2:11
**34.04.** 204:24
**35** 152:5 157:20
**360** 91:2
**37** 48:8 52:21
**38** 58:8
**3:00** 117:15 118:14 119:14
**3:38** 276:17,21
**3:47** 276:21,24
**3:51** 204:18
**3:55** 233:1
**3i** 178:21,23 179:1,3,9,9

**4**

**4** 114:23 121:17 138:23 155:11 176:23 177:11 178:21 178:22 179:9 179:12,16,22 180:2 251:17
**4.2** 205:23 206:8,14,15
**400** 1:19
**407-246-1800** 2:12
**41** 1:18
**45** 144:9 215:5
**455,000** 248:6 249:6

**475** 96:21 226:16 277:11 277:17 279:10
**4907** 148:23 150:2
**4s** 180:3

**5**

**5** 3:5 121:17 142:2 223:18 226:5 236:4
**5,000** 217:14
**5.0** 264:19
**50** 205:6
**50,000** 217:5
**54** 172:20 173:1
**5:23** 1:6 5:10

**6**

**6** 3:14 75:23
**600** 2:16
**6th** 100:8 307:12

**7**

**7** 3:15 119:19 130:9 311:3
**7/14/25** 102:7
**7/6** 292:23
**70** 66:5
**75** 3:14 226:16
**7568831** 311:5
**76** 63:20 64:13
**77** 65:23,24 84:16 95:11 125:24 126:12 127:8 128:16 170:4 171:4 229:13 231:12 235:8,10 238:18 239:3 280:10,14,17 285:10
**770-758-6581** 2:5

**8**

**8** 3:16 80:3 105:17 126:2 172:22 173:1 181:9 204:15
**80** 283:8 285:1 285:9 304:21
**800001** 204:6
**81** 66:22
**88** 118:21,22

**9**

**9** 48:9,17,21 52:21
**93** 148:3,11
**9:58** 115:6,18 116:14

**a**

**a.m.** 1:20 5:3 64:5,5 113:9,9 115:6,18,20 116:14,15
**a2l** 159:14 172:6,12 273:20
**ability** 52:16 76:16 139:3 152:18 155:19 156:5,10 173:5 176:24 177:12 178:22 179:1 186:3 220:13 278:5
**able** 13:15 19:4 22:2,23 23:6,6 29:9 34:7 38:20 39:12 40:20 42:14 46:13 60:4 67:24 78:10 83:19 84:15 92:12 106:12 113:17 114:14 114:23 122:14 127:8 133:10 133:10 156:9 160:10 164:8 169:16 172:16 172:18 173:11 173:24 177:3 179:5 188:9 198:16 202:10 204:22 223:22 224:1,12 235:7 235:9,16 236:11,19 238:17 239:7 239:19,20 240:1,19,22 258:5 279:2 280:16,23 285:3 298:10 301:21 304:5,7 304:8 305:5,17
**above** 85:13 311:6
**absolutely** 170:20 199:12 200:13 202:18 207:23
**acc** 22:7,18 25:24 28:24 33:16 34:6,21 41:20 42:7,22 43:12 49:14 56:7 58:11 71:4 72:13,23 73:3,21 74:6 79:1 84:9,16 85:3,4 86:16 86:23 90:3 91:11 92:1,19 95:10 105:14 105:16 126:1,2 126:11 127:1 157:21 198:8 207:6,10,21 208:12,16 226:9 228:14

228:16 229:13 238:13,16 242:22 245:13 247:15 252:1 252:14 258:16 258:18,23 259:3,10 279:15 280:13 282:11 285:3 301:9 305:3
**accel** 236:3
**acceleration** 85:6,12 236:2 236:7 240:5 242:21
**accelerations** 107:17 235:18 235:23 260:4
**accelerator** 46:17,21 179:4
**access** 114:9 159:16
**accident** 9:20 22:3 60:12 80:7 270:7
**accidentally** 112:22
**accomplish** 53:14
**accomplishing** 53:16
**accuracy** 292:19 311:9
**accurate** 283:21 308:18
**accurately** 21:1
**acknowledg...** 310:2 311:12
**acquired** 91:5
**acquisition** 97:23 138:23 177:11 180:6
**action** 223:18 307:10
**activate** 79:6 79:21 295:18
**activated** 227:17
**active** 43:9 69:23 92:13
**actual** 11:21 47:14 89:5 135:22 161:7
**actually** 8:12 19:18 73:7 88:6 89:3 99:23 116:23 121:19 122:13 132:6 134:17 135:9 138:7 139:18 141:18 147:21 163:8 163:14 192:6 194:13 198:4 214:11 224:8 242:6 245:13 281:17
**adaptive** 126:11 128:15 170:4 258:19 277:16,20 278:1
**adas** 23:15 29:23 31:19 32:2,6,15,18 33:5 47:7 49:4 81:3,5,9,13 259:7,17 261:11 263:8 264:12 271:2 303:18,18
**add** 248:11,11
**addition** 7:15 115:1 118:19 179:13 210:6
**additional** 7:6 7:9,11 21:22 36:4 91:21 110:20 172:3 255:1 275:24 276:3,6
**addresses** 303:3
**adjust** 133:10
**administrator** 1:5
**admissible** 256:18
**admission** 256:10 299:23
**admissions** 256:5 300:9
**admitted** 256:13
**advance** 49:2 298:11 305:2
**advanced** 264:14
**adverse** 127:16
**affect** 52:15 127:18 128:3 283:10 292:20
**affidavit** 3:14 60:23 61:10 72:1,12 74:20 74:24 75:15 258:3
**affiliations** 5:17
**afield** 28:14
**afternoon** 117:16 118:14 119:14 237:24
**agencies** 47:10
**ago** 179:21 257:24 266:5
**agree** 17:8 28:2 28:5,16,19 31:7,17 32:23 33:23 35:3 42:8 43:3 51:8 54:8,8 56:6,15 58:2 59:18,23 60:6 63:3 68:6

76:9,19 85:19 104:21 108:3 115:12 145:8 145:10 164:5 164:21 165:22 170:7 171:10 181:18 184:21 195:10 202:3 202:20 225:17 226:9,14 230:4 243:8 257:3 274:11,14 302:18 303:17 305:11
**agreed** 86:9 162:17
**agreeing** 29:14
**agreement** 175:3 211:21 249:23
**ah** 63:23 75:5 94:7 225:12
**aha** 227:5
**ahead** 31:24 49:10 63:19 143:10 158:8 158:18 166:23 172:22 174:13 200:22 222:2 237:23 278:18 284:23 285:2 291:18 294:23 298:23 303:19 303:20
**aid** 179:7
**aided** 307:8
**ain't** 288:4
**airbag** 199:6
**al** 5:8 311:4,4
**alert** 47:14 79:6 80:3 105:17 107:13 126:2 179:7
**algorithm** 73:17 83:5
**algorithms** 73:14 74:16
**alignment** 146:5
**allegation** 20:17
**allegations** 19:24
**alleged** 20:7 47:18 48:4 242:17
**allotted** 311:19
**allow** 171:3 239:3,15
**allowed** 196:19
**alpharetta** 2:5
**altered** 291:14
**alternating** 145:18
**alternative** 49:1 299:9
**america** 2:16 263:24
**amount** 67:17 67:23 68:7 104:17 138:17 146:24 239:1,4 239:5 240:3,18 240:19
**amounts** 240:8
**analysis** 15:23 22:17 24:6 47:7 53:6,10 54:17,21 86:10 87:13 147:3 148:12,17 183:9 196:10 206:22 231:6 285:16 301:23 302:8
**analyze** 169:16 172:19 173:5 181:17 182:20 191:9 222:6
**analyzed** 23:15 54:15 137:24 138:1 140:19 173:2 242:17
**analyzing** 24:2 187:13
**angle** 36:10,13 36:17,19,21,24 37:11,18 39:9 39:10,13 40:9 42:11 46:17 136:5,10 141:11 160:22 160:23 163:19 194:21 195:8 195:12 199:10 199:13,14 200:3,5 202:17 203:1 206:7,14 208:10 212:18 212:20,23 213:3 240:15 253:22 254:4 254:10
**angles** 35:18,24 37:7 40:1 42:4 42:18,24 43:5 43:10 46:11,14 84:6 133:20 134:3,21 135:4 161:1 162:19 163:7,15 188:18
**announcing** 94:8
**answer** 4:3 7:5 13:11,19 14:3 21:23 27:9 28:15 30:7,13 31:13 33:11 39:8 40:2,5 42:5 49:16 51:6 55:8 59:6 67:21 76:12 112:16 127:24 129:24 150:24 166:24 177:9

186:13 188:9 194:3,16 199:24 200:7 200:14 208:7 211:24 212:24 213:7 218:17 227:15 235:16 237:10 239:9 249:1 251:9,22 252:12 254:16 256:4 272:15 273:22 275:6 299:17
**answered** 68:13 71:19 159:19,21 177:6 193:23 214:16 269:19 269:21
**answering** 11:9 17:5 184:14
**answers** 310:7
**antennas** 132:1
**anticipation** 86:4
**anybody** 8:15 27:18 98:14,18 108:6,8 272:18
**anymore** 257:4
**anyway** 68:23
**apologies** 228:3
**apologize** 148:9 253:8
**apparently** 92:7
**appear** 117:7 120:8 232:1
**appearance** 262:10
**appearances** 5:17
**appears** 63:1 232:4
**applicable** 311:8
**applied** 79:10 139:21 140:2 148:24 159:22
**applies** 293:2
**apply** 11:8 63:5 67:2 218:9
**applying** 46:19 46:21,22 105:5 139:20
**appreciate** 29:11 33:2 78:16
**approached** 41:7 105:5
**approaches** 280:24
**approaching** 84:2 87:19 105:7,8 128:12 132:9 134:1 180:24
**appropriate** 308:6
**approved** 292:17
**approximate** 224:7
**approximately** 129:8
**aptiv** 301:10
**architecture** 254:8
**area** 44:5,10,12 44:15 92:4 168:9 182:24 184:15 207:19 211:4,20 223:13 224:6 228:19,21 239:20 281:22
**areas** 31:12 71:7
**argument** 208:15 225:15
**arrive** 99:19
**arrived** 99:17 99:21,24
**arrow** 148:15
**articulated** 21:20 52:20
**ascertain** 49:10
**aside** 230:1,2 290:18
**asked** 13:11,19 14:3 18:13 24:23 27:9 30:7,12,14,16 33:11 44:11 49:16 50:5 59:5,5 65:4 67:21 73:11,16 76:14 77:13 84:21 87:3 107:15 127:24 140:2,15 157:24 177:14 198:10 200:21 253:9 269:18 269:24 270:2 272:15 275:17 282:6 297:5 299:15 301:7
**asking** 21:3 23:19 39:18 40:1 46:10 54:7 58:20 71:16 85:9 106:9 128:1,2 166:8 183:14 186:8,9,9 188:15 199:23 203:18 228:5 252:23 260:15 269:24
**aspect** 202:5
**assess** 46:6
**assessment** 175:15 176:8

**assign** 185:4
**assist** 26:5 80:6 91:2 98:2 106:15 178:10 218:10 277:24
**assistance** 238:18
**assistant** 264:15
**assisted** 101:19 102:1 263:4
**assistive** 186:4
**associated** 111:15 115:2 122:14 216:24 248:17 254:1
**association** 114:21
**assume** 6:19 67:10 88:7 195:2,3,7 251:7
**assurance** 264:19 265:14
**atlanta** 2:17
**attached** 308:12 310:10 311:11
**attachment** 287:17
**attempt** 22:13
**attempted** 22:19 92:11
**attempting** 134:21 135:4
**attended** 97:2
**attending** 5:24
**attentive** 107:13,17
**attorney** 216:11 221:21 222:16 223:21 308:15 311:13
**attorneys** 217:1
**attributed** 270:23
**audible** 47:14
**auditioning** 244:18
**august** 266:4,7 294:16
**authored** 38:10 47:5
**auto** 259:14
**automatic** 252:6 264:20 265:15,18
**automatically** 32:21 49:2,14 304:15
**automobile** 63:12,18 297:19
**autonomously** 219:3,19 220:3
**autopilot** 12:6 12:15,23,24 13:4,14,24 14:9 15:1,3,9 15:13,17 17:9 17:11,15 18:5 18:18 24:2,7 24:15 25:2,11 25:14 28:3,17 28:20 218:1 219:13 220:10 220:11,11,14
**autosteer** 16:3 16:14 17:3,14 19:6 24:10 25:16,18 26:3 26:10 82:7 219:14 220:1
**availability** 95:1,3
**available** 16:13 17:18 31:14 69:19 77:9 92:17 93:3,17 95:2 114:6 115:13 160:15 172:10 176:20 177:16 180:3 224:16,19 252:4,9 275:15 311:6
**avenue** 2:10
**avoid** 126:24
**aware** 12:6 20:21 24:9,14 24:18 25:11,15 25:16 41:17 46:24 47:8 55:4,18,24 59:2 60:21 61:1,4 72:15 73:10 74:3,5 82:20 85:7,14 130:15 156:11 157:12 172:2,4 172:13 219:13 224:24 227:12 241:12 242:5 252:22 257:16 257:19 258:4 258:10,12 270:19
**axis** 151:21 152:3

**b**

**b** 3:10 97:5,5,6 157:3 263:21
**back** 6:18 19:11,14 22:13 22:20 26:15 30:24 31:3 36:20 44:24 45:9 46:3 62:17 63:7 65:18 75:17 80:11 87:22 92:13 113:3 115:23,23 116:11 120:13

123:9 126:15 126:17 129:5 136:8 142:19 145:18 146:13 152:12 153:3 155:16 165:8 165:20 167:7 168:8 171:15 171:21 207:16 209:6 219:15 219:22 232:23 236:17 254:14 257:23 258:7 268:7 276:24 295:24 296:22 299:14
**backwards** 197:12 262:10 263:15
**bad** 102:10
**bank** 2:16
**barrier** 213:19 214:8
**barriers** 64:19
**barry** 1:4,5,6 9:18 83:13 91:3 92:14 280:1 297:24
**based** 8:3 22:15 31:13,15 34:22 41:18 42:22 43:24 48:23 49:7 51:5 58:2 59:20,21 62:10 62:12,22 80:18 88:16 89:9,11 91:4 92:18 95:9 109:24 129:7 134:10 139:1 140:21 158:22 182:23 186:13 187:11 187:12 199:17 205:23 208:4 227:24 245:5 248:15 249:20 250:14 256:22 257:16 271:21 272:5 273:5 275:1 282:20 286:4 304:21
**bases** 276:9
**basically** 70:2 129:13 142:23 188:17
**basis** 135:18 152:6
**bates** 289:13,18 290:10 291:15
**began** 6:17 7:7 7:16 8:1 93:20 146:15 189:17 189:19 191:6 191:15 222:3
**beginning** 1:19 132:19 134:19 141:18 149:17 163:4 168:9 284:7
**begins** 64:8 113:12 155:10 190:19 226:5
**behalf** 5:20,22 15:4,5
**behave** 279:8
**behaved** 279:13
**behavior** 99:10 108:3 166:14 213:23 252:10
**believe** 8:12 9:11,13 11:5 13:7,23 15:15 15:18,24 16:13 17:17 19:16 20:22 21:2 25:17,18 34:21 36:11 38:7 42:20 48:24 56:9 58:16 60:15 62:3,24 63:2 79:11 89:4 95:18 98:7 99:23 104:3 105:23 109:7 123:6 128:8 133:22 134:12 135:24 136:11 157:1 169:13 170:6 183:15 185:18 186:21 195:13 196:13 210:3 218:3,6 232:3 234:15 236:23 237:17 238:4 252:3,8 260:19 266:18 267:2 268:16 273:2,6 278:5 293:2 300:21
**believed** 150:15 187:16
**believes** 41:19
**believing** 84:2 87:16
**bendix** 266:19
**benefit** 196:17 207:22 209:22
**benefits** 34:17
**benign** 283:7
**best** 6:22 101:5 110:16 186:12 200:7 208:7 212:24 213:6 227:15 261:8 271:13 304:10
**beta** 25:12,17 25:18 26:10,10 26:13,22
**better** 54:9 56:12 162:20 199:18,21 200:11 273:22
**beverly** 1:4 311:4

**beyond** 20:20 21:20 54:11
**bias** 134:15 170:22 185:7 185:14
**biasing** 171:2 171:11
**big** 220:21 234:6 278:16 287:16,20
**bilger** 1:20 5:14 307:3,16
**bill** 103:6
**billed** 100:22 100:24 101:15
**binary** 92:5
**bit** 116:4 143:14,14
**black** 69:22 90:12 91:12,17 91:20 95:6 104:7 109:13 110:6,11 121:14,15,21 191:22 192:3 216:17 238:1,6 278:4 279:12 280:22 285:23
**blue** 28:6 70:7 74:13 190:7 191:5 203:8
**bluecruise** 70:2 70:4,10,13,16 70:18,21 71:20 72:13,22,24 73:5,20,24 74:5,13 76:11 76:20 77:4 78:13 86:15,22 90:21 91:13 104:7 152:10 215:6,9 227:17 228:6,7 252:6 252:11 279:13 301:12
**bob** 2:6 5:19 98:7,11 216:10 216:11 225:18
**bob's** 216:13
**bookend** 92:10
**boost** 239:14
**borrowed** 216:12
**bottom** 66:23 69:17 120:14 122:1,21 124:19 133:1 151:21 290:11
**box** 149:11 265:19
**brain** 98:20
**brake** 46:12 49:2,10,14 56:17 57:8,19 86:4 224:8,9,9 231:16 302:14 305:2,7
**braking** 203:3 264:20 265:16 265:18 302:24
**break** 32:21 39:5 63:22 113:16 225:11 237:22
**brief** 65:14
**briefly** 25:9
**bright** 283:6,6
**bring** 114:23 232:14 233:10 244:20 245:2
**bringing** 237:9 237:10
**broad** 22:5
**brookhaven** 114:18
**buckner** 22:16 250:20 270:6 271:15,18 272:3
**buckner's** 205:23 271:9
**bullet** 64:18 66:23
**bullets** 65:24 66:2
**bump** 112:22
**burgess** 263:20 265:12,23 266:1
**bus** 46:7 47:3,6 47:6 86:22 138:22 140:1 140:14 160:11 172:8 176:22 177:2,8,12,23 178:7,12,13,23 179:2,14 254:12,22,24 255:2
**business** 249:13
**busy** 267:11
**buy** 30:6,11

**c**

**c** 1:13 2:1 19:1 19:1 97:4 159:6 219:24 219:24 307:1,1
**c0unty** 277:11
**cadence** 303:14
**cades** 247:12
**calculate** 85:11 137:2 204:2 244:8 256:6 281:20
**calculated** 189:12,13
**calculating** 87:13
**calculations** 84:21 230:14
**call** 149:8 153:21 154:15 193:22 195:3,5

201:23 234:1 237:2 248:23
**called** 16:18 47:19 100:9 136:9 140:24 153:4,11,17,18 171:6 190:8 191:23 220:14 242:17 247:13 265:2 268:7
**calling** 7:22 143:23 153:10 153:13 165:4 180:16 192:1,3 193:4 209:8 210:10
**callout** 193:15
**calls** 66:19 82:1
**cam** 223:21 224:7,10
**camera** 91:15 158:9,19,24 159:3,9 176:4 222:23 223:14 223:15,16,18 274:4 282:8,13 282:20 283:4 283:12 285:1 285:14,18,19 286:23 304:19 304:21,22 305:13,14
**cameras** 283:10 304:5 305:17
**campus** 1:18
**cancel** 252:15
**cap** 45:18
**capabilities** 28:7 29:2 78:13 219:10 219:12,14 220:12 224:20 225:2 240:11
**capability** 252:4 297:2
**capable** 43:1,23 58:11 83:14 158:9 298:11
**capitals** 19:1 30:2 61:15 62:20 63:1 159:7
**captured** 46:7
**capturing** 47:2
**car** 222:10,18 260:1
**career** 23:15 63:16 81:12
**careful** 82:5
**carefully** 283:11 308:4
**carlton** 114:18
**carve** 145:10
**cascade** 54:13
**cascadia** 264:18 265:13
**case** 5:10 13:12 18:9,11,22 19:12 20:1,18 22:17 24:22,23 27:1,13 29:9 30:16 35:5 45:6 47:3 50:10,21 51:10 54:2,10 59:13 68:12 72:1 78:5 81:16,19 81:21 82:23 84:22 101:19 102:2 107:20 125:13 137:24 138:1 155:18 156:4 164:18 169:13 183:13 196:2 200:2,5 200:15 208:22 216:22 217:5,8 225:8 226:19 228:19 232:8 241:15 242:8 243:1,13 245:10 247:21 248:4,17 249:24 251:12 252:19 253:1 256:9 260:20 260:24 261:3 261:20,22 262:6,13 263:1 263:19 264:13 264:15 265:2 265:10,23,24 266:8,15,17,23 267:3,15 269:7 269:9,14 271:21 275:1 276:8 290:24 292:17
**cases** 23:18 24:12,20 260:15,17
**category** 292:13
**cause** 18:5,18 19:14 20:7,10 21:6,23 22:3 22:23,24 23:11 83:9 84:12 182:16
**caused** 20:2,20
**causes** 280:21
**caveat** 29:3 50:12 56:23
**celebrate** 94:10
**cell** 222:23 223:22
**center** 21:17 62:6 87:21 88:3 129:12,14 137:6 143:19 149:22 171:14 171:21 175:17 176:10 182:18 185:1,8,15 201:1

**centered** 88:19 89:2 129:8,10 129:22 135:8 143:15 165:9 176:15 223:16
**centering** 26:5 67:10,12 69:24 70:3,5 83:13 99:3,6,10 128:21 133:21 134:6,14 143:13 163:4 165:11,13 171:13,19 177:21 184:9 185:3 188:7,8 188:16 202:13 226:15 228:20 228:24 258:20 272:14,19 277:15,20,24 279:3
**certain** 16:9 52:3,4 131:2 220:12 273:20 283:14
**certainly** 15:2 17:1 21:7 24:10 73:23 80:16 81:8 82:22 145:2 149:17 156:24 173:18 174:18 211:9 226:24 227:20 230:11 240:14 273:21 275:18 280:14
**certainty** 18:4 18:17
**certify** 307:4 310:5
**cetera** 264:4
**challenge** 255:23
**challenges** 257:14,15
**challenging** 264:3
**chance** 35:11 75:14
**change** 10:21 59:20,21 309:3 309:5,8,11,14 309:17,20,23
**changes** 252:6 275:10 276:1 308:11 310:9 311:10
**changing** 253:18
**channel** 136:7 138:4 159:6,9 236:2 253:11 253:12,24 254:3,17,20 255:12
**channels** 171:22 173:2 173:15 178:9 253:18 273:18
**charge** 103:21 217:4,9,12
**charged** 217:1
**charging** 217:9
**chase** 222:10 222:18 223:21 224:7,10
**check** 93:18 94:3
**cheeley** 2:3,3 3:6 5:19,19,23 10:3,5,8 16:6 18:19 30:22 31:22 32:9 33:8,19 35:6 43:15 51:11 56:19 57:10,21 61:2,6,11 62:1 66:18 68:9 76:23 80:8 84:18 98:8 111:22 154:14 154:23 161:22 164:10 184:1 187:8 195:16 196:7 208:18 212:2 216:11 221:22 222:17 223:21 225:16 228:9 229:16 249:2,7 250:2 260:13,18 269:18 270:16 271:1 275:3,16 276:2 277:5,22 278:12 279:23 280:8 281:2,8 283:22 284:6,9 284:13,24 285:6,21 286:12,16,19 286:21 287:3,7 287:10,13,18 287:21 288:4 288:10,15,17 289:8,12,19,23 290:5,8,15 291:1,5,9,22 292:5 293:5,11 293:21 294:9 295:3,11 296:13 297:17 298:9,16,23 299:3,20 300:3 300:10 301:7 303:23 306:1
**cheeley's** 9:23 10:2 260:11 267:4
**cheeleylawgr...** 2:6
**cherry** 207:3,4 207:5,7 208:10 208:13
**chevy** 243:12

