# EXHIBIT 3

# WOOTEN MOTION FOR PARTIAL SUMMARY JUDGMENT

# DEPOSITION OF WAYNE WOOTEN

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BEVERLY WOOTEN, as Surviving
Spouse of BARRY WOOTEN, and
BARRY WAYNE WOOTEN, as
Administrators of the ESTATE
OF BARRY WYATT WOOTEN, Deceased,

Plaintiffs,

CIVIL ACTION NO.:
5:23-cv-0000346

vs.

FORD MOTOR COMPANY and
ROBERT BOSCH, LLC,

Defendants.

VIDEO DEPOSITION OF BARRY WAYNE WOOTEN
July 22, 2024
10:16 a.m.
2500 Old Milton Parkway, Suite 200
Alpharetta, Georgia
Carolyn M. Carboni, RPR, RMR, CCR-B-878
Lionel Mileman, Videographer

Job No. CS6805146

A I do not know.
Q Okay. So do you have any knowledge of how the ADAS in your father's prior F-150s compared to his 2021 F-150?
A I do not. I don't know.
Q Okay. Had you ever driven your father's 2021 F-150?
A I did not drive -- I did not drive that truck, no.
Q Had you driven any of his prior F-150s?
A Yes.
Q Okay. I thought maybe the way you were thinking about it --
A Yeah, yeah.
Q Do you know if any of his prior F-150s had lane centering and cruise control?
A I would imagine they had cruise control because he traveled a lot, so yes.
Q What about adaptive cruise control, do you know the difference?
A I do know the difference, but I'm not sure if they're equipped. I do not know. I haven't seen the build sheet on those like I saw on his 2021.
Q Okay. What other vehicles did your father

Q Do you know if there was a device in the passenger's seat, the same device in the passenger's seat buckle?
A I don't know. I don't remember.
Q Did Mr. Wooten always wear his seatbelt when operating a vehicle?
A He did.
Q Did he ever put the shoulder portion behind his back while he was operating the vehicle?
A Never.
Q Did Mr. Wooten ever sit on the lap portion of the belt?
A Never.
Q Did you ever discuss any of the ADAS or driver-assist technology in the 2021 vehicle with your father?
A He had mentioned that he found it interesting and intriguing.
Q This is sometime between June and September of 2021?
A That's correct.
Q All right. What did he find interesting and intriguing?
A Verbatim?
Q No. I'm just trying to get your

recollection of that conversation with your father.
A Well, he had sent me a text bragging about how he was impressed and intrigued by the technology.
Q Do you still have that text message?
A I do. I have that with me today.
Q I may ask you to send that to your attorneys later.
A Okay.
Q All right. What, to your recollection, impressed him about the technology?
A He was just impressed by the technological advances that the F-150 hybrid, the new, what they call a power boost, had, he just -- he found it intriguing, and he thought it was a very marketable item. He thought that general middle America would buy one. He thought they were -- he thought they were the cat's meow.
Q He thought this technology would be useful to the public; is that what I'm -- what you're saying?
A Absolutely.
Q Did you have any involvement in the purchase of this 2021 F-150?
A No.