IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **BEVERLY WOOTEN, as Surviving Spouseof BARRY WOOTEN and BARRY WAYNE WOOTEN, as Administrators of the ESTATE OF BARRY WYATT WOOTEN, Deceased,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**FORD MOTOR COMPANY and ROBERTBOSCH LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO: 5:23-cv-00346** |

**AMENDED NOTICE OF ATTORNEY FEE AND CASE EXPENSE LIEN**

1. DJC Law PLC hereby provides the Court and the Parties Notice of a Lien brought pursuant to Ga Code § 15-19-14 and the laws of the State of Georgia.  DJC Law PLLC asserts a lien for it's quantum meruit fee interest in this matter for any recovery by Beverly Wooten or the Estate of Barry White Wooten; and,

[This space left blank intentionally]

    2.   For reimbursement of reasonable case expenses incurred.

Dated: January 28, 2026.

                                  *Respectfully submitted,*

                              **REYNOLDS, HORNE & SURVANT**

                                 */s/ Michael G. Horner*
                              MICHAEL G. HORNER
                              GA Bar No. 251194
                              *Attorney for DJC Law PLLC*

P.O. Box 26610
Macon, Georgia 31221-6610
(478) 405-0300 (phone)
(478) 405-0550 (fax)
firm@reynoldsinjurylaw.com

Daniel Christensen, *pro hac vice*
DJC LAW, PLLC
1012 West Anderson Lane
Austin, Texas 78757
(512) 220-180

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2026, a true and correct copy of the foregoing DJC Law PLLC Amended Notice of Attorney Fee and Case Expense Lien and Memorandum in Support Thereof was filed via the Court's CM/ECF system, which will serve a copy on all counsel of record. And, a copy was mailed to Beverly Wooten and Barry Wayne Wooten as the Administrator of the Estate of Barry White Wooten and via First Class US Mail.

/s/ Michael G. Horner
MICHAEL G. HORNER
GA Bar No. 251194
Attorney for DJC Law PLLC

P.O. Box 26610
Macon, Georgia 31221-6610
(478) 405-0300 (phone)
(478) 405-0550 (fax)
firm@reynoldsinjurylaw.com