UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BEVERLY WOOTEN, as surviving spouse of Barry Wyatt Wooten, and BARRY WAYNE WOOTEN, as administrators of the Estate of Barry Wyatt Wooten, deceased,<br>    *Plaintiffs*,<br><br>v.<br><br>FORD MOTOR COMPANY,<br>    *Defendant*. | Civil Action 5:23-cv-00346-MTT |

**NOTICE OF CHANGE IN EMPLOYMENT OF PLAINTIFFS' COUNSEL AND REQUEST FOR IN CAMERA HEARING**

Cheeley Law Group, LLC hereby notifies the Court and the parties that attorney Nick Wooten is no longer employed by Cheeley Law Group, LLC effective February 11, 2026. Undersigned counsel with Cheeley Law Group, LLC stand ready to continue their representation of the Plaintiffs.

Additionally, undersigned counsel with Cheeley Law Group, LLC have learned of violations of court orders pertaining to protected documents and have notified counsel for Ford. Plaintiffs respectfully request an in camera hearing with no public transcript to address these issues. The undersigned has conferred with counsel for Ford and have permission to state they consent to an in camera hearing.

Dated: February 12, 2026        Respectfully submitted,

| | |
|---|---|
| **SLAVIK LAW FIRM, LLC** | **CHEELEY LAW GROUP, LLC** |
| Donald H. Slavik | */s/ Andrew Craft* |
| CO Bar No. 33860 | Andrew T. Craft |
| *Admitted Pro Hac Vice* | GA Bar No. 844764 |
| 2834 Blackhawk Court | Robert D. Cheeley |
| Steamboat Springs, CO 80487- | GA Bar No. 122727 |

| | |
|---|---|
| 2018 Tel.: (970) 457-1011<br>Fax: (267) 878-7697<br>dslavik@slavik.us<br><br>**ADAMS, JORDAN &<br>HERRINGTON, P.C.**<br>Virgil L. Adams<br>GA Bar No. 004625<br>915 Hill Park, Suite 101<br>PO Box 928<br>Macon, GA 31202<br>Tel.: (478) 743-2159<br>Fax: (478) 743-4938<br>vadams@adamsjordan.com | Gabrielle D. Gravel<br>GA Bar No. 449376<br>McKenzie R. Nadel<br>GA Bar No. 251909<br>2500 Old Milton Parkway<br>Suite 200<br>Alpharetta, GA 30009<br>Tel.: (770) 814-7001<br>Fax: (678) 559-0273<br>bob@cheeleylawgroup.com<br>gabby@cheeleylawgroup.com<br>mckenzie@cheeleylawgroup.com<br>andrew@cheeleylawgroup.com |

*Attorneys for Plaintiffs*

Page—2

## CERTIFICATE OF SERVICE

I hereby certify that today I have served a copy of the foregoing on all parties of record, including the Defendants counsel listed below:

Michael R. Boorman
Paul E. Petersen, III
WATSON SPENCE, LLP
Bank of America Plaza
600 Peachtree Street NE
Suite 2320
Atlanta, GA 30308
mboorman@watsonspence.com
ppetersen@watsonspence.com

*Counsel for Defendant*
*Ford Motor Company*

Scott A. Richman
Tiffany M. Gutierrez
MCDONALD TOOLE WIGGINS, PA
111 N. Magnolia Avenue
Suite 1200
Orlando, FL 32801
srichman@mtwlegal.com
tgutierrez@mtwlegal.com

*Counsel for Defendant*
*Ford Motor Company*

Michael Carey
DYKEMA GOSSET, PLLC
4000 Wells Fargo Center 90 South 7th Street
Minneapolis, MN 55402
mcarey@dykema.com

*Counsel for Defendant*
*Ford Motor Company*

Derek J. Linkous
BUSH SEYFERTH PLLC
100 W. Big Beaver Road, Ste. 400
Troy, MI 48084
linkous@bsplaw.com

*Counsel for Defendant*
*Ford Motor Company*

        /s/ *Andrew Craft*
        *Counsel for Plaintiffs*