# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **BEVERLY WOOTEN, as Surviving Spouse of BARRY WYATT WOOTEN, Deceased, BEVERLY WOOTEN and BARRY WAYNE WOOTEN, as Co-Administrators of the ESTATE OF BARRY WYATT WOOTEN, Deceased,** <br><br>      Plaintiffs, <br><br> v. <br><br> **FORD MOTOR COMPANY,** <br><br>      Defendant. | CIVIL ACTION FILE NO. <br><br> 5:23-cv-00346-MTT |

**NOTICE OF WITHDRAWAL OF COUNSEL**

COME NOW, Virgil L. Adams and Caroline W. Herrington of Adams, Jordan & Herrington, P.C., counsel of record for Plaintiffs, and pursuant to Local Rule 83.1.4 file their Notice of Withdrawal of Counsel from representation of Plaintiffs. In doing so, Virgil L. Adams and Caroline W. Herrington show that they are not lead counsel in the case, and the Plaintiffs continue to be represented by co-counsel Robert D. Cheeley, Andrew T. Craft, Gabrielle D. Gravel, and McKenzie R. Nadel, all of Cheeley Law Group, LLC, Donald Slavik of Slavik Law Firm, LLC, and Nicholas H. Wooten. The undersigned request that they be removed from the court records as counsel in this civil action.

Respectfully submitted this 13th day of February, 2026.

/s/ VIRGIL L. ADAMS
Virgil L. Adams
Georgia Bar No. 004625
Caroline W. Herrington
Georgia Bar No. 153008
*Attorneys for Plaintiffs*

ADAMS, JORDAN & HERRINGTON, P.C.
915 Hill Park, Suite 101
P.O. Box 928
Macon, Georgia 31202
Phone: (478) 743-2159
Fax:    (478) 743-4938
vadams@adamsjordan.com
cherrington@adamsjordan.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2026, I caused to be served the foregoing **NOTICE OF WITHDRAWAL** via CM/ECF which will provide copies via email to the following counsel of record.

Michael R. Boorman
Paul E. Petersen, III
WATSON SPENCE, LLP
mboorman@watsonspence.com
ppetersen@watsonspence.com
*Attorneys for Defendant*
*Ford Motor Company*

Scott A. Richman
Tiffany M. Gutierrez
MCDONALD TOOLE WIGGINS, PA
srichman@mtwlegal.com
tward@mtwlegal.com
WootenvFord@mtwlegal.com
*Attorneys for Defendant*
*Ford Motor Company*

Michael Carey
DYKEMA GOSSET, PLLC
mcarey@dykema.com
*Attorney for Defendant*
*Ford Motor Company*

Derek J. Linkous
BUSH SEYFERTH, PLLC
linkous@bsplaw.com
*Attorneys for Defendant Ford*
*Motor Company*

Nicholas Wooten
nick@nickwooten.com
*Attorney for Plaintiffs*

Robert D. Cheeley
Andrew T. Craft
Gabrielle D. Gravel
McKenzie R. Nadel
CHEELEY LAW GROUP, LLC
bob@cheeleylawgroup.com
andrew@cheeleylawgroup.com
gabby@cheeleylawgroup.com
mckenzie@cheeleylawgroup.com
*Attorneys for Plaintiffs*

Donald H. Slavik
SLAVIK LAW FIRM, LLC
dslavik@slavic.us
*Attorney for Plaintiffs*

Respectfully submitted this 13th day of February, 2026.

/s/ VIRGIL L. ADAMS
Virgil L. Adams
Georgia Bar No. 004625
*Attorney for Plaintiffs*

ADAMS, JORDAN & HERRINGTON, P.C.
915 Hill Park, Suite 101
P.O. Box 928
Macon, Georgia 31202
Phone: (478) 743-2159  /  Fax: (478) 743-4938
vadams@adamsjordan.com