UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BEVERLY WOOTEN, as surviving spouse of Barry Wyatt Wooten, and BARRY WAYNE WOOTEN, as administrators of the Estate of Barry Wyatt Wooten, deceased,<br>　　*Plaintiffs*,<br><br>v.<br><br>FORD MOTOR COMPANY,<br>　　*Defendant*. | Civil Action No.<br>5:23-cv-00346-MTT |

### **PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW**

Undersigned Counsel ("Wooten") was informed this evening the plaintiffs wish to continue their representation with Mr. Cheeley. Therefore, Wooten moves to withdraw as counsel for that reason.

Wooten wishes to reiterate to the Court and to the Defendants that Wooten did not violate the Court's orders. Wooten is happy to have the Court hold this motion in abeyance until any matters the Court wishes to address regarding these allegations are resolved. In other words, Wooten is not running from these false allegations and remains ready to appear and defend in accordance with the motion for hearing filed at D.E. 340 so long as the Court orders the relief requested in D.E. 340 so that Wooten may gather his evidence and respond to the allegations.

Wooten wishes to thank the Court for its time and attention to this matter and counsel for Ford for their collegiality during the work on this case.

## Request for Relief

Wooten requests the Court to take the motion under advisement and grant the motion only after any concerns the Court has about any of the allegations raised have been resolved.

Dated: February 20, 2026.　　　　Respectfully submitted,

　　　　　　　　　　　　　　　*/s/ Nick Wooten*
　　　　　　　　　　　　　　　Nicholas H. Wooten
　　　　　　　　　　　　　　　Admitted *Pro Hac Vice*
　　　　　　　　　　　　　　　Nick Wooten, LLC
　　　　　　　　　　　　　　　(833) 937-6389
　　　　　　　　　　　　　　　nick@nickwooten.com

　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that today I have served a copy of the foregoing on all parties of record by use of the ECF system on February 20, 2026.

　　　　　　　　　　　　　　　*/s/ Nick Wooten*
　　　　　　　　　　　　　　　Counsel for Plaintiffs