IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BEVERLEY WOOTEN, as Surviving Spouse of BARRY WOOTEN and BARRY WAYNE WOOTEN, as Administrators of the ESTATE OF BARRY WYATT WOOTEN, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 5:23-cv-00346 |

**FORD MOTOR COMPANY'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR EMERGENCY HEARING (DOC. 341)**

Since Plaintiffs first alerted this Court and Ford on February 12, 2026, (Doc. 338) of their counsel's court order violations (*see* Doc. 341), Cheeley Law has disclosed *some* of the known violations to Ford. Yet—two weeks later—the full scope of the improper disclosure of confidential documents remains undetermined. And still, continuing harm to Ford and the Court compounds. Without a hearing with all counsel present, it will be impossible to ascertain the extent of the improper disclosures, determine what has been told to the individuals who received those documents, and begin to ensure those individuals do not continue to disseminate the court-protected documents further.

What *has* been learned since initial notice of Plaintiffs' counsel's court order violations is that Mr. Nick Wooten is now advertising on his new law firm website[1] his purported expertise in Ford's BlueCruise technology, citing "public reporting" around "federal scrutiny following deadly

---

[1] https://www.nickwooten.com/practice/bluecruise - last visited February 25, 2026.

1

crashes." Doubtlessly, a reference to the *Wall Street Journal* Article (Exhibit 1, *WSJ* Article, "Hands-Free Driving Systems Confuse Drivers, but Carmakers Push for More"; *see also* Doc. 341) that was written after Plaintiffs' counsel improperly sent unredacted NHTSA documents to the *Wall Street Journal* on August 2, 2025. That was before ever producing those unredacted documents to Ford's counsel or informing this Court—and before Counsel failed to identify this disclosure and others in his Court ordered (Doc. 195) declaration of September 8, 2025, averring to whom Plaintiffs' counsel had produced the documents. (Doc. 196-1). Considering the many open questions about these improper disclosures, Ford has deep concerns in the interim about the continued sharing or use of confidential materials.

  Mr. Bob Cheeley, in his February 12 letter, admitted Cheeley Law does not have a full accounting of the court order violation disclosures. To make any meaningful progress on determining the full scope of the court order violations, who has received these improper disclosures, what they have done with the confidential materials, and what further relief Ford may need to seek —Ford reiterates its requests for a hearing with current and former counsel for all parties in attendance to be held at the Court's earliest possible convenience.

  Respectfully requested this the 25th day of February, 2026.

                */s/ Paul E. Petersen*
                Michael R. Boorman
                Georgia Bar No. 067798
                Paul E. Petersen, III
                Georgia Bar No. 791066
                WATSON SPENCE, LLP
                Bank of America Plaza
                600 Peachtree Street NE
                Suite 2320
                Atlanta, GA  30308
                Telephone: 229-436-1545
                mboorman@watsonspence.com
                ppetersen@watsonspence.com

Scott A. Richman,
*Admitted pro hac vice*
Tiffany M. Gutierrez
*Admitted pro hac vice*
MCDONALD TOOLE RICHMAN & CORRENTI, P.A.
srichman@mtrclegal.com
tgutierrez@mtrclegal.com

Michael Carey
*Admitted pro hac vice*
DYKEMA
mcarey@dykema.com

Derek J. Linkous
*Admitted pro hac vice*
BUSH SEYFERTH PLLC
linkous@bsplaw.com

*Attorneys for Defendant Ford Motor Company*

## **CERTIFICATE OF SERVICE**

  I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Robert D. Cheeley
Gabrielle Gravel
McKenzie R. Nadel
CHEELEY LAW GROUP, LLC
2500 Old Milton Parkway, Suite 200
Alpharetta, Georgia 30009
bob@cheeleylawgroup.com
ggravel@cheeleylawgroup.com
mckenzie@cheeleylawgroup.com
*Counsel for Plaintiffs*

Nicholas H. Wooten
Nick Wooten, LLC
nick@nickwooten.com
*Counsel for Plaintiffs*

Donald H. Slavik
Slavik Law Firm, LLC
3001 South Lincoln Avenue
Suite C-1
Steamboat Springs, Colorado 80487
dslavik@slavik.us
*Counsel for Plaintiffs*

This 25th day of February, 2026.

                */s/ Paul E. Petersen, III*
                Michael R. Boorman
                Georgia Bar No. 067798
                Paul E. Petersen, III
                Georgia Bar No. 791066