| | |
|---|---|
| **Subject:** | RE: Wooten v. Ford - Letter to Dropbox |
| **Date:** | Thursday, May 14, 2026 at 2:35:46 PM Eastern Daylight Time |
| **From:** | Andrew Craft <Andrew@cheeleylawgroup.com> |
| **To:** | Paul E. Petersen <ppetersen@watsonspence.com> |
| **CC:** | Paula Senra <Paula@cheeleylawgroup.com>, dhernandez@mtrclegal.com <dhernandez@mtrclegal.com>, linkous@bsplaw.com <linkous@bsplaw.com>, Michael R. Boorman <mboorman@watsonspence.com>, mcarey@dykema.com <mcarey@dykema.com>, Michelle L. H. Miller <mmiller@watsonspence.com>, srichman@mtrclegal.com <srichman@mtrclegal.com>, tgutierrez@mtrclegal.com <tgutierrez@mtrclegal.com>, wootenvford@mtrclegal.com <wootenvford@mtrclegal.com>, Nick Wooten <Nick@nickwooten.com>, Bob Cheeley <Bob@cheeleylawgroup.com>, Gabby Waldrop <gabby@cheeleylawgroup.com>, McKenzie Nadel <McKenzie@cheeleylawgroup.com>, Tetyana Byelikova <Tetyana@cheeleylawgroup.com>, wootenvfordZ12484337@cheeleylawgroup.filevineapp.com <wootenvfordZ12484337@cheeleylawgroup.filevineapp.com>, Z12484337@cheeleylawgroup.filevineapp.com <Z12484337@cheeleylawgroup.filevineapp.com> |
| **Attachments:** | image001.png |

Paul,

If the e-discovery shows any additional improper disclosure, we will not object to DropBox producing the documents contained in any link involving improper disclosures. Or, if you want to wait until the e-discovery is completed to send a subpoena to DropBox that is fine as well. Your new proposal still is not limited to this case. We cannot agree to any production, even if first to the consultant, when there will be thousands of documents gathered that will not have any bearing to this case or the issues at hand.

Andrew



**Andrew Craft**
— Attorney
✉ Andrew@cheeleylawgroup.com
☎ Office: 770-814-7001
🖨 Fax: 678-559-0273
📍 2500 Old Milton Pkwy | Suite 200
Alpharetta, GA 30009
www.cheeleylawgroup.com

**From:** Paul E. Petersen <ppetersen@watsonspence.com>
**Sent:** Thursday, May 14, 2026 1:28 PM
**To:** Andrew Craft <Andrew@cheeleylawgroup.com>
**Cc:** Paula Senra <Paula@cheeleylawgroup.com>; dhernandez@mtrclegal.com; linkous@bsplaw.com; Michael R. Boorman <mboorman@watsonspence.com>; mcarey@dykema.com; Michelle L. H. Miller <mmiller@watsonspence.com>; srichman@mtrclegal.com; tgutierrez@mtrclegal.com; wootenvford@mtrclegal.com; Nick Wooten <Nick@nickwooten.com>; Bob Cheeley <Bob@cheeleylawgroup.com>; Gabby Waldrop <gabby@cheeleylawgroup.com>; McKenzie Nadel <McKenzie@cheeleylawgroup.com>; Tetyana Byelikova <Tetyana@cheeleylawgroup.com>; wootenvfordZ12484337@cheeleylawgroup.filevineapp.com; Z12484337@cheeleylawgroup.filevineapp.com
**Subject:** RE: Wooten v. Ford - Letter to Dropbox

Hi, Andrew,

That proposal precludes any avenue of investigating whether additional links/documents were sent that you have not found/produced. How about if Dropbox's production is made not to Ford, but instead simultaneously to your office and to our e-discovery consultant for review—without Ford seeing any of it at first. You and the consultant can review the production and both create lists of which links pertain to this case and are responsive to the PO and NHTSA order violation investigation. The links/documents on your lists will be produced to Ford. If the consultant thinks any additional links/documents are relevant, he'll report that to both of us and we'll negotiate them at that time.

