# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
475 MULBERRY STREET
P. O. BOX 65
MACON, GEORGIA 31202-0065

CHAMBERS OF
MARC T. TREADWELL
JUDGE

TELEPHONE: 478-752-3500

June 3, 2026

**VIA CM/ECF**

Andrew Craft
Attorney at law

Paul Peterson
Attorney at Law

Robert Cheeley
Attorney at Law

Scott Richman
Attorney at Law

McKenzie Rivers Nadel
Attorney at Law

Michael Boorman
Attorney at Law

Gabrielle Gravel
Attorney at Law

Derek Linkous
Attorney at Law

Sabine Wakim
Attorney at Law

Michael Carey
Attorney at Law

Donald Slavik
Attorney at Law

Peter Fazio
Attorney at Law

Tiffany Gutierrez
Attorney at Law

Re:    **Wooten, *et al* v. Ford Motor Company, *et al.***
**Civil Case No. 5: 23-cv-346 (MTT)**

Dear Counsel:

Based on your briefs, it is clear that you need to finalize your arrangements for the forensic examination. In your agreement, address how the Dropbox production will be handled. Ford's proposal seems reasonable in principle. Work out the details.

With best regards.

Sincerely,

s/Marc T. Treadwell
Marc T. Treadwell

MTT:kat