# DIGITAL FORENSIC COLLECTION & ANALYSIS PROTOCOL

## 1. Scope

This Protocol governs the forensic collection, processing, and analysis of electronically stored information (ESI) from the Cheeley Law Group's ("Cheeley") Microsoft Office 365 environment, FileVine, and Dropbox account(s). ArcherHall has been retained as an independent, neutral consultant by counsel for Ford ("Defense") as a digital forensic and eDiscovery expert. ArcherHall will follow this protocol regarding the collection, processing, and production of ESI.

### 1.1 Defined Terms

| Term | Definition |
|---|---|
| Relevant Documents | Any emails, document, hyperlink, or other ESI, that contains, points to, or references the unredacted NHTSA Ford data and/or documents designed confidential pursuant to the Protective Order entered in *Wooten v. Ford*. <br> Relevant Documents will be contained within the date range of **May 23, 2024 – April 1, 2026.** |
| Dropbox Link | Any hyperlink (including shared links, paper doc links, and folder links) generated by the Dropbox platform that references a Relevant Document or folder containing a Relevant Document. |
| ESI | Electronically Stored Information, as used in Fed. R. Civ. P. 34. |
| Custodian | Any individual whose Office 365 mailbox or Dropbox account is subject to collection under this Protocol. |
| Defense | The retaining party and its counsel. |
| Plaintiffs | Beverly Wooten (Bevw721@yahoo.com) and Barry W. Wooten (gcleasingllc@gmail.com) |
| Plaintiff Counsel | Cheeley Law Group: The party from whose systems the ESI is being collected, not including former counsel, Messrs. Wooten and Ahlberg. |
| Former Counsel | Nick Wooten and Kam Ahlberg who formerly represented Plaintiffs.  In each instance noted below, Former Counsel will receive emails, documents, links, metadata, etc., sent by/to Former Counsel. |

| Term | Definition |
|---|---|
| Plaintiffs' Co-Counsel | Attorneys actively representing Plaintiffs alongside Cheeley Law Group (i.e., @adamsjordan.com and @slavik.us). |
| Plaintiffs' Retained Experts | Experts that Plaintiff's' Counsel specifically retained for, and identified in, *Wooten v. Ford*, which are identified by the following email domains: @forensicrock.com; @quest-engineering.com; @acsciences.com; @louden-engineering.com; @compasstech.com; @robsonforensic.com; @safetyresearch.net. |
| Ford's Counsel or Ford | Includes Ford's lawyers retained for Wooten v. Ford, which are identified by the following domains: @watsonspence.com and @mtrclegal.com |

## 2. Custodians

The following Custodians' accounts are subject to collection under this Protocol. Additional custodians may be added by written agreement of the parties or by Court order.

| # | Custodian Name | Email Address |
|---|---|---|
| 1 | Bob Cheeley | bob@cheeleylawgroup.com |
| 2 | Nick Wooten | nick@cheeleylawgroup.com |
| 3 | Kamden Ahlberg | kam@cheeleylawgroup.com |
| 4 | Gabby Gravel | gabby@cheeleylawgroup.com |
| 5 | McKenzie Nadel | mckenzie@cheeleylawgroup.com |
| 6 | Andrew Craft | andrew@cheeleylawgroup.com |
| 7 | Dre Tenille | dre@cheeleylawgroup.com |
| 8 | Julianne Swilley | julianne@cheeleylawgroup.com |
| 9 | Paula Senra | paula@cheeleylawgroup.com |
| 10 | Tetyana Byelikova | tetyana@cheeleylawgroup.com |
| 11 | Robyn Carmichael | robyn@cheeleylawgroup.com |
| 12 | Mariah Clark | mariah@cheeleylawgroup.com |
| 13 | Melissa Gebara | melissa@cheeleylawgroup.com |
| 14 | Isabelle Nguyen | isabelle@cheeleylawgroup.com |
| 15 | Chloe Jaime | chloe@cheeleylawgroup.com |
| 16 | Julie Brown | julie@cheeleylawgroup.com |

**FORENSIC COLLECTION & ANALYSIS PROTOCOL**

| # | Custodian Name | Email Address |
|---|---|---|
| 17 | Leigh Dowden | leigh@cheeleylawgroup.com |

*Note: The Plaintiff Counsel shall provide administrative access credentials or delegate access as necessary to facilitate export. All credentials shall be handled in accordance with applicable security requirements and shall not be retained by Defense forensic personnel beyond the period necessary for collection.*

## 3.  Office Outlook 365 Collection

### 3.1  Collection

An ArcherHall forensic examiner will collect complete email in- and out-boxes exports for each Custodian listed in Section 2 using the native export tools available within the Microsoft Office 365 compliance and administration portals or using the Forensic Email Collector ("FEC") tool. No filtering or culling will be applied at the time of collection. Complete mailboxes will be exported in their entirety.

