**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| BEVERLY WOOTEN, as Surviving Spouse of Barry Wyatt Wooten, and BARRY WAYNE WOOTEN, as Administrators of the ESTATE OF BARRY WYATT WOOTEN, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Civil Action No.<br>5:23-cv-00346-MTT |

# EXHIBIT D

Excerpts, Deposition of Natalie Dostie (May 30, 2024): cover, pp. 9–10, and p. 222 (reporter's certificate)

to

**WOOTEN'S RESPONSE IN OPPOSITION TO FORD MOTOR COMPANY'S MOTION TO COMPEL (DOCS. 358, 359)**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BEVERLY WOOTEN, as Surviving Spouse of BARRY WYATT WOOTEN, Deceased, BEVERLY WOOTEN and BARRY WAYNE WOOTEN, as Co-Administrators of the ESTATE OF BARRY WYATT WOOTEN, Deceased, Plaintiffs, vs. FORD MOTOR COMPANY and ROBERT BOSCH LLC, Defendants. | CIVIL ACTION NO. 5:23-CV-00346-MTT |

VIDEOTAPED VIDEOCONFERENCE RULE 30(b)(6)

DEPOSITION OF FORD MOTOR COMPANY

BY NATALIE DOSTIE

May 30, 2024 - 9:40 a.m.

111 North Magnolia Avenue, Suite 1200
Orlando, Florida

Thomas J. Dorsey, RPR, CCR-2781

Gilbert & Jones
Certified Court Reporters
P. O. Box 1894 (31521)
1607 Norwich Street
*Brunswick*, GA 31520
*gilbertandjones1@gmail.com*
912.264.1670
P. O. Box 14515 (31416)
7505 Waters Avenue, F3
*Savannah*, GA 31406

A. Okay. I understand. Thank you.

Q. All right. And then as far as the break issue, if anybody else needs a break, let me know as well, because I tend to get lost in time and thought and don't really pay a lot of attention to the clock. So somebody else will have to speak up if there's a need for a break including our court reporters and videographers; okay?

So you've had an opportunity to review the deposition notice that was provided to Ford for this case?

A. Yes.

Q. And you've had an opportunity to prepare to testify today about the topics that we've agreed on?

A. Yes, pursuant to the objections, yes.

MR. RICHMAN: Hey, Nick, do you mind if I say two things real quick and get those out of the way?

MR. WOOTEN: Sure.

MR. RICHMAN: The first is that this deposition's going to be taken designated confidential pursuant to the protective order entered in this case. And we'll comply with the rights of that protective order -- protective

order in designating the confidential portions, so the court reporter and videographer can take note of that.

And then also I would like to mark as an exhibit Ford's responses and objections to plaintiff's second amended notice of 30(b)(6) deposition that was served on May 3rd. I don't want to mess with any exhibit numbering you intend to do. So do you want me to just call it Defendants' 1 or --

MR. WOOTEN: Yeah, that's fine.

MR. RICHMAN: Okay. So we'll mark that as Defendants' 1, and that's it. That's all I have to say.

MR. WOOTEN: All right.

(Defendants' Exhibit 1 was marked for identification.)

Q. (By Mr. Wooten) So, Natalie -- sorry, Ms. Dostie. I don't want to be too informal -- if you will just for the record give us your full name, please.

A. Natalie Dostie.

Q. Okay. And tell me how you're presently employed?

A. I am a design analysis engineer at Ford

CERTIFICATE OF COURT REPORTER

STATE OF GEORGIA:

COUNTY OF CHATHAM:

I hereby certify that the foregoing transcript was reported as stated in the caption and the questions and answers thereto were reduced to writing by me; that the foregoing 221 pages represent a true, correct, and complete transcript of the evidence given on May 30, 2024, by the witness, NATALIE DOSTIE, who was first duly sworn by me.

I certify that I am not disqualified for a relationship of interest under O.C.G.A. 9-11-28(c); I am a Georgia Certified Court Reporter here as an employee of Gilbert & Jones, Inc. who was contacted by Cheeley Law Group, LLC to provide court reporting services for the proceedings; I will not be taking these proceedings under any contract that is prohibited by O.C.G.A. 15-14-37(a) and (b) or Article 7.C. of the Rules and Regulations of the Board; and by the attached disclosure form I confirm that neither I nor Gilbert & Jones, Inc. are a party to a contract prohibited by O.C.G.A. 15-14-37(a) and (b) or Article 7.C. of the Rules and Regulations of the Board.

This 3rd day of June 2024.

Thomas J. Dorsey

____________________________________
THOMAS J. DORSEY, CERTIFIED COURT REPORTER, 2781