**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| BEVERLY WOOTEN, as Surviving Spouse of Barry Wyatt Wooten, and BARRY WAYNE WOOTEN, as Administrators of the ESTATE OF BARRY WYATT WOOTEN, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Civil Action No.<br>5:23-cv-00346-MTT |

# EXHIBIT E

Ford's Designation of Confidential Portions of Deposition Transcript of Natalie Dostie (Oct. 15, 2024) (NHW0004136–38)

to

**WOOTEN'S RESPONSE IN OPPOSITION TO FORD MOTOR COMPANY'S MOTION TO COMPEL (DOCS. 358, 359)**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| BEVERLY WOOTEN, as Surviving Spouse Of BARRY WOOTEN and BARRY WAYNE WOOTEN, as Administrators of the ESTATE OF BARRY WYATT WOOTEN, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY and ROBERT BOSCH LLC,<br><br>Defendants. | CIVIL ACTION FILE NO: 5:23-cv-00346 |

**DEFENDANT, FORD MOTOR COMPANY'S DESIGNATION OF CONFIDENTIAL PORTIONS OF DEPOSITION TRANSCRIPT OF NATALIE DOSTIE PURSUANT TO PROTECTIVE ORDER**

Pursuant to Paragraph 10 of the Sharing and Non-Sharing Protective Order agreed to in this matter, Defendant, Ford Motor Company, by and through its undersigned counsel, hereby designates the following deposition testimony from the May 30, 2024, deposition of Natalie Dostie as "CONFIDENTIAL":

**Designated Testimony**

1. 78:19-79:13 (subject to the **sharing** provisions of the Protective Order).
2. 80:2-7 (subject to the **sharing** provisions of the Protective Order).
3. 82:1-4, 8-10 (subject to the **sharing** provisions of the Protective Order).
4. 82:8-10 (subject to the **sharing** provisions of the Protective Order).
5. 83:3-25 (subject to the **sharing** provisions of the Protective Order).
6. 84:16-85:9 (subject to the **sharing** provisions of the Protective Order).

This 15th day of October, 2024.

WATSON SPENCE, LLP

/s/ Paul E. Petersen, III
Michael R. Boorman
Georgia Bar No. 067798
Paul E. Petersen, III
Georgia Bar No. 791066
Bank of America Plaza
600 Peachtree Street NE
Suite 2320
Atlanta, GA 30308
Telephone: 229-436-1545
mboorman@watsonspence.com
ppetersen@watsonspence.com

Scott A. Richman
*Admitted pro hac vice*
Tiffany M. Ward
*Admitted pro hac vice*
MCDONALD TOOLE WIGGINS, P.A.
srichman@mtwlegal.com
tward@mtwlegal.com

***Attorneys for Defendant***
***Ford Motor Company***

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing upon counsel of record via electronic mail to the following attorneys of record:

Robert D. Cheeley
Gabrielle M. Holland
Andre Tennille
Gabrielle Gravel
CHEELEY LAW GROUP, LLC
2500 Old Milton Parkway, Suite 200
Alpharetta, Georgia 30009
bob@cheeleylawgroup.com
gholland@cheeleylawgroup.com
dre@cheeleylawgroup.com
ggravel@cheeleylawgroup.com
*Counsel for Plaintiffs*

Nicholas Heath Wooten
Sabine Wakim
DC LAW, PLLC
1012 West Anderson Lane
Austin, Texas 78757
Nick@texasjustice.com
swakim@teamjustice.com
*Counsel for Plaintiffs*

Michael J. Sullivan
Brendan H. White
WOMBLE BOND DICKINSON (US) LLP
1331 Spring Street NW, Suite 1400
Atlanta, GA 30309
michael.sullivan@wbd-us.com
brendan.white@wbd-us.com
*Counsel for Defendant Robert Bosch LLC*

This 15th day of October, 2024.

***/s/ Paul E. Petersen, III***
Michael R. Boorman
Georgia Bar No. 067798
Paul E. Petersen, III
Georgia Bar No. 791066