**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| BEVERLY WOOTEN, as Surviving Spouse of Barry Wyatt Wooten, and BARRY WAYNE WOOTEN, as Administrators of the ESTATE OF BARRY WYATT WOOTEN, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Civil Action No. 5:23-cv-00346-MTT |

# EXHIBIT G

Privilege Log (NHW Production), served Sept. 16, 2026 (two entries and one reference redacted; unredacted copy available for in camera review)

to

**WOOTEN'S RESPONSE IN OPPOSITION TO FORD MOTOR COMPANY'S MOTION TO COMPEL (DOCS. 358, 359)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

***BEVERLY WOOTEN, et al. v. FORD MOTOR COMPANY***
Civil Action No. 5:23-cv-00346-MTT

## PRIVILEGE LOG — WITHHELD ENTRIES (NHW PRODUCTION)

Nick Wooten, as former counsel to the Plaintiffs, pursuant to Fed. R. Civ. P. 26(b)(5)(A), submit the following log of documents withheld from the NHW production on grounds of privilege and protection. Documents withheld include attorney-client privileged communications; materials protected by the attorney work-product doctrine, including opinion work product; materials shared among common-interest/joint-prosecution counsel under executed agreement; communications with retained and consulting experts, including protected attorney-expert communications under Fed. R. Civ. P. 26(b)(4)(C); [redacted] Where a filed or third- party document is listed, it is identified as a component of a privileged transmittal; no privilege is asserted in any such underlying public document itself, and its listing reflects only the protected nature of counsel's selection, compilation, and transmittal. Each such attachment identifies, in the Author/Recipients column, the parent privileged communication with which it was attached to or sent.

| No. | Bates Begin | Bates End | Date | Author / Recipients | Description | Privilege / Protection |
|---|---|---|---|---|---|---|
| 1 | NHW0000001 | NHW0000016 | 02/11/2026 | Nick Wooten [CLG (counsel)] → Garrett Rogers [Other] | Email concerning litigation strategy among common-interest counsel. | Work product; common-interest doctrine |
| 2 | NHW0000032 | NHW0000033 | 08/14/2025 | Nick Wooten [CLG (counsel)] → Wendy Wells [Client] | Attorney-client communication concerning the litigation. | Attorney-client privilege |
| 3 | NHW0000037 | NHW0000039 | 12/14/2025 | Nick Wooten [CLG (counsel)] → David Choffnes [Expert (consulting)] | Communication concerning expert work / witness preparation. | Work Product (consulting/non-testifying expert) |
| 4 | NHW0000374 | NHW0000376 | 05/23/2025 | Nick Wooten [CLG (counsel)] → Wendy Wells [Client]; Gc Leasing [Client] | Attorney-client communication concerning the litigation. | Attorney-client privilege |
| 5 | NHW0000377 | NHW0000384 | 05/23/2025 | *Attached to or sent with* **NHW0000374–NHW0000376** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Attorney-client privilege |
| 6 | NHW0000385 | NHW0000401 | 05/23/2025 | *Attached to or sent with* **NHW0000374–NHW0000376** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Attorney-client privilege |
| 7 | NHW0000402 | NHW0000541 | 05/23/2025 | *Attached to or sent with* **NHW0000374–NHW0000376** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Attorney-client privilege |
| 8 | NHW0000542 | NHW0000544 | 05/23/2025 | *Attached to or sent with* **NHW0000374–NHW0000376** | Court filing/exhibit selected and compiled by counsel; attachment to privileged | Attorney-client privilege |

| No. | Bates Begin | Bates End | Date | Author / Recipients | Description | Privilege / Protection |
|---|---|---|---|---|---|---|
| | | | | | transmittal (no privilege asserted in the document itself). | |
| 9 | NHW0000545 | NHW0000570 | 05/23/2025 | *Attached to or sent with* **NHW0000374–NHW0000376** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Attorney-client privilege |
| 10 | NHW0000571 | NHW0000575 | 05/23/2025 | *Attached to or sent with* **NHW0000374–NHW0000376** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Attorney-client privilege |
| 11 | NHW0000576 | NHW0000579 | 05/23/2025 | *Attached to or sent with* **NHW0000374–NHW0000376** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Attorney-client privilege |
| 12 | NHW0000580 | NHW0000589 | 05/23/2025 | *Attached to or sent with* **NHW0000374–NHW0000376** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Attorney-client privilege |
| 13 | NHW0000590 | NHW0000595 | 05/23/2025 | *Attached to or sent with* **NHW0000374–NHW0000376** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Attorney-client privilege |
| 14 | NHW0000596 | NHW0000601 | 05/23/2025 | *Attached to or sent with* **NHW0000374–NHW0000376** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Attorney-client privilege |
| 15 | NHW0000602 | NHW0000658 | 05/23/2025 | *Attached to or sent with* **NHW0000374–NHW0000376** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Attorney-client privilege |
| 16 | NHW0000659 | NHW0000675 | 05/23/2025 | *Attached to or sent with* **NHW0000374–NHW0000376** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Attorney-client privilege |
| 17 | NHW0000676 | NHW0000677 | 05/23/2025 | *Attached to or sent with* **NHW0000374–NHW0000376** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Attorney-client privilege |
| 18 | NHW0000678 | NHW0000680 | 05/23/2025 | *Attached to or sent with* **NHW0000374–NHW0000376** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Attorney-client privilege |

| No. | Bates Begin | Bates End | Date | Author / Recipients | Description | Privilege / Protection |
|---|---|---|---|---|---|---|
| 19 | NHW0000681 | NHW0000695 | 05/23/2025 | *Attached to or sent with* **NHW0000374–NHW0000376** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Attorney-client privilege |
| 20 | NHW0000696 | NHW0000702 | 05/23/2025 | *Attached to or sent with* **NHW0000374–NHW0000376** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Attorney-client privilege |
| 21 | NHW0000703 | NHW0000719 | 05/23/2025 | *Attached to or sent with* **NHW0000374–NHW0000376** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Attorney-client privilege |
| 22 | NHW0000720 | NHW0000721 | 07/30/2025 | Nick Wooten [CLG (counsel)] → aiegmembers@listserv.aieg.com [AIEG common-interest counsel] | Work-product material unrelated to Wooten v. Ford litigation. | Work product; not a Wooten v. Ford document |
| 23 | NHW0000722 | NHW0000785 | 07/30/2025 | *Attached to or sent with* **NHW0000720–NHW0000721** | Work-product material unrelated to Wooten v. Ford litigation. | Work product; not a Wooten v. Ford document |
| 24 | NHW0000786 | NHW0000867 | 07/30/2025 | *Attached to or sent with* **NHW0000720–NHW0000721** | Work-product material unrelated to Wooten v. Ford litigation. | Work product; not a Wooten v. Ford document |
| 25 | NHW0000868 | NHW0000869 | 08/14/2025 | Nick Wooten [CLG (counsel)] → Wendy Wells [Client] | Attorney-client communication concerning the litigation. | Attorney-client privilege |
| 26 | NHW0000870 | NHW0000879 | 10/02/2025 | Bob Cheeley → Kamden Ahlberg [CLG (counsel)]; cc: Nick Wooten [CLG (counsel)]; Matthew Hall [Ethics expert]; Caroline Herrington [Co-counsel]; Virgil Adams [Co-counsel] | Email concerning litigation strategy and expert work. | Work product (expert) |
| 27 | NHW0000880 | NHW0000881 | 10/07/2025 | Bob Cheeley → Matthew Hall [Ethics expert]; cc: Nick Wooten [CLG (counsel)] | Email concerning litigation strategy and expert work. | Work product (expert) |
| 28 | NHW0000882 | NHW0000885 | 09/17/2025 | Bob Cheeley → Virgil Adams [Co-counsel]; Frank Beltran [Ethics counsel]; cc: Nick Wooten [CLG (counsel)] | Communication with counsel/expert concerning litigation strategy; transmittal of compiled materials. | Attorney-client privilege |
| 29 | NHW0000886 | NHW0000888 | 09/17/2025 | Nick Wooten [CLG (counsel)] → Matthew Hall [Ethics expert]; Bob Cheeley [CLG (counsel)] | Email concerning litigation strategy and expert work. | Work product (expert) |
| 30 | NHW0000889 | NHW0000891 | 09/18/2025 | Frank Beltran [Ethics counsel] → Virgil Adams [Co-counsel]; cc: Bob Cheeley [CLG (counsel)]; Frank Beltran [Ethics counsel]; Nick Wooten [CLG (counsel)] | Communication with counsel/expert concerning litigation strategy; transmittal of compiled materials. | Attorney-client privilege |

