# EXHIBIT 1

| Control Number | Bates Beg (CHE) | Bates End (CHE) | Bates Beg (NHW) | Bates End (NHW) | Sort Date/Time | Email To | Email From | Email CC | Email BCC | Email Subject | Email Sent Date/Time | Email Received Date/Time | File Name | CLG Priv Log | Wooten Priv Log | Bases for Ford's reqeust for Production | CLG Response | Ford's Reply |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RVW0105150 | CHE0005389 | CHE0005390 | | | 9/17/2024 14:22 | AIEG Members [aiegmembers@listserv.aieg.com] | Robert Cheeley (aiegmembers listserver) [listsender-aiegmembers@listserv.aieg.com] | Jill Martin [jill@aieg.com] | | [aiegmembers] Ford Lane Keeping/Lane Centering Case | 9/17/2024 14:22 | 9/17/2024 14:23 | 00000000E500E4D035847C4D94768D4874791EA8244F2100.MSG | non-responsive, work product | | Jill Martin was not pro hac'd in and not party to PO. Need to ensure no confidential information sent. | We produced the documents. The email itself would be privileged. | Wendy Wells is not a client, so no privilege. |
| RVW0093642 | CHE0005350 | CHE0005350 | NHW0001884 | NHW0001884 | 10/7/2024 17:51 | Beverly Wooten [bevw721@yahoo.com];Wayne Wooten [gcleasingllc@gmail.com];Wendy Wells [wendyawells@gmail.com] | Bob Cheeley [Bob@cheeleylawgroup.com] | Nick Wooten [nick@texasjustice.com];Bill Butler [bbutler@iwbrealty.com] | | Wooten v Ford | 10/7/2024 17:51 | 10/7/2024 17:51 | 00000000C84178CCDE001146802734403DD02BD124782600.MSG | work product and atty/client communication, non-responsive - no privileged documents exchanged | Attorney-client privilege | Wendy is not a Plaintiff entitled to confidential docs under the PO. Need to determine attachment/information sent was not confidential. | | |
| RVW0099483 | CHE0005352 | CHE0005353 | NHW0001885 | NHW0001886 | 10/7/2024 21:26 | Bob Cheeley [Bob@cheeleylawgroup.com] | **Wendy Wells [wendyawells@gmail.com]** | Beverly Wooten [bevw721@yahoo.com];Nick Wooten [nick@texasjustice.com];Bill Butler [bbutler@iwbrealty.com];Gc Leasing [gcleasingllc@gmail.com] | | Re: Wooten v Ford | 10/7/2024 21:26 | 10/7/2024 21:27 | 00000000C84178CCDE001146802734403DD02BD1447E2600.MSG | privileged - atty/client communication, non-responsive - no privileged documents exchanged | Attorney-client privilege | Wendy is not a Plaintiff entitled to confidential docs under the PO. Need to determine attachment/information sent was not confidential. | | |
| RVW0103671 | CHE0005356 | CHE0005358 | NHW0001887 | NHW0001889 | 10/10/2024 14:44 | Kate Llaurado [kllaurado@murphyprachthauser.com];Laura Pinola [Laura@aieg.com];Julie@colson.com;Bob Cheeley [Bob@cheeleylawgroup.com] | **Michael Denton [michael@dentonlawfirm.com]** | Don Slavik [dslavik@slavik.us];Nick Wooten [nick@texasjustice.com];Gabby Gravel [gabby@cheeleylawgroup.com];Anna Pressley [anna@aieg.com] | | Re: Lane Keeping Defect Case vs Ford | 10/10/2024 14:44 | 10/10/2024 14:45 | 00000000E500E4D035847C4D94768D4874791EA864762000.MSG | non-responsive, work product | | Kate Llaurado, Laura Pinola, Julie, and Michael Denton were not pro hac'd in and not party to PO. Need to ensure no confidential information sent. | | |
| RVW0103674 | CHE0005359 | CHE0005361 | NHW0001890 | NHW0001892 | 10/10/2024 14:51 | Michael Denton [michael@dentonlawfirm.com];Kate Llaurado [kllaurado@murphyprachthauser.com];Laura Pinola [Laura@aieg.com];Bob Cheeley [Bob@cheeleylawgroup.com] | Kane, Julie Braman [Julie@colson.com] | Don Slavik [dslavik@slavik.us];Nick Wooten [nick@texasjustice.com];Gabby Gravel [gabby@cheeleylawgroup.com];Anna Pressley [anna@aieg.com] | | RE: [CAUTION External Sender] Lane Keeping Defect Case vs Ford | 10/10/2024 14:51 | 10/10/2024 14:52 | 00000000E500E4D035847C4D94768D4874791EA844772000.MSG | non-responsive, work product | | Kate Llaurado, Laura Pinola, Julie, and Michael Denton were not pro hac'd in and not party to PO. Need to ensure no confidential information sent. | | |
| RVW0269457 | CHE0007679 | CHE0007680 | | | 11/4/2024 9:38 | **Wayne Marinello [wmarinello@choicedocuments.com]** | Leigh Dowden [Leigh@cheeleylawgroup.com] | Robyn Carmichael [rcarmichael@cheeleylawgroup.com] | | Re: Wooten - 2024.08.23 Ford's Docs Production | 11/4/2024 9:38 | 11/4/2024 9:38 | 000000004AA2171AB20FCB48ADF1909F2DEC2132E44D2400.MSG | privileged - work product - trial prep vendor | | Please produce email or send signed PO from choicedocuments.com | | |
| RVW0326642 | CHE0007725 | CHE0007728 | NHW0002979 | NHW0002982 | 11/21/2024 9:40 | AIEG Members [aiegmembers@listserv.aieg.com] | Nick Wooten (aiegmembers listserver) [listsender-aiegmembers@listserv.aieg.com] | | | Re:[aiegmembers] Ford 30b6 Rep Natalie Dostie | 11/21/2024 9:40 | 11/21/2024 9:40 | 00000000C78C905EBC019B4AA6BCFD95A29064C5C4642100.MSG | work product - no documents disclosed | Work product; common-interest doctrine | Subject references known confidential testimony that was shared, so this email needs to be produced. | | |
| RVW0080166 | CHE0005318 | CHE0005320 | NHW0001869 | NHW0001871 | 2/12/2025 14:02 | Bob Cheeley [Bob@cheeleylawgroup.com] | Gabby Gravel [gabby@cheeleylawgroup.com] | Dre Tennille [Dre@cheeleylawgroup.com];Nick Wooten [Nick@cheeleylawgroup.com];Robyn Carmichael [rcarmichael@cheeleylawgroup.com];Bob Poston LTS [bposton@legaltechservice.com];Paula Senra [Paula@cheeleylawgroup.com];Kamden Ahlberg [Kamden@cheeleylawgroup.com] | | RE: Recon Report on Path of Vehicle | 2/12/2025 14:02 | 2/12/2025 14:02 | 00000000020AB8CE047F464F9B994E89BCF32F08440A2400.MSG | work product, no document disclosure | Work product / not responsive / Authorized by ¶6(c) of the Protective Order | Clearly relevant to the NHTSA redactions violation. Need assurance no unredacted documents/information was provided. | | |
| RVW0388446 | CHE0008829 | CHE0008831 | NHW0004075 | NHW0004077 | 3/4/2025 15:06 | Gc Leasing [gcleasingllc@gmail.com] | Wendy Wells [wendyawells@gmail.com] | Nick Wooten [Nick@cheeleylawgroup.com] | | Re: Hearn Transcript (with my highlights) | 3/4/2025 15:06 | 3/4/2025 15:07 | 0000000082599AB9108014449F25E195CB52381D841A2000.MSG | atty/client privilege | Attorney-client privilege | Wendy is not a Plaintiff entitled to confidential docs under the PO, and the Hern transcript had confidential information. | | |
| RVW0082198 | CHE0005324 | CHE0005326 | NHW0001875 | NHW0001877 | 3/12/2025 8:20 | Nick Wooten [Nick@cheeleylawgroup.com] | Bob Cheeley [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BC2CF9E842EF4C18B6F10909BB6B92C8-BOB] | **Paul Littrell Jr. [paul@stratejic.com];Sasha Ruiz [sasha@stratejic.com];Andi Littrell [andi@stratejic.com]** | | Re: Wooten v. Ford - Request for Assistance | 3/12/2025 8:20 | 3/12/2025 8:20 | 00000000020AB8CE047F464F9B994E89BCF32F0824722200.MSG | work-product | | Who is stratejic, what documetns were sent to them? Did they sign the PO? | | |
| RVW0078329 | CHE0005308 | CHE0005311 | NHW0001859 | NHW0001862 | 3/12/2025 8:47 | Bob Cheeley [Bob@cheeleylawgroup.com];Nick Wooten [Nick@cheeleylawgroup.com] | **Sasha Ruiz [sasha@stratejic.com]** | Paul Littrell, Jr. [paul@stratejic.com];Andi Littrell [andi@stratejic.com] | | Re: Wooten v. Ford - Request for Assistance | 3/12/2025 8:47 | 3/12/2025 8:48 | 00000000020AB8CE047F464F9B994E89BCF32F0884732200.MSG | non-responsive , work-product | | Need signed PO from Statejic or to produce email. | | |