**chief** 217:22
**chose** 153:24 154:1,3 203:23
**chosen** 154:22
**chris** 217:19,21 248:10,21,23 249:15,18 250:11
**cited** 268:17
**clean** 140:12
**cleaner** 140:7
**clear** 45:20 48:1 54:7 122:18 127:19 214:6 228:3 285:2
**click** 114:24
**clients** 217:9
**clock** 204:19
**close** 36:13 93:2 134:22 191:1 283:2
**closer** 116:4 212:14 303:22
**cloudy** 127:19
**cluster** 224:11
**code** 46:1
**codes** 45:7,16 45:21
**coding** 77:18
**collect** 107:2 176:19 178:5 178:15
**collected** 40:4 42:23 50:14 51:17 52:3 123:3 176:19 202:14,21
**collecting** 51:14
**collision** 24:17 47:13 197:7 260:1,5 261:23 263:3 265:17 265:19
**collisions** 14:8 14:10 32:4
**column** 190:2,7 190:9 191:5 203:8,20
**columns** 292:15
**come** 9:22 12:18 19:5 26:21 54:18 116:11 146:13 155:15 179:17 199:11,21 224:9 241:3 253:12 256:3,6 258:7 271:4,11 288:1 289:5 304:2
**comes** 47:16 156:16 157:16 181:24 227:24 252:2 256:13
**comfort** 170:16
**comfortable** 17:7 95:12 170:19
**coming** 44:24 167:7 180:12 180:24 237:19 237:24 285:19
**comma.ai** 106:15 172:14 173:4,11
**commanded** 177:20
**comment** 76:14 290:19 296:8
**commenting** 47:22
**comments** 292:16 295:23 296:3
**commission** 310:20
**communication** 101:7
**companies** 73:9
**company** 1:9 5:7,22 67:17 70:24 71:3,12 97:1 266:13 311:4
**comparable** 203:5
**compare** 87:4 140:11 189:17 195:1,21 196:19 198:22 206:22 215:19 216:4
**compared** 49:24 53:5 169:18 188:19 202:2,23 205:21 305:14
**comparing** 128:4
**comparison** 196:5,15,20 197:6,11,14 198:12
**comparisons** 198:11
**complaint** 242:20
**complaints** 24:14 242:19
**complete** 284:21
**completed** 183:9 311:16
**completely** 264:10
**comply** 65:6
**comport** 273:4
**compound** 43:16
**computer** 111:20 117:4 174:16 218:1

223:7 233:5 237:15 255:11 268:14 307:8
**concept** 81:22 81:24 83:2
**concern** 24:6
**concerned** 55:22
**concerning** 9:19
**concisely** 263:2 265:10
**concluded** 306:7
**conclusion** 19:5 173:16 249:24 271:11
**conclusions** 211:19
**conditions** 60:13 61:19 62:7,10 127:10 128:3,7,11 168:17 170:5 283:7
**conduct** 104:10 270:3
**conducted** 13:11 21:8 35:10 49:8 53:9 54:20 63:10 78:8 87:6 90:10 125:12 141:2,6 166:10 190:4 196:16 302:8
**conducting** 109:9 128:7 231:2
**confident** 140:19
**confidential** 16:9,18 290:7 290:13,14,17 290:20,22 291:17,20 292:9
**confidential1...** 100:1
**confidential1...** 101:1
**confidential1...** 102:1
**confidential1...** 103:1
**confidential1...** 104:1
**confidential1...** 105:1
**confidential1...** 106:1
**confidential1...** 107:1
**confidential1...** 108:1
**confidential1...** 109:1
**confidential1...** 110:1
**confidential1...** 111:1
**confidential1...** 112:1
**confidential1...** 113:1
**confidential1...** 114:1
**confidential1...** 115:1
**confidential1...** 116:1
**confidential1...** 117:1
**confidential1...** 118:1
**confidential1...** 119:1
**confidential1...** 120:1
**confidential1...** 121:1
**confidential1...** 122:1
**confidential1...** 123:1
**confidential1...** 124:1
**confidential1...** 125:1
**confidential1...** 126:1
**confidential1...** 127:1
**confidential1...** 128:1
**confidential1...** 129:1
**confidential1...** 130:1
**confidential1...** 131:1
**confidential1...** 132:1
**confidential1...** 133:1
**confidential1...** 134:1
**confidential1...** 135:1
**confidential1...** 136:1
**confidential1...** 137:1
**confidential1...** 138:1
**confidential1...** 139:1
**confidential1...** 140:1
**confidential1...** 141:1
**confidential1...** 142:1
**confidential1...** 143:1

| | | | |
|---|---|---|---|
| **confidential1...** 144:1 | **confidential1...** 161:1 | **confidential1...** 178:1 | **confidential1...** 195:1 |
| **confidential1...** 145:1 | **confidential1...** 162:1 | **confidential1...** 179:1 | **confidential1...** 196:1 |
| **confidential1...** 146:1 | **confidential1...** 163:1 | **confidential1...** 180:1 | **confidential1...** 197:1 |
| **confidential1...** 147:1 | **confidential1...** 164:1 | **confidential1...** 181:1 | **confidential1...** 198:1 |
| **confidential1...** 148:1 | **confidential1...** 165:1 | **confidential1...** 182:1 | **confidential1...** 199:1 |
| **confidential1...** 149:1 | **confidential1...** 166:1 | **confidential1...** 183:1 | **confidential2...** 200:1 |
| **confidential1...** 150:1 | **confidential1...** 167:1 | **confidential1...** 184:1 | **confidential2...** 201:1 |
| **confidential1...** 151:1 | **confidential1...** 168:1 | **confidential1...** 185:1 | **confidential2...** 202:1 |
| **confidential1...** 152:1 | **confidential1...** 169:1 | **confidential1...** 186:1 | **confidential2...** 203:1 |
| **confidential1...** 153:1 | **confidential1...** 170:1 | **confidential1...** 187:1 | **confidential2...** 204:1 |
| **confidential1...** 154:1 | **confidential1...** 171:1 | **confidential1...** 188:1 | **confidential2...** 205:1 |
| **confidential1...** 155:1 | **confidential1...** 172:1 | **confidential1...** 189:1 | **confidential2...** 206:1 |
| **confidential1...** 156:1 | **confidential1...** 173:1 | **confidential1...** 190:1 | **confidential2...** 207:1 |
| **confidential1...** 157:1 | **confidential1...** 174:1 | **confidential1...** 191:1 | **confidential2...** 208:1 |
| **confidential1...** 158:1 | **confidential1...** 175:1 | **confidential1...** 192:1 | **confidential2...** 209:1 |
| **confidential1...** 159:1 | **confidential1...** 176:1 | **confidential1...** 193:1 | **confidential2...** 210:1 |
| **confidential1...** 160:1 | **confidential1...** 177:1 | **confidential1...** 194:1 | **confidential2...** 211:1 |

| | | | |
|---|---|---|---|
| **confidential2...** 212:1 | **confidential2...** 229:1 | **confidential2...** 246:1 | **confidential2...** 263:1 |
| **confidential2...** 213:1 | **confidential2...** 230:1 | **confidential2...** 247:1 | **confidential2...** 264:1 |
| **confidential2...** 214:1 | **confidential2...** 231:1 | **confidential2...** 248:1 | **confidential2...** 265:1 |
| **confidential2...** 215:1 | **confidential2...** 232:1 | **confidential2...** 249:1 | **confidential2...** 266:1 |
| **confidential2...** 216:1 | **confidential2...** 233:1 | **confidential2...** 250:1 | **confidential2...** 267:1 |
| **confidential2...** 217:1 | **confidential2...** 234:1 | **confidential2...** 251:1 | **confidential2...** 268:1 |
| **confidential2...** 218:1 | **confidential2...** 235:1 | **confidential2...** 252:1 | **confidential2...** 269:1 |
| **confidential2...** 219:1 | **confidential2...** 236:1 | **confidential2...** 253:1 | **confidential2...** 270:1 |
| **confidential2...** 220:1 | **confidential2...** 237:1 | **confidential2...** 254:1 | **confidential2...** 271:1 |
| **confidential2...** 221:1 | **confidential2...** 238:1 | **confidential2...** 255:1 | **confidential2...** 272:1 |
| **confidential2...** 222:1 | **confidential2...** 239:1 | **confidential2...** 256:1 | **confidential2...** 273:1 |
| **confidential2...** 223:1 | **confidential2...** 240:1 | **confidential2...** 257:1 | **confidential2...** 274:1 |
| **confidential2...** 224:1 | **confidential2...** 241:1 | **confidential2...** 258:1 | **confidential2...** 275:1 |
| **confidential2...** 225:1 | **confidential2...** 242:1 | **confidential2...** 259:1 | **confidential2...** 276:1 |
| **confidential2...** 226:1 | **confidential2...** 243:1 | **confidential2...** 260:1 | **confidential2...** 277:1 |
| **confidential2...** 227:1 | **confidential2...** 244:1 | **confidential2...** 261:1 | **confidential2...** 278:1 |
| **confidential2...** 228:1 | **confidential2...** 245:1 | **confidential2...** 262:1 | **confidential2...** 279:1 |

**confidential2...** 280:1
**confidential2...** 281:1
**confidential2...** 282:1
**confidential2...** 283:1
**confidential2...** 284:1
**confidential2...** 285:1
**confidential2...** 286:1
**confidential2...** 287:1
**confidential2...** 288:1
**confidential2...** 289:1
**confidential2...** 290:1
**confidential2...** 291:1
**confidential2...** 292:1
**confidential2...** 293:1
**confidential2...** 294:1
**confidential2...** 295:1
**confidential2...** 296:1
**confidential2...** 297:1
**confidential2...** 298:1
**confidential2...** 299:1
**confidential3...** 300:1
**confidential3...** 301:1
**confidential3...** 302:1
**confidential3...** 303:1
**confidential3...** 304:1
**confidential3...** 305:1
**confidential3...** 306:1
**confidential3...** 307:1
**confidential3...** 308:1
**confidential3...** 309:1
**confidential3...** 310:1
**configuration** 126:7
**confirm** 21:4 63:5
**conflict** 227:23
**confuse** 19:20
**confused** 71:22 168:23 169:1 211:7 229:7 281:11,18 293:24 294:2
**confuses** 211:5
**confusing** 198:4 211:20
**confusion** 102:14 174:6 198:1 281:12
**conjunction** 187:15
**connect** 253:16
**connected** 10:12,21 177:2
**connecticut** 265:6,6,8
**connection** 114:14
**cons** 53:22 301:24 302:3
**consider** 81:2 140:7 142:4 269:16
**considered** 269:23 270:1
**consistent** 87:24 117:7 125:20 126:7 128:11,18 170:2,6 186:6 186:9 207:20 231:17 286:10
**constructing** 123:10
**consumer** 297:8,20 298:7
**consumers** 24:15
**contained** 87:14 125:11
**content** 9:1
**contents** 111:1
**context** 15:3
**continuation** 6:17 11:4
**continue** 6:24 143:1 303:10
**continued** 166:3 167:11 208:1 213:13 213:21 228:21 279:20 280:5
**continuing** 65:21
**continuous** 226:17
**continuously** 16:4
**contour** 43:23
**contributed** 24:16
**contributing** 22:24 23:11
**contributor** 269:17

**control** 12:6 24:9 25:15,16 25:17 29:5 56:8,18 57:1,8 57:20 68:6 126:12 127:8 127:10 128:15 128:16 170:5 171:24 172:15 173:8,19,23 176:14 187:18 187:18 199:6,7 219:14 230:8 230:10,18,21 230:22 231:1,7 231:9,13,18,24 232:4 236:11 236:17 255:3 277:16,21 278:1
**controller** 272:21 273:2,9 274:3,19
**controlling** 42:15 165:13
**conversations** 249:21
**conversion** 117:19
**cook** 9:10
**coordinates** 292:22
**coordinating** 103:20
**copies** 311:14
**copy** 75:19,21 284:3
**corner** 133:1 223:19 260:7
**correct** 8:9 15:24 19:3 23:1,3,11 24:3 24:21 28:24 32:8 33:18 34:24 36:19 37:5 38:11,16 39:14,15,20 40:17,18 44:10 44:19,21 47:20 48:4 50:10,23 53:24 58:12 61:1 63:13 69:12 70:17 71:14 73:22 74:8,18,24 76:11,22 77:4 77:16 78:5,21 79:2,3,7,24 80:3,7,17,19 81:3 84:16 85:20 86:11 88:8 89:4,20 92:2 93:10,23 96:4 99:16 100:17 104:2 106:19 107:8 110:7 115:7 118:3 120:20 121:1,2 125:7 134:8 135:11 136:12 139:10 143:17 146:10 147:10 156:23 157:15 158:4 158:19 159:1 160:6 161:2,21 163:12 164:3 165:9,22 167:19 168:20 170:9,13 173:2 179:19 181:4 182:18 185:24 191:7 194:23 196:24 204:16 209:2 215:7,21 215:22 216:6,7 218:2,5 219:4 220:4 225:3 228:17 232:2,8 236:22 238:19 240:23 241:8 245:3 247:6 249:14 257:22 258:24 259:3,7 259:10,14 263:8 268:23 269:7,10,14 271:24 274:22 276:4 277:9 279:1 293:14 301:4 302:1 310:7
**corrected** 243:17,19
**correcting** 168:16
**correction** 146:21
**corrections** 146:8 308:4,7 310:9
**corrective** 49:22 79:9,17 143:19 186:3 186:19
**correctly** 163:22 185:11 192:17 296:20 304:18 307:7
**correlate** 46:13 172:17
**correnti** 2:8
**corresponden...** 102:21,22 103:1
**corresponding** 148:19
**corresponds** 205:22
**costs** 216:24 217:1 248:14
**counsel** 3:21 5:16 261:3 299:15 307:10 311:14

**counter** 132:22
**counterclock...** 142:18
**county** 263:13 265:7
**couple** 64:18 147:6 151:17 177:6 198:4 224:12 300:12
**course** 169:20
**courses** 81:5
**court** 1:1 5:8 5:13 6:4 8:3 19:2 30:3 31:2 249:8 255:17 255:23 257:2 263:11,13,17 265:6 267:1,1 267:2 275:8,9 276:1 299:15 307:16 308:19
**court's** 275:4
**covered** 298:21
**covers** 25:15 217:14
**crash** 18:6,18 20:3,20 22:24 23:11 25:3 31:20 33:7,17 83:9 158:11 196:5 241:11 269:17 270:19
**crashed** 259:16 259:23
**crashes** 15:8 25:1 32:8,17 270:12,15,23 277:20 278:1
**created** 113:19
**credentials** 264:3
**criminal** 261:22
**criteria** 62:4,7 62:11
**critical** 26:12 26:20 158:23
**criticism** 79:20
**criticisms** 26:22 80:1
**cross** 84:11 108:10 166:12 168:10 239:21
**crossed** 44:23 44:23 142:22 236:23
**crossing** 22:12 229:1 281:21
**crown** 182:14 182:15,21,21 183:1,4,8,16,22 184:6,16,18
**cruise** 12:6 24:9 25:15,17 28:6 70:7 126:11 127:8 128:15,16 170:4 219:14 258:19 277:16
**cs** 311:15
**cs7568831** 1:25 309:2
**current** 292:19
**currently** 55:18 260:17 272:10 275:21
**curvature** 58:22,23 85:10 147:14 150:18 151:23 169:3 175:24 184:7 202:11 230:15 282:10,12,21 282:24 285:4 285:24
**curvatures** 150:22,23
**curve** 21:2 23:7 34:3,6,8 49:3,3 49:10 52:17 54:10 55:10,12 58:10,12 60:4 60:11 83:15 84:14,16 85:5 85:22 87:12 135:16 147:21 149:2,16 152:2 152:8 173:23 174:2,2 175:23 175:23 181:12 181:18,20 182:8 190:10 190:13,14,16 190:19,20 203:10,12,21 210:22 218:11 219:2,3 222:3 229:14 230:8 230:10,18,21 230:22 231:1,7 231:9,13,17,24 232:4 243:18 243:20 244:2,5 244:13 246:11 252:20 278:16 278:21 279:4 281:16 282:7 283:4 286:10 305:6
**curves** 49:15 86:5 219:18 245:22 246:14
**curving** 233:15
**customer** 292:20
**cv** 1:6 5:10
**cybertruck** 93:6,14,17,19 93:22 94:1,11 94:22 215:23 216:3,4,9 217:24 218:14 218:15,23 220:18,23 222:3 223:1 224:5,15,21

225:3,6,9
**cybertruck's** 219:9
**cybertrucks** 95:1

**d**

**d** 1:13 2:3 3:1 30:2 68:21 97:4,4 261:20
**daily** 27:22
**daimler** 263:24
**damaged** 237:21
**dat** 294:16
**dat2.0** 296:19
**dat201** 295:14 296:9
**dat202** 292:22
**data** 7:15 9:16 9:16,22 10:12 10:21 21:11 35:4,20 36:4 37:15,17,19,21 38:1,8,20,21 39:6,10,18 40:1,4,15 41:15,19 44:10 44:12,13,17,20 46:6 47:3,6,6 47:11 52:3 73:20,22 80:11 86:18,19 89:9 89:12 97:22 103:15 106:2 106:10 111:11 111:14 112:5 112:19 113:19 114:17 115:14 116:1,1,5 119:13 121:11 130:1,14,18,20 130:24 136:2,4 136:6 137:2,17 137:18 138:23 140:12 141:10 141:11 146:23 147:18 148:12 148:16 150:19 151:14,23 152:4 153:3 161:20 162:10 162:21,24 163:9,10,11,17 163:19,24 164:2 165:3 168:22 169:3 169:17 171:22 173:12,20,24 176:20 177:11 178:5,8,10,16 179:5 180:6,20 183:12 187:12 191:4 193:24 194:6,8,11,14 194:17,22 195:8 196:14 197:5,7,15,22 198:7,13,17,22 198:24 199:2,4 199:5,10 201:3 202:21,23 203:22 205:20 206:8,13,24 208:12 209:23 210:3 235:16 235:21,23 236:7 241:4 244:9 251:21 253:21 254:4 271:21 272:9 281:13,15 286:6
**databases** 270:15,19,21
**date** 237:18 275:2 308:9 310:14
**dated** 102:7
**daubert** 255:20 257:13,15,17 257:21 258:1 263:16 264:2 264:22
**day** 1:14 35:5 95:19,21 98:1 98:5 100:4,16 237:7 238:3 241:6 266:2,4 266:4 283:6 285:2 307:12 310:18
**days** 104:21 249:13 256:9 265:24 308:15 311:16
**daytime** 127:13 128:7
**debate** 305:24
**dec** 258:3
**deceased** 1:6
**decide** 106:20 154:11 245:4
**deciding** 259:6
**decision** 258:4 273:10 303:20
**decisions** 274:6 274:19 304:20
**decode** 106:8
**deemed** 308:18
**deeper** 20:14 21:5
**defect** 49:15 50:22
**defective** 225:6
**defects** 269:13
**defend** 258:5
**defendant** 1:10 2:13,19 266:11
**defer** 50:22 53:1,19 166:9 270:5 271:17
**deferring** 50:7 50:17 52:17
**define** 40:8

**defining** 202:1
**definitely** 104:22 225:1 271:17 305:11
**definition** 163:11
**degree** 18:3,16 134:3 141:17 145:22 161:9 161:14,17 164:1,2 180:20 196:23 211:1
**degrees** 37:13 40:12,13 132:11 133:22 134:4 136:12 136:15,21 138:9 139:16 141:19 142:1,2 142:3,16,24 144:9 145:17 145:17,23 146:2,19 147:6 161:13,13 162:14 167:5,5 167:7 180:21 180:21 183:15 185:20 186:5 186:23 187:6 187:14,17 196:12 197:10 199:5 205:14 206:18,19 207:11,13 209:9 211:2 253:11,13
**deleted** 290:11
**deleting** 131:3
**deliveries** 93:20 94:10
**delta** 274:17
**demonstrate** 23:6 83:12 246:14
**demonstrated** 83:17,24 167:8 211:18 279:18
**demonstrates** 211:10
**demonstration** 219:9
**denied** 264:10
**departing** 246:16
**departure** 49:12 50:1 53:18 79:7,11 80:2,5 83:23 269:4 271:12 272:3 303:9
**depended** 256:16
**dependent** 31:9
**depending** 182:15
**depends** 200:6
**deployment** 255:5,5
**deponent** 307:5 307:7 310:2 311:13
**deposed** 266:3
**deposing** 308:14 311:13
**deposition** 1:16 4:1 5:5 6:2,17 7:7 9:10 11:2,5 25:10 29:11 35:12,13,22 36:2 38:13,16 50:6 64:14 75:13,23 77:2 92:9 119:20 207:18 211:23 225:17 231:5 242:4 247:9 262:2,5,6 265:1 266:7 267:6 281:15 282:1,5 283:16 291:19 292:7 298:22 305:15 306:7 307:4,9 308:3,12,16,17
**depositions** 7:13 9:5 12:3 209:2 262:4
**describe** 20:19 176:18 304:11
**described** 168:15 226:10
**describing** 82:11 210:22
**description** 3:12 4:6 20:21
**design** 49:1,21 71:7 74:12 126:3 128:14 162:18 180:23 198:14 259:3,6
**designate** 291:19
**designation** 290:13
**designed** 13:8 13:18 14:1 56:3 70:20 71:4,11,20,21 73:7,13 227:19 230:13 259:9 260:3 285:3 301:10 304:14 304:15
**desired** 187:18
**desiring** 149:21
**despite** 292:18
**detail** 209:1 261:18
**detailed** 125:15
**detect** 155:20 156:6
**detection** 156:15 157:2 292:14 293:1 296:24 297:11