It may be a bit cumbersome, but it protects your privilege concerns for anything not a violation and it keeps the process moving.

Thanks,

Paul

**Paul E. Petersen III**
Watson Spence, LLP
600 Peachtree Street, NE • Suite 2320 • Atlanta, GA 30308
Direct: 678-433-6756

---

**From:** Andrew Craft <Andrew@cheeleylawgroup.com>
**Sent:** Wednesday, May 13, 2026 6:58 PM
**To:** Paul E. Petersen <ppetersen@watsonspence.com>
**Cc:** Paula Senra <Paula@cheeleylawgroup.com>; dhernandez@mtrclegal.com; linkous@bsplaw.com; Michael R. Boorman <mboorman@watsonspence.com>; mcarey@dykema.com; Michelle L. H. Miller <mmiller@watsonspence.com>; srichman@mtrclegal.com; tgutierrez@mtrclegal.com; wootenvford@mtrclegal.com; Nick Wooten <Nick@nickwooten.com>; Bob Cheeley <Bob@cheeleylawgroup.com>; Gabby Waldrop <gabby@cheeleylawgroup.com>; McKenzie Nadel <McKenzie@cheeleylawgroup.com>; Tetyana Byelikova <Tetyana@cheeleylawgroup.com>; wootenvfordZ12484337@cheeleylawgroup.filevineapp.com; Z12484337@cheeleylawgroup.filevineapp.com
**Subject:** Re: Wooten v. Ford - Letter to Dropbox

Paul,

We won't object to Dropbox producing the documents contained in each of the links within the 7 disclosed emails from Kamden and Nick. This is what we agreed to at the hearing and I believe what the extent the Judge allowed at the hearing.

Anything else, we will need to object. We don't see how a blanket search of all Dropbox documents, especially not even tailored to this case, is relevant. Likewise, I'm not sure how searching our Dropbox account will show whether any other documents were sent to third

parties. The current subpoena is littered with attorney/client and work product privileges.

Andrew

> On May 13, 2026, at 5:54 PM, Paul E. Petersen <ppetersen@watsonspence.com> wrote:
>
> Thank you, Paula.
>
> Bob and Andrew,
>
> Please let me know Plaintiffs' objection to Ford's subpoena, so we can try to find a resolution.  If you have a proposed solution/limitation, we are open to discuss if it will move getting relevant Dropbox documents along faster.
>
> Thanks,
>
> Paul
>
>
> **Paul E. Petersen III**
> Watson Spence, LLP
> 600 Peachtree Street, NE • Suite 2320 • Atlanta, GA 30308
> Direct: 678-433-6756
>
> ---
>
> **From:** Paula Senra <Paula@cheeleylawgroup.com>
> **Sent:** Tuesday, May 12, 2026 4:47 PM
> **To:** dhernandez@mtrclegal.com; linkous@bsplaw.com; Michael R. Boorman <mboorman@watsonspence.com>; mcarey@dykema.com; Michelle L. H. Miller <mmiller@watsonspence.com>; Paul E. Petersen <ppetersen@watsonspence.com>; srichman@mtrclegal.com; srichman@mtwlegal.com; tgutierrez@mtrclegal.com; wootenvford@mtrclegal.com
> **Cc:** Bob Cheeley <Bob@cheeleylawgroup.com>; Andrew Craft <Andrew@cheeleylawgroup.com>; Gabby Waldrop <gabby@cheeleylawgroup.com>; McKenzie Nadel <McKenzie@cheeleylawgroup.com>; Tetyana Byelikova <Tetyana@cheeleylawgroup.com>; wootenvfordZ12484337@cheeleylawgroup.filevineapp.com; Z12484337@cheeleylawgroup.filevineapp.com
> **Subject:** Wooten v. Ford - Letter to Dropbox
>
> Good afternoon,
>
> Please find attached Plaintiffs' Letter to Dropbox.
>
> Thank you,

Paula

<image001.png>

**CONFIDENTIAL**: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.

<2026.05.12.Wooten.Letter to Dropbox cc ACR.pdf>