### 3.2  Audit Log Export

In addition to mailbox data, the following Office 365 audit log data will be exported:
- Unified Audit Log (UAL) for the relevant time period, scoped to activities associated with each Custodian.
- Activities to be captured include, at minimum: file access, sharing events, mail send/receive events, and deletion events.
- The applicable date range for audit log collection shall be: **May 23, 2024 – April 1, 2026.**

### 3.3  Documentation

ArcherHall will complete relevant documentation of each collection, including the date of each collection, the custodian, and the mailbox size.

## 4.  Dropbox Collection

### 4.1  Collection

An ArcherHall forensic examiner will collect all Relevant Documents, folder structures, version histories, and audit/event logs from the Plaintiff's Dropbox environment using Dropbox's native administrative export and other forensic collection tools, as appropriate. Collection will be performed from the Dropbox administrative account provided by Plaintiff Counsel.

### 4.2  Version History Collection

Dropbox retains version histories for files subject to the account's version history retention settings. The following will be collected for all Relevant Documents identified during analysis (see Section 5):

- All available prior versions of each Relevant Document, exported individually.
- All available metadata, which may include: version ID, file name, file size, created timestamp (UTC), modified timestamp (UTC), last editor (account), and SHA-256 hash.
- The maximum available version history depth supported by the Plaintiff's Dropbox account tier will be collected.

### 4.3  Audit and Event Log Export

The following Dropbox audit data will be exported:

- All Audit Log information related to the Relevant Documents, to include: file view, file download, file edit, file deletion, file restoration, version restore, share link creation, share link access, folder join/leave, and member add/remove.
- The applicable date range for audit log collection shall be: **May 23, 2024 – April 1, 2026.**

## 5.  Filevine Collection

### 5.1  Collection

An ArcherHall forensic examiner will collect all emails and attachments that contain search terms from the Plaintiff's Filevine environment using Filevine's native tools. Collection will be performed from the Filevine administrative account provided by Plaintiff Counsel.

### 5.2 Filevine Collection Method

ArcherHall will use the search terms defined in Appendix A to search for Relevant Documents within Plaintiff's Counsel Filevine environment. ArcherHall will limit the search to dates **May 23, 2024 – April 1, 2026.**

Relevant Documents will then be exported using methods provided within Filevine.

## 6.  Processing and Analysis

### 6.1  Forensic Processing Environment

All exported data (PST files, Dropbox exports, audit logs) will be ingested into a forensic processing platform of ArcherHall's choosing. Industry-standard forensic tools will be used, which may include: Relativity, Magnet AXIOM, X-Ways Forensics, Encase, and Intella. The specific tools used will be documented by ArcherHall.

- All processing will be performed on forensic workstations or cloud forensic environments (such as Relativity).

**FORENSIC COLLECTION & ANALYSIS PROTOCOL**

- Working copies will be created from verified forensic copies. Original exports will be preserved unmodified.

## 6.2  Office 365 Outlook Data – Search for Relevant Documents

Following ingestion and processing of mailbox data, the following analysis will be performed:

### 6.2.1  Keyword and Content Search

- ArcherHall will run search terms documented in Appendix A (Search Term Log) to locate Relevant Documents.
- Searches will be executed across all email fields (To, From, CC, BCC, Subject, Body, Attachment name, Attachment content).
- Documents that are not responsive to keyword searches will not be reviewed by ArcherHall.
- Emails sent wholly within Cheeley Law Group, only to Plaintiffs' Co-Counsel actively admitted on *Wooten v. Ford*, to Plaintiffs' Retained Experts, to Plaintiffs, and/or only to Ford Motor Company will be excluded from review by ArcherHall and production to Plaintiffs' counsel and Former Counsel.