| No. | Bates Begin | Bates End | Date | Author / Recipients | Description | Privilege / Protection |
|---|---|---|---|---|---|---|
| 31 | NHW0000892 | NHW0000894 | 09/23/2025 | Matthew Hall [Ethics expert] → Nick Wooten [CLG (counsel)]; cc: Bob Cheeley [CLG (counsel)] | Email concerning litigation strategy and expert work. | Work product (expert) |
| 32 | NHW0000898 | NHW0000901 | 09/24/2025 | Nick Wooten [CLG (counsel)] → Matthew Hall [Ethics expert]; cc: Bob Cheeley [CLG (counsel)] | Email concerning litigation strategy and expert work. | Work product (expert) |
| 33 | NHW0000902 | NHW0000904 | 09/24/2025 | Nick Wooten [CLG (counsel)] → Matthew Hall [Ethics expert]; Bob Cheeley [CLG (counsel)]; Kamden Ahlberg [CLG (counsel)] | Email concerning litigation strategy and expert work. | Work product (expert) |
| 34 | NHW0000905 | NHW0000915 | 10/01/2025 | Caroline Herrington [Co-counsel] → Bob Cheeley [CLG (counsel)]; Nick Wooten [CLG (counsel)]; cc: Virgil Adams [Co-counsel] | Email concerning litigation strategy and expert work. | Work product; common-interest doctrine |
| 35 | NHW0000916 | NHW0000919 | 09/02/2025 | Nick Wooten [CLG (counsel)] → longan_p@law.mercer.edu [Ethics expert (consulting)]; Bob Cheeley [CLG (counsel)]; Virgil Adams [Co-counsel] | Email transmitting materials to expert/counsel concerning engagement and case strategy. | Work product (consulting expert) |
| 36 | NHW0000920 | NHW0000923 | 09/02/2025 | Nick Wooten [CLG (counsel)] → Patrick E. Longan [Ethics expert (consulting)]; Bob Cheeley [CLG (counsel)]; Virgil Adams [Co-counsel] | Email transmitting materials to expert/counsel concerning engagement and case strategy. | Work product (consulting expert) |
| 37 | NHW0000924 | NHW0000931 | 09/02/2025 | Nick Wooten (aiegmembers listserver) [AIEG common-interest counsel] → AIEG Members [AIEG common-interest counsel] | Communication concerning expert work / witness preparation. | Work product; common-interest doctrine |
| 38 | NHW0000932 | NHW0000935 | 09/03/2025 | Nick Wooten [CLG (counsel)] → fjb@beltranlaw.net [Ethics counsel]; Bob Cheeley [CLG (counsel)] | Communication with counsel/expert concerning litigation strategy; transmittal of compiled materials. | Attorney-client privilege |
| 39 | NHW0000936 | NHW0000938 | 09/03/2025 | Nick Wooten [CLG (counsel)] → fjb@beltranlaw.net [Ethics counsel]; Bob Cheeley [CLG (counsel)] | Communication with counsel/expert concerning litigation strategy; transmittal of compiled materials. | Attorney-client privilege |
| 40 | NHW0000939 | NHW0000940 | 09/03/2025 | *Attached to or sent with* **NHW0000936–NHW0000938** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 41 | NHW0000941 | NHW0000943 | 09/03/2025 | *Attached to or sent with* **NHW0000936–NHW0000938** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 42 | NHW0000944 | NHW0000983 | 09/03/2025 | *Attached to or sent with* **NHW0000936–NHW0000938** | Court filing/exhibit selected and compiled by counsel; attachment to privileged | Work product (compilation/transmittal) |

| No. | Bates Begin | Bates End | Date | Author / Recipients | Description | Privilege / Protection |
|---|---|---|---|---|---|---|
| | | | | | transmittal (no privilege asserted in the document itself). | |
| 43 | NHW0000984 | NHW0001067 | 09/03/2025 | *Attached to or sent with* **NHW0000936–NHW0000938** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 44 | NHW0001068 | NHW0001137 | 09/03/2025 | *Attached to or sent with* **NHW0000936–NHW0000938** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 45 | NHW0001138 | NHW0001146 | 09/03/2025 | *Attached to or sent with* **NHW0000936–NHW0000938** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 46 | NHW0001147 | NHW0001149 | 09/03/2025 | *Attached to or sent with* **NHW0000936–NHW0000938** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 47 | NHW0001150 | NHW0001159 | 09/03/2025 | *Attached to or sent with* **NHW0000936–NHW0000938** | Draft declaration prepared by counsel; attachment to privileged communication. | Work product (compilation/transmittal) |
| 48 | NHW0001160 | NHW0001160 | 09/03/2025 | *Attached to or sent with* **NHW0000936–NHW0000938** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 49 | NHW0001161 | NHW0001164 | 09/03/2025 | *Attached to or sent with* **NHW0000936–NHW0000938** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 50 | NHW0001165 | NHW0001176 | 09/03/2025 | *Attached to or sent with* **NHW0000936–NHW0000938** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 51 | NHW0001177 | NHW0001192 | 09/03/2025 | *Attached to or sent with* **NHW0000936–NHW0000938** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 52 | NHW0001193 | NHW0001201 | 09/03/2025 | *Attached to or sent with* **NHW0000936–NHW0000938** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 53 | NHW0001202 | NHW0001207 | 09/11/2025 | Email chain among counsel (Nick Wooten [CLG (counsel)]; Bob Cheeley [CLG (counsel)]; Kamden Ahlberg | Email chain reflecting counsel's efforts to identify, locate, and develop a potential witness (former Ford executive), including | Work product (opinion; witness development / investigative locate-service) |

| No. | Bates Begin | Bates End | Date | Author / Recipients | Description | Privilege / Protection |
|---|---|---|---|---|---|---|
| | | | | [CLG (counsel)]; Paula Senra [CLG]), investigative locate-service vendor (Stratejic – John Ivansthenko, Paul Littrell, Jr., Sam Littrell, Sasha Ruiz), and Gardiner Harris | investigative locate-service (Stratejic) results and counsel's strategy for making contact; opinion work product. | |
| 54 | NHW0001208 | NHW0001210 | 09/12/2025 | Nick Wooten [CLG (counsel)] → matthall2@gmail.com [Ethics expert]; Bob Cheeley [CLG (counsel)] | Email transmitting materials to expert/counsel concerning engagement and case strategy. | Work product (expert) |
| 55 | NHW0001211 | NHW0001227 | 09/12/2025 | *Attached to or sent with* **NHW0001208–NHW0001210** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 56 | NHW0001228 | NHW0001243 | 09/12/2025 | *Attached to or sent with* **NHW0001208–NHW0001210** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 57 | NHW0001244 | NHW0001245 | 09/12/2025 | *Attached to or sent with* **NHW0001208–NHW0001210** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 58 | NHW0001246 | NHW0001248 | 09/12/2025 | *Attached to or sent with* **NHW0001208–NHW0001210** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 59 | NHW0001249 | NHW0001288 | 09/12/2025 | *Attached to or sent with* **NHW0001208–NHW0001210** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 60 | NHW0001289 | NHW0001372 | 09/12/2025 | *Attached to or sent with* **NHW0001208–NHW0001210** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 61 | NHW0001373 | NHW0001442 | 09/12/2025 | *Attached to or sent with* **NHW0001208–NHW0001210** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 62 | NHW0001443 | NHW0001451 | 09/12/2025 | *Attached to or sent with* **NHW0001208–NHW0001210** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 63 | NHW0001452 | NHW0001452 | 09/12/2025 | *Attached to or sent with* **NHW0001208–NHW0001210** | Court filing/exhibit selected and compiled by counsel; attachment to privileged | Work product (compilation/transmittal) |