| RVW0078346 | CHE0005312 | CHE0005317 | NHW0001863 | NHW0001868 | 3/12/2025 9:46 | Nick Wooten [Nick@cheeleylawgroup.com];Bob Cheeley [Bob@cheeleylawgroup.com] | Paul Littrell, Jr. [paul@stratejic.com] | Sasha Ruiz [sasha@stratejic.com];John Ivansthenko [john@stratejic.com] | | Re: Wooten v. Ford - Request for Assistance | 3/12/2025 9:46 | 3/12/2025 9:47 | 00000000020AB8CE047F464F9B994E89BCF32F08C4772200.MSG | non-responsive, work product | | Need signed PO from Statejic or to produce email. | | |
| RVW0076026 | CHE0005304 | CHE0005304 | | | 4/3/2025 14:28 | Bob Cheeley [Bob@cheeleylawgroup.com] | **Nelson Neal [gnelsonneal@gmail.com]** | | | Fwd: 6.2 | 4/3/2025 14:28 | 4/3/2025 14:28 | 00000000020AB8CE047F464F9B994E89BCF32F08E48D2000.MSG | non-responsive, work product | | Nelson Neal was was not pro hac'd in nor party to PO. Need to ensure no confidential information sent. | | |
| RVW0069162 | CHE0005290 | CHE0005290 | | | 4/18/2025 16:30 | **Dennis Cathey [dcathey@catheyandstrain.com]** | Bob Cheeley [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BC2CF9E842EF4C18B6F10909BB6B92C8-BOB] | | | Wooten v Ford Sanctions Motion | 4/18/2025 16:30 | 4/18/2025 16:30 | 0000000062A7FC382EB76149AD9D6F59D5FB785C44EC2100.MSG | non-responsive, work product | | Denis Cathey was not pro hac'd in nor party to PO. Need to ensure no confidential information sent. | | |
| RVW0008535 | CHE0001135 | CHE0001137 | NHW0000374 | NHW0000376 | 5/23/2025 16:13 | Wendy Wells [wendyawells@gmail.com];Gc Leasing [gcleasingllc@gmail.com] | Nick Wooten [Nick@cheeleylawgroup.com] | | | Wooten v. Ford - Our Reply to their Response to the Motion to Compel | 5/23/2025 16:13 | 5/23/2025 16:13 | 00000000069CCFD11A99D94C8C180EAFDEB6D60AA4EF2000.MSG | atty/client privileged email - docs attached to email to be produced | Attorney-client privilege | Wendy is not a Plaintiff entitled to confidential docs under the PO, and confidential documents (filed under seal) were sent to her as shown below. | | |
| RVW0378294 | CHE0008208 | CHE0008208 | NHW0003454 | NHW0003454 | 5/24/2025 9:25 | **ramsey@butlerprather.com** | Nick Wooten [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EA321DFE1A7C41FA889E03D180D07B39-FFB16A60-D5] | | | Ford Late Disclosure | 5/24/2025 9:25 | 5/24/2025 9:25 | 000000004964D66CA521374F8E5D8E041E4AA6F6A4A42000.MSG | work product, non-responsive | Work product; common-interest doctrine | Ramsey Prather was not pro hac'd in and not party to PO. Need to determine if relevant to confidential information or FMEA. | | |
| RVW0378295 | CHE0008209 | CHE0008209 | NHW0003455 | NHW0003455 | 5/24/2025 9:30 | **Tom.Willingham@beasleyallen.com** | Nick Wooten [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EA321DFE1A7C41FA889E03D180D07B39-FFB16A60-D5] | | | Help with Ford Hiding the Ball | 5/24/2025 9:30 | 5/24/2025 9:30 | 000000004964D66CA521374F8E5D8E041E4AA6F6C4A42000.MSG | work product, non-responsive | Work product; common-interest doctrine | Tom Willingham was not pro hac'd innd not party to PO. Need to determine if relevant to confidential information or FMEA. | | |
| RVW0309048 | CHE0007718 | CHE0007721 | NHW0002975 | NHW0002978 | 6/9/2025 9:37 | AIEG Members [aiegmembers@listserv.aieg.com] | Nick Wooten (aiegmembers listserver) [listsender-aiegmembers@listserv.aieg.com] | | | Re:[aiegmembers] Ford P.O. | 6/9/2025 9:37 | 6/9/2025 9:38 | 00000000D60D0C3F97A33D4FB315B6F45C14122A042E2400.MSG | work product - no documents disclosed | Work product; common-interest doctrine | Need to ensure no confidential information provided without signed PO, which this subject references. | | |
| RVW0374110 | CHE0008143 | CHE0008145 | NHW0003389 | NHW0003391 | 6/10/2025 14:59 | **Lee Brown [lbrown@leebrownlaw.com];john.schultz@compastech.com** | Nick Wooten [Nick@cheeleylawgroup.com] | Bob Cheeley [Bob@cheeleylawgroup.com] | | Re: Daubert--Work Product Communication | 6/9/2025 14:58 | 6/10/2025 13:05 | Re_ Daubert--Work Product Communication | work product, non-responsive | Work Product (attorney/retained-expert Daubert strategy) | Lee Brown was not pro hac'd in, but it is not clear if these emials disclose confidential materials from this case. Who is Lee Brown? | Sending Affidavit outlining Victor is a staff member of CLG simply with different email address | Need signed Written Assurance from PO or production or production of emails. Paragraph 8 requires of the PO requires staff to sign the Written Assurance . |
| RVW0057157 | CHE0004613 | CHE0004614 | NHW0001565 | NHW0001566 | 8/5/2025 10:57 | **Victor Pacheco [victor@nauticalsoftwaresolution.com]** | Bob Cheeley [Bob@cheeleylawgroup.com] | Nick Wooten [Nick@cheeleylawgroup.com];Dre Tennille [Dre@cheeleylawgroup.com];Gabby Gravel [gabby@cheeleylawgroup.com];Kamden Ahlberg [Kamden@cheeleylawgroup.com];McKenzie Nadel [McKenzie@cheeleylawgroup.com];Paula Senra [Paula@cheeleylawgroup.com] | | Wooten vs Ford | 8/5/2025 10:57 | 8/5/2025 10:57 | 000000006D6DB100029317429F877D95B40CA21764452300.MSG | privileged - internal CLG communication | Work product / not responsive / Authorized by ¶6(c) of the Protective Order | Please produce email or send signed PO from Victor Pacheco/Nautical software. | Confirmed this is the claw back email aready produced | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RVW0057168 | CHE0004615 | CHE0004615 | NHW0001567 | NHW0001567 | 8/5/2025 12:03 | **Brett Schreiber [bschreiber@singletonschreiber.com]** | Bob Cheeley [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BC2CF9E842EF4C18B6F10909BB6B92C8-BOB] | Dre Tennille [Dre@cheeleylawgroup.com];Nick Wooten [Nick@cheeleylawgroup.com] | | Tesla | 8/5/2025 12:03 | 8/5/2025 12:03 | 000000006D6DB100029317429F877D95B40CA217A44B2300.MSG | non-responsive, work product | Work product; common-interest doctrine | Brett Schreiber is no pro hac'd in or a party to the PO. Need assurance no confidential information was shared. | Confirmed | |
| RVW0021481 | CHE0002816 | CHE0002817 | NHW0000868 | NHW0000869 | 8/14/2025 19:11 | **Wendy Wells [wendyawells@gmail.com]** | Nick Wooten [Nick@cheeleylawgroup.com] | | | Ford Docs | 8/14/2025 19:11 | 6/9/2026 10:30 | 000000001F4EDC8DB04F7E4BA4DF8827109C44DB44772000.MSG | atty-client privilege - unsent email | Attorney-client privilege | Wendy is not a Plaintiff entitled to confidential docs under the PO. Please produce or confirm this is the same email already produced with the dropbox link. | Confirmed | |
| RVW0370365 | CHE0008101 | CHE0008103 | NHW0003347 | NHW0003349 | 8/14/2025 19:39 | **Wendy Wells [wendyawells@gmail.com]** | Nick Wooten [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EA321DFE1A7C41FA889E03D180D07B39-FFB16A60-D5] | | | Talking Points | 8/14/2025 19:39 | 8/14/2025 19:39 | 00000000083485954B686B41BD229C1AD09045E1A4482400.MSG | atty/client privilege, no document prdocued | Attorney-client privilege; opinion work product | Wendy Wells was not a party to the case or PO. We know docs were snet the same day. We need to determine if any additional confidential materials sent. | This email was already produced | |