**determination** 263:4 282:14 282:16,21
**determine** 27:14 83:19 126:18 127:22 128:22 129:1 130:9 140:16 150:8,12 163:15 254:9 254:10 282:9 282:23
**determined** 254:1 273:23
**determining** 135:15 152:5
**detriments** 54:18
**detroit** 264:18 265:14
**development** 297:2
**deviated** 108:4
**deviation** 190:17
**device** 120:22 121:20,21 122:12 123:4 124:20,24
**dh** 250:4
**diagnostic** 45:7 45:16
**dickey** 262:22
**differ** 22:11
**differed** 45:2 162:1,16 228:15
**difference** 126:1 178:20 179:9 185:19 186:10,11 187:3,24 188:3 188:4 233:23 279:11 305:4
**differences** 31:15 74:1,7
**different** 16:24 31:16 34:3 35:13 40:3 52:14 57:24 72:23 73:8,9 73:15 74:17 82:1,9,11 86:3 86:15 87:2 91:12 121:4,6 121:10 122:1,4 122:6,9 144:14 150:21 157:6 176:10 179:7 188:5,13,14 194:22 195:11 198:4 203:2,3 207:8,22 224:12 232:21 233:17,19 238:10,11 244:1 246:4
**differently** 245:20
**differs** 77:14
**dino** 95:16 97:3 97:10,13 100:16,19,22 103:11,15 105:1 107:4 118:11,11 119:1,7,12 141:7 153:7 154:1 164:7 166:1 170:2,24 182:11 188:24 191:19,24 192:12 201:8 201:13,14 210:10 212:10 214:2,13 234:9 234:11 236:8 236:13 238:12 250:5
**dino's** 117:11 118:2 234:19 234:20
**directed** 144:3
**direction** 43:14 137:8 142:17 199:9 288:23
**directions** 4:3
**directly** 190:22 193:5 235:3 236:19 260:5 268:17
**disagree** 41:22 76:5,17 147:11 183:17 184:10 186:7 208:9,22
**discernable** 188:4
**disclosed** 24:12
**discovery** 28:12 60:10 63:8 172:17 230:21,22 267:22 273:1 289:11,17
**discuss** 199:12
**discussed** 12:11 57:12 77:1 86:1 126:9 161:5 200:18 201:15,17 231:23 235:13 242:3 298:4 301:3
**discussing** 138:20 153:1
**discussion** 26:6 207:17 232:6 232:10
**discussions** 12:13
**disengaged** 34:10
**displayed** 231:15

**disposing** 131:3
**dispute** 72:20 74:19,22 115:11
**disputed** 22:9
**disputing** 60:16
**distance** 62:6 89:2 120:19,22 122:7 129:20 189:24 190:9 203:10 204:1 210:12 212:12 212:21 283:1
**distances** 123:16
**distinction** 177:19
**district** 1:1,1 5:8,9
**diverged** 279:9
**diverges** 298:12
**diverting** 200:24
**divide** 161:15
**division** 1:2
**dji** 223:18
**doctor** 9:13
**document** 62:3 75:4,7 76:2 119:22 121:5 121:10 155:19 155:22 156:5 156:11 157:11 157:19 158:3 158:13 229:2 243:2 286:14 289:3,7,9,24 290:2,14,20 291:4,14,15,24 292:1,9 293:15 294:5 295:5 300:19 301:5 301:13
**documentation** 132:4
**documented** 28:10 104:12 115:5 158:21
**documenting** 125:24
**documents** 4:6 7:10,11,16,18 7:21,23 8:2,8 8:17,21 9:1 10:16 17:18 28:12 63:8 227:21 228:11 247:14 253:2,4 267:22 273:1 275:5 300:23 301:2
**doing** 43:23 89:23 96:11 108:8 115:23 128:15 144:12 151:19 152:3 169:10 170:19 179:2 181:5 215:18 235:19 308:8
**don** 245:15
**door** 45:18 281:4
**double** 94:3
**dozen** 23:23 104:23 261:9
**dozens** 104:21
**drawing** 211:18
**drift** 79:23
**drive** 1:18 27:19,21 28:1 44:4 56:18 57:8,20 95:11 95:18 99:4,7 108:18 109:2 110:3 144:23 166:11 198:15 232:13 239:3 247:8 280:10
**driven** 104:15 109:19 279:21 280:15
**driver** 27:22 28:3,17,21 29:5,15,18 34:9 42:10 43:22 49:23 50:16,19 51:23 53:4 54:3 56:8 56:11,16,24 57:5,7,12 58:4 68:5 79:6 91:19 95:9,12 96:1 107:13,24 108:4 139:21 140:2 144:18 146:6 165:5,14 165:16 169:20 169:22 177:24 180:10 185:7 185:14 188:24 192:7 193:13 193:15,22 202:4,22 203:6 218:9 219:5 236:10 238:19 239:2 240:23 241:7 243:18 243:20 264:15 269:16 270:24 279:20 298:13 299:10 302:17 304:9
**driver's** 52:15 202:5,19 210:13 212:12
**drivers** 95:15 95:22 96:2 100:15,20 107:5,18,21 108:7 170:15 181:23 185:5 185:12 189:17 191:10

**drives** 104:20
**driving** 34:10 35:15 44:13 58:1 97:13,14 97:16 98:1 103:16 105:11 108:1,3 109:8 109:13 117:8 119:10 125:23 143:6 144:1,15 180:10 182:24 184:22 185:6 185:13 218:1 219:10,12,24 220:7 224:17 260:6 277:16
**drone** 97:17,19 98:3 103:17 130:11,13,16 130:20,24 134:9 183:7 191:10
**drones** 118:10
**drove** 95:16 98:24 99:14 104:2 109:17 144:16
**dtc** 45:18 46:1
**dtcs** 45:7
**dtna** 263:20,23 265:2
**due** 85:22 127:15 146:4 146:21 162:18 198:14 203:5 237:21
**duly** 6:8 307:5
**duration** 150:22
**duties** 57:6
**duty** 57:6
**dvc** 106:11 138:24 139:3 159:13 160:7 160:12 172:6 172:12 177:7 235:15 236:5 240:16 241:3 273:20
**dw** 262:22

**e**

**e** 1:13 2:1,1,15 2:21,21 3:1,10 97:5 101:11 102:23 244:16 252:5 261:20 263:21 273:4 288:9 290:10 307:1,1 309:1
**earlier** 15:16 16:8 49:24 50:12 53:4,7 53:22 54:1,4,9 54:19,24 55:6 86:2,6 141:16 296:23 298:4 299:17 301:18 301:20 302:1,4 302:4,6 303:6
**early** 266:7
**easily** 193:23
**easy** 236:15
**edge** 107:23 129:21 247:15
**edr** 35:19,24 36:1,13,18 37:1,17 38:1 38:21 39:10,14 40:1,15 41:15 42:20 84:5,7 160:23 161:20 162:10,17 163:17 194:6,8 194:11,14,17 194:22 195:9 195:22 196:14 197:4,15,22 198:13,17,18 198:22,24 199:5 202:23 205:19 206:8 206:13 250:15 251:15 254:4
**effect** 127:22
**effort** 238:13 240:23
**eight** 37:13 40:12 41:11 42:19 112:6 141:20 142:24 167:10,18 168:11,12 169:8 196:15 204:13,14 208:3 211:15
**either** 20:24 47:22,24 70:4 79:5 98:5 109:2 110:5 114:21 127:5 131:8 199:24 241:19 255:23 278:14 280:22 281:4 301:4
**elapsed** 132:22
**electrical** 254:8
**electronic** 75:21
**element** 73:23
**elevated** 15:21
**elevation** 184:6
**eleven** 101:19
**eliminate** 22:2 22:23 23:10 239:19
**eliminated** 23:13
**emergency** 32:21 264:20 265:16,18
**employed** 258:22
**enabled** 70:18
**encoded** 163:21 234:16

**encountered** 127:4
**ends** 281:20
**energy** 262:24
**engaged** 14:9 22:18 25:2 29:6 280:13,13 282:11
**engineer** 60:22 61:18 295:14
**engineer's** 300:8
**engineering** 15:22 53:6,10 54:17,22 86:10 231:6 301:23 302:8
**engineers** 70:23
**enhanced** 220:11,14
**entering** 231:11
**entire** 177:2 178:22 180:5 218:24 291:19
**entirely** 39:15 168:21
**entitled** 77:22 242:19 247:11
**entrance** 294:12,19 296:2,16 297:12
**environment** 158:10
**environmental** 168:17
**epas** 273:3 274:1,7
**equal** 148:22 150:2
**equate** 205:18
**equinox** 243:12
**equip** 264:17 265:13
**equipment** 29:22 138:24 139:11,18,22 160:17 163:20 177:11,17,22 178:1 180:6
**equipped** 31:18 70:7 71:5 77:3 90:3,7
**equivalent** 25:23 26:4 245:14
**errata** 308:6,8 308:11,14 310:11 311:11 311:13,16
**erratas** 311:15
**error** 20:1,8,19 22:3,23 23:10 23:13 60:18,18 61:1 114:14 229:19 269:16 270:24
**escape** 244:16
**esquire** 2:3,9,9 2:10,15
**essentially** 20:19 90:18 186:2 213:24 233:21
**established** 79:19 125:4 242:16
**estate** 1:6
**estimate** 101:5 261:8
**et** 5:7 264:4 311:4,4
**evaluated** 13:13 14:5 15:2 24:10 62:8 91:5 95:10 104:6 278:6
**evaluating** 24:13 99:5 105:18
**evaluations** 63:9
**evasive** 96:13 106:22 107:3,7 169:18
**evasively** 126:3 162:2
**event** 108:16 255:5
**events** 33:13 188:5
**eventually** 169:7
**everybody** 118:13
**evidence** 60:11 60:16 250:21 281:12 294:2
**exact** 36:12 104:17 292:22
**exactly** 67:3 132:12 148:1
**examination** 6:11 277:3 300:15
**examine** 163:14
**examined** 6:9 163:8
**example** 32:19 33:3 34:9 40:13 47:13 134:2 175:20 176:11 179:7 231:13
**examples** 58:22 246:13
**exceed** 85:5
**except** 310:9
**excluded** 258:9
**excluding** 257:20

**exclusively** 32:3
**excuse** 84:5 87:17 88:16 114:18 123:8 125:12 151:14
**excused** 306:5
**executive** 1:18
**exemplar** 46:8 71:13 89:17 95:6,7 109:3 131:8 132:6 141:2
**exhibit** 3:12,14 3:15,16,21 68:20 75:13,23 119:19,19 130:8 172:22 173:1 292:7 300:20
**exist** 78:4,20,23 153:7 197:8 198:23
**existed** 49:1
**existing** 110:24
**exists** 183:12
**exit** 21:2 66:9 83:16 84:15 104:15 105:5,9 107:6,22 108:8 109:17,20 128:12 145:11 155:20 156:6 156:21 157:6 166:19 169:23 169:24 180:14 180:24 181:3 181:14 183:21 210:22 222:3 226:18,21 227:20 229:14 231:12 234:2 235:8,9 238:17 239:4 277:12 278:2,11,17 279:19 280:1 280:11,12,18 280:24 281:23 285:7 286:1 293:3,3,10,21 294:12,18 295:2 296:1,16 296:18 297:10 297:11 302:13 302:15 304:9 304:16
**exiting** 251:3
**exits** 297:20 301:8
**expect** 42:2 66:4 107:12,24 185:3 297:19
**expected** 167:13 184:22 213:14
**expenses** 248:16,17 250:9
**experience** 44:1 82:9 107:22 139:1 152:9,23 180:16 182:4 182:24 186:14 186:15,17 201:17,19 251:16 292:20
**experienced** 100:20 107:5 141:7 235:19 236:9
**expert** 29:14 50:8 51:3 81:3 247:12 255:19 303:18
**experts** 7:14 9:5 90:16 247:12 303:15
**expires** 310:20
**explain** 83:10 210:18 213:5 293:17
**explained** 60:24 209:1 210:18
**explanation** 59:13
**explanatory** 9:6
**exposed** 82:22
**expressed** 40:3
**extent** 240:18 242:2
**external** 241:1
**extra** 240:22
**eye** 303:12

**f**

**f** 1:13,16 3:4 6:7 20:2 30:11 47:19 55:7 69:23 89:17 90:2,2,12,17 91:10,13,23 92:13 95:6 98:24 100:1 101:1 102:1 103:1 104:1,4 104:7,11 105:1 106:1 107:1 108:1 109:1,3 109:7,17,20,24 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1,11 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1,6 133:1 134:1 135:1 136:1 137:1 138:1 139:1

140:1 141:1,7 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185:1 186:1 187:1 188:1 189:1 190:1 191:1 192:1 193:1 194:1 195:1 196:1 197:1 198:1 199:1 200:1 201:1 202:1 203:1 204:1 205:1 206:1 207:1 208:1 209:1 210:1 211:1 212:1 213:1 214:1 215:1 216:1,16 217:1 218:1 219:1 220:1 221:1 222:1 223:1 224:1 225:1 226:1 227:1 228:1 229:1 230:1 231:1 232:1,23,24 233:1 234:1 235:1 236:1 237:1 238:1,1 238:6,16 239:1 240:1 241:1 242:1 243:1,23 244:1 245:1,20 246:1 247:1 248:1 249:1 250:1 251:1 252:1,4,9,13 253:1 254:1,8 255:1 256:1 257:1 258:1 259:1 260:1 261:1 262:1 263:1 264:1 265:1 266:1 267:1 268:1 269:1 270:1 271:1 272:1,18 273:1 274:1 275:1 276:1 277:1,8 278:1 279:1 280:1 281:1 282:1 283:1 284:1 285:1 286:1 287:1 288:1 289:1 290:1 291:1 292:1 293:1 294:1 295:1 296:1 297:1 298:1 299:1 300:1 301:1 302:1 303:1 304:1 305:1 306:1 307:1,1 308:1 309:1 310:1 311:1,5

**facing** 223:14 230:5 282:8
**fact** 24:19 33:16 42:21 55:23 58:9 60:9 80:4 193:21 211:1
**factors** 283:9 299:1
**factory** 94:9
**facts** 228:10
**factual** 52:9
**factually** 180:22
**fail** 62:4,11 285:24 308:17
**failed** 292:18 293:14 294:15 295:4,10
**failing** 297:18
**fails** 311:18
**failure** 18:4,17 264:17 265:13
**failures** 297:10
**faintly** 123:22
**fair** 14:18 247:20 268:4 268:21 277:12
**familiar** 34:23 81:20 107:5 110:22 130:4 242:23 270:14
**family** 27:18 34:22 241:12
**far** 28:13 107:6 129:18 130:7 138:4 150:5 158:8,18 159:1 159:3,9 167:14 170:8,18 175:21 222:2 282:7
**farther** 303:19 303:20
**fast** 192:22 305:7
**faster** 230:14 249:20

**favor** 298:5
**feasible** 49:9
**feature** 15:9 16:3 17:9,14 26:5 58:18 59:15 63:5 67:2 74:14 79:5 127:1 224:3 252:14 261:11 272:19 292:21 301:10
**feature's** 59:19
**features** 12:7 12:15,16,17 14:2 15:1,14 25:22 26:13 34:24 72:14 73:3 74:2 79:2 82:18 259:17 264:16 272:23
**february** 299:14
**federal** 25:5 263:17 267:1
**fee** 217:2
**feel** 130:19 132:9 133:24 143:11
**feeling** 143:9 144:20 180:17 192:15 193:5,6 195:19 197:4 198:20 201:17 212:20 214:2 233:13
**fees** 248:14,14
**feet** 87:10 88:22 123:16 123:19 124:11 124:16,17,21 125:1 134:23 135:2,14,19 150:2 176:12 189:9,9,10 190:23 191:5 205:6 285:10 285:11
**felt** 27:3 95:12 107:22 170:18 193:12
**ferro** 131:21
**field** 29:14 199:18 270:9 270:10
**fifth** 97:7
**fifty** 189:9
**fight** 236:16
**figure** 112:10 122:21,21 123:1,7,8,14 124:19 148:19 154:9 157:4 169:7 179:6 181:10,11 189:3 253:21 254:23 255:1
**figured** 169:14
**figures** 174:20
**file** 36:3 38:13 38:16,22 106:11 110:20 110:23 111:5,8 111:16 112:23 122:13 123:2,9 139:1,3 148:12 160:8,12 172:6 172:12 177:7 234:13,15 235:15 240:16 241:3,10 242:13,18 244:10 245:11 273:20
**filed** 5:8
**files** 38:23 114:12,22 116:22,24 159:14
**final** 222:24 223:3 286:14
**finalized** 274:24 275:15
**find** 69:9 78:11 100:13 122:3 160:18 179:10 228:14 248:22
**fine** 200:1 225:13 284:12 291:22 305:22
**finish** 112:1 238:4
**finished** 11:14
**firm** 5:14 98:12 258:1 260:11 260:22 261:1 267:4
**firms** 261:5
**first** 6:8 29:10 36:11 45:13,14 48:12 50:6 68:21 71:14 73:7 81:11,14 83:1 93:14,22 94:10,13 95:7 95:15,21,23 108:16 111:6 115:5,18 117:11 118:2 119:14 120:4 120:12,13 121:13,13 122:13 123:2 152:10,16,19 152:20,23 153:5,8,16 154:4,6,8,12 160:21 180:2 204:10 207:17 215:16,20 216:3,5 219:2 220:22 221:18 231:5 232:1 234:17,19,20 242:4 254:14 255:10 257:1,3

260:12 262:17 266:1,4 286:7
**five** 14:15 41:2 41:2 117:17 118:1,6,19,22 130:13 161:16 167:5 195:21 197:4 257:23 271:23 276:13 298:17 302:12 302:17
**fixed** 305:16
**flash** 114:15
**florida** 2:11
**flown** 97:17
**fmea** 267:14 268:3,23 269:1
**focus** 226:19
**focused** 69:18
**fog** 44:18
**foggy** 108:21
**folder** 241:21 242:19 247:11 247:12,13
**folks** 136:8 249:20
**follow** 48:10 69:4 88:14 280:23 284:3 284:20 285:4 300:13
**following** 272:22
**follows** 6:9
**foot** 87:19 123:18 124:6 124:13 134:20 135:2 143:18 274:8
**footage** 130:12 191:10
**force** 27:1,6,7 105:6 160:1 218:10
**ford** 1:9 5:7,22 7:13 9:5,19,21 10:7,12 20:2 22:17 28:6,6 28:11 29:22 30:11 34:2,14 47:13 49:20 50:20 55:15 58:9,20 60:10 60:15 63:3 67:17 69:22 71:1,8,20,21 86:2 89:16 90:2,12,16 92:11,13,14 140:14 155:18 155:23 156:4,7 156:9,12 157:20 172:12 173:12 199:7 211:5 224:23 225:1 226:9 227:5,11,22 228:16 229:11 229:12,23 242:19 244:15 246:4,8 247:12 247:15 252:19 258:18 273:1 282:2 285:23 285:23 286:14 289:6,8,22 290:1,3,3 291:15 292:9 292:10 297:8 298:10 299:15 299:16 301:19 304:21 305:2 311:4
**ford's** 7:14 21:15 25:24 26:4 28:24 33:16 56:7 85:13,15,18 90:16 228:10 291:16 295:5
**fords** 29:16
**foregoing** 307:4 310:5
**foreign** 300:7
**forensic** 27:24 97:9 98:6 216:19
**forensicrock....** 311:2
**foreseeable** 28:9 29:3,8 56:23
**forget** 240:5 258:2
**form** 16:6 18:20 31:23 32:10 33:9,20 35:7 43:16 51:12 56:20 57:10,22 61:3 61:11 62:1 66:19 68:10 76:24 80:9 84:19 161:23 164:11 184:2 187:9 195:16 196:8 208:19 229:17 270:17 271:2 277:18 278:3,19 279:16 280:2 281:5 283:18 285:5 286:2 293:5,20,22 294:22 295:7 295:20 297:13 297:21 298:1 298:15,20 299:19 300:2,5 303:24 310:9
**formal** 104:19
**formally** 87:4
**former** 260:22 261:1

**forth** 145:18
**forum** 247:15
**forward** 6:24 44:19 192:22 223:14 282:8 295:19
**found** 24:5 39:8 172:16 229:5 253:24
**four** 40:24 41:4 130:13 167:6 172:2,9,16,19 173:1,6,10,15 174:24 175:12 179:20 196:13 204:13 213:9 217:14 267:22 278:8
**frame** 72:7
**frankly** 238:11
**free** 69:18 70:1 70:3,5,13 72:22,24 74:14 77:4,8 78:3,12 78:19,22 227:16,18,19
**freightliner** 264:18 265:13
**frequency** 40:6
**friend** 216:12
**front** 115:8 127:7
**frye** 255:21 257:21
**ft** 148:23
**fuel** 45:18 46:1
**full** 55:5 116:8 133:9 218:1 219:9,11,23 220:7 248:18 249:6 255:24
**fully** 239:2 258:8
**function** 59:15 59:16 74:8,17 82:17 165:8
**functionality** 34:7 70:10 72:22 78:22 83:3 156:15,17 171:20 283:14
**further** 44:18 147:5 196:20 197:12,17 198:1 298:17 298:18 299:10 303:13
**fusion** 266:19
**future** 275:13

**g**

**g** 263:21
**gantry** 149:8 181:3 190:15 190:22,23,24 191:2 205:7 219:2
**gap** 12:2
**gas** 131:11
**gen** 251:17,17
**general** 19:22 32:18,23 33:5 55:9 74:4 81:22,24 82:13 83:2 183:22 301:19
**generally** 12:14 20:4,18 25:24 26:1,4 31:11 31:21 32:1 33:12 43:13 48:23 62:2 65:6 82:21 87:15 96:12,14 199:19 200:10 270:18 274:2
**generated** 289:6
**gentleman** 60:22
**geofencing** 298:19
**georgia** 1:1 2:5 2:17 5:9 99:8 246:24 266:24
**getting** 33:22 114:13 118:8 118:10 141:15 146:12 162:21 176:4 184:4 210:14 212:13 212:14 249:19 257:12 274:3 298:12 302:13
**giga** 94:9
**gill** 50:8,17,22 53:2,19 54:14 299:2
**gist** 67:4
**give** 32:19 53:23 58:10,13 96:24 148:6 173:5 186:12 189:20 203:11 203:14 271:13 273:4 284:4
**given** 31:8 52:4 56:22 88:24 158:10 275:18 299:16 307:9 310:7
**gives** 203:9
**giving** 38:9 40:2 66:14 142:10 157:7 256:8 266:18 298:11
**go** 8:19 16:20 20:3 21:16 27:4 31:24 36:20 37:20 38:23 41:10 44:7 51:4 53:14,16 54:11 62:17 63:7

65:9 66:2 68:19 72:10 73:11 80:10 82:18 84:3 87:11 102:8 107:20,23 111:22 113:2 116:9,24 123:9 126:15 129:5 133:21 136:8 141:9 144:22 144:22 145:12 146:15 147:16 150:10 152:12 153:3 154:23 155:14 165:17 166:12 168:6 169:2,9,15,21 172:21 173:22 174:13 178:23 179:5 182:5 185:21 187:4 189:24 200:22 201:20 207:16 210:20 211:13 211:14 213:16 216:3 219:15 219:22 220:3 254:14,22 264:9 281:3 283:8 284:23 291:18 293:19 294:4,23 295:24 296:5 298:23

**goal** 90:19

**goes** 11:3 41:5 146:3 168:19 169:24 187:5 190:18 221:7

**goggled** 94:5

**going** 5:2 6:1 6:22 21:19 32:19 33:4 34:11 39:2,6,7 42:18 43:13 50:7 51:9 64:1 65:11 74:19 75:18 80:21 88:7 113:5 116:23 119:18 122:18 128:23 138:3 142:15 144:9 145:1,2 145:2,16,19,20 145:24 146:16 146:17 155:3 155:14 167:9 168:10 171:14 175:4 185:22 188:3 192:16 193:23 210:15 211:23 213:24 217:7 225:22 226:7 227:14 232:19 239:23 256:7 261:16 263:14 276:17 286:16 287:5 289:3 291:24 295:18 301:21 302:17 305:6,7 306:3