### 6.2.2  Export of Responsive Email Data

- Only data containing references to Relevant Documents or Dropbox links to Relevant Documents will be exported from the processing platform for further review.
- Export format: **native PST and PDF.**
- Exported data involving all Custodians will be provided to Plaintiff Counsel . Plaintiff Counsel and Former Counsel shall have ten days to review the production, create a privilege log of withheld emails, and produce the remaining emails to defense counsel.
- Exported data which involve Custodians Nick Wooten and Kamden Ahlberg will be provided to Former Counsel. Former Counsel shall have ten days to review the production, create a privilege log of withheld emails, and produce the remaining emails to defense counsel.
- 
- Emails, with Relevant Data, sent wholly within Cheeley Law Group, only to Plaintiffs' Co-Counsel, to Plaintiffs' Retained Experts, to Plaintiffs, and/or solely to Ford Motor Company, will not be provided to Plaintiffs' Counsel and Former Counsel for review.
- ArcherHall will review all Responsive Email Data and produce a list—including, sender, recipient(s), Subject line, and date of Responsive Email Data to Plaintiff, Defense, and Former Counsel.

## 6.3  Dropbox Data – Analysis of Relevant Documents

The following analysis will be performed on Dropbox data:

**FORENSIC COLLECTION & ANALYSIS PROTOCOL**

### 6.3.1  Identification of Relevant Documents

- All collected Dropbox files will be searched for files constituting or referencing Relevant Documents, using filename, content, and metadata searches as appropriate.
- Identified Relevant Documents will be catalogued with their full path, owner, creation date, last modified date, and current version.

### 6.3.2  Version Analysis

For each identified Relevant Document, the forensic examiner will:

- Retrieve and document all available versions using the procedure described in Section 4.4.
- Prepare a version timeline for each Relevant Document identifying: version number, version creation timestamp (UTC), last editing user, file size, and SHA-256 hash of that version.
- Note any version gaps, deletions, or restorations reflected in the version history or audit log data.

### 6.3.3  User Access Analysis

Using the Dropbox audit/event log data collected, the forensic examiner will:

- Identify all Custodians and other users who accessed, viewed, downloaded, edited, shared, or otherwise interacted with each Relevant Document.
- Compile a user access matrix for each Relevant Document, documenting: username/account, event type, timestamp (UTC), IP address (where available), and device/platform (where available).
- Identify any share link creation events associated with Relevant Documents and document the link details, creation time, creator, and any recorded access events for those links.

### 6.3.4  Export of Relevant Dropbox Data

- Exported Relevant Dropbox Data will be provided to Plaintiff Counsel and Former Counsel. Plaintiff and Former counsel shall have ten days to review the production, create a privilege log of withheld links, documents, emails, and produce the remaining to defense counsel.
- ArcherHall will review all Responsive Dropbox Data and produce a list— including, sender, recipient(s), Folder(s) Title, and brief description—of Responsive Dropbox Data to Plaintiff, Former counsel, and Defense.
- If there are Relevant Dropbox Documents that ArcherHall cannot determine conclusively were shared outside Plaintiffs' Counsel, Co-Counsel, Ford and Experts, ArcherHall will segregate these documents into a separate folder that is produced to Plaintiffs' counsel for review and production.

## 6.4  Filevine Data

Relevant Documents for Filevine will be determined at the time of collection, therefore there will be no additional processing or filtering after collection.

### 6.4.1 Search of Filevine Data

- The search of Filevine will be conducted using the same methods outlined in §§ 6.2.1 and 6.2.2, except the data will be exported in .eml format.

### 6.4.1 Export of Relevant Filevine Data

- Exported Relevant Filevine Data will be provided to Plaintiff Counsel. Plaintiff counsel shall have ten days to review the production, create a privilege log of withheld emails, and produce the remaining emails to defense counsel.
- ArcherHall will produce a list of all Responsive Filevine Data—including sender, recipient(s), and date—of Responsive Filevine Data to Plaintiff, Defense, and the Judge.

## 7. Documentation

ArcherHall will Document:

- Identity of the forensic examiner(s) performing the collection.
- Date of each collection activity.
- Description of each data item collected (file name, size, format, SHA-256 hash).

Documentation will be maintained using ArcherHall's internal evidence tracking system.