| No. | Bates Begin | Bates End | Date | Author / Recipients | Description | Privilege / Protection |
|---|---|---|---|---|---|---|
| | | | | | transmittal (no privilege asserted in the document itself). | |
| 64 | NHW0001453 | NHW0001456 | 09/12/2025 | *Attached to or sent with* **NHW0001208–NHW0001210** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 65 | NHW0001457 | NHW0001468 | 09/12/2025 | *Attached to or sent with* **NHW0001208–NHW0001210** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 66 | NHW0001469 | NHW0001484 | 09/12/2025 | *Attached to or sent with* **NHW0001208–NHW0001210** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 67 | NHW0001485 | NHW0001487 | 09/12/2025 | *Attached to or sent with* **NHW0001208–NHW0001210** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 68 | NHW0001488 | NHW0001497 | 09/12/2025 | *Attached to or sent with* **NHW0001208–NHW0001210** | Draft declaration prepared by counsel; attachment to privileged communication. | Work product (compilation/transmittal) |
| 69 | NHW0001498 | NHW0001506 | 09/12/2025 | *Attached to or sent with* **NHW0001208–NHW0001210** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 70 | NHW0001507 | NHW0001507 | 09/12/2025 | *Attached to or sent with* **NHW0001208–NHW0001210** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 71 | NHW0001508 | NHW0001526 | 09/12/2025 | *Attached to or sent with* **NHW0001208–NHW0001210** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 72 | NHW0001527 | NHW0001535 | 09/12/2025 | *Attached to or sent with* **NHW0001208–NHW0001210** | Draft litigation document / correspondence prepared by counsel; attachment to privileged communication. | Work product (draft) |
| 73 | NHW0001536 | NHW0001546 | 09/12/2025 | *Attached to or sent with* **NHW0001208–NHW0001210** | Draft litigation document / correspondence prepared by counsel; attachment to privileged communication. | Work product (draft) |
| 74 | NHW0001547 | NHW0001552 | 09/12/2025 | *Attached to or sent with* **NHW0001208–NHW0001210** | Draft litigation document / correspondence prepared by counsel; attachment to privileged communication. | Work product (compilation/transmittal) |

| No. | Bates Begin | Bates End | Date | Author / Recipients | Description | Privilege / Protection |
|---|---|---|---|---|---|---|
| 75 | NHW0001553 | NHW0001557 | 07/30/2025 | Kamden Ahlberg [CLG (counsel)] → Tony Chu [Litigation-support vendor (ILS)]; cc: Nick Wooten [CLG (counsel)]; Bob Cheeley [CLG (counsel)] | Communication with litigation-support vendor concerning case materials. | Work product / not responsive / Authorized by ¶6(c) of the Protective Order |
| 76 | NHW0001558 | NHW0001564 | 07/30/2025 | Tony Chu [Litigation-support vendor (ILS)] → Kamden Ahlberg [CLG (counsel)]; cc: Nick Wooten [CLG (counsel)]; Bob Cheeley [CLG (counsel)] | Communication with litigation-support vendor concerning case materials. | Work product / not responsive / Authorized by ¶6(c) of the Protective Order |
| 77 | NHW0001565 | NHW0001566 | 08/05/2025 | Bob Cheeley [CLG (counsel)] → Victor Pacheco [Litigation-support vendor]; cc: Nick Wooten [CLG (counsel)]; Dre Tennille [CLG (counsel)]; Gabby Gravel [CLG (counsel)]; Kamden Ahlberg [CLG (counsel)]; McKenzie Nadel [CLG (counsel)]; Paula Senra [CLG (counsel)] | Communication with litigation-support vendor concerning case materials. | Work product / not responsive / Authorized by ¶6(c) of the Protective Order |
| 78 | NHW0001567 | NHW0001567 | 08/05/2025 | Bob Cheeley → Brett Schreiber [Other]; cc: Dre Tennille [CLG (counsel)]; Nick Wooten [CLG (counsel)] | Email among common-interest counsel concerning legal research and litigation strategy. | Work product; common-interest doctrine |
| 79 | NHW0001572 | NHW0001572 | 07/29/2025 | Kamden Ahlberg [CLG (counsel)] → Tony Chu [Litigation-support vendor (ILS)]; cc: Nick Wooten [CLG (counsel)]; Bob Cheeley [CLG (counsel)] | Communication with litigation-support vendor concerning case materials. | Work product / not responsive / Authorized by ¶6(c) of the Protective Order |
| 80 | NHW0001573 | NHW0001574 | 07/29/2025 | Kamden Ahlberg [CLG (counsel)] → Tony Chu [Litigation-support vendor (ILS)]; cc: Nick Wooten [CLG (counsel)]; Bob Cheeley [CLG (counsel)] | Communication with litigation-support vendor concerning case materials. | Work product / not responsive / Authorized by ¶6(c) of the Protective Order |
| 81 | NHW0001576 | NHW0001582 | 07/21/2025 | Bob Cheeley [CLG (counsel)] → Gardiner Harris [journalist]; cc: Nick Wooten [CLG (counsel)]; Kamden Ahlberg [CLG (counsel)]; Paula Senra [CLG (counsel)] | Counsel's compilation and transmittal of selected publicly-available Ford documents (produced non-confidential); no privilege asserted in the underlying public documents. | Work product; non-responsive |
| 82 | NHW0001583 | NHW0001583 | 07/21/2025 | *Attached to or sent with* **NHW0001576–NHW0001582** | Publicly-available Ford document (Ford Investor Day materials quoting Raj Nair) selected by counsel; attached to work-product transmittal; no privilege asserted in the underlying public document. | Work product; non-responsive |
| 83 | NHW0001584 | NHW0001635 | 07/21/2025 | *Attached to or sent with* **NHW0001576–NHW0001582** | Publicly-available Ford document (Ford Investor Day materials quoting Raj Nair) | Work product; non-responsive |

| No. | Bates Begin | Bates End | Date | Author / Recipients | Description | Privilege / Protection |
|---|---|---|---|---|---|---|
| | | | | | selected by counsel; attached to work-product transmittal; no privilege asserted in the underlying public document. | |
| 84 | NHW0001636 | NHW0001637 | 07/07/2025 | Bob Cheeley [CLG (counsel)] → Sean Roth; Katelyn Haywood; cc: Nick Wooten [CLG (counsel)]; Paula Senra [CLG (counsel)] | Communication reflecting counsel's witness deposition scheduling and strategy. | Work product; non-responsive |
| 85 | NHW0001638 | NHW0001641 | 07/15/2025 | Communication (cc Nick Wooten [CLG (counsel)]) reflecting counsel's efforts to identify and locate a potential witness (former Ford executive) | Communication and accompanying investigative materials reflecting counsel's efforts to identify, locate, and develop a potential witness; includes locate-service compilation of witness contact information. | Work product; non-responsive |
| 86 | NHW0001642 | NHW0001643 | 06/09/2025 | Lee Brown [Co-counsel (AIEG)] → john.schultz@compastech.com [Expert (retained)]; cc: Bob Cheeley [CLG (counsel)]; Nick Wooten [CLG (counsel)] | Email concerning expert/Daubert strategy. | Work Product (attorney/retained-expert Daubert strategy) |
| 87 | NHW0001644 | NHW0001671 | 06/09/2025 | *Attached to or sent with* **NHW0001642–NHW0001643** | Expert-related material; attachment to privileged work-product communication. | Work product (compilation/transmittal) |
| 88 | NHW0001672 | NHW0001681 | 06/11/2025 | Lee Brown [Co-counsel (AIEG)] → Nick Wooten [CLG (counsel)]; Bob Cheeley [CLG (counsel)] | Email concerning expert/Daubert strategy. | Work Product (attorney/retained-expert Daubert strategy) |
| 89 | NHW0001682 | NHW0001718 | 06/11/2025 | *Attached to or sent with* **NHW0001672–NHW0001681** | Legal-research material selected and compiled by counsel; attachment to privileged work-product communication. | Work product (compilation/transmittal) |
| 90 | NHW0001719 | NHW0001745 | 06/11/2025 | *Attached to or sent with* **NHW0001672–NHW0001681** | Legal-research material selected and compiled by counsel; attachment to privileged work-product communication. | Work product (compilation/transmittal) |
| 91 | NHW0001746 | NHW0001767 | 06/11/2025 | *Attached to or sent with* **NHW0001672–NHW0001681** | Legal-research material selected and compiled by counsel; attachment to privileged work-product communication. | Work product (compilation/transmittal) |
| 92 | NHW0001768 | NHW0001777 | 06/11/2025 | Lee Brown [Co-counsel (AIEG)] → Nick Wooten [CLG (counsel)]; Bob Cheeley [CLG (counsel)]; Don Slavik [Co-counsel of record] | Email concerning expert/Daubert strategy. | Work Product (attorney/retained-expert Daubert strategy) |
| 93 | NHW0001778 | NHW0001778 | 06/11/2025 | *Attached to or sent with* **NHW0001768–NHW0001777** | Legal-research material selected and compiled by counsel; attachment to privileged work-product communication. | Work product (compilation/transmittal) |
| 94 | NHW0001779 | NHW0001797 | 06/11/2025 | *Attached to or sent with* **NHW0001768–NHW0001777** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |

| No. | Bates Begin | Bates End | Date | Author / Recipients | Description | Privilege / Protection |
|---|---|---|---|---|---|---|
| 95 | NHW0001798 | NHW0001822 | 06/11/2025 | *Attached to or sent with* **NHW0001768–NHW0001777** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 96 | NHW0001823 | NHW0001858 | 06/11/2025 | *Attached to or sent with* **NHW0001768–NHW0001777** | Legal-research material selected and compiled by counsel; attachment to privileged work-product communication. | Work product (compilation/transmittal) |
| 97 | NHW0001859 | NHW0001862 | 03/12/2025 | Sasha Ruiz [Investigative vendor (Stratejic)] → Bob Cheeley [CLG (counsel)]; Nick Wooten [CLG (counsel)]; cc: Paul Littrell, Jr.; Andi Littrell [Stratejic] | Communication with investigative locate-service vendor (Stratejic) concerning identification and location of potential former-insider witnesses; reflects counsel's investigative strategy. | Work product; non-responsive |
| 98 | NHW0001863 | NHW0001868 | 03/12/2025 | Paul Littrell, Jr. [Investigative vendor (Stratejic)] → Nick Wooten [CLG (counsel)]; Bob Cheeley [CLG (counsel)]; cc: Sasha Ruiz; John Ivansthenko [Stratejic] | Communication with investigative locate-service vendor (Stratejic) concerning identification and location of potential former-insider witnesses; reflects counsel's investigative strategy. | Work product; non-responsive |
| 99 | NHW0001869 | NHW0001871 | 02/12/2025 | Gabby Gravel [CLG (counsel)] → Bob Cheeley [CLG (counsel)]; cc: Dre Tennille [CLG (counsel)]; Nick Wooten [CLG (counsel)]; Robyn Carmichael [CLG (counsel)]; Bob Poston LTS [Litigation-support vendor]; Paula Senra [CLG (counsel)]; Kamden Ahlberg [CLG (counsel)] | Communication with litigation-support vendor concerning case materials. | Work product / not responsive / Authorized by ¶6(c) of the Protective Order |
| 100 | NHW0001872 | NHW0001874 | 02/12/2025 | *Attached to or sent with* **NHW0001869–NHW0001871** | Expert-related material; attachment to privileged work-product communication. | Work product (compilation/transmittal) |
| 101 | NHW0001875 | NHW0001877 | 03/12/2025 | Bob Cheeley [CLG (counsel)] → Nick Wooten [CLG (counsel)]; cc: Paul Littrell, Jr.; Sasha Ruiz; Andi Littrell [Stratejic] | Communication with investigative locate-service vendor (Stratejic) concerning identification and location of potential former-insider witnesses; reflects counsel's investigative strategy. | Work product; non-responsive |
| 102 | NHW0001878 | NHW0001878 | 01/14/2025 | Bob Cheeley → John Campbell [Other]; cc: Nick Wooten [CLG (counsel)]; Gabby Gravel [CLG (counsel)]; Dre Tennille [CLG (counsel)]; Don Slavik [Co-counsel of record] | Email among common-interest counsel concerning legal research and litigation strategy. | Work product; common-interest doctrine |
| 103 | NHW0001879 | NHW0001881 | 01/16/2025 | Bob Cheeley → Gabby Gravel [CLG (counsel)]; cc: Lynn Shumway [Other]; Nick Wooten [CLG (counsel)] | Email among common-interest counsel concerning legal research and litigation strategy. | Work product; common-interest doctrine |
| 104 | NHW0001882 | NHW0001883 | 01/16/2025 | Gabby Gravel [CLG (counsel)] → Lynn Shumway [Other]; Bob Cheeley [CLG | Email among common-interest counsel concerning legal research and litigation strategy. | Work product; common-interest doctrine |

| No. | Bates Begin | Bates End | Date | Author / Recipients | Description | Privilege / Protection |
|---|---|---|---|---|---|---|
| | | | | (counsel)]; cc: Nick Wooten [CLG (counsel)] | | |
| 105 | NHW0001884 | NHW0001884 | 10/07/2024 | Bob Cheeley [CLG (counsel)] → Beverly Wooten [Other]; Wayne Wooten [Client]; Wendy Wells [Client]; cc: Nick Wooten [CLG (counsel)]; Bill Butler [Other] | Attorney-client communication concerning the litigation. | Attorney-client privilege |
| 106 | NHW0001885 | NHW0001886 | 10/07/2024 | Wendy Wells [Client] → Bob Cheeley [CLG (counsel)]; cc: Beverly Wooten [Other]; Nick Wooten [CLG (counsel)]; Bill Butler [Other]; Gc Leasing [Client] | Attorney-client communication concerning the litigation. | Attorney-client privilege |
| 107 | NHW0001887 | NHW0001889 | 10/10/2024 | Michael Denton → Kate Llaurado; Laura Pinola; Julie Colson; Bob Cheeley [CLG (counsel)]; cc: Don Slavik [Co-counsel]; Nick Wooten [CLG (counsel)]; Gabby Gravel [CLG (counsel)]; Anna Pressley | Communication concerning planning of a CLE presentation addressing Ford data file formats (.A2L/.DBC). Withheld based on co-counsel Cheeley's designation as work product; non-responsive. | Work product (per co-counsel Cheeley designation); non-responsive |
| 108 | NHW0001890 | NHW0001892 | 10/10/2024 | Julie Braman Kane → Michael Denton; Kate Llaurado; Laura Pinola; Bob Cheeley [CLG (counsel)]; cc: Don Slavik [Co-counsel]; Nick Wooten [CLG (counsel)]; Gabby Gravel [CLG (counsel)]; Anna Pressley | Communication concerning planning of a CLE presentation addressing Ford data file formats (.A2L/.DBC). Withheld based on co-counsel Cheeley's designation as work product; non-responsive. | Work product (per co-counsel Cheeley designation); non-responsive |
| 109 | NHW0001893 | NHW0001897 | 09/13/2024 | Gabby Gravel [CLG (counsel)] → Elizabeth Koenig [Litigation-support vendor]; Gabrielle Holland [CLG (counsel)]; Bob Cheeley [CLG (counsel)]; Nick Wooten [CLG (counsel)]; cc: Tony Chu [Litigation-support vendor]; Don Slavik [Co-counsel of record]; Dre Tennille [CLG (counsel)] | Communication with litigation-support vendor concerning case materials. | Work product / not responsive / Authorized by ¶6(c) of the Protective Order |
| 110 | NHW0001898 | NHW0001903 | 09/16/2024 | Gabby Gravel [CLG (counsel)] → Elizabeth Koenig [Litigation-support vendor]; Gabrielle Holland [CLG (counsel)]; Bob Cheeley [CLG (counsel)]; Nick Wooten [CLG (counsel)]; cc: Tony Chu [Litigation-support vendor]; Don Slavik [Co-counsel of record]; Dre Tennille [CLG (counsel)] | Communication with litigation-support vendor concerning case materials. | Work product / not responsive / Authorized by ¶6(c) of the Protective Order |
| 111 | NHW0001904 | NHW0001910 | 09/16/2024 | Elizabeth Koenig [Litigation-support vendor] → Gabby Gravel [CLG (counsel)]; Gabrielle Holland [CLG | Communication with litigation-support vendor concerning case materials. | Work product / not responsive / Authorized by ¶6(c) of the Protective Order |