| RVW0257166 | CHE0006707 | CHE0006712 | NHW0001995 | NHW0002000 | 8/19/2025 13:11 | Nick Wooten [Nick@cheeleylawgroup.com];Paula Senra [Paula@cheeleylawgroup.com] | **AB Production [production@ablitservices.com]** | Kamden Ahlberg [Kamden@cheeleylawgroup.com] | | RE: 07/16 - Wooten v. Ford Motor Company (Stephen J. Fenton)(Expert Exhibits) - AB Job 229833 | 8/19/2025 13:11 | 8/19/2025 13:12 | 000000002448C3F4585F7D4FAE5369D40E2E744044A02500.MSG | work product | | Please produce email or send signed PO from AB Production | See attached consulting agreement as non-testifying expert. | Emails were sent on 2/5/26; the retention letter was signed 2/6/26. Also, there is no PO affidavit, so we need to see what was sent. |
| RVW0376780 | CHE0008146 | CHE0008147 | NHW0003392 | NHW0003393 | 8/22/2025 14:51 | **Ken Sibley <ken.sibley@janikpc.com> [ken.sibley@janikpc.com];Ryan Felton [ryan.felton@wsj.com];Eric Matthaei <Eric.Matthaei@janikpc.com> [Eric.Matthaei@janikpc.com];EJ Janik [ej@janikpc.com]** | Nick Wooten [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EA321DFE1A7C41FA889E03D180D07B39-FFB16A60-D5] | | | DJC v. Wooten v. DJC and Christensen | 8/22/2025 14:51 | 8/22/2025 14:51 | 00000000E1B131525589EC44A56B595388A61E1244132000.MSG | non-responsive | | Ryan Felton is included on this email along with other from Janik Forensics PC. | See attached consulting agreement as non-testifying expert. | Emails were sent on 2/5/26; the retention letter was signed 2/6/26. Also, there is no PO affidavit, so we need to see what was sent. |
| RVW0368806 | CHE0007840 | CHE0007842 | NHW0003086 | NHW0003088 | 9/2/2025 16:19 | AIEG Members [aiegmembers@listserv.aieg.com] | Nick Wooten (aiegmembers listserver) [listsender-aiegmembers@listserv.aieg.com] | | | [aiegmembers] Question about Failed Redactions | 9/2/2025 16:19 | 9/2/2025 16:19 | 00000000083485954B686B41BD229C1AD09045E1443F2300.MSG | work product, non-responsive, no documents disclosed | Work product; common-interest doctrine | Clearly relevant to the NHTSA redactions. Need assurance no unredacted documents/information was provided. | See attached consulting agreement as non-testifying expert. | Emails were sent on 2/5/26; the retention letter was signed 2/6/26. Also, there is no PO affidavit, so we need to see what was sent. |
| RVW0370238 | CHE0007951 | CHE0007953 | NHW0003197 | NHW0003199 | 9/2/2025 16:19 | AIEG Members [aiegmembers@listserv.aieg.com] | Nick Wooten [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EA321DFE1A7C41FA889E03D180D07B39-FFB16A60-D5] | | | Question about Failed Redactions | 9/2/2025 16:19 | 9/2/2025 16:19 | 00000000083485954B686B41BD229C1AD09045E1243F2300.MSG | work product, non-responsive | Work product; common-interest doctrine | Clearly relevant to the NHTSA redactions. Need assurance no unredacted documents/information was provided. | See attached consulting agreement as non-testifying expert. | Emails were sent on 2/5/26; the retention letter was signed 2/6/26. Also, there is no PO affidavit, so we need to see what was sent. |
| RVW0050628 | CHE0003913 | CHE0003916 | | | 9/2/2025 16:32 | AIEG Members [aiegmembers@listserv.aieg.com] | **Larry Coben (aiegmembers listserver) [listsender-aiegmembers@listserv.aieg.com]** | | | Re:[aiegmembers] Question about Failed Redactions | 9/2/2025 16:32 | 9/2/2025 16:34 | 00000000FD4293A2E3648F47B4E8C449F97D87DB84522300.MSG | work product and non-responsive - no documents disclosed | | Clearly relevant to the NHTSA redactions violation. Need assurance no unredacted documents/information was provided. | | |
| RVW0050634 | CHE0003923 | CHE0003926 | | | 9/2/2025 16:49 | AIEG Members [aiegmembers@listserv.aieg.com] | Edwin Lamberth (aiegmembers listserver) [listsender-aiegmembers@listserv.aieg.com] | | | Re:[aiegmembers] Question about Failed Redactions | 9/2/2025 16:49 | 9/2/2025 16:50 | 00000000FD4293A2E3648F47B4E8C449F97D87DB84542300.MSG | work product and non-responsive - no documents disclosed | | Clearly relevant to the NHTSA redactions violation. Need assurance no unredacted documents/information was provided. | | |
| RVW0050637 | CHE0003927 | CHE0003931 | | | 9/2/2025 16:52 | AIEG Members [aiegmembers@listserv.aieg.com] | Joe McGreevy (aiegmembers listserver) [listsender-aiegmembers@listserv.aieg.com] | | | Re:[aiegmembers] Question about Failed Redactions | 9/2/2025 16:52 | 9/2/2025 16:53 | 00000000FD4293A2E3648F47B4E8C449F97D87DBE4542300.MSG | work product and non-responsive - no documents disclosed | | Clearly relevant to the NHTSA redactions violation. Need assurance no unredacted documents/information was provided. | | |
| RVW0370240 | CHE0007954 | CHE0007958 | NHW0003200 | NHW0003204 | 9/2/2025 17:05 | AIEG Members [aiegmembers@listserv.aieg.com] | Nick Wooten [Nick@cheeleylawgroup.com] | | | Re: Question about Failed Redactions | 9/2/2025 17:05 | 9/2/2025 17:06 | 00000000083485954B686B41BD229C1AD09045E164412300.MSG | work product, non-responsive | Work product; common-interest doctrine | Clearly relevant to the NHTSA redactions. Need assurance no unredacted documents/information was provided. | | |
| RVW0370241 | CHE0007959 | CHE0007964 | NHW0003205 | NHW0003210 | 9/2/2025 17:18 | AIEG Members [aiegmembers@listserv.aieg.com] | Nick Wooten [Nick@cheeleylawgroup.com] | | | Re: [aiegmembers] Question about Failed Redactions | 9/2/2025 17:18 | 9/2/2025 17:18 | 00000000083485954B686B41BD229C1AD09045E1E4412300.MSG | work product, non-responsive | Work product; common-interest doctrine | Clearly relevant to the NHTSA redactions. Need assurance no unredacted documents/information was provided. | | |
| RVW0370245 | CHE0007965 | CHE0007969 | NHW0003211 | NHW0003215 | 9/2/2025 17:32 | **Joe McGreevy [joe@mcgreevylawllc.com]** | Nick Wooten [Nick@cheeleylawgroup.com] | | | Re: Question about Failed Redactions | 9/2/2025 17:32 | 9/2/2025 17:32 | 00000000083485954B686B41BD229C1AD09045E1E4422300.MSG | work product, non-responsive | Work product; common-interest doctrine | Clearly relevant to the NHTSA redactions. Need assurance no unredacted documents/information was provided. | | |
| RVW0368840 | CHE0007856 | CHE0007860 | NHW0003102 | NHW0003106 | 9/2/2025 17:52 | AIEG Members [aiegmembers@listserv.aieg.com] | Alan Shapey (aiegmembers listserver) [listsender-aiegmembers@listserv.aieg.com] | | | Re: [aiegmembers] Question about Failed Redactions | 9/2/2025 17:52 | 9/2/2025 17:53 | 00000000083485954B686B41BD229C1AD09045E104432300.MSG | work product, non-responsive, no documents disclosed | Work product; common-interest doctrine | Clearly relevant to the NHTSA redactions. Need assurance no unredacted documents/information was provided. | | |
| RVW0368846 | CHE0007872 | CHE0007878 | NHW0003118 | NHW0003124 | 9/2/2025 18:04 | AIEG Members [aiegmembers@listserv.aieg.com] | Nick Wooten (aiegmembers listserver) [listsender-aiegmembers@listserv.aieg.com] | | | Re: [aiegmembers] Question about Failed Redactions | 9/2/2025 18:04 | 9/2/2025 18:05 | 00000000083485954B686B41BD229C1AD09045E164432300.MSG | work product, non-responsive, no documents disclosed | Work product; common-interest doctrine | Clearly relevant to the NHTSA redactions. Need assurance no unredacted documents/information was provided. | | |