**good** 6:14,15 13:8,18 14:1 52:12 63:21 68:7 102:15 107:9 254:5 261:18 302:6

**google** 94:5

**gopro** 210:1

**gotcha** 10:10

**government** 25:5 29:4

**governmental** 47:10

**grab** 122:12 241:22,22 242:8,12

**grabbed** 122:11 168:12

**gradients** 124:10

**gradual** 180:13 181:1 182:1

**graphic** 135:22 150:9,10 209:24 210:4 253:10

**grass** 239:19

**gravity** 137:6

**gray** 92:4

**great** 109:6

**greater** 85:15 85:18

**gripped** 90:18

**group** 2:3 260:13,18

**grouped** 178:9

**guardrail** 144:10

**guess** 54:6 55:11 71:15,21 127:11 145:7 164:12 226:13 231:10 232:13 232:18 268:1 276:1 290:10 303:4

**gunderson's** 64:14 66:1

**gutierrez** 2:10

**guy** 251:7

**gyroscope** 199:6

**h**

**h** 3:10 97:4,5,5 97:5,6 262:16

**half** 22:9 49:20 52:22 124:6 151:11,14 261:9 271:12 272:2

**halfway** 129:13
**hampton** 96:20 113:24
**hand** 279:9 280:23 283:3 307:12
**handed** 75:8 119:23
**handful** 14:14
**handing** 75:16
**handle** 299:12 303:12
**handled** 219:18
**handles** 248:10
**hands** 69:18 70:1,3,4,5,12 70:13 72:22,23 72:24 74:14 77:4,8 78:3,12 78:19,22 163:3 171:12 192:14 193:1 227:16 227:18,19 228:20,23 271:22
**handy** 206:8
**handzic** 97:3 250:5
**happened** 38:4 38:7 118:5 119:8 153:12 153:18 154:10 169:13 196:4
**happening** 139:16 210:7
**happily** 160:13
**harassing** 212:3
**hard** 16:10 123:23 257:2 297:24
**hardware** 70:9 78:7,9,12 90:11,17,20,21 91:7,7,7,9,12 91:16,21 92:20 304:4 305:1,5 305:9,12
**hardwired** 255:2
**harrington** 1:17 3:4,16 5:6 6:7,14 64:12 65:22 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1,16 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185:1 186:1 187:1 188:1 189:1 190:1 191:1 192:1 193:1 194:1 195:1 196:1 197:1 198:1 199:1 200:1 201:1 202:1 203:1 204:1 205:1 206:1 207:1 208:1 209:1 210:1 211:1 212:1 213:1 214:1 215:1 216:1 217:1 218:1 219:1 220:1 221:1 222:1 223:1 224:1 225:1 226:1 227:1 228:1 229:1 230:1 231:1 232:1 233:1 234:1 235:1 236:1 237:1 238:1 239:1 240:1 241:1 242:1 243:1 244:1 245:1 246:1 247:1 248:1 249:1 250:1 251:1 252:1 253:1 254:1 255:1 256:1,1 257:1 258:1,8 259:1 260:1 261:1 262:1

263:1 264:1 265:1 266:1 267:1 268:1 269:1 270:1 271:1 272:1 273:1 274:1 275:1 276:1 277:1 278:1 279:1 280:1 281:1 282:1 283:1 284:1 285:1 286:1 287:1 288:1 289:1 290:1 291:1 292:1 293:1 294:1 295:1 296:1 297:1 298:1 299:1 300:1 301:1 302:1 303:1 304:1 305:1 306:1 307:1 308:1 309:1 310:1 311:5
**harringtton** 311:1
**hash** 123:15 124:9
**hd2** 111:15 114:22 115:2 120:10 123:5 209:23 223:13 224:4
**head** 9:8 37:9 40:23 66:15 151:3 158:14 172:1 192:2 244:6 271:10 273:5,11
**headers** 295:22
**heading** 136:22 138:13 199:10 199:13 202:17 210:20 234:2 274:17 281:22
**hear** 50:13 156:16 159:7 202:24 209:8 230:1 259:22 299:21
**heard** 81:12,15 164:18 185:10 233:9 253:1
**hearing** 255:21 257:17 263:16 264:2,23 299:14 304:17
**hearings** 7:17
**hearsay** 61:6
**heavy** 261:23 264:14
**held** 143:1
**help** 48:9 69:4 82:17 83:11 112:11 220:6 237:10 282:17
**helped** 97:15
**helps** 86:19
**hey** 86:2 147:16 165:18 201:16 258:7 281:16 299:10 302:23 303:9 304:19
**hierarchy** 73:12
**high** 26:7 63:4
**higher** 163:10 252:7
**highlighted** 288:18,21
**highlights** 75:20
**highway** 66:10 180:23 251:4
**hilltop** 262:24
**hit** 279:24
**hmm** 9:12 165:12
**hold** 60:14 63:6 66:4,9 146:7 200:9 288:12
**honda** 245:7,8 245:12
**honestly** 141:8
**hopefully** 159:19
**hoping** 276:2
**horizontal** 121:16
**host** 260:4
**hot** 250:19,22
**hotel** 99:18,19 100:8,11 113:22,22 114:2
**hour** 32:20 33:4 66:5 84:16 95:11 112:7 126:12 128:17 157:20 170:4 215:5 229:13 231:12 235:8,10 238:18 256:7 280:10,15 285:11
**hours** 100:22 101:15,19 102:18 117:18 118:2,6,19,23 127:13
**hovering** 168:16
**huh** 116:2
**human** 22:3,13 22:23 23:10,13 28:8 43:4,8,8 146:6 299:1
**hundreds** 25:8
**hunter** 265:2 265:24 266:3
**hurlbrink** 95:17 97:6

**hypothesis** 197:17
**hypothetical** 34:1,9 86:6 142:7,10 165:10,21 171:17 185:2 195:4,5
**hypotheticals** 184:5

**i**

**idea** 82:15 180:8 209:6 213:2 301:17
**identical** 95:6
**identify** 172:17 172:19 269:12
**ii** 1:14
**iii** 2:15
**imagery** 183:7
**imaginary** 166:22
**imagine** 257:2
**imaging** 159:14
**immediately** 166:2
**impact** 251:24 271:24 294:15
**impacted** 260:3
**impart** 67:18 67:24
**imparted** 138:18
**imparting** 187:4
**impending** 79:6
**imperative** 308:13
**imperceptible** 164:7,15,19,23
**implemented** 302:10
**important** 25:13 59:24 177:19
**impressions** 275:19
**imu** 236:2,4
**inability** 84:10 279:18
**inadmissible** 257:9
**inattentive** 43:8
**inch** 214:14 215:1
**inches** 124:12 124:15,22 130:3,6
**incident** 36:15 73:5 76:22 84:12 99:20 162:1 200:12 202:3 250:13
**incidents** 47:19 47:23 48:4 242:18 259:24
**include** 24:1 126:6,23 127:9 128:10 131:3 178:9 248:13
**included** 37:4 157:1 174:20 243:17 251:17 264:19
**includes** 57:18 247:15
**including** 28:11 92:11
**incorporate** 259:7
**increasing** 40:12
**independent** 8:10 72:7 106:7 203:19 271:16
**index** 4:1
**indicate** 293:13
**indicated** 174:1 307:5
**indicating** 69:6 278:17
**indicative** 152:2 272:4
**indicator** 199:9
**individual** 37:19
**induced** 140:5
**inducing** 183:2
**industry** 28:11 29:4 82:3
**influence** 183:23 184:9 203:5 252:10
**influenced** 183:16 202:18 237:18
**influences** 252:16
**influencing** 165:15 182:22 235:3
**info** 160:14,15
**inform** 185:6 185:13,16
**informal** 104:19
**information** 9:18,21 16:14 16:19 17:18 21:21 31:14 42:23 50:14 51:14 65:7 80:18 86:21 106:8,13 107:2 114:6,13 115:13 122:7 122:10 135:17 136:6 137:10 138:2 139:4 147:14,18 151:18 152:14

159:16 163:22 171:23 172:7 172:14 173:23 178:14 190:11 202:9,14 208:5 211:4,7 229:5 229:6,23 231:18,19 237:5 240:15 240:17 241:2 243:24 250:15 250:16,17 251:20 253:23 255:4 260:16 270:15 273:4 274:7,15,18 275:1,14 283:12 298:7 303:21,22 305:8
**initial** 128:11 178:16 179:24 182:9 211:9 279:4 281:15
**initially** 95:4
**initiate** 176:13
**inn** 96:21 113:24
**input** 49:22 106:21 133:20 145:22,24 147:1 148:24 159:24 161:9 165:3 177:20 177:24 185:20 187:5,14 189:4 193:3 213:18 234:23 235:1,7 236:12 238:23 239:2,5 240:19 243:19,20 273:9 274:4
**inputs** 143:19 171:3 274:5
**inputted** 24:15 203:13 240:23
**inputting** 107:7 133:24 134:6 143:11 171:1
**insight** 113:17
**insinuating** 237:3
**instances** 256:21 294:4
**instant** 149:15 214:24
**instantaneous** 175:19 176:2
**instantaneous...** 176:1
**instructed** 8:2 95:9
**instructing** 8:18
**instructions** 11:8,10 308:1
**instrument** 27:14 224:11
**instrumentati...** 55:16 131:15 131:16 132:2
**instrumented** 99:12 109:3,9 109:21 110:5,6 110:12 114:1
**instrumenting** 109:23
**intake** 236:11
**intend** 53:23 276:9 302:14
**intended** 147:19 166:19 166:21 175:16 175:22 176:9 176:12
**intending** 87:11 151:18 169:23 275:23
**intensity** 80:17
**intent** 21:15 61:22 74:12 126:3,19,21 128:14 162:5 168:5
**intention** 249:11,19
**interacted** 259:24
**interacting** 127:1
**interaction** 96:2 202:4
**interacts** 50:16 50:19
**interested** 119:10 307:10
**internal** 85:13 85:15,18 140:14
**internet** 114:14
**interpret** 51:24 143:24 175:14 175:17 185:23
**interpretation** 150:3 175:11 244:3 296:12
**interpretations** 140:20
**interpreting** 152:8 304:18
**interstate** 278:17 298:13
**intervene** 79:21 168:13 170:8 231:20
**intervened** 42:17 166:2 189:1 280:4
**intervening** 38:1
**intervention** 42:10 43:22 87:20 144:18 202:15 219:5 230:10 231:1 231:14,17

236:24 279:21 304:10
**interventions** 236:12
**introduction** 16:5
**inverse** 130:19 130:23
**investigate** 65:5
**investigated** 14:7,10 147:9 270:11
**investigations** 15:13,22 25:1
**inviting** 248:23
**invoice** 102:6,7 250:8
**invoices** 101:15 217:17 248:4 248:13,19 249:18
**invoicing** 248:15
**involved** 15:16 24:20 53:7 260:5,14 301:24
**involving** 14:8 15:8 23:18 47:19 225:8 261:23
**iphone** 222:20
**irrespective** 85:2 282:24 283:1
**ish** 285:11
**issue** 15:1 35:5 58:9 67:12,16 225:20 257:10 265:10
**issued** 179:19 275:20
**issues** 249:18 294:7

**j**

**jefferson** 263:13
**jersey** 213:19 214:8
**job** 1:25 309:2
**joellen** 50:8
**join** 94:8
**judge** 300:4
**judicio** 299:24
**july** 3:16 6:18 7:8 35:22 172:22 266:2 267:19 296:18
**jump** 113:3 221:1
**jumps** 220:21 234:7
**june** 21:12 89:18,18 95:19 96:18 99:22 132:5 138:22 160:12 177:1
**jury** 263:4 276:10

**k**

**k** 97:5,6 262:16
**karen** 1:20 5:14 307:3,16
**keep** 80:6 91:6 110:18 112:24 126:19 217:7 225:14 226:7 263:14
**keeping** 64:21 67:2,7 80:2 244:24 258:19 269:5
**keeps** 144:24
**kegler** 2:9
**kicking** 187:20
**kicks** 186:14
**kid** 34:5
**kin** 307:10
**kind** 6:23 7:24 9:6 10:8 49:19 114:15 127:19 133:10 157:6 255:22 257:4 273:13
**knew** 18:23
**know** 7:5 9:7 11:1 12:16 13:3,5 14:13 15:12 16:2 17:21,24 20:23 20:24 23:14,22 24:24 27:7,10 29:7,8 39:5 40:6,24 41:3 45:24 54:5,17 55:17 59:4 61:24 67:23 70:20,22,24 71:3,7,10 73:13,14 77:13 80:5,16 86:14 87:1 88:6,9 100:23 101:1 104:14,17 108:24 109:16 109:18 110:10 110:11 111:1,7 111:13 112:15 116:13 118:12 119:6,8,9,12,16 121:3 127:15 127:17 129:20 130:8 133:8 135:7 136:8,21 137:18 138:11 138:16,17 139:14 141:7 141:16 142:8 142:17 144:3 145:1 149:8,13 149:19 150:5 150:14 151:1,7

153:19 157:4 159:5,8 160:4 161:7,16 166:3 166:12 167:1,4 169:10 175:9 178:8 180:2 187:22 188:23 189:5,6 190:21 192:5 193:10 194:3,11 199:24 201:13 203:3 204:1,2 205:17,22 206:2,6 212:22 217:20 218:19 219:1 220:20 220:24 222:2,7 222:24 223:2 227:13 230:17 230:23 234:24 235:11,17 240:2,4,6,13,21 245:9,12,16 247:17 248:7 248:24 249:12 250:10,24 251:6,8,23 252:16,21 253:21 254:7 255:8,15 260:16 265:5,7 267:13 270:21 271:5,7 272:12 272:16,20 273:8 283:20 284:20 287:17 289:4 290:19 301:6,9,16 302:12,18,20

**knowledge** 8:24 16:8 170:17 199:17 305:21

**known** 28:11 29:3 83:6

**knows** 157:12 169:20 216:11 303:6

**kuykendall** 9:14

**l**

**l** 1:13 2:21 97:6 261:20

**label** 291:16

**labeled** 290:16

**lack** 56:11 231:1,18

**lake** 1:17

**lane** 21:14 22:12,19 26:4 27:3 35:17 39:24 41:8,12 42:13 44:8,14 44:20,22,24 49:11 53:17 61:23,23 63:6 64:21 66:9 67:2,7,9,11 69:24 70:3,5 79:7,10,23 80:2,2,5,6 83:13,23 84:12 87:22 88:1,2,3 88:11,19 89:2 89:3,5 95:13 99:3,5,10 108:10 120:20 125:24 128:19 128:20,22 129:1,8,10,15 129:21 130:3,7 133:21 134:5 134:14,15 135:9 143:13 143:16,20 144:15,17,18 150:6 156:14 157:2,5,6 163:4 165:9,11 165:13 166:6 166:13,19 167:4 168:6,10 169:1,9 170:23 171:11,13,15 171:19 175:17 176:10 177:21 178:10 184:9 184:22 185:3,8 185:15 188:7,8 188:16 190:18 190:18 191:9 197:19 198:15 200:23 201:1,5 201:11 202:12 208:2 210:13 210:16,23 211:12 212:13 213:9,17 214:8 226:15,20 227:20 228:20 228:23 229:1 229:14 235:8 236:24 237:4 238:17 239:8 239:23 244:23 244:24 246:16 252:6 258:19 258:20 269:4,5 271:12 272:3 272:13,19 277:15,20,23 277:24 279:3,3 279:9,22 280:12,18,24 281:22 293:6,7 293:10 295:1 296:24 298:12 303:9,11 304:6 304:8,16

**lanes** 278:9,10 278:15 279:10 293:9

**language** 59:13 297:15 303:5,5

**large** 12:2 123:21 181:1
**larkin** 60:23 61:9
**lasted** 151:8
**late** 83:22 95:11 96:7 107:1,20 118:15 126:4 169:14 227:18 266:2 286:8
**lateral** 21:14 62:5 85:5,12 107:16 171:23 172:14 173:7 173:18,23 176:14 187:17 187:18 202:12 235:18,23 236:1,7 240:4 272:21 273:2 274:3,16,18
**laterally** 128:22
**latin** 300:6
**latitude** 9:20
**law** 2:3 260:11 260:13,18,22 261:5
**lawsuit** 261:12
**lawyers** 5:24
**lca** 22:7,18 26:4 28:6,24 33:17 34:6,21 41:20 42:7,15,22 43:12 49:14 56:7 58:11 66:4,8 69:18 70:13 71:4 72:14,23 73:3 73:21 74:5 78:3 79:1 82:6 84:6,9,17 85:3 85:4 86:16,23 90:3 91:11 92:1,19 95:10 105:11,14,16 126:1,2,10 157:21 159:24 165:7 183:23 198:8 207:7,10 207:21 208:12 208:16 226:10 228:14,16 229:13 238:13 238:17 242:22 245:13 252:1 252:14 258:16 258:18,23 259:3,10 267:14 268:3 268:23 269:1 279:14 280:12 282:11 285:3 301:9 305:3
**lcc** 282:10
**ldw** 79:2,5 269:3
**lead** 103:13 126:24 127:4
**leader** 103:12
**leading** 87:7 97:22 103:14 103:15,15,16 278:2
**leaf** 2:21 5:11
**learn** 297:23
**learned** 211:6
**learning** 211:3
**leave** 61:23 75:3 110:1 229:20 237:4 303:14
**leaves** 162:10
**leaving** 99:12 162:3
**led** 84:11
**left** 6:23 22:12 22:19 35:16 37:12 41:12 42:12,13 44:8 44:13,18,18,19 44:24 45:3 84:12 87:9,12 87:17,18,24 88:1,2,9,10,12 88:13,22 89:4 101:6 103:12 103:20 122:8 123:17 128:21 129:13,21 130:3,7 132:7 132:11 133:23 134:5,13 135:10,16,19 136:12,22 137:13,14,16 138:4,10,13,19 139:15 140:24 141:8,13,16 142:3,4,19 143:5,7,11,12 143:14,24 144:15,16,18 144:20,21 145:2,4,13,18 145:23 146:2,8 146:17,19 147:6,21 148:15,22 149:2,20 150:2 150:6,16 151:19 152:2,8 152:24 153:7 154:16,18 164:6,9,13,20 165:3,9,21 166:1,4,13,13 166:18,18,20 166:22 167:3 167:12,12,14 168:6,10,13 169:3 171:7,15 171:21 173:17 173:22 174:2,9 174:22 175:4

175:21 176:14 180:9,12,20 181:24 182:17 183:15,24 185:20 186:6 187:7 190:18 191:21 192:8 192:13,15 194:1,5,12,14 194:21,22 195:8,9,13,14 196:24 197:3 197:19,20,21 197:24 198:15 198:16,20 200:17 201:4,6 201:7,12,14,19 207:11 208:2 209:7,11,12,15 209:20 210:11 210:15,20 211:2,12 212:11,13,18 212:21,23 213:3,4,10,16 213:18,20 214:3,8,13,15 214:20 215:1 223:19,20 232:21 233:18 236:10,20,21 239:23 241:7 260:7 279:22 281:4,17,22 292:13 293:9 294:5
**leftward** 135:20 159:24 193:2 195:20
**legal** 311:23
**lesser** 239:4,5
**letting** 185:21 187:4
**level** 20:13,21 23:15,18 24:2 24:7,8 26:7 28:7,8,20 29:2 29:16,19,23 31:10,19 32:2 56:6,10 57:2 57:13 58:3 77:18 82:16 83:3 152:20 170:16 213:7
**levels** 31:16 80:17 220:10
**lexicon** 235:2
**liability** 263:5 266:15,17
**light** 190:7 191:4 203:8
**lights** 224:8,9,9
**liked** 34:23
**likely** 22:7
**limit** 28:15 55:12 65:5 68:7
**limitation** 139:21 285:18 298:3 299:7 304:19
**limitations** 85:22 202:2 227:1 257:16 285:17
**limited** 39:3 68:1 95:3,3 240:3,7 256:22 258:8
**limiter** 64:20 65:3 66:24 67:1 299:8
**limiting** 67:17 257:20
**limits** 64:21 67:1 85:6
**line** 4:4,6,9,12 21:17 22:12,19 35:17 38:21 39:24 41:8,12 42:13 44:8,14 44:18,24 62:6 79:23 84:12 108:10 120:20 121:15 123:21 124:5 129:12 129:14,15 130:3,8 144:15 151:24 152:1 166:13,22 168:6,10 169:16 185:1,8 185:15 190:18 190:18 198:15 201:1 206:24 210:14,16 212:13 213:17 214:9 229:1 236:24 239:23 279:22 281:22 284:4,15,16 309:3
**lined** 37:16 38:1
**lines** 44:20,22 121:14,16,22 150:6 169:1 171:12 294:11
**lining** 36:24
**link** 10:9
**list** 261:17 262:3
**listed** 267:23
**listen** 212:5
**literal** 233:12 244:3
**literally** 143:16
**literature** 28:10 47:15
**litigation** 14:24 15:3
**little** 28:13 116:4 143:14 143:14 146:8,9 183:24

**live** 259:20,21 260:2,5
**lka** 79:2,5 269:4
**llc** 2:3
**llp** 2:15
**load** 112:17
**location** 43:21 114:16 191:2 205:19 224:7 224:24
**locations** 132:1
**log** 106:6 176:24 178:7 178:22 179:1 236:6 241:4
**logged** 177:3
**logic** 86:3 157:2
**logs** 176:17
**long** 101:2 107:13 150:14 250:23 255:14 255:16 270:8
**longer** 42:14,16 116:4 162:17 169:17 196:18 196:19 197:18
**longitude** 9:20
**longitudinal** 129:12,14
**look** 8:12 16:21 18:8 26:15 30:16 39:4 46:3 59:14 62:18 64:17 73:16 75:14 77:13 80:11 88:18 94:24 102:15 110:15 111:8,17 112:3 116:16 126:16 126:17 129:6 130:6 132:15 132:17,24 133:6,13 136:8 137:1,16 138:2 138:3,6 147:13 148:2,3,14 150:17 152:13 152:19 153:3 172:6,10,24 173:24 174:12 194:7 195:19 201:3 203:22 204:5 219:15 219:22 220:15 221:10 235:22 241:17 244:7 253:21 254:7 254:19,22 255:10 272:24 283:11 288:19 288:20 303:19 305:5
**looked** 27:12 47:5 53:13,15 55:1,2 114:7 114:12,17 156:24 172:2 189:16 248:3 255:15 272:17
**looking** 23:18 40:11 41:19 46:23 48:8,21 64:12 69:5,16 83:5 86:18 101:14 102:6 112:8 116:19 132:18,21 133:14 151:20 151:22 152:3 161:11 163:18 172:13 175:8 179:3 181:6,9 189:21 192:19 192:24 193:24 223:3 238:22 244:22 274:12 285:11
**looks** 48:23 69:12 72:5 75:22 93:19 111:10 113:21 122:1,2 124:23 151:16 222:9 242:20
**loop** 115:24 116:8
**loss** 217:15
**lot** 51:1 82:22 140:9 251:16 283:9 300:22 301:2
**louden** 19:21 98:16,17,21 100:7,12 108:19,20 109:2,16 119:1 119:10
**low** 260:3
**lower** 223:19
**lunch** 39:5 111:23 113:3 154:24 155:6 169:4

**m**

**m** 1:20 97:5 261:20 307:3 307:16
**mach** 244:16 252:5
**machine** 307:7
**macon** 1:2 96:21 99:18,20 101:17 102:18
**made** 71:12,12 154:10 197:11 202:22 282:16 284:2 308:7
**magnitude** 88:16,17 136:13 140:4
**magnolia** 2:10