## 8. Reporting

Upon completion of collection and analysis activities, ArcherHall will export all Relevant Documents for review. ArcherHall will not prepare a written report or declaration, unless requested by Defense.

## 9. Resolution

- Following collection of data, ArcherHall will delete/destroy any and all collection within fourteen days of the Court issuing a final order on this production issue.
- ArcherHall shall not retain or review any data collected, except as permitted herein.
- ArcherHall's collection is not a waiver of any attorney/client privilege or attorney work-product privilege.

## 9. Limitations and Assumptions

- This Protocol is dependent on Plaintiff Counsel's cooperation and provision of required administrative access. Any access restrictions imposed by Plaintiff will be documented and reported to Defense counsel.
- Dropbox version history is limited by the Plaintiff Counsel's account tier and retention settings. Versions beyond the retention window may not be available for recovery.

**FORENSIC COLLECTION & ANALYSIS PROTOCOL**

- Office 365 Unified Audit Log data is generally available for up to 90 days (standard) or up to 1 year or 10 years (with appropriate licensing). The available audit history will be determined and documented at the time of collection.

## Appendix A – Search Terms

The following search terms will be used to identify Relevant Documents and Dropbox links within the collected Office 365 mailbox data:

| # | Search Term / Query |
|---|---|
| 1. | NHTSA |
| 2. | unredacted |
| 3. | PE24-012 |
| 4. | Wooten and/or Barry |
| 5. | BlueCruise |
| 6. | Lane Centering Assist (LCA) |
| 7. | Level 2 System |
| 8. | FMEA |
| 9. | 2021 F-150 |
| 10. | Connected Vehicle Data and Connected Data |
| 11. | Over the Air Data (OTA) |
| 12. | Steering Probable Path (SPP) |
| 13. | Hearn |
| 14. | Nath |
| 15. | Dostie and DeCook |
| 16. | Wall Street Journal (WSJ) |
| 17. | Felton |
| 18. | New York Times (NYT) |
| 19. | Teitelman |
| 20. | Dropbox OR Dropbox.com AND "Ford" |
| 21. | Dropbox OR Dropbox.com AND "NHTSA" |
| 22. | Dropbox OR Dropbox.com AND "unredacted" |
| 23. | Dropbox OR Dropbox.com AND "PE24-012" |
| 24. | Dropbox OR Dropbox.com AND "Wooten and/or Barry" |
| 25. | Dropbox OR Dropbox.com AND "BlueCruise" |

**FORENSIC COLLECTION & ANALYSIS PROTOCOL**

| # | Search Term / Query |
|---|---|
| 26. | Dropbox OR Dropbox.com AND "Lane Centering Assist (LCA)" |
| 27. | Dropbox OR Dropbox.com AND "Level 2 System" |
| 28. | Dropbox OR Dropbox.com AND "FMEA" |
| 29. | Dropbox OR Dropbox.com AND "2021 F-150" |
| 30. | Dropbox OR Dropbox.com AND "Connected Vehicle Data and Connected Data" |
| 31. | Dropbox OR Dropbox.com AND "Over the Air Data" |
| 32. | Dropbox OR Dropbox.com AND "Steering Probable Path (or SPP)" |
| 33. | Dropbox OR Dropbox.com AND "Hearn" |
| 34. | Dropbox OR Dropbox.com AND "Nath" |
| 35. | Dropbox OR Dropbox.com AND "Dostie OR DeCook" |
| 36. | Dropbox OR Dropbox.com AND "Wall Street Journal (OR WSJ)" |
| 37. | Dropbox OR Dropbox.com AND "Felton' |
| 38. | Dropbox OR Dropbox.com AND "New York Times (OR NYT)" |
| 39. | Confidential AND Dropbox.com |
| 40. | Confidential AND "NHTSA" |
| 41. | Confidential AND unredacted |
| 42. | Confidential AND "PE24-012" |
| 43. | Confidential AND (Wooten OR Barry) |
| 44. | Confidential AND BlueCruise |
| 45. | Confidential AND ("Lane Centering Assist" OR "LCA") |
| 46. | Confidential AND "Level 2 System" |
| 47. | Confidential AND "FMEA" |
| 48. | Confidential AND "2021 F-150" |
| 49. | Confidential AND ("Connected Vehicle Data" OR "Connected Data") |
| 50. | Confidential AND "Over the Air Data" |
| 51. | Confidential AND ("Steering Probable Path" OR "SPP") |
| 52. | Confidential AND Hearn |