| No. | Bates Begin | Bates End | Date | Author / Recipients | Description | Privilege / Protection |
|---|---|---|---|---|---|---|
| | | | | (counsel)]; Bob Cheeley [CLG (counsel)]; Nick Wooten [CLG (counsel)]; cc: Tony Chu [Litigation-support vendor]; Don Slavik [Co-counsel of record]; Dre Tennille [CLG (counsel)] | | |
| 112 | NHW0001911 | NHW0001917 | 09/16/2024 | Elizabeth Koenig [Litigation-support vendor] → Gabby Gravel [CLG (counsel)]; Gabrielle Holland [CLG (counsel)]; Bob Cheeley [CLG (counsel)]; Nick Wooten [CLG (counsel)]; cc: Tony Chu [Litigation-support vendor]; Don Slavik [Co-counsel of record]; Dre Tennille [CLG (counsel)]; Hajime Sato [Litigation-support vendor] | Communication with litigation-support vendor concerning case materials. | Work product / not responsive / Authorized by ¶6(c) of the Protective Order |
| 113 | NHW0001918 | NHW0001919 | 09/16/2024 | ILS Support [Litigation-support vendor] → Bob Cheeley [CLG (counsel)]; ILS Support [Litigation-support vendor]; Gabby Gravel [CLG (counsel)]; cc: Don Slavik [Co-counsel of record]; Dre Tennille [CLG (counsel)]; Gabrielle Holland [CLG (counsel)]; Nick Wooten [CLG (counsel)]; Elizabeth Koenig [Litigation-support vendor]; Tony Chu [Litigation-support vendor] | Communication with litigation-support vendor concerning case materials. | Work product / not responsive / Authorized by ¶6(c) of the Protective Order |
| 114 | NHW0001920 | NHW0001922 | 12/23/2025 | Nick Wooten [CLG (counsel)] → AIEG Members (via aiegmembers listserv) | AIEG common-interest listserv communication concerning a Daubert response in an unrelated matter. Withheld based on co-counsel Cheeley's designation as work product; non-responsive. | Work product (per co-counsel Cheeley designation); non-responsive |
| 115 | NHW0001923 | NHW0001923 | 02/13/2025 | Gabby Gravel → Nick Wooten [CLG (counsel)]; Bob Poston LTS [Litigation-support vendor]; cc: Dre Tennille [CLG (counsel)]; Paula Senra [CLG (counsel)] | Communication with litigation-support vendor concerning case materials. | Work product / not responsive / Authorized by ¶6(c) of the Protective Order |
| 116 | NHW0001948 | NHW0001958 | 01/14/2026 | Garrett Rogers [Other] → Kamden Ahlberg [CLG (counsel)]; Nick Wooten [CLG (counsel)]; cc: Kali Rogers [Other] | Email concerning litigation strategy among common-interest counsel. | Work product; common-interest doctrine |
| 117 | NHW0001959 | NHW0001971 | 02/11/2026 | Nick Wooten [CLG (counsel)] → Garrett Rogers [Co-counsel (AIEG)]; Kamden Ahlberg [CLG (counsel)]; cc: Kali Rogers | Email reflecting counsel's core strategy for the deposition of Ford's corporate representative; opinion work product. | Work product (opinion; deposition strategy); Fed. R. Civ. P. 26(b)(3) |

| No. | Bates Begin | Bates End | Date | Author / Recipients | Description | Privilege / Protection |
|---|---|---|---|---|---|---|
| 118 | NHW0001972 | NHW0001986 | 02/11/2026 | Garrett Rogers [Other] → Nick Wooten [CLG (counsel)]; Kamden Ahlberg [CLG (counsel)]; cc: Kali Rogers [Other] | Email concerning litigation strategy among common-interest counsel. | Work product; common-interest doctrine |
| 119 | NHW0001991 | NHW0001994 | 08/15/2025 | Gracie Carr [Deposition-services vendor] → Paula Senra [CLG]; cc: Legal Tech Service; Kamden Ahlberg [CLG (counsel)]; Nick Wooten [CLG (counsel)] | Communication concerning expert deposition exhibits. Withheld based on co-counsel Cheeley's designation as work product. | Work product (per co-counsel Cheeley designation) |
| 120 | NHW0001995 | NHW0002000 | 08/19/2025 | AB Production [Deposition-services vendor] → Nick Wooten [CLG (counsel)]; Paula Senra [CLG]; cc: Kamden Ahlberg [CLG (counsel)] | Communication concerning expert deposition exhibits. Withheld based on co-counsel Cheeley's designation as work product. | Work product (per co-counsel Cheeley designation) |
| 121 | NHW0002003 | NHW0002003 | 08/20/2025 | SharePoint Online (automated notification) → Kamden Ahlberg [CLG (counsel)] | Automated SharePoint notification regarding an internal document-access link. Withheld based on co-counsel Cheeley's designation as privileged internal firm communication. | Privileged – internal CLG communication (per co-counsel Cheeley designation) |
| 122 | NHW0002025 | NHW0002029 | 09/07/2025 | Nick Wooten [CLG (counsel)] → David Choffnes [Expert (consulting)]; cc: Wilson, Christo [Expert team]; Kamden Ahlberg [CLG (counsel)] | Email concerning litigation strategy and expert work. | Work product (consulting expert) |
| 123 | NHW0002030 | NHW0002036 | 09/08/2025 | Nick Wooten [CLG (counsel)] → Wilson, Christo [Expert team]; David Choffnes [Expert (consulting)]; cc: Kamden Ahlberg [CLG (counsel)] | Email concerning litigation strategy and expert work. | Work product (consulting expert) |
| 124 | NHW0002037 | NHW0002044 | 09/08/2025 | Nick Wooten [CLG (counsel)] → Wilson, Christo [Expert team]; David Choffnes [Expert (consulting)]; cc: Kamden Ahlberg [CLG (counsel)] | Email concerning litigation strategy and expert work. | Work product (consulting expert) |
| 125 | NHW0002073 | NHW0002073 | 01/20/2026 | Kamden Ahlberg → Nick Wooten [CLG (counsel)] | Attorney work-product analysis (mock-jury) transmitted intra-firm. | Opinion work product |
| 126 | NHW0002074 | NHW0002104 | 01/20/2026 | *Attached to or sent with* **NHW0002073–NHW0002073** | Attorney work-product analysis; attachment to privileged communication. | Opinion work product |
| 127 | NHW0002105 | NHW0002134 | 01/20/2026 | *Attached to or sent with* **NHW0002073–NHW0002073** | Attorney work-product analysis; attachment to privileged communication. | Opinion work product |
| 128 | NHW0002247 | NHW0002249 | 07/29/2025 | Tony Chu [Litigation-support vendor (ILS)] → Kamden Ahlberg [CLG (counsel)]; cc: Nick Wooten [CLG (counsel)]; Bob Cheeley [CLG (counsel)] | Communication with litigation-support vendor concerning case materials. | Work product / not responsive / Authorized by ¶6(c) of the Protective Order |
| 129 | NHW0002298 | NHW0002300 | 06/23/2025 | Jill Martin [AIEG] → Kamden Ahlberg [CLG (counsel)] | AIEG intake communication transmitting protective orders and access agreements | Work product; non-responsive |