| RVW0370246 | CHE0007970 | CHE0007976 | NHW0003216 | NHW0003222 | 9/2/2025 18:04 | AIEG Members [aiegmembers@listserv.aieg.com] | Nick Wooten [Nick@cheeleylawgroup.com] | | | Re: [aiegmembers] Question about Failed Redactions | 9/2/2025 18:04 | 9/2/2025 18:04 | 00000000083485954B686B41BD229C1AD09045E144432300.MSG | work product, non-responsive | Work product; common-interest doctrine | Clearly relevant to the NHTSA redactions. Need assurance no unredacted documents/information was provided. | See Affidavit | Paragraph 8 requires of the PO requires staff to sign the Written Assurance as well. Please provide or confirm he did not sign. No @cheeleylaw domain for these individuals. |
| RVW0050660 | CHE0003946 | CHE0003953 | | | 9/2/2025 18:10 | AIEG Members [aiegmembers@listserv.aieg.com] | **David Ransin (aiegmembers listserver) [listsender-aiegmembers@listserv.aieg.com]** | | | Re: [aiegmembers] Question about Failed Redactions | 9/2/2025 18:10 | 9/2/2025 18:11 | 00000000FD4293A2E3648F47B4E8C449F97D87DB04572300.MSG | work product and non-responsive - no documents disclosed | | Clearly relevant to the NHTSA redactions violation. Need assurance no unredacted documents/information was provided. | | |
| RVW0050663 | CHE0003954 | CHE0003961 | NHW0000924 | NHW0000931 | 9/2/2025 18:12 | **AIEG Members [aiegmembers@listserv.aieg.com]** | Nick Wooten (aiegmembers listserver) [listsender-aiegmembers@listserv.aieg.com] | | | Re: [aiegmembers] Question about Failed Redactions | 9/2/2025 18:12 | 9/2/2025 18:12 | 00000000FD4293A2E3648F47B4E8C449F97D87DB44572300.MSG | work product and non-responsive - no documents disclosed | Work product; common-interest doctrine | Clearly relevant to the NHTSA redactions violation. Need assurance no unredacted documents/information was provided. | | |
| RVW0301840 | CHE0007699 | CHE0007706 | NHW0002967 | NHW0002974 | 9/2/2025 18:12 | AIEG Members [aiegmembers@listserv.aieg.com] | Nick Wooten (aiegmembers listserver) [listsender-aiegmembers@listserv.aieg.com] | | | Re: [aiegmembers] Question about Failed Redactions | 9/2/2025 18:12 | 9/2/2025 18:13 | 00000000FC75B932A523854FAD32273C085A2E0424042500.MSG | work product - no documents disclosed | Work product; common-interest doctrine | Clearly relevant to the NHTSA redactions violation. Need assurance no unredacted documents/information was provided. | | |
| RVW0368852 | CHE0007888 | CHE0007895 | NHW0003134 | NHW0003141 | 9/2/2025 18:12 | AIEG Members [aiegmembers@listserv.aieg.com] | Nick Wooten (aiegmembers listserver) [listsender-aiegmembers@listserv.aieg.com] | | | Re: [aiegmembers] Question about Failed Redactions | 9/2/2025 18:12 | 9/2/2025 18:12 | 00000000083485954B686B41BD229C1AD09045E1C4432300.MSG | work product, non-responsive, no documents disclosed | Work product; common-interest doctrine | Clearly relevant to the NHTSA redactions. Need assurance no unredacted documents/information was provided. | | |
| RVW0370247 | CHE0007977 | CHE0007984 | NHW0003223 | NHW0003230 | 9/2/2025 18:12 | AIEG Members [aiegmembers@listserv.aieg.com] | Nick Wooten [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EA321DFE1A7C41FA889E03D180D07B39-FFB16A60-D5] | | | RE: [aiegmembers] Question about Failed Redactions | 9/2/2025 18:12 | 9/2/2025 18:12 | 00000000083485954B686B41BD229C1AD09045E1A4432300.MSG | work product, non-responsive | Work product; common-interest doctrine | Clearly relevant to the NHTSA redactions. Need assurance no unredacted documents/information was provided. | | |
| RVW0370248 | CHE0007985 | CHE0007990 | NHW0003231 | NHW0003236 | 9/2/2025 18:38 | **Edwin Lamberth [rel@gilmorelawfirm.com]** | Nick Wooten [Nick@cheeleylawgroup.com] | | | Re: Question about Failed Redactions | 9/2/2025 18:38 | 9/2/2025 18:38 | 00000000083485954B686B41BD229C1AD09045E104442300.MSG | work product, non-responsive | Work product; common-interest doctrine | Clearly relevant to the NHTSA redactions. Need assurance no unredacted documents/information was provided. | | |
| RVW0370256 | CHE0007991 | CHE0007994 | NHW0003237 | NHW0003240 | 9/3/2025 11:33 | **Shane Bartlett [sbartlett@ckf.law]** | Nick Wooten [Nick@cheeleylawgroup.com] | | | Re: Question about Failed Redactions | 9/3/2025 11:33 | 9/3/2025 11:33 | 00000000083485954B686B41BD229C1AD09045E1A44A2300.MSG | work product, non-responsive | Work product; common-interest doctrine | Clearly relevant to the NHTSA redactions. Need assurance no unredacted documents/information was provided. | | |
| RVW0365507 | CHE0007830 | CHE0007831 | NHW0003076 | NHW0003077 | 9/3/2025 11:49 | Nick Wooten [Nick@cheeleylawgroup.com] | **Shane Bartlett [sbartlett@ckf.law]** | | | Re: Question about Failed Redactions | 9/3/2025 11:49 | 9/3/2025 11:49 | 00000000083485954B686B41BD229C1AD09045E1044C2300.MSG | non-responsive, no documents disclosed, work product | Work product; common-interest doctrine | Shane Bartlett was not pro hac'd in and this clearly is relevant to the NHTSA redactions. | | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RVW0370262 | CHE0007995 | CHE0008000 | NHW0003241 | NHW0003246 | 9/3/2025 12:15 | **Shane Bartlett [sbartlett@ckf.law]** | Nick Wooten [Nick@cheeleylawgroup.com] | | | Re: Question about Failed Redactions | 9/3/2025 12:15 | 9/3/2025 12:15 | 00000000083485954B686B41BD229C1AD09045E1044D2300.MSG | work product, non-responsive | Work product; common-interest doctrine | Clearly relevant to the NHTSA redactions. Need assurance no unredacted documents/information was provided. | No documents shared. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |
| RVW0362024 | CHE0007811 | CHE0007813 | NHW0003057 | NHW0003059 | 12/12/2025 6:52 | **joseph.teitelman@dot.gov** | Nick Wooten [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EA321DFE1A7C41FA889E03D180D07B39-FFB16A60-D5] | | | Request for Meeting re: EA-25001 | 12/12/2025 6:52 | 12/12/2025 6:52 | 0000000051630D74A2B7974B8FB235FDF00A16B62485240O.MSG | non-responsive, no documents disclosed | Work Product; 49 U.S.C. § 30172 | Prior Tietleman email produced as possible court order violation, so need to see this one as well. | | |
| RVW0030458 | CHE0003276 | CHE0003294 | | | 2/5/2026 21:42 | **Ben Hendrick [ben@freedomlovingpatriots.org]** | Bob Cheeley [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BC2CF9E842EF4C18B6F10909B6B92C8-BOB] | | | Fwd: AI Model - This is proven based on model testing. | 2/5/2026 21:42 | 2/5/2026 21:42 | 0000000038F27DFAD3E3E144A998E758F29D9850040C2400.MSG | privileged - consulting expert communication | | Ben Hendrick is not a party to the PO, and there is little basis to show if/how he was an "expert" in this matter. | | |
| RVW0030459 | CHE0003295 | CHE0003313 | | | 2/5/2026 21:43 | **Ben Hendrick [ben@freedomlovingpatriots.org]** | Bob Cheeley [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BC2CF9E842EF4C18B6F10909B6B92C8-BOB] | | | Fwd: AI Model - This is proven based on model testing. | 2/5/2026 21:43 | 2/5/2026 21:43 | 0000000038F27DFAD3E3E144A998E758F29D9850E40E2400.MSG | privileged - consulting expert communication | | Ben Hendrick is not a party to the PO, and there is little basis to show if/how he was an "expert" in this matter. | No documents shared. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |
| RVW0030460 | CHE0003314 | CHE0003332 | | | 2/5/2026 21:43 | **Ben Hendrick [ben@freedomlovingpatriots.org]** | Bob Cheeley [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BC2CF9E842EF4C18B6F10909B6B92C8-BOB] | | | Fwd: AI Model - This is proven based on model testing. | 2/5/2026 21:43 | 2/5/2026 21:43 | 0000000038F27DFAD3E3E144A998E758F29D985064102400.MSG | privileged - consulting expert communication | | Ben Hendrick is not a party to the PO, and there is little basis to show if/how he was an "expert" in this matter. | No documents shared. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |
| RVW0030461 | CHE0003333 | CHE0003336 | | | 2/5/2026 21:46 | **Ben Hendrick [ben@freedomlovingpatriots.org]** | Bob Cheeley [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BC2CF9E842EF4C18B6F10909B6B92C8-BOB] | | | Fwd: Kam AI | 2/5/2026 21:46 | 2/5/2026 21:46 | 0000000038F27DFAD3E3E144A998E758F29D9850E4162400.MSG | privileged - consulting expert communication | | Attachments show confidential information likely shared. Ben Hendrick is not a party to the PO, and there is little basis to show if/how he was an "expert" in this matter. | | |
| RVW0182283 | CHE0006108 | CHE0006111 | | | 2/6/2026 11:07 | **Mariano (NSS) [mpacheco@nauticalsoftwaresolution.com];Victor Pacheco [victor@nauticalsoftwaresolution.com]** | Gabby Gravel [gabby@cheeleylawgroup.com] | | | Fw: Kam AI | 2/6/2026 11:07 | 2/6/2026 11:07 | 000000006FB596C2FF246344ABE8045DEA7185B344982100.MSG | privileged, internal CLG emails | | Please produce email or send signed PO from Victor Pacheco/Nautical software. | | |
| RVW0030803 | CHE0003832 | CHE0003835 | | | 2/13/2026 16:13 | **Mariano (NSS) [mpacheco@nauticalsoftwaresolution.com]** | Bob Cheeley [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BC2CF9E842EF4C18B6F10909B6B92C8-BOB] | | | Fwd: SPP Documents | 2/13/2026 16:13 | 2/13/2026 16:13 | 000000003497593E6923B74289B52521ED7457034416200O.MSG | privileged - CLG internal email | | Please produce email and send signed PO from Victor Pacheco/Nautical software. Some exhibits are subject to non-sharing PO. | | |
| RVW0353733 | CHE0007737 | CHE0007737 | NHW0002983 | NHW0002983 | 2/20/2026 10:22 | Nick Wooten [Nick@cheeleylawgroup.com] | **Joseph, Joshua (NHTSA) [joshua.joseph@dot.gov]** | | | Whistleblower Matter | 2/20/2026 10:22 | 2/20/2026 10:22 | 0000000051630D74A2B7974B8FB235FDF00A16B6244F2000.MSG | non-responsive, work product | Work product; 49 U.S.C. § 30172 (whistleblower confidentiality) | Subject makes it likely this involves sending confidential materials and/or the unredacted NHTSA documents. | | |
| RVW0013851 | CHE0001928 | CHE0001928 | | | 2/25/2026 15:35 | **wendyawells@gmail.com** | Andrew Craft [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=97099EF1C0B0459DA61557A4546C9F97-915FE0E7-CB] | Bob Cheeley [Bob@cheeleylawgroup.com];Julianne Swilley [Julianne@cheeleylawgroup.com] | | Ford docs | 2/25/2026 15:31 | 2/25/2026 15:31 | Ford docs | atty-client privilege | | Wendy is not a Plaintiff entitled to confidential docs under the PO. Please produce or confirm this is the same claw back email to Wendy previously produced to Ford. | | |
| RVW0015920 | CHE0002814 | CHE0002814 | | | 2/25/2026 15:32 | | | | | FW: Ford Connected Vehicle Data Documents | 2/25/2026 15:32 | 4/20/2026 16:28 | 00000000069CCFD11A99D94C8C180EAFDEB6D60AA4652100.MSG | non-responsive - unsent email | | Please confirm we have permission to ask ArcherHall to confirm these emails were "unsent." | No documents shared. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |
| RVW0015922 | CHE0002815 | CHE0002815 | | | 2/25/2026 15:33 | | | | | FW: Ford Documents | 2/25/2026 15:33 | 2/25/2026 15:33 | 00000000069CCFD11A99D94C8C180EAFDEB6D60AE4652100.MSG | non-responsive - unsent email | | Please confirm we have permission to ask ArcherHall to confirm these emails were "unsent." | No documents shared. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |
| RVW0404424 | CHE0009348 | CHE0009348 | | | 3/3/2026 15:44 | **Victor Pacheco [victor@nauticalsoftwaresolution.com];Mariano (NSS) [mpacheco@nauticalsoftwaresolution.com]** | Paula Senra [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7B3C3AE16BB44B7EABC18EA5F9372A59-2D2A3846-77] | Andrew Craft [Andrew@cheeleylawgroup.com];Julianne Swilley [Julianne@cheeleylawgroup.com] | | Urgent - Wooten - Links still active | 3/3/2026 15:44 | 3/3/2026 15:45 | 000000008340704E0F72ED4B84CBA7C2C738401D44152500.MSG | privileged, internal CLG emails | | Please produce signed PO from Victor Pacheco/Nautical software | | |
| RVW0009894 | CHE0001920 | CHE0001924 | | | 3/4/2026 15:10 | Paula Senra [Paula@cheeleylawgroup.com];Victor Pacheco [victor@nauticalsoftwaresolution.com] | **Mariano Pacheco [mpacheco@nauticalsoftwaresolution.com]** | Andrew Craft [Andrew@cheeleylawgroup.com];Julianne Swilley [Julianne@cheeleylawgroup.com] | | RE: Documents | 3/4/2026 15:10 | 3/4/2026 15:11 | 00000000069CCFD11A99D94C8C180EAFDEB6D60A04AF2100.MSG | privileged - CLG internal email | | Please produce email or send signed PO from Victor Pacheco/Nautical software. | | |
| RVW0404450 | CHE0009349 | CHE0009349 | | | 3/5/2026 10:05 | **Mariano (NSS) [mpacheco@nauticalsoftwaresolution.com]** | Paula Senra [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7B3C3AE16BB44B7EABC18EA5F9372A59-2D2A3846-77] | | | Test | 3/5/2026 10:05 | 3/5/2026 10:06 | 000000008340704E0F72ED4B84CBA7C2C738401D442A2500.MSG | privileged, internal CLG emails | | Please produce signed PO from Victor Pacheco/Nautical software | See affidavit | |
| RVW0404503 | CHE0009350 | CHE0009350 | | | 3/6/2026 13:44 | **Victor Pacheco [victor@nauticalsoftwaresolution.com]** | Paula Senra [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7B3C3AE16BB44B7EABC18EA5F9372A59-2D2A3846-77] | | | Emails to be sent to Nick | 3/6/2026 13:44 | 3/6/2026 13:45 | 000000008340704E0F72ED4B84CBA7C2C738401D04502500.MSG | privileged, internal CLG emails | | Please produce signed PO from Victor Pacheco/Nautical software | No documents shared. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |
| RVW0286227 | CHE0007681 | CHE0007682 | | | 3/18/2026 18:36 | AIEG Members [aiegmembers@listserv.aieg.com] | Robert Cheeley (aiegmembers listserver) [listsender-aiegmembers@listserv.aieg.com] | Bob Cheeley [Bob@cheeleylawgroup.com] | | [aiegmembers] Re: [aiegmembers] Ford Disclosures re'd today | 3/18/2026 18:36 | 3/18/2026 18:36 | 00000000198A77721B392E46BBF63F3C855BFD3D24412300.MSG | work product - no documents disclosed | | Email shows "View Attachments." Need to confirm no confidential infrmation or documents shared. | | |
| RVW0008536 | CHE0001138 | CHE0001145 | NHW0000377 | NHW0000384 | 5/23/2025 16:13 | | | | | | | | 131.pdf | | Attorney-client privilege | DE 131 was filed under seal | | |