**mail** 102:23 288:9 290:10
**mails** 101:11
**main** 256:8
**maintain** 182:17
**make** 20:9 54:7 57:18 68:5 71:15 75:13 90:8 138:19 143:21 146:8 156:1 177:3 185:10 192:17 197:6 208:14 273:10 274:6 274:19 276:14 291:11 303:20 304:20 308:4
**makes** 90:5
**making** 10:8 140:20 143:19 147:5 162:15 198:6 201:24 210:3 218:10
**man** 266:7
**management** 103:18
**maneuver** 107:8
**maneuvers** 189:18
**manner** 283:13
**manual** 34:15 36:22 43:1 59:9 87:20 148:24 189:3,7 190:3,8,11 202:15,22 203:7,13,23 226:11,23 227:4,9 229:11 230:4,8,12,19 230:24 234:22 234:22 235:1,6 236:12,24 238:13 297:6,7 297:16
**manually** 165:6 235:7 280:11 280:15
**manufacturer** 59:3 63:12,18 82:1,8 258:23 259:14 297:19
**manufacturers** 29:23
**map** 73:20,21 112:10,17 114:13,13,20 114:24 253:15
**mapped** 140:18 174:19
**mapping** 46:18
**maps** 73:24
**mark** 75:19,20 119:19 172:22 179:5 196:14 292:6
**marked** 4:11 122:22 292:8 300:19
**marker** 203:24
**markers** 224:12
**market** 34:14
**markings** 289:16 290:22 291:2,4,17
**marks** 123:15 124:9
**martin** 97:5
**match** 36:12 39:14 160:22
**matched** 36:12 39:9 161:20 162:20 163:16 163:16
**material** 279:11
**materials** 47:1 247:13 267:23
**math** 282:17 285:13
**mathematical** 282:15
**matter** 5:6 131:18
**mattress** 266:12
**max** 32:20
**maximum** 136:16 167:6
**mcdonald** 2:8
**mean** 20:10 31:19 53:5 55:22 61:17 69:21 94:4,5 96:10 102:3 108:6 110:14 118:16 121:6,9 127:12 141:9 141:10 145:14 145:16 146:4 166:16 168:23 169:5 175:13 181:15 187:24 192:12 196:2 199:1 200:16 201:6 206:20 207:9 214:14 214:17 232:20 233:10 236:16 240:2 245:23 246:1 249:16 251:2 257:1 275:12 283:21 287:16,20 295:14,17 300:9
**meaning** 173:19,22
**means** 61:19 145:1 164:15 164:23 201:8 201:13 207:6 208:15 234:24

295:16
**meant** 268:1
**measure** 120:19,22 139:9,22 140:2 150:21 177:22 181:16 183:7
**measured** 160:1 188:9
**measurement** 210:12
**measurements** 183:3
**measures** 126:24 127:9 139:19,20
**measuring** 120:21 121:20 121:21 122:12 123:4,11 124:20,24 241:2
**mechanism** 67:1
**media** 5:4 64:8 113:12 155:10 226:5
**meet** 100:7
**meets** 182:8
**memory** 108:21 134:11
**mention** 242:21
**mentioned** 9:15 25:9 29:10 140:24 212:8 243:7 267:18
**mentioning** 243:10 273:17
**merge** 190:17 226:16 288:22 292:14,21 293:1,3 294:7 297:10 301:8 302:13
**mess** 198:11
**message** 253:19 253:22 254:23
**messages** 140:13 179:8
**met** 61:20 100:10,12
**meter** 304:21
**meters** 67:8,11 67:19 240:4,5 283:8 285:2,9
**methodologies** 257:6 264:4
**methodology** 35:14 42:12 45:1 47:2 123:11 125:6,9 125:17,21 126:6,23 128:10,19 144:14 153:20 257:10
**metrics** 175:12
**mid** 266:4
**middle** 1:1 5:9
**midnight** 100:1
**migration** 259:13
**mile** 157:20 215:5
**mileage** 115:15 118:18,20
**miles** 32:20 33:4 66:5 84:16 95:11 112:6 115:6,18 115:20 116:7 118:21,22 126:12 128:16 170:4 226:18 229:13 231:12 235:8,10 238:18 256:7 278:1,6,8 280:10,15 285:10 293:8
**milton** 2:4
**mind** 47:16 75:4 116:16 156:16 157:16 167:1 213:7 227:24 234:3 252:2 256:14 275:10 276:1
**mine** 162:17 169:12,19 207:4 211:16 213:8
**minimi** 133:7
**minimize** 133:9
**minimum** 59:18
**minus** 205:23 206:7,14,15,19
**minute** 146:8
**minutes** 111:6 115:21 116:1 276:14
**missing** 197:2
**misstates** 228:10
**mistake** 284:2
**misuse** 29:8
**misuses** 28:9 29:3 56:24
**mitigation** 261:23
**mm** 9:12 165:12
**mobileye** 158:8
**mocked** 59:12
**mode** 77:8 78:4 78:20 105:10
**model** 11:15 12:5 13:8,17 13:24 14:8 16:3 30:6 31:8 45:6 246:19,21 246:22 247:6 272:13

**models** 277:9
**module** 159:15 199:6,7 255:3
**molander** 18:11,21 24:22 261:20
**moment** 30:22 189:20 234:2,5 268:8
**monikers** 82:7
**monitor** 57:7
**monitoring** 56:16 57:18 91:20
**monroe** 277:11
**months** 262:2 264:24 265:22
**morning** 6:14 6:15 99:24 100:8 109:22 110:4
**motion** 43:20 161:14,15 194:13 272:21 273:2 274:3,18
**motions** 257:21 258:2,6
**motor** 1:9 5:7 5:22 67:17 259:6 294:18 311:4
**motorway** 294:12 296:1 296:14,16,18 297:11 301:8
**move** 87:9,18 87:23 88:21 89:1 135:18 161:8 165:8 171:15,20 176:14 201:5 211:16,23 212:20
**moved** 88:9 215:1
**movement** 135:21 143:12 188:2 207:18 215:3
**moves** 142:2
**moving** 88:10 88:11 127:4 132:10 145:7 157:5 166:17 166:18,20,22 167:12,20,23 171:6,18 174:21 180:18 180:20 201:1,4 201:6,11,19 209:10,12,15 209:20 210:23 212:18,23 213:3,4,9 214:3,14,19 220:4,13
**mtrclegal.com** 2:12
**multiple** 141:20 163:7 208:2 211:15 274:12
**murky** 228:19
**mustang** 244:16

**n**

**n** 1:13,13 2:1 2:10,21 3:1 97:4,4,6 159:6 261:20 262:16
**name** 5:11 9:11 82:9,11 262:13 263:19 266:8 307:4
**named** 60:22
**natalie** 9:10
**nath** 3:14 72:16 74:20 76:6 90:24 92:7 93:1,12 282:2 305:15
**nath's** 71:24 74:23 75:15 89:24 92:18 93:10 283:16
**nature** 72:24 152:1
**navigate** 23:7 34:8 49:3 52:17 84:10,15 85:22 145:6 171:4 235:7,9 238:17 239:8 239:16 243:18 243:20 279:18 282:12 302:15
**navigating** 34:6 58:12 83:15
**ne** 2:16
**near** 113:21,23 131:11
**necessarily** 33:23 119:9 124:15 166:21 202:7 238:20
**necessary** 54:23 308:4
**need** 39:7 51:7 75:16 88:13,21 130:16 142:6,8 144:21 147:16 153:2 169:14 176:13 177:22 182:19 192:9 195:18 201:5 220:15 225:18 254:7 305:24
**needed** 27:1,8 28:3,17 29:15 56:17 57:8,19 87:9,18,18 88:20 89:1 110:1 135:18 146:14,18 159:22 173:21

173:22 201:20 235:12 257:4
**needing** 47:12
**needs** 28:21 84:3 134:20 135:3 145:6,12 169:2,21 180:17 210:20 211:13 229:2 281:19
**negative** 37:12 37:12,13 40:11 40:12 41:10,11 42:18,19 141:19,19 142:20,24,24 162:14 167:9 167:10,17,17 168:11,11,12 169:8,8 196:12 196:13,15,23 197:10 206:15 208:1,3,3 211:15,15,17 292:19
**negligent** 57:5
**negotiate** 13:15
**neither** 154:3 164:7 307:9
**never** 8:7 63:11 63:15 104:6 146:3 214:6 215:15 236:20 259:2,5,9,12
**new** 89:15 105:21 264:18
**newer** 177:11
**newton** 67:8,11 67:19 240:4
**newtown** 1:19
**nhtsa** 7:23 10:15 15:12,21 275:5
**nice** 283:6
**nick** 97:5,10 103:15
**nick's** 97:21
**night** 99:21
**nineteen** 117:17
**noise** 283:9
**non** 110:6 255:5
**noon** 101:4
**normal** 108:1,4 128:16 146:6 146:21 249:13
**normally** 270:4
**north** 116:11 263:24
**notary** 1:21 307:3,17 310:24
**note** 78:2 311:10
**noted** 69:17 300:4 308:11 310:10
**notes** 242:19 243:16
**notice** 307:5
**noticeable** 192:7
**november** 93:20 94:8,9
**ntsb** 15:7,10
**nudge** 165:6 239:7,12,21 240:7,10
**nudges** 165:16 240:12
**number** 3:13 23:21 48:9 69:3,7 85:13 85:15,17 104:18 134:22 134:23 174:1 190:23 284:5 289:13,18 290:11
**numbered** 68:22
**numbers** 48:17 121:17,22 123:15 220:20 220:21 234:7 234:13
**numerous** 17:10

**o**

**o** 1:13 2:21 97:4 261:20
**oath** 18:3
**object** 16:6 18:19 31:22 32:9 33:8,19 35:6 43:15 51:11 56:19 57:10,21 61:2 61:11 62:1 66:18 67:13,15 68:9 76:23 80:8 84:18 161:22 164:10 184:1 187:8 195:16 196:7 208:18 227:14 229:16 270:16 271:1 284:19 289:3 291:13 291:23 303:23
**objection** 67:16 212:2 228:9 275:3 277:18 278:3,19 279:16 280:2 281:1,5 283:17 283:18 285:5,8 286:2 291:12 293:5,20,22 294:21 295:7 295:20 297:13

297:21 298:1 298:15,20 299:19 300:2,5
**objective** 35:4 35:20 89:8 170:10 208:11
**objectively** 212:16
**obscured** 133:3
**observance** 108:7
**observations** 234:5
**observe** 273:21
**observed** 136:14 186:22
**observing** 99:10 136:16 193:5 195:20
**obviously** 50:12,13 103:16 109:6 138:6 162:4 168:5 177:3 184:8 201:23 202:16 203:1 226:19 227:16 229:5 238:24 259:24 280:16 299:1 302:3
**occur** 141:1 209:19
**occurred** 53:8 60:12 112:11 141:5 226:20
**occurring** 88:2 96:14 148:17 182:7
**october** 1:14 5:4 94:19,22 181:10 307:12 311:3
**offer** 29:9 52:9 160:21 256:1
**offered** 19:16 160:24 225:5
**offering** 19:13 20:6 26:24 47:17 48:2 51:9 268:2,22 269:6,8
**offhand** 290:19
**office** 7:16 8:1 8:4,16 9:23 10:2 99:1,12 290:9
**officer** 217:22 249:7 283:23
**official** 307:12
**offset** 135:14 165:19 173:19 175:20 184:23 187:15 202:12 274:16
**oh** 68:22 71:1 75:18 82:2 102:10 133:2 204:13 215:11 216:12 246:9 286:18 288:11
**ohio** 262:10 263:12
**okay** 6:21 7:2,3 7:19 8:14 9:4 10:19,24 11:12 11:19 12:10 13:6,22 14:15 14:19,21,22 15:6,19 16:1 17:6 18:1 19:10 20:11 22:1,21 23:24 25:20 26:2,8 26:18 27:11 30:9 34:19 37:14 38:3 39:16 45:4,19 48:16,20 49:18 52:1,8 53:20 55:3 56:2,14 59:1 67:6 68:18,24 69:15 71:2 72:9 73:19 74:21 76:8,18 78:1 79:18 82:14 86:8,24 89:13 89:21 90:4 93:4 95:20 96:23 98:23 100:2,15 101:13,20,24 102:5,15 103:3 103:10 104:5 104:24 105:3 107:11 108:5 109:15 110:18 111:3 112:14 112:18 114:4 115:4,10,19 116:6,12,21 117:1,10,15 120:11,15,16 124:2,17,22 125:14,19 126:5,22 130:10 133:2 133:12,17 137:11 139:7 140:22 142:1 147:2,12 148:10 149:12 149:18 150:13 155:13 157:10 157:17 159:4 159:17 160:3 160:19 161:18 165:23 175:10 176:6 178:3 180:7 182:11 182:13 183:18 184:13,20 188:11,22 189:14 190:1,6 191:3 192:18 193:9,19

194:10,19 198:2 200:8 204:20 205:1,4 205:9 206:3,11 207:4 208:8 209:5,17 212:6 214:5,18 215:4 215:11 216:15 217:6 218:18 218:22 221:5 222:8 223:11 225:10 227:2 227:10 228:2 229:8,22 232:18 235:5 237:12 238:24 239:2,17 242:11,14 243:5,11 246:7 246:17 247:4 248:2,9 249:4 249:9 250:6 251:1,10 253:7 254:13 258:21 260:9 262:23 263:6 264:21 265:21 266:14 266:21 267:8 267:10,17 269:2 271:19 273:7,16 274:10,23 276:12 279:6 283:5 284:17 286:18 287:5,8 287:15 288:12 288:14 289:19 291:5,11 294:10 295:24 303:16
**old** 2:4 105:22 156:14 296:23
**older** 304:24 305:1
**omitting** 298:8
**once** 38:4 186:24 211:11 226:20 259:20
**ones** 9:7 172:10 288:21
**onsite** 101:3 103:22
**open** 127:7 229:19 288:13
**opened** 15:12
**operate** 50:21 220:12 227:20
**operated** 34:2 119:3
**operating** 29:15 217:22 228:24 266:19
**operation** 59:19 74:8,18 98:3 103:17
**operations** 97:20 103:14
**opining** 18:22 52:23
**opinion** 13:17 13:20 19:13,17 22:6 26:24 27:5 30:20,21 35:9 36:5 38:9 41:18 53:17 54:1 55:11 58:13 60:14,20 61:8 67:21 73:17 84:8,23 87:24 88:5 89:7,9,11 135:1 159:21 160:21,24 168:23 174:21 183:1,11,20 198:8 199:16 200:10 207:23 208:6 211:6 225:5 227:18 239:22 256:2,8 256:19 271:8 271:16,18,20 272:1,8 280:5 280:21 281:18 285:4 286:1 293:18 298:14 299:5 302:21
**opinions** 10:22 19:20 20:7 21:5,7 29:7 48:3 50:9 51:9 51:23 52:11 53:23 68:15 137:24 156:23 158:3,18,22 159:3 183:13 197:17 241:15 242:2 243:1,4 247:21 256:2 257:4,18 264:4 266:18 268:2 268:22 269:6,8 274:24 275:15 276:8
**opposed** 187:19
**opposite** 42:21 226:17
**option** 69:19,24 299:9
**order** 55:8 87:9 88:22 111:24 113:3 145:6 257:2 290:23 291:21 292:4
**orders** 257:19 258:10
**original** 29:22 37:4 45:10 92:14 125:5 162:13 179:16 181:6 226:14 291:7 299:6 308:14
**originally** 90:10,22 156:8

**originate** 10:1
**orlando** 2:11
**osmo** 221:6 223:18
**outcome** 307:10
**outer** 156:14 157:2 296:24
**outlined** 21:12 61:19 62:11
**outputting** 273:3
**outs** 234:1
**outside** 10:15 197:4 198:21
**overcome** 139:15 140:3 159:23 236:11
**overhead** 149:9 181:7
**overlaid** 122:16 123:4 163:6
**overlap** 195:23
**overlaps** 162:9
**overlay** 46:16 122:15 123:1 141:17 150:9 150:11 168:4 205:13 210:4
**overlaying** 122:7 123:11
**oversee** 28:22
**overseeing** 29:19 97:19
**oversight** 28:9
**oversimplifyi...** 208:21
**overturned** 265:19
**own** 16:21 43:12 94:7 103:14 207:7 216:18 220:2 228:10 239:8 246:21
**owned** 27:24 216:8
**owner's** 34:15 59:9 226:11,23 227:4,9 229:11 230:3,8,12,18 230:24 297:6,7 297:16
**owners** 58:21
**owns** 216:19

**p**

**p** 2:1,1,21 61:15 273:4
**p.a.** 2:8
**p.m.** 155:7,7 226:2,2 276:21 276:21 306:8
**package** 69:24 90:13 91:2 279:14
**pad** 239:20
**page** 3:4,12,15 4:4,6,9,12 25:22 48:8,14 52:21 58:8 63:20 64:13 65:23,24 66:22 68:19 69:3,5,7 69:12 77:21 148:3,8,11 150:19 172:20 173:1 181:9 190:4,5 203:9 282:4,5 284:4 284:13,14 287:22 309:3
**pages** 77:21 310:6
**paid** 248:18 249:6,12,17,17 249:19,23
**paragraph** 49:20 52:21,22 58:14 70:11 72:11 74:23 75:15 76:15 86:1
**parent** 34:4
**parkway** 2:4 113:23 114:19
**parse** 16:10
**part** 30:15 34:22 47:7 50:14 92:1 128:19 134:17 160:11 170:10 170:14 181:11 198:10 242:5 255:8,10,24
**partial** 102:2
**participated** 259:2,5,13
**participating** 6:1
**particular** 151:8 159:10
**parties** 47:1 257:3
**party** 92:12 262:18 307:10
**pasquarella** 36:6 37:6 39:11 41:24 44:6 141:12 167:8 213:14 213:22 228:22 237:1 280:7 303:8
**pasquarella's** 9:10 35:12 36:2 37:16 40:21 41:18 43:19 83:18 84:4 138:8 142:21 144:6 144:13 161:5 162:16 166:9 167:14,22 169:6,11,15

196:17 197:16 198:7 207:24 210:7 211:10 211:14 228:23 275:19 281:21
**pasquarellas** 45:2 141:22 166:15 198:12
**pass** 60:13 61:15,17,21 62:4,11,15,20 62:24 220:13 223:12
**passed** 62:12 62:19
**passenger** 221:18,19,20
**passengers** 221:14
**passing** 224:6
**past** 182:10 199:20
**patents** 258:13
**path** 42:1,2 80:24 81:23,23 82:12,17,18 83:4 85:2,20 86:5 88:13 127:7 135:10 138:5 144:3 145:11,11,13 146:9,14,17 147:14,19,20 148:15,22 149:1,19 150:1 150:15,18,22 150:23 151:2,8 151:18,22 166:19 168:15 168:18,20 173:19 175:12 175:16,22 176:9,13 200:23 202:11 202:11,17 210:19 211:12 272:22 274:16 281:16 294:3,4
**paths** 157:7 188:13
**paul** 2:15
**pause** 287:9 288:3
**pavement** 280:17
**pay** 249:20
**pdf** 68:20,23 69:13 148:8,11 190:5
**peachtree** 2:16
**pedal** 46:12,17 46:21 179:4
**pedestrian** 264:19 265:15
**pending** 263:11 265:4 266:22
**pennsylvania** 1:19 99:8
101:16 243:14 244:1,5,13 245:6,19,23
**people** 73:9 96:10 98:5 251:2
**perceive** 304:6 304:7
**perceived** 164:24
**percent** 46:22
**percentage** 46:18,22 270:22
**perfect** 67:3 84:13 86:5 215:11
**perfectly** 84:14 85:20 200:1
**perform** 185:6 185:13 228:17 245:19
**performance** 31:9 128:4 158:20,24 224:23 227:22 228:15 230:9 231:3 243:22 244:23 246:1 251:24 296:17 299:7
**performed** 245:20
**performing** 63:12
**period** 37:23 39:22 40:5 41:14 42:14,16 84:1 87:7 162:18
**person** 98:12 103:19 256:11
**personal** 108:12 180:16 182:4 241:11
**personally** 8:7 101:2 104:8 259:9,12
**perspective** 32:24 74:4 240:24 274:8 282:15 300:9
**petersen** 2:15
**phenomenon** 141:20 144:7 186:18,22 210:7,21
**philip** 2:9,21 5:11
**phone** 101:10 102:24 103:1 103:24 222:23 223:23
**photographs** 3:15 16:21 126:16

**photos** 126:18 241:11,21
**phrase** 232:3,9 238:20 252:20
**phraseology** 233:20
**physical** 43:20
**physically** 193:5 201:2 272:4
**pick** 6:23 55:5 172:9 207:3 208:10,13 272:12
**picked** 197:9 207:5,7
**picking** 207:3,4
**picture** 283:3
**pictures** 121:11
**piece** 139:11 178:1
**pilot** 91:1
**pilot360** 69:23
**pin** 39:4
**place** 64:20 65:3 96:3,3 111:23 271:8 307:5
**placed** 203:21
**plaintiff** 3:18 3:21 155:18 262:18
**plaintiff's** 261:3 292:6 300:20
**plaintiffs** 1:7 2:6 5:20 14:24 15:4,5 19:22 19:24 50:8 83:8 156:4 249:5,5
**plan** 48:5 259:13
**planned** 81:23 138:5
**plans** 276:6
**play** 285:20
**player** 133:4
**plaza** 2:16
**please** 5:16 6:4 18:12 32:12 116:17 147:23 185:9 289:1 295:22,24 296:6 308:3,8
**plot** 82:17 199:13
**plots** 39:13 106:18
**plotted** 85:2 188:12
**plotting** 83:4 83:14 86:20
**plus** 22:7 24:10 34:6 42:7 80:3 86:23 90:3 92:19 105:17 126:2 146:18 207:21 219:14 220:1,11 238:13 248:16 248:17 258:18 258:20
**point** 22:11 78:18 86:1 103:22 121:12 131:23 134:1 134:13,16 136:23 144:5 146:23 149:5 153:17 162:15 168:5,24 173:17 174:6 180:10 188:18 190:17 196:2 198:6 202:19 203:16 205:18 206:23 208:13 210:24 211:11 227:3,17 229:1 229:3,7 236:13 249:22 256:12 278:23 279:9 281:11,19 288:22 292:14 292:21 293:1,4 294:1 295:1 297:11 298:12 302:13,18,20 302:22 305:1
**pointed** 162:12
**pointing** 143:22
**points** 37:15,17 37:20,21 38:20 39:6,18 40:2,4 72:11 135:15 147:20 148:16 198:4 294:8 301:8
**police** 256:15 256:17,19
**pop** 231:14
**porter** 266:9,10
**portion** 59:9
**position** 9:19 21:14 39:23 52:5 128:18,23 148:20 165:14 205:6 229:24
**positioned** 129:2
**positioning** 157:8
**positive** 41:5,6 133:20 134:3,4 142:14,15 152:1 165:19 168:3,3,4,7,7 173:20 174:1 184:23 185:4 205:12 206:17
**possible** 53:12 58:16 96:8 107:1,20 126:4