**FORENSIC COLLECTION & ANALYSIS PROTOCOL**

| # | Search Term / Query |
|---|---|
| 53. | Confidential AND Nath |
| 54. | Confidential AND (Dostie AND DeCook) |
| 55. | Confidential AND ("Wall Street Journal" OR "WSJ") |
| 56. | Confidential AND Felton |
| 57. | Confidential AND ("New York Times" OR "NYT") |
| 58. | Ford AND Dropbox.com |
| 59. | Ford AND "NHTSA" |
| 60. | Ford AND unredacted |
| 61. | Ford AND "PE24-012" |
| 62. | Ford AND (Wooten OR Barry) |
| 63. | Ford AND BlueCruise |
| 64. | Ford AND ("Lane Centering Assist" OR "LCA") |
| 65. | Ford AND "Level 2 System" |
| 66. | Ford AND "FMEA" |
| 67. | Ford AND "2021 F-150" |
| 68. | Ford AND ("Connected Vehicle Data" OR "Connected Data") |
| 69. | Ford AND "Over the Air Data" |
| 70. | Ford AND ("Steering Probable Path" OR "SPP") |
| 71. | Ford AND Hearn |
| 72. | Ford AND Nath |
| 73. | Ford AND (Dostie AND DeCook) |
| 74. | Ford AND ("Wall Street Journal" OR "WSJ") |
| 75. | Ford AND Felton |
| 76. | Ford AND ("New York Times" OR "NYT") |
| 77. | "Protective Order" AND Dropbox.com |
| 78. | "Protective Order" AND "NHTSA" |
| 79. | "Protective Order" AND unredacted |
| 80. | "Protective Order" AND "PE24-012" |
| 81. | "Protective Order" AND (Wooten OR Barry) |
| 82. | "Protective Order" AND BlueCruise |

**FORENSIC COLLECTION & ANALYSIS PROTOCOL**

| # | Search Term / Query |
|---|---|
| 83. | "Protective Order" AND ("Lane Centering Assist" OR "LCA") |
| 84. | "Protective Order" AND "Level 2 System" |
| 85. | "Protective Order" AND "FMEA" |
| 86. | "Protective Order" AND "2021 F-150" |
| 87. | "Protective Order" AND ("Connected Vehicle Data" OR "Connected Data") |
| 88. | "Protective Order" AND "Over the Air Data" |
| 89. | "Protective Order" AND ("Steering Probable Path" OR "SPP") |
| 90. | "Protective Order" AND Hearn |
| 91. | "Protective Order" AND Nath |
| 92. | "Protective Order" AND (Dostie AND DeCook) |
| 93. | "Protective Order" AND ("Wall Street Journal" OR "WSJ") |
| 94. | "Protective Order" AND Felton |
| 95. | "Protective Order" AND ("New York Times" OR "NYT") |
| 96. | "PO" AND Dropbox.com |
| 97. | "PO" AND "NHTSA" |
| 98. | "PO" AND unredacted |
| 99. | "PO" AND "PE24-012" |
| 100. | "PO" AND (Wooten OR Barry) |
| 101. | "PO" AND BlueCruise |
| 102. | "PO" AND ("Lane Centering Assist" OR "LCA") |
| 103. | "PO" AND "Level 2 System" |
| 104. | "PO" AND "FMEA" |
| 105. | "PO" AND "2021 F-150" |
| 106. | "PO" AND ("Connected Vehicle Data" OR "Connected Data") |
| 107. | "PO" AND "Over the Air Data" |
| 108. | "PO" AND ("Steering Probable Path" OR "SPP") |
| 109. | "PO" AND Hearn |

**FORENSIC COLLECTION & ANALYSIS PROTOCOL**

| # | Search Term / Query |
|---|---|
| 110. | "PO" AND Nath |
| 111. | "PO" AND (Dostie AND DeCook) |
| 112. | "PO" AND ("Wall Street Journal" OR "WSJ") |
| 113. | "PO" AND Felton |
| 114. | "PO" AND ("New York Times" OR "NYT") |

**END OF PROTOCOL**