| No. | Bates Begin | Bates End | Date | Author / Recipients | Description | Privilege / Protection |
|---|---|---|---|---|---|---|
| | | | | | from other cases for counsel's eligibility analysis; reflects counsel's evaluation of access rights. Counsel determined the orders restricted access and did not execute the agreements or obtain the underlying materials. | |
| 130 | NHW0002301 | NHW0002310 | 06/23/2025 | *Attached to or sent with* **NHW0002298–NHW0002300** | Protective order from Coll v. Ford (other case); attached to AIEG intake communication for counsel's access-eligibility analysis. | Work product; non-responsive |
| 131 | NHW0002311 | NHW0002316 | 06/23/2025 | *Attached to or sent with* **NHW0002298–NHW0002300** | Protective order from Harmon v. Ford (other case); attached to AIEG intake communication for counsel's access-eligibility analysis. | Work product; non-responsive |
| 132 | NHW0002317 | NHW0002322 | 06/23/2025 | *Attached to or sent with* **NHW0002298–NHW0002300** | Protective order from Jackson v. Ford (other case); attached to AIEG intake communication for counsel's access-eligibility analysis. | Work product; non-responsive |
| 133 | NHW0002323 | NHW0002330 | 06/23/2025 | *Attached to or sent with* **NHW0002298–NHW0002300** | Confidentiality order from Firestone Tire MDL (other case); attached to AIEG intake communication for counsel's access-eligibility analysis. | Work product; non-responsive |
| 134 | NHW0002331 | NHW0002338 | 06/23/2025 | *Attached to or sent with* **NHW0002298–NHW0002300** | Protective order from Baldwin v. Ford (other case); attached to AIEG intake communication for counsel's access-eligibility analysis. | Work product; non-responsive |
| 135 | NHW0002339 | NHW0002344 | 06/23/2025 | *Attached to or sent with* **NHW0002298–NHW0002300** | Protective order from Wootton v. Ford (other case); attached to AIEG intake communication for counsel's access-eligibility analysis. | Work product; non-responsive |
| 136 | NHW0002345 | NHW0002346 | 06/23/2025 | *Attached to or sent with* **NHW0002298–NHW0002300** | Unexecuted AIEG access agreement (Coll v. Ford); attached to AIEG intake communication. Not executed by counsel. | Work product; non-responsive |
| 137 | NHW0002347 | NHW0002347 | 06/23/2025 | *Attached to or sent with* **NHW0002298–NHW0002300** | Unexecuted AIEG access agreement (Harmon v. Ford); attached to AIEG intake communication. Not executed by counsel. | Work product; non-responsive |
| 138 | NHW0002348 | NHW0002348 | 06/23/2025 | *Attached to or sent with* **NHW0002298–NHW0002300** | Unexecuted AIEG access agreement (Jackson v. Ford); attached to AIEG intake communication. Not executed by counsel. | Work product; non-responsive |
| 139 | NHW0002349 | NHW0002349 | 06/23/2025 | *Attached to or sent with* **NHW0002298–NHW0002300** | Unexecuted AIEG access agreement (Firestone Tire MDL); attached to AIEG intake communication. Not executed by counsel. | Work product; non-responsive |

| No. | Bates Begin | Bates End | Date | Author / Recipients | Description | Privilege / Protection |
|---|---|---|---|---|---|---|
| 140 | NHW0002350 | NHW0002350 | 06/23/2025 | *Attached to or sent with* **NHW0002298–NHW0002300** | Unexecuted AIEG access agreement (Baldwin v. Ford); attached to AIEG intake communication. Not executed by counsel. | Work product; non-responsive |
| 141 | NHW0002351 | NHW0002351 | 06/23/2025 | *Attached to or sent with* **NHW0002298–NHW0002300** | Unexecuted AIEG access agreement (Wootton v. Ford); attached to AIEG intake communication. Not executed by counsel. | Work product; non-responsive |
| 142 | NHW0002352 | NHW0002353 | 05/08/2025 | Tony Chu [Litigation-support vendor (ILS)] → Kamden Ahlberg [CLG (counsel)]; cc: Nick Wooten [CLG (counsel)] | Communication with litigation-support vendor concerning case materials. | Work product / not responsive / Authorized by ¶6(c) of the Protective Order |
| 143 | NHW0002938 | NHW0002965 | 07/19/2025 | *Attached to or sent with* **NHW0002937–NHW0002937** | Expert-related material; attachment to privileged work-product communication. | Work product; Rule 26(b)(4)(C) attorney-expert communication |
| 144 | NHW0002967 | NHW0002974 | 09/02/2025 | Nick Wooten (aiegmembers listserver) [AIEG common-interest counsel] → AIEG Members [AIEG common-interest counsel] | Email among common-interest counsel concerning legal research and litigation strategy. | Work product; common-interest doctrine |
| 145 | NHW0002975 | NHW0002978 | 06/09/2025 | Nick Wooten (aiegmembers listserver) [AIEG common-interest counsel] → AIEG Members [AIEG common-interest counsel] | Email among common-interest counsel concerning legal research and litigation strategy. | Work product; common-interest doctrine |
| 146 | NHW0002979 | NHW0002982 | 11/21/2024 | Nick Wooten (aiegmembers listserver) [AIEG common-interest counsel] → AIEG Members [AIEG common-interest counsel] | Email among common-interest counsel concerning legal research and litigation strategy. | Work product; common-interest doctrine |
| 147 | NHW0002983 | NHW0002983 | 02/20/2026 | [Redacted. Unredacted entry available for in camera review.] | | |
| 148 | NHW0003001 | NHW0003001 | 02/03/2026 | Kamden Ahlberg (via Google Drive) → Nick Wooten; cc: nick@nickwooten.com | Google Drive share notification regarding internal case-preparation materials (“Agent Beta”); reflects counsel’s work product. | Work product; non-responsive |
| 149 | NHW0003002 | NHW0003018 | 02/12/2026 | Garrett Rogers [Other] → Nick Wooten [CLG (counsel)] | Email concerning litigation strategy among common-interest counsel. | Work product; common-interest doctrine |
| 150 | NHW0003019 | NHW0003020 | 12/15/2025 | David Choffnes [Expert (consulting)] → Nick Wooten [CLG (counsel)] | Email concerning litigation strategy and expert work. | Work product (consulting expert) |
| 151 | NHW0003049 | NHW0003056 | 01/08/2026 | Nick Wooten [CLG (counsel)] → Lee Brown [Co-counsel (AIEG)] | Email concerning litigation strategy among common-interest counsel. | Work product; common-interest doctrine |
| 152 | NHW0003057 | NHW0003059 | 12/12/2025 | [Redacted. Unredacted entry available for in camera review.] | | |
| 153 | NHW0003066 | NHW0003068 | 11/06/2025 | Nick Wooten → David Choffnes [Expert (consulting)] | Email concerning litigation strategy and expert work. | Work product (consulting expert) |