| RVW0008537 | CHE0001146 | CHE0001162 | NHW0000385 | NHW0000401 | 5/23/2025 16:13 | | | | | | | | 131-1.pdf | | Attorney-client privilege | DE 131 was filed under seal | No privileged documents shared (only Plaintiff's Motion for Sanctions filed on 8.14.25). Will need in camera review if this does not | Confidential information/materials can be shared without attachments |
| RVW0008538 | CHE0001163 | CHE0001302 | NHW0000402 | NHW0000541 | 5/23/2025 16:13 | | | | | | | | 131-2.pdf | | Attorney-client privilege | DE 131 was filed under seal | No privileged documents shared. Will need in camera review if this does not suffice | Confidential information/materials can be shared without attachments |
| RVW0008539 | CHE0001303 | CHE0001305 | NHW0000542 | NHW0000544 | 5/23/2025 16:13 | | | | | | | | 131-3.pdf | | Attorney-client privilege | DE 131 was filed under seal | | |
| RVW0008540 | CHE0001306 | CHE0001331 | NHW0000545 | NHW0000570 | 5/23/2025 16:13 | | | | | | | | 131-4.pdf | | Attorney-client privilege | DE 131 was filed under seal | No documents disclosed. Will need in camera review if this does not suffice | Confidential information/materials can be shared without attachments |
| RVW0008541 | CHE0001332 | CHE0001336 | NHW0000571 | NHW0000575 | 5/23/2025 16:13 | | | | | | | | 131-5.pdf | | Attorney-client privilege | DE 131 was filed under seal | No documents disclosed. Will need in camera review if this does not suffice | Confidential information/materials can be shared without attachments |
| RVW0008542 | CHE0001337 | CHE0001340 | NHW0000576 | NHW0000579 | 5/23/2025 16:13 | | | | | | | | 131-6.pdf | | Attorney-client privilege | DE 131 was filed under seal | See attached affidavit. Work product. Plaintiff is willing to produce the document but not the email. The document is not privileged | |
| RVW0008543 | CHE0001341 | CHE0001350 | NHW0000580 | NHW0000589 | 5/23/2025 16:13 | | | | | | | | 131-7.pdf | | Attorney-client privilege | DE 131 was filed under seal | | |
| RVW0008544 | CHE0001351 | CHE0001356 | NHW0000590 | NHW0000595 | 5/23/2025 16:13 | | | | | | | | 131-8.pdf | | Attorney-client privilege | DE 131 was filed under seal | No documents disclosed. The "documents" are signature blocks, hence it saying "outlook". Will need in camera review if this does | Confidential information/materials can be shared without attachments |
| RVW0008545 | CHE0001357 | CHE0001362 | NHW0000596 | NHW0000601 | 5/23/2025 16:13 | | | | | | | | 131-9.pdf | | Attorney-client privilege | DE 131 was filed under seal | | |
| RVW0008546 | CHE0001363 | CHE0001419 | NHW0000602 | NHW0000658 | 5/23/2025 16:13 | | | | | | | | 131-10.pdf | | Attorney-client privilege | DE 131 was filed under seal | | |
| RVW0008547 | CHE0001420 | CHE0001436 | NHW0000659 | NHW0000675 | 5/23/2025 16:13 | | | | | | | | 131-11.pdf | | Attorney-client privilege | DE 131 was filed under seal | | |
| RVW0008548 | CHE0001437 | CHE0001438 | NHW0000676 | NHW0000677 | 5/23/2025 16:13 | | | | | | | | 131-12.pdf | | Attorney-client privilege | DE 131 was filed under seal | | |
| RVW0008549 | CHE0001439 | CHE0001441 | NHW0000678 | NHW0000680 | 5/23/2025 16:13 | | | | | | | | 131-13.pdf | | Attorney-client privilege | DE 131 was filed under seal | | |
| RVW0008550 | CHE0001442 | CHE0001456 | NHW0000681 | NHW0000695 | 5/23/2025 16:13 | | | | | | | | 131-14.pdf | | Attorney-client privilege | DE 131 was filed under seal | | |
| RVW0008551 | CHE0001457 | CHE0001463 | NHW0000696 | NHW0000702 | 5/23/2025 16:13 | | | | | | | | 131-15.pdf | | Attorney-client privilege | DE 131 was filed under seal | Atty/Client communication. Plaintiff is willing to send the document within email but not the email. Will need in camera review if | Bill Butler is not a client, and no attny/client privilege when shared with 3rd party |
| RVW0008552 | CHE0001464 | CHE0001480 | NHW0000703 | NHW0000719 | 5/23/2025 16:13 | | | | | | | | 131-1.pdf | | Attorney-client privilege | DE 131 was filed under seal | | |
| RVW0030462 | CHE0003337 | CHE0003337 | | | 2/5/2026 21:46 | | | | | | | | Outlook-y5yz4kab.png | | | | No privileged documents disclosed as well as Atty/Client communication. Will need in camera review if this does not suffice. | Bill Butler is not a client, and no attny/client privilege when shared with 3rd party |
| RVW0030463 | CHE0003338 | CHE0003338 | | | 2/5/2026 21:46 | | | | | | | | Image.jpeg | | | | | |
| RVW0030464 | CHE0003339 | CHE0003421 | | | 2/5/2026 21:46 | | | | | | | | Wooten_AI_Jury_MASTER_STRONGEST_350M_driverFault20_2026-01-24_v3_with_JEA.docx | | | | | |
| RVW0030465 | CHE0003422 | CHE0003500 | | | 2/5/2026 21:46 | | | | | | | | Wooten_v_Ford_AI_Jury_MASTER_FINAL_OVERALL_2026-01-24.docx | | | | No documents disclosed. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |
| RVW0030466 | CHE0003501 | CHE0003505 | | | 2/5/2026 21:46 | | | | | | | | Wooten_Bulletproof_Plaintiff_Strategy_VERDICT_ALPHA_v1.docx | | | | No documents disclosed. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |
| RVW0030467 | CHE0003506 | CHE0003822 | | | 2/5/2026 21:46 | | | | | | | | Untitled document.docx | | | | No documents disclosed. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |
| RVW0030468 | CHE0003823 | CHE0003825 | | | 2/5/2026 21:46 | | | | | | | | Exhibit_LCA_DVPR_LaneSplit_ManageableDegradation_P702.docx | | | | | |
| RVW0030469 | CHE0003826 | CHE0003831 | | | 2/5/2026 21:46 | | | | | | | | AI_Jury_6_Model_Blueprints_ReviewDraft (1).docx | | | | | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RVW0030804 | CHE0003836 | CHE0003836 | | | 2/13/2026 16:13 | | | | | | | | image002.png | | | | | |
| RVW0030805 | CHE0003837 | CHE0003837 | | | 2/13/2026 16:13 | | | | | | | | image003.png | | | | | |
| RVW0030806 | CHE0003838 | CHE0003838 | | | 2/13/2026 16:13 | | | | | | | | Barry Travel.xlsx | | | | | |
| RVW0030807 | CHE0003839 | CHE0003847 | | | 2/13/2026 16:13 | | | | | | | | Barry Wooten Last Four Days of Travel.pdf | | | | | |
| RVW0030808 | CHE0003848 | CHE0003848 | | | 2/13/2026 16:13 | | | | | | | | 1FTFW1ED3MFB75128 OTA History 20250709 - SUBJECT TO P.O. 1.xlsx | | | | | |
| RVW0030809 | CHE0003849 | CHE0003849 | | | 2/13/2026 16:13 | | | | | | | | FordPass MessageCenter-1FTFW1ED3MFB75128 - SUBJECT TO P.O .xlsx | | | | | |
| RVW0030810 | CHE0003850 | CHE0003850 | | | 2/13/2026 16:13 | | | | | | | | Wooten; Connected Vehicle Data 1FTFW1ED3MFB75128 (32242285.1) - SUBJECT TO P.O .csv | | | | | |
| RVW0030811 | CHE0003851 | CHE0003851 | | | 2/13/2026 16:13 | | | | | | | | Wooten; Connected Vehicle Data Decoder (32241611.1) - SUBJECT TO NON-SHARING P.O.xlsx | | | | | |
| RVW0050629 | CHE0003917 | CHE0003918 | | | 9/2/2025 16:32 | | | | | | | | ATT00001.txt | | | | | |
| RVW0050630 | CHE0003919 | CHE0003922 | | | 9/2/2025 16:32 | | | | | | | | ATT00002.htm | | | | | |
| RVW0050638 | CHE0003932 | CHE0003935 | | | 9/2/2025 16:52 | | | | | | | | ATT00001.txt | | | | | |
| RVW0050639 | CHE0003936 | CHE0003939 | | | 9/2/2025 16:52 | | | | | | | | ATT00002.htm | | | | | |
| RVW0050640 | CHE0003940 | CHE0003940 | | | 9/2/2025 16:52 | | | | | | | | ClickToViewAttachments-50989356.html | | | | See affidavit | |