170:8
**possibly** 110:6 290:13
**potential** 54:18 269:17
**potentially** 15:16 23:5 127:6 172:5 188:13 297:1
**ppetersen** 2:18
**practical** 186:11 187:3 187:23 188:3
**practice** 104:10 108:15 119:4,5 119:13
**practices** 249:13
**pre** 241:11
**precisely** 123:9
**predict** 275:12 302:16
**predicted** 82:12,17 174:2 175:23
**preference** 185:7,14,17
**prematurely** 225:18
**prep** 69:23
**prepare** 121:5
**prepared** 12:18 26:21 199:11 271:4 275:20
304:2
**present** 45:16 45:21 91:21,22 98:4,7,16,17 299:13
**presidential** 113:23 114:19
**pressures** 46:12
**presumably** 165:17
**pretty** 118:15 159:18 191:1 261:18 301:18
**prevent** 32:3,7 32:16 33:7,13 34:11 225:15
**prevented** 79:10
**preventing** 21:1 49:11
**prevention** 33:17
**previous** 92:9
**previously** 20:22 34:20
**primary** 223:15
**print** 290:9
**printed** 69:8
**prior** 9:19 11:2 11:5 37:11,24 81:21 99:12 162:3 168:4
169:4 272:7 278:21,22 298:11
**pro** 223:18 290:15 302:6
**probable** 80:24 149:1
**probably** 113:22 124:15 202:11
**problem** 130:19 278:14 278:15
**problems** 35:9 35:21
**processed** 254:16
**processing** 159:14
**produce** 64:22
**produced** 7:15 10:7,13 155:18 156:4,12 242:7 252:19 281:13 289:10,17,22 290:3 292:9 300:21
**product** 266:14 266:16
**production** 4:6 56:4 157:22 291:16
**professional** 1:20 107:21
280:21
**program** 103:18 178:24 231:19
**programmed** 274:6
**programs** 122:9
**project** 296:19
**projected** 157:7
**prompts** 35:1
**properly** 83:14
**propounded** 310:8
**pros** 53:21 301:23 302:2
**protective** 290:23 291:21 292:3
**protocol** 77:22 77:22 95:8
**proud** 279:14
**proved** 42:21
**provide** 54:24 55:6 137:9 171:23
**provided** 21:24 51:15 53:18 54:2,12,13 58:21 60:10 79:16 83:20,21 83:22 115:14 147:14 150:4

190:12 238:23 251:21
**provides** 132:3
**providing** 51:22 139:23 185:19 187:6 234:22 298:6 302:1
**pubically** 17:17 31:14
**public** 1:21 230:5 307:3,17 310:24
**publically** 16:13
**publish** 81:8
**published** 47:1 47:4,9 258:15 258:17
**pull** 111:8 127:6 152:24 164:6,19 192:15,16 206:9 236:9
**pulled** 114:11 150:20
**pulling** 113:22 137:12 143:4 144:20 153:7 154:16 164:8 166:1 167:3,12 180:11 181:23 191:20 192:13 200:16,17 201:7,14 212:11 214:13 232:21 233:18 241:7
**pulls** 236:21
**purchase** 91:1 216:21 217:16
**purchased** 90:13 217:13
**purpose** 70:11 92:9 131:17
**purposes** 26:6 88:8 107:19 151:20 195:6 202:1
**pursuant** 291:20 307:5
**put** 21:21 27:16 34:15 39:3 58:17 62:20 108:2 139:8 178:1 204:18 214:10 226:14 239:18 240:9 275:17 282:17 303:4
**putting** 26:13

**q**

**qualifications** 257:6
**qualified** 255:18
**quantify** 107:15 129:17 214:24 234:4 240:1,12,22
**quantitative** 233:23
**quantity** 27:6 88:16 136:13 152:4
**question** 13:10 13:20 14:4 16:18,24 17:3 17:5 18:15 21:19 22:5,22 23:3 24:23 27:10 28:14,15 29:12,13 30:8 30:13,24 32:12 33:11,24 34:14 39:7 40:6 42:5 49:17 52:24 54:8 55:9,13 59:6 67:20 68:13 71:22 76:12 78:18 87:14 88:8 89:1 103:23 127:24 129:24 140:1 141:23 150:24 155:24 156:17 157:9 157:18 166:8 167:1 175:1 177:9 185:10 185:24 187:1,2 188:10 192:10 195:6 199:24 200:14,22 202:24 208:7 212:1,6,9 213:1 214:17 217:19 218:17 228:1,4 232:19 235:16 237:11 239:10 248:20 249:1,15 250:11,21 251:22 254:5 254:15 255:7,9 269:21 270:4 272:16 273:22 282:6 284:14 284:23 297:5 303:3
**questioning** 257:5
**questions** 4:11 11:9,23 51:2,5 77:20 109:6 228:6 276:15 277:7 305:23 310:8
**quick** 63:22 65:10 112:2 225:11
**quickly** 112:4,8 255:13

**quiet** 65:9
**quite** 110:11 118:11 207:8 295:16

**r**

**r** 2:1,21 97:6,6 261:20 263:21 307:1 309:1,1
**radar** 91:15
**radius** 58:10,17 58:22,22 59:19 59:22 60:4 85:5,10 148:15 148:22 150:1 150:18,22,23 151:22 169:3 181:1 230:15 244:4 282:9
**radiuses** 59:14
**rain** 127:23 128:8
**raised** 72:11
**ralph** 64:14
**ram** 244:12,14
**ramp** 155:20 156:6 294:19 296:2,16 301:21
**ramps** 156:21 294:13 297:10 297:12
**ran** 186:17 196:18 234:17
**random** 206:24 207:2
**range** 283:1 285:19 305:13
**ranges** 305:16
**rate** 79:23 137:3,5,5,7,8,9 137:13 138:12 199:4,15
**rather** 51:4
**ratio** 161:12
**raw** 160:11 162:24 163:9 163:10,15 164:2 177:12 178:6 179:2 236:5
**rcm** 254:9
**reached** 249:23 302:21
**reaches** 34:4
**react** 51:24 54:3 298:14
**read** 14:8 15:7 30:23 31:3 52:22 71:24 84:14 85:20 133:8 230:12 244:2 283:20 283:21,22 284:15 288:24 296:20 308:3 310:5 311:9
**readily** 115:13
**reading** 15:10 21:2 48:22 72:6 76:4 283:15 296:10
**real** 65:10 112:2 265:9
**realize** 302:23
**realizes** 211:12
**really** 20:21 65:8 98:19 127:12 144:23 204:21 211:11 211:18 255:8,9 257:5 283:10
**realtime** 133:19 215:2
**rear** 260:7
**reason** 27:3 68:7 72:19 76:5 89:22,24 94:16 131:5 147:22 170:23 179:15 215:18 221:23 241:15 308:5 309:5,8 309:11,14,17 309:20,23 311:11
**reasonable** 18:3,16 297:19
**recall** 9:9 11:10 11:17 12:8,20 12:24 13:1 15:10,17 18:7 18:22 19:7 24:12 26:17 37:10 45:17,22 66:16 68:3 72:6 79:14 81:14 93:16 95:2 98:13 99:5,9 100:11 100:12 101:12 104:13 108:14 108:17,20,22 109:1,22 127:14 130:23 151:4 153:9,13 154:5,7 156:21 157:24 158:13 158:15 173:13 191:24 192:2 193:18,20 194:9,17 221:17 222:1 230:22 237:19 241:9,13 243:2 243:3,9 244:7 245:9 251:18 253:5 261:15 261:19 266:6 273:12 297:14 299:22 301:1
**recalls** 12:17,19 12:22 13:3
**receipt** 308:15 311:17

**receive** 172:11
**received** 17:9 242:10,11 262:3 287:10
**receiving** 254:11
**recenter** 88:10 88:22
**recentering** 166:5
**recess** 64:4 65:14 113:8 155:6 226:1 276:20
**recite** 192:17
**recognize** 285:24
**recollection** 8:11 72:8 108:13 129:7 300:23 301:1
**recommend** 30:5
**recommending** 30:10
**recons** 22:11
**reconstructed** 263:3
**reconstruction** 22:16 205:24 271:9
**reconstructio...** 270:5,8
**record** 5:3,18 11:3 25:13 48:22 64:2 65:9,12,19 106:2 111:23 113:2,6 122:19 151:20 155:4 160:11 177:13 179:11,13 225:23 275:17 276:18 277:1 284:11 288:24 299:16 306:3 307:9
**recorded** 5:5 14:6 45:7 47:6 106:5 108:16 108:23 111:6 138:22 221:12 307:7
**recording** 42:10 178:13 254:12
**records** 251:12 251:21
**rectify** 135:4
**rectifying** 135:8
**red** 148:15 149:11 151:23 151:24
**redundant** 256:12
**refer** 19:21 21:6 45:9
**reference** 158:12
**referenced** 311:6
**references** 297:6
**referred** 111:19 117:3 174:15 223:6 233:4 237:14 268:13
**referring** 7:22 9:17 10:13 24:8 40:21 41:14 44:15 55:9 60:10 121:23 130:18 142:21 156:13 157:13 268:7 278:21 301:9 301:12,14
**regain** 68:5 95:13
**regard** 269:13
**regarding** 9:1 12:21 47:18 48:3 66:1 83:8
**regus** 1:17
**rejoin** 175:16 176:9
**relate** 12:23 173:11 234:14 297:1
**related** 10:18 11:23 12:14 21:8 55:12 69:11 160:24 258:16 268:3 268:23
**relates** 81:13 243:3
**relation** 188:23 189:6 190:22 191:12 271:9
**relative** 21:16 39:23 51:16 52:5 53:17 143:2 144:16 144:21,21 145:13 149:7 170:16 190:12 191:6 197:9 198:18 201:4 201:11 203:16 210:15,19 250:20 252:12
**relatively** 134:11 181:13
**release** 31:10
**relevant** 29:12 158:17 175:12 196:3 198:17 241:14 247:18
**reliability** 140:16
**reliable** 140:7 140:12 199:8

282:22 283:13 303:21
**reliance** 198:7
**rely** 47:12
**relying** 50:7 156:22 158:2 183:5 242:1,16 242:24 247:20 247:24 248:1 257:8 271:14
**remain** 89:2
**remained** 129:7
**remember** 6:18 13:1 41:1 45:11 47:22 98:11,15,22 130:6 177:14 186:16 232:15 251:15 266:8 273:17 283:15
**removed** 157:22 290:22 291:2,16,17,18
**render** 223:1,4 276:9
**rendered** 116:24 120:6,9 132:17
**rented** 246:24 247:1
**repeat** 28:14 32:11 155:24 185:9
**replicated** 43:11
**report** 3:16 7:1 7:2 21:13 37:4 38:8,10,15,18 45:10,14,15 46:3 47:22 48:9,11,12 52:20 62:16 63:1 64:13 65:24 86:11 87:15 94:14,18 104:1 125:16 125:18 134:18 135:13 147:15 148:4,5 152:16 152:19,21 158:7,21 160:21 162:13 172:13,23 174:12,20 175:9,13 179:19,24 181:6,6,10 187:11 189:16 189:21 190:3,5 194:6 195:9 203:9 209:3 211:9 226:15 232:2 247:12 256:15,17,20 267:19,20 268:6,8,18,23 269:1 281:14
299:6 302:22 303:2
**reported** 87:5 106:5 135:13 159:13 160:9 190:10,11 236:3
**reporter** 1:21 5:13 6:4 19:2 30:3 31:2 307:16
**reporting** 86:21 124:21 124:24 212:17 212:19,22 214:1,2,4,23 215:2 293:16 295:10
**reports** 15:7,10 21:20,22,24 26:16 47:5 88:18 125:12 157:1 158:16 232:7 243:7 244:10 275:21 301:4 303:5
**represent** 115:17 120:12 121:1 123:14 149:20 199:3 205:5 206:4 289:24
**representation** 227:11
**represented** 124:18 155:17 156:3
**representing** 2:6,13,19 5:12 144:8
**represents** 149:20 202:6 213:11
**reproduced** 290:21
**request** 4:6
**requested** 31:3 75:8 273:24
**require** 153:21
**required** 139:14 243:19 243:21
**requires** 28:8
**reread** 18:12
**rerun** 179:21 180:5
**research** 27:22 28:1 59:7 76:14
**resell** 217:15
**reserved** 270:4
**respect** 21:13 21:19 46:9,16 83:22 87:14 118:13 121:6 128:20 142:11 161:4 173:7 224:4 227:21

252:5 285:20 286:9 298:24 299:8 302:7,9
**respective** 87:6 103:14 244:23
**respectively** 305:17
**respond** 52:16 258:1
**response** 23:22 49:10
**responsibility** 57:18 63:16
**responsible** 56:12 57:14 58:1,4 272:22
**responsive** 211:24
**rest** 7:1
**restraints** 199:7 255:3
**restricted** 255:24
**restriction** 157:21
**result** 7:17 49:3 52:2 82:23 85:17 229:6 239:22 253:18 257:11 280:16 286:4 292:24 294:14 296:8
**resulted** 60:13 61:15
**results** 12:12 14:6 96:11 127:18 292:16 292:17 295:23 296:2
**retained** 3:21 14:23 68:12 260:11,22 261:4
**retention** 260:12
**return** 101:21 102:2 103:5,7 308:13 311:13 311:16
**revealed** 297:9
**review** 7:16 8:16 10:20 35:11 47:15 218:16 267:14 275:7 282:1 311:7
**reviewed** 7:9 7:12 8:8 9:8 11:2 28:12 38:12 76:1 130:11 208:5 267:23 275:6
**reviewing** 7:18 8:1,11 9:9 38:15 301:2
**rh** 102:8
**richman** 2:8,9 3:5 5:21,21 6:13 16:16 18:24 19:9 30:1,4 31:5 32:5,13 33:14 34:18 36:7 44:3 51:19 57:3,15 58:6 61:7,13 62:14 64:10 65:20 66:21 68:14 75:11 76:7 77:5 80:13 84:24 112:1,13 113:1,14 117:9 120:1 147:7 149:3 154:15 154:19 155:1 155:12 162:7 164:16 174:23 184:12 187:21 195:24 196:22 208:23 212:4 223:9 225:12 226:6 228:12 229:21 233:7 238:7 249:4,9 249:10 250:3 268:19 269:22 270:20 271:6 275:8,11 277:18 278:3 278:19,24 279:16 280:2 280:19 281:1,5 281:9,10,15 283:17,24 284:7,10,17 285:5,8 286:2 286:17,18,20 287:1,5,8,12,15 287:19,23 288:6,11,16 289:2,10,15,21 290:2,6,12,18 291:3,8,11,23 293:20,22 294:21 295:7 295:20 297:5 297:13,21,22 298:1,15,20 299:17,19 300:2,5,12,17 304:12
**ridgeline** 245:7 245:8,13
**right** 6:23 7:4 8:5,22 11:1,13 16:23 17:10,13 17:20,23 19:7 19:11 20:5,20 21:9 22:14,20 23:8 24:11 25:12 26:16,19 27:15 29:20,23 30:18 31:6,20 33:1,7 36:15 36:21 38:6,14 39:12 40:17

41:3,9 43:2,6
44:5 45:1,11
45:23 46:10
48:7 49:5 50:3
51:6 52:6 54:7
55:21 57:4,9
57:16,20 58:7
58:15 60:2,5,7
63:19 64:11
65:1,21 66:5
67:4 68:2 69:1
69:13,16 70:6
70:14,19,22
71:8 73:1,21
75:2 76:9 77:6
77:9,19 78:15
80:12,14,20
81:1 83:6,12
83:15 85:23
87:17 88:14
89:14,19 90:5
91:24 92:4
93:7,15 94:19
95:13 96:7,9
96:16 97:8
100:6 102:8,11
102:11,18
105:14 108:1,9
108:11,16
110:13 111:2
112:8 113:1,15
115:14,16,22
116:8,14,18
117:20,22
118:1 119:15
119:17 120:7
120:24 123:23
125:2,23 126:4
129:14,19
130:5 131:22
133:1,3 134:15
134:20 135:3,6
136:17,17,22
136:24 137:21
138:4,14,15
139:5,17 141:5
141:9 142:1,4
142:5,14,22
143:2,14,15
144:2,5,6,11,22
144:24 145:3,7
145:12,17,18
145:19 146:9
146:15 147:7
147:17 148:6
148:11,13
149:10 150:6
150:10 153:5
157:2,12 158:5
160:17,20
162:2,24 163:5
164:1,9,14
165:1,6,16,18
166:2,10,21
167:18,21,23
168:18,19
169:4,9,15,18
169:21,21,23
169:24,24
170:11,21,23
171:1,2,3,11,16
171:18 172:24
173:14,21
174:10,24
175:6,7,21,23
176:12,16
178:4 180:13
180:14,18
181:2,4,8,13,14
181:18,21,24
182:1,7,8,17
183:24,24
184:24 190:20
192:14,21
193:6 194:2,8
194:17 195:2,3
196:24 197:23
200:24 201:5
201:22 202:23
204:3 205:16
206:1 207:12
207:19 209:19
210:15,23,24
211:13 213:4
215:24 217:23
219:10,20
222:6 224:14
226:7,22,23
229:4,15,19
230:6,19
231:22 232:5
232:11 233:8
233:14 235:8
236:11,14,15
238:8,14
239:13,24
240:12 242:2
242:12 243:13
244:13,16
245:15 248:6,8
248:8 249:12
250:15,22
251:4,19
252:17 253:20
254:6 255:11
255:22 256:24
260:7 261:21
262:12 263:10
263:14 264:11
264:22 265:3
267:24 268:20
274:13,20,21
275:22 276:13
277:6 278:21
279:4,9 280:23
283:3 286:9
287:4,23,24
288:8 293:12
293:19 296:11
300:10 301:16
302:19 304:8
304:13 305:4
306:1

**rightward**
184:22 196:11
197:19

**road** 20:3 34:12 43:23 44:5 52:6 114:18 118:9 127:18 143:7 144:2,24 146:4 146:21 149:14 149:22,23 168:16 175:15 176:8 182:14 182:16,21 183:21,22 233:15 270:12 270:22 282:18 283:8 286:1 298:18,18
**roadway** 27:4 50:1 127:10,23 128:3 134:8 145:3 162:3,11 171:19 175:24 180:23 181:14 181:15 182:6 182:24 183:2,4 183:6,8,17 184:8 185:1 211:4 236:21 286:10
**robbie** 95:17 97:16 100:17 100:19 102:12 189:1
**robbie's** 97:24
**robert** 2:3 97:6 97:10
**robust** 282:22 283:13
**rock** 27:24 97:9 98:6 216:19
**role** 43:9 97:18 97:21,24 263:2 265:10
**roles** 97:14
**rollback** 90:16 92:13
**root** 20:7,10 21:6,23
**rotational** 137:5 199:4
**roughly** 96:3 118:1 262:2
**round** 89:23 91:10 93:6 94:13 96:18 105:20,24 152:10,16 153:5,8,16 177:1 215:20 237:8 285:12 286:6,8
**rounds** 45:14 96:4
**route** 19:14
**ruled** 255:17 269:24
**ruler** 122:2,3
**ruling** 8:3 258:7 264:7 275:4
**run** 23:9,12 40:24,24 41:2 43:17 44:2 95:3 104:12 111:6 115:6,18 115:19,23 117:12 118:2,3 119:14 170:24 182:19 188:7 188:16 204:6 204:11 219:1 220:23 221:16 221:18,19,24 221:24 270:12 270:22
**running** 110:15 305:9
**runs** 40:21 104:2,4,11 108:15 115:23 116:14 119:4,5 119:13 130:13 160:5 170:1 171:5 193:11 193:21 202:4 218:8 220:17 221:11,15 222:10 226:11

**s**

**s** 2:1,21,21 3:10 30:2 61:15,15 97:5 262:16 263:21,21 273:4
**sae** 58:3 81:6
**safe** 13:8,18 14:1 107:22,24
**safely** 99:17 239:21 282:11
**safety** 34:16,16 64:19 66:24 67:1
**sake** 85:10
**saw** 35:23 41:1 42:17,19 84:7 100:22 101:15 130:2 141:20 144:7 162:13 167:13 168:7,8 169:5,6,11 186:6 188:20 211:16 227:22 233:9 243:16 245:5 280:6
**saying** 11:4 12:20 26:9 30:15 39:11 42:22 48:23 49:7,13 53:11 57:4,24 62:19 66:3 72:16

78:17 88:21 90:24 92:7 93:1 122:17 127:4 144:1,10 144:12,19 145:5 146:17 146:22 164:13 165:16 167:2 167:10,11 173:4 175:21 176:13 180:11 181:23 182:7 192:13 194:18 197:21,23,24 198:14 212:10 212:10 213:8 213:11,17,18 213:20,21 231:10 234:3 250:24 283:24 304:23 305:15
**says** 61:14 66:24 67:7,9 69:10 72:13 101:18 102:1 102:20 153:7 156:12 157:20 201:14 203:20 214:13 227:5 228:16 229:2 229:12 234:21 287:13 292:14 292:16 294:12 294:15 295:12 295:15 296:18
**sbp** 87:12
**scale** 120:4 123:14 124:19 124:19 129:19 132:3 151:21 210:11
**scales** 120:3,17 121:1,3,24
**scan** 131:7,9,12 131:16,19,22
**scanned** 131:14
**scanning** 131:22
**scans** 183:6
**scenario** 79:22 265:19 299:11
**scenarios** 33:5 256:23
**scene** 12:5 108:19 112:20 131:8,10,11 191:10 244:21 245:2 246:20
**scientific** 18:4 18:17
**scope** 10:15
**scott** 2:9 5:21 147:6
**screen** 16:22 122:12 133:9 241:22,22 242:8,12 286:23
**scrivener's** 60:17,18,24 229:19
**scroll** 296:4
**seal** 307:12
**sealy** 266:12
**search** 78:8
**searched** 268:10
**second** 19:15 22:10,10 36:9 37:24 39:22 45:14 49:19,24 52:22 53:5 64:17 89:16,23 91:10 93:6 95:5,15,17,19 95:22 96:18,24 97:2 98:1 100:16 105:19 105:19,24 108:10 115:19 120:14 123:6 125:21 148:4,5 148:7 151:4,5 151:9,12,15,17 152:7 153:1,21 154:13,22 155:15 161:1,4 162:9 176:24 196:14 197:4 199:5 213:10 215:12,19 216:5 219:2 221:19 222:18 223:12 232:1 232:13 234:18 237:7,8 238:3 240:6 255:8 257:8 265:24 266:3,4 267:19 271:12 272:2 285:12 286:6 287:6 288:12 302:17 303:9
**secondary** 223:16
**seconds** 25:3 111:11,14 112:5 113:19 114:16 148:23 195:22 205:23 206:8,14 271:23 285:14 298:17,18 302:12
**section** 134:10 150:18 151:23 171:19 181:13 181:19 182:9 294:15
**sections** 268:6
**sedan** 12:5
**see** 28:14 31:12 34:16 35:16 36:20 37:21 40:14 41:4,4 41:15 43:18,19

46:22 62:15 64:15,23 66:6 66:11,12,22 69:3 72:4 75:4 86:8 87:12 93:2 101:17,18 103:5 106:17 108:6,8 114:24 120:17 121:18 123:9 130:7,12 130:16 132:8 132:10 133:4 133:11,12,19 134:17,24 135:20 136:2 138:7,8 141:10 141:11,12,13 141:18 144:13 147:18,20 151:13 152:4,6 158:18 159:1,3 159:9 165:2 167:13 168:1,2 169:2 171:2 180:1,19,19 183:16 188:14 188:17 189:17 189:21 191:11 195:22 200:6 201:2,3 203:15 203:18 206:12 206:13 209:9,9 209:10,11,14 209:23 210:5,8 210:11,14 211:13 212:11 212:15,16 219:22,23 220:16 224:9 224:10 225:19 230:9 231:13 236:18 237:3 243:6 244:19 244:20 250:21 250:23 253:17 268:2,11 279:11 280:11 281:20 285:1 286:7,19 289:15 292:12 294:6 295:21 305:18

**seeing** 41:7,10 46:11,12,12,15 46:15,20 89:3 111:15 145:22 158:10,15 176:3 195:20 197:21,22,24 207:1 210:17 238:10 273:12 281:12 303:7,8 305:20