| No. | Bates Begin | Bates End | Date | Author / Recipients | Description | Privilege / Protection |
|---|---|---|---|---|---|---|
| 154 | NHW0003069 | NHW0003072 | 11/07/2025 | Nick Wooten [CLG (counsel)] → David Choffnes [Expert (consulting)] | Email concerning litigation strategy and expert work. | Work product (consulting expert) |
| 155 | NHW0003076 | NHW0003077 | 09/03/2025 | Shane Bartlett [Other] → Nick Wooten [CLG (counsel)] | Email among common-interest counsel concerning legal research and litigation strategy. | Work product; common-interest doctrine |
| 156 | NHW0003078 | NHW0003081 | 09/03/2025 | *Attached to or sent with* **NHW0003076–NHW0003077** | Attorney work-product analysis; attachment to privileged communication. | Work product (compilation/transmittal) |
| 157 | NHW0003086 | NHW0003088 | 09/02/2025 | Nick Wooten (aiegmembers listserver) [AIEG common-interest counsel] → AIEG Members [AIEG common-interest counsel] | Email among common-interest counsel concerning legal research and litigation strategy. | Work product; common-interest doctrine |
| 158 | NHW0003089 | NHW0003089 | 09/02/2025 | *Attached to or sent with* **NHW0003086–NHW0003088** | Attachment to privileged communication (message body part). | Work product (compilation/transmittal) |
| 159 | NHW0003090 | NHW0003090 | 09/02/2025 | *Attached to or sent with* **NHW0003086–NHW0003088** | Attachment to privileged communication (message body part). | Work product (compilation/transmittal) |
| 160 | NHW0003091 | NHW0003093 | 09/02/2025 | *Attached to or sent with* **NHW0003086–NHW0003088** | Attachment to privileged communication (message body part). | Work product (compilation/transmittal) |
| 161 | NHW0003094 | NHW0003095 | 09/02/2025 | *Attached to or sent with* **NHW0003086–NHW0003088** | Attachment to privileged communication (message body part). | Work product (compilation/transmittal) |
| 162 | NHW0003096 | NHW0003099 | 09/02/2025 | *Attached to or sent with* **NHW0003086–NHW0003088** | Attachment to privileged communication (message body part). | Work product (compilation/transmittal) |
| 163 | NHW0003100 | NHW0003101 | 09/02/2025 | *Attached to or sent with* **NHW0003086–NHW0003088** | Attachment to privileged communication (message body part). | Work product (compilation/transmittal) |
| 164 | NHW0003102 | NHW0003106 | 09/02/2025 | Alan Shapey (aiegmembers listserver) [AIEG common-interest counsel] → AIEG Members [AIEG common-interest counsel] | Email among common-interest counsel concerning legal research and litigation strategy. | Work product; common-interest doctrine |
| 165 | NHW0003107 | NHW0003111 | 09/02/2025 | *Attached to or sent with* **NHW0003102–NHW0003106** | Attachment to privileged communication (message body part). | Work product (compilation/transmittal) |
| 166 | NHW0003112 | NHW0003114 | 09/02/2025 | *Attached to or sent with* **NHW0003102–NHW0003106** | Attachment to privileged communication (message body part). | Work product (compilation/transmittal) |
| 167 | NHW0003118 | NHW0003124 | 09/02/2025 | Nick Wooten (aiegmembers listserver) [AIEG common-interest counsel] → AIEG Members [AIEG common-interest counsel] | Email among common-interest counsel concerning legal research and litigation strategy. | Work product; common-interest doctrine |
| 168 | NHW0003125 | NHW0003130 | 09/02/2025 | *Attached to or sent with* **NHW0003118–NHW0003124** | Attachment to privileged communication (message body part). | Work product (compilation/transmittal) |
| 169 | NHW0003131 | NHW0003133 | 09/02/2025 | *Attached to or sent with* **NHW0003118–NHW0003124** | Attachment to privileged communication (message body part). | Work product (compilation/transmittal) |

| No. | Bates Begin | Bates End | Date | Author / Recipients | Description | Privilege / Protection |
|---|---|---|---|---|---|---|
| 170 | NHW0003134 | NHW0003141 | 09/02/2025 | Nick Wooten (aiegmembers listserver) [AIEG common-interest counsel] → AIEG Members [AIEG common-interest counsel] | Email among common-interest counsel concerning legal research and litigation strategy. | Work product; common-interest doctrine |
| 171 | NHW0003142 | NHW0003148 | 09/02/2025 | *Attached to or sent with* **NHW0003134–NHW0003141** | Attachment to privileged communication (message body part). | Work product (compilation/transmittal) |
| 172 | NHW0003149 | NHW0003152 | 09/02/2025 | *Attached to or sent with* **NHW0003134–NHW0003141** | Attachment to privileged communication (message body part). | Work product (compilation/transmittal) |
| 173 | NHW0003168 | NHW0003169 | 09/30/2025 | Nick Wooten → Kashmir Hill | Inquiry regarding OTA data to privacy reporter. | Non-responsive |
| 174 | NHW0003170 | NHW0003172 | 10/13/2025 | Nick Wooten → David Choffnes | Communication regarding conference scheduling; non-responsive. | Non-responsive |
| 175 | NHW0003173 | NHW0003176 | 09/17/2025 | Nick Wooten [CLG (counsel)] → Andrew Lemmon [Prospective counsel] | Email among common-interest counsel concerning legal research and litigation strategy. | Work product (prospective counsel) |
| 176 | NHW0003177 | NHW0003179 | 09/22/2025 | Nick Wooten → David Choffnes | Communication regarding conference scheduling; non-responsive. | Non-responsive |
| 177 | NHW0003192 | NHW0003196 | 09/02/2025 | Nick Wooten [CLG (counsel)] → Patrick E. Longan [Ethics expert (consulting)] | Communication with counsel/expert concerning litigation strategy; transmittal of compiled materials. | Work product (consulting expert) |
| 178 | NHW0003197 | NHW0003199 | 09/02/2025 | Nick Wooten → AIEG Members [AIEG common-interest counsel] | Email among common-interest counsel concerning legal research and litigation strategy. | Work product; common-interest doctrine |
| 179 | NHW0003200 | NHW0003204 | 09/02/2025 | Nick Wooten [CLG (counsel)] → AIEG Members [AIEG common-interest counsel] | Email among common-interest counsel concerning legal research and litigation strategy. | Work product; common-interest doctrine |
| 180 | NHW0003205 | NHW0003210 | 09/02/2025 | Nick Wooten [CLG (counsel)] → AIEG Members [AIEG common-interest counsel] | Email among common-interest counsel concerning legal research and litigation strategy. | Work product; common-interest doctrine |
| 181 | NHW0003211 | NHW0003215 | 09/02/2025 | Nick Wooten [CLG (counsel)] → Joe McGreevy [Other] | Email among common-interest counsel concerning legal research and litigation strategy. | Work product; common-interest doctrine |
| 182 | NHW0003216 | NHW0003222 | 09/02/2025 | Nick Wooten [CLG (counsel)] → AIEG Members [AIEG common-interest counsel] | Email among common-interest counsel concerning legal research and litigation strategy. | Work product; common-interest doctrine |
| 183 | NHW0003223 | NHW0003230 | 09/02/2025 | Nick Wooten → AIEG Members [AIEG common-interest counsel] | Email among common-interest counsel concerning legal research and litigation strategy. | Work product; common-interest doctrine |
| 184 | NHW0003231 | NHW0003236 | 09/02/2025 | Nick Wooten [CLG (counsel)] → Edwin Lamberth [Other] | Email among common-interest counsel concerning legal research and litigation strategy. | Work product; common-interest doctrine |

| No. | Bates Begin | Bates End | Date | Author / Recipients | Description | Privilege / Protection |
|---|---|---|---|---|---|---|
| 185 | NHW0003237 | NHW0003240 | 09/03/2025 | Nick Wooten [CLG (counsel)] → Shane Bartlett [Other] | Email among common-interest counsel concerning legal research and litigation strategy. | Work product; common-interest doctrine |
| 186 | NHW0003241 | NHW0003246 | 09/03/2025 | Nick Wooten [CLG (counsel)] → Shane Bartlett [Other] | Email among common-interest counsel concerning legal research and litigation strategy. | Work product; common-interest doctrine |
| 187 | NHW0003260 | NHW0003262 | 09/10/2025 | Nick Wooten [CLG (counsel)] → Andrew Lemmon [Prospective counsel] | Communication with counsel/expert concerning litigation strategy; transmittal of compiled materials. | Attorney-Client (prospective/consulting counsel) — parent transmittal |
| 188 | NHW0003263 | NHW0003271 | 09/10/2025 | *Attached to or sent with* **NHW0003260–NHW0003262** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 189 | NHW0003272 | NHW0003274 | 09/10/2025 | *Attached to or sent with* **NHW0003260–NHW0003262** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 190 | NHW0003275 | NHW0003284 | 09/10/2025 | *Attached to or sent with* **NHW0003260–NHW0003262** | Draft declaration prepared by counsel; attachment to privileged communication. | Work product (compilation/transmittal) |
| 191 | NHW0003285 | NHW0003285 | 09/10/2025 | *Attached to or sent with* **NHW0003260–NHW0003262** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 192 | NHW0003286 | NHW0003289 | 09/10/2025 | *Attached to or sent with* **NHW0003260–NHW0003262** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 193 | NHW0003290 | NHW0003301 | 09/10/2025 | *Attached to or sent with* **NHW0003260–NHW0003262** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 194 | NHW0003302 | NHW0003317 | 09/10/2025 | *Attached to or sent with* **NHW0003260–NHW0003262** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 195 | NHW0003318 | NHW0003326 | 09/10/2025 | *Attached to or sent with* **NHW0003260–NHW0003262** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 196 | NHW0003327 | NHW0003327 | 09/10/2025 | *Attached to or sent with* **NHW0003260–NHW0003262** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |

| No. | Bates Begin | Bates End | Date | Author / Recipients | Description | Privilege / Protection |
|---|---|---|---|---|---|---|
| 197 | NHW0003328 | NHW0003346 | 09/10/2025 | *Attached to or sent with* **NHW0003260–NHW0003262** | Court filing/exhibit selected and compiled by counsel; attachment to privileged transmittal (no privilege asserted in the document itself). | Work product (compilation/transmittal) |
| 198 | NHW0003347 | NHW0003349 | 08/14/2025 | Nick Wooten → Wendy Wells [Client] | Attorney communication to client conveying case strategy (opinion work product). | Attorney-client privilege; opinion work product |
| 199 | NHW0003358 | NHW0003360 | 07/30/2025 | Nick Wooten (aiegmembers listserver) [AIEG common-interest counsel] → AIEG Members [AIEG common-interest counsel] | Email among common-interest counsel concerning legal research and litigation strategy. | Work product; common-interest doctrine |
| 200 | NHW0003361 | NHW0003361 | 07/30/2025 | *Attached to or sent with* **NHW0003358–NHW0003360** | Attachment to privileged communication (message body part). | Work product (compilation/transmittal) |
| 201 | NHW0003362 | NHW0003362 | 07/30/2025 | *Attached to or sent with* **NHW0003358–NHW0003360** | Attachment to privileged communication (message body part). | Work product (compilation/transmittal) |
| 202 | NHW0003377 | NHW0003380 | 07/14/2025 | Jill Martin [AIEG] → Nick Wooten [CLG (counsel)] | Communication coordinating expert deposition scheduling among counsel; reflects counsel's litigation strategy. | Work product; non-responsive |
| 203 | NHW0003389 | NHW0003391 | 06/09/2025 | Nick Wooten [CLG (counsel)] → Lee Brown [Co-counsel (AIEG)]; john.schultz@compastech.com [Expert (retained)]; cc: Bob Cheeley [CLG (counsel)] | Email concerning expert/Daubert strategy. | Work Product (attorney/retained-expert Daubert strategy) |
| 204 | NHW0003392 | NHW0003393 | 08/22/2025 | *Nick Wooten [CLG (counsel)] → Ken Sibley; Eric Matthaei; EJ Janik [Janik Forensics]; Ryan Felton* **Email concerning the separate DJC Law v. Wooten litigation; does not concern Wooten v. Ford. Non-responsive.** | Non-responsive (separate litigation); work product | Work product; non-responsive |
| 205 | NHW0003394 | NHW0003435 | 08/22/2025 | *Attached to or sent with* **NHW0003392–NHW0003393** | Document set from the separate DJC Law v. Wooten litigation (Plaintff_000001-000042); attached to non-responsive DJC communication. Does not concern Wooten v. Ford. | Non-responsive (separate litigation); work product |
| 206 | NHW0003436 | NHW0003439 | 07/28/2025 | Nick Wooten → Darren Newhart | Personal correspondence unrelated to the litigation; non-responsive. | Non-responsive |
| 207 | NHW0003447 | NHW0003448 | 06/12/2025 | Nick Wooten → tchristian@fivestaronline.net [Other] | Communication concerning expert work / witness preparation. | Work product (draft) |
| 208 | NHW0003449 | NHW0003452 | 06/12/2025 | *Attached to or sent with* **NHW0003447–NHW0003448** | Draft declaration prepared by counsel; attachment to privileged communication. | Work product (draft) |

| No. | Bates Begin | Bates End | Date | Author / Recipients | Description | Privilege / Protection |
|---|---|---|---|---|---|---|
| 209 | NHW0003453 | NHW0003453 | 06/28/2025 | Nick Wooten → Lee Brown [Co-counsel (AIEG)] | Email among common-interest counsel concerning legal research and litigation strategy. | Work product; common-interest doctrine |
| 210 | NHW0003454 | NHW0003454 | 05/24/2025 | Nick Wooten → ramsey@butlerprather.com [Other] | Email among common-interest counsel concerning legal research and litigation strategy. | Work product; common-interest doctrine |
| 211 | NHW0003455 | NHW0003455 | 05/24/2025 | Nick Wooten → Tom.Willingham@beasleyallen.com [Other] | Email among common-interest counsel concerning legal research and litigation strategy. | Work product; common-interest doctrine |
| 212 | NHW0003556 | NHW0003556 | 03/19/2025 | Nick Wooten → Wendy Wells [Client]; Gc Leasing [Client] | Attorney-client communication concerning the litigation. | Attorney-client privilege |
| 213 | NHW0003557 | NHW0003862 | 03/19/2025 | *Attached to or sent with* **NHW0003556–NHW0003556** | Attachment to privileged communication. | Attorney-client privilege |
| 214 | NHW0003870 | NHW0003872 | 03/04/2025 | Nick Wooten → Wendy Wells [Client]; Gc Leasing [Client] | Attorney-client communication concerning the litigation. | Attorney-client privilege |
| 215 | NHW0003873 | NHW0004043 | 03/04/2025 | *Attached to or sent with* **NHW0003870–NHW0003872** | Attachment to privileged communication. | Attorney-client privilege |
| 216 | NHW0004075 | NHW0004077 | 03/04/2025 | Wendy Wells [Client] → Gc Leasing [Client]; cc: Nick Wooten [CLG (counsel)] | Attorney-client communication concerning the litigation. | Attorney-client privilege |
| 217 | NHW0004115 | NHW0004125 | 12/03/2024 | Rosi Castillo [Other] → Nick Wooten [CLG (counsel)] | Email among common-interest counsel concerning legal research and litigation strategy. | Work product; common-interest doctrine |
| 218 | NHW0004126 | NHW0004135 | 12/03/2024 | Nick Wooten [CLG (counsel)] → Rosi Castillo [Other] | Email among common-interest counsel concerning legal research and litigation strategy. | Work product; common-interest doctrine |
| 219 | NHW0004136 | NHW0004138 | 12/03/2024 | *Attached to or sent with* **NHW0004126–NHW0004135** | Deposition-related material; attachment to privileged common-interest communication. | Work product (compilation/transmittal) |
| 220 | NHW0004139 | NHW0004363 | 12/03/2024 | *Attached to or sent with* **NHW0004126–NHW0004135** | Deposition-related material; attachment to privileged common-interest communication. | Work product (compilation/transmittal) |
| 221 | NHW0004364 | NHW0004365 | 12/03/2024 | Nick Wooten → Jill Martin [AIEG common-interest counsel] | Email among common-interest counsel concerning legal research and litigation strategy. | Work product; common-interest doctrine |
| 222 | NHW0004366 | NHW0004590 | 12/03/2024 | *Attached to or sent with* **NHW0004364–NHW0004365** | Deposition-related material; attachment to privileged common-interest communication. | Work product (compilation/transmittal) |
| 223 | NHW0004591 | NHW0004593 | 12/03/2024 | *Attached to or sent with* **NHW0004364–NHW0004365** | Deposition-related material; attachment to privileged common-interest communication. | Work product (compilation/transmittal) |