| RVW0050642 | CHE0003941 | CHE0003943 | | | 9/2/2025 17:05 | | | | | | | | ATT00001.txt | | | | | |
| RVW0050643 | CHE0003944 | CHE0003945 | | | 9/2/2025 17:05 | | | | | | | | ATT00002.htm | | | | | |
| RVW0050664 | CHE0003962 | CHE0003968 | | | 9/2/2025 18:12 | | | | | | | | ATT00001.txt | | | | | |
| RVW0050665 | CHE0003969 | CHE0003972 | | | 9/2/2025 18:12 | | | | | | | | ATT00002.htm | | | | | |
| RVW0060543 | CHE0004631 | CHE0004631 | NHW0001583 | NHW0001583 | 7/21/2025 12:24 | | | | | | | | Ford_Expert_EX_123.15.1 Raj Nair .pdf | | | | | |
| RVW0060544 | CHE0004632 | CHE0004683 | NHW0001584 | NHW0001635 | 7/21/2025 12:24 | | | | | | | | Ford_Expert_EX_123-Transcript from Ford Investor Day 2016 - Annotated Fai Nair .pdf | | | | | |
| RVW0076027 | CHE0005305 | CHE0005307 | | | 4/3/2025 14:28 | | | | | | | | MC-10249946-0001.pdf | | | | | |
| RVW0080167 | CHE0005321 | CHE0005323 | NHW0001872 | NHW0001874 | 2/12/2025 14:02 | | | | | | | | 2025.1.17.Wooten.NHTSA Report on Bluecruise.stationary objects.pdf | | Work product (compilation/transmittal) | Same as above. | | |
| RVW0082199 | CHE0005327 | CHE0005327 | | | 3/12/2025 8:20 | | | | | | | | Outlook-l2hvcug0.jpg | | | | | |
| RVW0082200 | CHE0005328 | CHE0005328 | | | 3/12/2025 8:20 | | | | | | | | Outlook-h4rrhn1n.png | | | | | |
| RVW0082201 | CHE0005329 | CHE0005329 | | | 3/12/2025 8:20 | | | | | | | | Outlook-f2vgo13h.png | | | | AB Production provided court reporting services for depositions. | |
| RVW0082202 | CHE0005330 | CHE0005330 | | | 3/12/2025 8:20 | | | | | | | | Outlook-fkv1ap1i.jpg | | | | | |
| RVW0082203 | CHE0005331 | CHE0005331 | | | 3/12/2025 8:20 | | | | | | | | Outlook-ibysxktz.png | | | | | |
| RVW0082204 | CHE0005332 | CHE0005332 | | | 3/12/2025 8:20 | | | | | | | | Outlook-isflwkiv.png | | | | see affidavit. Plaintiffs engaged Choice Documents as a document management vendor | Need signed Written Assurance from PO or production of the emails/attachments to choice. |
| RVW0093643 | CHE0005351 | CHE0005351 | | | 10/7/2024 17:51 | | | | | | | | Ford BlueCruise Testing.pdf | | | | No documents disclosed. Will need in camera review if this does not suffice. "View attachments" (2026.10.02 - Wooten - meet and confer excel - outstanding emails.xlsx at Responsive Email Data, cell R137) refers you to links to legal cases. | Confidential information/materials can be shared without attachments, and it is not clear no attachments were provided. |
| RVW0099484 | CHE0005354 | CHE0005354 | | | 10/7/2024 21:26 | | | | | | | | IMG_7205.PNG | | | | | |
| RVW0099485 | CHE0005355 | CHE0005355 | | | 10/7/2024 21:26 | | | | | | | | IMG_7206.PNG | | | | | |
| RVW0105151 | CHE0005391 | CHE0005391 | | | 9/17/2024 14:22 | | | | | | | | ATT00001.txt | | | | | |
| RVW0105152 | CHE0005392 | CHE0005392 | | | 9/17/2024 14:22 | | | | | | | | ATT00002.htm | | | | | |
| RVW0166186 | CHE0005614 | CHE0005622 | | | 2/10/2025 9:48 | | | | | | | | Wooten - Natalie Dostie Depo I dont know Reponses .pdf | | | | | |
| RVW0166187 | CHE0005623 | CHE0005847 | | | 2/10/2025 9:48 | | | | | | | | Wooten - 2024.05.30_Natalie Dostie FULL.pdf | | | | | |
| RVW0166188 | CHE0005848 | CHE0006026 | | | 2/10/2025 9:48 | | | | | | | | Wooten - 2024.09.25 Gunderson Transcript Bundle Files.pdf | | | | | |
| RVW0166189 | CHE0006027 | CHE0006031 | | | 2/10/2025 9:48 | | | | | | | | Gunderson 001.pdf | | | | No documents disclosed. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |
| RVW0166190 | CHE0006032 | CHE0006056 | | | 2/10/2025 9:48 | | | | | | | | Gunderson 003.pdf | | | | | |
| RVW0166191 | CHE0006057 | CHE0006058 | | | 2/10/2025 9:48 | | | | | | | | Gunderson 004.pdf | | | | | |
| RVW0166192 | CHE0006059 | CHE0006059 | | | 2/10/2025 9:48 | | | | | | | | Gunderson 005.pdf | | | | No documents dislcosed. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |
| RVW0166193 | CHE0006060 | CHE0006077 | | | 2/10/2025 9:48 | | | | | | | | Gunderson 006.pdf | | | | | |
| RVW0166194 | CHE0006078 | CHE0006080 | | | 2/10/2025 9:48 | | | | | | | | Gunderson 007.pdf | | | | | |
| RVW0166195 | CHE0006081 | CHE0006084 | | | 2/10/2025 9:48 | | | | | | | | Gunderson 008.pdf | | | | No documents dislcosed. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |
| RVW0166196 | CHE0006085 | CHE0006094 | | | 2/10/2025 9:48 | | | | | | | | Gunderson 009.pdf | | | | | |
| RVW0166197 | CHE0006095 | CHE0006107 | | | 2/10/2025 9:48 | | | | | | | | Gunderson 010.pdf | | | | | |
| RVW0182284 | CHE0006112 | CHE0006194 | | | 2/6/2026 11:07 | | | | | | | | Wooten_AI_Jury_MASTER_STRONGEST_350M_driverFault20_2026-01-24_v3_with_JEA.docx | | | | NO document produced. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |
| RVW0182285 | CHE0006195 | CHE0006273 | | | 2/6/2026 11:07 | | | | | | | | Wooten_v_Ford_AI_Jury_MASTER_FINAL_OVERALL_2026-01-24.docx | | | | NO document produced. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |
| RVW0182286 | CHE0006274 | CHE0006278 | | | 2/6/2026 11:07 | | | | | | | | Wooten_Bulletproof_Plaintiff_Strategy_VERDICT_ALPHA_v1.docx | | | | no privielged documents disclosed. Will need in camera review if this does not suffice. | Confidential/privileged information/materials can be shared without attachments, especially if those confidential documents were fed into AI then the AI information is shared--as appears here. |
| RVW0182287 | CHE0006279 | CHE0006595 | | | 2/6/2026 11:07 | | | | | | | | Untitled document.docx | | | | | |
| RVW0182288 | CHE0006596 | CHE0006598 | | | 2/6/2026 11:07 | | | | | | | | Exhibit_LCA_DVPR_LaneSplit_ManageableDegradation_P702.docx | | | | no documents disclosed. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |
| RVW0182289 | CHE0006599 | CHE0006604 | | | 2/6/2026 11:07 | | | | | | | | AI_Jury_6_Model_Blueprints_ReviewDraft (1).docx | | | | | |
| RVW0196340 | CHE0006625 | CHE0006626 | | | 2/13/2025 9:19 | | | | | | | | FORD-WOOTEN 001427 - only 4 and 5.pdf | | | | | |
| RVW0197337 | CHE0006634 | CHE0006649 | NHW0001930 | NHW0001945 | 12/3/2024 18:53 | | | | | | | | Wooten - 2024.05.23 Granted Sharing & Non-Shring Order(1).pdf | | | | | |
| RVW0196341 | CHE0006627 | CHE0006627 | | | 2/13/2025 9:19 | | | | | | | | FORD-WOOTEN 001674 - only page 4.pdf | | | | | |
| RVW0196339 | CHE0006623 | CHE0006624 | | | 2/13/2025 9:19 | | | | | | | | FORD-WOOTEN 004228 (1).pdf | | | | | |
| RVW0257167 | CHE0006713 | CHE0006713 | NHW0002001 | NHW0002001 | 8/19/2025 13:11 | | | | | | | | Legal Tech_Video original.jpg | | | | | |
| RVW0257168 | CHE0006714 | CHE0006714 | NHW0002002 | NHW0002002 | 8/19/2025 13:11 | | | | | | | | AB_Original.jpg | | | | no documents disclosed. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |
| RVW0301795 | CHE0007683 | CHE0007683 | | | 9/2/2025 16:19 | | | | | | | | ATT00001.txt | | | | | |
| RVW0301796 | CHE0007684 | CHE0007684 | | | 9/2/2025 16:19 | | | | | | | | ATT00002.htm | | | | | |
| RVW0301819 | CHE0007685 | CHE0007688 | | | 9/2/2025 16:52 | | | | | | | | ATT00001.txt | | | | | |
| RVW0301820 | CHE0007689 | CHE0007692 | | | 9/2/2025 16:52 | | | | | | | | ATT00002.htm | | | | | |
| RVW0301821 | CHE0007693 | CHE0007693 | | | 9/2/2025 16:52 | | | | | | | | ClickToViewAttachments-50989356.html | | | | | |