**seem** 112:5

**seems** 51:6 145:8 285:17 291:14 292:2

**seen** 36:1 155:22 157:19 158:6 166:14 213:22 224:20 227:21 229:10 251:11 252:18 252:19 253:2,3 271:21 275:14 283:19 300:18

**select** 178:4

**selecting** 131:2

**self** 9:6 144:3 218:1 219:10 219:12,24 220:7

**semantics** 33:22 145:9 146:12

**send** 274:6 286:17 288:8

**sending** 287:3

**sense** 90:5,8 177:4

**sensitivity** 126:13,20

**sensor** 27:16 176:4 235:14 241:1 283:5

**sent** 140:13 172:7 254:9 273:22 287:7 311:14

**sentences** 64:18

**separate** 177:24 178:12

**sequence** 175:8

**series** 154:22 157:3

**set** 12:1,2 80:17 118:8 127:8 128:14 215:12 215:16 231:8

**setting** 118:7 126:11 219:22

**settings** 126:7 126:14,20 220:15

**setup** 97:16

**seven** 22:10 48:15 66:2 112:6

**severe** 252:20 282:10

**sh** 102:14,17

**shadows** 224:5

**shane** 60:23

**shank** 262:14 262:17,20

**sharper** 181:4

**sharrington** 311:2

**shawn** 1:16 3:4 5:6 6:7 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1

109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185:1 186:1 187:1 188:1 189:1 190:1 191:1 192:1 193:1 194:1 195:1 196:1 197:1 198:1 199:1 200:1 201:1 202:1 203:1 204:1 205:1 206:1 207:1 208:1 209:1 210:1 211:1 212:1 213:1 214:1 215:1 216:1 217:1 218:1 219:1 220:1 221:1 222:1 223:1 224:1 225:1 226:1 227:1 228:1 229:1 230:1 231:1 232:1 233:1 234:1 235:1 236:1 237:1 238:1 239:1 240:1 241:1 242:1 243:1 244:1 245:1 246:1 247:1 248:1 249:1 250:1 251:1 252:1 253:1 254:1 255:1 256:1 257:1 258:1 259:1 260:1 261:1 262:1 263:1 264:1 265:1 266:1 267:1 268:1 269:1 270:1 271:1 272:1 273:1 274:1 275:1 276:1 277:1,6 278:1 279:1 280:1 281:1 282:1 283:1 284:1 285:1 286:1,22 287:1 288:1,20 289:1 290:1 291:1 292:1 293:1 294:1 295:1 296:1 297:1 298:1 299:1 300:1 301:1 302:1 303:1 304:1 305:1 306:1 307:1 308:1 309:1 310:1 311:1,5

**sheet** 308:6,9 308:11,14 310:11 311:11

**shock** 250:19 250:22

**shooting** 213:19 214:7

**short** 111:5 225:14

**shortcut** 74:21

**shorthand** 307:7

**shot** 115:2

**shots** 120:6,8

**shoulder** 127:6 210:1 221:7 223:18

**show** 38:20,24 102:3 119:18 132:6 147:23 172:20 175:2,2 175:4,5,6 199:1 282:4 286:13,23

**showed** 36:17 52:11 155:19 156:5

**showing** 16:22 39:24 84:5 146:23 196:11 197:19 199:9 281:16 288:4

**shown** 130:13 132:13 133:13

194:5 217:17
**shows** 41:20 52:3 120:4 129:20 138:12 148:19 152:16 159:6,9 163:24 175:3 194:12 207:8,10,12 208:13 227:6 294:6 295:6 304:4
**shubham** 97:4 97:10 98:2 103:16
**shubham's** 97:18
**side** 118:9 120:18,23 122:8 123:17 134:15 210:13 212:12 213:20 256:13 262:21 283:3
**sign** 149:9 162:4 219:3,19 234:2 278:17 280:1,7 281:23 286:14 308:8 311:12
**signal** 46:21 47:13 88:17,21 106:7 139:24 140:16 220:3 250:13,22,23 251:3,13,24 252:9 294:15 295:12,13,18 296:8,19
**signals** 46:19 86:19 140:6,10 140:11,18 150:3 152:19 171:23 172:16 172:19 174:5 177:4,5 178:24 179:10 251:18 252:3 273:3,21
**signature** 307:16 310:14
**signed** 311:19
**significantly** 49:23 53:4
**signing** 308:10
**silver** 1:17 46:3 91:9,17,22 92:23 95:6 98:24 104:3,11 106:1,3,6 109:12,17,19 109:23 110:5 119:11 141:6 191:21,24 192:1 215:8 216:17 228:13 238:5 278:7 279:13 280:22 285:23
**similar** 28:6 35:18,24,24 36:17 39:24 40:8 41:6,14 42:1,17 47:20 47:23 78:9,9 82:6 84:7 90:1 91:3 123:10 152:14 157:18 163:17 166:14 188:13,14 194:1 196:4 207:5 208:11 208:14 213:23 215:20 257:21 265:12 280:6
**similarities** 42:3
**similarly** 36:12 59:21 279:8
**simply** 296:10
**single** 164:1 270:11,23
**sir** 204:4 262:19
**sit** 8:23 13:16 17:8,23 19:6 24:11 26:16,19 38:6,19 45:10 45:22 55:19 68:2 70:22 71:8 80:12 111:1 119:15 130:5 136:24 137:21 138:15 139:4,17 141:4 156:19 157:14 158:5 175:7 194:2,8,16 199:17 206:1 208:4 218:19 222:6 245:15 251:19 253:20 254:6 300:24 301:15
**site** 69:20 70:1 89:18 99:1 101:6 118:8
**sitting** 229:4
**situation** 58:18
**six** 37:13 117:17 172:4 273:12,17
**size** 55:5 133:10
**skid** 239:20
**skip** 77:21
**skipping** 63:19 294:11
**sky** 127:19
**slavic** 261:2,4
**sleep** 100:3
**slept** 118:11
**slow** 49:21 127:5 304:8,15
**slower** 127:4 220:4,13

**slowing** 127:2 219:18 222:4
**small** 171:3
**smaller** 210:14 212:14
**soft** 260:1
**software** 16:22 16:23 17:2,10 20:13 31:10,16 70:15,16,21 71:4,11,13,18 73:8,12 76:11 76:20 77:14,15 77:17 78:9 90:18 92:14,17 92:22 106:15 151:2 218:4,7 252:8 274:5 297:3 305:10
**solutions** 311:23
**somebody** 31:18 52:18 264:3 290:9
**somewhat** 33:3
**sons** 262:22
**soon** 191:15 288:1
**sorry** 31:24 48:12,14 65:23 100:13 102:10 170:13 204:7 218:14 232:24 246:19
**sort** 15:17 19:17 135:10 219:8 244:18
**sorted** 271:2
**sound** 8:5 115:22 116:7 130:4 248:6
**sounds** 77:11 168:14
**source** 160:16
**sources** 16:9 162:23 163:7 199:20 230:24
**south** 116:10
**space** 51:21 203:16 308:6
**speak** 8:15
**speaking** 20:4 26:1 31:11,21 32:2 33:12 62:3 82:21 180:22 200:10 274:2
**speaks** 29:17
**specific** 12:22 13:12 14:4 17:3 18:9,9 37:21 44:2 50:9 54:10,10 55:10,12 58:10 58:17,17,21 61:20 73:3 82:4 135:17 136:7 140:11 159:2 164:3 179:14 184:14 192:9 200:3,5 200:12,15 206:23 212:6 227:8 229:2 253:12,23 285:16 297:15 298:3,6 300:23 301:1 303:3 304:8
**specifically** 13:2 65:4 66:16 68:3 153:9 156:20 158:13 178:24 179:10 182:20 189:16 193:11 231:8 255:16 268:6 292:12 294:1 301:14
**specification** 85:16,19
**specifications** 85:14
**specifics** 142:6
**specs** 305:13
**speculation** 66:20
**speed** 32:20 58:10,17 59:20 59:21 60:4,5 66:5 85:4,11 126:12 157:21 204:2 246:12 256:7,10 285:20 303:11 305:6
**speeds** 46:13 58:23 59:14 63:4 66:10 79:22 112:5 245:24 246:15
**spell** 262:15
**spence** 2:15
**splint** 281:11
**split** 13:15 14:5 55:14 60:11 83:15 84:2,10 87:8,20 88:1 103:17 132:10 134:1 145:6,12 166:19,21 168:5,24 171:4 174:6 181:14 181:20,20 211:20 226:16 231:11 278:23 279:19 280:18 281:19 288:22 292:14,21 293:1,3,8 294:8,24 297:10 301:8 302:13
**splits** 125:24
**spoke** 74:9

**spoken** 8:19
**spontaneously** 154:11
**spot** 149:15
**spouse** 1:4
**spp** 20:2,8,19 80:22,22 81:12 81:15,20 82:2 82:23 84:13 86:14,16 87:1 149:1 152:2 273:5 281:19
**spreadsheet** 3:18 287:22 288:1
**spring** 72:2 94:15
**springtime** 300:22
**squared** 240:6
**squishy** 285:13
**srichman** 2:12
**stage** 12:2
**stand** 80:22
**standpoint** 54:23
**starring** 71:6
**start** 7:19 19:18 118:12 119:11 132:16 190:9,12,14,16 190:20 203:10 203:12,20 234:9
**started** 11:14 94:12 118:17 234:11,17
**starting** 288:22
**starts** 284:15
**state** 5:16 11:3 76:13 263:13 263:17 265:6 267:1,2 299:15 308:5
**stated** 33:24 183:10 193:11 195:12 226:12 302:4
**statement** 86:10
**statements** 241:5
**states** 1:1
**station** 131:11
**stationary** 32:22
**statistics** 271:5
**stay** 61:23 96:20 101:7 145:3 146:9 168:19 277:23 279:3 280:12 280:17
**staying** 278:15
**steer** 22:13,20 27:2 43:4 56:17 57:8,19 106:23 107:3 135:16 136:9 146:2 163:5 164:14 165:20 170:9 171:3 182:17 186:3,6 187:7 189:3,7 193:2 194:1,5 195:21 196:11 197:20 202:22 207:11,12 233:15 280:17 302:14
**steerable** 80:24
**steered** 162:2
**steering** 24:16 25:16 27:4,17 35:18,24 36:10 36:13,16,17 37:10,18 39:8 39:10,13,24 40:8,16 41:5 42:3,11,16,18 42:24 43:2,4,9 43:10,20 46:11 46:14,17,20 49:22 79:9,17 84:6 105:6 106:3,21 107:7 132:6,10 133:20,23 134:3,5,21 135:4,9,21,22 136:5,14 137:15 138:2,6 138:10 139:5,9 141:10,13 142:2 143:11 143:19,24 145:22,24 146:19,24 148:24 149:1 152:13 154:18 159:23,24 160:4,22,23 161:1,9,9,12,14 163:2,3,6,19 165:3 166:4 167:5,16,18 169:17 171:1 173:17 177:8 177:15,16,20 177:23 179:3 180:18 183:15 183:23 185:20 186:4,19 187:5 187:14 188:18 189:18 190:3,8 190:12 191:7 191:11,15 193:2,7,13 194:21 195:8 195:12 197:20 197:22,23,24 199:10,14 200:3,5 201:2 202:11,19 203:1,6,8,13,24 205:10 206:6

206:14 207:19 209:7,11,14,24 210:5,10,24 211:2,14 212:17,20,23 213:3,11,18 214:2,19,20 215:2 233:13 233:14 235:3 235:12 238:13 238:19,23 239:1,5 240:15 240:18 241:2 253:10,17,22 254:1,4,10 271:8,23 272:2 272:4 286:9 302:24
**steers** 139:15 197:3
**step** 147:5
**steps** 292:18
**stipulations** 4:9
**stitches** 223:2 223:13
**stop** 8:3 32:21 127:15,15 219:3,19,19
**stopped** 7:18 8:4 166:5 234:11
**stops** 147:4
**storm** 237:23
**storms** 237:18
**straight** 41:9 43:13 45:3 84:3 87:11 134:7,11 143:3 143:10 144:24 145:1,15,19,20 146:1,7,9,16 147:16,19 149:14,16 159:24 166:12 166:23 168:15 171:18 175:5 181:13,19 182:6,9 185:2 185:22 187:5 190:19 213:16 213:24 232:14 233:11,16 278:22 279:5 280:6 281:4 283:7 294:3
**straighten** 149:21
**straightens** 180:14 181:2 182:1
**stream** 299:10
**street** 2:16
**strengths** 151:17
**stretch** 182:6
**stricken** 257:11
**strike** 211:23
**string** 242:7
**struck** 260:6
**stuff** 212:7
**subject** 20:2 36:14 69:19 70:1 78:5 161:20 162:1 195:9 202:3 205:19 206:7 206:18 223:13 224:23 261:11 275:4 308:10
**subjective** 170:12,14 201:21
**subjectively** 170:18
**submitted** 60:23 72:1 232:8 292:1
**subscribed** 310:16
**subset** 177:4
**subsets** 256:2
**substance** 11:21 310:10
**substantive** 8:24
**substantively** 8:20
**substitute** 291:6,6 292:8
**sudden** 24:16 154:12 256:17
**sufficient** 52:13
**suggest** 251:12
**suite** 1:18 2:4 2:11,17 114:12 114:24 150:20 150:21
**summary** 64:14 66:3 67:3 77:22,23 107:9
**sunny** 283:6
**super** 184:6
**supervision** 307:8
**supplemental** 7:2 21:13 38:15 45:15 125:5 134:18 147:15 172:21 187:11 190:3,5 215:7 268:18 268:22 269:1 281:14
**supplier** 71:9
**support** 4:1 17:19 42:7 60:17,20 83:11 173:16 174:9 174:10,21 258:3
**supported** 174:5

**supports** 36:4 208:6
**suppose** 94:6
**supposed** 140:23 156:8 302:24
**sure** 10:4 14:20 18:14 20:9 21:10 25:6 26:23 32:14 33:15 40:10 41:3 51:20 57:19 63:23 67:9 68:5 71:15,17 74:11 74:15 75:5 80:12 82:24 102:4 110:11 114:10 121:7,8 122:5,23 128:1 132:14 133:11 143:21 147:24 149:6 156:1,2 159:18 175:18 185:10 189:23 192:11,17 193:17 195:15 206:10 209:21 220:10 221:2 223:10 235:24 253:14 254:15 254:16 265:11 268:9 276:14 286:20 288:10 295:16 301:18 305:19
**surprise** 63:9
**surrogate** 93:1
**surviving** 1:4
**swear** 6:4
**swerve** 95:12 96:7,13 166:13 169:18 170:16 198:16
**swerved** 41:2 41:12 42:13 45:3 168:13
**swerving** 35:15 37:11 41:8 126:3
**sworn** 6:8 11:6 11:7 307:6 310:16
**sync** 210:1 223:22 224:13 251:16,17
**system** 13:4,14 14:5 17:11,15 18:5,18 21:1 24:2,7 25:2,11 25:12 28:4,7 28:18,20,20,22 28:24 29:1,5 29:16,19,23 31:19 34:16 35:4 42:15 56:7,11 57:1,2 57:13 58:23 60:1 62:7 64:22 67:18,24 68:6 73:5 79:21 80:2 83:13 84:1,9 85:3,7,21 128:21,24 133:21,23 134:6,19 135:14 138:18 139:19,23 140:5 147:1,15 148:21 158:20 160:5 165:4,17 165:20 168:24 171:13,14 173:17 174:3,7 177:21 183:23 184:10 185:4,7 185:14,16,19 185:21 186:2 186:14 187:4,6 193:3 198:1 211:20 226:10 227:1 229:7,12 230:11 231:18 232:7 235:4 239:7,15,15 240:3 258:23 259:3,10 261:24 264:15 274:9 281:10 281:18 285:3 286:15 293:24 298:5 299:7 301:15 303:6 303:12 304:6 305:2
**system's** 240:10
**systems** 14:1 23:16 26:22 28:10 69:11 73:15 82:16,16 128:4 244:23 244:24 258:19 259:7 269:5

**t**

**t** 1:13 2:21 3:10 19:1 97:5,5 219:24 245:16 307:1,1 309:1
**tacc** 12:15 13:24 18:23 19:1 25:23 26:9 219:24
**takbhate** 97:4
**take** 58:9 60:4 67:16 85:11 96:3 129:6 146:18 147:4 150:17 152:13 169:23 172:6 173:11 174:12 177:12 194:7 203:22 217:15 219:15 229:12

236:17 241:17 246:11 255:14 276:13 287:6 288:20 301:21
**taken** 1:17 5:6 64:4 65:15 111:5 113:8 114:17 121:11 155:7 226:1 276:20 307:4
**takeover** 36:22 202:6
**takes** 164:2 171:12 207:24
**talk** 12:19 26:21 36:8 89:14 103:24 118:24 119:7 181:15 199:21 248:23 252:3 271:4 304:2
**talked** 47:11 56:9,22 128:13 169:4 191:18 201:22 203:7 231:4 238:9,12 253:9 269:3 273:13
**talking** 11:15 12:4 20:12 25:4 37:17 39:1 91:6 96:17 105:21 106:22 110:18 121:13,19 130:17 131:21 141:15 142:11 142:13 156:21 159:7 161:16 166:8 176:18 198:19 204:10 218:12 222:14 237:20 257:7 282:18 294:19 296:23
**talks** 64:19 66:23 256:19
**tangent** 155:15
**tapped** 176:22
**target** 259:20 259:21 260:2
**task** 34:10 58:2
**taxonomy** 28:8 29:17 56:10 58:3
**teach** 81:5
**team** 70:23 101:7 102:21 102:22 103:11 103:13 119:2 141:3
**technically** 302:9
**technician** 2:22 5:2 6:3 63:24 64:7 65:8,17 113:4,11 155:2 155:9 225:21 226:4 276:16 276:23 306:2
**technologically** 49:9
**technology** 32:6,15,18 33:6,17,18 34:17 49:4 81:9,13 245:14 259:13 303:18
**telematics** 7:14 9:15
**tell** 21:18 39:12 40:19,20 61:21 68:4 79:8 96:5 110:17 111:4 111:14 112:7 120:5 123:23 137:3,7 140:3 140:4,17 141:4 148:1 149:24 153:14 180:15 182:23 191:5 218:9 243:22 249:2 254:19 255:11 297:8 297:20 307:6
**telling** 39:21 143:8 182:9 249:8
**ten** 14:17,22 167:5 257:24 298:18
**tent** 118:8
**tenths** 22:10 124:16,17,21 124:24 152:7 161:17 164:1 213:9
**tents** 237:21
**term** 25:14 81:12 82:3,4 231:24
**terminate** 225:17
**termination** 202:6
**terminology** 147:17
**terms** 23:17 35:20 37:19 50:15,18 52:11 59:14 71:7 77:17 103:13 107:16 110:11 118:8 125:23 126:10 138:13 158:24 189:8 200:3 206:13 208:24 214:10 228:8 243:22 254:17 255:20 305:16
**tesla** 11:15,23 12:4,14,17,19 12:21 13:7,14 13:17,24 14:8

16:3 17:9 24:20 26:13,23 27:19,21 29:22 30:6 31:8,8 45:5 49:9 55:15 86:3 93:5,13 94:22 215:23 216:3,4 216:9 217:24 218:14,15,23 219:9 220:18 222:3,13,15 223:1,17 224:4 224:15 225:3,6 225:9 246:18 246:19,21,22 246:23 247:6 261:19 304:4,5 304:7,14
**tesla's** 13:4,23 15:8,13 18:5 24:2,7 25:2,11 26:3 28:3,17 28:20 94:7
**teslas** 29:16
**test** 23:12 27:13 35:19 36:16,24 40:13 40:20,24,24 41:1 42:12 44:2 60:21 61:20 62:12,16 63:4 70:10 77:14,22 78:6 78:10,11 79:1 79:22 86:17,19 86:22 94:21 95:2,9,12 97:15 100:20 104:2 107:5,21 110:3,21 114:12,24 119:1 122:9 125:21 127:2 128:16 129:3,4 129:6,7 132:9 135:17 136:14 136:17 141:1 144:14 149:2 150:20,21 153:1 154:22 160:12 161:4 162:18 163:20 167:11,14 169:11,12,15 169:17 170:11 170:15,15 172:21 173:24 178:2 180:10 181:22 185:5 185:12 188:7 188:16 189:2 190:4,13 191:23 193:24 194:3 197:18 198:11,13,14 202:5,5,6 203:6 204:6,7 207:22 211:8,8 211:14 213:21 213:23 215:19 215:20 216:2,5 222:18 224:21 231:19 234:17 234:20 237:2 238:1,5,5 240:23 241:7 244:1,14 245:4 245:7,17 269:9 277:15 292:17 292:18,24,24
**tested** 35:14 45:6,13 46:8 55:15,22 60:13 70:16 78:14,19 78:24 79:1 90:23 91:10 93:5,13,21 145:21 215:23 216:17 243:12 244:12 245:8 245:18,22 246:15 277:8 293:18 301:15 304:24
**tester** 165:5
**testified** 6:9 18:2,16 19:8 34:20 35:22 36:23 37:1 39:17 92:8,8 261:10 266:2
**testify** 224:22 255:18 256:3
**testimony** 3:4 18:8,9,10 21:3 26:16 31:3 34:22 47:18 48:3 52:10 66:1,14,17 67:14 89:24 91:4 92:18 93:10 255:24 256:11,21 257:9,17,20 261:17 262:3,5 266:1 283:19 284:21 307:6,9 311:9,17
**testing** 11:15 11:22 12:4,12 21:8,12,15 23:17 35:10,16 36:4,11 37:16 37:21 38:5 39:9,14 41:19 42:6,21 43:18 43:19 44:9,12 44:13,17,20 45:1,8,14 48:24 49:8 50:15 52:3,11 60:9,19,22 61:18 68:21,22 69:11,17 71:14 73:6,7 78:3

79:4,5 83:12
83:17,18,24
84:4,4 89:15
89:17,23 90:9
91:11 93:6,14
93:22 94:14
95:5,7,15,17,19
95:22,23 96:4
96:18,21 97:2
98:5 102:21
104:16 105:4
105:13,13,20
105:21,22
106:4,12,21
107:19 109:10
109:12 118:16
120:3,13,15
122:14 125:5,6
125:22 127:11
127:13,15,21
129:9 130:12
132:5 138:8
141:1,21
142:22 143:23
144:6,13 150:4
152:10,17,24
153:5,8,16,21
154:4,6,8
159:12 161:1,6
161:19,24
162:6,9,16
165:7 166:9,11
167:22 169:6,7
172:3 177:1
178:16 179:16
179:22 180:5
182:19 186:16
188:20 189:1
191:19 192:6
194:23 195:11
195:12 196:3
196:16 197:14
197:16 202:2
206:22 207:24
210:2,8 211:10
211:17,19
213:13 215:6,7
215:13,16,21
216:5 217:3
218:24 226:11
227:5,6,23
228:13,23
229:6 231:2,6
234:10,11,12
237:8,8 241:6
243:17 244:5
246:1,13,19,20
258:18 259:17
269:13 270:3
272:5 275:19
280:16 281:21
285:22 286:4
295:5 297:9
304:3
**testings** 125:4
**tests** 23:9 35:23
37:10 63:13
79:17 87:5,13
95:18 105:17
105:24 108:4
110:15 128:5,6
128:9 130:18
130:20 131:3,4
138:22 141:6
144:7 162:14
163:21 170:24
186:17,19
196:10,18
201:16 208:2
230:11 231:9
232:12 234:21
237:1,5 245:24
286:6,8
**texas** 94:9
**text** 102:23
241:20,22,23
242:2,6
**texts** 101:11
242:7
**thank** 19:2 30:3
75:10 76:8
233:2 286:20
**thanks** 122:24
**theoretically**
53:12
**theory** 19:24
83:8
**thereof** 307:11
**thing** 45:12
48:22 57:24
96:11 127:20
157:13 178:11
191:14 213:15
216:2 221:6
230:7 233:22
235:17 273:18
302:6
**things** 146:5
147:8 163:11
184:17,19
186:11 233:24
257:12 273:20
282:17 301:6
**think** 6:18 7:5
10:11,17 11:3
11:6,13,20
14:18 16:17,20
17:2 19:17
22:4,9 25:7,10
28:13 29:12
31:21 33:21
39:2 40:14
41:2 46:9
50:11 51:3
56:21 57:23
58:20 60:9
66:8 68:20
69:2 79:19
82:3 85:9,24
88:12 89:5
92:3 94:1,15
96:22 98:21
99:24 105:13
106:10,11
110:1 116:10
120:9 122:13