| RVW0301823 | CHE0007694 | CHE0007696 | | | 9/2/2025 17:05 | | | | | | | | ATT00001.txt | | | | no documents disclosed. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |
| RVW0301824 | CHE0007697 | CHE0007698 | | | 9/2/2025 17:05 | | | | | | | | ATT00002.htm | | | | | |
| RVW0301841 | CHE0007707 | CHE0007713 | | | 9/2/2025 18:12 | | | | | | | | ATT00001.txt | | | | | |
| RVW0301842 | CHE0007714 | CHE0007717 | | | 9/2/2025 18:12 | | | | | | | | ATT00002.htm | | | | no documents disclosed. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |
| RVW0309049 | CHE0007722 | CHE0007723 | | | 6/9/2025 9:37 | | | | | | | | ATT00001.txt | | | | | |
| RVW0309050 | CHE0007724 | CHE0007724 | | | 6/9/2025 9:37 | | | | | | | | ATT00002.htm | | | | | |
| RVW0326643 | CHE0007729 | CHE0007730 | | | 11/21/2024 9:40 | | | | | | | | ATT00001.txt | | | | no documents disclosed. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |
| RVW0326644 | CHE0007731 | CHE0007731 | | | 11/21/2024 9:40 | | | | | | | | ATT00002.htm | | | | no documents disclosed. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |
| RVW0365508 | CHE0007832 | CHE0007835 | NHW0003078 | NHW0003081 | 9/3/2025 11:49 | | | | | | | | AI Assistant Response-7.Docx | | Work product (compilation/transmittal) | | no documents disclosed. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |
| RVW0368807 | CHE0007843 | CHE0007843 | NHW0003089 | NHW0003089 | 9/2/2025 16:19 | | | | | | | | ATT00001.txt | | Work product (compilation/transmittal) | | no documents disclosed. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |
| RVW0368808 | CHE0007844 | CHE0007844 | NHW0003090 | NHW0003090 | 9/2/2025 16:19 | | | | | | | | ATT00002.htm | | Work product (compilation/transmittal) | | no documents disclosed. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |
| RVW0368835 | CHE0007845 | CHE0007847 | NHW0003091 | NHW0003093 | 9/2/2025 17:05 | | | | | | | | ATT00001.txt | | Work product (compilation/transmittal) | | no documents disclosed. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |
| RVW0368836 | CHE0007848 | CHE0007849 | NHW0003094 | NHW0003095 | 9/2/2025 17:05 | | | | | | | | ATT00002.htm | | Work product (compilation/transmittal) | | no documents disclosed. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |
| RVW0368838 | CHE0007850 | CHE0007853 | NHW0003096 | NHW0003099 | 9/2/2025 17:18 | | | | | | | | ATT00001.txt | | Work product (compilation/transmittal) | | no documents disclosed. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |
| RVW0368839 | CHE0007854 | CHE0007855 | NHW0003100 | NHW0003101 | 9/2/2025 17:18 | | | | | | | | ATT00002.htm | | Work product (compilation/transmittal) | | no documents disclosed. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |
| RVW0368841 | CHE0007861 | CHE0007865 | NHW0003107 | NHW0003111 | 9/2/2025 17:52 | | | | | | | | ATT00001.txt | | Work product (compilation/transmittal) | | | |
| RVW0368842 | CHE0007866 | CHE0007868 | NHW0003112 | NHW0003114 | 9/2/2025 17:52 | | | | | | | | ATT00002.htm | | Work product (compilation/transmittal) | | no documents disclosed. Will need in camera review if this does not suffice. | |
| RVW0368843 | CHE0007869 | CHE0007869 | NHW0003115 | NHW0003115 | 9/2/2025 17:52 | | | | | | | | image.png | | | | No documents disclosed from this case. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |
| RVW0368844 | CHE0007870 | CHE0007870 | NHW0003116 | NHW0003116 | 9/2/2025 17:52 | | | | | | | | image.png | | | | Documents pertain to unrelated case. Need in camera review if this does not suffice. | Need to see to confirm. |
| RVW0368845 | CHE0007871 | CHE0007871 | NHW0003117 | NHW0003117 | 9/2/2025 17:52 | | | | | | | | image.png | | | | | |
| RVW0368847 | CHE0007879 | CHE0007884 | NHW0003125 | NHW0003130 | 9/2/2025 18:04 | | | | | | | | ATT00001.txt | | Work product (compilation/transmittal) | | no documents disclosed. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RVW0368848 | CHE0007885 | CHE0007887 | NHW0003131 | NHW0003133 | 9/2/2025 18:04 | | | | | | | | ATT00002.htm | | Work product (compilation/transmittal) | | no documents disclosed. Will need in camera review if this does not suffice. | Confidential information/materials can be shared without attachments |
| RVW0368853 | CHE0007896 | CHE0007902 | NHW0003142 | NHW0003148 | 9/2/2025 18:12 | | | | | | | | ATT00001.txt | | Work product (compilation/transmittal) | | atty/client communication and no docs produced in this email. Will need in camera review if this does not suffice. | Hern depo is clearly confidential and is already a known violation. Confidential materials can be shared without attachments. |
| RVW0368854 | CHE0007903 | CHE0007906 | NHW0003149 | NHW0003152 | 9/2/2025 18:12 | | | | | | | | ATT00002.htm | | Work product (compilation/transmittal) | | see affidavit. | Paragraph 8 requires of the PO requires staff to sign the Written Assurance as well. Please provide or confirm he did not sign prior to receiving docs. |
| RVW0370331 | CHE0008017 | CHE0008025 | NHW0003263 | NHW0003271 | 9/10/2025 8:05 | | | | | | | | Doc 184 - Motion for Sanctions by Ford.pdf | | Work product (compilation/transmittal) | DE 184 was restricted to case participants on 8/19/25 | see affidavit | Paragraph 8 requires of the PO requires staff to sign the Written Assurance as well. Please provide or confirm he did not sign prior to receiving docs. |
| RVW0376781 | CHE0008148 | CHE0008189 | NHW0003394 | NHW0003435 | 8/22/2025 14:51 | | | | | | | | Plaintff_000001 - 000042.pdf | | | | see affidavit. | Paragraph 8 requires of the PO requires staff to sign the Written Assurance as well. Please provide or confirm he did not sign prior to receiving docs. |
| RVW0404504 | CHE0009351 | CHE0009353 | | | 3/6/2026 13:44 | | | | | | | | Article Materials .pdf | | | | | |
| RVW0404505 | CHE0009354 | CHE0009356 | | | 3/6/2026 13:44 | | | | | | | | Article Materials .pdf | | | | | |
| RVW0404506 | CHE0009357 | CHE0009361 | | | 3/6/2026 13:44 | | | | | | | | Re NHTSA PE24012EA25001Wooten v FordODI 11436013.pdf | | | | | |
| RVW0404507 | CHE0009362 | CHE0009363 | | | 3/6/2026 13:44 | | | | | | | | Need some help.pdf | | | | | |
| RVW0404508 | CHE0009364 | CHE0009365 | | | 3/6/2026 13:44 | | | | | | | | Ford Docs.pdf | | | | | |
| RVW0404509 | CHE0009366 | CHE0009368 | | | 3/6/2026 13:44 | | | | | | | | PE24012 EA25001 Regarding Ford Motor Company and BlueCruise.pdf | | | | | |
| RVW0404510 | CHE0009369 | CHE0009379 | | | 3/6/2026 13:44 | | | | | | | | Re Fw NHTSA PE24012EA25001Wooten v FordODI 11436013.pdf | | | | | |
| RVW0404511 | CHE0009380 | CHE0009383 | | | 3/6/2026 13:44 | | | | | | | | RE Wooten v Ford Subpoena Referenced Materials.pdf | | | | | |
| RVW0404587 | CHE0009384 | CHE0009669 | | | 3/10/2026 15:51 | | | | | | | | Fordr-fmea-handbook-v4.2.pdf | | | | | |
| RVW0404593 | CHE0009670 | CHE0009670 | | | 3/10/2026 15:51 | | | | | | | | forensic_adas_signal_inventory_v6.xlsx | | | | | |
| RVW0404594 | CHE0009671 | CHE0009671 | | | 3/10/2026 15:51 | | | | | | | | Copy of Ford Second Connected Data Production.xlsx | | | | | |