123:2 125:3 126:8 127:3 130:21 131:10 131:10,14 134:19 135:9 136:15 138:9 139:1,18 142:9 146:11 147:13 153:15 156:14 157:4,9,14 159:18 160:8 166:14 167:15 168:22 169:10 170:1 171:9 172:3 178:11 179:4,20 184:3 187:10 195:4 197:1 198:3,3 200:11 204:10 213:6 217:4 219:11,12,13 220:14 221:17 222:12,16,18 222:22 223:21 224:5,8 228:18 229:3 230:7,20 231:23 234:7 234:19,21 236:6 237:20 238:9 241:16 241:19 242:15 244:11 247:23 248:5 251:20 252:7,16 260:24 262:22 266:1,7,12 267:9 268:5,10 269:23 270:3 271:10 272:2 273:11 274:14 298:4 301:19 302:3

**thinking** 15:16 94:17 135:1,18 147:16,19 250:18 257:23 296:24

**thinks** 150:1

**third** 47:1 66:23 190:9 226:20 293:6 295:1

**thirty** 48:15 308:15

**thought** 20:23 21:17 87:8 116:3 130:2

**thousands** 282:19,19

**three** 37:10,12 38:7 40:11,24 41:3,10 42:18 111:10,14 112:4 113:18 114:16 123:19 133:22 134:3,4 134:4 136:12 136:15,19 141:19 142:20 142:24 145:23 146:2,19 161:9 162:14 163:1 167:6,9,17 168:11 169:8 180:21 185:19 186:5,23 187:6 187:13,17 196:12 197:10 204:14 208:1,3 211:15,17 240:4,5 247:14 262:1 264:23 265:22 278:8,9 294:11

**thresholds** 240:20

**thunderstorms** 127:14

**thursday** 94:9 262:11

**tie** 296:22

**tied** 187:17

**tiffany** 2:10

**time** 11:14 17:16 22:8 25:19 35:5 36:14 37:23 39:3,22 40:3,5 41:13 42:14,17 45:8 54:3 63:21,24 64:7 65:11,17 70:10 72:7 73:4,6 76:21 78:23 80:7 81:11,14 83:1 84:1 87:7 88:20 90:18 91:3 96:3 103:9 104:15 104:21 110:2 110:12,16 111:11 113:4 113:11 115:14 117:13,22 118:5,19 119:8 132:18,22,22 133:5,14 136:23 137:19 138:10,12 146:4,7 148:16 150:7,11 151:22 152:14 154:12,13 155:2,9 158:11 159:10,20 162:9,18 174:10 180:4 183:21 189:24 196:4 197:12 198:9,18 202:21 203:11 203:14,15,20 203:21 204:3 204:19 205:18 206:19,24 207:10 208:13

209:18,20 212:9 221:4,9 225:10,21 226:4 234:10 234:16 248:16 248:16 250:13 251:13 255:16 256:18 266:20 275:24 276:16 276:23 298:14 301:2,11 302:22 306:2 307:5 311:18
**timeframe** 311:8
**timely** 249:12
**times** 17:21 23:14,21 38:7 52:14 104:14 104:18 117:7 133:1 141:21 151:4,5 165:24 177:6 200:19 210:18 211:16 211:22 214:9 234:14 259:19 260:10 261:7 261:14
**timing** 51:16 52:24 54:4 83:20 109:24 110:14 191:14 303:14
**tire** 161:12,15
**tired** 118:11
**tires** 146:4 161:8
**title** 295:23 296:1
**titled** 110:21
**today** 8:23 11:6 12:19 13:16 17:8 32:7,16 33:6 38:9,19 39:3 40:20 55:19 80:19 83:8 156:20 157:14 163:15 199:12,17 200:14 208:4 247:9 275:13 276:3,5
**together** 212:14 223:2 223:13 226:17
**told** 135:12 213:12 276:7 281:6 301:18 301:22
**tolerance** 62:5
**took** 8:12 41:11 42:2 126:16 138:6 271:8
**toole** 2:8
**top** 9:8 37:9 40:23 66:15 69:10 122:2,20 123:24 149:11 151:3 158:14 172:1,4 181:10 190:8 192:2 223:20 244:6 271:10 273:5 273:11 296:6
**topographies** 184:8
**topography** 146:22
**torque** 27:16 49:22 63:5 64:21 65:5 67:2,8,18,24 68:8 79:9 85:6 106:3 138:18 139:2,6,9,14,19 139:21,23 140:2,3,5 159:22 160:5 177:8,16,20,24 186:4 192:7,8 193:12,16,21 235:11,14 240:3,17,24 241:2 273:24 299:8
**torques** 79:17
**total** 248:5
**touchscreen** 223:17
**toward** 142:17
**towards** 142:16 171:2,21 234:2 280:7 281:22
**toyota** 244:15
**traffic** 12:6 24:9 25:15,16 219:13
**trailer** 260:6,8
**trajectory** 303:10,11
**transcribed** 307:8
**transcript** 308:16,17 311:6,19
**transcription** 307:8 310:7
**transitioned** 226:21
**translate** 106:12 139:4 160:13 235:15 241:4
**translation** 160:10 236:5
**travel** 88:19 101:16,18 102:2 103:6,7 128:23 129:8 129:11,15 144:17 146:15 167:4 237:4
**traveled** 22:18 102:17

**traveling** 162:4 170:3 185:2 230:13
**treadwell** 300:4
**tree** 144:4
**trees** 239:19
**trending** 151:24
**trial** 48:3 256:9 256:18 261:11 262:5,10 264:22 276:10
**tried** 90:16
**trip** 104:7,9
**trouble** 45:7,16 45:21
**truck** 35:19 36:17 38:2 39:23 51:18 55:5 70:8,9,15 71:5,11,13,19 77:3 78:6,8,10 78:11,21 83:14 86:20,22,23 90:1,6,12,20,20 91:1,4,17,18,20 91:22 92:1,16 92:17,19 93:3 106:1,3,6 108:21 112:12 115:1 120:18 120:23 123:17 129:6,13,21 143:12 145:13 146:15 166:15 176:5 178:2 192:4 202:18 211:11 213:15 213:15 215:8 216:8,13 217:3 224:17,19 238:5 250:16 252:10 256:7 261:23 263:24 264:14 265:20 266:20 277:23 278:4,7 279:12 279:13 280:1 280:22 293:18 299:11
**trucks** 87:7,8 87:10,11,16 88:9,18 145:21 213:23 217:3,8 217:10 246:14 272:13 278:14 279:2,8,12,17 279:19,24 280:4,9,10,15 285:24
**true** 9:2,3 15:20 28:23 29:21,24 93:21 93:24 94:23 103:20 130:21 139:13 192:5 194:20 195:5 307:9
**truth** 307:6,6,6
**truthful** 61:9
**try** 45:20 96:7 225:14 257:14
**trying** 21:16 41:1 96:6 100:13 107:23 112:9 122:3 142:9 143:5 145:10 154:9 186:16 197:6 197:13 204:21 230:20 234:4 237:22 246:5 251:15 303:19 303:20
**tsbs** 247:16
**tuesday** 263:18
**tundra** 244:15
**turn** 70:2,12,13 116:10 136:11 141:8,18,24 142:4,5,19 143:2 144:9 148:21 174:9 174:10 180:13 181:1,4 182:17 197:19 198:20 220:2 229:3 238:12 250:12 250:22,23 251:3,13,18,24 252:3,9 278:9 295:1
**turned** 80:6,15 112:23,23 122:11 144:24 155:21 156:7,9 188:8,17,19 202:13 220:2
**turning** 46:19 58:8 99:9 126:10 134:13 137:8,13,15 141:13,14,16 145:4 148:15 175:3,5 180:9 186:2,4 218:9 253:17
**turns** 138:19 140:23 168:18 196:24 278:11
**turo** 247:2
**twentieth** 151:9
**twice** 38:5 213:12
**two** 10:17 12:3 55:16 73:3,15 74:2 87:6,10 87:19 94:2 95:18 104:2,3 109:7 116:14 117:6 121:10 122:9 123:22 125:4 132:3,11 134:23 135:2 135:14,19 138:9 142:15

145:23 152:7 161:8,17 162:23 163:11 168:4 172:3 173:13 174:4,8 174:9,11,19,24 175:2,2 180:21 186:11 187:3 188:4,13 211:1 216:16 220:19 230:24,24 233:24 241:6 247:15 266:5 277:8 278:9 279:7,10,12 285:13 293:8
**type** 207:22 222:22 270:3 298:6 301:22
**types** 63:9 179:8 256:21 256:23 258:6
**typically** 139:24 161:13 217:12,14

**u**

**u** 97:5,6 263:21
**u.s.** 5:8
**uh** 116:2
**ultimate** 57:17 79:23 83:23
**ultimately** 29:18 56:12,24 57:14 84:11 144:17 172:18 211:5 281:20
**um** 128:8
**umbrella** 25:14 103:19 267:22 305:3
**unable** 85:21 246:11
**unaware** 85:1
**under** 18:3 178:9 257:20 267:21 292:15 294:14 307:8
**underneath** 305:3
**understand** 10:14 20:10,17 23:2 34:13 65:2,6 66:13 66:16 67:4 71:16 76:15 80:22 83:7 86:20 90:15 112:11 121:24 127:12 156:1 164:15 179:11 187:24 192:10 203:23 220:7 246:6 300:1,8
**understanding** 7:23 10:6 19:23 22:15 62:9,23 91:14 92:24 164:22 274:8
**understood** 17:2 165:21
**undocumented** 119:5
**unece** 65:7
**uninstrument...** 99:15
**unintended** 242:21
**unique** 224:3
**unit** 5:4 64:8 113:12 155:10 226:5
**united** 1:1
**units** 40:3
**university** 1:18
**unlock** 273:20
**unrealistic** 33:3
**upcoming** 282:21,24
**update** 76:11 76:21 218:4
**updated** 16:4 16:15,23 17:4 17:12,15,22 78:12 262:3
**updates** 17:2 17:10 151:2
**upgrade** 177:10
**upgrades** 176:23 178:21
**upstream** 23:5 197:11,20 198:1,21 303:14
**upwards** 151:24
**use** 14:24 35:4 41:21 82:16 88:2 91:24 92:6 95:14 99:3 114:20 120:18 139:12 139:12 147:17 178:2 179:16 179:22 180:6 198:8 199:14 199:15 214:11 217:2,10 224:13 251:3 251:24 277:14 277:15 285:12 291:13 297:20 301:10
**used** 47:7 62:22 71:13 73:15 74:16 120:22 128:19 138:24 163:20 164:18 199:13,20 246:18,20 252:20 283:13 294:16 295:12 295:13 296:19 308:18 311:19

**uses** 73:20 254:4 292:21
**using** 12:5 15:8 31:18 32:2 34:21 47:11 49:4 60:16 84:8,16 85:4 125:20 130:8 207:6,9,20 208:12,16 224:3,5 229:13 238:12,16 250:12 251:13 254:18,20,24 255:12 274:4 274:19 279:3
**utc** 111:11 117:13,21 132:18 133:1 148:16 203:14 203:15,21 204:19 206:24 234:14,16
**utilize** 73:21
**utilized** 22:8 78:7,11 200:4 200:4 277:21 296:9
**utilizes** 73:24
**utilizing** 60:19

**v**

**v** 1:8 97:7 111:9 132:15 262:21 311:4
**validates** 196:20 197:17 207:23
**validating** 47:2
**validity** 46:6
**value** 173:20 175:20 184:23 185:4 205:10 274:12
**values** 140:19 175:20 176:1,2 203:4 274:13
**variables** 59:24 273:9 274:20
**various** 121:14
**vary** 31:9 129:3
**vbox** 110:21 111:15 114:11 114:12,21,22 114:23 116:20 120:10 122:10 122:13 123:2 136:6 138:23 148:12 150:20 150:21 163:19 163:20,22 176:23 177:11 180:2,3 209:22 220:22 223:13 235:20,22 236:4
**vehicle** 10:12 10:21 13:9,18 16:5 24:16 27:2,3,14,22 28:1 31:10,18 32:19,22 33:4 34:5 36:14 42:1 43:10,12 44:4 45:5,24 47:20 49:2,21 50:22 56:4,18 57:2,9,20 59:3 59:9,20 61:22 66:4,9 69:10 70:7 73:4 76:10,20 77:8 77:14,15 78:4 78:19 81:23,24 82:12,19 83:3 84:11,14 85:3 90:19 92:23 99:11 110:5,6 110:12 113:18 118:20,22 119:2 122:8 126:7 127:2 131:15 132:3 134:12 136:22 137:6,8,12,19 138:5,12 141:24 142:19 142:23 143:2,6 143:9,10,15,20 144:1,8,16 145:6,16,19,20 145:21,24 146:1,14 149:4 149:21 150:1,5 150:15 152:11 154:17 155:20 156:6,8 157:5 157:7,23 158:9 158:18 160:17 161:8,21 164:6 165:6,14 167:16,23 168:15,18 170:22 171:4 171:11,14,24 172:15 173:20 175:3,4,5,22 176:2,3 177:18 180:8,12,17 181:24 182:15 182:16 184:21 184:24 187:19 188:2 191:20 191:21,22,24 192:1 194:4,13 194:15 195:10 199:9,13 201:18 206:7 206:18 209:7 209:10 210:13 210:15,23 212:10,13 213:4 214:7,12 214:14,21,22 215:1,6,9 218:9,10,12

221:15 222:17 228:7,14 230:13 231:16 235:14,18 236:16,20 237:4 239:6,22 241:6 253:16 259:6,16,23 260:4,6 270:11 270:23 272:5 295:4 301:20 302:11,15,16 302:23 304:24
**vehicle's** 52:5 120:19 148:20 148:21 175:15 175:16 205:6 205:19 206:13
**vehicles** 12:21 26:14 45:13 46:8 55:17 63:4 107:17 126:24 127:5 131:7,8,13,23 159:12 217:13 220:4,13 242:20 244:19 245:17,22 277:15 282:19
**venue** 265:7
**verbiage** 62:22
**verify** 311:9
**veritext** 5:12,15 311:14,23
**veritext.com** 311:15
**version** 69:8 252:7
**versions** 16:23
**versus** 58:24 82:7,7 89:3 127:19 140:17 185:21 187:6 189:18 243:23 263:23 303:22
**vertical** 121:15
**vibration** 79:13 79:15
**video** 2:22 5:2 5:5 6:3 46:15 46:16 51:14 63:24 64:1,7 65:8,12,17,18 111:16 113:4,5 113:11 115:2 115:13 116:24 119:13 123:5 123:12 130:14 130:17 131:1 132:2,18,23 133:18 134:9 137:20 150:11 150:12 152:13 155:2,3,9 163:1,5,24 168:2 171:8 192:16,19 205:12 209:11 209:12,22 210:4 218:17 219:16 222:19 223:1,4,20,23 224:4,10 225:21,22 226:4 232:16 233:1 241:21 245:23 276:16 276:17,23,24 306:2,3
**videoed** 222:17
**videographer** 5:13
**videoing** 222:10
**videos** 38:22 110:21 120:7 120:10 129:22 130:7 153:16 162:22 163:23 182:5 223:2,23 224:21 234:7 237:10 244:7
**videotaped** 1:16
**view** 123:4 143:18 176:8 181:7 223:15
**vigilance** 28:2 28:16 29:14
**violation** 290:23 292:3
**visible** 135:24 228:22
**vision** 283:5 285:14 304:22
**visual** 47:14 79:15
**vs** 5:7 263:20 265:2

**w**

**wading** 31:12
**wait** 107:13 127:6
**waiting** 108:9
**want** 19:19,19 20:9 46:2 54:6 68:19 76:13 101:4 136:18 143:21 156:1 164:14 165:8 165:18 171:14 171:20 179:11 185:10 195:4 204:5 210:3,4 212:5 217:10 229:18 248:24 275:6 276:14 278:7 281:3 282:4 286:13 286:22 293:19
**wanted** 11:23 47:24 93:15,23 94:21 232:14 233:10,15

238:3 241:18 288:19 291:9 292:11
**wants** 134:24 148:21 294:4
**ward** 159:24
**warn** 53:7 86:6 299:9 303:13
**warned** 49:23 53:4 301:20
**warning** 47:14 50:9,13,14,18 50:19,20 53:1 53:8,18,22 54:2,4,9,19,24 55:6 56:4 79:12,15 80:3 80:6 231:14 265:18 269:4 299:17 301:17 302:1,5,6
**warning's** 51:3
**warnings** 50:8 50:15,16 51:9 51:15,16,24 52:4,12,16,20 54:13 79:16 83:19,21 226:22,24 298:11 303:7,7
**washington** 263:17
**watch** 133:18 168:2 171:8 210:5 232:16
**watching** 163:2 163:2
**watson** 2:15
**watsonspenc...** 2:18
**way** 10:22 23:2 34:13 46:18 49:4,11 50:20 70:2,12 95:7 108:2 122:6,15 127:3 133:3 145:8 162:20 186:12 200:7 208:7 212:24 213:6 225:7 227:18 239:18 245:20 250:24 253:5,15 254:21 257:14 272:10 279:12 284:16 294:18 297:24 302:11 304:10
**wayne** 1:5
**we've** 7:22 56:9 57:11 87:6 125:3 152:24 161:5 191:18 200:18 204:9 217:13 220:22 242:15 248:3 304:19
**weather** 127:10 127:16 128:2 158:10
**website** 94:7
**week** 266:3
**weeks** 266:5
**weird** 114:13
**went** 10:1 12:12 28:13 35:17 37:12 41:9 42:12 45:3 52:21 92:18 100:3 107:6 118:20 137:20 167:15 168:8,22 169:15 170:7 170:18 172:13 197:18 208:3 245:18 261:17 278:16 281:14 287:13
**wet** 127:18,22
**whatsoever** 192:7 232:7
**wheel** 27:17 35:18 37:10 42:11 43:20 46:11,14,17,20 84:6 106:3 108:11 132:10 133:20 135:21 135:22 136:5,9 137:15 138:7 139:5,9 141:11 141:13 142:2 159:23 161:10 161:12,14 163:2,3,6,19 171:13 179:3 188:18 192:14 193:2,7,13 199:14 200:3 201:2 203:1 207:19 209:12 209:14,24 210:5 211:14 212:17,20,23 213:3 214:3,19 214:20 215:3 235:12 240:15 253:10,17,22 254:2,10 271:23
**white** 90:17 121:16 123:24 123:24
**wi35336** 296:5
**wind** 146:4,21 237:21
**window** 197:5 198:19,21
**windshield** 223:14 224:6
**wingman** 266:19
**wish** 250:2

**witness** 4:3 6:5 16:7 18:21 19:3 32:1,11 33:10,21 35:8 43:17 51:13 56:21 57:11,23 61:4,12 62:2 68:11 75:8,10 76:1,4 77:1 80:10 84:20 111:19 112:3 117:3,6 119:23 154:17 161:24 164:12 174:15 174:18 184:3 187:10 195:17 196:9 208:20 212:3 223:6 229:18 233:4 237:14,17 256:5 268:13 268:16 269:20 270:18 271:3 277:19 278:4 278:20 279:17 280:3 281:6 285:9 286:3 293:6,23 294:24 295:8 295:21 297:14 298:2,24 300:6 304:1 306:5 307:4,9,12 308:1 311:8,10 311:12,18
**woke** 100:4
**wondering** 253:3
**wooten** 1:4,5,5 1:6 5:7 22:8,19 23:4 27:2 34:21 41:16 42:2 60:12 77:3 78:23 80:5 81:21 83:23 90:2,14 92:14 169:13 188:24 189:19 191:6,12,16 197:7 207:20 217:1 224:16 241:11 250:12 251:6 271:8,22 272:4 297:24 301:11 302:12 302:23 311:4
**wooten's** 9:19 38:2 40:15 42:20 70:9 71:5,11 73:4 76:10,19 77:15 78:8,20 83:13 84:7 90:6,11 92:1 93:3 155:20 156:6 157:22 158:9 189:7 194:4,14 228:7 260:21 280:1
**wootens** 92:23
**word** 50:13 56:12 62:13,15 62:24 164:17 164:22 231:24 259:22 268:10 295:9
**words** 20:16 58:1 60:3 156:7 194:12
**wordy** 127:3
**work** 7:6 13:11 30:16 58:24 60:1 66:4,9 74:6 82:23 84:20 129:23 196:21 255:1 262:9 275:24 276:3,6
**worked** 63:11 63:17 226:10 226:15
**working** 257:24
**works** 74:5 133:4 274:9
**world** 184:4 230:18
**worth** 111:11
**wracking** 98:19
**wrapped** 103:8
**write** 258:6
**writing** 258:2
**written** 59:8 73:8 76:15 86:12 112:24 125:10,13 255:4 303:13
**wrong** 23:4 94:5 186:1 284:1
**wrote** 19:8 74:20 76:6 86:7,7 299:5
**wyatt** 1:6

**x**

**x** 3:1,10 60:4 151:21 152:3 157:4 256:7

**y**

**y** 60:5 157:4 236:3
**y'all** 290:15,16
**yanking** 108:11
**yaw** 137:3,5,7,9 137:16,18 138:11 177:15 194:12,21 195:8 198:24 199:2,4,10,15 200:4,4
**yawing** 195:13
**yea** 273:19
**yeah** 9:24 10:17 16:17

36:23 41:23 63:23 68:20 71:23 72:18 94:4,16,18 100:12 103:2 105:8,12 113:20 114:8 116:3 121:23 129:16 130:22 131:20,22 132:24 133:2 136:20 146:16 151:5,6 155:1 162:23 163:18 187:22 192:11 192:23 204:24 218:15 219:7 221:3 222:14 225:1,12 230:16 232:18 232:24 235:2 243:6,9,15 246:3 252:14 252:24 255:6 261:19 267:13 275:8 284:9 286:24 287:23 288:16 289:9 289:12 290:15 295:9 305:22
**year** 72:3,5 179:21 180:4 272:13 299:14
**years** 94:2 257:24 270:9 270:10
**yell** 34:4 191:20 209:19
**yelled** 164:24
**yellow** 288:18 288:21
**yells** 34:4
**yesterday** 248:5
**yup** 116:9 299:4

**z**

**z** 97:4
**zero** 41:5,6 134:23 142:14 142:15,18,20 143:9 145:17 145:17,22 146:3 167:8 168:2,3,7,7,8 168:16
**zeros** 204:13,14
**zone** 107:24
**zones** 74:13
**zoom** 5:24 149:10

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.